# Exhibit C

April 27, 2005

How are you, Alejandro? How are you?

I propose the following plan for the next activities. Services to be implemented:

Domain Registration (Contact, NS records, etc) (estimated time 2 hours)

OS installation on both servers (approximately 4 hours for both servers)

Implementation of DNS service (MX and other registries) (8 hours to configure the service of BIND, on linux libre software)

Implementation of the SMTP Service, POP3 and IMAP. (Approximately 20 hours for the basic service and then about 20 more hours to implement improvements, which can be done later) Layered configuration at the network level to ensure security in the system (2 hours)

Implantation of Perimeter Security Services and strength points (Shorewall, SUSE Linux Firewall (iptables) and Proxy Server (squid) Approximate Time 20 hours, then possibly need to take more time in improvements and adequacy)

After implementation of internal services of management of private addresses and File & Print (DHCP, SAMBA) (time planned 25 hours, then possibly need to take more time in improvements and adequacy)

Implementation of Backup and Backup Scheme in addition to possible dynamic balancing and FailOver (contingency in case of failure) (Estimated time 15 hours)

Parallel Documentation Update approximately 2 hours after completing the implementation of each service

Implementation of WEB services (it would be done with the support of third specialists in the web design and structuring of WEB sites and services)

For tomorrow I will be in Caracas and I will be vacating as at 4.00 pm, so from that time we can attack the first two points (registration of the domain and installation of the OS on both servers), the configuration of the service DNS would be for Saturday and Sunday, when we would also install the services of SMTP and POP3 or IMAP. Please let me know what you think share it with Francisco. Greetings. Luis Liendo.

**To:** 'Francisco Morillo'(franciscomorillo@cantv.net)
**From:** Alejandro Vizcarrondo M.
**Sent:** Wed 4/27/2005 10:50:35 PM
**Importance:** Normal
**Subject:** FW: DIRRECION PARA ENVIAR PROJECT
**Received:** Wed 4/27/2005 10:50:37 PM

QUE TAL???????????

-----Original Message-----
**From:** Luis Liendo [mailto:liendoluis@hotmail.com]
**Sent:** Wednesday, April 27, 2005 4:44 PM
**To:** alejandro_vizcarrondo@hotmail.com
**Cc:** liendoluis@hotmail.com
**Subject:** RE: DIRRECION PARA ENVIAR PROJECT

Que tal alejandro como estas..?

Propongo el siguiente plan para las proximas actividades:
Servicios a Ser Implantados:
 Registro del Dominio (Contacto, registros NS, etc) (tiempo previsto 2 horas)
 Instalación del SO en Ambos servidores (aproximadamente 4 horas para ambos servidores)
 Implantación de servicio de DNS (MX y demas registros) (8 horas para configurar el servicio de BIND, sobre linux software libre)
 Implantación del Servicio SMTP, POP3 e IMAP (aproximadamente 20 horas para el servicio básico y luego unas 20 horas mas para implantar mejoras, que se pueden hacer posteriormente)
 Configuración Estratificada a nivel de Red para asegurar la seguridad en el sistema (2 horas)
 Implantación de Servicios de Seguridad Perimetral y puntos de fuerza (Shorewall, Firewall de SUSE Linux(iptables) y Servidor de Proxy (squid) Tiempo Aproximado 20 horas, luego posiblemente se deba tomar mas tiempo en mejoras y adecuación)
 Posterior implantación de servicios Internos de administración de direcciones privadas y File & Print (DHCP SAMBA) (tiempo previsto 25 horas, luego posiblemente se deban tomar mas tiempo en mejoras y adecuación)
 Implantación de Esquema de Backup y Respaldo además de posible balanceo dinámico y FailOver (contingencia en caso de falla) (tiempo Estimado 15 horas)
 Actualización de Documentación en Paralelo aproximadamente 2 horas al culminar la implantación de cada servicio.
 Implantación de servicios WEB (se haria con el apoyo de terceros especialistas en el diseño web y la estructuración de sitios y servicios WEB)

Para el dia de mañana estare en Caracas y me estare desocupando como a las 4:00pm, por lo que apartir de esa hora podemos atacar los primeros dos puntos (registro del dominio e instalación del SO en ambos servidores), la configuración del servicio de DNS seria para el dia Sabado y domingo, cuando desarrollariamos tambien la instalacion de los servicios de SMTP y POP3 ó IMAP. Por favor avisame que te parece, compartelo con Francisco
Saludos.
Luis Liendo