# Exhibit D

**TOSHIBA0007966**

| ORIGINAL | TRANSLATION |
|---|---|
| From:Luis Liendo<br>Sent:Mon 5/30/2005 6:47:40 PM<br>To:alejandro_vizcarrondo@hotmail.com[alejandro_vizcarrondo@hotmail.com]; av@wtrpc.com[av@wtrpc.com]; fm@wtrpc.com[fm@wtrpc.com]; lb@wtrpc.com[lb@wtrpc.com]<br>Subject: Prueba de Alias de Correo<br>Buenas Tardes.<br>La presente es con el objeto de probar los alias incorporados el fin de semana<br>Saludos.<br>Luis Liendo.<br>P.D.: Por favor recuerdenle a heinrich enviarme el correo con la información del dominio y la clave de administración asi como una lista de las cuentas a albergar en él.<br>Las mejores tiendas, los precios mas bajos, entregas en todo el mundo, YupiMSN Compras: http://g.msn.com/8HMAES/2746??PS=47575Haz clic aqui... | From: Luis Liendo<br>Sent: Mon 5/30/2005 6:47:40 PM<br>To: alejandro_vizcarrondo@hotmail.com [alejandro_vizcarrondo@hotmail.com]; av@wtrpc.com [av@wtrpc.com]; fm@wtrpc.com [fm@wtrpc.com]; lb@wtrpc.com [lb@wtrpc.com]<br>Subject: Mail Alias Test<br>Good afternoon.<br>The present is for the purpose of testing the built-in aliases on the weekend.<br>Greetings.<br>Luis Liendo.<br>P.D.: Please remind heinrich to send me the mail with the information of the domain and the administration key as well as a list of the accounts to be housed in it<br>The best stores, the lowest prices, worldwide deliveries. YupiMSN Shopping. http://g.msn.com/8HMAES/2746??PS=47575Click here. |

**To:** alejandro_vizcarrondo@hotmail.com[alejandro_vizcarrondo@hotmail.com] av@wtrpc.com[av@wtrpc.com] fm@wtrpc.com[fm@wtrpc.com], lb@wtrpc.com[lb@wtrpc.com]
**From:** Luis Liendo
**Sent:** Mon 5/30/2005 6:47:40 PM
**Importance:** Normal
**Subject:** Prueba de Alias de Correo
**Received:** Mon 5/30/2005 6:51:49 PM

Buenas Tardes

La presente es con el objeto de probar los alias incorporados el fin de semana
Saludos

Luis Liendo

P.D.: Por favor recuerdenle a heinrich enviarme el correo con la información del dominio y la clave de administración asi como una lista de las cuentas a albergar en él.

---

Las mejores tiendas, los precios mas bajos, entregas en todo el mundo, YupiMSN Compras Haz clic aqui...

Toshiba020796