# Exhibit E



Register: Premier Bank Hornberg - Acct #1
From 08/01/2004 through 12/31/2004

| Date | Number | Payee | Account | Payment |
|---|---|---|---|---|
| 8/10/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 37,040.37 |
| 8/13/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 85,028.00 |
| 8/13/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 120,003.00 |
| 8/20/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 80,025.00 |
| 8/24/2004 | PDTE INFO | GIGANTE | Accounts Payable | 30,003.00 |
| 9/9/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 84,915.00 |
| 9/9/2004 | PDTE INFO | GIGANTE | Accounts Payable | 117,000.00 |
| 9/20/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 45,025.00 |
| 9/20/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 8,725.00 |
| 9/24/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 69,325.00 |
| 9/24/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 4,929.80 |
| 9/27/2004 | PDTE INFO | GEPETO | Accounts Payable | 100,025.00 |
| 10/4/2004 | PDTE INFO | GIGANTE | Accounts Payable | 18,455.46 |
| 10/4/2004 | PDTE INFO |  | BSI Ginebra | 300,025.00 |
| 10/6/2004 | PDTE INFO | COMMAND AIR | Accounts Payable | 3,015.00 |
| 10/13/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 7,003.00 |
| 10/13/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 7,003.00 |
| 10/18/2004 | PDTE INFO | GIGANTE | Accounts Payable | 60,035.00 |
| 10/19/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 68,003.00 |
| 10/26/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 45,025.00 |
| 10/29/2004 | PDTE INFO | GIGANTE | Accounts Payable | 104,522.00 |
| 11/2/2004 | PDTE INFO | FRANCISCO MORILLO | Accounts Payable | 50,025.00 |
| 11/3/2004 | DN:03110424 | FRANCISCO MORILLO | Accounts Payable | 35,025.00 |
| 11/11/2004 | DN:11110408 | FRANCISCO MORILLO | Accounts Payable | 60,025.00 |
| 11/11/2004 | DN:11110409 | GIGANTE | Accounts Payable | 41,025.00 |
| 11/11/2004 | DN:11110410 | GIGANTE | Accounts Payable | 18,091.30 |
| 11/15/2004 | DN:11110407 | GIGANTE | Accounts Payable | 41,003.00 |
| 11/15/2004 | DN:15110416 | COMMAND AIR | Accounts Payable | 17,801.60 |
| 11/15/2004 | DN:15220416 | FRANCISCO MORILLO | Accounts Payable | 5,025.00 |
| 11/23/2004 | DN:23110418 | FRANCISCO MORILLO | Accounts Payable | 250,025.00 |

TRANSFERENCIAS SIN COMPROBANTE