# Exhibit F

## Translate

Turn off instant translation

| | |
|---|---|
| Hola Che a continuación te anexo el detalle de los pagos recibidos por Trafigura hasta el momento.<br><br>Saludos cordiales,<br><br>Alejandro Vizcarrondo Morillo | Hi Che, below you will find the detail of the payments received by Trafigura so far.<br><br>Best regards,<br><br>Alejandro Vizcarrondo Morillo |

151/5000

**To:** 'MAXIMILIANO POVEDA'[maxpoveda@yahoo.co.uk]; Francisco Morillo[fm@wtrpc.com]
**From:** Alejandro Vizcarrondo M.
**Sent:** Wed 3/15/2006 10:26:25 AM
**Subject:** Detalle de Pagos solicitado!!!
Detalle Bancos Trafigura.xls

Hola Che a continuación te anexo el detalle de los pagos recibidos por Trafigura hasta el momento.

Saludos cordiales,

Alejandro Vizcarrondo Morillo

**Hornberg Inc**
**Profit & Loss Detail**
January 1, 1999 through September 20, 2005

Page 1 of 1

| Date | Description | Amount |
|---|---|---|
| 3/9/2005 | PREMIER - HORBERG | 50,000.00 |
| 4/11/2005 | PREMIER - HORBERG | 20,000.00 |
| 4/20/2005 | PREMIER - HORBERG | 15,000.00 |
| 4/21/2005 | PREMIER - HORBERG | 80,000.00 |
| 5/9/2005 | PREMIER - HORBERG | 302,400.00 |
| 7/6/2005 | PREMIER - HORBERG | 44,800.00 |
| 7/7/2005 | PREMIER - HORBERG | 117,550.00 |
| 7/26/2005 | PREMIER - HORBERG | 15,000.00 |
| 8/26/2005 | PREMIER - HORBERG | 446,100.00 |
| 8/29/2005 | PREMIER - HORBERG | 80,000.00 |
| 9/5/2005 | PREMIER - HORBERG | 27,830.00 |
| 9/7/2005 | PREMIER - HORBERG | 30,000.00 |
| 9/16/2005 | PREMIER - HORBERG | 29,991.00 |
| 9/21/2005 | PREMIER - HORBERG | 37,744.60 |
| 11/1/2005 | PREMIER - HORBERG | 15,000.00 |
| 11/1/2005 | PREMIER - HORBERG | 116,383.00 |
| 12/15/2005 | PREMIER - HORBERG | 140,310.00 |
| 12/20/2005 | PREMIER - HORBERG | 30,000.00 |
| 2/22/2006 | PREMIER - HORBERG | 47,355.00 |
| 2/28/2006 | PREMIER - HORBERG | 79,764.90 |
| 2/28/2006 | PREMIER - HORBERG | 30,000.00 |

8:57 AM
09/20/05
Accrual Basis