# Exhibit G

**To:**      'Morel Jean Francois (BSI-Geneva) [JeanFrancois.Morel@BSI.ch]

**Cc:**      Carmen Kunz[Carmen.Kunz@BSI.CH]; Francisco Morillo[fm@wtrpc.com]

**From:**    Alejandro Vizcarrondo M.

**Sent:**    Fri 3/17/2006 5:39:05 PM

**Subject:** OUTGOING TRANSFERS

Tranferencia.pdf

Good afternoon Carmen, attached here is the pdf with three transfers that should be made as soon as possible. Once the transfers are made I need to send me the FED Number of each of them.

Best regards,


Alejandro Vizcarrondo Morillo

# HORNBERG, INC.

Caracas 17 March 2006

Sirs:

BSI Lugano

Attention: Carmen Kunz

## URGENT

Through this correspondence I wish to request that the funds be transferred to me, according to the following details:

**Amount:**              $35,000.00 (Thirty-five thousand and 00/100)

**Purpose:**             Debt payment

**Account to debit:**    Number 91265

**Account to Credit:**

Natwest Offshore Ltd.

Swift Code: RBOSJESH

Beneficiary: Ana Carmen Poveda

Account: 9541-30438966

US dollar correspondent bank:

Wachovia bank na, new York (fed routing no. 026005092) for the account of

Natwest offshore account 200193009233

I appreciate your prompt collaboration

Sincerely;

Francisco Morillo

Francisco Morillo

C.I. 14.203.271

Certified

| To: | 'Morel Jean François (BSI-Genève)'[JeanFrancois.Morel@BSI.ch] |
| Cc: | Carmen Kunz[Carmen.Kunz@BSI.CH]; Francisco Morillo[fm@wtrpc.com] |
| From: | Alejandro Vizcarrondo M. |
| Sent: | Fri 3/17/2006 5:39:05 PM |
| Subject: | TRANSFERENCIAS SALIENTES. |

anferencia.pdf

Buenas tardes Carmen, a continuacion anexo el pdf con tres tranferencias que deben ser realizadas a la brevedad posible. Una vez que las transferencias sean realizadas necesito me envied el FED Number de cada una de ellas.


Saludos cordiales,


Alejandro Vizcarrondo Morillo


This message (including any attachments) is confidential and may be privileged. If you have received it by mistake please notify the sender by return e-mail and delete this message from your system. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited. Please note that e-mails are susceptible to change. BSI SA (including its group companies) shall not be liable for the improper or incomplete transmission of the information contained in this communication nor for any delay in its receipt or damage to your system. BSI SA (or its group companies) does not guarantee that the integrity of this communication has been maintained nor that this communication is free of viruses, interceptions or interference.

# HORNBERG

Caracas, 17 de Marzo de 2006.

Señores:
BSI Lugano

Atención: Carmen Kunz

## URGENTE

A través de esta correspondencia deseo solicitar sean transferidos fondos de mi cuenta de acuerdo a los siguientes detalles:

**Cantidad:**          $35.000,00 (Treinta y cinco mil con 00/100)

**Propósito:**         Pago deuda

**Cuenta a debitar:**  Numero 91265

## Cuenta a Acreditar:

Natwest Offshore Ltd.
Swift Code: RBOSJESH
Beneficiario: Ana Carmen Poveda
account: 9541-30438966
US dollar correspondant bank:
Wachovia bank na, new york (fed routing no. 026005092) for the account of
Natwest offshore account 2000193009233

Agradezco su pronta colaboración
Atentamente

Francisco Morillo

**To:**        'MAXIMILIANO POVEDA' [maspoveda@yahoo.co.uk]

**From:**      Alejandro Vizcarrondo M.

**Sent:**      Fri 3/17/2006 5:06:32 PM

**Subject:**   RE: TRANSFERS

Hi Che, I want to inform you that the transfer is in the hands of the bank, so at any time you will receive the funds.

Alejandro Vizcarrondo Morillo

**From:**      MAXIMOLIANO POVEDA [mailto:maxpoveda@yahoo.co.uk]

**Sent:**      Tuesday, March 14, 2006 5:58PM

**To:**        Alejandro Vizcarrondo M.

**Subject:**   TRANSFERS

a)  please transfer here: EUROS 30,000.00

ANDBANC

Address:

Ctra General Caso Nova

Joanet

Baixos

ORDINO

PRINCIPAT D'ANDORRA

Tel:00-376-881-920

b)  please transfer here; DOLLARS 35,000.00

Natwest Offshore Ltd.

Swift Cod: RBOSJESH

Beneficiary: Ana Carmen Poveda

Account: 9541-30438966

US dollar correspondent bank:

Wachovia bank na, new York (fed routing no. 026005092) for the account of Natwest offshore account 2000193009233

Thank you

maxi

**To:**    'MAXIMILIANO POVEDA'[maxpoveda@yahoo.co.uk]
**From:**   Alejandro Vizcarrondo M.
**Sent:**   Fri 3/17/2006 5:06:32 PM
**Subject:**  RE: TRANSFERS

Hola Che, quiero informarte que la tranfer esta en manos del banco, asi que en cualquier momento recibiras los fondos.

Alejandro Vizcarrondo Morillo

-----Original Message-----
**From:** MAXIMILIANO POVEDA [mailto:maxpoveda@yahoo.co.uk]
**Sent:** Tuesday, March 14, 2006 5:58 PM
**To:** Alejandro Vizcarrondo M.
**Subject:** TRANSFERS

a) favor transferir aca: EUROS 30,000.00

ANDBANC

Address:
Ctra General Casa Nova
Joanet
Baixos
ORDINO
PRINCIPAT D'ANDORRA
Tel:00-376-881-920

Swift: BACA AD AD
Beneficiario: OR_80241
Account number 4002598.001.000.001

b) favor transferir aca: DOLARES 35,000.00

Natwest Offshore Ltd.
Swift Code: RBOSJESH
Beneficiaro: Ana Carmen Poveda
account: 9541-30438966
US dollar correspondant bank:
Wachovia bank na, new york (fed routing no. 026005092) for the account of Natwest offshore account 2000193009233

gracias
maxi

**Yahoo! Photos** – NEW, now offering a quality print service from just 8p a photo.