# Exhibit H

**To:**    paul rosedo[paul rosado]; jaime vargas[jaime vargas]
**From:**    Francisco Morillo
**Importance:**    Normal
**Subject:**    FW: TENDERS FRIDAYS APRIL 29TH, 2005

GENTS.

THIS ARE THE NUMBERS.

Fuel oil

| | |
|---|---|
| Itochu | N6 3% nyh -1.65 usd/bbls |
| Petrobras | no bid |
| Vitol | n6 3% usgc -1.86 |
| | Spore 380-36.80 |
| Citizens | SPORE 380 - 35.99 |
| WESTPORT | SPORE 380 -34.95 |
| BP | NYH 3% -4.00 |
| SEMPRA | NYH 3% -1.67 (ATLANTIC BASIN / BLENDING IN CARIBEAN) |
| SEMPRA | USGC -1.89  DESTINATION AS ABOVE |
| PETRODIMON | NO BID |
| WESTPORT | SPORE 380 -34.95 |

GASOLINA 8-10 /MAY

| | |
|---|---|
| CITIZENS | 87 ULD -12.45  CARIBS/USA/SA |
| LUKOIL | 87 UNLD USGC - 27.10 (USA) |
| PMI | 87 ULD 9.0 RVP -6.75 CPG MEXICO |
| CITIZENS | NO BID |

LOW SULFUR DISEL    7-9

| | |
|---|---|
| COLONIAL | USGCWB LSD -2.48 CPG |
| PMI | FOB MED N2 -24 USD/MT |
| VITOL | CIF MED 50 PPM -37.85 USD/MT |
| | CIF MED 50 PPM -25.69 USD/MT |
| KOCH | USGCWB 54GRADE -4.25 |
| DNP | USGCWB LSD - 8.25 CENTRAL AMERICA |
| GLOBAL | NYH LSD - 7.55    USEC |
| PRMECORE | CIF NEW ARA ULSD -35.00 USD/MT |
| CITIZENS | CIF MED LSD -35.00 USD/MT |
| ATALNTIC | NO BID |
| PMI | USGCWB LSD +0.50 CPG (USGC) |
| LUKOIL | NEW 50 PPM - 31.80 (EUROPA) |

HEATING OIL  28-30

| | |
|---|---|
| CITIZENS | NYH N2 -4 CPG (WCSA / CENTRAL AMERICA) |
| KOCH | NO BID |
| VITOL | USGCWB N2 +1.27 (PERU) CI 45 MIN |
| DNP | USGCWB N2 +0.05 (CETRAL AMERICA) |
| PMI | MED N2 -34.0 USD/MT (MED) |
| LUKOIL | NYMEX FORNT -5.43 CPG (USA) |
| VITOL | NYH N2 -3.60 (USEC/P.R/PERU) |
| GLOBAL | NYH N2 - 4.86 USEC |

SALUDOS

C1_Emails_00006732