# Exhibit I

2/23/2005 – Maximiliano Poveda to Francisco Morillo:

Subject: Lukoil

So he doesn't have anything – but why is he going so aggressive?

2/23/2005 – Francisco Morillo to Maximiliano Poveda:

What do you need, he doesn't have a cargo confirmed for that date but it is viable to have bbls come out during that time that match with the unloading window!!!

2/23/2005 – Maximiliano Poveda to Francisco Morillo:

Can you find something out?

Regards and thanks

Maxi

2/23/2005 – James McNicol to Jorge Troop, Jose Larocca, Leon Christophilopoulos, and Farzad Askari:

Lukoil just spent a week in Caracas !!

2/23/2005 – Jorge Troop to Jose Larocca, Leon Christophilopoulos, Farzad Askari and James McNicol:

Lukoil (Dimitri Feo) is getting some kind of direct look at PDVSA cargoes, PMI told me the Lukoil offering them a Unl 87 cargo ex-pdvsa arriving March 20-25 at USGC minus 1.00, very aggresive offer.

| | |
|---|---|
| **From:** | Maximiliano Poveda (London) <Maximiliano.Poveda@trafigura.com> |
| **Sent:** | Wednesday, February 23, 2005 11:16 AM |
| **To:** | Francisco Morillo |
| **Subject:** | RE: Lukoil |

entonces el no tiene un carajo - pero porque esta llendo tan agresivo ?

> -----Original Message-----
> **From:** Francisco Morillo [mailto:franciscomorillo@cantv.net]
> **Sent:** 23 February 2005 16:10
> **To:** Maximiliano Poveda (London)
> **Subject:** RE: Lukoil
>
> Que necesitas, un cargo el no tiene confirmado para esa fecha pero es factible que salgan bbls en esa epoca que cuadren con la ventana de descarga!!!
>
>> -----Original Message-----
>> **From:** Maximiliano Poveda (London) [mailto:Maximiliano.Poveda@trafigura.com]
>> **Sent:** Wednesday, February 23, 2005 10:10 AM
>> **To:** franciscomorillo@cantv.net
>> **Subject:** Lukoil
>> **Importance:** High
>>
>> Podes averiguar algo ?
>>
>> saludos y gracias
>> maxi
>>
>>> -----Original Message-----
>>> **From:** James McNicol
>>> **Sent:** 23 February 2005 13:58
>>> **To:** Jorge Troop; Jose Larocca; Leon Christophilopoulos; Farzad Askari
>>> **Cc:** Venezuela Business
>>> **Subject:** RE: Lukoil
>>>
>>> Lukoil just spent a week in Caracas !!
>>>
>>>> -----Original Message-----
>>>> **From:** Jorge Troop
>>>> **Sent:** 23 February 2005 13:55
>>>> **To:** Jose Larocca; Leon Christophilopoulos; Farzad Askari; James McNicol
>>>> **Subject: Lukoil**
>>>>
>>>>> Lukoil (Dimitri Feo) is getting some kind of direct look at PDVSA cargoes, PMI told me the Lukoil offering them a Unl 87 cargo ex-pdvsa arriving March 20-25 at USGC minus 1.00, very aggresive offer.

Trafigura Disclaimer:

This email and any attachments are confidential and access to this email or attachment by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments.

1

You must not disclose or distribute any of the contents to any other person. Personal views or opinions are solely those of the author and not of Trafigura. Trafigura does not guarantee that the integrity of this communication has been maintained nor that the communication is free of viruses, interceptions or interference. By communicating with anyone at Trafigura by email, you consent to the monitoring or interception of such email by Trafigura in accordance with its internal policies. Unless otherwise stated, any pricing information given in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted.