# Exhibit J

**bill fredericks**

| | |
|---|---|
| **n:** | Francisco Morillo <franci sco.morillo@wtrpc.com> on behalf of Francisco Morillo |
| **To:** | jaime_vargas_2001@yahoo.com |
| **Subject:** | lee please |

george_white2006 (12/6/2005 11:12:27 AM): chamo esta fucking maquina
**george_white2006 (12/6/2005 11:12:27 AM): man, this fucking machine**
paul_rosado_2000 (12/6/2005 11:12:27 AM): [ Zone Labs Security alert: Session not encrypted because paul_rosado_2000 is not protected by IM Security]
george_white2006 (12/6/2005 11:12:32 AM ): me hecho un vainon
**george_white2006 (12/6/2005 11:12:32 AM ): it made a mess**
george_white2006 (12/6/2005 11:12:40 AM ): el mejor es -2,10
**george_white2006 (12/6/2005 11:12:40 AM ): the best is -2,10**
george_white2006 (12/6/2005 11:12:58 AM ): etonces cuando venga el squizee jodemos a masefield
**george_white2006 (12/6/2005 11:12:58 AM ): so when squizee comes by we will fuck around with masefield**
paul_rosado_2000 (12/6/2005 11:18:04 AM ): [unencrypted] espero q' venga el squeeze, nosotros pusimos -2.20., fuimos ciegos
**paul_rosado_2000 (12/6/2005 11:18:04 AM ): [unencrypted] I hope squeeze comes by, we put in -2.20., we were blind**
george_white2006 (12/6/2005 11:20:22 AM): silo se
**george_white2006 (12/6/2005 11:20:22 AM): yes I know**
george_white2006 (12/6/2005 11:20:30 AM): no me prendio la maquina
**george_white2006 (12/6/2005 11:20:30 AM): the machine did not turn 'or me**
george_white2006 (12/6/2005 11:20:34 AM): pero ahor amejoramos
**george_white2006 (12/6/2005 11:20:34 AM): but now we improved**
george_white2006 (12/6/2005 11:48:50 AM): no le han dado los resultados del tender?
**george_white2006 (12/6/2005 11:48:50 AM): he has not received the result of the tender?**
paul_rosado_2000 (12/6/2005 11:49:27 AM): [unencrypted] si hable con el, no sabe todavia las numeros
**paul_rosado_2000 (12/6/2005 11:49:27 AM): [unencrypted] yes I spoke with him, he does not know the numbers yet**
george_white2006 (12/6/2005 11:49:56 AM): ok
**george_white2006 (12/6/2005 11:49:56 AM): ok**
george_white2006 (12/6/2005 11:49:58 AM ): esperemos
**george_white2006 (12/6/2005 11:49:58 AM ): let's wait**

paul_rosado_2000 (12/6/2005 11:50:26 AM): [unencrypted] seguro, hay q' poner presion para un best and final
**paul_rosado_2000 (12/6/2005 11:50:26 AM): [unencrypted] of course, we have to put pressure for a best and final**
george_white2006 (12/6/2005 11:50:41 AM ): eso esta
**george_white2006 (12/6/2005 11:50:41 AM ): that is**
g george_white2006 (12/6/2005 11:50:44 AM): tranquilo
**eorge_white2006 (12/6/2005 11:50:44 AM): still**
paul_rosado_2000 (12/6/2005 11:51:13 AM): [unencrypted] good
**paul_rosado_2000 (12/6/2005 11:51:13 AM): [unencrypted] good**
george_white2006 (12/6/2005 2:42:19 PM): EPA
**george_white2006 (12/6/2005 2:42:19 PM): EPA**
_rosado_2000 (12/6/2005 2:42:19 PM): [ Zone Labs Security alert: Session not encrypted because paul_rosado_2000 is not protected by IM Security]
**paul_rosado_2000 (12/6/2005 2:42:19 PM): [ Zone Labs Security alert: Session not encrypted because paul_rosado_2000 is not protected by IM Security]**
george_white2006 (12/6/2005 2:42:21 PM): estas?
**george_white2006 (12/6/2005 2:42:21 PM): are you?**

**aul_rosado_2000 (12/6/2005 3:02:54 PM): [unencrypted] yes**

george_white2006 (12/6/2005 3:04:29 PM): llamastes?

**ge_white2006 (12/6/2005 3:04:29 PM): Did you call?**

paul_rosado_2000 (12/6/2005 3:04:58 PM): [unencrypted] no, estoy esperando q' me llamen

**paul_rosado_2000 (12/6/2005 3:04:58 PM): [unencrypted] no, I am waiting for them to call me**

george_white2006 (12/6/2005 3:05:08 PM): llama tu

**george_white2006 (12/6/2005 3:05:08 PM): you call**

george_white2006 (12/6/2005 3:05 :11 PM): aver como va eso

**george_white2006 (12/6/2005 3:05 :11 PM): see how that goes**

paul_rosado_2000 (12/6/2005 3:05:30 PM): [unencrypted] ok

**paul_rosado_2000 (12/6/2005 3:05:30 PM): [unencrypted] ok**

paul_rosado_2000 (12/6/2005 3:08:20 PM): [unencrypted] cha mo , el tender lo esta manejando jose, me lo acaba de decir caramelo, no tengo ninguna relacion de pinga con este carajito , lo voy a llamar de todas formas

**paul_rosado_2000 (12/6/2005 3:08:20 PM): [unencrypted] man , jose, the tender is not working, caramelo just told me, I dont have a damn relationship with this kid , I am going to call him regardless**

george_white2006 (12/6/2005 3:08:30 PM): ok

**george_white2006 (12/6/2005 3:08:30 PM): ok**

george_white2006 (12/6/2005 3:08:37 PM): es bueno que hagas la relacion

**george_white2006 (12/6/2005 3:08:37 PM): it's good that you créate a relationship**

george_white2006 (12/6/2005 3:08:44 PM): el tipo es bien correcto

**george_white2006 (12/6/2005 3:08:44 PM): the guy is very proper**

paul_rosado_2000 (12/6/2005 3:09:08 PM): [unencrypted] pero tampoco es mala la relacion, lo q' tequiero decir es q' casi nunca hablo con el

**aul_rosado_2000 (12/6/2005 3:09:08 PM): [unencrypted] but it's not a bad relationship either, what I mean to tell you is I hardly ever speak to him**

george_white2006 (12/6/2005 3:09 :30 PM): ok

**eorge_white2006 (12/6/2005 3:09 :30 PM): ok**

paul_rosado_2000 (12/6/2005 3:09:54 PM): [unencrypted] si es bien correcto, entonces nova a llamar a un best and final y nos jodimos

**paul_rosado_2000 (12/6/2005 3:09:54 PM): [unencrypted] yes he's very proper, so then he won't call a best and final and we are fucked**

paul_rosado_2000 (12/6/2005 3:09:58 PM): [unencrypted]

g!=orge_white2006 (12/6/2005 3:10:29 PM): no tampoco asi

**g!=orge_white2006 (12/6/2005 3:10:29 PM): no not like that either**

paul_rosado_2000 (12/6/2005 3:11:20 PM): [unencrypted] sabes cual es su tlf, no lo tengo

**paul_rosado_2000 (12/6/2005 3:11:20 PM): [unencrypted] do you his telephone, I don't have it**

george_white2006 (12/6/2005 3:11:31 PM): lo puedo buscar

**george_white2006 (12/6/2005 3:11:31 PM): I can look for it**

george_white2006 (12/6/2005 3:11:34 PM): pero no lo llames

**george_white2006 (12/6/2005 3:11:34 PM): but don't call him**

george_white2006 (12/6/2005 3:11 :39 PM ): yahoseale

**george_white2006 (12/6/2005 3:11 :39 PM ): yahoseale**

aul _rosado_2000 (12/6/2005 3:12:04 PM): [unencrypted] no tengo su yahoo tampoco

**ul _rosado_2000 (12/6/2005 3:12:04 PM): [unencrypted] I don't have his yahoo either**

george_white2006 (12/6/2005 3:12:20 PM): no chamo

**george_white2006 (12/6/2005 3:12:20 PM): no man**

george_white2006 (12/6/2005 3:12:22 PM): sorry

**george_white2006 (12/6/2005 3:12:22 PM): sorry**

george_white2006(12/6/2005 3:12:36 PM): eso era conversacion con otra persona

**george_white2006(12/6/2005 3:12:36 PM): that was a converation with another person**

george_white2006 (12/6/2005 3:12:39 PM): sorry no lo tengo

**george_white2006 (12/6/2005 3:12:39 PM): sorry I don't have it**

george_white2006 (12/6/2005 3:12:44 PM ): pero debe estar en el tender

**george_white2006 (12/6/2005 3:12:44 PM ): but it must be in the tender**

george_white2006 (12/6/2005 3:12 :52 PM): o en algun tender que el haya mandado

**george_white2006 (12/6/2005 3:12 :52 PM): or in any tender that he may have sent**

paul_rosado_2000 (12/6/2005 3:15 :57 PM ): [unencrypted] chamo parame un minuto, pls,

**paul_rosado_2000 (12/6/2005 3:15 :57 PM ): [unencrypted] man stop me for a minute, please,**

george_white2006 (12/6/2005 3:16:35 PM): si dime

**george_white2006 (12/6/2005 3:16:35 PM): yes tell me**

paul_rosado_2000 (12/6/2005 3:16:49 PM): [unencrypted] ya consegu i el tlf y hable con jose

**paul_rosado_2000 (12/6/2005 3:16:49 PM): [unencrypted] I already got the telephone [number] and I poke with Jose**

orge_white2006 (12/6/2005 3:16:58 PM): ok

**george_white2006 (12/6/2005 3:16:58 PM): ok**

george_white2006 (12/6/2005 3:17 :03 PM): y que te dijo?

**george_white2006 (12/6/2005 3:17 :03 PM): and what did he say?**

paul_rosado_2000 (12/6/2005 3:17:06 PM): [unencrypted] le tengo q' mandar mi best and final

**paul_rosado_2000 (12/6/2005 3:17:06 PM): [unencrypted] I have to send him my best and final**

george_white2006 (12/6/2005 3:17:25 PM): ok

**george_white2006 (12/6/2005 3:17:25 PM): ok**

george_white2006 (12/6/2005 3:17 :27 PM): dame un sec

**george_white2006 (12/6/2005 3:17 :27 PM): give me a sec**

paul _ro sado_2000 (12/6/2005 3:17:35 PM): [unencrypted] pero necesito saber si la otra gente mejoro

**paul _ro sado_2000 (12/6/2005 3:17:35 PM): [unencrypted] but I need to know if the other people improved**

george_w hit e2006 (12/6/2005 3:17 :50 PM): par eso dejame averiguar

**george_w hit e2006 (12/6/2005 3:17 :50 PM): for that let me check**

paul_rosado_2000 (12/6/2005 3:18:00 PM): [unencrypted] tengo q' saber el nivel, para poder matar

**paul_rosado_2000 (12/6/2005 3:18:00 PM): [unencrypted] I need to know the level to be able to kill**

paul_rosado_2000 (12/6/2005 3:18:14 PM): [unencrypted] ok, no problema

**paul_rosado_2000 (12/6/2005 3:18:14 PM): [unencrypted] ok, no problem**

orge_white2006 (12/6/2005 3:19:16 PM ): ok

**orge_white2006 (12/6/2005 3:19:16 PM ): ok**

george_white2006 (12/6/2005 3:24:10 PM): bueno hay una ofera de -1,70 si la viscosidad es 300 ssf

**george_white2006 (12/6/2005 3:24:10 PM): well there is an offer of -1,70 if the viscosity is 300**

george_white2006 (12/6/2005 3:24:22 PM): hay que esperar par chemoil

**george_white2006 (12/6/2005 3:24:22 PM): we have to wait for the chemoil**

¬eorge_white2006 (12/6/2005 3:24:31 PM): pero vamos a darles un rato aver que hacen

**orge_white2006 (12/6/2005 3:24:31 PM): but lets give them some time to see what it does?**

µaul_rosado_2000 (12/6/2005 3:24 :57 PM): [unencrypted] la viscosidad no llega a esa vaina, me preocupa che moil

**paul_rosado_2000 (12/6/2005 3:24 :57 PM): [unencrypted]** the viscosity does not reach this shit, I worry che moil

george_white2006 (12/6/2005 3:25:08 PM): ok

**george_white2006 (12/6/2005 3:25:08 PM): ok**

george_w hit e2006 (12/6/2005 3:25:19 PM): vamos a esperarlos un pelo que mejoren

**george_w hit e2006 (12/6/2005 3:25:19 PM): lets give it a moment to improve**

george_white2006 (12/6/2005 3:25:32 PM }: te dieron un limite de tiempo para mejorar?

**george_white2006 (12/6/2005 3:25:32 PM }: did they give you a time limit to improve?**

paul_ro sado_2000 (12/6/2005 3:26:29 PM): [unencrypted] ok, pero tampoco puedo esperar mucho tiempo, el chamo se puede arrechar, no me dio limite de tiempo , pero no puedo echar 2hrs

**paul_ro sado_2000 (12/6/2005 3:26:29 PM): [unencrypted] ok, but I can't wait too long, the guy can get upset, he did not give me a time limit, but I can't wait 2 hrs**

paul_rosado_2000 (12/6/2005 3:26:52 PM}: [unencrypted] seria muy evidente

**paul_rosado_2000 (12/6/2005 3:26:52 PM}: [unencrypted] it would be very obvious**

george_white2006 (12/6/2005 3:27:16 PM): no chamo

**george_white2006 (12/6/2005 3:27:16 PM): no man**

george_white2006 (12/6/2005 3:27:24 PM): pero par lo menos 40 min

**george_white2006 (12/6/2005 3:27:24 PM): but at least 40 min**

george_white2006 (12/6/2005 3:27:50 PM}: o en un rato lo llamas y dile que quisas site confirman un barco puedes tirar un mejor oferta

**›orge_white2006 (12/6/2005 3:27:50 PM}: Or you can call him in a bit and tell him that if they can possibly confirm ship you can throw at them a better offer**

george_white2006 (12/6/2005 3:27:57 PM): que te vaz a tomar un ratico

**george_white2006 (12/6/2005 3:27:57 PM): that you are going to take a Little while**

paul _ro sa do_2000 (12/6/2005 3:28:41 PM): [unencrypted] pero no puedo seguir con ese cuento , los carajos no son tan estupidos tampoco

**paul _ro sa do_2000 (12/6/2005 3:28:41 PM): [unencrypted] I can't continue with that story, the suckers are not that stupid either**

paul _ro sado_2000 (12/6/2005 3:29 :33 PM): [unencrypted] esperemos 30-40 min y la man do, me pregunto si mi8 numero iba a estar par debajo de 2.0$/ bbl de descuento

**paul _ro sado_2000 (12/6/2005 3:29 :33 PM): [unencrypted] lets wait 30-40 min and I'll send it, he asked me is my number was going to be under 2.0$/ bbl of the discount**

george_white2006 (12/6/2005 3:29:56 PM}: o dile que si retrasa la carga en trinidad puedes pagar un pelo mejor par que no tendria que esperar el barco para descargar en el terminal

**george_white2006 (12/6/2005 3:29:56 PM}: or tell him that if he delays the cargo in Trinidad you can pay a bit better so that he would not have to wait for the ship to unload in the terminal**

george_whit e2006 (12/6/2005 3:30 :06 PM): nose chamo

**george_whit e2006 (12/6/2005 3:30 :06 PM): I don't know man**

george_white2006 (12/6/2005 3:30:07 PM): esperemos

**george_white2006 (12/6/2005 3:30:07 PM): let's wait**

george_white2006 (12/6/2005 3:30:10 PM }: dame un rato

**george_white2006 (12/6/2005 3:30:10 PM }: give me some time**

ırge_white2006 (12/6/2005 3:30:18 PM): para ver que hace chemoil

**george_white2006 (12/6/2005 3:30:18 PM): to see what chemoil does**

george_white2006 (12/6/2005 3:30:30 PM): que te de un rato

**george_white2006 (12/6/2005 3:30:30 PM): to give you some time**

n paul_rosado_2000 (12/6/2005 3:30:53 PM): [unencrypted ] ok

**_rosado_2000 (12/6/2005 3:30:53 PM): [unencrypted ] ok**

george_white2006 (12/6/2005 3:44:58 PM }: chamo

**george_white2006 (12/6/2005 3:44:58 PM }: man**

paul_ro sado_2000 (12/6/2005 3:45:06 PM): [unencrypted] si

**paul_ro sado_2000 (12/6/2005 3:45:06 PM): [unencrypted] si**

george_white2006 (12/6/2005 3:45:08 PM): desesperado chemoil par el cargo

**george_white2006 (12/6/2005 3:45:08 PM): chemoil desperate for the cargo**

paul_ro sado_2000 (12/6/2005 3:45:19 PM): [unencrypted] y

**paul_ro sado_2000 (12/6/2005 3:45:19 PM): [unencrypted] and**

george_white2006 (12/6/2005 3:45:38 PM): me dicen que mejoran hasta 1.5

**george_white2006 (12/6/2005 3:45:38 PM): they say that it improves up to 1.5**

·ıl_rosado_2000 (12/6/2005 3:46:21 PM): [unencrypted] lo mejoraron? o piensan llegar ahi

**paul_rosado_2000 (12/6/2005 3:46:21 PM): [unencrypted] did they improve it? Or are thinking of getting there**

george_white2006 (12/6/2005 3:46:37 PM): todavia no lo han hecho

**george_white2006 (12/6/2005 3:46:37 PM): they still have not done it**

paul_rosado_2000 (12/6/2005 3:47:05 PM): [unencrypted] estan esperando q' metamos el nuestro

**paul_rosado_2000 (12/6/2005 3:47:05 PM): [unencrypted] they are waiting fo rus to put ours in**

george_white2006 (12/6/2005 3:47:15 PM): no

**george_white2006 (12/6/2005 3:47:15 PM): no**

george_white2006 (12/6/2005 3:47:22 PM): no saben de ustedes

**george_white2006 (12/6/2005 3:47:22 PM): you guys don't know**

paul_rosado_2000 (12/6/2005 3:48:21 PM): [unencrypted] ese nivel es demasiado caro, no creo q' nos bajemos tanto, habalre aqui y veremos q' vamos a meter

**paul_rosado_2000 (12/6/2005 3:48:21 PM): [unencrypted] that level is too expensive, I don't think we would lower it so much, I will say something here and see what we are going to add**

george_white2006 (12/6/2005 3:48 :44 PM): bueno le van a pedir el best and final a chemoil para ya

**george_white2006 (12/6/2005 3:48 :44 PM): well they are going to ask for the best and final a chemoil for now**

george_white2006 (12/6/2005 3:48:53 PM): asi sabemos su numero final

**george_white2006 (12/6/2005 3:48:53 PM): like that we know the final number**

paul_rosado_2000 (12/6/2005 3:49 :05 PM): [unencrypted] chemoil no esta suspendido?

**paul_rosado_2000 (12/6/2005 3:49 :05 PM): [unencrypted] chemoil is not suspended?**

george_white2006 (12/6/2005 3:49:14 PM): masefiled

**·rge_white2006 (12/6/2005 3:49:14 PM): masefiled**

..orge_white2006 (12/6/2005 3:49:16 PM): chamoil

**george_white2006 (12/6/2005 3:49:16 PM): chamoil**

george_white2006 (12/6/2005 3:49:18 PM): es lo mismo

**george_white2006 (12/6/2005 3:49:18 PM): it's the same**

paul_rosado_2000 (12/6/2005 3:49:18 PM): [unencrypted] me parece de pinga

**paul_rosado_2000 (12/6/2005 3:49:18 PM): [unencrypted] it's insane to me**

paul_rosado_2000 (12/6/2005 3:49:34 PM): [unencrypted] esperaremos

**paul_rosado_2000 (12/6/2005 3:49:34 PM): [unencrypted] lets wait**

paul_rosado_2000 (12/6/2005 3:49:51 PM): [unencrypted] y asi vemos si podemos matar

**paul_rosado_2000 (12/6/2005 3:49:51 PM): [unencrypted] and this way we can see if we can kill**

george_white2006 (12/6/2005 3:50:03 PM): ok

**george_white2006 (12/6/2005 3:50:03 PM): ok**

george_white2006 (12/6/2005 3:52:36 PM): chamo le dijeron a chemoil que mantuviera su oferta hasta manana

**george_white2006 (12/6/2005 3:52:36 PM): man they told chemoil to keep his offer until tomorrow**

george_white2006 (12/6/2005 3:52:46 PM): coma para darles idea que estan contentos con ese numero
**george_white2006 (12/6/2005 3:52:46 PM): like to give them an idea that they are happy with that number**
paul_rosado_2000 (12/6/2005 3:52:52 PM): [unencrypted] cual
**l_rosado_2000 (12/6/2005 3:52:52 PM): [unencrypted] which**
orge_white2006 (12/6/2005 3:53:05 PM): al menos que las obliguen nova a joder para que mejoren
**george_white2006 (12/6/2005 3:53:05 PM): unless you force it they will fuck with us to improve them**
paul_rosado_2000 (12/6/2005 3:53:11 PM): [unencrypted] la misma q' metieron
**paul_rosado_2000 (12/6/2005 3:53:11 PM): [unencrypted] the same they brought in**
george_white2006 (12/6/2005 3:53:17 PM): si
**george_white2006 (12/6/2005 3:53:17 PM): yes**
george_white2006 (12/6/2005 3:53:45 PM): es decir manda una oferta pero pan una posibilidad de mejora
**george_white2006 (12/6/2005 3:53:45 PM): it is to say send an offer but set a possibility of improvement**
george_white2006 (12/6/2005 3:54:08 PM): tipo que tienes unos ████ operacionales pendientes que no puedes tener respuesta hata mañana
**george_white2006 (12/6/2005 3:54:08 PM): types that you have outstanding pernding peas for which you can't have the answer until tomorrow**
paul_rosado_2000 (12/6/2005 3:54 :28 PM): [unencrypted] ok, entonces metere un mejor numero llama
**paul_rosado_2000 (12/6/2005 3:54 :28 PM): [unencrypted] ok, well then I will enter a better number call**
george_white2006 (12/6/2005 3:54:39 PM): y que par lo tanto tu mejor numero por ahora es -2.00
**george_white2006 (12/6/2005 3:54:39 PM): and that therefore your best number for now is -2.00**
george_white2006 (12/6/2005 3:54:54 PM): y site dan chance hasta manana quisas puedas mejorar un pelo mas
**george_white2006 (12/6/2005 3:54:54 PM): and that if they give you a chance possibly you may be able to improve a bit more**
paul_rosado_2000 (12/6/2005 3:55:18 PM): [unencrypted] ese es chemoil -2.0
**paul_rosado_2000 (12/6/2005 3:55:18 PM): [unencrypted] that is chemoil -2.0**

rge_white2006 (12/6/2005 3:55: 22 PM): -2,10
**george_white2006 (12/6/2005 3:55: 22 PM): -2,10**
george_white2006 (12/6/2005 3:55:27 P ): chamoil -2,10
**george_white2006 (12/6/2005 3:55:27 PM): chamoil -2,10**
paul_rosado_2000 (12/6/2005 3:55:31 PM): [unencrypted] ok
**paul_rosado_2000 (12/6/2005 3:55:31 PM): [unencrypted] ok**
george_white2006 (12/6/2005 3:57 :05 PM): 1,99
**george_white2006 (12/6/2005 3:57 :05 PM): 1,99**
paul_rosado_2000 (12/6/2005 3:57:27 PM): [unencrypted] ok, voy meter alga asi y te aviso
**paul_rosado_2000 (12/6/2005 3:57:27 PM): [unencrypted] ok, I am going to enter something and I will advise you**
george_white2006 (12/6/2005 3:58:00 PM): ok
**george_white2006 (12/6/2005 3:58:00 PM): ok**
george_white2006 (12/6/2005 3:59:50 PM): chamo ya mandastes
**george_white2006 (12/6/2005 3:59:50 PM): man did you send it yet**
george_white2006 (12/6/2005 3:59:54 PM): esperam un sec
**george_white2006 (12/6/2005 3:59:54 PM): wait a sec**
paul_rosado_2000 (12/6/2005 4:13:40 PM): [unencrypted] no
**paul_rosado_2000 (12/6/2005 4:13:40 PM): [unencrypted] no**
paul_rosado_2000 (12/6/2005 4:14:09 PM): [unencrypted] <ding>
**paul_rosado_2000 (12/6/2005 4:14:09 PM): [unencrypted] <ding>**
george_white2006 (12/6/2005 4:14:11 PM): que paso
**rge_white2006 (12/6/2005 4:14:11 PM): what happened**
rge_white2006 (12/6/2005 4:14:15 PM): lo mandastes???
**george_white2006 (12/6/2005 4:14:15 PM): did you send it???**
paul_rosado_2000 (12/6/2005 4:14:59 PM): [unencrypted] no

paul_rosado_2000 (12/6/2005 4:14:59 PM): [unencrypted] no

paul_rosado_2000 (12/6/2005 4:15:04 PM): [unencrypted] dime

**paul_rosado_2000 (12/6/2005 4:15:04 PM): [unencrypted] tell me**

'_rosado_2000 (12/6/2005 4:15:23 PM): [unencrypted] estoy a punto de mandarlo

**p..._rosado_2000 (12/6/2005 4:15:23 PM): [unencrypted] I am about to send it**

paul_rosado_2000 (12/6/2005 4:15:48 PM): [unencrypted] mejoro chemoil?, q' pasa?

**paul_rosado_2000 (12/6/2005 4:15:48 PM): [unencrypted] did chemoil improve?, what's going on?**

george_white2006 (12/6/2005 4:15:48 PM): espera

**george_white2006 (12/6/2005 4:15:48 PM): wait**

george_white2006 (12/6/2005 4:16:02 PM): lo del catire

**george_white2006 (12/6/2005 4:16:02 PM): about the catire**

paul_rosado_2000 (12/6/2005 4:16:12 PM): [unencrypted] q'?

**paul_rosado_2000 (12/6/2005 4:16:12 PM): [unencrypted] what?**

george_white2006 (12/6/2005 4:16:25 PM): cuadra con el catire lo que te esta diciendo

**george_white2006 (12/6/2005 4:16:25 PM): square of with the catire what's telling you**

george_white2006 (12/6/2005 4:16:43 PM): para que lo hagamos asi

**george_whi): so that we can do it that way**

paul_rosado_2000 (12/6/2005 4:17:40 PM): [unencrypted] ya estoy hablando con el catire

**paul_rosado_2000 (12/6/2005 4:17:40 PM): [unencrypted] I am already speaking with the catire**

paul_rosado_2000 (12/6/2005 4:24:58 PM): [unencrypted] chamo estas ahi

**paul_rosado_2000 (12/6/2005 4:24:58 PM): [unencrypted] man are you here**

paul_rosado_2000 (12/6/2005 4:25:00 PM): [unencrypted] <ding>

**paul_rosado_2000 (12/6/2005 4:25:00 PM): [unencrypted] <ding>**

paul_rosado_2000 (12/6/2005 4:25:15 PM): [unencrypted] <ding>

**paul_rosado_2000 (12/6/2005 4:25:15 PM): [unencrypted] <ding>**

george_white2006 (12/6/2005 4:26:37 PM): ok

**george_white2006 (12/6/2005 4:26:37 PM): ok**

george_white2006 (12/6/2005 4:26:43 PM): si estamos uno al lado de otro

**george_white2006 (12/6/2005 4:26:43 PM): yes we are side by side**

paul_rosado_2000 (12/6/2005 4:26:47 PM): [unencrypted] voy a mejorar a -1.89

**paul_rosado_2000 (12/6/2005 4:26:47 PM): [unencrypted] I am going to improve to -1.89**

george_white2006 (12/6/2005 4:27:23 PM): cuandra par yahoo con catire

**george_white2006 (12/6/2005 4:27:23 PM): square off by yahoo with catire**

george_white2006 (12/6/2005 4:27:30 PM): poe que tenemos gente en la ofi

**george_white2006 (12/6/2005 4:27:30 PM): becuase we have the poeple in the office**

paul_rosado_2000 (12/6/2005 4:27:40 PM): [unencrypted] OK _vargas_2001@yahoo.com

paul_rosado_2000 (12/6/2005 4:27:40 PM): [unencrypted] OK _vargas_2001@yahoo.com