# Exhibit K

**From:** Francisco Morillo
**To:** Maximiliano Poveda
**Subject:** Mateo
**Date:** Thursday, March 30, 2006 12:40:06 AM

Chamo ahi esta ..... Le mande todos los numero y las mejoras subsiguientes de esos numeros ..... No se que cono mas quiere..... Pero ahi lo tiene
Man, there it is...I sent you all the numbers and subsequent of those numbers...I don't know what else you want...But there you have it.

Mateo Lvoff (27/03/2006 16:28:15): [unencrypted] chamo eres un pelo cmplicado
Man, you are complicated

Mateo Lvoff (27/03/2006 16:28:19): [unencrypted] namas dime
Just tell me

Mateo Lvoff (27/03/2006 16:28:24): [unencrypted] soy guapo si o no
Am I good looking yes or no

george_white2006 (27/03/2006 16:28:27): koch Platts USGC Unl 87 Waterborne - US$ 17.25/ bbl
Mateo Lvoff (27/03/2006 16:28:46): [unencrypted] eso es -4
That's it

george_white2006 (27/03/2006 16:29:01): shell UNLEADED 87 WATERBORNE -31.00 USC/ GALLON
george_white2006 (27/03/2006 16:29:21): tu menos 35,93
You less

george_white2006 (27/03/2006 16:29:43): lukoil OPIS NAPHTHA (OFFSHORE 40 N+A) minus (-) 10.68 cpg
george_white2006 (27/03/2006 16:30:05): vitol PLATT'S USGC WB MEAN MINUS 48.00 CPG
Mateo Lvoff (27/03/2006 16:30:08): [unencrypted] gaon shell
Mateo Lvoff (27/03/2006 16:30:13): [unencrypted] gano shell

george_white2006 (27/03/2006 16:30:20): Bueno
Good

george_white2006 (27/03/2006 16:30:22): puedes mejorar
You could do better

george_white2006 (27/03/2006 16:30:24): eso es todo
That's all

Mateo Lvoff (27/03/2006 16:30:45): [unencrypted] bueno espero el llamado entonces
Well I'll wait for the call then

Mateo Lvoff (27/03/2006 16:34:19): [unencrypted] chamo me puedes hablar de lo que esta pasando en amuay?
Man can you talk to me about what's happening in amuay?

george_white2006 (27/03/2006 16:34:42): ok
ok

george_white2006 (27/03/2006 16:34:51): lo de amuay le vamos a escribir una nota
About amuay we are writing a notice

george_white2006 (27/03/2006 16:34:56): llama tu para mejorar
You should call to improve

Mateo Lvoff (27/03/2006 16:35:13): [unencrypted] a quien?
Who?

george_white2006 (27/03/2006 16:35:24): a la persona que mando el tender
the person that sent the tender

george_white2006 (27/03/2006 16:39:23): mejora de dimitry nafta mop minus 9.91 cpg or unl 87 mop minus 33.71 cpg or 1/3 mop nafta 1/3 mop unl 87 1/3 opis minus 17.98
george_white2006 (27/03/2006 16:40:25): creo que tienes que llamar a luis pena
I think you have to call Luis Pena

Mateo Lvoff (27/03/2006 16:41:01): [unencrypted] no encuentro el numero lo tienes a mano?
I can't find the number do you have it handy?

george_white2006 (27/03/2006 16:41:12): en el tender
In the tender

george_white2006 (27/03/2006 16:41:15): esta en el tender
it's in the tender

Mateo Lvoff (27/03/2006 16:41:37): [unencrypted] claro
Right

Mateo Lvoff (27/03/2006 16:41:41): [unencrypted] perdon
Sorry

george_white2006 (27/03/2006 16:42:06): TEL: +58 212 7083197 FAX: +58 212 7083562 MOB. +58 412 2383322
george_white2006 (27/03/2006 16:42:19): ese es de luis Vazquez
That is Luis Vazquez

george_white2006 (27/03/2006 16:42:46): luis pena TEL: +58 212 7083235 FAX: +58 212 7083186
george_white2006 (27/03/2006 16:55:39): mejora de dimitry
better for Dimitry

george_white2006 (27/03/2006 16:55:40): second offer mop minus 7.98 cpg
Mateo Lvoff (27/03/2006 17:00:39): [unencrypted] mop naphtha ?

george_white2006 (27/03/2006 17:00:53): sip
yes

Mateo Lvoff (27/03/2006 17:09:04): [unencrypted] se me acaba de ocurir algo puedo mejorar bastante
I just thought of something I can improve

Mateo Lvoff (27/03/2006 17:09:07): [unencrypted] <ding>
Mateo Lvoff (27/03/2006 17:10:20): [unencrypted] no me responde
Not responding

george_white2006 (27/03/2006 17:10:39): ok
ok

george_white2006 (27/03/2006 17:10:43): suena bien
sounds good

george_white2006 (27/03/2006 17:10:52): llama a luis vazques al cellular
Call luis Vazquez on his cell

**Mateo Lvoff (27/03/2006 17:12:37): [unencrypted] seguro ?**
Are you sure?

**Mateo Lvoff (27/03/2006 17:12:56): [unencrypted] o espero un pelito a ver si luispeña responde**
Or should I wait a little and see if luis pena responds.

**george_white2006 (27/03/2006 17:13:18): mandale un e-mail**
send him an email

**george_white2006 (27/03/2006 17:13:21): que quieres mejorar**
what do you want to improve?

**george_white2006 (27/03/2006 17:13:27): para que quede un record**
so that there is a record

**Mateo Lvoff (27/03/2006 17:13:27): [unencrypted] a quien?**
To whom?

**Mateo Lvoff (27/03/2006 17:13:36): [unencrypted] a luis pea**
To Luis pena

**Mateo Lvoff (27/03/2006 17:13:44): [unencrypted] peña?**
Pena?

**Mateo Lvoff (27/03/2006 17:14:01): [unencrypted] <ding>**
**Mateo Lvoff (27/03/2006 17:14:39): [unencrypted] <ding>**
**george_white2006 (27/03/2006 17:14:49): si**
Yes

**george_white2006 (27/03/2006 17:14:52): a luis pena**
to Luis Pena

**george_white2006 (27/03/2006 17:14:55): y a Vasquez**
And Vazquez

**george_white2006 (27/03/2006 17:14:57): a los dos**
for both

**george_white2006 (27/03/2006 17:18:42): lukoil mejoro a 7.73 debajos de la nafta mop**
Lukoil improved to 7.73 under the nafta mop

**Mateo Lvoff (27/03/2006 17:20:09): [unencrypted] yo los mato a todos**
I'll kill them all

**george_white2006 (27/03/2006 17:20:17): dale**
do it

**george_white2006 (27/03/2006 17:20:22): mandale un e-mail**
send them an email

**george_white2006 (27/03/2006 17:20:27): y deja algo para mejorar luego**
and leave something to improve for later

**Mateo Lvoff (27/03/2006 17:20:34): [unencrypted] gasolina -29.29**
Gasoline -29.29

**george_white2006 (27/03/2006 17:20:37): pero ponlo por escrito**
Have it in writing

**Mateo Lvoff (27/03/2006 17:21:06): [unencrypted] Dear Luis: I am sending you this E mail as I realised that I made an error in my bid to you for this tender. As per my telephone recording to you, I now realise that I am able to considerably improve on my original bid. I am available to talk about an improvement of my original bid either at work 1 203 355 72 15 or on my cell phone 1 646 258 0765 Hoping to hear from you at your earliest convinience. I remain Mateo Lvoff**

**Mateo Lvoff (27/03/2006 17:21:17): [unencrypted] lo made a los 2 luises**
I sent it to both Luis's

**Mateo Lvoff (27/03/2006 17:21:23): [unencrypted] lo mande**
I sent it

**george_white2006 (27/03/2006 17:22:29): ok**
ok

**Mateo Lvoff (27/03/2006 17:22:33): [unencrypted] que te parece ahora tengo que p[oner especificamente my numero?**
What do you think of now that I have to specifically put my number

**george_white2006 (27/03/2006 17:22:51): si**
yes

**george_white2006 (27/03/2006 17:22:58): pero pon un numero mejor que todo el mundo**
but put a number better than everyone's

**Mateo Lvoff (27/03/2006 17:23:01): [unencrypted] por telefono o por E mail**
Through telephone or email

**george_white2006 (27/03/2006 17:23:02): pero no el major**
but not the better

**george_white2006 (27/03/2006 17:23:06): para que puedas mejorar**
so you can improve

**Mateo Lvoff (27/03/2006 17:23:07): [unencrypted] ???**

**george_white2006 (27/03/2006 17:23:10): por e-mail**
through email

**Mateo Lvoff (27/03/2006 17:23:57): [unencrypted] entonces mando 29.92 por e mail?**
Well then should I send 29.92 through email?

**george_white2006 (27/03/2006 17:24:11): ese es tu mejor numero?**
Is that your best number?

**Mateo Lvoff (27/03/2006 17:24:16): [unencrypted] pero llamo antes?**
Call him before

**Mateo Lvoff (27/03/2006 17:24:33): [unencrypted] no me dijistes tu de no arrancar con el major**
Did you tell me to take off with the major one

**george_white2006 (27/03/2006 17:24:39): correcto**
correct

Mateo Lvoff (27/03/2006 17:24:49): [unencrypted] llamo primero?
Call first?

george_white2006 (27/03/2006 17:24:57): lo ideal es que mandes un numero que sea mejor que el de todo el mundo... pero no tu mejor numero....
The ideal thing is to send a number that's better than everyone else's... but not your best number

george_white2006 (27/03/2006 17:25:07): llama primero y luego lo pones por escrito
call first and then have it in writing

Mateo Lvoff (27/03/2006 17:25:12): [unencrypted] ok
Ok

george_white2006 (27/03/2006 17:25:19): mandalo incluso si no te contestan
send it even if they don't respond

Mateo Lvoff (27/03/2006 17:26:06): [unencrypted] llamo primero a peña
I'll call Pena first

george_white2006 (27/03/2006 17:26:19): si
yes

Mateo Lvoff (27/03/2006 17:34:14): [unencrypted] estas
Are you

Mateo Lvoff (27/03/2006 17:34:16): [unencrypted] ??

Mateo Lvoff (27/03/2006 17:34:31): [unencrypted] lo llame me [idio de mandar por e mail
I called, he said to send it through email

Mateo Lvoff (27/03/2006 17:34:38): [unencrypted] le puse -29.74
I put -29.74

Mateo Lvoff (27/03/2006 17:34:56): [unencrypted] creo que gano pero analysis esta buscando -25 ....
I think I win but the analysis is looking for -25

Mateo Lvoff (27/03/2006 17:35:04): [unencrypted] para me bolas chamo !!
I could care less Man

Mateo Lvoff (27/03/2006 17:35:09): [unencrypted] <ding>
george_white2006 (27/03/2006 17:35:13): estoy
I am

george_white2006 (27/03/2006 17:35:20): ok
ok

Mateo Lvoff (27/03/2006 17:35:22): [unencrypted] lee
Read

george_white2006 (27/03/2006 17:35:26): y cual es tu mejor numero
What is your best number?

george_white2006 (27/03/2006 17:35:28): ?

Mateo Lvoff (27/03/2006 17:35:47): [unencrypted] 29.00
29.00

george_white2006 (27/03/2006 17:35:50): creo que lo que tenemos que hacer es ser el mejor numero
I think what we have to do is be the best number.

george_white2006 (27/03/2006 17:35:57): que nadia nos gane y ya
No one beats us that's it

george_white2006 (27/03/2006 17:36:05): ellos tendran que vender
they are going to have to sell

Mateo Lvoff (27/03/2006 17:36:22): [unencrypted] bueno que hago ?
Well what should I do?

Mateo Lvoff (27/03/2006 17:36:29): [unencrypted] me quedo tranquiito?
Stay calm?

george_white2006 (27/03/2006 17:36:42): mandale y vemos que pasa
send it and we'll see what happens

george_white2006 (27/03/2006 17:36:48): si dimitry mejora o que
if dimitry improves or what

Mateo Lvoff (27/03/2006 17:36:51): [unencrypted] ya te dije que lo mande
I told you to send it

george_white2006 (27/03/2006 17:36:53): estoy pendiente
I'm waiting

george_white2006 (27/03/2006 17:36:56): y dejame llamar

and let me call