# Exhibit L

CI_Emails_00008273

04.25.2006 – Francisco Morillo:

Hi,

This is BP's offer... they want to take it under the terms of their natural gas term contract with PDVSA.

PRICING:

    A + B (FOB Curacao)

    A= Platt's Mean USGC Natural Gasoline (MT. Velviue, Non-Warren)

    B= Discount -4.09 (US Cents per Gallon)

Regards,

Francisco

| | |
|---|---|
| **From:** | Francisco Morillo |
| **To:** | Mateo Lvoff |
| **Cc:** | Maximiliano Poveda |
| **Subject:** | Nafta primera oferta para el tender de manana |
| **Date:** | Tuesday, April 25, 2006 4:33:00 PM |

Hola,

Esta es la oferta de bp... se lo quieren llevar bajo los terminos de su contrato a termino con PDVSA de gasolina natural.

PRICING    : A + B  (FOB Curacao)
    A = Platt's Mean USGC Natural Gasoline (Mt. Belvieu, Non-Warren)
    B = Discount -4.09(US Cents per Gallon)

Saludosm

Francisco