# Exhibit M

**TOSHIBA0016697**

| ORIGINAL | TRANSLATION |
|---|---|
| From:PEDRO SANCHEZ<br>Sent:Tue 8/16/2005 2:38:58 PM<br>To:Francisco Morillo[fm@wtrpc.com]; Francisco Morillo[francisco.morillo@wtrpc.com]; Carpio5[leonardo.baquero@wtrpc.com]; Carpio6[lb@wtrpc.com]<br>Subject: REUNION CON EL HERMANO MAYOR<br>SEÑORES:<br>LOS PUNTOS QUE SE TRATARON FUERON LOS SIGUIENTES:<br>STATUS DE LOS VLCC (CINCO (5) OFERTAS):<br>• FRONT VANGUARD ( NO SE ACUERDA LOS NIVELES)<br>• GEMINIS GLORY ( PUEDE SER EL SELECCIONADO PERO ESTA BAJO DISCUSION TODAVIA. NIVELES: SINGAPUR 2.9, COREA 3.8 (PALOS). DICE QUE ESTE 3ª CARGAMENTO DE SANSUNG SI VA YA QUE TIENEN BIEN ARMADA LA L/C. NO CREE QUE VAYA UN 4ª, NO ME DICE PORQUE???.<br>• MILLENIUM (NO SE ACUERDA LOS NIVELES)<br>• LA MADRINA (ESTA EN EL GOLFO ARABICO Y LO PROMETIO PARA EL 23/08/05, POR LO TANTO DICE QUE NO VA PA EL BAILE)<br>• NO SABE EL NOMBRE DEL ULTIMO<br>PREGUNTO:<br>1. DE QUIEN ES EL ISABELA (AFRAMAX Ó PANAMAX???)<br>2. QUE HACE LA VACA EN ITALIA???<br>3. PORQUE SIGUE EL CAP. SANCHEZ INSTALADO EN LA OFICINA DE EL EN C&S. EL PEO ES DE QUE A PESAR DE QUE NO MANDA ESCUCHA TODO E INFORMA A LA VACA. QUE SI PUEDEN BUSCAR LA MANERA DE SACARLO DEL PISO.<br>4. DICE QUE EL CAP. SANCHEZ SE METIO EN UN PEO YA QUE EXTENDIO EL CONTRATO DE BAHIA POZUELOS HASTA DICIEMBRE.<br>5. LE MANDA A DECIR AL JUNIOR QUE POR FAVOR LE ELIMINE LOS MENSAJES DE GLOBOVISION (ESCUALIDOS???). TAMBIEN PREGUNTA QUE SIGNIFICA QUE TODOS LOS MENSAJES QUE QUEDAN GRABADOS EN GATEAWAY?????. | From: PEDRO SANCHEZ<br>Sent: Tue 8/16/2005 2:38:58 PM<br>To: Francisco Morillo [fm@wtrpc.com]; Francisco Morillo [francisco.morillo@wtrpc.com]; Carpio5 [leonardo.baquero@wtrpc.com]; Carpio6 [lb@wtrpc.com]<br>Subject: REUNION WITH THE BIG BROTHER<br>SIRS:<br>THE POINTS TO BE TREATED WERE THE FOLLOWING:<br>STATUS OF THE VLCC (FIVE (5) OFFERS):<br>• FRONT VANGUARD (LEVELS DO NOT AGREE)<br>• GEMINIS GLORY (MAY BE SELECTED BUT IT IS LOW DISCUSSION YET LEVELS: SINGAPORE 2.9, KOREA 3.8 (STICKS) SAYS THAT THIS 3rd SANSUNG LOADING IF YOU ARE ALREADY ALMOST ARMED THE L / C DO NOT BELIEVE THAT A 4TH , DO NOT TELL ME BECAUSE ???.<br>• MILLENNIUM (LEVELS DO NOT AGREE)<br>• MADRINA (THIS IN THE ARABIC GULF AND PROMISED FOR 23/08/05, THEREFORE SAYS NOT GO TO THE DANCE)<br>• DO NOT KNOW THE LAST NAME<br>I ASK:<br>1. WHO IS THE ISABELA (AFRAMAX OR PANAMAX ???)<br>2. WHAT DOES THE COW IN ITALY DO?<br>3. WHY FOLLOW THE CAP. SANCHEZ INSTALLED IN THE OFFICE OF EL EN C & S. THE PEO IS THAT WHILE NOT SENDING LISTENING EVERYTHING AND INFORMES THE COW. THAT IF YOU CAN LOOK FOR THE WAY TO REMOVE IT FROM THE FLOOR.<br>4. SAYS THAT CAP. SANCHEZ WAS METIO IN A PEO AND EXTENDED THE CONTRACT OF BAHIA POZUELOS UNTIL DECEMBER.<br>5. Tell the JUNIOR to PLEASE DELETE GLOBOVISION MESSAGES (SLOWLY ???). ALSO QUESTION WHICH MEANS THAT ALL MESSAGES THAT ARE ENGRAVED IN GATEAWAY ?????.<br>6. AND LAST TO BE CHARGED 100,000.00 TO THE NUMBER 0412-598-5826 OR YOU BUY TWO CARDS OF 50,000.00.<br>FOR THE MOMENTS THERE ARE NO MORE REQUIREMENTS. WE WILL KEEP IT INFORMED AS EARLY AS POSSIBLE.<br>REGARDS,<br>TONY |

| | |
|---|---|
| 6. Y POR ULTIMO QUE LE CARGUEN 100.000,00 AL NUMERO 0412-598-5826 Ó LE COMPREN DOS TARJETAS DE 50.000,00.<br>POR LOS MOMENTOS NO HAY MAS REQUERIMIENTOS. NOS MANTENDRA INFORMADO LO MAS TEMPRANO POSIBLE.<br>SALUDOS,<br>TONY | |

**To:** Francisco Morillo[fm@wtrpc.com]; Francisco Morillo[francisco.morillo@wtrpc.com]; Carpio5[leonardo.baquero@wtrpc.com]; Carpio6[lb@wtrpc.com]
**From:** PEDRO SANCHEZ
**Sent:** Tue 8/16/2005 2:36:58 PM
**Importance:** Normal
**Subject:** REUNION CON EL HERMANO MAYOR
**ived:** Tue 8/16/2005 2:34:46 PM

SEÑORES:
LOS PUNTOS QUE SE TRATARON FUERON LOS SIGUIENTES:

STATUS DE LOS VLCC (CINCO (5) OFERTAS):

- FRONT VANGUARD ( NO SE ACUERDA LOS NIVELES)
- GEMINIS GLORY ( PUEDE SER EL SELECCIONADO PERO ESTA BAJO DISCUSION TODAVIA.
NIVELES: SINGAPUR 2.9, COREA 3.8 (PALOS). DICE QUE ESTE 3ª CARGAMENTO DE SANSUNG SI
VA YA QUE TIENEN BIEN ARMADA LA L/C. NO CREE QUE VAYA UN 4ª, NO ME DICE PORQUE???.
- MILLENIUM (NO SE ACUERDA LOS NIVELES)
- LA MADRINA (ESTA EN EL GOLFO ARABICO Y LO PROMETIO PARA EL 23/08/05, POR LO TANTO
DICE QUE NO VA PA EL BAILE)
- NO SABE EL NOMBRE DEL ULTIMO


PREGUNTO:

1. DE QUIEN ES EL ISABELA (AFRAMAX Ó PANAMAX???)
2. QUE HACE LA VACA EN ITALIA???
3. PORQUE SIGUE EL CAP. SANCHEZ INSTALADO EN LA OFICINA DE EL EN C&S. EL PEO ES DE
QUE A PESAR DE QUE NO MANDA ESCUCHA TODO E INFORMA A LA VACA. QUE SI PUEDEN
BUSCAR LA MANERA DE SACARLO DEL PISO.
4. DICE QUE EL CAP. SANCHEZ SE METIO EN UN PEO YA QUE EXTENDIO EL CONTRATO DE
BAHIA POZUELOS HASTA DICIEMBRE.
5. LE MANDA A DECIR AL **JUNIOR** QUE POR FAVOR LE ELIMINE LOS MENSAJES DE
GLOBOVISION (ESCUALIDOS???). TAMBIEN PREGUNTA QUE SIGNIFICA QUE TODOS LOS
MENSAJES QUE QUEDAN GRABADOS EN **GATEAWAY?????**.
6. **Y POR ULTIMO QUE LE CARGUEN 100.000,00 AL NUMERO 0412-598-5826 Ó LE COMPREN DOS
TARJETAS DE 50.000,00.**

POR LOS MOMENTOS NO HAY MAS REQUERIMIENTOS. NOS MANTENDRA INFORMADO LO MAS
TEMPRANO POSIBLE.

SALUDOS,
TONY

Toshiba0016697