# Exhibit N

**BIRMINGHAM00111822**

| ORIGINAL | TRANSLATION |
|---|---|
| From: Francisco Morillo <franciscomorillo@cantv.net><br>Sent: Monday, August 29, 2005 4:01 PM<br>To: 'Calnex' <sclups@gmail.com><br>Subject: FW: PDVSA REBCO TENDER OCT 05 TO OCT 06 | From: Francisco Morillo <franciscomorillo@cantv.net><br>Sent: Monday, August 29, 2005 4:01 PM<br>To: 'Calnex' <sclups@gmail.com><br>Subject: FW: PDVSA REBCO TENDER OCT 05 TO OCT 06 |
| -----Original Message-----<br>From: Luis.Alvarez@glencore.co.uk [mailto:Luis.Alvarez@glencore.co.uk]<br>Sent: Friday, August 26, 2005 8:42 AM<br>To: Francisco Morillo; Gustavo.Gabaldon@glencore-us.com; leonardo.baquero@wtrpc.com; Sergio.Delavega@glencore-us.com<br>Subject: PDVSA REBCO TENDER OCT 05 TO OCT 06<br>Importance: High | ----- Original Message -----<br>From: Luis.Alvarez@glencore.co.uk [mailto: Luis.Alvarez@glencore.co.uk]<br>Sent: Friday, August 26, 2005 8:42 AM<br>To: Francisco Morillo; Gustavo.Gabaldon@glencore-us.com; Leonardo.baquero@wtrpc.com; Sergio.Delavega@glencore-us.com<br>Subject: PDVSA REBCO TENDER OCT 05 TO OCT 06<br>Importance: High |
| Este seria el formato que queremos que usen para el tender para entrega en<br>Rotterdam. Como acordamos nos hemos centrado solo en el volumen por barco y<br>para entrega en el Norte para intentar conseguirlo todo.<br>En cuanto al periodo de pricing lo hemos dejado bastante vago esperando que<br>las ofertas sean solo con 5 despues de BL y la nuestra con pricing<br>alternativos salga mejor en la matriz.<br>Es muy importante que la restriccion del puerto de carga se mantenga y solo<br>acepten Primorsk.<br>En cuanto a la puntuacion en el tender, tanto Incomed como Citizens han<br>tenido contratos a plazo para el sumistro en el Norte y asi se dice en la<br>presentacion, asi que seria bueno que se le diera un 10-15% a las cias que<br>han tenido contrato directo con PDVSA para el suminstro Roterdam/Wileshaven.<br>Con Incomed y teniendo en cuenta que no es favorita, ofreceriamos en bases<br>FOB y con flete ligado a Platt's. | This would be the format we want them to use for tending for delivery in<br>Rotterdam. As we have agreed, we have focused only on volume per ship and<br>For delivery in the North to try to get everything.<br>As for the pricing period, we have left it quite vague,<br>The offers are only with 5 after BL and ours with pricing<br>Alternatives come out better in the matrix.<br>It is very important that the cargo port restriction is maintained and only<br>Accept Primorsk.<br>As for the punctuation in the tender, both Incomed and Citizens have<br>Term contracts for the supply in the North and so it is said in the<br>Presentation, so it would be good to give 10-15% to the<br>Have had a direct contract with PDVSA for the supply<br>Rotterdam / Wileshaven.<br>With Incomed and considering that it is not favorite, we would offer on<br>FOB and freight bonded to Platt's. |

| | |
|---|---|
| Otro punto importante es que como veis pedimos que las cias oferten solo<br>por la totalidad del volumen en el Norte, asi cias pequenas no pueden venir<br>con ofertas muy agresivas para solo una pequena parte del volumen.<br>Por ultimo tambien hemos puesto una restriccion que impide que las cias que<br>ofrecen en el Sur o en el tubo puedan ofrecer aqui. Si hacen falta razones<br>para explicar porque PDVSA deberia hacer esto, las tenemos.<br>Si necesitais algo mas, dejarmelo saber.<br>Suerte!<br>? | Another important point is that as you see we ask that the companies offer only<br>By the whole volume in the North, so small ones can not come<br>With very aggressive offers for only a small part of the volume.<br>Finally, we have also introduced a restriction that prevents<br>Offer in the South or in the tube can offer here. If reasons are necessary<br>To explain why PDVSA should do this, we have them.<br>If you need anything else, let me know.<br>Luck! |

**To:** 'Calnex'[sclups@gmail.com]
**From:** Francisco Morillo
**Sent:** Mon 8/29/2005 8:00:55 PM
**Importance:** High
**Subject:** FW: PDVSA REBCO TENDER OCT 05 TO OCT 06
**Received:** Mon 8/29/2005 8:00:00 PM

-----Original Message-----
From: Luis.Alvarez@glencore.co.uk [mailto:Luis.Alvarez@glencore.co.uk]
Sent: Friday, August 26, 2005 8:42 AM
To: Francisco Morillo; Gustavo.Gabaldon@glencore-us.com; leonardo.baquero@wtrpc.com; Sergio.Delavega@glencore-us.com
Subject: PDVSA REBCO TENDER OCT 05 TO OCT 06
Importance: High

Este seria el formato que queremos que usen para el tender para entrega en Rotterdam. Como acordamos nos hemos centrado solo en el volumen por barco y para entrega en el Norte para intentar conseguirlo todo.
En cuanto al periodo de pricing lo hemos dejado bastante vago esperando que las ofertas sean solo con 5 despues de BL y la nuestra con pricing alternativos salga mejor en la matriz.
Es muy importante que la restriccion del puerto de carga se mantenga y solo acepten Primorsk.
En cuanto a la puntuacion en el tender, tanto Incomed como Citizens han tenido contratos a plazo para el sumistro en el Norte y asi se dice en la presentacion, asi que seria bueno que se le diera un 10-15% a las cias que han tenido contrato directo con PDVSA para el suminstro Roterdam/Wileshaven.
Con Incomed y teniendo en cuenta que no es favorita, ofreceriamos en bases FOB y con flete ligado a Platt's.
Otro punto importante es que como veis pedimos que las cias oferten solo por la totalidad del volumen en el Norte, asi cias pequenas no pueden venir con ofertas muy agresivas para solo una pequena parte del volumen.
Por ultimo tambien hemos puesto una restriccion que impide que las cias que ofrecen en el Sur o en el tubo puedan ofrecer aqui. Si hacen falta razones para explicar porque PDVSA deberia hacer esto, las tenemos.
Si necesitais algo mas, dejarmelo saber.
Suerte!

---

Re: Crude – Russian Export Crude Oil Sale tender to PDVSA for delivery Rotterdam/Wileshaven commencing October 2005 to October 2006.

Please find below details of our tender:

1/ Seller:
------------
Revert with full style.

2/ Buyer:
------------
PDVSA Petroleo S.A.
Caracas 1060 A
Venezuela

3/ Product:
------------
Russian Export Blend crude oil of normal export quality, as made available by the loading terminal Primorsk, Russia at the time of loading.
Other loading ports will not be accepted.

Birmingham-00111822

4/ Validity:
-----------

Contract to be valid for a period of 12 months starting October 2005 and to be
extended for similar periods by mutual agreement.

5/ Quantity:
-----------

To be basis aprox. 140,000 barrels per day, with delivery mutually agreed
between the parties on cargo lots of 100,000 MT +/-10%.
Only offers for the whole volume will be considered.
Companies offering volumes for PDVSA tender in the South and/or via
pipeline will not be considered to offer into this tender.

6/ Nomination:
-------------

By the 15th of the month preceding the month of delivery, buyer will
nominate
preferred five day delivery windows and number of cargoes and within the
following three working days both parties should have confirmed the
following two points :
i. The number of cargoes to be delivered during the month of delivery
ii. The five day delivery window associated for each cargo

7/ Delivery:
-----------

In one lot Delivered CIF Rotterdam/Wilhelmshaven with arrival window(s)
agreed as per above.
Seller shall narrow the arrival window(s) to a 3 day delivery window(s) 10
days before
the 1st day of the above window(s).

Seller's vessel(s) to be acceptable to buyer, such acceptance not to be
unreasonably witheld. In the case of substitution, such substitution to be
acceptable to buyer such acceptance not to be unreasonably witheld.

8/ Price:
--------

Price of each cargo in U.S.Dollars per net Bill of lading barrel basis one
safe port/berth Rotterdam/Wilhelmshaven to be equal to the arithmetic
average of the mean of the high and low quotations as published in Platt's
crude oil marketwire for Urals (Rotterdam) spread vs fwd Dated Brent.

The standard pricing period for these cargoes is five quotations
immediately following the bill of lading date (b/l date = day 0).

Future Platts corrections (if any) to apply.

The price for Russian Export Blend crude oil is understood to be based on a
density of 32.00-32.09 api. If the api as ascertained at loadport is below
32.09 price to de-escalate with usd 0.003/bbl for each full tenth degree of
api below 32.09 api. If the api as ascertained at loadport is above 32.00
price to escalate with USD 0.003/bbl for each full tenth degree of api
above 32.00 api.

Final price will be rounded to three (3) decimal places.

9/ Terms of payment applicable:
------------------------------
Net B/L barrels shall be invoicing quantity as converted according to
clause 11 hereunder.

By telegraphic transfer in immediately availiable funds 30 days from B/L
date (B/L date to count as day one) without offset, deduction or
counterclaim against presentation of Seller's commercial invoice,
independent inspector's load report evidencing net US barrels loaded

Birmingham-00111822

(telex acceptable), independent inspector's loading report evidencing API (telex acceptable), copy of the charter party recap (telex acceptable) and Seller's letter of indemnity statement countersigned by a first class western bank in the following format:

Quote

To: PDVSA                    Date .........................

We refer to a cargo of ................ net barrels of .......................... crude oil sold by us to you pursuant to our contract dated ................ and shipped on board the vessel '...................................' which loaded at port of ................... pursuant to bills of lading dated ..............................

Although we have sold the cargo and have transferred the title to you, we are unable to provide you with the documents required for payment under our contract including the full set of 3/3 original bills of lading covering the cargo ('shipping documents').

In consideration of your paying the full purchase price of U.S.Dollars ........................ prior to our tender of the shipping documents, we hereby expressly warrant that we had, have, or will have as of the time prescribed for the transfer of title to you under our contract:

(i) good title to such cargo and the bills of lading free and clear of any charge, lien, encumbrance or other security interest, and
(ii) the full right and authority to transfer such title and effect delivery of such cargo and the bills of lading to you.

In further consideration we agree to indemnify, hold you harmless from, protect and defend you against, and pay and satisfy, any and all damages, costs and expenses (including reasonable attorney fees) which you may incur or be adjudged owing or for which you may otherwise be liable by reason of the shipping documents remaining outstanding and/or the breach of the warranties given above, including but not limited to, those which arise out of any claims and demands which may be made by a holder or transferee of the original bills of lading or by any other third party claiming an interest in or liens on the cargo, bills of lading, or on the proceeds thereof.

This letter of indemnity shall be construed, interpreted and governed by the laws of england excluding choice of law rules and the u.n. convention on contracts for the international sale of goods.

This letter of indemnity shall expire upon our tender of the shipping documents to you. we agree we will make all reasonable efforts to obtain and surrender the shipping documents as soon as possible.

Signed
(Authorised signatory)
(Seller's full style)

We hereby irrevocably and unconditionally agree to be jointly and severally obligated by the above indemnity.
Bank's name
Authorized signature(s)
Unquote

Seller expressly warrants that he is hereunder transfering his marketable title of the crude oil (as defined on clause 3 of this contract) , free and clear of any
lien or encumbrace , under the basis that seller has full right and authority to transfer to buyer and effect delivery of such crude oil. Furthermore, seller hereunder irrevocally and unconditionally undertakes to hold buyer harmless against any claim damage, loss, cost, and/or expenses which may suffer, incur or be put to, as a result of a breach of our

Birmingham-00111822

warranties or any of them as set out above.

Buyer to issue a payment undertaking to seller's designated bank prior to discharge.
Seller to inform (formal request) of banking details at least two working days prior to issuing of payment undertaking to the person in charge at PDVSA being ................ On Tel No.............................. or, in the event the person in charge is not available, buyers nominated replacement.

Quote
From PDVSA
To (bank)
Attn (name)

Ref: Payment undertaking
Your ref: agreement of (date)
Our ref: (tbn)

Only for banking purposes
====================

We, PDVSA (buyer), confirm having entered into a contract with .................. (seller), for the purchase of (volume) plus minus (pct) pct of (crude), of the quality made available at the loadport at the time of loading the vessel. The price will be fixed as per contractual terms between PDVSA, and seller to be delivered CIF on dates (date) to (date), with payment at (xx) days (from/after) bill of lading date (b/l date=day (zero or one)).

We will irrevocably and unconditionally undertake to pay on due date without any setoff deduction or counterclaim whatsoever, and free of all charges, the full amount of the sellers invoice covering the above mentioned purchase by telegraphic transfer to the client's account at (bank), against presentation of seller's commercial invoice (telex/telecopy acceptable), independent inspector's quality report at loading port (telex acceptable), independent inspector's quantity report at the load port (telex acceptable ), full set 3/3 original bills of lading issued to or endorsed to the order of buyer and original certificate of origin, if any of the above documents are not available at payment due date, then seller shall present all other required documents, including selller's commercial invoice (telex acceptable) and seller's letter of indemnity covering the missing document(s) (telex acceptable).

This undertaking is subject to our having received good and unencumbered title of goods and subject further to our not being prevented from carrying out this undertaking by order of court or other authority.

We further represent that this undertaking is a legally binding payment obligation and is in full accordance with our by-laws and regulations applicable to us.

We have obtained all approvals and/or licenses from the relevant authorities to enable us to enter into the underlying commercial contract and to effect the above mentioned payment when due.

Buyer confirms that seller have the right upon giving written notice to buyer, to assign to its designated financing bank its right to the proceeds of the sales price payable under the above mentioned sale contract.

This payment undertaking is subject to english law.

Best regards,
................................................................
Authorised Signatory
PDVSA
Unquote

Payment shall be made against presentation of seller's commercial invoice full set of 3/3 original bills of lading and other usual shipping

Birmingham-00111822

documents.

If due date occurs on a saturday or on a non Monday bank holiday in
New York, payment to be effected on the preceeding New York banking
day. If due date occurs on a Sunday or on a Monday bank holiday in
New York, payment to be effected on the following New York banking
day.

In the event the final price to be used for invoicing purposes is unknown
when payment is due, then provisional payment shall be effected on the
due date based on 95 pct of the net amount calculated based on net B/L
volume and estimated price based on all pricing quotation using in the
agreed
formula available until 7 working days before the due date.
Any imbalance to be settled five working days after final price is
calculated.

10/ Title and risk:
-------------------
Shall pass from seller to buyer as the oil passes the vessels
permanent hose connection at loading port.

11/ Quality / Quantity determination:
-------------------------------------
Quality and quantity as per mutually agreed independent inspectors
load report which shall be final and binding save fraud or
manifest error and shall be used for invoicing purposes.

At loadport, mutually agreed independent inspector to be appointed
for control purposes only. costs to be split 50/50 seller/buyer.

At disport, an independent inspector to be appointed and costs to be for
the buyer.

Seller shall have the right to have his representative present to witness
all ullages and tests at the discharge port.

12/ Laytime/Demurrage/Claims:
-----------------------------
- NOR to be tendered upon ship's arrival at disport.
- Allowed laytime 36 hours + up to 6 hours nor, shinc, prorata for part
  cargo.
- Any demurrage claim by seller shall be calculated in accordance
  with the actual charter party and notified to the buyer in writing
  and be supported by the following documents:
- Seller's invoice for demurrage
.- Details of the seller's calculations of the amount claimed.
- Copy of statements of facts or timesheet at loading and discharge
  port by independent inspector or vessel's agents.
- Letters of protest issued at loadport or disport
- Copy owner's invoice for demurrage or demurrage invoice received by
seller
   from previous cargo owner (in case that seller does not charter the
vessel)
- Copy of the charter party or telex recap of the vessel.
Any claim shall be submitted to the other party with supporting
documentation within ninety (90) days from the bill of lading date
and the party receiving the claim shall not be liable for any claim
received after date.all payments to the designated account of the
relevant party within thirty (30) days after receipt thereof.

13/ Law:
--------
This contract shall be governed and construed in accordance with the Laws
of England with exclusive jurisdiction in the High Courts of London without
recourse to any arbitration.

14/ Force Majeure:

Birmingham-00111822

Neither Seller nor Buyer shall be liable in damages or otherwise for any failure or delay in performance of any obligation hereunder other than obligation to make payment, where such failure or delay is caused by force majeure, being any event, occurrence or circumstances reasonably beyond the control of that party, including without prejudice to the generality of the foregoing: failure or delay caused by or resulting from acts of God, strikes, fires, floods, wars (whether declared or undeclared), riots, destruction of the oil, delays of carriers due to breakdown or adverse weather, perils of the sea, embargoes, accidents disruptions or breakdowns of production or refinery facilities and equipments, or prevention of delay in loading or discharging of vessels or barges due to such disruptions or breakdowns, restrictions imposed by any governmental authority (including allocations priorities, requisitions, quotas and price controls). The time of Seller to make, or Buyer to receive, deliver, hereunder shall be extended during any period in which delivery shall be delayed or prevented by reason of any of the foregoing causes, up to a total of thirty (30) days. If any delivery hereunder shall be so delayed or prevented by reason for more than 30 days, either party may terminate this contract with respect to such delivery upon written notice to the other party.

15/ ISPS:

a. Sellers' obligations:
(i) from the date of coming into force of the international code for the security of ships and of port facilities and the relevant amendments to chapter xi of solas (the "isps code") the sellers warrant that in respect of any vessel upon which any of the goods sold under this contract are intended to be shipped or are in fact shipped (the "vessel") both the vessel and the company, as defined by the isps code (the "company") shall comply with the requirements of the isps code relating to the vessel and the company. where the discharge port is within the usa and us territories or waters, the sellers shall, further, procure that the vessel and the company shall comply with the requirements of the us maritime transportation security act 2002 ("MTSA").
(ii) upon request the sellers shall provide the buyers with a copy of the relevant international ship security certificate (or the interim international ship security certificate).
(iii) the sellers shall procure that the vessel shall, when required to do so by the appropriate authorities, take all necessary steps to complete a declaration of security ("dos"). any delay arising from a failure on the part of the vessel to complete a dos in timely fashion shall be for the sellers' account and shall not count as laytime or time on demurrage.
(iv) the sellers shall procure that they and/or any charterers and/or sub-charterers of the vessel provide the company security officer ("CSO") and the ship security officer ("sso")/master with their full style contact details and any other information the owners and/or the company may require to comply with the isps code and/or mtsa (if applicable).
(v) save where either (1) the company and/or the vessel has failed to comply with the requirements of the isps code and/or, within the usa and us territories or waters, with mtsa, or (2) the sellers have failed to comply with any provision of this clause, the sellers shall be entitled to tender notice of readiness under this contract even if the vessel is not cleared due to applicable security regulations or measures imposed by the discharge port/terminal/installation or any relevant authority under the isps code and/or mtsa (if applicable).
(vi) any delay, loss, damage or expense, whatsoever caused by failure on the part of the company and/or the vessel and/or the sellers to comply with the requirements of the isps code or of mtsa (if applicable) or of this clause shall be for the sellers' account and shall not count as laytime or time on demurrage.
Notwithstanding any prior acceptance of the vessel by the buyers, if the vessel does not comply with the requirements of the isps code or mtsa (if applicable) either prior to arrival or at the discharge port (s) and is consequently prohibited by the relevant authorities from discharging: the sellers shall be obliged to procure that the vessel owners promptly and urgently take all necessary remedies to ensure that the vessel complies with the requirements of the isps code or mtsa (if applicable): or

Birmingham-00111822

the sellers shall be obliged to substitute the vessel with a vessel
complying with the requirements of the isps code or mtsa (if applicable).
any time lost shall be for the account of sellers and sellers to be liable
for any and all losses, costs and expenses which the buyers may incur as a
direct result of a failure of the vessel to comply with the requirements of
the isps code or mtsa (if applicable) as described in this sub-clause
(vii).
(viii)   where the discharge port/terminal/installation is in the united
states or any us territories or waters, the sellers shall procure that the
vessel or its agents shall report and send all notices as required to
obtain entry and exit clearances from the relevant us authorities. any
delay caused by the failure to so report shall be for the sellers' account
unless such failure to report is caused by or attributable to the buyers or
their representatives or agents including but not limited to the receiver
of the cargo. time which, pursuant to this clause, is for sellers'
account, shall not count as used laytime or time on demurrage.

b.  Buyer's obligations:
(i) the buyers warrant that the discharge port/terminal/installation
shall comply with the requirements of the isps code and/or, if located
within the usa and us territories, with the mtsa.
(ii) any costs or expenses in respect of the vessel and/or the cargo
including any additional charge, fee or duty levied on the vessel at the
discharge port and actually incurred by the sellers resulting directly from
the failure of the discharge port/terminal/installation to comply with the
isps code and/or, if located within the usa and/or us territories or
waters, with the mtsa, shall be for the account of the buyers, including
but not limited to the time required or costs incurred by the vessel in
taking any action or any special or additional security measures required
by the isps code or mtsa. all time so required shall count as used laytime
or time on demurrage.
(iii) save insofar as paragraph b(ii) above applies, where the discharge
port is located within the usa and/or us territories or waters, unless
caused by the negligence of the vessel owners and/or the sellers, any
delays suffered or time lost in obtaining the entry and exit clearances
from the relevant us authorities shall be for the buyers' account and time
so lost shall count as used laytime or time on demurrage.
(iv) save where the vessel and/or the company has failed to comply with
the requirements of the isps code or, within the usa and us territories or
waters, with the mtsa, any delays, costs or expenses arising out of or
related to security regulations or measures required by the discharge port
or port facility or any relevant authority in accordance with the isps code
including, but not limited to, security guards, launch services, tug
escorts, port security fees or taxes and inspections, shall be for the
buyers' account. time so spent shall count as used laytime or time on
demurrage.
(v) save where the vessel and/or the company has failed to comply with
the requirements of the isps code and/or, within the usa and us territories
or waters, with mtsa, the buyers shall be responsible for any delays at the
discharge port or port facility resulting directly from the vessel being
required by the port facility or any relevant authority to take any action
or any special or additional security measures or undergo additional
inspections by virtue of the vessel's previous ports of call. time so
spent shall count as used laytime or time on demurrage.
(vi) the buyers' liability to the sellers for any costs, losses or
expenses incurred by the vessel, the charterers or sub-charterers or the
vessel owners resulting from the failure of the discharge
port/terminal/installation to comply with the isps code or mtsa shall be
limited to the payment of demurrage in accordance with the terms of this
contract and costs actually incurred by the sellers in accordance with the
provisions of this clause.

16/ Other terms:
-----------------------
Where not in conflict with the above, Incoterms 2000 terms and
conditions for CIF deliveries shall apply.
LEGAL DISCLAIMER. The contents of this e-mail and any attachments are strictly confidential and they may not be used or disclosed
by someone who is not a named recipient.

Birmingham-00111822

If you have received this email in error please notify the sender by replying to this email inserting the word "misdirected" as the message and delete this e-mail from your system.

Birmingham-00111822