# Exhibit O

**To:** 'Andy Summers'[Andy.Summers@trafigura.com]
**Cc:** 'Jose Larocca'[Jose.Larocca@trafigura.com]; 'Maximiliano Poveda (London)'[Maximiliano.Poveda@Trafigura.com]; 'lb@wtrpc.com'[lb@wtrpc.com]; 'Wendy Moss'[Wendy.Moss@trafigura.com]; 'Ingrid MacKay'[Ingrid.Mackay@trafigura.com]
**From:** Francisco Morillo
**Sent:** Wed 8/24/2005 5:41:29 PM
**Importance:** Normal
**Subject:** RE: Crude to Europe
**Received:** Wed 8/24/2005 5:41:00 PM
UNTITLED.PPT

Here is the presentation in digital form, Andy I have been trying to call you since yesterday and have not been able to reach you.

-----Original Message-----
From: Andy Summers [mailto:Andy.Summers@trafigura.com]
Sent: Wednesday, August 24, 2005 10:44 AM
To: francisco.morillo@wtrpc.com
Cc: Jose Larocca; Maximiliano Poveda (London); lb@wtrpc.com; Wendy Moss; Ingrid MacKay
Subject: Re: Crude to Europe

Franciso pls call me 447775607833
Andy

-----Original Message-----
From: Andy Summers <Andy.Summers@trafigura.com>
To: 'francisco.morillo@wtrpc.com' <francisco.morillo@wtrpc.com>
CC: Jose Larocca <Jose.Larocca@trafigura.com>; Maximiliano Poveda (London) <Maximiliano.Poveda@Trafigura.com>; 'lb@wtrpc.com' <lb@wtrpc.com>; Wendy Moss <Wendy.Moss@trafigura.com>; Ingrid MacKay <Ingrid.Mackay@trafigura.com>
Sent: Tue Aug 23 15:39:34 2005
Subject: Re: Crude to Europe

Ok but I will only be able took at it thursday
Andy

-----Original Message-----
From: Francisco Morillo <francisco.morillo@wtrpc.com>
To: Andy Summers <Andy.Summers@trafigura.com>
CC: Jose Larocca <Jose.Larocca@trafigura.com>; Maximiliano Poveda (London) <Maximiliano.Poveda@Trafigura.com>; lb@wtrpc.com <lb@wtrpc.com>; Wendy Moss <Wendy.Moss@trafigura.com>; Ingrid MacKay <Ingrid.Mackay@trafigura.com>
Sent: Tue Aug 23 15:37:43 2005
Subject: RE: Crude to Europe

Will send it from my yahoo.... is the file is too big. There is no
English version.

-----Original Message-----
From: Andy Summers [mailto:Andy.Summers@trafigura.com]
Sent: Tuesday, August 23, 2005 10:35 AM
To: francisco.morillo@wtrpc.com
Cc: Jose Larocca; Maximiliano Poveda (London); lb@wtrpc.com; Wendy Moss;
Ingrid MacKay
Subject: Re: Crude to Europe

Can u get me an english version?

And pls copy ingrid - ingrid can u fax to my hotel pls
Andy

-----Original Message-----
From: Francisco Morillo <francisco.morillo@wtrpc.com>
To: Andy Summers <Andy.Summers@trafigura.com>
CC: Jose Larocca <Jose.Larocca@trafigura.com>; Maximiliano Poveda
(London) <Maximiliano.Poveda@Trafigura.com>; 'Leonardo Baquero'
<lb@wtrpc.com>; Wendy Moss <Wendy.Moss@trafigura.com>
Sent: Tue Aug 23 15:08:56 2005
Subject: RE: Crude to Europe

Good Day Andy,

Here is the presentation I talk to you about. Please treat this as
Highly P&C, remember it is very sensible that you have this document.
The presentation is in Spanish. How is you Spanish?.

We need to make a basic draft of the contract including operational
procedure, pricing mechanism to the different discharch ports, in which
you can use freight differentials, or different quotes for the different
port.

Also I'm attaching the PDVSA general terms and conditions for CIF sales,
which has to be the base for the contract.

Also you have to include handling of laycan, cancellations and early
arrivals.

Another important part of the deal is that we have to establish a
typical cargo of maybe (80.000 to 100.000 mt), and a way to establish a
differential if PDVSA nominates cargos of less than 80.000 MT. And a
benefit to them if they receive cargos of more than 100.000 mt.

Also we should include some kind of performance bond, so the terms of it
we can also play around with. This will help us to get rid of a lot of
people that will like to get in the way. Probably the bigger the bond
the better.

At the end of the day, you got a lot more knowledge to add to this.

Regards,

Francisco




-----Original Message-----
From: Andy Summers [mailto:Andy.Summers@trafigura.com]
Sent: Tuesday, August 23, 2005 3:51 AM
To: Francisco Morillo
Cc: Jose Larocca; Maximiliano Poveda (London); Leonardo Baquero; Wendy
Moss
Subject: RE: Crude to Europe

excellent

I need to elave for the sirport this afternoon at about 2:15 London time
(what time UK is 9:30 Caracas?)

Just a quick point - if we get to draft the tender we shud make sure
NONE of the options we suggest are mentioned. We want people to think
it's straightforward and bid with straightforward pricing.

If we publish the options then we give away the advantage

a

-----Original Message-----
From: Francisco Morillo [mailto:francisco.morillo@wtrpc.com]
Sent: 23 August 2005 01:08
To: Andy Summers
Cc: Jose Larocca; Maximiliano Poveda (London); 'Leonardo Baquero'
Subject: Crude to Europe

Good Day guys,

Please note that the meting came out today just like we wanted. So the volume is going to go to tender probably on the 6th of September.

Need your help in something that I'm sure you will like.

We have the opportunity to write the terms of the tender for the crude oil at our convenience as long as everything is justifiable with in reason. Maxi/Andy and Jose (if you are available) lets have a conference call tomorrow at 9:30 am Caracas time about it. I will have for you the actual presentation with all the explanation of all operational issues and supply need for veba. As well as a detailed explanation in how the refinery is been supplied at the moment. That presentation will include numbers at which Bp has been buying, customers volumes arnong other things.

Regards,

Francisco.

****************************************************

This email and any attachments are confidential and access to this email or attachment by anyone other than the addressee is unauthorised. If you are not the intended recipient please notify the sender and delete the email including any attachments.

You must not disclose or distribute any of the contents to any other person. Personal views or opinions are solely those of the author and not of Trafigura. Trafigura does not guarantee that the integrity of this communication has been maintained nor that the communication is free of viruses, interceptions or interference. By communicating with anyone at Trafigura by email, you consent to the monitoring or interception of such email by Trafigura in accordance with its internal policies. Unless otherwise stated, any pricing information given in this message is indicative only, is subject to change and does not constitute an offer to deal at any price quoted.