# Exhibit P

**ToshibaMBoxFiles008476**

07.12.2005 – Calnex:

Name of the hardware store: Grastorp Trading

Key File: risitas* (giggles)

Dude check bottom/end in the last pages (please delete author... and other details.... Delete everything....

We'll talk tomorrow

07.12.2005 – Francisco Morillo:

Dude remember the list please...

For the 550 don't worry... I'll do the talking, send me the name because I forgot it

07.12.2005 – Calnex:

Indeed, I forgot to mention it !!!!!

Dude I need a favor. Remember the guy we visited last year in Plaza Venezuela that manages companies... well, he called me to inform me of the renewal (it's like 550 US$) the problem is that he calls my cellphone and I wanted to ask you if you were going by there at some point or if you could send someone to pay that..... ???? at this time I don't want to move around much...

Tell me what to do....

Tonight I'll send you the Christmas list....

07.11.2005 – Francisco Morillo:

Dude congratulations pops!!

**From:** Calnex <sclups@gmail.com>
**To:** Francisco Morillo
**Subject:** Re: epa bicho, al aire?
Ejemplo_hoja_de_calculo.xls

Nombre de la ferreteria: Grastorp Trading

Archivo clave: risitas

Chamo revisa al final y abajo en las ultimas paginas......(please borra autor...y demas datos, elimina todo.............

Hablamos manana


On 7/12/05, Francisco Morillo <francisco.morillo@wtrpc.com> wrote:
> Chamo please recuerda la lista please...
>
> Lo de los 550 no te preocupes....lo hablo yo mandame el nombre que se me
> olvido
>
> -----Original Message-----
> From: Calnex [mailto:sclups@gmail.com]
> Sent: Tuesday, July 12, 2005 6:35 AM
> To: fm@wtrpc.com
> Subject: Re: epa bicho, al aire?
>
> indeed, se me paso comentarte!!!!!!!!!!!!!!!
>
> Chamo need a favor. Recuerdas el senor que visitamos el ano pasado en
> plaza venezuela que se encarga de manejar empresas.......bueno, me
> llamo para informarme de la renovacion (son como 550 US$) el peo es
> que me llama por celular y te iba a preguntar si tenias que pasar por
> ahi en algun momento o podias enviar a alguien a pagar
> eso........????? en estos momentos no quiero inventar mucho...
>
> Avisame para saber como hago......
>
> Hoy en la noche te mando la lista del nino jesus.......
>
>
>
> On 7/11/05, Francisco Morillo <francisco.morillo@wtrpc.com> wrote:
> > Chamo congratulation papa!!!
> > Sent wirelessly via BlackBerry from T-Mobile.
> >
>
>

<u>ToshibaMBoxFiles008582</u>

07.13.2005 – Calnex:

Dude confirm that you received the information and you deleted the origin data. I also sent you the information of the hardware store in order to cancel the annual fee.

The EYE told me that they froze the nerdy friend for a couple of days to wait for the storm to pass.

07.12.05 - Francisco Morillo:

Deleted tomorrow morning!!! What's with the paternity Feling??? I am very scared of that thing

07.12.05 – Calnex:

Subject: dude to the air? I sent you the message, please delete all the info....

**From:** Calnex <sclups@gmail.com>
**To:** fm@wtrpc.com
**Received:** Wed Jul 13 06:08:41 2005
**Subject:** Re: chamo al aire? te mande el recado, please elimina toda la info.........

Chamo confirma que recibiste la info y eliminaste datos de origen
please. Tambien te mande la info de la ferreteria para poder cancelar
el fee anual.

The EYE me comento que mandaron a enfriar al pana nerd por unos dias
para esperar que pase el ventarron.

On 7/12/05, Francisco Morillo <francisco.morillo@wtrpc.com> wrote:
> Manana en la manana eliminada!!! Que tal el feling de paternidad??? Por que le tengo mucha caga a esa vaina
> -----Original Message-----
> From: Calnex <sclups@gmail.com>
> Date: Tue, 12 Jul 2005 20:25:18
> To:francisco.morillo@wtrpc.com, fm@wtrpc.com
> Subject: chamo al aire? te mande el recado, please elimina toda la info.........
>
>
>
> Sent wirelessly via BlackBerry from T-Mobile.
>

## CI_Emails_00026044

01.14.2005 – Rene Hecker:

Subject: account (dude delete these files after please)

Bank: DEUTSCHE BANK TRUST CO AMERICA

ADDRESS: 16 WALL STREET NEW YORK- USA

ACCOUNT NO. 04043534

ABA: 021001033

CREDIT IN FAVOR: GALICIA SAVINGS ACCOUNT

BENEFICIARY: ANTONIO VELEIRO FERNANDEZ

NO. DE CTA: 2091-0535-66-3910000169

**To:** FHM[fhm@tmotion.net]
**From:** Rene Hecker
**Sent:** Fri 1/14/2005 1:38:16 AM
**Importance:** Normal
**Subject:** cuenta (chamo elimina estos archivos despues please)
**Received:** Fri 1/14/2005 1:38:26 AM

BANCO: DEUTSCHE BANK TRUST CO AMERICA

DIRECCION: 16 WALL STREET NEW YORK-USA

ACCOUNT NO. 04043534

ABA: 021001033

ABONO A FAVOR: CAJA DE AHORROS DE GALICIA

BENEFICIARIO: ANTONIO VELEIRO FERNANDEZ

NO DE CTA:   2091-0535-66-3910000169

**CI_Emails_00004151**

Francisco Morillo to Rene Hecker:

Subject: insurance certificates

Dude delete the file and/or transfer it so that there is no evidence.

Let me know if you got it.

**To:** fhm[fhm]
**From:** Rene Hecker
**Importance:** Normal
**Subject:** certificados de seguro
foreman.xls

chamo borra el archivo y/o transfierelo para que no quede rastro.
avisame si te llego

```
                    CI_Emails_00004151 (English text).txt

*From:   Rene *Hecker
*Sent:   *Tue *Dec 07 22:01:41 2004
*To:     *fhm[*fhm]
*Subject: certificates of safe

*chamo Erases the archive and/or *transfierelo so that it do not remain trace.
*avisame If I arrive you




***********************************************************************
END OF ENGLISH TRANSLATION
***********************************************************************


From:    Rene Hecker
Sent:    Tue Dec 07 22:01:41 2004
To:      fhm[fhm]
Subject: certificados de seguro

chamo borra el archivo y/o transfierelo para que no quede rastro.
avisame si te llego
```