UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | Case No. **1:18-cv-20818-DPG** |

FILED by _____ D.C.
MAR 0 7 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

***EX PARTE* MOTION TO UNSEAL**

Dated: March 7, 2018

**BOIES SCHILLER FLEXNER LLP**

By: /s/*Steven W. Davis*
    Steven W. Davis
    (Bar No.: 347442)
    Stephen N. Zack
    (Bar No.: 145215)
    100 SE Second Street, Suite 2800
    Miami, Florida 33131
    Tel: (305) 539-8400
    Fax: (305) 539-1307

    David Boies
    Nicholas A. Gravante, Jr.
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350

    George F. Carpinello
    30 S. Pearl Street, 11th Floor
    Albany, New York 12207
    Tel: (518) 434-0600
    Fax: (518) 434-0665

Plaintiff PDVSA US Litigation Trust ("Plaintiff"), hereby moves *ex parte* pursuant to S.D. Fla. Local Rule 5.4 for an order unsealing the case file for this matter.

This case was initiated on March 3 and filed under Seal. Plaintiff sought a Temporary Restraining Order and filed a Motion for Preliminary Injunction. The Court held an ex parte hearing on the Motion on March 5 and then entered a Temporary Restraining order ("TRO") later on Monday, March 5, 2018.

In the TRO, the Court directed Plaintiff to serve the Defendants' within seven (7) days and further scheduled a hearing on Plaintiff's Motion for Preliminary Injunction for March 19, 2018.

In order to facilitate getting serving the Complaint, Amended Complaint and TRO, Plaintiff seeks to be able to distribute the Court papers with process servers and alternative methods to be able to give the Defendants actual notice of the March 19, 2018 hearing.

Pursuant to S.D. Fla. Local Rule 5.4, it is within this Court's discretion to determine sealing a file. In making that determination, the Court is to consider numerous factors, including but not limited to, the following:

> Whether allowing access would impair court functions or harm legitimate privacy interests, the degree of and likelihood of injury if made public, the reliability of the information, whether there will be an opportunity to respond to the information, whether the information concerns public officials or public concerns, and the availability of a less onerous alternative to sealing the documents.

*Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2005).

Here, given the reasons for seeking the temporary sealing order no longer exists. Accordingly, Plaintiff asks the Court to left the temporary seal order and open the case file.

## CONCLUSION

Plaintiff respectfully requests that this Court's file no longer be sealed.

Dated: March 7, 2018

**BOIES SCHILLER FLEXNER LLP**

By: /s/Steven W. Davis
    Steven W. Davis
    (Bar No.: 347442)
    Stephen N. Zack
    (Bar No.: 145215)
    100 SE Second Street, Suite 2800
    Miami, Florida 33131
    Tel: (305) 539-8400
    Fax: (305) 539-1307

    David Boies
    Nicholas A. Gravante, Jr.
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel: (212) 446-2300
    Fax: (212) 446-2350

    George F. Carpinello
    30 S. Pearl Street, 11th Floor
    Albany, New York 12207
    Tel: (518) 434-0600
    Fax: (518) 434-0665

**Certification Regarding Pre-Filing Conference Pursuant to Local Rule 7.1**

I hereby certify that counsel for Plaintiff did not confer with Defendants to obtain their consent to this *Ex Parte* Motion to Unseal, pursuant to Local Rule 5.4, because it would be impractical to do so. Conferring with Defendants regarding this *Ex Parte* Motion would is not possible because Defendants have not yet been served.

Dated: March 7, 2018

BOIES SCHILLER FLEXNER LLP

By: /s/*Steven W. Davis*
Steven W. Davis
(Bar No.: 347442)
Stephen N. Zack
(Bar No.: 145215)
100 SE Second Street, Suite 2800
Miami, Florida 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

David Boies
Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665