**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>                Plaintiff,<br><br>        v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>                Defendants. | **Case No. 1:18-cv-20818-DPG** |

### *EMERGENCY MOTION FOR ENFORCEMENT OF*
### *COURT'S TEMPORARY RESTRAINING ORDER*

Plaintiff PDVSA US Litigation Trust ("Plaintiff"), hereby moves for enforcement of the

Court's Temporary Restraining Order ("TRO") and states:

1

1. On March 5, 2018 this Court entered a TRO restraining the Morillo Group Defendants from destroying records relating to their business or PDVSA.

2. One of the Morillo Group Defendants is John Ryan. Plaintiff has been conducting surveillance on Mr. Ryan's residence at 11241 NE 9th Avenue Biscayne Park, FL 33161.

3. Earlier today, an individual removed a server (the "Ryan Server") at Mr. Ryan's residence. Further details of this unusual activity are contained in the Second Declaration of John Brennan attached hereto.

4. Plaintiff's counsel has been informed by Mr. Ryan's counsel in Switzerland, where he is currently in custody, that the purpose of removing the Ryan Server is to deliver it to the legal authorities in Switzerland who are conducting a criminal investigation with respect to events alleged in the Complaint.

5. Swiss counsel informed Plaintiff's counsel that the Ryan Server was taken to Federal Express for delivery to the Swiss authorities in Geneva. Plaintiff respectfully requests that this Court order that such transport cease and that the Ryan Server be kept within the jurisdiction of this Court so that the evidence contained in the Ryan Server can be preserved and copied on an expedited basis by means of appropriate forensic methods for electronically-stored date that will not alter or damage the server.

6. Regardless of the motive these actions violate the Court's TRO as to preserving the evidence in this case and must be enforced.

7. Plaintiff has no objection to the Ryan Server being shipped and delivered to the Swiss authorities, however, before that is done Plaintiff would like an opportunity to copy and preserve the evidence contained in the Ryan Server before it leaves the country.

8. Attached to this Emergency Motion is the Declaration of John Brennan who witnessed the removal of the Ryan Server from the John Ryan residence.

9. Additionally, in light of this event Plaintiff asks the Court to reconsider the TRO and to expand it to allow Plaintiff to preserve evidence by allowing it to duplicate and make copies of any evidence possessed by the Defendants, in accordance with Plaintiff's proposed Temporary Restraining Order, filed with the Court on March 3, 2018.

10. Plaintiff attempted to learn the name of Mr. Ryan's United States counsel, if he has counsel, but has been unable to obtain that information. Accordingly, we are unable to provide notice to Mr. Ryan's counsel. Mr. Ryan was served today with the Complaint, TRO and related papers through substitute service by personal delivery to his sister at his residence.

## CONCLUSION

Plaintiff seeks to enforce this Court's TRO and accordingly asks the court to direct Federal Express to cease removal of the Ryan Server from the United States and allow Plaintiff the opportunity to preserve its contents using appropriate forensic methods before the Ryan Server is shipped to Switzerland. Additionally, Plaintiff requests that this Court enter an order to expand the TRO to allow for the immediate copying and preservation of evidence within the United States.

Dated: March 9, 2018                                Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
    Steven W. Davis
    (Bar No.: 347442)
    100 SE Second Street, Suite 2800
    Miami, Florida 33131
    Tel: (305) 539-8400

Fax: (305) 539-1307

David Boies
Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel:  (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax: (518) 434-0665

Helen Maher
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8258