UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | Case No. 1:18-CV-20818 (DPG) |

### SECOND DECLARATION OF JOHN BRENNAN

**John Brennan**, being first duly sworn, deposes and states as follows:

1.  I am the founder and Chief Executive Officer of The Brennan Group LLC ("TBG"), a Washington DC-based company which provides professional investigation services to law firms

1

and major corporations in multiple jurisdictions around the world, in particular South America, North America and Europe.

2. I previously made a Declaration in support of Plaintiff's Motion for a Temporary Restraining Order and an Order Temporarily Sealing the File pending execution of the Temporary Restraining Order dated March 1, 2018. That Declaration is attached as Exhibit A to the Amended Complaint herein.

3. I and my associates have been surveilling the residences and the offices of Defendants Helsinge Holdings, LLC and Helsinge, Inc. and the residence of John Ryan who is currently in custody in Geneva, Switzerland. Today, at approximately 10:05 a.m., while we were surveilling the Ryan residence at 11241 NE 9th Avenue, Biscayne Park, FL 33161, I saw a man whom I recognized from Geneva the week before come out of the residence towards a silver SUV carrying a silver box that appeared heavy. He placed the box that I believed to be a computer server in the back of the vehicle. As I approached the vehicle on foot it sped off at a very high rate of speed.

4. In doing so, they nearly hit one of my associates who attempted to approach the individuals to ask him some questions.

5. We tried to follow the vehicle and attempted to get the license number but were unable to do so because the automobile was driven at a high rate of speed.

6. As is more fully set forth in the Amended Complaint and in my previous Declaration, we know that John Ryan has general custody of books and records of Helsinge and its related entities and was in Geneva for approximately two weeks, meeting with various individuals concerning the business affairs of Helsinge. He was taken into custody on March 2,

2018 by Swiss authorities for questioning with regard to the criminal conspiracy alleged in the Amended Complaint. He remains in custody.

7. I have taken several pictures of John Ryan and several of his associates in Geneva and one of the individuals who appears in the photo attached as Exhibit A to this Declaration, as the fourth individual from the left in the photograph, was the individual who, today, carried out the server from John Ryan's house.

8. I understand, through counsel for Plaintiff, that a request was made by Ryan's Swiss defense attorney to ship a server from Miami to Geneva to deliver to the Swiss prosecutor. We do not know if the server hurriedly taken from Ryan's house is that server. Nor do we know if the server was tampered with after it was taken. I am certain, however, that the individual who removed the server from the Ryan residence was intent on removing it from this Court's jurisdiction before any steps could be taken to preserve the data contained on the server.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of March, 2018

_____
John Brennan

# Exhibit A

