UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20818-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.
_____/

**ORDER**

Having considered Plaintiff's Emergency Motion for Enforcement of Court's Temporary Restraining Order [ECF No. 60] ("Motion"), it is hereby **ORDERED**:

    1.    Federal Express shall withhold shipment of a package with tracking number 789960538207 to Geneva, Switzerland, and retain possession of the package until further order of this Court.

    2.    The Court will hold a hearing on the additional relief requested in the Motion on Tuesday, March 13, 2018, at 9:30 a.m. in the Miami Division before Judge Darrin P. Gayles.

    3.    This Court's Temporary Restraining Order [ECF No. 9] remains in full force and effect.

    4.    Plaintiff shall serve this Order on Federal Express and other parties as warranted in advance of the hearing.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 9th day of March, 2018, at 10:20 p.m.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE