# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | Case No. **1:18-cv-20818-DPG** |

## NOTICE OF POSTING SURETY BOND

Plaintiff, PDVSA US LITIGATION TRUST, hereby gives notice of posting with the Clerk of the United States District Court, Southern District of Florida the Surety Bond in accordance with the Temporary Restraining Order entered in this matter on March 5, 2018.

Date: March 12, 2018

BOIES SCHILLER FLEXNER LLP

By: _____
Steven W. Davis
(Bar No.: 347442)
100 SE Second Street, Suite 2800
Miami, Florida 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

David Boies
Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

Helen Maher
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8258
Fax: (914) 749 8300

| | | | |
|---|---|---|---|
| **0065940** | 11-24 | **CASHIER'S CHECK** | SERIAL #: 6594001264 |
| Office AU # | 1210(8) | | ACCOUNT#: 4861-513158 |

Remitter: **BOIES SCHILLER FLEXNER LLP**
Purchaser: **AMY HABIE**
Purchaser Account: **7568393446**
Operator I.D.: **u268103**
Funding Source: **Paper Items(s)**

PAY TO THE ORDER OF   ***U.S. COURTS***

**March 09, 2018**

***Ten thousand dollars and no cents***

**\*\*$10,000.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
1 LAFAYETTE PL
GREENWICH, CT 06830
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER–IF THIS INSTRUMENT IS LOST, STOLEN OR DESTROYED, YOU MAY REQUEST CANCELLATION AND REISSUANCE. AS A CONDITION TO CANCELLATION AND REISSUANCE, WELLS FARGO & COMPANY MAY IMPOSE A FEE AND REQUIRE AN INDEMNITY AGREEMENT AND BOND.

VOID IF OVER US $ 10,000.00

**NON-NEGOTIABLE**

## Purchaser Copy

FB004   M4203  60105369

PRINTED ON LINEMARK PAPER - HOLD TO LIGHT TO VIEW. FOR ADDITIONAL SECURITY FEATURES SEE BACK.

**0065940**   11-24            **CASHIER'S CHECK**            6594001264
Office AU #   1210(8)

Remitter: **BOIES SCHILLER FLEXNER LLP**
Operator I.D.: **u268103**

PAY TO THE ORDER OF   ***U.S. COURTS***

**March 09, 2018**

***Ten thousand dollars and no cents***

**\*\*$10,000.00\*\***

Payee Address:
Memo:

**WELLS FARGO BANK, N.A.**
1 LAFAYETTE PL
GREENWICH, CT 06830
FOR INQUIRIES CALL (480) 394-3122

VOID IF OVER US $  10,000.00

*Richard Levy*
CONTROLLER

⑆6594001264⑆ ⑈121000248⑈ 4861 513158⑈

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 1
Receipt Number: FLS100161042
Cashier ID: jmorgan
Transaction Date: 03/12/2018
Payer Name: BOIES SCHILLER FLEXNER LLP
-----------------------------------
TREASURY REGISTRY
 For: BOIES SCHILLER FLEXNER LLP
 Case/Party: D-FLS-1-18-CV-020818-001
 Amount:         $10,000.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 6294001264
 Amt Tendered: $10,000.00
-----------------------------------
Total Due:        $10,000.00
Total Tendered:   $10,000.00
Change Amt:       $0.00

REMITTER:

BOIES SCHILLER FLEXNER LLP

100 SE 2ND ST STE 2800

MIAMI, FL 33131


PER COURT ORDER

DE#9
1:18-CV-20818-001


Returned check fee $53



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```