**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 18-20818-CIV-GAYLES**


PDVSA US LITIGATION TRUST,

      Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

      Defendants.

_____/

**NOTICE OF FILING IN RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR
ENFORCEMENT OF COURT'S TEMPORARY RESTRAINING ORDER [ECF NO. 60]**

Undersigned counsel, on behalf of Defendant John Ryan, hereby gives notice of filing the

Declaration of Eve Dolon in Response to Plaintiff's Emergency Motion for Enforcement of

Court's Temporary Restraining Order [ECF NO. 60], attached hereto as Exhibit "1".

Dated: March 14, 2018

                        Respectfully submitted,

                        MARK MIGDAL & HAYDEN
                        80 SW 8th Street
                        Suite 1999
                        Miami, FL 33130
                        Telephone: 305-374-0440

                    By: *s/ Etan Mark*
                        Etan Mark, Esq.
                        Florida Bar No. 720852
                        etan@markmigdal.com
                        Donald J. Hayden, Esq.
                        Florida Bar No. 097136
                        don@markmigdal.com
                        Lara O'Donnell Grillo, Esq.
                        Florida Bar No. 37735
                        lara@markmigdal.com
                        eservice@markmigdal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of March 2018, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, via Electronic mail.

By: *s/ Etan Mark*
Etan Mark, Esq.

## SERVICE LIST

**Steven W. Davis, Esq.**
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144
Telephone: 305-539-8400
Fax: 539-1307
Email: sdavis@bsfllp.com
*Attorneys for Plaintiff*

**David Boies, Esq.**
**David A. Barrett, Esq.**
**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
Email: dboies@bsfllp.com
Email: dbarrett@bsfllp.com
*Attorneys for Plaintiff*

**George F. Carpinello, Esq.**
**BOIES SCHILLER FLEXNER LLP**
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Fax: (518) 434-0665
Email: gcarpinello@bsfllp.com
*Attorney for Plaintiff*

**Helen M. Maher, Esq.**
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Fax: (914) 749-8300
Email: hmaher@bsfllp.com
*Attorney for Plaintiff*