UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-20818-CIV-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.

_____/

### DECLARATION OF EVE DOLON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a resident of Geneva, Switzerland, over the age of 21, and otherwise *sui juris*.

2. I am a criminal defense attorney in Geneva, and I currently represent John Ryan.

3. I make this declaration based on my own personal knowledge.

4. Mr. Ryan was detained on March 4, 2018 in connection with an ongoing criminal investigation against Francisco Morillo, Leonardo Baquero and others. Mr. Ryan was not the subject of the claim.

5. The Swiss prosecutor, Mr. Johan Droz, demanded that Mr. Ryan provide a copy of HELSINGE's server in his home in connection with his investigation.

6. At my request, Mr. Ryan's husband, Wilmer Maldonado, sent directly to the Swiss prosecutor, Mr Johan Droz via Federal Express the server that at the time was in Mssrs. Ryan's and Maldonado's home

7. Mr. Maldonado removed the server from his home and sent the server to the prosecutor on the morning of March 9, 2018.

8. At the time the server was sent to the persecutor, I was not aware of any pending civil action in the United States against Mr. Ryan.

9. I have no reason to believe that either Mr. Ryan or Mr. Maldonado was aware of any pending civil action in the United States against Mr. Ryan at the time.

10. As I never had the server in my possession, I did not review the server's contents, plug in the server, or make a copy of the server. The server is still in the possession of the Swiss prosecutors.

11. On March 13, 2018, Mr. Ryan was released from detention with substitution measures.

12. Attached hereto is a letter I received from Mr. Droz. The letter states that Mr. Droz received the server pursuant to his demand in connection with his investigation of PDVSA and the server remains in his cusptody.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2018.

EVE DOLON

REPUBLIQUE ET CANTON DE GENEVE
Pouvoir judiciaire
**Ministère public**

Ministère public
Route de Chancy 6B
Case postale 3565
1211 Genève 3

DRJ - P/3072/2018

Madame
Eve DOLON
Avocate
Rue Etienne-Dumont 6-8
1204 Genève

Réf :   P/3072/2018 - DRJ
à rappeler lors de toute communication.

Genève, le 14 mars 2018
**Anticipé par courriel**

Maître,

Je confirme, à votre demande, qu'on m'a indiqué, dans l'après-midi du vendredi 9 mars 2018, qu'un serveur susceptible de contenir des informations utiles à mon enquête se trouvait possiblement au domicile privé de John RYAN à Miami.

J'ai reçu cette information du Conseil de PDVSA, partie plaignante dans la procédure pénale que j'instruis.

Je vous ai transmis l'information et vous ai demandé si John RYAN était susceptible d'accepter de remettre ce serveur au Ministère public de Genève.

Vous m'avez confirmé ultérieurement que ce serveur avait été remis à FEDEX à mon attention.

J'ai reçu ce serveur le lundi 12 mars 2018 et il a immédiatement été mis en sûreté.

Veuillez agréer, Maître, mes salutations distinguées

Johan DROZ
Procureur

Ministère public • Route de Chancy 6B • 1213 Petit-Lancy
Tél. +41 (22) +41 22 327.64.63 et 327.64.64 • Fax +41 (22) +41 22 327.65.00 • www.ge.ch/justice
Horaires d'ouverture: 8h00 - 12h00 et 14h00 - 17h00 • Horaires de réception téléphonique: 8h30 - 12h00 et 14h00 - 17h00
Transports publics : 14 arrêt Quidort / 2 et 19 arrêt Claire-Vue