UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | Case No. 1:18-cv-20818-DPG |

## NOTICE OF FILING

Plaintiff PDVSA US Litigation Trust ("Plaintiff"), hereby files this Notice of Filing Affidavit of Service of Francisco Morillo. A copy of the Affidavit of Service is attached hereto as "Exhibit A".

Date: March 14, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
   Steven W. Davis
   (Bar No.: 347442)
   100 SE Second Street, Suite 2800
   Miami, Florida 33131
   Tel: (305) 539-8400
   Fax: (305) 539-1307

   David Boies
   Nicholas A. Gravante, Jr.
   575 Lexington Avenue, 7th Floor
   New York, New York 10022
   Tel: (212) 446-2300
   Fax: (212) 446-2350

   George F. Carpinello
   30 S. Pearl Street, 11th Floor
   Albany, New York 12207
   Tel: (518) 434-0600
   Fax: (518) 434-0665

   Helen Maher
   333 Main Street
   Armonk, NY 10504
   Tel: (914) 749-8258
   Fax: (914) 749 8300

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PDVSA US Litigation Trust,

CIVIL ACTION NO.: 1:18-CV-20818-DPG

*Plaintiff*

vs

Lukoil Pan Americas, LLC; et al.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Florida }
County of Broward } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Florida

That on 03/12/2018 at 8:13 PM at 1643 Brickell Avenue, Apt. 3302, Miami, FL 33129

deponent served a(n) Letter dated March 8, 2018, Summons in a Civil Action, Amended Complaint Jury Trial Demanded with Exhibits A-P, Temporary Restraining Order Under Seal, Plaintiff's Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction and Delayed Service, Certification of Emergency, Order re. Temporary Restraining order [ECF No. 9] dated March 9, 2018, Emergency Motion for Enforcement of Court's Temporary Restraining Order with Second Declaration of John Brennan dated March 9, 2018

on **Francisco Morillo**,

by delivering thereat a true copy of each to "**Jane Doe**" (refused to give her first and last name), a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state. Deponent was accompanied by security, security knocked on the door of said premises and a female answered from the other side of the door. Security advised her a process server is here for said defendant. She stated the defendant was not home and she did not want to open the door. Deponent advised her of the contents he had for Francisco Morillo, announced service and left the said documents by the door.

MILITARY SERVICE: Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

Sworn to before me this
13th day of March, 2018

CHRIS YEOMAN
MY COMMISSION # FF 231116
EXPIRES: November 27, 2019
Bonded Thru B___ Notary Services

NOTARY PUBLIC

Michael Rubi, MDCPS#2153