AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| PDVSA US Litigation Trust, <br><br> *Plaintiff(s)* <br> v. <br><br> Lukoil Pan Americas, LLC; Lukoil Petroleum Ltd; Colonial Oil Industries, Inc.; Colonial Group, Inc.; Glencore Ltd.; Glencore International, G.G.; et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:18-cv-20818-DPG |

FILED by KS D.C.

MAR 21 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Glencore de Venezuela, C.A. c/o Secretary of State
1221 Brickell Avenue, Suite 948
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven W. Davis
Boies Schiller Flexner LLP
100 S.E. 2nd Street, Suite 2800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   **Steven M. Larimore**

Date: 3/21/18

*Signature of Clerk or Deputy Clerk*