# EXHIBIT A

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>    Plaintiff,<br><br>  v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendants. | **Case No. <u>1:18-cv-20818-DPG</u>** |

## <u>STIPULATION TO PRESERVE EVIDENCE</u>

Plaintiff, PDVSA US LITIGATION TRUST, and Petroleos de Venezuela, S.A. (collectively "PDVSA"), and Defendants Vitol Energy (Bermuda) Ltd. ("VBL"), Vitol S.A. ("VSA"), Vitol, Inc. ("VIC"), Antonio Maarraoui, and BAC Florida Bank (collectively the "Defendants") stipulate as follows.

1

1.   PDVSA and Defendants shall comply with the Federal Rules of Civil Procedure and other applicable federal law in preserving all documents and any other evidence "that is relevant to any claim or defense in this action and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

2.   PDVSA and Defendants shall comply with the Federal Rules of Civil Procedure and other applicable federal law in preserving any records, documents, communications and notes, either electronic or hard copy, in their possession, custody or control, relating to: Francisco Morillo; Leonardo Baquero; Daniel Lutz; Luis Liendo; John Ryan; Helsinge Holdings, LLC; Helsinge, Inc.; Helsinge Ltd. Saint-Hélier; Waltrop Consultants, C.A.; Godelheim, Inc.; Hornberg, Inc.; Societe Doberan, S.A.; Societe Hedisson, S.A.; Societe Hellin, S.A.; Glencore De Venezuela, C.A. and Jehu Holding, Inc.; and Petroleos de Venuzuela S.A., or, to the extent known to PDVSA or Defendants, any other entities in which the above named individuals are officers, directors, managers, owners shareholders or employees or beneficial owners or shareholders.

3.   Nothing in connection with this stipulation will be construed as a waiver of any claim or defense by VIC, VSA, VBL, or Mr. Maarraoui, including but not limited to jurisdictional defenses and those under Federal Rule of Civil Procedure 12. Further, VSA and VBL are not waiving service of process, any potential defects in service, or any other defenses related to service of process, and this stipulation is not, and shall not be construed as, an appearance by VSA and VBL.

DATED: March 16, 2018

5671494v1/015917
5672356v1/015917

[INSERT SIGNATURES OF COUNSEL]

5671494v1/015917
5672356v1/015917