# EXHIBIT B

## Michael Kelso

| | |
|---|---|
| **From:** | Michael Kelso |
| **Sent:** | Thursday, March 15, 2018 12:03 PM |
| **To:** | 'szack@bsfllp.com'; 'sdavis@bsfllp.com'; 'dboies@bsfllp.com'; 'gcarpinello@bsfllp.com' |
| **Cc:** | Neal S. Manne; Alexander L. Kaplan |
| **Subject:** | PDVSA US Litig. Trust v. Lukoil Pan Americas LLC: Proposed Stipulation |

Steve, Steve, David, and George:

Subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP, Vitol Inc. ("VIC"), Vitol S.A. ("VSA"), Vitol Energy Bermuda Ltd. ("VBL"), and Antonio Maarraoui are willing to enter into the following stipulation with Plaintiff PDVSA US Litigation Trust and Petroleos de Venezuela, S.A. (together "PDVSA Trust").

PDVSA Trust, VIC, VSA, VBL, and Mr. Maarraoui agree to comply with the Federal Rules of Civil Procedure and any other applicable federal law in preserving evidence related to *PDVSA US Litigation Trust v. Lukoil Pan Americas LLC, et al*, Case No. 18-cv-20818, pending in the United States District Court for the Southern District of Florida.

Any violations of this stipulation will be dealt with pursuant to the Federal Rules of Civil Procedure and any other applicable federal law.

Nothing in connection with this stipulation will be construed as a waiver of any claim or defense by VIC, VSA, VBL, or Mr. Maarraoui, including but not limited to jurisdictional defenses and those raised under Federal Rule of Civil Procedure 12. Further, VSA and VBL are not waiving service of process, any potential defects in service, or any other defenses related to service of process, and this stipulation is not, and shall not be construed as, an appearance by VSA and VBL.

Please let us know if we are in agreement on this stipulation so we may submit it to the Court.

Best Regards,
Michael

**Michael C. Kelso**
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345