# EXHIBIT C

**Michael Kelso**

| | |
|---|---|
| **From:** | Michael Kelso |
| **Sent:** | Friday, March 16, 2018 7:23 AM |
| **To:** | 'Steven W. Davis'; nicolas.swerdloff@hugheshubbard.com |
| **Cc:** | Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; 'Gerald Greenberg' |
| **Subject:** | RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence - |
| **Attachments:** | 2018-03-15 Proposed Agreed Order to Preserve Evidence - SG Edits.DOCX |

Steve:

I have attached our redlines to your proposed agreement.  We added PDVSA and the plaintiff to the agreements on evidence preservation as well.

Let's please talk as soon as possible if you would like to discuss any of these changes.  As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.

Best Regards,
Michael

Michael C. Kelso
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345


-----Original Message-----
From: Steven W. Davis [mailto:SDavis@BSFLLP.com]
Sent: Thursday, March 15, 2018 3:08 PM
To: nicolas.swerdloff@hugheshubbard.com; Michael Kelso
Cc: Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies
Subject: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Nick and Mike, We attach a proposed agreed order on preserving evidence. Please let us know if this is agreeable. I am available to discuss.

Best, Steve

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | Case No. **1:18-cv-20818-DPG** |

**~~(PROPOSED) AGREED ORDER~~STIPULATION TO PRESERVE EVIDENCE**

~~This cause came before the Court upon the following parties' agreement for the preservation of evidence in this matter. The agreement is between~~ Plaintiff, PDVSA US LITIGATION TRUST, Petroleos de Venezuela, S.A. (collectively "PDVSA"), and the following Defendants: Vitol Energy (Bermuda) Ltd. ("VBL"), Vitol S.A. ("VSA"); Vitol, Inc. ("VIC"); Antonio Maarraoui and BAC Florida Bank (collectively the "Defendants") stipulate as follows.

1

~~Defendants agree to this Order without waiving any defenses under Rule 12 of the Federal Rules of Civil Procedure.~~ .

**~~It is Hereby Ordered and Adjudged~~**:

1. ~~Defendants~~ PDVSA and Defendants shall comply with the Federal Rules of Civil Procedure in preserv~~ing~~e all documents and any other evidence that may be relevant to any claim or defense in this action.

2. ~~Each of the defendants~~PDVSA and Defendants, their officers, agents, servants and employees and any persons in PDVSA or Defendants' control~~active concert or participation with them~~ shall comply with the Federal Rules of Civil Procedure in preserving and not directly or indirectly remov~~ing~~e, alienat~~ing~~e, destroy~~ing~~, alter~~ing~~, secret~~ing~~, mutilat~~eing~~, eras~~eing~~, tamper~~ing~~ with, conceal~~ing~~, transfer~~ing~~ or otherwise dispos~~ing~~e of any of their records, documents, communications and notes, either electronic or hard copy relating to: Francisco Morillo; Leonardo Baquero; Daniel Lutz; Luis Liendo; John Ryan; Helsinge Holdings, LLC; Helsinge, Inc.; Helsinge Ltd. Saint-Hélier; Waltrop Consultants, C.A.; Godelheim, Inc.; Hornberg, Inc.; Societe Doberan, S.A.; Societe Hedisson, S.A.; Societe Hellin, S.A.; Glencore De Venezuela, C.A. and Jehu Holding, Inc.; and Petroleos de Venuzuela S.A., or any other entities in which the above named individuals are officers, directors, managers, owners shareholders or employees or beneficial owners or shareholders.

**Formatted:** Font:

~~2.~~3. Nothing in connection with this stipulation will be construed as a waiver of any claim or defense by VIC, VSA, VBL, or Mr. Maarraoui, including but not limited to jurisdictional defenses and those under Federal Rule of Civil Procedure 12. Further, VSA and VBL are not waiving service of process, any potential defects in service, or any other defenses related to service of process, and this stipulation is not, and shall not be construed as, an appearance by VSA

2

and VBL.

DATED: March 16, 2018

[INSERT SIGNATURES OF COUNSEL]

~~DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March, 2018.~~

~~U.S DISTRICT JUDGE~~

[Formatted: Indent: Left: 0.13"]