EXHIBIT D

## Michael Kelso

| | |
|---|---|
| **From:** | Michael Kelso |
| **Sent:** | Friday, March 16, 2018 12:28 PM |
| **To:** | 'Goldberg, Jeffrey B.'; Steven W. Davis; Swerdloff, Nicolas |
| **Cc:** | Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg |
| **Subject:** | RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence - |
| **Attachments:** | 2018-03-15 Proposed Agreed Order to Preserve Evidence - SG Edits to BAC v.DOCX |

All:

Removing the language that ties this to the federal rules is a dealbreaker for us.  We have added "comply with the Federal Rules of Civil Procedure ***and other applicable federal law***" to address any concerns with our prior language.  We want to make sure we all know what we are agreeing to do and don't really see what more anyone could want than for us to agree to comply with the rules and law.

Let's please talk as soon as possible if there are concerns with our changes.  As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.

Best Regards,
Michael

**Michael C. Kelso**
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345

**From:** Goldberg, Jeffrey B. [mailto:jeffrey.goldberg@hugheshubbard.com]
**Sent:** Friday, March 16, 2018 11:33 AM
**To:** Steven W. Davis; Swerdloff, Nicolas; Michael Kelso
**Cc:** Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg; Goldberg, Jeffrey B.
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

All,

Attached is a version with our edits, which we added to the version Susman circulated earlier.  You'll see that we drafted this to make the language consistent with Rule 26.  We're happy to join a call to discuss sometime this afternoon.

Best,

Jeff

**Jeffrey Goldberg** | Associate

**Hughes Hubbard & Reed LLP**
201 South Biscayne Boulevard, Suite 2500 | Miami, FL 33131-4332
Office +1 (305) 379-5573 | Cell +1 (215) 410-0007
jeffrey.goldberg@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Steven W. Davis [mailto:SDavis@BSFLLP.com]
**Sent:** Friday, March 16, 2018 9:04 AM
**To:** Swerdloff, Nicolas <nicolas.swerdloff@hugheshubbard.com>; Michael Kelso <MKelso@susmangodfrey.com>
**Cc:** Alexander L. Kaplan <akaplan@SusmanGodfrey.com>; Stephen N. Zack <SZack@BSFLLP.com>; George Carpinello <gcarpinello@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Neal S. Manne <NMANNE@SusmanGodfrey.com>; Gerald Greenberg <GGreenberg@gsgpa.com>; Goldberg, Jeffrey B. <jeffrey.goldberg@hugheshubbard.com>
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Safe travels Nick.

**From:** Swerdloff, Nicolas [mailto:nicolas.swerdloff@hugheshubbard.com]
**Sent:** Friday, March 16, 2018 9:02 AM
**To:** Michael Kelso
**Cc:** Steven W. Davis; Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg; Goldberg, Jeffrey B.
**Subject:** Re: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

All,

I'm about to board a plane so have added my colleague Jeff Goldberg, who will pass on any comments we have later this morning. Thanks.

Nick

**Nicolas Swerdloff** | Partner

**Hughes Hubbard & Reed LLP**
201 South Biscayne Boulevard, Suite 2500 | Miami, FL 33131-4332
Office +1 (305) 379-5571 | Cell +1 (305) 793-3137 | Fax +1 (305) 351-9771

One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6167
nicolas.swerdloff@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Mar 16, 2018, at 8:23 AM, Michael Kelso <MKelso@susmangodfrey.com> wrote:

Steve:

I have attached our redlines to your proposed agreement.  We added PDVSA and the plaintiff to the agreements on evidence preservation as well.

Let's please talk as soon as possible if you would like to discuss any of these changes.  As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.

Best Regards,
Michael

Michael C. Kelso
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345

-----Original Message-----
From: Steven W. Davis [mailto:SDavis@BSFLLP.com]
Sent: Thursday, March 15, 2018 3:08 PM
To: nicolas.swerdloff@hugheshubbard.com; Michael Kelso
Cc: Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies
Subject: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Nick and Mike, We attach a proposed agreed order on preserving evidence. Please let us know if this is agreeable. I am available to discuss.

Best, Steve

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
<2018-03-15 Proposed Agreed Order to Preserve Evidence - SG Edits.DOCX>

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

---

PDVSA US LITIGATION TRUST

          Plaintiff,

     v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.

          Defendants.

Case No. **1:18-cv-20818-DPG**

---

### STIPULATION TO PRESERVE EVIDENCE

Plaintiff, PDVSA US LITIGATION TRUST, and Petroleos de Venezuela, S.A. (collectively "PDVSA"), and Defendants Vitol Energy (Bermuda) Ltd. ("VBL"), Vitol S.A. ("VSA"), Vitol, Inc. ("VIC"), Antonio Maarraoui, and BAC Florida Bank (collectively the "Defendants") stipulate as follows.

1

1.    PDVSA and Defendants shall comply with the Federal Rules of Civil Procedure and other applicable federal law in preserveing all documents and any other evidence "that is relevant to any claim or defense in this action and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

2.    PDVSA and Defendants shall comply with the Federal Rules of Civil Procedure and other applicable federal law in preservinge any records, documents, communications and notes, either electronic or hard copy, in their possession, custody or control, relating to: Francisco Morillo; Leonardo Baquero; Daniel Lutz; Luis Liendo; John Ryan; Helsinge Holdings, LLC; Helsinge, Inc.; Helsinge Ltd. Saint-Hélier; Waltrop Consultants, C.A.; Godelheim, Inc.; Hornberg, Inc.; Societe Doberan, S.A.; Societe Hedisson, S.A.; Societe Hellin, S.A.; Glencore De Venezuela, C.A. and Jehu Holding, Inc.; and Petroleos de Venuzuela S.A., or, to the extent known to PDVSA or Defendants, any other entities in which the above named individuals are officers, directors, managers, owners shareholders or employees or beneficial owners or shareholders.

3.    Nothing in connection with this stipulation will be construed as a waiver of any claim or defense by VIC, VSA, VBL, or Mr. Maarraoui, including but not limited to jurisdictional defenses and those under Federal Rule of Civil Procedure 12. Further, VSA and VBL are not waiving service of process, any potential defects in service, or any other defenses related to service of process, and this stipulation is not, and shall not be construed as, an appearance by VSA and VBL.

DATED: March 16, 2018

2

[INSERT SIGNATURES OF COUNSEL]

5671494v1/015917
5672356v1/015917