# EXHIBIT A

**From:** Michael Kelso [mailto:MKelso@susmangodfrey.com]
**Sent:** Tuesday, March 20, 2018 7:36 PM
**To:** Steven W. Davis <SDavis@BSFLLP.com>; Swerdloff, Nicolas
<nicolas.swerdloff@hugheshubbard.com>
**Cc:** Goldberg, Jeffrey B. <jeffrey.goldberg@hugheshubbard.com>; Alexander L. Kaplan
<akaplan@SusmanGodfrey.com>; Stephen N. Zack <SZack@BSFLLP.com>; George Carpinello
<gcarpinello@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Neal S. Manne
<NMANNE@SusmanGodfrey.com>; Gerald Greenberg <GGreenberg@gsgpa.com>
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Steve:

I'm following up on the issue below.  Do you have any response or comments
to our proposal?

Two other related issues.  First, it is our understanding that while service by
mail may be allowed under the Hague Convention absent an objection by a
signatory, the acceptability of service by courier (such as FedEx) depends on
the laws of the country at issue as well.  What was PDVSA Trust's basis for
believing that service by FedEx on VEBL is permissible under both the Hague
Convention and the laws of Bermuda?

Nevertheless, we will agree not to contest service on VEBL, however, if we can
reach agreement on an extension of time for Vitol Inc., Vitol Energy Bermuda
Ltd., and Tony Maarraoui to respond to the complaint.  We would like 30 days
from the date of any agreement on an extension.  Would PDVSA Trust agree to

this extension?

Best Regards,
Michael

**Michael C. Kelso**
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345

---

**From:** Steven W. Davis [mailto:SDavis@BSFLLP.com]
**Sent:** Friday, March 16, 2018 4:28 PM
**To:** Michael Kelso; Swerdloff, Nicolas
**Cc:** Goldberg, Jeffrey B.; Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Thanks Michael.  I will do that.

---

**From:** Michael Kelso [mailto:MKelso@susmangodfrey.com]
**Sent:** Friday, March 16, 2018 3:22 PM
**To:** Steven W. Davis; Swerdloff, Nicolas
**Cc:** Goldberg, Jeffrey B.; Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Steve:

We are fine with an agreed order (subject to the reservation of rights in the draft we sent) but we are not agreed to the language in the preservation order from this morning.  PDVSA's proposal is just us agreeing to the TRO language, which the Court could have ordered Wednesday but didn't, instead telling us to meet and confer on agreed language.  So far, we have sent PDVSA three proposals and PDVSA hasn't responded with any substantive comments.

If you need more time to consider and respond substantively to our proposals, we have no problem with your advising the Court the parties are discussing the issue but have not yet resolved it and that we will get back to the Court next

week.

As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.


Best Regards,
Michael


**Michael C. Kelso**

SUSMAN GODFREY LLP

mkelso@susmangodfrey.com

Office  713 653 7887

Cell  925 872 2345

---

**From:** Steven W. Davis [mailto:SDavis@BSFLLP.com]
**Sent:** Friday, March 16, 2018 1:26 PM
**To:** Swerdloff, Nicolas; Michael Kelso
**Cc:** Goldberg, Jeffrey B.; Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg
**Subject:** 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Dear Counsel:

Thank you for your comments. Judge Gayles asked us to submit an Agreed Order and we must comply with that direction.  We are agreeable to  a stipulation and order that adopts the language by the Court in this morning's order. We stipulate  that your clients Rule 12 rights are preserved.

If we cannot agree then I will advise the court we are discussing the issue but have not yet resolved it and will get back to the Court next week.

Sincerely,

Steve


---

**From:** Swerdloff, Nicolas [mailto:nicolas.swerdloff@hugheshubbard.com]
**Sent:** Friday, March 16, 2018 1:43 PM
**To:** Michael Kelso
**Cc:** Goldberg, Jeffrey B.; Steven W. Davis; Alexander L. Kaplan; Stephen N. Zack; George Carpinello;

David Boies; Neal S. Manne; Gerald Greenberg
**Subject:** Re: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

All,

We are fine with these proposed changes. Thanks.

Nick


**Nicolas Swerdloff** | Partner

**Hughes Hubbard & Reed LLP**
201 South Biscayne Boulevard, Suite 2500 | Miami, FL 33131-4332
Office +1 (305) 379-5571 | Cell +1 (305) 793-3137 | Fax +1 (305) 351-9771

One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6167
nicolas.swerdloff@hugheshubbard.com | bio


This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Mar 16, 2018, at 1:28 PM, Michael Kelso <MKelso@susmangodfrey.com> wrote:

All:

Removing the language that ties this to the federal rules is a dealbreaker for us.  We have added "comply with the Federal Rules of Civil Procedure ***and other applicable federal law***" to address any concerns with our prior language.  We want to make sure we all know what we are agreeing to do and don't really see what more anyone could want than for us to agree to comply with the rules and law.

Let's please talk as soon as possible if there are concerns with our changes.  As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.

Best Regards,
Michael

**Michael C. Kelso**

SUSMAN GODFREY LLP

mkelso@susmangodfrey.com

Office  713 653 7887

Cell  925 872 2345

---

**From:** Goldberg, Jeffrey B. [mailto:jeffrey.goldberg@hugheshubbard.com]
**Sent:** Friday, March 16, 2018 11:33 AM
**To:** Steven W. Davis; Swerdloff, Nicolas; Michael Kelso
**Cc:** Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg; Goldberg, Jeffrey B.
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

All,

Attached is a version with our edits, which we added to the version Susman circulated earlier.  You'll see that we drafted this to make the language consistent with Rule 26.  We're happy to join a call to discuss sometime this afternoon.

Best,
Jeff

**Jeffrey Goldberg** | Associate

**Hughes Hubbard & Reed LLP**
201 South Biscayne Boulevard, Suite 2500 | Miami, FL 33131-4332
Office +1 (305) 379-5573 | Cell +1 (215) 410-0007
jeffrey.goldberg@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Steven W. Davis [mailto:SDavis@BSFLLP.com]
**Sent:** Friday, March 16, 2018 9:04 AM
**To:** Swerdloff, Nicolas <nicolas.swerdloff@hugheshubbard.com>; Michael Kelso <MKelso@susmangodfrey.com>
**Cc:** Alexander L. Kaplan <akaplan@SusmanGodfrey.com>; Stephen N. Zack <SZack@BSFLLP.com>; George Carpinello <gcarpinello@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; Neal S. Manne <NMANNE@SusmanGodfrey.com>; Gerald Greenberg <GGreenberg@gsgpa.com>; Goldberg, Jeffrey B. <jeffrey.goldberg@hugheshubbard.com>
**Subject:** RE: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Safe travels Nick.

**From:** Swerdloff, Nicolas [mailto:nicolas.swerdloff@hugheshubbard.com]
**Sent:** Friday, March 16, 2018 9:02 AM
**To:** Michael Kelso
**Cc:** Steven W. Davis; Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies; Neal S. Manne; Gerald Greenberg; Goldberg, Jeffrey B.
**Subject:** Re: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

All,

I'm about to board a plane so have added my colleague Jeff Goldberg, who will pass on any comments we have later this morning. Thanks.

Nick

**Nicolas Swerdloff** | Partner

**Hughes Hubbard & Reed LLP**
201 South Biscayne Boulevard, Suite 2500 | Miami, FL 33131-4332
Office +1 (305) 379-5571 | Cell +1 (305) 793-3137 | Fax +1 (305) 351-9771

One Battery Park Plaza | New York, NY 10004-1482
Office +1 (212) 837-6167
nicolas.swerdloff@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

On Mar 16, 2018, at 8:23 AM, Michael Kelso <MKelso@susmangodfrey.com> wrote:

Steve:

I have attached our redlines to your proposed agreement.  We added PDVSA and the plaintiff to the agreements on evidence preservation as well.

Let's please talk as soon as possible if you would like to discuss any of these changes.  As with all our communications, this correspondence is subject to and without waiver of any defenses or objections, including but not limited to jurisdictional defenses and those based on Rule 12 of the FRCP.

Best Regards,
Michael

Michael C. Kelso
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345

-----Original Message-----
From: Steven W. Davis [mailto:SDavis@BSFLLP.com]
Sent: Thursday, March 15, 2018 3:08 PM
To: nicolas.swerdloff@hugheshubbard.com; Michael Kelso
Cc: Alexander L. Kaplan; Stephen N. Zack; George Carpinello; David Boies
Subject: 2018-03-15 Proposed Agreed Order to Preserve Evidence -

Nick and Mike, We attach a proposed agreed order on preserving evidence. Please let us know if this is agreeable. I am available to discuss.

Best, Steve

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]
<2018-03-15 Proposed Agreed Order to Preserve Evidence - SG Edits.DOCX>

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

<2018-03-15 Proposed Agreed Order to Preserve Evidence - SG Edits to BAC v.DOCX>

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]