# EXHIBIT B

**From:** Swerdloff, Nicolas
**Sent:** Thursday, March 22, 2018 1:09 PM
**To:** 'George Carpinello' <gcarpinello@BSFLLP.com>
**Subject:** RE: PDVSA US Litigation Trust v. Lukoil Pan Americas LLC, et al. -- Subpoena duces tecum

George,

I responded (affirmatively) yesterday—see above.

On another note, any update on when we can expect to receive comments on the draft preservation order sent by Michael Kelso? Thanks much and hope you didn't get hit too hard with snow yesterday.

Nick

**From:** George Carpinello [mailto:gcarpinello@BSFLLP.com]
**Sent:** Thursday, March 22, 2018 12:40 PM
**To:** Swerdloff, Nicolas <nicolas.swerdloff@hugheshubbard.com>
**Subject:** PDVSA US Litigation Trust v. Lukoil Pan Americas LLC, et al. -- Subpoena duces tecum

Dear Mr. Swerdloff: I have not received a response to my inquiry as to whether you would accept service of the *subpoena duces tecum* in the above-referenced matter which was included in my email of March 20, 2018. Please advise me by this afternoon if you will accept such service. If not, we will proceed with service on your client.

Thank you.

George Carpinello
**BOIES SCHILLER FLEXNER LLP**

30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518 434 0600
ssapienza@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]