# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

PDVSA US LITIGATION TRUST

        Plaintiff,

    v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.

        Defendants.

Case No. 1:18-CV-20818 (DPG)

## MOTION TO EXTEND TIME TO ANSWER

Plaintiff, PDVSA U.S. Litigation Trust, moves for an order extending the time for certain Defendants to answer, move or otherwise respond to the March 5, 2018 Amended Complaint until April 20, 2018.  The following Defendants stipulated and agreed to that date with Plaintiff:

Glencore Ltd.
Gustavo Gabaldon
Lukoil Pan Americas LLC
Vitol Energy (Bermuda) Ltd.
Antonio Maarraoui
Colonial Group, Inc.
Colonial Oil Industries, Inc.
Paul Rosado
BAC Florida Bank
Maximiliano Poveda
Campo Elias Paez

The executed stipulations between these Defendants and Plaintiff are attached hereto as Exhibit A.

Federal Rule of Civil Procedure 6(b)(A) allows this Court to extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

When an act may or must be done within a specified time, the court may, for good cause, extend the period of time:
(A) with or without motion or notice if the Court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1)(A)

"A timely motion to extend is reviewed for good cause, not excusable neglect … and should be liberally granted absent a showing of bad faith ... or undue prejudice.'" *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (*quoting United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).  Here, Plaintiff and the Defendants listed above agree that good cause for an extension exists, given the service difficulties in this matter and the complexity of this case.  Moreover, all parties have acted in good faith, and neither Plaintiff now these Defendants will suffer any undue prejudice if the requested extension is

granted.

Thus, because Plaintiff and the above Defendants agree that the time for those Defendants to answer, move or otherwise respond to the Amended Complaint should be extended to April 20, 2018, it is respectfully requested that the Court enter an order accordingly.

Dated: March 26, 2018

**BOIES SCHILLER FLEXNER LLP**

By: _____
    Steven W. Davis (Bar No.: 347442)
    Bank of America Tower
    100 Southeast 2nd St., Suite 2800
    Miami, FL 33131
    Tel:  (305) 539-8400
    Fax:  (305) 539-1307

    David Boies
    333 Main Street
    Armonk, NY 10504
    Tel:  (914) 749-8200
    Fax:  (914) 749-8300

    Nicholas A. Gravante, Jr.
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel:  (212) 446-2300
    Fax:  (212) 446-2350

    George F. Carpinello
    30 S. Pearl Street, 11th Floor
    Albany, New York 12207
    Tel:  (518) 434-0600
    Fax:  (518) 434-0665

    *Attorneys for Plaintiff*