**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>　　　　Defendants. | Case No. 1:18-CV-20818 (DPG) |

## **STIPULATION**

　　　　Counsel for Plaintiff and Defendant BAC Florida Bank hereby stipulate and agree that the time within which said Defendant is required to answer, move or otherwise respond with respect to the Complaint is hereby extended to April 20, 2018. Nothing herein shall constitute a waiver of Plaintiff's

right to seek expedited discovery or make any other motions at any time prior to April 20, 2018.

Dated:  March 21, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
    Steven W. Davis (Bar No.: 347442)
    Bank of America Tower
    100 Southeast 2nd St., Suite 2800
    Miami, FL 33131
    Tel:  (305) 539-8400
    Fax:  (305) 539-1307

    David Boies
    333 Main Street
    Armonk, NY 10504
    Tel:  (914) 749-8200
    Fax:  (914) 749-8300

    Nicholas A. Gravante, Jr.
    575 Lexington Avenue, 7th Floor
    New York, New York 10022 Tel: (212) 446-2300
    Fax:  (212) 446-2350

    George F. Carpinello
    30 S. Pearl Street, 11th Floor
    Albany, New York 12207
    Tel:  (518) 434-0600
    Fax:  (518) 434-0665

*Attorneys for Plaintiff*

**HUGHES HUBBARD & REED LLP**

By: */s/ Nicolas Swerdloff*
    Nicolas Swerdloff (Bar No.: 070416)
    201 South Biscayne Boulevard
    Suite 2500
    Miami, FL 33131-4332
    Tel:  (305) 379-5571
    Fax:  (305) 351-9771

*Attorney for BAC Florida Bank*