# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Miami Division

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, LUKOIL PETROLEUM LTD., COLONIAL OIL INDUSTRIES, INC., COLONIAL GROUP, INC., GLENCORE LTD., GLENCORE INTERNATIONAL, A.G.; GLENCORE ENERGY UK LTD,; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD.; SAINT-HELIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,

    Defendants.

## **STIPULATION**

Counsel for Plaintiff and Defendants Glencore Ltd. and Gustavo Gabaldon hereby stipulate and agree that the time within which said Defendants are required to answer, move or otherwise respond to the Amended Complaint dated March 5, 2018 is

Doc#: US1:11965098v2

hereby extended to April 20, 2018.  Nothing herein shall constitute a waiver of a) Plaintiff's right to seek expedited discovery or make any other motions at any time prior to April 20, 2018, or b) Defendants Glencore Ltd.'s and Gabaldon's right to make any motions prior to April 20, 2018 or to seek further extensions of time to respond to the Complaint.

Dated:  March 22, 2018

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
333 Main Street
Armonk, NY 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300

Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665

*Attorneys for Plaintiff*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Bruce Birenboim*
Bruce Birenboim
1285 Avenue of Americas
New York, NY 10019-6064
bbirenboim@paulweiss.com
Tel:  (212) 373-3165
Fax:  (212) 492-0165

Jessica S. Carey
1285 Avenue of Americas
New York, NY 10019-6064
Tel:  (212) 373-3566
Fax:  (212) 492-0566

Adam B. Schwartz
2001 K Street NW
Washington, D.C. 20006-1047
Tel:  (202) 223-7341
Fax:  (202) 204-7358

and

**PODHURST ORSECK, PA**

Stephen F. Rosenthal
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800
Fax: 305-358-2382

Robert C. Josefsberg
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel: (305) 358-2800
Fax: (305) 358-2382

*Attorneys for Defendants Glencore Ltd. and Gustavo Gabaldon.*