IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiffs,

v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.
_____/

**DEFENDANT LUKOIL PAN AMERICAS LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Lukoil Pan Americas LLC ("Lukoil") pursuant to Federal Rule of Civil Procedure 7.1, hereby files the following corporate disclosure statement:

1. Lukoil is a wholly-owned subsidiary of LITASCO SA, which is an indirect wholly-owned subsidiary of PJSC Lukoil.

2. No publicly held corporation owns 10% or more of the stock of Lukoil.

Respectfully submitted,

By: */s/ Jorge D. Guttman*
    **Jorge D. Guttman**
    Florida Bar No. 015319
    jguttman@gunster.com
    **Jonathan H Kaskel**
    Florida Bar No. 52718
    jkaskel@gunster.com
    **GUNSTER**
    *Co-Counsel for Defendant*
    *Lukoil Pan Americans LLC*
    600 Brickell Avenue Suite 3500
    Miami, Florida 33131
    Telephone: (305) 376-6000
    Facsimile: (305) 376-6010

OF COUNSEL

**Mark W. Ryan**
(*Admitted Pro Hac Vice*)
mryan@mayerbrown.com
**Adam L. Hudes**
(*Admitted Pro Hac Vice*)
ahudes@mayerbrown.com
**Stephen M. Medlock**
(*Admitted Pro Hac Vice*)
smedlock@mayerbrown.com
**MAYER BROWN LLP**
*Counsel for Defendant*
*Lukoil Pan Americans LLC*
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

**Michael Lennon, Jr.**
(*Admitted Pro Hac Vice*)
**MAYER BROWN LLP**
*Counsel for Defendant*
*Lukoil Pan Americans LLC*
700 Louisiana Street, Suite 3400
Houston, Texas 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, a copy of the foregoing document was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record on the attached Service List.

By: */s/ Jorge D. Guttman*

## SERVICE LIST

**Nicholas A. Gravante , Jr.**
**David A. Barrett**
**David Boies**
BOIES SCHILLER & FLEXNER
*Pro Hac Vice Counsel for Plaintiff*
575 Lexington Avenue
7th Floor
New York, NY 10022
Tel:  (212) 446-2300
ngravante@bsfllp.com
dbarrett@bsfllp.com
dboies@bsfllp.com

**Steven Wayne Davis**
BOIES SCHILLER & FLEXNER
*Counsel for Plaintiff*
100 SE 2nd Street
Suite 2800 Bank of America Tower
Miami, FL 33131-2144
Tel:  (305) 539-8400
Fax:  (305) 539-1307
sdavis@bsfllp.com

**George Carpinello**
BOIES SCHILLER FLEXNER LLP
*Pro Hac Vice Counsel for Plaintiff*
30 South Pearl Street, 11th Floor
Albany, NY 12207
Tel:  (518) 434-0600
gcarpinello@bsfllp.com

**Helen M. Maher**
BOIES SCHILLER & FLEXNER
*Pro Hac Vice Counsel for Plaintiff*
333 Main Street
Armonk, NY 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300
hmaher@bsfllp.com

**Adam Michael Schachter**
**Alexander L. Kaplan**
**Gerald Edward Greenberg**
**Michael Gervais**
**Michael Kelso**
**Neal S. Manne**
**Weston O'Black**
GELBER SCHACHTER & GREENBERG, P.A.
*Counsel for Vitol Energy (Bermuda) Ltd., Vitol, Inc. and Antonio Maarraoui*
1221 Brickell Ave.
Suite 2010
Miami, FL 33131
Tel:  (305) 728-0950
aschachter@gsgpa.com
akaplan@susmangodfrey.com
ggreenberg@gsgpa.com
mgervais@susmangodfrey.com
mkelso@susmangodfrey.com
nmanne@susmangodfrey.com
woblack@susmangodfrey.com
efilings@gsgpa.com

**Kimberly Ann Pathman**
**Connor Mullin**
**Mark J. MacDougall**
**Stacey H. Mitchell**
**Thomas P. McLish**
AKIN GUMP STRAUSS HAUER & FELD LLP
*Pro Hac Vice Counsel for Francis Morillo and Leonardo Baquero*
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Tel:  (202) 887-4000
kpathman@akingump.com
cmullin@akingump.com
mmacdougall@akingump.com
shmitchell@akingump.com
tmclish@akingump.com

**David Kully**
HOLLAND & KNIGHT LLP
*Pro Hac Vice Counsel for Daniel Lutz, Helsinge, Inc.,*
  *Helsinge Ltd., and Saint-Heller*
800 17th Street N.W., Suite 1100
Washington, DC 20006
Tel:  (202) 955-3000
david.kully@hklaw.com

**Israel Jovanny Encinosa**
HOLLAND & KNIGHT
*Counsel for Daniel Lutz, Helsinge, Inc.,*
  *Helsinge Ltd., and Saint-Heller*
701 Brickell Avenue
Suite 3000
Miami, FL 33131
israel.encinosa@hklaw.com

**Etan Mark**
**Donald John Hayden**
MARK MIGDAL & HAYDEN
*Counsel for John Ryan*
80 SW 8th Street
Suite 1999
Miami, FL 33130
Tel:  (305) 374-0440
etan@markmigdal.com
don@markmigdal.com

**Lara O'Donnell**
JORDEN BURT LLP
*Counsel for John Ryan*
777 Brickell Avenue
Suite 500
Miami, FL 33131-2803
lara@markmigdal.com

**Jennifer Gertrude Altman**
PILLSBURY WINTHROP SHAW PITTMAN
*Counsel for Material Witness*
600 Brickell Avenue
Suite 3100
Miami, FL 33131
Tel:  (786) 913-4900
Fax:  (786) 913-4901
jennifer.altman@pillsburylaw.com

**Edward Mullins**
REED SMITH LLP
*Counsel for Defendant, Trafigura Trading, LLC*
1001 Brickell Bay Drive, Suite 900
Miami, FL  33131
Tel:  (786) 747-0200
Fax:  (786) 747-0299
emullins@reedsmith.com

**Ethan Glass**
**William A. Burck**
QUINN EMANUEL URQUHART & SULLIVAN, LLP
*Pro Hac Vice Counsel for Defendant, Trafigura Trading, LLC*
1300 I Street NW, Suite 900
Washington, DC  20005-4107
Tel:  (202) 538-8000
Fax:  (202) 538-8100
ethanglass@quinnemanuel.com
williamburck@quinnemanuel.com

**Nicolas Swerdloff**
**Jeffrey B. Goldberg**
HUGHES HUBBARD & REED LLP
*Counsel for Defendant BAC Florida Bank*
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: (305) 358-1666
Fax: (305) 371-8759
Nicolas.swerdloff@hugheshubbard.com
Jeffrey.goldberg@hugheshubbard.com

**Benjamine Reid**
CARLTON FIELDS JORDEN BURT
*Counsel for Defendant, Colonial Oil Industries Inc., Colonial Group, Inc., and Paul Rosado*
100 SE 2nd Street, Suite 4200
P. O. Box 019101
Miami, FL 33131-9101
Tel: (305) 530=0050
Fax: (305) 530-0055
breid@carltonfields.com
erocco@carltonfields.com

**Allan C. Galis**
**David M. Burkoff**
**Heather H. Lundy**
HUNTER, MACLEAN, EXLEY & DUNN, P.C.
*Pro Hac Vice Counsel for Defendant, Colonial Oil Industries Inc., Colonial Group, Inc., and Paul Rosado*
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412
Tel: (912) 236-0261
Fax: (912) 236-4936
agalis@huntermaclean.com
dburkoff@huntermaclean.com
hlundy@huntermaclean.com

**Robert C. Josefsberg**
**Stephen Frederick Rosenthal**
PODHURST ORSECK, P.A.
*Counsel for Glencore Ltd., Gustavo Gabaldon, and Glencore Energy UK Ltd.*
SunTrust International Center
One SE Third Avenue, Suite 2700
Miami, FL 33131
Tel: (305) 358-2800
Fax: (305) 358-2382
rjosefsberg@podhurst.com
srosenthal@podhurst.com

**Bruce Birenboim**
**Brad S. Karp**
**Jessica S. Carey**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
*Pro Hac Vice Counsel for Glencore Ltd., Gustavo Gabaldon, and Glencore Energy UK Ltd.*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3165
Fax: (212) 492-0165
bbirenboim@paulweiss.com
bkarp@paulweiss.com
jcarey@paulweiss.com

**Adam B. Schwartz**
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
*Pro Hac Vice Counsel for Glencore Ltd., Gustavo Gabaldon, and Glencore Energy UK Ltd.*
2001 K. Street NW
Washington, DC 20006-1047
Tel: (202) 223-7341
aschwartz@paulweiss.com

**Brad S. Karp**
PAUL WEISS RIFKIND WHARTON & GARRISON
*Pro Hac Vice Counsel for Glencore Ltd., Gustavo Gabaldon, and Glencore Energy UK Ltd.*
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
bkarp@paulweiss.com

MIA_ACTIVE 4721337.1