## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>    Plaintiff,<br><br>  v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendants | Case No. 1:18-CV-20818 (DPG) |

## **PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Plaintiff PDVSA US Litigation Trust requests leave to file a Reply in excess of the 10 page limit set in forth Local Rule 7.1(c)(2) to the combined Response to Plaintiff's Motion for a Preliminary Injunction filed by Defendants Helsinge, Inc., Helsinge, Ltd., Helsinge Holdings,

LLC, Daniel Lutz, Luis Liendo, Francisco Morillo, Leonardo Baquero and John Ryan ("Morillo Defendants"). Plaintiff requests an additional 10 pages to Reply to the Morillo Defendants, for a total of 20 pages.

Defendants filed seven responses[1] in opposition to Plaintiff's motion for a preliminary injunction. Without any conditions, Plaintiff previously consented to the Morillo Defendants' request to file a response separate from the other Defendants, and exceed the page limits set by this Court's Rules by 15 pages (that request was subsequently granted by the Court). Upon receipt of Defendants' Responses, Plaintiff immediately requested consent from all Defendants to file one, 30-page Reply to reply to all seven of the Defendants' Responses. No Defendant consented.

With respect to the Morillo Defendants, they not only objected to our 30-page request, they proposed a solitary 20-page Reply to all <u>seven</u> of the Defendants' Responses, not just to the Morillo Defendants. Moreover, they wanted that Reply by this Friday, March 30, 2018 at 5:00 p.m. rather than the April 2, 2018 date provided by the Local Rules. Obviously, Plaintiff cannot reply to the Morillo Defendants' 35-page Response which raises fourteen separate issues and attaches 81 pages of affidavits, and the six other Responses within such restraints. The time limitation proposed by the Morillo Defendants would reduce by more than 3 days Plaintiff's already short time to respond to the entirety of Defendants' filings.

Because Defendants' rejected Plaintiff's offer of a single 30-page Reply, Plaintiff will separately reply to each of the Defendants' Responses, and hereby requests a 20-page Reply to respond to the Morillo Defendants' Response. Plaintiff asked the Morillo Defendants if they would consent to this request, but this morning they again rejected Plaintiff's request by insisting the

---

[1] In contravention of this Court's Individual Judge's Rules and this Court's Order (Docket No. 94) specifically directing Defendants to file one joint Response, the other Defendants (*i.e.* the non-Morillo Defendants) filed six separate Responses in Opposition to Plaintiff's Motion.

2

filing of Plaintiff's Reply by tomorrow, Friday, March 30th at 5:00 p.m.  In addition, without any explanation for their urgency, the Morillo Defendants threatened to make a motion for that truncated deadline if Plaintiff did not agree.

Accordingly, Plaintiff requests that the Court enter an Order granting this motion permitting Plaintiff to file a separate, 20-page Reply for the Morillo Defendants as currently scheduled on April 2, 2018.

Dated: March 29, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
    Steven W. Davis (Bar No.: 347442)
    Bank of America Tower
    100 Southeast 2nd St., Suite 2800
    Miami, FL 33131
    Tel:  (305) 539-8400
    Fax:  (305) 539-1307

    David Boies
    333 Main Street
    Armonk, NY 10504
    Tel:  (914) 749-8200
    Fax:  (914) 749-8300

    Nicholas A. Gravante, Jr.
    575 Lexington Avenue, 7th Floor
    New York, New York 10022
    Tel:  (212) 446-2300
    Fax:  (212) 446-2350

    George F. Carpinello
    30 S. Pearl Street, 11th Floor
    Albany, New York 12207
    Tel:  (518) 434-0600
    Fax:  (518) 434-0665

    *Attorneys for Plaintiff*

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Plaintiff's counsel has attempted to confer with all counsel of record in a good-faith effort to resolve the issues raised in this motion. We conferred with Defense counsel that has appeared in this case, and none of them have consented to the requested relief.

*/s/ Steven W. Davis*