UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>           Plaintiff,<br><br>      v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>           Defendants. | Case No. 1:18-CV-20818 (DPG) |

**MOTION TO EXTEND TIME TO ANSWER**

Plaintiff, PDVSA U.S. Litigation Trust, moves for an order extending the time for certain

Defendants to answer, move or otherwise respond to the March 5, 2018 Amended Complaint until April 20, 2018. The following Defendants stipulated and agreed to that date with Plaintiff:

Vitol, Inc. [1]
Trafigura Trading, LLC
Lukoil Pan Americas LLC

The executed stipulations between these Defendants and Plaintiff are attached hereto as Exhibit A.

Federal Rule of Civil Procedure 6(b)(A) allows this Court to extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

> **Fed. R. Civ. P. 6(b)(1)(A) When an act may or must be done within a specified time, the court may, for good cause, extend the period of time: (A) with or without motion or notice if the Court acts, or if a request is made, before the original time or its extension expires.**

"A timely motion to extend is reviewed for good cause, not excusable neglect … and should be liberally granted absent a showing of bad faith ... or undue prejudice.'" *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (*quoting United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)). Here, Plaintiff and the Defendants listed above agree that good cause for an extension exists, given the service difficulties in this matter and the complexity of this case. Moreover, all parties have acted in good faith, and neither Plaintiff now these Defendants will suffer any undue prejudice if the requested extension is granted.

Thus, because Plaintiff and the above Defendants agree that the time for those Defendants to answer, move or otherwise respond to the Amended Complaint should be extended to April

---

[1] Vitol, Inc, was part of stipulation and motion (DE 171) filed Tuesday night but was inadvertently left off the motion and proposed order, so it is included here.

20, 2018, it is respectfully requested that the Court enter an order accordingly.

Dated: March 29, 2018.

                        **BOIES SCHILLER FLEXNER LLP**
                        By: */s/ Steven W. Davis*
                        Steven W. Davis (Bar No.: 347442)
                        Bank of America Tower
                        100 Southeast 2nd St., Suite 2800
                        Miami, FL 33131
                        Tel: (305) 539-8400
                        Fax: (305) 539-1307

                        David Boies
                        333 Main Street
                        Armonk, NY 10504
                        Tel: (914) 749-8200
                        Fax: (914) 749-8300

                        Nicholas A. Gravante, Jr.
                        575 Lexington Avenue, 7th Floor
                        New York, New York 10022
                        Tel: (212) 446-2300
                        Fax: (212) 446-2350

                        George F. Carpinello
                        30 S. Pearl Street, 11th Floor
                        Albany, New York 12207
                        Tel: (518) 434-0600
                        Fax: (518) 434-0665
                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on March 29, 2018 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel of record to all parties via transmission of Notices of Electronic Filing.

                                          By: */s/ Steven W. Davis*