**REPUBLIQUE ET CANTON DE GENEVE**
Pouvoir judiciaire
**Ministère public**

Ministère public
Route de Chancy 6B
Case postale 3565
1211 Genève 3

DRJ - P/3072/2018

Madame
Eve DOLON
Avocate
Rue Etienne-Dumont 6-8
1204 Genève

Réf :  P/3072/2018 - DRJ
à rappeler lors de toute communication.

Genève, le 14 mars 2018
**Anticipé par courriel**

Maître,

Je confirme, à votre demande, qu'on m'a indiqué, dans l'après-midi du vendredi 9 mars 2018, qu'un serveur susceptible de contenir des informations utiles à mon enquête se trouvait possiblement au domicile privé de John RYAN à Miami.

J'ai reçu cette information du Conseil de PDVSA, partie plaignante dans la procédure pénale que j'instruis.

Je vous ai transmis l'information et vous ai demandé si John RYAN était susceptible d'accepter de remettre ce serveur au Ministère public de Genève.

Vous m'avez confirmé ultérieurement que ce serveur avait été remis à FEDEX à mon attention.

J'ai reçu ce serveur le lundi 12 mars 2018 et il a immédiatement été mis en sûreté.

Veuillez agréer, Maître, mes salutations distinguées

Johan DROZ
Procureur

Ministère public • Route de Chancy 6B •  1213 Petit-Lancy
Tél. +41 (22) +41 22 327.64.63 et 327.64.64 • Fax +41 (22) +41 22 327.65.00 • www.ge.ch/justice
Horaires d'ouverture: 8h00 - 12h00 et 14h00 - 17h00 • Horaires de réception téléphonique: 8h30 - 12h00 et 14h00 - 17h00
Transports publics : 14 arrêt Quidort / 2 et 19 arrêt Claire-Vue

Morningside Translations
450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: March 19, 2018

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the documents received by this office.

The documents are designated as:

- 84-1

Waqas Choudhry, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[signature: Waqas Choudhry]*

Signature of Waqas Choudhry



REPUBLIC AND CANTON OF GENEVA
Judiciary Branch
**Public Prosecutor's Office**

| | |
|---|---|
| Public Prosecutor's Office | Mrs. |
| Route de Chancy 6B | Eve DOLON |
| Post Office Box 3565 | Attorney |
| 1211 Geneva 3 | Rue Etienne-Dumont 6-8 |
| | 1204 Geneva |

DRJ-P/3072/2018

Ref.: P/3072/2018 – DRJ
Please use in all communications.

Geneva, March 14, 2018
**Confirmation of earlier email**

Colleague,

At your request, I confirm that I was told, on the afternoon of Friday, March 9, 2018, that a server which may contain information useful to my investigation may possibly be located at the private domicile of John RYAN in Miami.

I received this information from the Counsel for PDVSA, the plaintiff in the criminal proceeding I am conducting.

I sent you the information and asked you if John RYAN was likely to agree to submit this server to the Geneva Public Prosecutor's Office.

You later confirmed for me that this server had been sent by FEDEX, to my attention.

I received this server on Monday, March 12, 2018, and immediately secured it.

I send my best regards.

Johan DROZ
Prosecutor

[Seal:
PUBLIC PROSECUTOR'S
OFFICE
Of the REPUBLIC &
CANTON of GENEVA]

___

Office of the Public Prosecutor • Route de Chancy 6B • 1213 Petit-Lancy
Tel. +41 (22) 327.64.63 and 327.64.64 • Fax +41 (22) +41 (22) 327.65.00 • www.ge.ch/justice
Office hours: 8:00 AM – 12:00 noon and 2:00 PM – 5:00 PM • Telephone calls answered: 8:30 AM – 12:00 noon and 2:00 PM – 5:00 PM
Public Transportation: 14 arrêt Quidort / 2 and 19 arrêt Claire-Vue