| | |
|---|---|
| **Subject:** | FW: PDVSA US Litigation Trust v. Lukoil Pan Americas LLC et al. |
| **Attachments:** | 2018-03-08 Ltr from GFC to D. Lutz.pdf; ATT00001.htm; 2018-03-03 CERT. OF EMERGENCY.PDF; ATT00002.htm; 2018-03-03 P's EX PARTE MOTION FOR TEMP. RESTRAINING ORDER.PDF; ATT00003.htm; PDVSA - 2018 03 05 -(Ct stamped) Amended Complaint w. exs.pdf; ATT00004.htm; PDVSA 2018 03 05 (Signed) TRO.PDF; ATT00005.htm |

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Date:** March 8, 2018 at 1:48:33 PM GMT-4
**To:** "'daniel.lutz@helsingeinc.com'" <daniel.lutz@helsingeinc.com>
**Subject: PDVSA US Litigation Trust v. Lukoil Pan Americas LLC et al.**

Please see the attached.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

===================================================================================

HELSINGE GROUP
This message may contain information solely of the interest of Helsinge Group or
its businesses. Copying, distribution, disclosure or any use of the
information contained in this transmission is permitted only to
authorized parties. If you have received this email in error please notify the sender
by replying to this email inserting the word "misdirected" as the message and delete
this e-mail from your system.

===================================================================================

HELSINGE GROUP
Esta nota puede contener informacion de interes solo para Helsinge Group o sus

negocios. Solo esta permitida su copia, distribucion o uso a personas autorizadas. Si recibio esta nota por error, favor notificar al emisor enviando la palabra "misdirected" y proceda a borrar este mensaje de su sistema.