**edolon@dolon-avocats.ch**

| | |
|---|---|
| **De:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Envoyé:** | vendredi 9 mars 2018 22:25 |
| **À:** | 'edolon@dolon-avocats.ch' |
| **Cc:** | George Carpinello (gcarpinello@BSFLLP.com); David Barrett (dbarrett@BSFLLP.com) |
| **Objet:** | PDVSA |

Cher Confrère,

J'interviens pour PDVSA.

Je suis désolé de vous déranger à cette heure tardive.

Je viens de parler aux avocats américains qui m'ont une nouvelle fois résumé le contenu de l'injonction prononcée par un Juge civil dans le courant de cette semaine (TRO).

Ils ne sont pas opposés à ce que le server soit remis au Ministère public dans les plus brefs délais bien qu'ils pourraient s'y opposer sur la base de la décision susmentionnée. Ils demandent toutefois formellement, avec votre accord, que ce server soit copié avant son envoi à Genève. Ils craignent notamment, probablement à raison, que le contenu soit endommagé pendant le transport.

Cela ne prendrait que quelques heures de sorte que le Ministère public recevrait probablement le serveur en question lundi soir ou mardi matin.

Votre client serait-il d'accord qu'une copie du serveur en question soit effectuée avant envoi définitif ? Si tel n'est pas le cas, je vous remercie de me l'indiquer également.

En cas d'accord, il conviendrait que la personne qui le détient ou qui contrôle l'envoi se mette en contact immédiatement avec la personne suivante :

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER** LLP
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

Il va sans dire qu'une copie du serveur effectué serait remise à votre client de même qu'au Ministère public sans délai.

Je vous remercie de l'attention que vous réserverez à cet email.

Bonne soirée,

GUERRIC CANONICA
AVOCAT — Dipl. IEI

1

 Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

*********************************************************************************************

Ce courrier électronique est confidentiel et contient des informations couvertes par le secret professionnel.
Si vous avez reçu ce courrier électronique par erreur, merci de le détruire et de nous en informer immédiatement
par téléphone au + 41 22 354 12 12. Si vous n'êtes pas le destinataire de ce message électronique, vous n'êtes
pas autorisé à en révéler le contenu ni à en faire usage.

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake,
please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this
e-mail, the disclosure or use of its contents is prohibited.

Morningside Translations
450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: March 22, 2018

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the document received by this office.

The document is designated as:
- Emails

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Natalie Legros*
Signature of Natalie Legros

Global Solutions. Local Expertise.

www.morningtrans.com  |  info@morningtrans.com

**edolon@dolon-avocats.ch**

| | |
|---|---|
| **From:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Sent:** | Friday, March 9, 2018 at 10:25 PM |
| **To:** | 'edolon@dolon-avocats.ch' |
| **Cc:** | George Carpinello (gcarpinello@BSFLLP.com); David Barrett (dbarrett@BSFLLP.com) |
| **Subject:** | PDVSA |

Dear Colleague,

I am acting on behalf of PDVSA.

I'm sorry to bother you at this late hour.

I have just spoken with the American attorneys who have, once again, summarized the content of the injunction issued by a civil judge during the course of the week (a TRO, temporary restraining order).

They aren't opposed to the server being immediately returned to the Public Prosecutor, even though they could contest this on the basis of the above-mentioned decision. However, they formally request, with your agreement, that a copy of this server is made prior to it being sent to Geneva. In particular, they are concerned, likely with good reason, that content stored on the server could be damaged during transportation.

Copying the server would only take a few hours, meaning that the Public Prosecutor would likely receive the server in question on Monday evening or Tuesday morning.

Would your client agree to a copy of the server in question being made prior to it being definitively transported? Please let me know if your client is not amenable to this request.

Should they be willing to do so, can the person possessing or holding the server be put in touch with the following person immediately:

George F. Carpinello
Partner

BOIES SCHILLER FLEXNER LLP
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

It goes without saying that a copy of the server shall be immediately returned to both your client and the Public Prosecutor.

Thank you for your consideration.

Have a pleasant evening.

GUERRIC CANONICA
ATTORNEY – Diploma from the Institute for Real Estate Studies (IEI)

1

 Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake, please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this e-mail, the disclosure or use of its contents is prohibited.