-----Message d'origine-----
De : Guerric Canonica [mailto:GCanonica@cvpartners.ch]
Envoyé : vendredi 9 mars 2018 18:00
À : edolon@dolon-avocats.ch
Objet : Pdvsa

Salut, je parle encore aux avocats us.
Ton client a-t-il un avocat sur place à Miami ?
Je pourrais ainsi leur communiquer son nom.
Merci.
Bonne soirée.

Guerric Canonica
Attorney-at-law
Dipl. IEI
gcanonica@cvpartners.ch
www.cvpartners.ch
Tel : + 41 22 354 12 12
Fax : + 41 22 354 13 13

This e-mail is confidential and legally privileged.

**Morningside Translations**

450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: March 26, 2018

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the document received by this office.

The document is designated as:
- Email

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Natalie Legros*
_____
Signature of Natalie Legros

**Global Solutions. Local Expertise.**

www.morningtrans.com | info@morningtrans.com

-----Original message-----
From: Guerric Canonica [mailto:GCanonica@cvpartners.ch]
Sent: Friday, March 9, 2018 at 06:00 PM
To: edolon@dolon-avocats.ch
Subject: Pdvsa

Hi, I'm still speaking with the US attorneys.
Does your client have an attorney located in Miami?
I would be able to inform the US attorneys of the Miami attorney's name.
Thanks.
Have a pleasant evening.

Guerric Canonica
Attorney-at-law
Diploma from the Institute for Real Estate Studies (IEI)
gcanonica@cvpartners.ch
www.cvpartners.ch
Tel: + 41 22 354 12 12
Fax: + 41 22 354 13 13

This email is confidential and legally privileged.