UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-20818-CIV-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.

_____/

### SUPPLEMENTAL DECLARATION OF EVE DOLON

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a resident of Geneva, Switzerland, over the age of 21, and otherwise *sui juris*.

2. I am a criminal defense attorney in Geneva, and I currently represent John Ryan.

3. I make this declaration based on my own personal knowledge.

4. On the afternoon of March 9, 2018, Johan Droz, the Swiss prosecutor responsible for oversight of the PDVSA matter, called me. The purpose of the phone call was to tell me that he learned from PDVSA's Swiss counsel that Mr. Ryan has a server in his home and Mr. Droz asked that Mr. Ryan send him the server.

5. At the time, I was not aware of either the lawsuit or the existence of the temporary restraining order.

6. I contacted my client's husband, Mr. Maldonado, at approximately 4.00 p.m. Geneva time on March 9, 2018. At 4.26 p.m. I provided him the shipping address for Mr. Droz.

7. Approximately two hours later, I received a phone call from Mr. Guerric Canonica, attorney for PDVSA. During that conversation, he asked if the American PDVSA attorneys could make a copy of the server before it was shipped. I informed him that the package had already been dropped off at the Miami Federal Express facility and I sent him a copy of the Federal Express receipt at 6.19 p.m.

8. At 7.52 p.m., I provided the Federal Express receipt to the Swiss prosecutor containing the Federal Express tracking number.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of March, 2018.

EVE DOLON