**Exhibit G**
Eve Dolon Text Message to Guerric Canonica with Federal Express Tracking
Information, dated March 9, 2018, 6:19 p.m. (Geneva Time), 11:19 a.m. EST

