**edolon@dolon-avocats.ch**

| | |
|---|---|
| **De:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Envoyé:** | lundi 12 mars 2018 08:51 |
| **À:** | 'Droz Johan (PJ)' |
| **Cc:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Objet:** | RE: P/3072/2018 |
| **Importance:** | Haute |

Monsieur le Procureur,

J'interviens pour la société PDVSA.

Je fais suite à mes derniers échanges avec Me Eve Dolon.

Je vous précise ce qui suit :

1) PDVSA se réjouit naturellement de la volonté de collaborer de Monsieur Ryan ;

2) En date du 5 mars dernier, un « temporary restraining order » (TRO) a été prononcé par un Juge civil à Miami à l'encontre de nombreux défendeurs, notamment de Monsieur Ryan ;

3) Malgré mon intervention, suite notamment à une conversation téléphonique avec Me Eve Dolon en date du 9 mars dernier, les avocats américains en charge de la procédure (le cabinet Boies Schiller Flexner LLP) ont été contraints d'informer le juge en charge de la procédure, lequel a ordonné le blocage du colis (contenant le serveur employé par Monsieur Ryan) qui vous était destiné ;

4) Au moment du prononcé de cette injonction et de sa notification au transporteur, le colis en question se trouvait cependant déjà dans l'avion en direction de l'Europe ;

5) Il devrait donc vous parvenir sous peu, malgré la décision susmentionnée (ch. 3) ;

6) La démarche des avocats constitués aux Etats-Unis ne doit aucunement être interprétée comme une marque de défiance à votre égard ; ils ont simplement estimé nécessaire de prévenir le Juge en charge du dossier des faits survenus.

Je tenais, au vu de l'audience de demain, à vous résumer les éléments ci-dessus.

Je précise également que ma mandante souhaiterait se voir remettre une copie intégrale du serveur. Cela se justifie selon elle notamment du fait qu'il existait, sur sol américain, l'injonction visée ci-dessus (ch. 2).

Enfin, un des Conseils américains de la société PDVSA souhaiterait participer à l'audience de demain à mes côtés. Avez-vous une objection à formuler ?

Me Eve Dolon me lit en copie.

Soyez assuré, Monsieur le Procureur, de mes sentiments respectueux.

GUERRIC CANONICA

A V O C A T  —  D i p l .  I E I



Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Ce courrier électronique est confidentiel et contient des informations couvertes par le secret professionnel.
Si vous avez reçu ce courrier électronique par erreur, merci de le détruire et de nous en informer immédiatement
par téléphone au + 41 22 354 12 12. Si vous n'êtes pas le destinataire de ce message électronique, vous n'êtes
pas autorisé à en révéler le contenu ni à en faire usage.

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake,
please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this
e-mail, the disclosure or use of its contents is prohibited.

**De :** Droz Johan (PJ) [mailto:johan.droz@justice.ge.ch]
**Envoyé :** vendredi 9 mars 2018 17:27
**À :** Carnice Jean-Marc (carnice@bianchischwald.ch); Eve Dolon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch)
**Cc :** Bünzli Boris (PJ); Droz Johan (PJ)
**Objet :** P/3072/2018

Maîtres,

Je vous remercie de prendre note que M. John RYAN sera entendu mardi 13 mars 2018 à 14h00.

Les autres parties sont avisées.

Les avis d'audience suivront par voie postale.

Avec mes salutations distinguées.

**Johan Droz**
Procureur - affaires complexes



REPUBLIQUE
ET CANTON
DE GENEVE

POST TENEBRAS LUX
**POUVOIR JUDICIAIRE**

**Ministère public**
Case postale 3565
1211 Genève 3
Tél. : +41 22 327 64 64
Fax : +41 22 327 65 00
www.ge.ch/justice



450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: March 22, 2018

To whom it may concern:

This is to certify that the attached translation from French into English is an accurate representation of the document received by this office.

The document is designated as:
- Emails

Natalie Legros, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Natalie Legros*
Signature of Natalie Legros

**Global Solutions. Local Expertise.**

www.morningtrans.com  |  info@morningtrans.com

**edolon@dolon-avocats.ch**

| | |
|---|---|
| **From:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Sent:** | Monday, March 12, 2018 at 08:51 AM |
| **To:** | 'Droz Johan (PJ)' |
| **Cc:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Subject:** | RE: P/3072/2018 |
| **Importance:** | High |

Dear Sir, Madam, the Public Prosecutor,

I am acting on behalf of PDVSA.

I'm writing subsequent to my earlier correspondence with Ms. Eve Dolon.

Please be informed of the following:

1) PDVSA is naturally, quite pleased with Mr. Ryan's willingness to collaborate;

2) On March 5 last, a temporary restraining order (TRO) was issued by a civil judge in Miami against several defendants, including Mr. Ryan;

3) Despite my involvement, notably following a telephone conversation with Ms. Eve Dolon on March 9 last, the American attorneys handling the proceedings (the law firm, Boies Schiller Flexner LLP) were reluctant to inform the presiding judge, who ordered that the package (containing the server used by Mr. Ryan) which was to be sent to you, be detained;

4) However, at the time this injunction was issued and notice thereof was provided to the transportation company, the package in question was already aboard an aircraft headed to Europe;

5) Thus, it should reach you shortly, despite the above-mentioned decision (point 3);

6) Proceedings that were commenced by attorneys in the United States shouldn't in any way be interpreted as a sign of mistrust towards you; they simply decided it was necessary to submit the facts to the judge handling the matter.

In light of the hearing tomorrow, I wanted to summarize the above.

I also point out that my client wishes to be provided with a full copy of the server. According to my client, this is justified notably due to the fact that the injunction referred to above was issued on American soil (point 2).

Finally, one of the American attorneys acting for PDVSA wishes to attend the hearing with me tomorrow. Do you have any objection in this regard?

Ms. Eve Dolon is copied in on this email.

Yours sincerely,

GUERRIC CANONICA

ATTORNEY – Diploma from the Institute for Real Estate Studies (IEI)



Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

*********************************************************************

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake, please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this e-mail, the disclosure or use of its contents is prohibited.

| | |
|---|---|
| **From:** | Droz Johan (PJ) [mailto:johan.droz@justice.ge.ch] |
| **Sent:** | Friday, March 9, 2018 at 05:27 PM |
| **To:** | Carnice Jean-Marc (carnice@bianchischwald.ch); Eve Dolon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch) |
| **Cc:** | Bünzli Boris (PJ); Droz Johan (PJ) |
| **Subject:** | P/3072/2018 |

Dear Sir, Madam,

Please note that Mr. John RYAN shall be heard in court on Tuesday March 13, 2018 at 02:00 PM.

The other parties have been informed thereof.

Notices of the hearing shall follow by post.

Kind regards,

**Johan Droz**
Prosecutor – complex matters

| | |
|---|---|
| [Logo: **REPUBLIC AND CANTON OF GENEVA** POST TENEBRAS LUX **JUDICIAL POWER**] | **Public Prosecutor** P.O. Box 3565 1211 Geneva 3 Telephone: +41 22 327 64 64 Fax: +41 22 327 65 00 www.ge.ch/justice |

2