```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 18-CV-20818-DPG


PDVSA US Litigation Trust,              Miami, Florida

     Plaintiff,                         March 5, 2018

        vs.                             2:00 p.m. to 2:45 p.m.

LUKOIL PAN AMERICAS, LLC, et al.        Pages 1 to 28

     Defendants.
_____


                          MOTION HEARING
             BEFORE THE HONORABLE DARRIN P. GAYLES
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:


FOR THE PLAINTIFF:       STEVEN DAVIS, ESQ. and
                         STEPHEN N. ZACK, ESQ.
                         BOIES SCHILLER FLEXNER, LLP
                         100 S.E. 2nd Street
                         Suite 2800
                         Miami, Florida 33131
                                 -and-
                         GEORGE F. CARPINELLO, ESQ.
                         BOIES SCHILLER FLEXNER, LLP
                         30 South Pearl Street, 11th Floor
                         Albany, New York 12207


STENOGRAPHICALLY REPORTED BY:

                         PATRICIA DIAZ, FCRR, RPR, FPR
                         Official Court Reporter
                         United States District Court
                         400 North Miami Avenue
                         11th Floor
                         Miami, Florida 33128
                         (305) 523-5178
```

```
 1              We know that they were doing that in 2005 or 2006.  The
 2   scheme started in roughly 2004.  We know they were doing it in
 3   2005, 2006.  We believe they are still doing it.  Why?  Because
 4   Mr. Thackray, who is a computer expert, was in Venezuela,
 5   reviewed the computers.  He was limited in what he could view
 6   because some of these bribed officials impeded his way but
 7   Mr. Thackray was able to determine that up to today that, for
 8   example, Mr. Ryan who is in custody in Switzerland, was
 9   accessing illegally the PDVSA computers even up to last fall
10   and early winter when Mr. Thackray was there.
11              But to establish our case, we are going to need to see
12   what contracts were the subject of bid rigging, what contracts
13   did they have an unfair advantage.  We want to establish up to
14   today, which we believe that they have had -- they have
15   violated several federal and state computer laws and wiretap
16   laws, and to establish the actual amount of those damages.
17              We believe that once they learn of this case, the
18   evidence from 2006 to today, which is 11 years, will be gone.
19              THE COURT:  So, the laptop that was kept by
20   Mr. Morillo's ex-wife, there is no time frame given.  When did
21   he get that hard drive from Ms. Morillo?
22              MR. CARPINELLO:  Roughly, the middle of 2017.  This has
23   been an ongoing investigation for several months involving
24   undercover operations, visiting several countries, surveilling
25   residences and businesses in several places to establish -- we
```

1  MR. DAVIS: Thank you, Your Honor.

2  (Proceedings were concluded at 2:45 p.m.)

3

C E R T I F I C A T E

4

5

6  I hereby certify that the foregoing is an accurate transcription of the proceedings in the

7

8  above-entitled matter.

9

10 March 14, 2018      /s/Patricia Diaz
   DATE                PATRICIA DIAZ, FCRR, RPR, FPR
11                     Official Court Reporter
                       United States District Court
12                     400 North Miami Avenue, 11th Floor
                       Miami, Florida 33128
13                     (305) 523-5178

14

15

16

17

18

19

20

21

22

23

24

25