# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

PDVSA US LITIGATION TRUST

              Plaintiff,

      v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.

              Defendants.

Case No. 1:18-CV-20818 (DPG)

## MOTION TO EXTEND TIME TO ANSWER

Plaintiff, PDVSA U.S. Litigation Trust, moves for an order extending the time for certain Defendants to answer, move or otherwise respond to the March 5, 2018 Amended Complaint until April 20, 2018.  The following Defendants stipulated and agreed to that date with Plaintiff:

Glencore Energy UK Ltd.
Sergio De la Vega

The executed stipulations between these Defendants and Plaintiff are attached hereto as Exhibit A.

Federal Rule of Civil Procedure 6(b)(A) allows this Court to extend Defendants' time to answer, move, or otherwise respond to Plaintiff's Amended Complaint.

> When an act may or must be done within a specified time, the court may, for good cause, extend the period of time:
> (A) with or without motion or notice if the Court acts, or if a request is made, before the original time or its extension expires.

Fed. R. Civ. P. 6(b)(1)(A)

"A timely motion to extend is reviewed for good cause, not excusable neglect … and should be liberally granted absent a showing of bad faith ... or undue prejudice.'" *Lizarazo v. Miami-Dade Corr. & Rehab. Dep't*, 878 F.3d 1008, 1012 (11th Cir. 2017) (*quoting United States v. Miller Bros. Const. Co.*, 505 F.2d 1031, 1035 (10th Cir. 1974)).  Here, Plaintiff and the Defendants listed above agree that good cause for an extension exists, given the service difficulties in this matter and the complexity of this case.  Moreover, all parties have acted in good faith, and neither Plaintiff now these Defendants will suffer any undue prejudice if the requested extension is granted.

Thus, because Plaintiff and the above Defendants agree that the time for those Defendants to answer, move or otherwise respond to the Amended Complaint should be extended to April 20, 2018, it is respectfully requested that the Court enter an order accordingly.

Dated: March 30, 2018

                                    **BOIES SCHILLER FLEXNER LLP**

By: s/ Steven W. Davis
         Steven W. Davis (Bar No.: 347442)
         Bank of America Tower
         100 Southeast 2nd St., Suite 2800
         Miami, FL 33131
         Tel:  (305) 539-8400
         Fax:  (305) 539-1307

         David Boies
         333 Main Street
         Armonk, NY 10504
         Tel:  (914) 749-8200
         Fax:  (914) 749-8300

         Nicholas A. Gravante, Jr.
         575 Lexington Avenue, 7th Floor
         New York, New York 10022
         Tel:  (212) 446-2300
         Fax:  (212) 446-2350

         George F. Carpinello
         30 S. Pearl Street, 11th Floor
         Albany, New York 12207
         Tel:  (518) 434-0600
         Fax:  (518) 434-0665

         *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of March, 2018, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's CM/ECF system, which will serve this document to all counsel of record.

                                  */s/  Steven W. Davis*
                                  Steven W. Davis

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PDVSA US LITIGATION TRUST,

               Plaintiff,

          v.

LUKOIL PAN AMERICAS LLC, LUKOIL
PETROLEUM LTD., COLONIAL OIL
INDUSTRIES, INC., COLONIAL GROUP, INC.,
GLENCORE LTD., GLENCORE
INTERNATIONAL, A.G.; GLENCORE ENERGY
UK LTD,; MASEFIELD A.G.; TRAFIGURA A.G.;
TRAFIGURA TRADING LLC; TRAFIGURA
BEHEER B.V.; VITOL ENERGY (BERMUDA)
LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO
MORILLO; LEONARDO BAQUERO; DANIEL
LUTZ; LUIS LIENDO; JOHN RYAN; MARIA
FERNANDA RODRIGUEZ; HELSINGE
HOLDINGS, LLC; HELSINGE, INC.; HELSINGE
LTD.; SAINT-HELIER; WALTROP
CONSULTANTS, C.A.; GODELHEIM, INC.;
HORNBERG INC.; SOCIETE DOBERAN, S.A.;
SOCIETE HEDISSON, S.A.; SOCIETE HELLIN,
S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU
HOLDING INC.; ANDREW SUMMERS;
MAXIMILIANO POVEDA; JOSE LAROCCA;
LUIS ALVAREZ; GUSTAVO GABALDON;
SERGIO DE LA VEGA; ANTONIO MARRAOUI;
CAMPO ELIAS PAEZ; PAUL ROSADO; BAC
FLORIDA BANK; EFG INTERNATIONAL A.G.;
BLUE BANK INTERNATIONAL N.V.,

               Defendants.

---

**<u>STIPULATION</u>**

       Counsel for Plaintiff and Defendants Glencore Energy UK Ltd. and Sergio

De la Vega ("Defendants") hereby stipulate and agree that the time within which

Defendants are required to answer, move or otherwise respond to the Amended Complaint

dated March 5, 2018 is hereby extended to April 20, 2018.  Nothing herein shall constitute

a waiver of a) Plaintiff's right to seek expedited discovery or make any other motions at

any time prior to April 20, 2018, or b) Defendants right to make any motions prior to April

20, 2018 or to seek further extensions of time to respond to the Amended Complaint.

Dated:  March 29, 2018

**BOIES SCHILLER FLEXNER LLP**

By: /s/ *Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
333 Main Street
Armonk, NY 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300

Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel:  (212) 446-2300
Fax:  (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665

*Attorneys for Plaintiff*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  _/s/ *Bruce Birenboim*
Bruce Birenboim
1285 Avenue of Americas
New York, NY 10019-6064
bbirenboim@paulweiss.com
Tel:  (212) 373-3165
Fax:  (212) 492-0165

Jessica S. Carey
1285 Avenue of Americas
New York, NY 10019-6064
Tel:  (212) 373-3566
Fax:  (212) 492-0566

Adam B. Schwartz
2001 K Street NW
Washington, D.C. 20006-1047
Tel:  (202) 223-7341
Fax:  (202) 204-7358

and

**PODHURST ORSECK, PA**

Stephen F. Rosenthal
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358 2800
Fax: (305) 358 2382

Robert C. Josefsberg
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Tel: (305) 358 2800
Fax: (305) 358 2382

*Attorneys for Defendants Glencore Ltd.,*
*Glencore Energy UK Ltd., Gustavo*
*Gabaldon, and Sergio De la Vega*