# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

PDVSA US LITIGATION TRUST,

      Plaintiff,

v.

                                              **Case No.: 1:18-cv-20818-DPG**

LUKOIL PAN AMERICAS LLC et al.,

      Defendants.

_____/

## GLENCORE LTD.'S DISCLOSURE
## PURSUANT TO FED. R. CIV. P. 7.1

PLEASE TAKE NOTICE, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure,

that: Defendant Glencore Ltd., by its undersigned counsel, states that it is an indirect wholly-

owned subsidiary of Glencore plc, which is a publicly-held corporation.  No publicly held

corporation owns 10% or more of Glencore plc's stock.

Dated: March 30, 2018                                 Respectfully submitted,

By: */s/ Stephen F. Rosenthal*

| | |
|---|---|
| Stephen F. Rosenthal | Bruce Birenboim (*pro hac vice*) |
| Fla. Bar No. 0131458 | bbirenboim@paulweiss.com |
| srosenthal@podhurst.com | Brad S. Karp (*pro hac vice*) |
| Robert C. Josefsberg | bkarp@paulweiss.com |
| Fla. Bar No. 040856 | Jessica S. Carey (*pro hac vice*) |
| rjosefsberg@podhurst.com | jcarey@paulweiss.com |
| PODHURST ORSECK, P.A. | PAUL, WEISS, RIFKIND, WHARTON & |
| One S.E. 3rd Ave., Suite 2300 | GARRISON, LLP |
| Miami, FL 33131 | 1285 Avenue of the Americas |
| Main Tel: (305) 358-2800 | New York, NY 10019-6064 |
| Direct Tel: (305) 789-5905 | (212) 373-3000 |
| Fax: (305) 358-2382 | Fax: (212) 757-3990 |

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346        www.podhurst.com

Adam B. Schwartz (*pro hac vice*)
aschwartz@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON, LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
Fax: (202) 223-7420

*Counsel for Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio De le Vega*

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

## <u>CERTIFICATE OF SERVICE</u>

 I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on March 30, 2018 on all counsel or parties of record on the service list.

<u>/s/Stephen F. Rosenthal</u>
Stephen F. Rosenthal

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346     www.podhurst.com

## SERVICE LIST

Nicholas A. Gravante , Jr.
Boies Schiller & Flexner
575 Lexington Avenue, 7th Floor
New York, NY 10022
212-446-2300
Email: ngravante@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


Steven Wayne Davis
Boies Schiller & Flexner
Bank of America Tower, Suite
2800 100 SE 2nd Street,
Miami, FL 33131-2144
305-539-8400
Fax: 539-1307
Email: sdavis@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


David A. Barrett
Boies Schiller Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446-2300
Email: dbarrett@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


David Boies
Boies Schiller & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
212-446-2300
Fax: 749-8300
Email: dboies@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


George Carpinello
Boies Schiller Flexner LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600
Email: gcarpinello@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


Helen M. Maher
Boies Schiller & Flexner
333 Main Street
Armonk, NY 10504
914-749-8200/Fax: 749-8300
Email: hmaher@bsfllp.com

*Counsel for PDVSA US Litigation Trust*


Stephen F. Rosenthal
Robert C. Josefsberg
Podhurst Orseck, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
305-358-2800
Email:  srosenthal@podhurst.com

*Counsel for Glencore LTD, Gustavo
Gabaldon, Glencore Energy UK Ltd., Sergio
De La Vega*


Adam B. Schwartz
Paul, Weiss, Rifkind, Wharton
& Garrison, LLP
2001 K. Street NW
Washington, DC 20006-1047
202-223-7341
Email: aschwartz@paulweiss.com

*Counsel for Glencore LTD, Gustavo
Gabaldon, Glencore Energy UK Ltd., Sergio
De La Vega*

Brad S. Karp
Bruce Birenboim
Jessica S. Carey
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: bkarp@paulweiss.com
Email: bbirenboim@paulweiss.com
Email: jcarey@paulweiss.com

*Counsel for Glencore LTD, Gustavo Gabaldon, Glencore Energy UK Ltd., Sergio De La Vega*

Alexander L. Kaplan
Michael Kelso
Neal S. Manne
Weston O'Black
Susman Godfrey, LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
713-651-9366
Email: akaplan@susmangodfrey.com
Email: mkelso@susmangodfrey.com
Email: nmanne@susmangodfrey.com
Email: woblack@susmangodfrey.com

*Counsel for Vitol, Inc., Vitol Energy (Bermunda) Ltd., Antonio Maarraoui*

Kimberly Ann Pathman
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, N.W.
Washington, DC 20036
(202) 887-4574/Fax: (202) 887-4288
Email: kimberly.pathman@weil.com

*Counsel for Francisco Morillo, Leonardo Baquero*

Mark J. MacDougall
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW , Suite 400
Washington, DC 20036
202-887-4000
Email: mmacdougall@akingump.com

*Counsel for Francisco Morillo, Leonardo Baquero*

Gerald Edward Greenberg
Adam Michael Schachter
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
305-728-0950/Fax: 305-728-0951
Email: ggreenberg@gsgpa.com
Email: aschachter@gsgpa.com

*Counsel for Vitol, Inc., Vitol Energy (Bermunda) Ltd., Antonio Maarraoui*

Michael Gervais
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
212-336-8330
Email: mgervais@susmangodfrey.com

*Counsel for Vitol, Inc., Vitol Energy (Bermunda) Ltd., Antonio Maarraoui*

Connor Mullin
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
202-887-4000
Email: cmullin@akingump.com

*Counsel for Francisco Morillo, Leonard Baquero*

Stacey H. Mitchell
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
202-887-4000
Email: shmitchell@akingump.com

*Counsel for Francisco Morillo, Leonardo Baquero*

Thomas P. McLish
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW, Suite 400
Washington, DC 20036
202-887-4000
Email: tmclish@akingump.com

*Counsel for Francisco Morillo, Leonardo Baquero*


Israel Jovanny Encinosa
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Email: israel.encinosa@hklaw.com

*Counsel for Daniel Lutz, Helsinge Ltd., Saint-Helier, Helsinge, Inc.*


Alex M. Gonzalez
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131
305-789-7666
Fax: 679-6332
Email: alex.gonzalez@hklaw.com

*Counsel for Daniel Lutz, Luis Liendo, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge, Ltd.*


Lara O'Donnell
Jorden Burt LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131-2803
Email: lara@markmigdal.com

*Counsel for John Ryan*

David Kully
Holland & Knight LLP
800 17th Street N.W., Suite 1100
Washington, DC 20006
(202) 955-3000
Email: david.kully@hklaw.com

*Counsel for Daniel Lutz, Helsinge Ltd., Saint-Helier, Helsinge, Inc.*


Etan Mark
Mark Migdal & Hayden
80 SW 8th Street , Suite 1999
Miami, FL 33130
305-374-0440
Email: etan@markmigdal.com

*Counsel for John Ryan*


Donald John Hayden
Mark Migdal & Hayden
80 SW 8th Street, Suite 2185
Miami, FL 33130
305-374-0440
Email: don@markmigdal.com

*Counsel for John Ryan*


Jennifer Gertrude Altman
Pillsbury Winthrop Shaw Pittman
600 Brickell Avenue, Suite 3100
Miami, FL 33131
786-913-4900/Fax: 786-913-4901
Email: jennifer.altman@pillsburylaw.com

*Counsel for John Doe*

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346        www.podhurst.com

Benjamine Reid
Carlton Fields Jorden Burt
100 SE 2nd Street, Suite 4200 (PO Box 019101)
Miami, FL 33131-9101
305-530-0050/Fax: 530-0055
Email: breid@carltonfields.com

*Counsel for Colonial Oil Industries,*
*Inc.,Colonial Group, Inc., Paul Rosado*

Allan C. Galis
David M. Burkoff
Heather H. Lundy
Hunter, Maclean, Exley & Dunn, P.C
200 E. Saint Julian Street (P.O. Box 9848)
Savannah, GA 31412
Tel 912-236-0261/Fax 236-4936
Email: agalis@huntermaclean.com
Email: dburkoff@huntermaclean.com
Email: hlundy@huntermaclean.com

*Counsel for Colonial Oil Industries, Inc.,*
*Colonial Group, Inc., Paul Rosado*

Edward Maurice Mullins
Reed Smith LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131-2847
786-747-0200/Fax: 786-747-0299
Email: emullins@reedsmith.com

*Counsel for Trafigura Trading LLC*

Ethan Glass
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
(202) 538-8000
Email: ethanglass@quinnemanuel.com

*Counsel for Trafigura Trading LLC*

William A. Burck
Quinn, Emanuel, Urquhart and Sullivan, LLP
777 6th Street, NW
11th Floor
Washington, DC 20001
202-538-8120
Email: williamburck@quinnemanuel.com

*Counsel for Trafigura Trading LLC*

Jeffrey B Goldberg
Nicolas Swerdloff
Hughes Hubbard and Reed
201 S. Biscayne Blvd., 25th Floor
Miami, FL 33131
(305) 379-5573
Email: jeffrey.goldberg@hugheshubbard.com
Email: Nicolas.swerdloff@hugheshubbard.com

*Counsel for BAC Florida Bank*

Jorge David Guttman
GUNSTER
600 Brickell Avenue
Suite 3500
Miami, FL 33131
305-376-6054
Fax: 305-376-6010
Email: jguttman@gunster.com

*Counsel for Lukoil Pan Americas LLC*

Jonathan H Kaskel
Gunster
600 Brickell Avenue
Suite 3500
Miami, FL 33131
305-376-6023
Fax: 305-376-6010
Email: jkaskel@gunster.com

*Counsel for Lukoil Pan Americas LLC*

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346          www.podhurst.com

Adam L. Hudes
Mayer Brown LLP
1999 K Street N.W.
Washington, DC 20006
202-263- 3298
Email: ahudes@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Stephen M. Medlock
Mayer Brown LLP
1999 K Street N.W.
Washington, DC 20006
202- 263-3221
Email: smedlock@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Michael P. Lennon , Jr.
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
713-238-2667
Email: mlennon@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Mark W. Ryan
Mayer Brown LLP
1999 K Street N.W.
Washington, DC 20006
202-263-3338
Email: mryan@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Podhurst Orseck, P.A.

One S.E. 3rd Avenue, Suite 2300, Miami, FL 33131 • Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346     www.podhurst.com