# Medlock, Stephen M.

| | |
|---|---|
| **From:** | Hudes, Adam L. |
| **Sent:** | Thursday, March 29, 2018 10:00 AM |
| **To:** | George Carpinello |
| **Cc:** | Ryan, Mark; Medlock, Stephen M.; Lennon, Michael P. |
| **Subject:** | Subpoena to Lukoil Pan Americas |
| **Attachments:** | 2018-03-20_US District Court for the Sourthern District of Florida - Sub....pdf |

George:

Further to our discussion, Lukoil Pan Americas has no employees or business operations in Florida. Given this, please confirm that the Trust will withdraw the attached subpoena for testimony at the April 4th hearing.

Regards,

Adam

_____

**Adam Hudes**
Partner
Mayer Brown LLP
Tel (202) 263-3298
Fax (202) 263-5358
1999 K Street, N.W.
Washington, DC 20006-1101
ahudes@mayerbrown.com