# Adam Wolfson

| | |
|---|---|
| **From:** | Adam Wolfson |
| **Sent:** | Thursday, March 29, 2018 12:11 PM |
| **To:** | George Carpinello |
| **Cc:** | PDVSA Trust; EMullins@reedsmith.com |
| **Subject:** | Trafigura Trading subpoenas |

George,

We have reviewed the subpoenas Plaintiff served on Trafigura Trading and believe they are each improper at this time.  Trafigura Trading does not regularly do business in Florida and is not within 100 miles of the courthouse, and document discovery is premature at this stage in the case.  We therefore request that Plaintiff withdraw the subpoenas.  Please let us know today whether it will do so.

Thank you,

**Adam Wolfson**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3084 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
adamwolfson@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.