# Exhibit B

FLORIDA DEPARTMENT OF STATE          DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Foreign Profit Corporation
GLENCORE LTD. INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P35636 |
| **FEI/EIN Number** | 13-2942178 |
| **Date Filed** | 09/24/1991 |
| **State** | OC |
| **Status** | ACTIVE |
| **Last Event** | NAME CHANGE AMENDMENT |
| **Event Date Filed** | 09/29/1994 |
| **Event Effective Date** | NONE |

**Principal Address**

301 TRESSER BLVD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

Changed: 01/06/2011

**Mailing Address**

301 TRESSER BLVD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

Changed: 01/06/2011

**Registered Agent Name & Address**

THE PRENTICE-HALL CORPORATION SYSTEM INC
1201 HAYES STREET
STE - 105
TALLAHASSEE, FL 32301

Name Changed: 05/01/1994

Address Changed: 05/01/1994

**Officer/Director Detail**

**Name & Address**

Title S

DRISCOLL, CHERYL
301 TRESSER BLVD
STAMFORD, CT 06901

Title D

HUBMANN, ANDREAS
BAARERMATTSTRASSE 3
BAAR, SW CH-64-31 SW

Title D

PEREZAGUA, CARLOS
BAARERSTRASSE 3
BAAR, OC

Title D

MARTIN, HARING
BAARERMATTSTRASSE 3
BAAR, OC

Title VP, IT

LEWINE, BLANDINE
301 TRESSER BLVD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

Title Treasurer

BADURSKI, CHARLES
301 TRESSER BLVD
THREE STAMFORD PLAZA
STAMFORD, CT 06901

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/10/2015 |
| 2016 | 03/14/2016 |
| 2017 | 04/06/2017 |

**Document Images**

| | |
|---|---|
| 04/06/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/10/2013 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2012 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2011 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 01/14/2010 -- ANNUAL REPORT | View image in PDF format |
| 03/04/2009 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 01/17/2007 -- ANNUAL REPORT | View image in PDF format |
| 02/15/2006 -- ANNUAL REPORT | View image in PDF format |
| 02/23/2005 -- ANNUAL REPORT | View image in PDF format |
| 08/03/2004 -- ANNUAL REPORT | View image in PDF format |
| 02/10/2003 -- ANNUAL REPORT | View image in PDF format |
| 02/05/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/22/2001 -- ANNUAL REPORT | View image in PDF format |
| 01/25/2000 -- ANNUAL REPORT | View image in PDF format |
| 07/20/1999 -- ANNUAL REPORT | View image in PDF format |
| 01/23/1998 -- ANNUAL REPORT | View image in PDF format |
| 01/17/1997 -- ANNUAL REPORT | View image in PDF format |
| 03/06/1996 -- ANNUAL REPORT | View image in PDF format |
| 05/01/1995 -- ANNUAL REPORT | View image in PDF format |

Florida Department of State, Division of Corporations