**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>    Plaintiff,<br><br>  v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendants | Case No. 1:18-CV-20818 (DPG) |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LIMITED**
**AND EXPEDITED DISCOVERY [DOCKET NO. 193]**

The Defendants have jointly made a motion requesting a status conference to be held on April 4, 2018 at 9:30 a.m., the time currently scheduled for the hearing on Plaintiff's Motion for Preliminary Injunction, and asking the Court to stay all proceedings for two months while Defendants engage in discovery and briefing on the status of Plaintiff Trust.

Plaintiff does not oppose a status conference if it is held after the long-scheduled hearing, but Plaintiff opposes any delay in that hearing as well any stay of discovery on the merits of the claims involving Defendants' illegal conspiracy.

Defendants' motion is completely silent as to what would happen to this Court's Temporary Restraining Order and Plaintiff's request for a Preliminary Injunction if Defendants' motion were granted. Presumably, they want the Court to free them of any restrictions preventing them from destroying documents or dissipating assets while they pursue their two months of discovery and motion practice.

The fundamental argument Defendants make in favor of their one-sided discovery is that there are defects in the Trust and that such defects deprive this Court of subject matter jurisdiction. That assertion is simply wrong. As is more fully set forth in Plaintiff's Reply Brief in Support of Plaintiff's Motion for a Preliminary Injunction, (Part IV), any alleged defects in the creation or authority of the Trust do not implicate Article III standing. Here, the Amended Complaint clearly alleges an actual injury so all Article III requirements are met. Thus, at most, Defendants raise an issue of prudential standing or issues of capacity to sue which do not require any delay or re-ordering of the normal discovery process. In any event, Defendants' attacks on the Trust Instrument are without merit. *See* Reply Brief, at Part IV.

Moreover, if there were alleged defects in the Trust Instrument, those can be addressed in response to any motion to dismiss that Defendants may wish to make and, if relevant to the motion,

2

Defendants can have any necessary discovery then.  There is no reason to delay the hearing on the Preliminary Injunction or stay normal proceedings for two months.

## CONCLUSION

For all the foregoing reasons, Plaintiff respectfully requests that Defendants' motion to adjourn to April 4 and motion to stay proceedings should be denied.

Dated:  April 2, 2018

                                                **BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

Stephen N. Zack (Bar No.: 145215)
Bank of America Tower
100 Southeast 2nd Street, Suite 2800
Miami, Florida 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
Helen M. Maher
333 Main Street
Armonk, New York 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300

Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600

Fax:  (518) 434-0665

*Attorneys for Plaintiff*

4