UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## **(PROPOSED) ORDER**

THIS CAUSE having come before the Court upon Defendant FRANCISCO MORILLO's Motion to Stay Unnoticed and Unauthorized Deposition of Witness, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is thereupon

ORDERED and ADJUDGED that the Motion is hereby GRANTED.

DONE and ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of April, 2018.

_____
Honorable Darrin P. Gayles