**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

| | |
|---|---|
| PDVSA US LITIGATION TRUST,<br><br>    Plaintiff,<br><br>    vs.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL, A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD.; SAINT-HELIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDINGS INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendant. | Case No. 18-cv-20818-DPG |

**JOINDER IN MOTION TO QUASH PLAINTIFF'S RULE 45 SUBPOENAS**
**AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Maximiliano Poveda ("Poveda"), files this joinder in the Motion to Quash Plaintiff's Rule 45 Subpoenas and Incorporated Memorandum of Law filed by certain

Defendants (Docket No. 200) ("Motion to Quash").[1] For the reasons stated in the Motion to Quash, Poveda requests that the Court quash the Subpoena Duces Tecum served on March 20, 2018, and the Subpoena for Testimony, which Plaintiff issued on March 26, 2018, but never served on Poveda. In further support of the Motion to Quash, the subpoena purporting to compel Poveda to appear in person at the hearing on April 4, 2018 is improper because Poveda is a resident of Dubai, and does not regularly transact business in person in Miami within the meaning of Rule 45(c)(1)(B) of the Federal Rules of Civil Procedure. Thus, the subpoena for testimony, which requires Poveda to appear in a venue more than 100 miles from his residence or his place of business, violates Rule 45 of the Federal Rules of Civil Procedure. The subpoena also is improper because compliance would require Poveda to incur substantial expense in traveling from Dubai to Miami on notice of less than 10 days.

WHEREFORE, Maximiliano Poveda requests that the Court quash the Subpoenas and grant Poveda such other and further relief to which he may be justly entitled.

Respectfully submitted,

CLARKE SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone:  (305) 377-0700
Facsimile:   (305) 377-3001

By:  /s/Spencer H. Silverglate
      Spencer H. Silverglate
      Florida Bar No. 769223
      ssilverglate@cspalaw.com
      mpedraza@cspalaw.com
      Francisco Ramos, Jr.
      Florida Bar No. 114766
      framos@cspalaw.com
      socd@cspalaw.com
      cdeleon@cspalaw.com

---

[1] Poveda's Joinder is without prejudice to any of his defenses or objections to Plaintiff's Amended Complaint, including lack of subject matter or personal jurisdiction, improper venue, failure to state a claim, or any other defense or objection under Rule 12 of the Federal Rules of Civil Procedure.

Case No. 18-cv-20818-DPG

> Stephen H. Lee
> Porter Hedges LLP
> 1000 Main Street
> 36th Floor
> Houston, Texas 77002
> (713) 226-6686
> slee@porterhedges.com
> *Pro Hac Vice* Motion Pending
>
> *Counsel for Maximiliano Poveda*

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct of the foregoing was electronically filed on April 2, 2018 with the Clerk of Court using the CM/ECF system, which will send e-filing notices to all counsel of record.

> CLARKE SILVERGLATE, P.A.
>
> By: /s/Spencer H. Silverglate
> Spencer H. Silverglate