# Exhibit D

# Transcript

This is a transcript from AM. The program is broadcast around Australia at 08:00 on ABC Local Radio.

## Swiss link undermines Xstrata's bid for WMC

PRINT FRIENDLY    EMAIL STORY

AM - Friday, 11 February , 2005  08:28:01

Reporter: Stephen Long

TONY EASTLEY: To a special investigation of the company behind Xstrata, the global mining giant bidding for the nickel, copper and uranium company, WMC Resources.

Xstrata's $8-billion takeover bid for WMC is being undermined by the reputation of its controlling shareholder, the secretive Swiss commodities trader Glencore.

Last year, a CIA report raised allegations that Glencore paid millions in illegal kickbacks to Saddam Hussein's regime.

Glencore was founded by a notorious fugitive from US justice - a man facing jail for tax fraud, racketeering, and named as an arms trader, before being mysteriously pardoned by former US President Bill Clinton.

Finance Correspondent Stephen Long reports.

STEPHEN LONG: Mention Xstrata and the name Glencore soon follows. Xstrata was once a subsidiary of Glencore, and Glencore now has a 40 per cent interest in Xstrata. The two companies share a common chairman, Willy Strothotte.

Glencore markets Xstrata's output. And Glencore is the reason why there's growing unease about Xstrata buying WMC Resources and its rich deposits of uranium, the reason why Trade Minister Mark Vaile is opposing its takeover bid.

Glencore's history reads like a spy novel.

From its foundation 31 years ago, the Swiss commodities trader has been accused of illegal dealings with rogue states: apartheid South Africa, Communist Russia, Iran, and Iraq under Saddam Hussein.

Just five months ago, the CIA released a comprehensive report on the financing of Saddam Hussein's regime.

It cites detailed records held by Iraq's state run oil monopoly, SOMO, which say Glencore paid more than US $3.2-million in illegal kickbacks to obtain oil in violation of sanctions imposed by the United Nations.

The CIA report reads:

EXTRACT FROM CIA REPORT: Among the companies listed in SOMO's records as having paid illegal surcharges are some of the world's largest refineries and oil trading companies.

For example, one of the most active purchasers of Iraqi crude was a Swiss-based company named Glencore. It paid $3,222,780 in illegal surcharges during the period of the program. The company denies any inappropriate dealings with the Iraqi Government outside of the UN Oil For Food program.

STEPHEN LONG: The man who started Glencore was notorious for busting UN trade embargoes.

Marc Rich founded the company, then known as Marc Rich and Co. in the Swiss village of Zug, a tax haven. He fled there from the United States to escape 51 criminal charges, including tax evasion, wire fraud and racketeering, and for years he was America's number one white-collar fugitive.

But mysteriously, Bill Clinton pardoned Marc Rich in the dying days of his presidency. A congressional committee that investigated the pardon was scathing.

EXTRACT FROM CONGRESSIONAL COMMITTEE REPORT: Despite clear legal restrictions on such trade, Rich engaged in commodities trading with Iraq, Iran, Cuba and other rogue states that have sponsored terrorists acts.

He had a long and disgraceful record of trading with America's enemies, helping prop up the Ayatollah Khomeini, Saddam Hussein, Muammar Gaddafi, and the Russian Mafia.

STEPHEN LONG: According to the report, Mr Rich was pardoned even though a Justice Department check revealed new evidence that he was wanted for arms trading.

Bill Clinton's pardon for Marc Rich followed representations by Israeli Prime Minister, Ehud Barak, there are claims that Marc Rich was a Mossad spy.

Mr Rich severed ties with Glencore more than 10 years ago, selling the company to the traders who worked for him.

But the recent claims of kickbacks for oil contracts have brought back memories of Glencore's sordid past, tainting Xstrata by association.

Glencore's history of busting UN embargoes to profit from corrupt or despotic regimes is one reason why some believe Xstrata should not control WMC's Olympic Dam uranium mine in South Australia.

*AM* tried to arrange an interview with Glencore for this story, but was told the head of its press office was "busy all day".

TONY EASTLEY: Finance Correspondent Stephen Long.