```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                      CASE NO. 18-CV-20818-DPG
 3

 4    PDVSA US Litigation Trust,          Miami, Florida

 5         Plaintiff,                     April 4, 2018

 6            vs.                         9:45 a.m. to 10:15 a.m.

 7    LUKOIL PAN AMERICAS, LLC, et al.    Pages 1 to 27

 8         Defendants.
     _____
 9

10                        STATUS CONFERENCE
                 BEFORE THE HONORABLE DARRIN P. GAYLES
11                   UNITED STATES DISTRICT JUDGE

12    APPEARANCES:

13
     FOR THE PLAINTIFF:        DAVID BOIES, ESQ.
14   PDVSA US LITIGATION       STEPHEN N. ZACK, ESQ.
                               STEVEN DAVIS, ESQ.
15                             ADAM SHAW, ESQ.
                               ALEXANDER BOIES, ESQ.
16                             BOIES SCHILLER FLEXNER, LLP
                               100 S.E. 2nd Street
17                             Suite 2800
                               Miami, Florida 33131
18                                   -and-
                               GEORGE F. CARPINELLO, ESQ.
19                             BOIES SCHILLER FLEXNER, LLP
                               30 South Pearl Street, 11th Floor
20                             Albany, New York 12207

21
     FOR THE DEFENDANTS:       ISRAEL J. ENCINOSA, ESQ.
22   HELSINGE, INC.            ALEX GONZALES, ESQ.
     HELSINGE, LTD             BRIAN BRIZ, ESQ.
23   HELSINGE HOLDINGS         HOLLAND AND KNIGHT, LLP
     DANIEL LUTZ               701 Brickell Avenue, Suite 3000
24   MARIA F. RODRIGUEZ        Miami, Florida 33131
     LUIS LIENDO
25
                         ---CONTINUED---
```

```
 1
      FOR THE DEFENDANT:        DONALD HAYDEN, ESQ.
 2    JOHN RYAN                 MARK MIGDAL & HAYDEN
                                80 SW 8th Street, Suite 1999
 3                              Miami, Florida 33130

 4
      FOR THE DEFENDANT:        NICOLAS SWERDLOFF, ESQ.
 5    BAC FLORIDA BANK          JEFFREY B. GOLDBERG, ESQ.
                                HUGHES HUBBARD
 6                              201 South Biscayne Boulevard
                                Miami, Florida 33131
 7

 8    FOR THE DEFENDANTS:       CONNOR MULLIN, ESQ.
      FRANCISCO MORILLO         STACY MITCHELL, ESQ.
 9    LEONARD BARQUERO          MARK J. MACDOUGALL, ESQ.
                                AKIN GUMP STRAUSS HAUER & FELD, LLP
10                              1331 New Hampshire Avenue, NW
                                Washington, DC 20036
11

12    FOR THE DEFENDANT:        SPENCER H. SILVERGLATE, ESQ.
      MAXIMILIANO POVEDA        CLARKE SILVERGLATE, P.A.
13                              799 Brickell Plaza, 9th Floor
                                Miami, Florida 33131
14                                      -and-
                                STEPHEN H. LEE, ESQ.
15                              PORTER HEDGES, LLP
                                1000 Main Street, 36th Floor
16                              Houston, Texas 77002

17
      FOR THE DEFENDANTS:       BRUCE BIRENBOIM, ESQ.
18    GLENCORE, LTD             JESSICA CAREY, ESQ.
      GLENCORE ENERGY, UK       PAUL WEISS RIFKIND WHARTON & GARRISON
19    SERGIO DE LA VEGA         1285 Avenue of the Americas
      GUSTAVO GABALDON          New York, New York 10019
20                                      -and-
                                ROBERT C. JOSEFSBERG, ESQ.
21                              STEPHEN ROSENTHAL, ESQ.
                                PODHURST ORSECK, P.A.
22                              One SE Third Avenue, Suite 2700
                                Miami, Florida 33131
23                                      -and-
                                ADAM B. SCHWARTZ, ESQ.
24                              PAUL WEISS RIFKIND WHARTON & GARRISON
                                2001 K. Street NW
25                              WASHINGTON, DC 20006
```

```
 1                         ---CONTINUED---

 2   FOR THE DEFENDANT:        ADAM L. HUDES, ESQ.
     LUKOIL PAN AMERICAS       MAYER BROWN, LLP
 3                             1999 K Street N.W.
                               Washington, DC 20006
 4                                    -and-
                               JORGE GUTTMAN, ESQ.
 5                             GUNSTER
                               600 Brickell Avenue, Suite 3500
 6                             Miami, Florida 33131

 7
     FOR THE DEFENDANTS:       MICHAEL C. KELSO, ESQ.
 8   VITOL ENERGY (BERMUDA)    SUSMAN GODFREY, LLP
     VITOL, INC.               1000 Louisiana St, Suite 5100
 9   ANTONIO MAARRAOUI         Houston, Texas 77002
                                      -and-
10                             GERALD GREENBERG, ESQ.
                               GELBER, SCHACHTER & GREENBERG, P.A.
11                             1221 Brickell Avenue, Suite 2010
                               Miami, Florida 33131
12

13   FOR THE DEFENDANT:        WILLIAM A. BURCK, ESQ.
     TRAFIGURA TRADING LLC     ETHAN GLASS, ESQ.
14                             QUINN, EMANUEL, URQUHART AND SULLIVAN
                               777 6th Street, NW
15                             11th Floor
                               Washington, DC 20001
16                                    -and-
                               EDWARD MULLINS, ESQ.
17                             REED SMITH
                               1001 Brickell Bay Drive, Suite 900
18                             Miami, Florida 33131

19
     FOR THE DEFENDANTS:       DAVID M. BURKOFF, ESQ.
20   COLONIAL GROUP, INC.      HUNTER, MACLEAN, EXLEY & DUNN, P.C.
     COLONIAL OIL INDUSTRIES   200 E. Saint Julian Street
21   PAUL ROSADO               P.O. Box 9848
                               Savannah, Georgia 31412
22                                    -and-
                               BENJAMINE REID, ESQ.
23                             CARLTON FIELDS
                               100 S.E. Second Street, Suite 4200
24                             Miami, Florida 33131

25
```

1    STENOGRAPHICALLY REPORTED BY:

2                        PATRICIA DIAZ, FCRR, RPR, FPR
                         Official Court Reporter
3                        United States District Court
                         400 North Miami Avenue
4                        11th Floor
                         Miami, Florida 33128
5                        (305) 523-5178

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (Call to the order of the Court.)

 2            THE COURT:  Please be seated.

 3            COURTROOM DEPUTY:  Calling PDVSA US Litigation Trust

 4    versus Lukoil Pan Americas and all, case number 18-CV-20818.

 5    Counsel, please make your appearance.

 6            MR. D. BOIES:  Good morning, Your Honor, David Boies of

 7    Boies Schiller and Flexner representing the plaintiff.  With me

 8    today at counsel table are my partners, George Carpinello,

 9    Stephen Zack, Stephen Davis and Adam Shaw.

10            THE COURT:  All right.  Good morning.

11            MR. BURCK:  Good morning, Your Honor, William Burck and

12    Ethan Glass of Quinn Emanuel and Ed Mullins of Reed Smith

13    representing Trafigura Trading, LLC.

14            MR. REID:  Ben Reid with Carlton Fields, representing

15    Colonial and Mr. Paul Rosado.

16            MR. BIRENBOIM:  Your Honor, Bruce Birenboim from Paul,

17    Weiss, Rifkind, Wharton & Garrison in York New York.  I've been

18    admitted pro hac.  I am here with Robert Josefsberg of the

19    Podhurst firm, Stephen Rosenthal and my colleagues from Paul

20    Weiss, Jessica Carey and Adam Schwartz.

21            THE COURT:  Okay.

22            MR. ENCINOSA:  Good morning, Your Honor, Israel

23    Encinosa of Holland and Knight.  With me here today is also

24    Alex Gonzales and Brian Briz, also of Holland and Knight,

25    representing defendants Helsinge, Inc., Helsinge, Ltd.,
```

1    Helsinge Holdings, LLC, Daniel Lutz, Luis Liendo and Maria

2    Fernanda Rodriguez, and making a limited appearance for Holland

3    and Knight.

4           THE COURT:  Okay.  Were there any other defendants

5    unaccounted for?

6           MR. MACDOUGALL:  Yes.  Your Honor, Mark MacDougall with

7    Akin Gump Strauss of Washington DC.  With me is Stacy Mitchell

8    and Connor Mullin for defendants Francisco Morillo and Leonard

9    Barquero, good morning.

10          THE COURT:  Good morning.

11          For the court reporter, it will be easier if you are

12   going to announce your appearances that you come forward and

13   speak on the microphone.

14          MR. BIRENBOIM:  Judge, in the meantime, I just wanted

15   to clarify --

16          THE COURT REPORTER:  Can you state your name?

17          MR. BIRENBOIM:  Bruce Birenboim from Paul Weiss.  We

18   represent Glencore Energy UK, Glencore, Ltd, and Mr. Gabaldon

19   and De La Vega.

20          THE COURT:  I'm sorry, you were asking me -- I thought

21   you were asking me for something.

22          MR. BIRENBOIM:  No, I wanted to clarify which parties

23   we represented.

24          THE COURT:  Okay.  Thank you.

25          MR. MACDOUGALL:  Good morning again, Your Honor, Mark

1   MacDougall from Akin Gump Strauss in Washington, DC.  With me

2   are Stacy Mitchell and Connor Mullin.  Our clients are

3   Francisco Morillo and Leonardo Barquero.

4           MR. HAYDEN:  Good morning, Your Honor, John Hayden on

5   behalf of John Ryan.

6           THE COURT:  Good morning.

7           MR. HUDES:  Good morning, Your Honor, Adam Hudes with

8   Mayer Brown on behalf of Lukoil Pan Americas.  With me today is

9   Jorge Guttman, one of our local counsel with the Gunster firm.

10          THE COURT:  Okay.

11          MR. KELSO:  Good morning, Your Honor, Michael Kelso,

12  with Susman Godfrey and Gerry Greenberg on behalf of Vitol,

13  Inc, Vitol Energy Bermuda, Ltd and Mr. Maarraoui.

14          THE COURT:  Good morning.

15          MR. SWERDLOFF:  Good morning, Your Honor, Nicolas

16  Swerdloff from Hughes, Hubbard and Reed.  With me back there

17  somewhere is Jeff Goldberg.  We represent defendant BAC Florida

18  Bank.

19          THE COURT:  Okay.

20          MR. SILVERGLATE:  Good morning, Judge Gayles, Spencer

21  Silverglate locally with Clarke Silverglate.  I have with me

22  Stephen Lee with Porter Hedges in Houston, and together we

23  represent the defendant, Maximiliano Poveda.

24          THE COURT:  All right.  Good morning.

25          All right.  We set this down for a status conference.

1 I have already found good cause to continue the hearing on the

2 preliminary injunction.  I wanted to discuss a new date for the

3 hearing.

4   I referred, as I'm sure you are all aware, much of the

5 -- well, the pretrial matters to Judge Otazo-Reyes.  If she has

6 not yet set a hearing, I anticipate she is going to set a

7 hearing on the outstanding motions on or about April 16th, but

8 I will leave that up to her.  Primarily, I wanted to discuss

9 with the parties a new date for the preliminary injunction

10 hearing also to discuss whether we should proceed with a

11 scheduling order or hold off on that, and for the pending

12 motion for order to show cause, to get some idea of when the

13 plaintiff will file a response to that and whether or not I

14 should hear that myself.

15   So, why don't we first start with a date for the

16 hearing?

17   Yes, sir.

18   MR. D. BOIES:  Your Honor, we could be ready for the

19 hearing at any time and maybe if the magistrate judge is going

20 to hold a hearing on the standing issue, while as we indicated

21 in our papers, this is not Article III standing.  It's

22 prudential standing so the matter can proceed, but the Court

23 might want to set the preliminary injunction hearing following

24 the hearing before the magistrate.  That was scheduled for the

25 16th of April.

```
 1          THE COURT:  Has she already scheduled it?

 2          MR. D. BOIES:  I was just going off of what the Court

 3    said.

 4          THE COURT:  I anticipate she is going to set it for

 5    April 16th, but until she sets a firm date --

 6          MR. D. BOIES:  Perhaps we can set it for the week of

 7    April 24th or April 30th, if those are convenient dates for the

 8    Court.

 9          THE COURT:  I will be out of the district on those

10    dates, but I do want to get some sense from the defendants how

11    much time they think they need.

12          MR. BURCK:  Your Honor, William Burck for Trafigura

13    Trading, LLC.  I have been designated by a group of the

14    defendants to speak for them just in the interest of

15    efficiency, Your Honor, basically the oil trading defendants as

16    well as the banks that have been served so far.

17          Our position, we agree with Mr. Boies that the

18    preliminary injunction hearing should be after the standing

19    issue is decided.  We don't disagree on that at all.  We think

20    that's the appropriate way to do it.

21          We, obviously, don't agree that it's a prudential issue

22    rather than a constitutional issue.  That's for the magistrate

23    judge in the first instance.  We do think we are going to need

24    more time, though, pursuant to the schedule that we put forward

25    for some expedited discovery on some of these standing issues.
```

1   So, what I would suggest is that we raise these issues with the

2   magistrate judge, about what kind of discovery we would need in

3   order to have an appropriate hearing, briefing, etcetera on the

4   standing, have the hearing set in accordance with that schedule

5   the magistrate judge sets and then we would come back to Your

6   Honor and set or propose a date for a hearing for a preliminary

7   injunction, if it's necessary, depending on the standing.

8         THE COURT:  So, you want to wait until she gives you a

9   schedule and also get some idea of how she is going to rule?

10         MR. BURCK:  Exactly.  We feel it will be easier for

11   everybody's scheduling and most importantly yours that you

12   don't have a moving target.

13         MR. ENCINOSA:  We agree, Your Honor, with what

14   Mr. Burck said.

15         THE COURT:  I should say, is there anyone that has a

16   different suggestion among the defendants than the one he just

17   offered?  Okay.

18         MR. D. BOIES:  Your Honor, we would oppose sort of an

19   indefinite extension of this.  I think the Court is going to

20   hear many times in this case the defendants urging the Court to

21   delay things and we urging the Court to move things forward.

22   That's just the nature of being a defense lawyer and being a

23   plaintiff's lawyer.

24         However, I think with respect to the issue of standing,

25   this is one that should not sort of force the total stopping of

1    this lawsuit.  This is, clearly, under the case law, prudential

2    standing.  If there is a disagreement between the defendants

3    and plaintiffs on that issue, the Court may want to address

4    that issue and we might want to -- we both put in briefs

5    already.  We could supplement those briefs if the defendant

6    wants to or the Court could simply decide this issue on the

7    briefs we have already put in.

8           But we think this is clearly an issue of prudential

9    standing.  The cases are quite clear on that issue.  The cases

10   are also quite clear that if it's a prudential standing issue,

11   it doesn't stop the lawsuit while that issue is sorted out.

12   So, we would strongly urge the Court not to simply put this

13   case in the deep freeze waiting for them to argue the standing

14   issue.

15          The second thing is, and this may be a question for the

16   magistrate judge, but before we embark on elaborate discovery

17   on the standing issue, I think the defendants need to identify

18   what factual issues they believe are raised.  There are clearly

19   some legal issues that are raised and there may be some factual

20   issues but they have not raised any of those factual issues

21   yet.  And I think we are entitled to know what factual issues

22   they expect us to know before we go down the road of this sort

23   of special discovery on this issue.

24          THE COURT:  So, is there really a need to operate

25   really outside the normal schedule?  I mean, obviously, I have

1   to have a hearing on the preliminary injunction but the relief

2   that I granted is essentially what the parties would have to do

3   anyway, right, retain records, not spoliate evidence.

4        I mean, there is nothing special here.  I didn't freeze

5   any assets, so it doesn't seem like there is any particular

6   rush here.  Would it make more sense to just have the parties

7   have the Rule 16 conference, come up with a schedule that works

8   for both sides?  Presumably that would be an agreement with

9   whatever schedule the parties came up with just so we have a

10  whole schedule for the case and incorporate all these issues

11  that we have to decide.  That may seem to be the more

12  appropriate way.

13       MR. D. BOIES:  I think we agree with that, Your Honor.

14  I think we'd like to, obviously, have the Rule 16 conference as

15  quickly as possible, but I think that's a sensible way to

16  proceed.

17       MR. BURCK:  Your Honor, I haven't had a chance to

18  discuss with all the defendants the proposal, but I think from

19  Trafigura's perspective, it makes sense in light of the

20  scheduling issues and I think Mr. Boies agrees, as he said,

21  that the standing issue should come before the preliminary

22  injunction issue is decided.

23       THE COURT:  The parties can agree to set a limit with

24  that discovery or I could take that up first.  Right?

25       MR. BURCK:  Exactly.  We can agree to discuss with

```
 1    Mr. Boies a schedule for doing everything.

 2         You know, one of the issues that I think Mr. Boies

 3    raised now in terms of the prudential constitutional issue, we

 4    would be perfectly happy if Your Honor wants to decide the

 5    standing issue rather than going to the magistrate court.  It's

 6    entirely -- of course, it's up to you.  We would be happy with

 7    that, of course.  If that would be easier in terms of the

 8    schedule and making the arguments to the Court, we would

 9    embrace that.

10         Of course, we are also happy to go to the magistrate

11    judge and try to work out a schedule for Mr. Boies.

12         THE COURT:  The only issue for me with some of the

13    motions and not delaying them, I have a long planned vacation.

14    I am out of the district beginning the 20th of April and then

15    we run into the Eleventh Circuit conference.  So, there is

16    effectively three weeks I am unavailable which I thought it

17    made more sense then for the magistrate judge to handle these

18    outstanding issues.

19         The rule to show cause I may handle myself but the

20    other motion I think it's best that the magistrate handle them

21    so there is no unnecessary delay here.

22         MR. BURCK:  Understood, Your Honor.

23         And I think we can work with Mr. Boies on a schedule.

24         One thing that this does raise as well, Your Honor, is

25    we have currently an April 20th deadline for a motion to
```

 1   dismiss or answer and for the defendants that have been served.

 2   So, we would also ask that those dates be pushed off for the

 3   same reason that the standing issue is a threshold issue.

 4        It wouldn't make sense to have -- it would be

 5   inefficient to have a briefing motion to dismiss at the same

 6   time we are doing the threshold issue of standing, plus we have

 7   a preliminary injunction.  So, we'd ask that those days also be

 8   pushed off.  Also, we can work with Mr. Boies to come up with a

 9   schedule that makes sense for everybody but I refer to the

10   Court before arguing before the Court --

11        THE COURT:  Well, I think that would be part of the

12   discussion you have.

13        MR. D. BOIES:  We can discuss that with him, Your

14   Honor, and if we can't reach agreement we can come back to the

15   Court.

16        I should say, we don't believe that moving or answering

17   the complaint ought to be put off indefinitely.  Also, while I

18   had proposed putting the preliminary injunction motion off

19   until sometime in April, I did not suggest that we thought it

20   ought to be put off indefinitely until a standing motion is

21   decided.

22        That could take a long time depending on how much

23   discovery they want, and I would urge the Court not to put this

24   case in a deep freeze while they go through this process.  Now,

25   we can talk about schedules with him, and I am prepared to do

1    that and hopefully we can reach an agreement.

2         I do want to say to the Court if we cannot reach an

3    agreement, we want to come back to the Court and ask the Court

4    to proceed in a -- not an unusually expedited way but just in a

5    normal way of not keeping this case held hostage to a whole

6    series of motions that I suspect the Court can see.

7         THE COURT:  I am very interested in keeping the case

8    moving.  I am very sick and I came here today for that purpose

9    so that we keep the case moving.  I think the appropriate thing

10   is to give the parties first a shot at agreeing to some dates.

11        I don't think an indefinite stay is appropriate.  I

12   think I need to set a hearing for the preliminary injunction,

13   perhaps a little later than you are suggesting, but I think at

14   least have a firm date, and I think these are perhaps some

15   matters that you can work out together.  My law clerk will be

16   available to help you come up with some dates that fit into my

17   schedule as well.

18        MR. BURCK:  Thank you, Your Honor.

19        MR. D. BOIES:  Thank you, Your Honor.

20        MR. BURCK:  Your Honor, we have one other issue to

21   raise related to document preservation issue.

22        THE COURT:  Okay.

23        MR. BURCK:  We were not here for the March 14th

24   conference, which I think the order was -- the preservation

25   order was handed down.  At the time our client was still in the

1    process of retaining counsel.

2         We noticed in the transcript of that hearing that one

3    of the defendants made the representation to the Court that it

4    was going to engage in a meet and confer with Mr. Boies about

5    preservation issues and the Court said that was fine and

6    exempted that defendant from the order so that the defendant

7    could work out something with the plaintiff.

8         We are now engaged in the meet and confer process with

9    Mr. Boies on preservation.  We have put in papers on this so I

10   wouldn't belabor the points we have made.  Nobody has suggested

11   that Trafigura Trading, LLC or any of the Trafigura entities,

12   for that matter, have engaged in any kind of document

13   destruction or concealment of evidence or anything like that.

14        We have started the process with Mr. Boies.  We sent a

15   very detailed set of search terms and custodians to Mr. Boies

16   about a week and a half ago.  In the process of going through

17   that, Mr. Boies has sent back to the entire defendants a

18   counter proposal, effectively, that we have not yet had a

19   chance to really engage with.  We don't believe it's

20   appropriate, but we are in the process of doing the meet and

21   confer.

22        So, we would ask to also be treated the same as the

23   other defendant that was in the meet and confer.  We will work

24   in good faith to work something out with Mr. Boies and,

25   therefore, we wouldn't be subject to the preservation order at

1    this point.

2         THE COURT:  Well, I don't want a carveout for every

3    single defendant.  Talk to Mr. Boies, see if you all can reach

4    some agreement and where there is some disagreement, I will

5    take it up.

6         MR. BURCK:  Your Honor, just for clarity, I speak for

7    all of the oil-trading defendants, as well as the banks.  We

8    have all started the meet and confer.

9         THE COURT:  Okay.

10        MR. BURCK:  The point is that we would like to start

11   that process.  Just to be completely transparent with the

12   Court, we have sent a proposal to Mr. Boies.  He hasn't really

13   provided a response to the specific proposal.  We have been

14   informed that they like the preservation order you have in

15   place.  We understand why they would, but it's, obviously,

16   beyond the Federal Rules of Civil Procedure in any typical

17   case, and also, again, there are no allegations against any of

18   these defendants that I am speaking for that they have engaged

19   in any kind of document destruction.

20        So, we are just asking for an opportunity to have a

21   meet and confer with him, come to a reasonable spot.  If we

22   have a disagreement, we can also take it before the magistrate

23   judge, but we want to be in a normal process rather than being

24   subject to a very blanket preservation order that we think is

25   directed elsewhere, but unfortunately scooped up and we would

1    just like to be able to process with him.

2         MR. D. BOIES:  Your Honor, I would just like to be

3    clear, while the meet and confer goes on, the TRO stays in

4    effect as the Court has ordered.  There is no basis, as we can

5    see, for terminating that TRO.

6         We were supposed to have a hearing today.  At this

7    hearing today they were going to bring in evidence about what

8    happened, and I strongly urge the Court not to preemptively

9    eliminate the TRO.  We are willing to meet with them this

10   afternoon on meet and confer.

11        The search terms don't work.  They gave us some search

12   terms.  The problem is they limited it to particular people's

13   names and didn't refer to the subject matter, didn't refer to

14   code names that are used.  There are all sorts of reasons the

15   search terms.  We have reached, essentially, an agreement.  We

16   have one part of one paragraph that was open which enrolled the

17   defendants on a preservation order.

18        We think -- that was -- when the Court took the

19   preliminary injunction hearing off for today, the defendant

20   said, it would be moot.  I think if they are reasonable we can

21   come up with an agreed order.  Not on search terms, not on the

22   search terms they've got, but on a reasonable order.

23        What I would urge the Court to do is not, without

24   giving us a chance to come in and make our evidentiary hearing,

25   eliminate the TRO.

1          MR. BURCK:  Your Honor, this is the first time we have

2    actually gotten a response about our search terms.  So, the

3    point is we would like to be involved in a meet and confer.

4    All we are asking for is that we have that opportunity with

5    Mr. Boies and that once we come to an agreement, we expect in

6    good faith everyone will come to an agreement.  The disputes,

7    as always will --

8          THE COURT:  I assume if you submit to me proposed

9    agreed orders that I will agree with them as well.

10         MR. BURCK:  Thank you, Your Honor.

11         MR. D. BOIES:  Thank you.

12         THE COURT:  Anything else we need to take up today?

13         MR. D. BOIES:  Just to be clear, Your Honor, the TRO

14   stays in effect?

15         THE COURT:  The TRO stays in effect.  I just found good

16   cause to continue it.

17         MR. BURCK:  Pending the meet and confer, correct, Your

18   Honor?

19         THE COURT:  Well, it's in effect.  If the plaintiffs

20   find some exceptions to the TRO, then you will submit the

21   proposed order and presumably I will agree with it.

22         MR. BURCK:  Great, Your Honor.

23         Just for the record, as to all defendants, we have all

24   made representations to the plaintiff that we are preserving

25   documents pursuant to the Federal Rules, pursuant to our

1    ethical obligations.  So, there shouldn't be any concern.

2         THE COURT:  Obviously, now that the defendants all have

3    attorneys, I mean, it alleviates the concern that I have and

4    presumably that the plaintiff might have as well, considering

5    you're officers of the court and you all know what obligations

6    you have.

7         MR. BURCK:  Thank you, Your Honor.

8         THE COURT:  All right.  Anything else from any of the

9    other attorneys?

10        MR. ENCINOSA:  Your Honor, you had mentioned that you

11   wanted to set a response date, I believe, for the motion for

12   order to show cause?

13        THE COURT:  Well, there is a normal briefing schedule.

14   So, I haven't calculated it but I am assuming you are going to

15   respond in the normal time?

16        MR. D. BOIES:  We are going to respond, Your Honor, and

17   I think it's a few days from now, whatever the day is.  For

18   some reason Friday sticks in my mind, but whatever the day is

19   we will have our briefing by then.

20        THE COURT:  Okay.  So, you will adhere to that

21   schedule.

22        MR. BURCK:  Your Honor, one question that was raised by

23   one of my colleagues for clarity I think Your Honor made it

24   clear that the April 20th deadline for the motion to dismiss

25   answer is subject to the meet and confer about the schedule,

```
 1   for the overall schedule that would make sense for everybody?

 2            THE COURT:  Correct.

 3            MR. D. BOIES:  We agree to that, Your Honor.  If we

 4   can't reach an agreement, we will obviously come back to the

 5   Court.

 6            THE COURT:  All right.  Anything else?

 7            MR. BIRENBOIM:  Your Honor, an extremely minor

 8   housekeeping matter.

 9            Would Your Honor entertain a brief order that permits

10   us to bring iPads into courtrooms since most of us carry all of

11   our documents on that?

12            THE COURT:  With so many lawyers I think that might be

13   a good thing, but we will have to confer with the marshals to

14   make sure a standing order is okay.

15            MR. BIRENBOIM:  Understood.

16            THE COURT:  As opposed to specific to the proceedings,

17   we may have to have the specific names of the lawyers as

18   opposed to saying all the lawyers in the case so perhaps as a

19   part of the meet and confer, if you are able to identify which

20   lawyers will need those electronics and submit a proposed

21   order, we can work on that as well.

22            MR. BIRENBOIM:  Thank you.

23            THE COURT:  A blanket order will be -- so, the last

24   non-merit issue, I can't help but observing, I mean, when you

25   all look around this courtroom, obviously, you are the best and
```

1   brightest of what South Florida has to offer at least from

2   South Florida.

3          I can't help but notice the lack of diversity, not just

4   ethnic but the lack of women and the lack of young people.  I

5   hope that you use this as an opportunity to bring some of your

6   younger associates in.  What an opportunity to see outstanding

7   lawyering and to train up that next generation.

8          Hopefully, you will use this announcement as

9   opportunity.  I am only seeing two women here, which is kind of

10  surprising.  So, it's a thought, not an order, just a thought

11  and an observation.

12         All right.  Thank you very much.

13         COURT SECURITY OFFICER:  All rise.

14         (The proceedings were concluded at 10:15 p.m.)

15

16                    C E R T I F I C A T E

17

18

19         I hereby certify that the foregoing is an

20  accurate transcription of the proceedings in the

    above-entitled matter.

21

22

23  April 5, 2018          /s/Patricia Diaz_____
    DATE                   PATRICIA DIAZ, FCRR, RPR, FPR
                           Official Court Reporter
24                         United States District Court
                           400 North Miami Avenue, 11th Floor
25                         Miami, Florida 33128
                           (305) 523-5178

**/**

**/s/Patricia** [1] - 22:22

**1**

**100** [1] - 3:23
**1000** [1] - 3:8
**1001** [1] - 3:17
**10:15** [1] - 22:14
**11th** [3] - 3:15, 4:4, 22:24
**1221** [1] - 3:11
**14th** [1] - 15:23
**16** [2] - 12:7, 12:14
**16th** [3] - 8:7, 8:25, 9:5
**18-CV-20818** [1] - 5:4
**1999** [1] - 3:3

**2**

**200** [1] - 3:20
**20001** [1] - 3:15
**20006** [1] - 3:3
**2010** [1] - 3:11
**2018** [1] - 22:22
**20th** [3] - 13:14, 13:25, 20:24
**24th** [1] - 9:7

**3**

**305** [2] - 4:5, 22:25
**30th** [1] - 9:7
**31412** [1] - 3:21
**33128** [2] - 4:4, 22:25
**33131** [4] - 3:6, 3:11, 3:18, 3:24
**3500** [1] - 3:5

**4**

**400** [2] - 4:3, 22:24
**4200** [1] - 3:23

**5**

**5** [1] - 22:22
**5100** [1] - 3:8
**523-5178** [2] - 4:5, 22:25

**6**

**600** [1] - 3:5
**6th** [1] - 3:14

**7**

**77002** [1] - 3:9
**777** [1] - 3:14

**9**

**900** [1] - 3:17
**9848** [1] - 3:21

**A**

**able** [2] - 18:1, 21:19
**above-entitled** [1] - 22:20
**accordance** [1] - 10:4
**accurate** [1] - 22:19
**Adam** [3] - 5:9, 5:20, 7:7
**ADAM** [1] - 3:2
**address** [1] - 11:3
**adhere** [1] - 3:11
**admitted** [1] - 5:18
**afternoon** [1] - 18:10
**ago** [1] - 16:16
**agree** [9] - 9:17, 9:21, 10:13, 12:13, 12:23, 12:25, 19:9, 19:21, 21:3
**agreed** [2] - 18:21, 19:9
**agreeing** [1] - 15:10
**agreement** [9] - 12:8, 14:14, 15:1, 15:3, 17:4, 18:15, 19:5, 19:6, 21:4
**agrees** [1] - 12:20
**Akin** [2] - 6:7, 7:1
**Alex** [1] - 5:24
**allegations** [1] - 17:17
**alleviates** [1] - 20:3
**Americas** [2] - 5:4, 7:8
**AMERICAS** [1] - 3:2
**AND** [1] - 3:14
**announce** [1] - 6:12
**announcement** [1] - 22:8
**answer** [2] - 14:1, 20:25

**answering** [1] - 14:16
**anticipate** [2] - 8:6, 9:4
**ANTONIO** [1] - 3:9
**anyway** [1] - 12:3
**appearance** [2] - 5:5, 6:2
**appearances** [1] - 6:12
**appropriate** [6] - 9:20, 10:3, 12:12, 15:9, 15:11, 16:20
**April** [10] - 8:7, 8:25, 9:5, 9:7, 13:14, 13:25, 14:19, 20:24, 22:22
**argue** [1] - 11:13
**arguing** [1] - 14:10
**arguments** [1] - 13:8
**Article** [1] - 8:21
**assets** [1] - 12:5
**associates** [1] - 22:6
**assume** [1] - 19:8
**assuming** [1] - 20:14
**attorneys** [2] - 20:3, 20:9
**available** [1] - 15:16
**Avenue** [4] - 3:5, 3:11, 4:3, 22:24
**aware** [1] - 8:4

**B**

**BAC** [1] - 7:17
**Bank** [1] - 7:18
**banks** [2] - 9:16, 17:7
**Barquero** [2] - 6:9, 7:3
**basis** [1] - 18:4
**Bay** [1] - 3:17
**beginning** [1] - 13:14
**behalf** [3] - 7:5, 7:8, 7:12
**belabor** [1] - 16:10
**Ben** [1] - 5:14
**BENJAMINE** [1] - 3:22
**BERMUDA** [1] - 3:8
**Bermuda** [1] - 7:13
**best** [2] - 13:20, 21:25
**between** [1] - 11:2
**beyond** [1] - 17:16
**BIRENBOIM** [7] - 5:16, 6:14, 6:17, 6:22, 21:7, 21:15, 21:22
**Birenboim** [2] - 5:16, 6:17

**blanket** [2] - 17:24, 21:23
**BOIES** [13] - 5:6, 8:18, 9:2, 9:6, 10:18, 12:13, 14:13, 15:19, 18:2, 19:11, 19:13, 20:16, 21:3
**Boies** [18] - 5:6, 5:7, 9:17, 12:20, 13:1, 13:2, 13:11, 13:23, 14:8, 16:4, 16:9, 16:14, 16:15, 16:17, 16:24, 17:3, 17:12, 19:5
**Box** [1] - 3:21
**Brian** [1] - 5:24
**Brickell** [3] - 3:5, 3:11, 3:17
**brief** [1] - 21:9
**briefing** [4] - 10:3, 14:5, 20:13, 20:19
**briefs** [3] - 11:4, 11:5, 11:7
**brightest** [1] - 22:1
**bring** [3] - 18:7, 21:10, 22:5
**Briz** [1] - 5:24
**Brown** [1] - 7:8
**BROWN** [1] - 3:2
**Bruce** [2] - 5:16, 6:17
**BURCK** [18] - 3:13, 5:11, 9:12, 10:10, 12:17, 12:25, 13:22, 15:18, 15:20, 15:23, 17:6, 17:10, 19:1, 19:10, 19:17, 19:22, 20:7, 20:22
**Burck** [3] - 5:11, 9:12, 10:14
**BURKOFF** [1] - 3:19
**BY** [1] - 4:1

**C**

**calculated** [1] - 20:14
**cannot** [1] - 15:2
**Carey** [1] - 5:20
**Carlton** [1] - 5:14
**CARLTON** [1] - 3:23
**Carpinello** [1] - 5:8
**carry** [1] - 21:10
**carveout** [1] - 17:2
**case** [11] - 5:4, 10:20, 11:1, 11:13, 12:10, 14:24, 15:5, 15:7, 15:9, 17:17, 21:18
**cases** [2] - 11:9

**certify** [1] - 22:18
**chance** [3] - 12:17, 16:19, 18:24
**Circuit** [1] - 13:15
**Civil** [1] - 17:16
**clarify** [2] - 6:15, 6:22
**clarity** [2] - 17:6, 20:23
**Clarke** [1] - 7:21
**clear** [5] - 11:9, 11:10, 18:3, 19:13, 20:24
**clearly** [3] - 11:1, 11:8, 11:18
**clerk** [1] - 15:15
**client** [1] - 15:25
**clients** [1] - 7:2
**code** [1] - 18:14
**colleagues** [2] - 5:19, 20:23
**Colonial** [1] - 5:15
**COLONIAL** [2] - 3:20, 3:20
**complaint** [1] - 14:17
**completely** [1] - 17:11
**concealment** [1] - 16:13
**concern** [2] - 20:1, 20:3
**concluded** [1] - 22:14
**confer** [13] - 16:4, 16:8, 16:21, 16:23, 17:8, 17:21, 18:3, 18:10, 19:3, 19:17, 20:25, 21:13, 21:19
**conference** [5] - 7:25, 12:7, 12:14, 13:15, 15:24
**Connor** [2] - 6:8, 7:2
**considering** [1] - 20:4
**constitutional** [2] - 9:22, 13:3
**continue** [2] - 8:1, 19:16
**CONTINUED** [1] - 3:1
**convenient** [1] - 9:7
**correct** [2] - 19:17, 21:2
**counsel** [4] - 5:5, 5:8, 7:9, 16:1
**counter** [1] - 16:18
**course** [3] - 13:6, 13:7, 13:10
**Court** [31] - 4:2, 4:3, 5:1, 8:22, 9:2, 9:8,

10:19, 10:20, 10:21, 11:3, 11:6, 11:12, 13:8, 14:10, 14:15, 14:23, 15:2, 15:3, 15:6, 16:3, 16:5, 17:12, 18:4, 18:8, 18:18, 18:23, 21:5, 22:23, 22:24
**COURT** [40] - 5:2, 5:10, 5:21, 6:4, 6:10, 6:16, 6:20, 6:24, 7:6, 7:10, 7:14, 7:19, 7:24, 9:1, 9:4, 9:9, 10:8, 10:15, 11:24, 12:23, 13:12, 14:11, 15:7, 15:22, 17:2, 17:9, 19:8, 19:12, 19:15, 19:19, 20:2, 20:8, 20:13, 20:20, 21:2, 21:6, 21:12, 21:16, 21:23, 22:13
**court** [3] - 6:11, 13:5, 20:5
**courtroom** [1] - 21:25
**COURTROOM** [1] - 5:3
**courtrooms** [1] - 21:10
**custodians** [1] - 16:15

**D**

**Daniel** [1] - 6:1
**date** [7] - 8:2, 8:9, 8:15, 9:5, 10:6, 15:14, 20:11
**DATE** [1] - 22:23
**dates** [5] - 9:7, 9:10, 14:2, 15:10, 15:16
**DAVID** [1] - 3:19
**David** [1] - 5:6
**Davis** [1] - 5:9
**days** [2] - 14:7, 20:17
**DC** [4] - 3:3, 3:15, 6:7, 7:1
**De** [1] - 6:19
**deadline** [2] - 13:25, 20:24
**decide** [3] - 11:6, 12:11, 13:4
**decided** [3] - 9:19, 12:22, 14:21
**deep** [2] - 11:13, 14:24
**defendant** [8] - 7:17, 7:23, 11:5, 16:6, 16:23, 17:3, 18:19

**DEFENDANT** [2] - 3:2, 3:13
**defendants** [19] - 5:25, 6:4, 6:8, 9:10, 9:14, 9:15, 10:16, 10:20, 11:2, 11:17, 12:18, 14:1, 16:3, 16:17, 17:7, 17:18, 18:17, 19:23, 20:2
**DEFENDANTS** [2] - 3:7, 3:19
**defense** [1] - 10:22
**delay** [2] - 10:21, 13:21
**delaying** [1] - 13:13
**DEPUTY** [1] - 5:3
**designated** [1] - 9:13
**destruction** [2] - 16:13, 17:19
**detailed** [1] - 16:15
**Diaz** [1] - 22:22
**DIAZ** [2] - 4:2, 22:23
**different** [1] - 17:25
**directed** [1] - 17:25
**disagree** [1] - 9:19
**disagreement** [3] - 11:2, 17:4, 17:22
**discovery** [6] - 9:25, 10:2, 11:16, 11:23, 12:24, 14:23
**discuss** [6] - 8:2, 8:8, 8:10, 12:18, 12:25, 14:13
**discussion** [1] - 14:12
**dismiss** [3] - 14:1, 14:5, 20:24
**disputes** [1] - 19:6
**District** [2] - 4:3, 22:24
**district** [2] - 9:9, 13:14
**diversity** [1] - 22:3
**document** [3] - 15:21, 16:12, 17:19
**documents** [2] - 19:25, 21:11
**down** [3] - 7:25, 11:22, 15:25
**Drive** [1] - 3:17
**DUNN** [1] - 3:20

**E**

**easier** [3] - 6:11, 10:10, 13:7
**Ed** [1] - 5:12
**EDWARD** [1] - 3:16
**effect** [4] - 18:4,

19:14, 19:15, 19:19
**effectively** [2] - 13:16, 16:18
**efficiency** [1] - 9:15
**elaborate** [1] - 11:16
**electronics** [1] - 21:20
**Eleventh** [1] - 13:15
**eliminate** [2] - 18:9, 18:25
**elsewhere** [1] - 17:25
**EMANUEL** [1] - 3:14
**Emanuel** [1] - 5:12
**embark** [1] - 11:16
**embrace** [1] - 13:9
**ENCINOSA** [3] - 5:22, 10:13, 20:10
**Encinosa** [1] - 5:23
**Energy** [2] - 6:18, 7:13
**ENERGY** [1] - 3:8
**engage** [2] - 16:4, 16:19
**engaged** [3] - 16:8, 16:12, 17:18
**enrolled** [1] - 18:16
**entertain** [1] - 21:9
**entire** [1] - 16:17
**entirely** [1] - 13:6
**entities** [1] - 16:11
**entitled** [2] - 11:21, 22:20
**ESQ** [9] - 3:2, 3:4, 3:7, 3:10, 3:13, 3:13, 3:16, 3:19, 3:22
**essentially** [2] - 12:2, 18:15
**etcetera** [1] - 10:3
**Ethan** [1] - 5:12
**ETHAN** [1] - 3:13
**ethical** [1] - 20:1
**ethnic** [1] - 22:4
**evidence** [2] - 12:3, 16:13, 18:7
**evidentiary** [1] - 18:24
**exactly** [2] - 10:10, 12:25
**exceptions** [1] - 19:20
**exempted** [1] - 16:6
**EXLEY** [1] - 3:20
**expect** [2] - 11:22, 19:5
**expedited** [2] - 9:25, 15:4
**extension** [1] - 10:19
**extremely** [1] - 21:7

**F**

**factual** [4] - 11:18, 11:19, 11:20, 11:21
**faith** [2] - 16:24, 19:6
**far** [1] - 9:16
**FCRR** [2] - 4:2, 22:23
**Federal** [2] - 17:16, 19:25
**Fernanda** [1] - 6:2
**few** [1] - 20:17
**Fields** [1] - 5:12
**FIELDS** [1] - 3:23
**file** [1] - 8:13
**fine** [1] - 16:5
**firm** [4] - 5:19, 7:9, 9:5, 15:14
**first** [5] - 8:15, 9:23, 12:24, 15:10, 19:1
**fit** [1] - 15:16
**Flexner** [1] - 5:7
**Floor** [3] - 3:15, 4:4, 22:24
**Florida** [9] - 3:6, 3:11, 3:18, 3:24, 4:4, 7:17, 22:1, 22:2, 22:25
**following** [1] - 8:23
**FOR** [4] - 3:2, 3:7, 3:13, 3:19
**force** [1] - 10:25
**foregoing** [1] - 22:18
**forward** [3] - 6:12, 9:24, 10:21
**FPR** [2] - 4:2, 22:23
**Francisco** [2] - 6:8, 7:3
**freeze** [3] - 11:13, 12:4, 14:24
**Friday** [1] - 20:18

**G**

**Gabaldon** [1] - 6:18
**Garrison** [1] - 5:17
**Gayles** [1] - 7:20
**GELBER** [1] - 3:10
**generation** [1] - 18:6
**George** [1] - 5:8
**Georgia** [1] - 3:21
**GERALD** [1] - 3:10
**Gerry** [1] - 7:12
**Glass** [1] - 5:12
**GLASS** [1] - 3:13
**Glencore** [2] - 6:18
**GODFREY** [1] - 3:8
**Godfrey** [1] - 7:12
**Goldberg** [1] - 7:17

**Gonzales** [1] - 5:24
**granted** [1] - 12:2
**great** [1] - 19:22
**GREENBERG** [2] - 3:10, 3:10
**Greenberg** [1] - 7:12
**GROUP** [1] - 3:20
**group** [1] - 9:13
**Gump** [2] - 6:7, 7:1
**Gunster** [1] - 7:9
**GUNSTER** [1] - 3:5
**Guttman** [1] - 7:9
**GUTTMAN** [1] - 3:4

**H**

**hac** [1] - 5:18
**half** [1] - 16:16
**handed** [1] - 15:25
**handle** [3] - 13:17, 13:19, 13:20
**happy** [3] - 13:4, 13:6, 13:10
**HAYDEN** [1] - 7:4
**Hayden** [1] - 7:4
**hear** [2] - 8:14, 10:20
**hearing** [21] - 8:1, 8:3, 8:6, 8:7, 8:10, 8:16, 8:19, 8:20, 8:23, 8:24, 9:18, 10:3, 10:4, 10:6, 12:1, 15:12, 16:2, 18:6, 18:7, 18:19, 18:24
**Hedges** [1] - 7:22
**held** [1] - 15:5
**help** [3] - 15:16, 21:24, 22:3
**Helsinge** [3] - 5:25, 6:1
**hereby** [1] - 22:18
**hold** [2] - 8:11, 8:20
**Holdings** [1] - 6:1
**Holland** [3] - 5:23, 5:24, 6:2
**Honor** [40] - 5:6, 5:11, 5:16, 5:22, 6:6, 6:25, 7:4, 7:7, 7:11, 7:15, 8:18, 9:12, 9:15, 10:6, 10:13, 10:18, 12:13, 12:17, 13:4, 13:22, 13:24, 14:14, 15:18, 15:19, 15:20, 17:6, 18:2, 19:1, 19:10, 19:13, 19:18, 19:22, 20:7, 20:10, 20:16, 20:22, 20:23, 21:3, 21:7, 21:9
**hope** [1] - 22:5
**hopefully** [2] - 15:1,

22:8
**hostage** [1] - 15:5
**housekeeping** [1] -
21:8
**Houston** [2] - 3:9,
7:22
**Hubbard** [1] - 7:16
**HUDES** [2] - 3:2, 7:7
**Hudes** [1] - 7:7
**Hughes** [1] - 7:16
**HUNTER** [1] - 3:20

## I

**idea** [2] - 8:12, 10:9
**identify** [2] - 11:17,
21:19
**Ill** [1] - 8:21
**importantly** [1] -
10:11
**INC** [2] - 3:8, 3:20
**Inc** [2] - 5:25, 7:13
**incorporate** [1] -
12:10
**indefinite** [2] - 10:19,
15:11
**indefinitely** [2] -
14:17, 14:20
**indicated** [1] - 8:20
**INDUSTRIES** [1] -
3:20
**inefficient** [1] - 14:5
**informed** [1] - 17:14
**injunction** [11] - 8:2,
8:9, 8:23, 9:18, 10:7,
12:1, 12:22, 14:7,
14:18, 15:12, 18:19
**instance** [1] - 9:23
**interest** [1] - 9:14
**interested** [1] - 15:7
**involved** [1] - 19:3
**iPads** [1] - 21:10
**Israel** [1] - 5:22
**issue** [26] - 8:20,
9:19, 9:21, 9:22,
10:24, 11:3, 11:4,
11:6, 11:8, 11:9,
11:10, 11:11, 11:14,
11:17, 11:23, 12:21,
12:22, 13:3, 13:5,
13:12, 14:3, 14:6,
15:20, 15:21, 21:24
**issues** [12] - 9:25,
10:1, 11:18, 11:19,
11:20, 11:21, 12:10,
12:20, 13:2, 13:18,
16:5

## J

**Jeff** [1] - 7:17
**Jessica** [1] - 5:20
**John** [2] - 7:4, 7:5
**JORGE** [1] - 3:4
**Jorge** [1] - 7:9
**Josefsberg** [1] - 5:18
**judge** [8] - 8:19,
9:23, 10:2, 10:5,
11:16, 13:11, 13:17,
17:23
**Judge** [3] - 6:14,
7:20, 8:5
**Julian** [1] - 3:20

## K

**keep** [1] - 15:9
**keeping** [2] - 15:5,
15:7
**Kelso** [1] - 7:11
**KELSO** [2] - 3:7,
7:11
**kind** [4] - 10:2,
16:12, 17:19, 22:9
**Knight** [3] - 5:23,
5:24, 6:3

## L

**lack** [3] - 22:3, 22:4
**last** [1] - 21:23
**law** [2] - 11:1, 15:15
**lawsuit** [2] - 11:1,
11:11
**lawyer** [2] - 10:22,
10:23
**lawyering** [1] - 22:7
**lawyers** [4] - 21:12,
21:17, 21:18, 21:20
**least** [2] - 15:14, 22:1
**leave** [1] - 8:8
**Lee** [1] - 7:22
**legal** [1] - 11:19
**Leonard** [1] - 6:8
**Leonardo** [1] - 7:3
**Liendo** [1] - 6:1
**light** [1] - 12:19
**limit** [1] - 12:23
**limited** [2] - 6:2,
18:12
**Litigation** [1] - 5:3
**LLC** [5] - 3:13, 5:13,
6:1, 9:13, 16:11
**LLP** [2] - 3:2, 3:8
**local** [1] - 7:9

locally [1] - 7:21
**look** [1] - 21:25
**Louisiana** [1] - 3:8
**Ltd** [3] - 5:25, 6:18,
7:13
**Luis** [1] - 6:1
**LUKOIL** [1] - 3:2
**Lukoil** [2] - 5:4, 7:8
**Lutz** [1] - 6:1

## M

**Maarraoui** [1] - 7:13
**MAARRAOUI** [1] -
3:9
**MACDOUGALL** [2] -
6:6, 6:25
**MacDougall** [2] - 6:6,
7:1
**MACLEAN** [1] - 3:20
**magistrate** [11] -
8:19, 8:24, 9:22, 10:2,
10:5, 11:16, 13:5,
13:10, 13:17, 13:20,
17:22
**March** [1] - 15:23
**Maria** [1] - 6:1
**Mark** [2] - 6:6, 6:25
**marshals** [1] - 21:13
**matter** [5] - 8:22,
16:12, 18:13, 21:8,
22:20
**matters** [2] - 8:5,
15:15
**Maximiliano** [1] -
7:23
**MAYER** [1] - 3:2
**Mayer** [1] - 7:8
**mean** [4] - 11:25,
12:4, 20:3, 21:24
**meantime** [1] - 6:14
**meet** [1] - 16:4,
16:8, 16:20, 16:23,
17:8, 17:21, 18:3,
18:9, 18:10, 19:3,
19:17, 20:25, 21:19
**mentioned** [1] -
20:10
**merit** [1] - 21:24
**Miami** [8] - 3:6, 3:11,
3:18, 3:24, 4:3, 4:4,
22:24, 22:25
**Michael** [1] - 7:11
**MICHAEL** [1] - 3:7
**microphone** [1] -
6:13
**might** [4] - 8:23,
11:4, 20:4, 21:12
**mind** [1] - 20:18

**minor** [1] - 21:7
**Mitchell** [2] - 6:7, 7:2
**moot** [1] - 18:20
**Morillo** [2] - 6:8, 7:3
**morning** [15] - 5:6,
5:10, 5:11, 5:22, 6:9,
6:10, 6:25, 7:4, 7:6,
7:7, 7:11, 7:14, 7:15,
7:20, 7:24
**most** [2] - 10:11,
21:10
**motion** [8] - 8:12,
13:20, 13:25, 14:5,
14:18, 14:20, 20:11,
20:24
**motions** [3] - 8:7,
13:13, 15:6
**move** [1] - 10:21
**moving** [4] - 10:12,
14:16, 15:8, 15:9
**MR** [48] - 5:6, 5:11,
5:14, 5:16, 5:22, 6:6,
6:14, 6:17, 6:22, 6:25,
7:4, 7:7, 7:11, 7:15,
7:20, 8:18, 9:2, 9:6,
9:12, 10:10, 10:13,
10:18, 12:13, 12:17,
12:25, 13:22, 14:13,
15:18, 15:19, 15:20,
15:23, 17:6, 17:10,
18:2, 19:1, 19:10,
19:11, 19:13, 19:17,
19:22, 20:7, 20:10,
20:16, 20:22, 21:3,
21:7, 21:15, 21:22
**Mullin** [2] - 6:8, 7:2
**Mullins** [1] - 5:12
**MULLINS** [1] - 3:16

## N

**N.W** [1] - 3:3
**name** [1] - 6:16
**names** [3] - 18:13,
18:14, 21:17
**nature** [1] - 10:22
**necessary** [1] - 10:7
**need** [8] - 9:11, 9:23,
10:2, 11:17, 11:24,
15:12, 19:12, 21:20
**New** [1] - 5:17
**new** [2] - 8:2, 8:9
**next** [1] - 22:7
**Nicolas** [1] - 7:15
**nobody** [1] - 16:10
**non** [1] - 21:24
**non-merit** [1] - 21:24
**normal** [7] - 11:25,
15:5, 17:23, 20:13,

20:15
**North** [2] - 4:3, 22:24
**nothing** [1] - 12:4
**notice** [1] - 22:3
**noticed** [1] - 16:2
**number** [1] - 5:4
**NW** [1] - 3:14

## O

**obligations** [2] -
20:1, 20:5
**observation** [1] -
22:11
**observing** [1] - 21:24
**obviously** [7] - 9:21,
11:25, 12:14, 17:15,
20:2, 21:4, 21:25
**offer** [1] - 22:1
**offered** [1] - 10:17
**OFFICER** [1] - 22:13
**officers** [1] - 20:5
**official** [1] - 4:2
**Official** [1] - 22:23
**oil** [2] - 9:15, 17:7
**OIL** [1] - 3:20
**oil-trading** [1] - 17:7
**once** [1] - 19:5
**one** [11] - 7:9, 10:16,
10:25, 13:2, 13:24,
15:20, 16:2, 18:16,
20:22, 20:23
**open** [1] - 18:16
**operate** [1] - 11:24
**opportunity** [5] -
17:20, 19:4, 22:5,
22:6, 22:9
**oppose** [1] - 10:18
**opposed** [2] - 21:16,
21:18
**order** [20] - 5:1, 8:11,
8:12, 10:3, 15:24,
15:25, 16:6, 16:25,
17:14, 17:24, 18:17,
18:21, 18:22, 19:21,
20:12, 21:9, 21:14,
21:21, 21:23, 22:10
**ordered** [1] - 18:4
**orders** [1] - 19:9
**Otazo** [1] - 8:5
**Otazo-Reyes** [1] -
8:5
**ought** [2] - 14:17,
14:20
**outside** [1] - 11:25
**outstanding** [3] -
8:7, 13:18, 22:6
**overall** [1] - 21:1

**P**

**P.A** [1] - 3:10
**P.C** [1] - 3:20
**p.m** [1] - 22:14
**P.O** [1] - 3:21
**Pan** [2] - 5:4, 7:8
**PAN** [1] - 3:2
**papers** [2] - 8:21, 16:9
**paragraph** [1] - 18:16
**part** [3] - 14:11, 18:16, 21:19
**particular** [2] - 12:5, 18:12
**parties** [7] - 6:22, 8:9, 12:2, 12:6, 12:9, 12:23, 15:10
**partners** [1] - 5:8
**PATRICIA** [1] - 4:2, 22:23
**Paul** [4] - 5:15, 5:16, 5:19, 6:17
**PAUL** [1] - 3:21
**PDVSA** [1] - 5:3
**pending** [2] - 8:11, 19:17
**people** [1] - 22:4
**people's** [1] - 18:12
**perfectly** [1] - 13:4
**perhaps** [4] - 9:6, 15:13, 15:14, 21:18
**permits** [1] - 21:9
**perspective** [1] - 12:19
**place** [1] - 17:15
**plaintiff** [5] - 5:7, 8:13, 16:7, 19:24, 20:4
**plaintiff's** [1] - 10:23
**plaintiffs** [2] - 11:3, 19:19
**planned** [1] - 13:13
**plus** [1] - 14:6
**Podhurst** [1] - 5:19
**point** [3] - 17:1, 17:10, 19:3
**points** [1] - 16:10
**Porter** [1] - 7:22
**position** [1] - 9:17
**possible** [1] - 12:15
**Poveda** [1] - 7:23
**preemptively** [1] - 18:8
**preliminary** [11] - 8:2, 8:9, 8:23, 9:18, 10:6, 12:1, 12:21, 14:7, 14:18, 15:12,

18:19
**prepared** [1] - 14:25
**preservation** [8] - 15:21, 15:24, 16:5, 16:9, 16:25, 17:14, 17:24, 18:17
**preserving** [1] - 19:24
**presumably** [3] - 12:8, 19:21, 20:4
**pretrial** [1] - 8:5
**primarily** [1] - 8:8
**pro** [1] - 5:18
**problem** [1] - 18:12
**Procedure** [1] - 17:16
**proceed** [4] - 8:10, 8:22, 12:16, 15:4
**proceedings** [3] - 21:16, 22:14, 22:19
**process** [9] - 14:24, 16:1, 16:8, 16:14, 16:16, 16:20, 17:11, 17:23, 18:1
**proposal** [4] - 12:18, 16:18, 17:12, 17:13
**propose** [1] - 10:6
**proposed** [4] - 14:18, 19:8, 19:21, 21:20
**provided** [1] - 17:13
**prudential** [6] - 8:22, 9:21, 11:1, 11:8, 11:10, 13:3
**purpose** [1] - 15:8
**pursuant** [3] - 9:24, 19:25
**pushed** [2] - 14:2, 14:8
**put** [8] - 9:24, 11:4, 11:7, 11:12, 14:17, 14:20, 14:23, 16:9
**putting** [1] - 14:18

**Q**

**quickly** [1] - 12:15
**Quinn** [1] - 5:12
**QUINN** [1] - 3:14
**quite** [2] - 11:9, 11:10

**R**

**raise** [3] - 10:1, 13:24, 15:21
**raised** [5] - 11:18, 11:19, 11:20, 13:3, 20:22

**rather** [3] - 9:22, 13:5, 17:23
**reach** [5] - 14:14, 15:1, 15:2, 17:3, 21:4
**reached** [1] - 18:15
**ready** [1] - 8:18
**really** [4] - 11:24, 11:25, 16:19, 17:12
**reason** [2] - 14:3, 20:18
**reasonable** [3] - 17:21, 18:20, 18:22
**reasons** [1] - 5:18
**record** [1] - 19:23
**records** [1] - 12:3
**REED** [1] - 3:17
**Reed** [2] - 5:12, 7:16
**refer** [1] - 14:9, 18:13
**referred** [1] - 8:4
**REID** [2] - 3:22, 5:14
**Reid** [1] - 5:14
**related** [1] - 15:21
**relief** [1] - 12:1
**REPORTED** [1] - 4:1
**reporter** [1] - 6:11
**Reporter** [2] - 4:2, 22:23
**REPORTER** [1] - 6:16
**represent** [3] - 6:18, 7:17, 7:23
**representation** [1] - 16:3
**representations** [1] - 19:24
**represented** [1] - 6:23
**representing** [4] - 5:7, 5:13, 5:14, 5:25
**respect** [1] - 10:24
**respond** [2] - 20:15, 20:16
**response** [4] - 8:13, 17:13, 19:2, 20:11
**retain** [1] - 12:3
**retaining** [1] - 16:1
**Reyes** [1] - 8:5
**Rifkind** [1] - 5:17
**rise** [1] - 22:13
**road** [1] - 11:22
**Robert** [1] - 5:18
**Rodriguez** [1] - 6:2
**ROSADO** [1] - 3:21
**Rosado** [1] - 5:15
**Rosenthal** [1] - 5:19
**RPR** [2] - 4:2, 22:23
**Rule** [2] - 12:7, 12:14
**rule** [2] - 10:9, 13:19
**Rules** [2] - 17:16,

19:25
**run** [1] - 13:15
**rush** [1] - 12:6
**Ryan** [1] - 7:5

**S**

**S.E** [1] - 3:23
**saint** [1] - 3:20
**Savannah** [1] - 3:21
**SCHACHTER** [1] - 3:10
**schedule** [17] - 9:24, 10:4, 10:9, 11:25, 12:7, 12:9, 12:10, 13:1, 13:8, 13:11, 13:23, 14:9, 15:17, 20:13, 20:21, 20:25, 21:1
**scheduled** [2] - 8:24, 9:1
**schedules** [1] - 14:25
**scheduling** [5] - 8:11, 10:11, 12:20
**Schiller** [1] - 5:7
**Schwartz** [1] - 5:20
**scooped** [1] - 17:25
**search** [7] - 16:15, 18:11, 18:15, 18:21, 18:22, 19:2
**seated** [1] - 5:2
**Second** [1] - 3:23
**second** [1] - 11:15
**SECURITY** [1] - 22:13
**see** [4] - 15:6, 17:3, 18:5, 22:6
**seeing** [1] - 22:9
**seem** [2] - 12:5, 12:11
**sense** [7] - 9:10, 12:6, 12:19, 13:17, 14:4, 14:9, 21:1
**sensible** [1] - 12:15
**sent** [3] - 16:14, 16:17, 17:12
**series** [1] - 15:6
**served** [2] - 9:16, 14:1
**set** [12] - 7:25, 8:6, 8:23, 9:4, 9:6, 10:4, 10:6, 12:23, 15:12, 16:15, 20:11
**sets** [2] - 9:5, 10:5
**Shaw** [1] - 5:9
**shot** [1] - 15:10
**show** [3] - 8:12, 13:19, 20:12

**sick** [1] - 15:8
**sides** [1] - 12:8
**SILVERGLATE** [1] - 7:20
**Silverglate** [2] - 7:21
**simply** [2] - 11:6, 11:12
**single** [1] - 17:3
**Smith** [1] - 5:12
**SMITH** [1] - 3:17
**sometime** [1] - 14:19
**somewhere** [1] - 7:17
**sorry** [1] - 6:20
**sort** [3] - 10:18, 10:25, 11:22
**sorted** [1] - 11:11
**sorts** [1] - 18:14
**South** [2] - 22:1, 22:2
**speaking** [1] - 17:18
**special** [2] - 11:23, 12:4
**specific** [3] - 17:13, 21:16, 21:17
**Spencer** [1] - 7:20
**spoliate** [1] - 12:3
**spot** [1] - 17:21
**St** [1] - 3:8
**Stacy** [2] - 6:7, 7:2
**standing** [19] - 8:20, 8:21, 8:22, 9:18, 9:25, 10:4, 10:7, 10:24, 11:2, 11:9, 11:10, 11:13, 11:17, 12:21, 13:5, 14:3, 14:6, 14:20, 21:14
**start** [2] - 8:15, 17:10
**started** [2] - 16:14, 17:8
**state** [1] - 6:16
**States** [2] - 4:3, 22:24
**status** [1] - 7:25
**stay** [1] - 15:11
**stays** [3] - 18:3, 19:14, 19:15
**STENOGRAPHICALLY** [1] - 4:1
**Stephen** [4] - 5:9, 5:19, 7:22
**sticks** [1] - 20:18
**still** [1] - 15:25
**stop** [1] - 11:11
**stopping** [1] - 10:25
**Strauss** [2] - 6:7, 7:1
**Street** [4] - 3:3, 3:14, 3:20, 3:23
**strongly** [2] - 11:12, 18:8

**subject** [4] - 16:25, 17:24, 18:13, 20:25
**submit** [3] - 19:8, 19:20, 21:20
**suggest** [2] - 10:1, 14:19
**suggested** [1] - 16:10
**suggesting** [1] - 15:13
**suggestion** [1] - 10:16
**Suite** [5] - 3:5, 3:8, 3:11, 3:17, 3:23
**SULLIVAN** [1] - 3:14
**supplement** [1] - 11:5
**supposed** [1] - 18:6
**surprising** [1] - 22:10
**SUSMAN** [1] - 3:8
**Susman** [1] - 7:12
**suspect** [1] - 15:6
**SWERDLOFF** [1] - 7:15
**Swerdloff** [1] - 7:16

## T

**table** [1] - 5:8
**target** [1] - 10:12
**terminating** [1] - 18:5
**terms** [9] - 13:3, 13:7, 16:15, 18:11, 18:12, 18:15, 18:21, 18:22, 19:2
**Texas** [1] - 3:9
**THE** [43] - 3:2, 3:7, 3:13, 3:19, 5:2, 5:10, 5:21, 6:4, 6:10, 6:16, 6:20, 6:24, 7:6, 7:10, 7:14, 7:19, 7:24, 9:1, 9:4, 9:9, 10:8, 10:15, 11:24, 12:23, 13:12, 14:11, 15:7, 15:22, 17:2, 17:9, 19:8, 19:12, 19:15, 19:19, 20:2, 20:8, 20:13, 20:20, 21:2, 21:6, 21:12, 21:16, 21:23
**therefore** [1] - 16:25
**they've** [1] - 18:22
**three** [1] - 13:16
**threshold** [2] - 14:3, 14:6
**today** [8] - 5:8, 5:23, 7:8, 15:8, 18:6, 18:7, 18:19, 19:12

**together** [2] - 7:22, 15:15
**took** [1] - 18:18
**total** [1] - 10:25
**TRADING** [1] - 3:13
**Trading** [3] - 5:13, 9:13, 16:11
**trading** [2] - 9:15, 17:7
**TRAFIGURA** [1] - 3:13
**Trafigura** [4] - 5:13, 9:12, 16:11
**Trafigura's** [1] - 12:19
**train** [1] - 22:7
**transcript** [1] - 16:2
**transcription** [1] - 22:19
**transparent** [1] - 17:11
**treated** [1] - 16:22
**TRO** [7] - 18:3, 18:5, 18:9, 18:25, 19:13, 19:15, 19:20
**Trust** [1] - 5:3
**try** [1] - 13:11
**two** [1] - 22:9
**typical** [1] - 17:16

## U

**UK** [1] - 6:18
**unaccounted** [1] - 6:5
**unavailable** [1] - 13:16
**under** [1] - 11:1
**understood** [2] - 13:22, 21:15
**unfortunately** [1] - 17:25
**United** [1] - 22:24
**united** [1] - 4:3
**unnecessary** [1] - 13:21
**unusually** [1] - 15:4
**up** [12] - 8:8, 12:7, 12:9, 12:24, 13:6, 14:8, 15:16, 17:5, 17:25, 18:21, 19:12, 22:7
**urge** [4] - 11:12, 14:23, 18:8, 18:23
**urging** [2] - 10:20, 10:21
**URQUHART** [1] - 3:14
**US** [1] - 5:3

## V

**vacation** [1] - 13:13
**Vega** [1] - 6:19
**versus** [1] - 5:4
**VITOL** [2] - 3:8, 3:8
**Vitol** [2] - 7:12, 7:13

## W

**wait** [1] - 10:8
**waiting** [1] - 11:13
**wants** [2] - 11:6, 13:4
**Washington** [4] - 3:3, 3:15, 6:7, 7:1
**week** [2] - 9:6, 16:16
**weeks** [1] - 13:16
**Weiss** [3] - 5:17, 5:20, 6:17
**Wharton** [1] - 5:17
**whole** [2] - 12:10, 15:5
**WILLIAM** [1] - 3:13
**William** [2] - 5:11, 9:12
**willing** [1] - 18:9
**women** [2] - 22:4, 22:9
**works** [1] - 12:7

## Y

**York** [2] - 5:17
**young** [1] - 22:4
**younger** [1] - 22:6

## Z

**Zack** [1] - 5:9