UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____ /

## ORDER

THIS CAUSE came before the Court upon the following matters:

- Defendant Francisco Morillo's ("Morillo") Assertion of the Marital Communications Privilege and Motion to Strike Declaration, Motion to Exclude Testimony of Vanessa Acosta Friedman ("Ms. Friedman"), or Alternatively, Motion for Limited Expedited Discovery (hereafter, "Motion to Strike," "Motion to Exclude Testimony," and "Alternative Motion for Discovery") [D.E. 177];

- Defendants' Motion to Quash Plaintiff PDVSA US Litigation Trust's ("Plaintiff") Subpoenas for April 4 Hearing and for a Protective Order (hereafter "First Motion to Quash" and "Motion for Protective Order") [D.E. 192];

- Defendants' Joint Request for Status Conference on April 4, 2018 and a Schedule for Limited and Expedited Discovery, Briefing, and a Hearing Regarding Plaintiff's Standing (hereafter, "Motion for Limited Discovery" and "Motion for Hearing on Standing") [D.E. 193, 197];[1]

---

[1] The presiding District Judge held a Status Conference on April 4, 2018 [D.E. 225].

- ➢ Certain Defendants' Expedited Motion for a Scheduling Order Regarding Standing-Related Discovery and Responses to the Amended Complaint (hereafter, "Expedited Motion for Scheduling Order") [D.E. 240];
- ➢ Defendants' Motion to Quash Plaintiff's Rule 45 Subpoenas (hereafter, "Second Motion to Quash") [D.E. 200, 217]; and
- ➢ Plaintiff's Cross-Motions to Compel [D.E. 204, 205].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. The undersigned held a hearing on these matters on April 16, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ Morillo's Motion to Strike, Motion to Exclude Testimony and Alternative Motion for Discovery [D.E. 177] are GRANTED IN PART. The Declaration of John Brennan [D.E. 12-1] shall be placed under seal. The Declaration of Nicholas A. Gravante, Jr. [D.E. 203-1] and the Declaration of Ms. Friedman [D.E. 229-1] shall remain under seal. Morillo may take the deposition of Ms. Friedman 10 days before the Hearing on Plaintiff's Motion for Preliminary Injunction (hereafter, "Preliminary Injunction Hearing"), which is to be scheduled by the District Court.
- ➢ Defendants' First Motion to Quash [D.E. 192], Motion for Protective Order [D.E. 192] and Second Motion to Quash [D.E. 200, 217] are GRANTED. All of the subpoenas issued by Plaintiff that were referenced in the First Motion to Quash [D.E. 192] and the Second Motion to Quash [D.E. 200] are quashed.
- ➢ Plaintiff's Cross-Motions to Compel [D.E. 204, 205] are DENIED.

> Further, in regard to the Motions to Quash and the Cross-Motions to Compel, the parties shall meet and confer regarding the re-issuance of subpoenas for purposes of the Preliminary Injunction Hearing, which is to be scheduled by the District Court. The parties may bring to the undersigned's attention any disputes regarding the subpoenas at the April 25, 2018 discovery conference, or at a later date to be agreed upon at the time of the April 25, 2018 discovery conference.

> Defendants' Motion for Limited Discovery [D.E. 193, 197], Motion for Hearing on Standing, [D.E. 193, 197] and Expedited Motion for Scheduling Order [D.E. 240] are GRANTED. During a recess at the April 16th Hearing, the parties met and conferred regarding a proposed schedule, which the undersigned has adopted and will publish by separate order.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of April, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record