**Harvey Ruvin**
Clerk of the Circuit and County Courts
Miami-Dade County, Florida



Application 2005-011431

Official Record
Date:    MAY-18-2005
Bk/Pg:   425/4215

Marriage License Bureau
601 Nw 1st Court R1900
Miami Fl 33136
Phone: (305) 275-1155

# Certificate of Marriage

I, Harvey Ruvin, Clerk of the Circuit and County Courts of Miami-Dade County, State of Florida, do hereby certify that:

FRANCISCO    HENRIQUE    MORILLO
Resident of the City of CARACAS                County of _____
State or Foreign Country of VENEZUELA          , and who was born on JUN-05-1980
in the State or Foreign Country of VENEZUELA         and

VANESSA    (NMN)    ACOSTA
Resident of the City of CARACAS                County of _____
State or Foreign Country of VENEZUELA          , and who was born on AUG-09-1981
in the State or Foreign Country of VENEZUELA

were married on MAY-18-2005                in MIAMI, FL
by IRELA CARCACHE          , who is a DEPUTY CLERK       .

WITNESS my hand and Official Seal this  29  day of  March , 2018 .

Harvey Ruvin, Clerk
Circuit and County Courts

By: _____
       Deputy Clerk

SAMUEL CALIXTE 3036
DEPUTY CLERK

**DEFENDANT'S EXHIBIT**
CIV-GAYLES
CASE NO. 18-20818
EXHIBIT NO. 1

A black and white copy of this document is not official.



# State of Florida
## Department of State

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country:   United States of America

   This public document

2. has been signed by   <u>Ken Detzner</u>

3. acting in the capacity of   <u>Secretary of State</u>

4. bears the seal/stamp of   <u>Great Seal of the State of Florida</u>

**Certified**

5. at   <u>Tallahassee, Florida</u>

6. the   <u>Second day of April, A.D., 2018</u>

7. by   <u>Secretary of State, State of Florida</u>

8. No.   <u>2018-38081</u>

9. Seal/Stamp:

10. Signature:

*Ken Detzner*
Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."

A black and white copy of this document is not official.



# State of Florida
## Department of State

I, Ken Detzner, Secretary of State, do hereby certify that

*Harvey Ruvin*

was duly elected, qualified and commissioned

**Clerk of the Circuit Court,
Miami-Dade County**

for a term beginning on the

Third day of January, A.D., 2017,

until the Fourth day of January, A.D., 2021

as shown by the records of this office.

*Given under my hand and the Great Seal of the State of Florida, at Tallahassee, the Capital, this the Second day of April, A.D., 2018.*

*Ken Detzner*
Secretary of State

DSDE 99 (2/12)

This document contains a true watermark. Hold up to light to see "SAFE" and "VERIFY FIRST."