UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-cv-20818-DPG

PDVSA US Litigation Trust,

    plaintiff,

v.

Lukoil Pan Americas, LLC., et al.

    defendants.
_____/

## DECLARATION OF JORGE ENRIQUE PAEZ

I, Jorge Enrique Paez, make the following declaration on personal knowledge:

1. I am over the age of 18 and a resident of the State of Florida. I am employed at Seaport Hub Agencies, located at 1110 Brickell Avenue, Suite 805, Miami, FL 33131.

2. On March 13, 2018, I was at my office. I observed that a gentleman walked into the office and was talking to our receptionist.

3. I saw the man had a package of documents. I stepped into the lobby to see what he was delivering since our receptionist's English is not perfect.

4. The man stated that he was looking for Elias Campo Paez. I told him that Campo Elias Paez was not present at the office.

5. He asked my name, which I told him and which he noted on a piece of paper. He then asked my height. I told him that I am five feet seven inches tall. He asked if my hair is brown. I confirmed that it is.

6. He then handed me a package of papers, saying "These papers are intended for Elias Campo Paez." Our interaction was no more than a few minutes.

7. I am not Campo Elias Paez, and I am not authorized to accept service of process for him.

As provided in 28 United States Code, Section 1746(2), I declare under penalty of perjury that this declaration is true and correct.

Dated: March 22, 2018

_____
Jorge Enrique Paez