**edolon@dolon-avocats.ch**

| | |
|---|---|
| **From:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Sent:** | Monday, March 12, 2018 08:51 am |
| **To:** | 'Droz Johan (PJ)' |
| **Cc:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Subject:** | RE: P/3072/2018 |

**Importance:** High

Mr. Prosecutor,

I intervene on behalf of PDVSA.

I am following up on my last discussions with Ms. Eve Dolon.

I am telling you the following:

1)      PDVSA is naturally pleased with Mr. Ryan's willingness to collaborate;

(2)      On March 5, a "temporary restraining order" (TRO) was pronounced by a Miami Civil Judge against numerous defendants, including Mr. Ryan;

3)      Despite my intervention, in particular following a telephone conversation with Ms. Eve Dolon dated March 9, the American lawyers in charge of the procedure (the firm Boies Schiller Flexner LLP) were forced to inform the judge in charge of the procedure, who ordered the blocking of the package (containing the server used by Mr. Ryan) that was intended for you;

(4)      At the time of the issuance of this injunction and its notification to the carrier, the package in question was already on the plane to Europe;

5)      It should therefore be coming to you shortly, in spite of the aforementioned decision (ch.3);

6) The approach of the lawyers appointed in the United States should in no way be interpreted as a sign of distrust of you; they simply thought it necessary to warn the judge in charge of the facts.

I wanted, in view of tomorrow's hearing, to summarize the above elements.

I also specify that my client would like to be given a full copy of the server. This is justified, in particular, by the fact that the injunction referred to above (Ch. 2) existed on American soil.

Finally, one of the US Councils of PDVSA would like to participate in tomorrow's audience with me. Do you have an objection?

Ms. Eve Dolon reads me in copy.

Rest assured, Mr. Prosecutor, of my respectful feelings.

G U E R R I C  C A N O N I C A

ATTORNEY – Dip | .  | E |

[TN: Logo - VP ]    Rue Pierre-Fatio 15 – C.P. 3782 – CH-1211 Geneva 3
T. +41 22 354 12 12 – F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch – www.cvpartners.ch

---

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake, please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this e-mail, the disclosure or use of its contents is prohibited.

**From:** Droz Johan (PJ) [mailto: johan.droz@justice.ge.ch]
**Sent:** Friday, March 9, 2018 5:27 pm
**To:** Carnice Jean-Marc (carnice@bianchlschwald.ch); Eve Dolon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch)
**Cc:** Bünzli Boris (PJ); Droz Johan (PJ)
**Subject:** P/3072/2018

Sirs,

Thank you for taking note that Mr. John RYAN will be heard on Tuesday, March 13, 2018 at 2:00 pm.

The other parties are notified.

Notices of hearing will follow by mail.

With my best regards.

**Johan Droz**
Prosecutor - Complex Cases



RÉPUBLIQUE ET CANTON DE GENÈVE

POST TENEBRAS LUX

**POUVOIR JUDICIAIRE**

Public Prosecution
PO box 3565
1211 Geneva 3
Tel.: +41 22 327 64 64
Fax: +41 22 327 65 00
www.ge.ch/justice

2



THE CAKOV GROUP
LANGUAGE SOLUTIONS INC.

141 NE 3ʳᵈ Avenue, Suite 204
Miami, FL 33132

t - 305-854-8181
f - 305-448-9801

info@cakovgroup.com
**www.cakovgroup.com**

## STATE OF FLORIDA

## COUNTY OF MIAMI-DADE

### CERTIFICATION

This is to certify that the following is, to the best of our knowledge and belief, a true and accurate translation into <u>English</u> of the referenced <u>French</u> document:

~ email from Guerric Canonica to Droz Johan dated March 12, 2018 @ 08:51

~ email from Droz Johan to Carnice Jean-Marc, Eve Dolon, Guerric Canonica, Karim Raho, dated March 9, 2018 @ 17:27

Before me, the undersigned Authority, personally appears <u>Ms. Stephanie Cakov</u> who is personally known to me or is identified with the following:

Stephanie Cakov
VP Operations
C210-780-75-908-0

Sworn and subscribed before me this <u>18ᵗʰ</u> day of <u>April</u> <u>2018</u>.

Notary Public State of Florida at Large
State of Florida, County Miami Dade

My commission expires:
Sept 15, 2018

**edolon@dolon-avocats.ch**

| | |
|---|---|
| **De:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Envoyé:** | lundi 12 mars 2018 08:51 |
| **À:** | 'Droz Johan (PJ)' |
| **Cc:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Objet:** | RE: P/3072/2018 |

**Importance:**            Haute

Monsieur le Procureur,

J'interviens pour la société PDVSA.

Je fais suite à mes derniers échanges avec Me Eve Dolon.

Je vous précise ce qui suit :

1)      PDVSA se réjouit naturellement de la volonté de collaborer de Monsieur Ryan ;

2)      En date du 5 mars dernier, un « temporary restraining order » (TRO) a été prononcé par un Juge civil à Miami à l'encontre de nombreux défendeurs, notamment de Monsieur Ryan ;

3)      Malgré mon intervention, suite notamment à une conversation téléphonique avec Me Eve Dolon en date du 9 mars dernier, les avocats américains en charge de la procédure (le cabinet Boies Schiller Flexner LLP) ont été contraints d'informer le juge en charge de la procédure, lequel a ordonné le blocage du colis (contenant le serveur employé par Monsieur Ryan) qui vous était destiné ;

4)      Au moment du prononcé de cette injonction et de sa notification au transporteur, le colis en question se trouvait cependant déjà dans l'avion en direction de l'Europe ;

5)      Il devrait donc vous parvenir sous peu, malgré la décision susmentionnée (ch. 3) ;

6)      La démarche des avocats constitués aux Etats-Unis ne doit aucunement être interprétée comme une marque de défiance à votre égard ; ils ont simplement estimé nécessaire de prévenir le Juge en charge du dossier des faits survenus.

Je tenais, au vu de l'audience de demain, à vous résumer les éléments ci-dessus.

Je précise également que ma mandante souhaiterait se voir remettre une copie intégrale du serveur. Cela se justifie selon elle notamment du fait qu'il existait, sur sol américain, l'injonction visée ci-dessus (ch. 2).

Enfin, un des Conseils américains de la société PDVSA souhaiterait participer à l'audience de demain à mes côtés. Avez-vous une objection à formuler ?

Me Eve Dolon me lit en copie.

Soyez assuré, Monsieur le Procureur, de mes sentiments respectueux.

GUERRIC CANONICA

AVOCAT -- Dipl. IEI



Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

*************************************************************************************************
Ce courrier électronique est confidentiel et contient des informations couvertes par le secret professionnel.
Si vous avez reçu ce courrier électronique par erreur, merci de le détruire et de nous en informer immédiatement
par téléphone au + 41 22 354 12 12. Si vous n'êtes pas le destinataire de ce message électronique, vous n'êtes
pas autorisé à en révéler le contenu ni à en faire usage.

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake,
please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this
e-mail, the disclosure or use of its contents is prohibited.

**De :** Droz Johan (PJ) [mailto:johan.droz@justice.ge.ch]
**Envoyé :** vendredi 9 mars 2018 17:27
**À :** Carnice Jean-Marc (carnice@bianchischwald.ch); Eve Dolon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch)
**Cc :** Bünzli Boris (PJ); Droz Johan (PJ)
**Objet :** P/3072/2018

Maîtres,

Je vous remercie de prendre note que M. John RYAN sera entendu mardi 13 mars 2018 à 14h00.

Les autres parties sont avisées.

Les avis d'audience suivront par voie postale.

Avec mes salutations distinguées.

**Johan Droz**
Procureur - affaires complexes



REPUBLIQUE
ET CANTON
DE GENEVE

POST TENEBRAS LUX

**POUVOIR JUDICIAIRE**

**Ministère public**
Case postale 3565
1211 Genève 3
Tél. : +41 22 327 64 64
Fax : +41 22 327 65 00
www.ge.ch/justice

**edolon@dolon-avocats.ch**

| | |
|---|---|
| **From:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Sent:** | Monday March 12, 2018 |
| | 08:51 'Droz Johan (PJ)' |
| **To:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Cc:** | |
| **Re:** | RE: P/3072/2018 |

**Importance:**           High

Mr. Prosecutor,

I am petitioning for the company

PDVSA.

This is a follow-up of my recent correspondence with Eve

Dolon, Esq. I inform you of the following:

1)      PDVSA is excited about Mr. Ryan's willingness to collaborate;

2)      March 5th of this year, a « temporary restraining order » (TRO) was pronounced by a Civil Judge in Miami against several defenders, and in particular against Mr. Ryan;

3)      Despite my intervention, especially following a phone conversation with Eve Dolan, Esq. last March, the American lawyers in charge of procedure (the law firm Boies Schiller Flexner, LLP) having been forced to inform the judge in charge of procedure, who ordered the blocking of the package (containing the server sent by Mr. Ryan) that was addressed to you;

4)      At the time the judge pronounced this injunction and made the notification thereof to the transportation company, the package was already in the plane for Europe;

5)      It should thus, belong to you soon, despite of the aforementioned decision (ch. 3);

6)      The strategy of the lawyers retained in the United States must not be construed as a sign of defiance against you; they only deemed necessary to inform about the occurring facts the Judge in charge of the case.

I wanted, in view of tomorrow's hearing, to summarize the above facts.

I also wish to add that my client would like an integral copy of the server. According to her, this request is justified because it existed, on American soil, the above referenced injunction (ch. 2).

Finally, one of the American counsels for the company PDVSA would like to participate in tomorrow's hearing and sta .. next to me. Do you wish to raise an objection?

Eve Dolan, Esq. is copied in this email.

Warmest regards,

GUERRIC CANONICA

COUNSEL - Dipl. IEI



Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Geneva 3
T. +41 22 354 12 '12 • P. +41 22 354 '13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

****************\**********\!!!!!!! *****\_\!\*****************************************\*\*\*\*\*\*\*\************

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake, please delete it and call us immediately at+ 41 22 354 12 12. If you are not the intended recipient of this e-mail, the disclosure or use of its contents is prohibited.

**From**: Droz Johan (PJ) [mailto:johan.droz@justice.ge.ch]
**Sent:** Friday March 9th, 2018 17:27
**To:** Carnice Jean-Marc (carnice@bianchischwald.ch); Eve Delon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch)
**cc:** Bi.inzli Boris (PJ); Droz Johan (PJ)
**Re**: P/3072/2018

Dear Sirs and Madam,

Please take note that Mr. John RYAN shall be heard on Tuesday March 13th, 2018 at 2 p.m. The other parties were already informed.

Notices of the hearing will be sent by mail.

Warmest regards,

**Johan Oroz**
Prosecutor – complex matters



REPUBLIC
AND
CANTON OF
GENEVA

POST TENEBRAS LUX

**JUDICIARY POWER**

**Ministere** public
Case postale 3565
1211 Geneve 3
Tel.: +41 22 327 64 64
Fax: +41 22 327 65 00
www.ge.ch/justice



W M PRECISION TRANSLATING SERVICES, INC.
CERTIFIED TRANSLATION
W W W . P R E T R A N . C O



**PRECISION**
TRANSLATING SERVICES

715 SW 73ᴿᴰ Avenue | Miami | Florida 33144
**Tel** 305.373.7874 | **Fax** 305.381.7874
**Toll Free** 1.888.304.7874
**eMail** info@pretran.com



**Certificate of Accuracy**

State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation  is accurate and has been performed by a translator fully qualified to translate in the **FRENCH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.



V cente de la Vega

The foregoing instrument was acknowledged, sworn to and subscribed before me Wednesday, April 18, 2018 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:

ALICIA A. MUINA
MY COMMISSION # FF 191408
EXPIRES: May 18, 2019
Bonded Thru Notary Public Underwriters



Notary Public State of Florida at Large

**The utmost care has been taken to ensure the accuracy of all translations.  Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**

**edolon@dolon-avocats.ch**

| | |
|---|---|
| **De:** | Guerric Canonica <GCanonica@cvpartners.ch> |
| **Envoyé:** | lundi 12 mars 2018 08:51 |
| **À:** | 'Droz Johan (PJ)' |
| **Cc:** | Bünzli Boris (PJ); Eve Dolon (edolon@dolon-avocats.ch) |
| **Objet:** | RE: P/3072/2018 |

**Importance:**            Haute

Monsieur le Procureur,

J'interviens pour la société PDVSA.

Je fais suite à mes derniers échanges avec Me Eve Dolon.

Je vous précise ce qui suit :

1)      PDVSA se réjouit naturellement de la volonté de collaborer de Monsieur Ryan ;

2)      En date du 5 mars dernier, un « temporary restraining order » (TRO) a été prononcé par un Juge civil à Miami à l'encontre de nombreux défendeurs, notamment de Monsieur Ryan ;

3)      Malgré mon intervention, suite notamment à une conversation téléphonique avec Me Eve Dolon en date du 9 mars dernier, les avocats américains en charge de la procédure (le cabinet Boies Schiller Flexner LLP) ont été contraints d'informer le juge en charge de la procédure, lequel a ordonné le blocage du colis (contenant le serveur employé par Monsieur Ryan) qui vous était destiné ;

4)      Au moment du prononcé de cette injonction et de sa notification au transporteur, le colis en question se trouvait cependant déjà dans l'avion en direction de l'Europe ;

5)      Il devrait donc vous parvenir sous peu, malgré la décision susmentionnée (ch. 3) ;

6)      La démarche des avocats constitués aux Etats-Unis ne doit aucunement être interprétée comme une marque de défiance à votre égard ; ils ont simplement estimé nécessaire de prévenir le Juge en charge du dossier des faits survenus.

Je tenais, au vu de l'audience de demain, à vous résumer les éléments ci-dessus.

Je précise également que ma mandante souhaiterait se voir remettre une copie intégrale du serveur. Cela se justifie selon elle notamment du fait qu'il existait, sur sol américain, l'injonction visée ci-dessus (ch. 2).

Enfin, un des Conseils américains de la société PDVSA souhaiterait participer à l'audience de demain à mes côtés. Avez-vous une objection à formuler ?

Me Eve Dolon me lit en copie.

Soyez assuré, Monsieur le Procureur, de mes sentiments respectueux.

GUERRIC CANONICA

A V O C A T — D i p l. I E I



Rue Pierre-Fatio 15 • C.P. 3782 • CH-1211 Genève 3
T. +41 22 354 12 12 • F. +41 22 354 13 13
Email: gcanonica@cvpartners.ch • www.cvpartners.ch

*************************************************************************************************
Ce courrier électronique est confidentiel et contient des informations couvertes par le secret professionnel.
Si vous avez reçu ce courrier électronique par erreur, merci de le détruire et de nous en informer immédiatement
par téléphone au + 41 22 354 12 12. Si vous n'êtes pas le destinataire de ce message électronique, vous n'êtes
pas autorisé à en révéler le contenu ni à en faire usage.

This e-mail is confidential and contains privileged information. If you have received this e-mail by mistake,
please delete it and call us immediately at + 41 22 354 12 12. If you are not the intended recipient of this
e-mail, the disclosure or use of its contents is prohibited.

---

**De :** Droz Johan (PJ) [mailto:johan.droz@justice.ge.ch]
**Envoyé :** vendredi 9 mars 2018 17:27
**À :** Carnice Jean-Marc (carnice@bianchischwald.ch); Eve Dolon (edolon@dolon-avocats.ch); Guerric Canonica; Karim Raho (raho@or-avocats.ch)
**Cc :** Bünzli Boris (PJ); Droz Johan (PJ)
**Objet :** P/3072/2018

Maîtres,

Je vous remercie de prendre note que M. John RYAN sera entendu mardi 13 mars 2018 à 14h00.

Les autres parties sont avisées.

Les avis d'audience suivront par voie postale.

Avec mes salutations distinguées.

**Johan Droz**
Procureur - affaires complexes



REPUBLIQUE
ET CANTON
DE GENEVE

POST TENEBRAS LUX

**POUVOIR JUDICIAIRE**

**Ministère public**
Case postale 3565
1211 Genève 3
Tél. : +41 22 327 64 64
Fax : +41 22 327 65 00
www.ge.ch/justice

---