# Exhibit B

| | |
|---|---|
| **From:** | Israel.Encinosa@hklaw.com |
| **Sent:** | Saturday, April 21, 2018 1:28 PM |
| **To:** | George Carpinello |
| **Cc:** | aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Brian.Briz@hklaw.com; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkasketl@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; Israel.Encinosa@hklaw.com |
| **Subject:** | PDVSA Trust v. Lukoil et al. |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

George,

Per the scheduling order, the parties are to identify potential deponents as promptly after April 23rd as possible. And although we may request information about additional individuals, including after we review Plaintiff's document production which is due on April 23rd, in order for us to start determining which depositions we will request to take on the issue of standing, please let us know which of the following individuals Plaintiff controls and/or otherwise has the ability to make available for deposition.

- PDVSA US Litigation Trust 30(b)(6) witness as to issues of standing
- PDVSA 30(b)(6) witness as to issues of standing
- Algamex 30(b)(6) witness as to issues of standing
- Nelson Martinez
- Reinaldo Munoz Pedroza
- Alexis Arellano
- Jose Gabriel Orono
- Miguel Bolivar
- Manuel Quevedo
- Wilmer Ruperti

Additionally, please let us know if Plaintiff will submit the declarations/affidavits of any individuals (other than experts that will be disclosed as per the scheduling order) in connection with briefing/argument on the issue of standing and for

1

each such individual please identify them and confirm that Plaintiff has the ability to make him/her available for deposition.

Lastly, please confirm for each individual/30(b)(6) witness listed above that Plaintiff controls or otherwise can make available for deposition (and any individual Plaintiff identifies as a person that will submit an affidavit/declaration as to the issue of standing) that he/she can sit for deposition in Miami and, if not, please explain why not and where Plaintiff contends the deposition can occur.

Given the upcoming April 25th telephonic hearing, at which issues regarding these standing depositions will be addressed, we would appreciate it if you could get back to us as soon as possible.

Note, I am not sending this email on behalf of any defendants other than those represented by my firm.

Regards,
Israel

**Israel Encinosa | Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.