# Exhibit C

| | |
|---|---|
| **From:** | George Carpinello |
| **Sent:** | Thursday, April 19, 2018 3:59 PM |
| **To:** | 'Adam B. Schwartz'; 'Adam Hudes '; 'Adam Michael Schachter '; 'Adam Wolfson'; 'Alex M. Gonzalez'; 'Alexander L. Kaplan '; 'Allan C. Galis '; 'Andrés Rivero'; 'Benjamine Reid '; 'Brad S. Karp'; 'Brian A. Briz'; 'Bruce Birenboim'; 'Carlos Rodriguez'; 'Christina Olivos'; 'Connor Mullin'; 'David Kully'; 'David M. Burkoff '; 'Donald J. Hayden'; 'Edward (Ed) Mullins '; 'Etan Mark'; 'Ethan Glass'; 'Francisco Ramos, Jr.'; 'Gerald Edward Greenberg'; 'Heather H. Lundy '; 'Israel J. Encinosa'; 'Jason E. Gangwer'; 'Jeffrey B. Goldberg'; 'Jessica S. Carey'; 'Jonathan H. Kaskel'; 'Jorge D. Guttman '; 'Kimberly A. Pathman'; 'Lara O'Donnell Grillo'; 'Mark J. MacDougall'; 'Mark W. Ryan '; 'Michael C. Kelso'; 'Michael Gervais'; 'Michael P. Lennon, Jr'; 'Neal S. Manne'; 'Nicolas Swerdloff'; 'Robert C. Josefsberg '; 'Spencer H. Silverglate'; 'Stacey H. Mitchell'; 'Stephen Frederick Rosenthal'; 'Stephen H. Lee'; 'Stephen Hauss'; 'Stephen M. Medlock '; 'Thomas P. McLish'; 'Weston O'Black'; 'William A. Burck' |
| **Subject:** | PDVSA v. Lukoil et al. |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Counsel:  We wish to take Rule 30(b)(6) depositions of each of the corporate defendants and depositions of each of the individual defendants with regard to preservation of documents and of movement of assets in preparation for the PI hearing.  Please let me know the earliest dates the deponents will be available and we will serve each party with a formal notice of deposition and a list of topics for the individual and Rule 30(b)(6) witnesses.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

1