UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____ /

## FIRST DISCOVERY ORDER

THIS CAUSE came before the Court on Plaintiff PDVSA US Litigation Trust's ("Plaintiff") Letter re: Issues to be Addressed at the April 25, 2018 Hearing April 25, 2018 (hereafter, "Letter") [D.E. 275] and Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Trafigura Trading, LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez's (collectively "Defendants") Notice of Issues to be Addressed During April 25, 2018 Telephonic Discovery Conference (hereafter, "Notice") [D.E. 276]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. The undersigned held a Telephonic Discovery Conference on these matters on April 25, 2018. In accordance with the undersigned's rulings at the Telephonic Discovery Conference, it is

    ORDERED AND ADJUDGED as follows:

I. <u>Plaintiff's Letter</u>

- As to Plaintiff's First Request for Production of Documents, Defendants confirmed that they have produced all responsive documents and are not withholding any documents based on objections or privilege. Pursuant to Southern District of Florida Local Rule 26.1(e)(2)(C), Defendants need not produce a privilege log as to any privileged documents after this lawsuit was filed.
- Plaintiff's request to foreclose discovery on the grounds that the standing issue is purely legal is DENIED.

II. <u>Defendants' Notice</u>

- Plaintiff shall supplement its responses to Defendant's First Request for Production with non-privileged, responsive documents to be obtained from the entity PDVSA.
- As to Defendants' Request for Production No. 1, Plaintiff shall produce non-privileged, responsive documents. This includes drafts of the Trust Agreement; the Engagement Letter; and agreements concerning Algamex.
- As to Defendants' Request for Production No. 5, Plaintiff shall produce non-privileged, responsive documents sufficient to show the requested information for all listed entities, excluding vendors.
- As to Defendants' Request for Production No. 6, Plaintiff shall produce non-privileged, responsive documents.
- As to Defendants' Request for Production No. 7, Plaintiff shall produce non-privileged, responsive documents sufficient to show the requested information.
- As to Defendants' Request for Production No. 9, Plaintiff shall produce non-privileged, responsive documents, except for internal communications within the

> Boies Schiller firm concerning whether or not there was a need to make certain applications or communicate otherwise with regulators.

- As to Defendants' Requests for Production Nos. 2-4, 8 and 10, the parties were able to resolve their disputes.
- Plaintiff shall produce non-privileged, responsive documents in its possession in accordance with the foregoing rulings by **Wednesday, May 2, 2018.**
- To the extent that Plaintiff objects to the production of documents on the basis of privilege, Plaintiff shall submit a privilege log for those documents.

III. By **Friday, April 27, 2018**, the parties shall meet and confer on the following issues:

- Deadlines for the production of non-privileged documents to be obtained from PDVSA and for the submission of Plaintiff's privilege log;
- Availability of PDVSA's corporate representative for deposition by Defendants;
- Availability of Reinaldo Munoz Pedroza ("Pedroza"), Nelson Martinez ("Martinez"), Alexis Arellano ("Arellano"), and Manuel Quevedo ("Quevedo") for deposition by Defendants; and
- Availability of Defendants Francisco Morillo, Leonardo Baquero and Luis Liendo and a 30(b)(6) representative of a corporate Defendant for deposition by Plaintiff.

It is further

ORDERED AND ADJUDGED that a Continued Telephonic Discovery Conference is SET for **Monday, April 30, 2018** at **3:00 P.M. at 301 North Miami Avenue, Tenth Floor, Miami, Florida, 33128. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0430.** At the Continued Telephonic Discovery Conference, the undersigned will address:

1. Deadlines for Plaintiff's supplemental production of non-privileged documents to be obtained from PDVSA and the submission of a privilege log;

2. The witnesses that each side intends to depose and their availability;

3. Any additional discovery or scheduling matters related to the issue of Plaintiff's standing.

4. The issue of discovery in preparation of the Preliminary Injunction hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of April, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record