**PDVSA US LITIGATION TRUST V. LUKOIL PAN AMERICAS LLC, ET AL.**
<u>**CASE NO.:18-20818-CIV-GAYLES/OTAZO-REYES**</u>
Attorney appearances for 4/25/2018 telephonic hearing before
U.S. MAGISTRATE JUDGE ALICIA M. OTAZO-REYES

| PARTY | FIRM | ATTORNEYS |
|---|---|---|
| *Plaintiff PDVSA US Litigation Trust* | Boies Schiller & Flexner | Brad Smith |
| | | Steven Wayne Davis |
| | | Alex Boies |
| | | David Boies |
| | | George Carpinello |
| | | Stephen Zack |
| | | |
| *Defendant Lukoil Pan Americas LLC* | Gunster | Jorge David Guttman |
| | Mayer Brown | Adam L. Hudes |
| | | |
| | | |
| | | |
| | | |
| | | |
| *Defendants Colonial Oil Industries, Colonial Group, Inc. and Paul Rosado* | Carlton Fields | Clifton R. Gruhn |
| | | |
| | Hunter, Maclean, Exley & Dunn, P.C. | David M. Burkoff |
| | | Heather H. Lundy |
| | | |
| | | |

| *Defendants Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio De La Vega and Luis Alvarez* | Paul Weiss | Adam B. Schwartz |
|---|---|---|
| | | Bruce Birenboim |
| | | Jessica S. Carey |
| | | |
| | | |
| | | |
| *Defendant Trafigura Trading LLC* | Quinn Emanuel | Ethan Glass |
| | | |
| | | |
| | Reed Smith | Edward Maurice Mullins |
| | | Cristina Cardenas |
| *Defendants Vitol Energy (Bermuda) Ltd., Vitol, Inc., and Antonio Maarraoui* | Gelber Schachter & Greenberg, P.A. | Gerald Edward Greenberg |
| | | |
| | Susman Godfrey | Alexander L. Kaplan |
| | | Michael Kelso |
| | | |
| | | |
| | | |
| | | |
| *Defendants Francisco Morillo and Leonardo Baquero* | Akin Gump | Stacey H. Mitchell |
| | | Thomas P. McLish |
| | | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| *Defendants Daniel Lutz, Helsinge Inc., and Helsinge Ltd.* | Holland & Knight | Israel Jovanny Encinosa |
|  |  |  |
|  |  |  |
|  |  |  |
| *Defendants Luis Liendo and Helsinge Holdings, LLC* | Holland & Knight | Israel Jovanny Encinosa |
|  |  |  |
| *Defendant Saint-Helier* | Holland & Knight | Israel Jovanny Encinosa |
| *Defendant Maria Fernanda Rodriguez* |  |  |
| *Defendant John Ryan* | Mark Migdal & Hayden | Etan Mark |
|  |  |  |
|  |  |  |
| *Defendant Maximiliano Poveda* | Porter Hedges LLP | Stephen H. Lee |
|  |  |  |
| *Defendant BAC Florida Bank* | Hughes Hubbard and Reed | Jeffrey B. Goldberg |
|  |  | Nicolas Swerdloff |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |