**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PDVSA US Litigation Trust,**  CIVIL ACTION NO.: 1:18-CV-20818-DPG

*Plaintiff*

vs

**Lukoil Pan Americas, LLC; et al.,**

*Defendant*

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **03/15/2018** at **7:42 PM** at **266 Michigan Road, New Canaan, CT 06840**

deponent served a(n) **Summons In a Civil Action, Amended Complaint Jury Trial Demanded with Exhibits A-P, Temporary Restraining Order Under Seal, Plaintiff's Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction and Delayed Service, Certification of Emergency, Order re. Temporary Restraining order [ECF No. 9] dated March 9, 2018, Emergency Motion for Enforcement of Court's Temporary Restraining Order with Second Declaration of John Brennan dated March 9, 2018**

on **Sergio De La Vega,**

by delivering thereat a true copy of each to **Mateo De La Vega (Son)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Description of Person Served:
Gender: Male
Skin: White
Hair: Brown
Age: 16 - 21 Yrs.
Height: 5' 9" - 6' 0"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
16th day of March, 2018

---
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

---
Jonathan DiCanio

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160