**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PDVSA US Litigation Trust,

CIVIL ACTION NO.: 1:18-CV
-20818-DPG

*vs*                                                    *Plaintiff*

Lukoil Pan Americas, LLC; et al.,

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York  }
County of New York }  ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **3/9/2018** at **11:38 AM** at **330 Madison Avenue, 7th Floor, New York, NY 10017**

deponent served a(n) **Letter dated March 8, 2018, Summons In a Civil Action, Amended Complaint Jury Trial Demanded with Exhibits A-P, Temporary Restraining Order Under Seal, Plaintiff's Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction and Delayed Service, Certification of Emergency**

on **Glencore International A.G.**, a domestic corporation,

by delivering thereat a true copy of each to **Marie Magnano** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Authorized To Accept Service** thereof.

Description of Person Served:
Gender : Female
Skin :  White
Hair : Blonde
Age : 22 - 35 Yrs.
Height : 5' 4" - 5' 8"
Weight :131-160 Lbs.
Other : Reception

Sworn to before me this
13th day of March, 2018

-------------------------------
NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

-------------------------------
Nicholas DiCanio
License No.1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160