UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PDVSA US Litigation Trust,

CIVIL ACTION NO.: 1:18-CV-20818-DPG

vs

**Plaintiff**

Lukoil Pan Americas, LLC; et al.,

**Defendant**

## AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in Rye Brook, New York

That on **3/9/2018** at **11:38 AM** at **330 Madison Avenue, 7th Floor, New York, NY 10017**

deponent served a(n) **Letter dated March 8, 2018, Summons In a Civil Action, Amended Complaint Jury Trial Demanded with Exhibits A-P, Temporary Restraining Order Under Seal, Plaintiff's Ex Parte Motion for a Temporary Restraining Order and Preliminary Injunction and Delayed Service, Certification of Emergency**

on **Gustavo Gabaldon**

by delivering thereat a true copy of each to **Marie Magnano [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **330 Madison Avenue, 7th Floor, New York, NY 10017**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **03/12/2018**

**c/o Glencore International A.G.**

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
13th day of March, 2018

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Nicholas DiCanio
License No. 1422308

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160