UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,

    Defendants.

Case No. 1:18-CV-20818 (DPG)

## AFFIDAVIT OF SERVICE

ADAM WEBER, being duly sworn, deposes and says:

1. I am over the age of 18 years and reside in Albany, New York.

2. I am not a party to this action.

3. On the March 9, 2018 I served the following documents:

- Certificate of Emergency, dated March 3, 2018
- Plaintiff's *Ex Parte* Motion for a Temporary Restraining Order and Preliminary Injunction and Delayed Service, dated March 3, 2018
- Amended Complaint with Exhibits A-P, dated March 5, 2018
- *Ex Parte* Motion to Seal Amended Complaint
- Temporary Restraining Order, dated March 5, 2018
- Sealing Order, dated March 6, 2018

on the following entities under Article 10a of the Hague Convention, return receipt/signature required via FedEx:

**Blue Bank International N.V.,**
**Neal Griffith, VP**
(Jombi), Mensing 14, Ground Floor
Zeelandia Office Park, Kaya W.F.G.
Willemstad, Curaçao CW
*Signed for by:* Z. Carol on Tuesday, March 13, 2018

**Trafigura Beheer BV**
Evert van de Beekstraat 1-82
The Base, Tower B, 5th Floor
1118 CL Schiphol, The Netherlands
*Signed for by:* V. Velthuis on Monday, March 12, 2018

**Vitol Energy (Bermuda) LTD.**
2nd Floor, 15 Parliament St.
Magnolia Towers
Hamilton BM HM12
*Signed for by:* J.R. Vitol Energy on Tuesday, March 13, 2018

**Glencore Energy UK LTD.**
Nicolas James Reid
50 Berkeley St.
London GB W1J
*Signed for by:* S. Steve on Monday, March 12, 2018

**Glencore LTD.**
50 Berkeley St.
London GB W1J
*Signed for by:* S. Steve on Monday, March 12, 2018

4. I declare under penalty of perjury that the foregoing is true and correct.

2

Dated March 30, 2018

_____
Adam Weber

Sworn to before me this 30th day
of March, 2018

_____
Notary Public

Lindsey M. Ratigan
Notary Public, State of New York
Qualified in Albany County
No. 01RA6328329
Commission Expires July 27, 2019