UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____ /

## SECOND DISCOVERY ORDER

THIS CAUSE came before the Court for Continued Telephonic Discovery Conference held on April 30, 2018. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. Prior to the Conference, the undersigned indicated that the following items would be addressed:

- Deadlines for Plaintiff's supplemental production of non-privileged documents and the submission of a privilege log;
- The witnesses that each side intends to depose and their availability;
- Any additional discovery or scheduling matters related to the issue of Plaintiff's standing; and
- The issue of discovery in preparation of the Preliminary Injunction hearing.

See First Discovery Order [D.E. 278 at 3-4].

In accordance with the undersigned's rulings at the Continued Telephonic Discovery Conference, it is

ORDERED AND ADJUDGED as follows:

- With regard to deadlines for Plaintiff's supplemental production of non-privileged documents and the submission of a privilege log, the undersigned has adopted the parties' proposals and will publish the schedule by separate order.
- With respect to the witnesses that each side intends to depose and their availability, each side has identified three witnesses as follows:
  - Defendants have identified and Plaintiff has agreed to produce for deposition: the 30(b)(6) representatives of the Trust and PDVSA, respectively; and Reinaldo Munoz Pedroza.
  - Plaintiff has identified for deposition: Defendants Francisco Morillo ("Morillo") and Leonardo Baquero ("Baquero"), and the 30(b)(6) representative of Defendant Trafigura Trading, LLC ("Trafigura"). The undersigned overruled these parties' objections to their depositions but has limited each deposition to two hours.[1]
  - The parties shall meet and confer regarding the logistics of taking the foregoing depositions, particularly with respect to conducting depositions in foreign countries.
  - By **May 7, 2018**, each side will identify its fourth candidate for deposition. A follow-up Telephonic Hearing is hereby **SET** for **Tuesday, May 8, 2018 at 4:00 P.M.** to address any disputes as to each side's designation of its fourth deposition candidate. **Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0508.**

---

[1] Defendants Morillo, Baquero, and Trafigura may continue to reserve on the issues of personal jurisdiction and service of process notwithstanding their appearances for depositions.

2

➢ As to the issue of discovery in preparation of the Preliminary Injunction hearing, the undersigned will address this matter at a Telephonic Hearing **SET** for **Wednesday, May 23, 2018** at **10:00 A.M. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0523.** Each party who wishes to raise a discovery issue pertaining to this matter at the Hearing shall file a Notice identifying such issue(s) prior to the Hearing.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of May, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record