UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.

_____/

## THIRD DISCOVERY ORDER

THIS CAUSE came before the Court for a Follow-Up Telephonic Hearing on May 8, 2018. At the Follow-Up Telephonic Hearing, the undersigned addressed the following matters:

- Defendants Leonardo Baquero ("Baquero") and Francisco Morillo's ("Morillo") Motion for Protective Order [D.E. 362];

- Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Trafigura Trading, LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Morillo, Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez's (collectively "Defendants") Notice of Issues to be Addressed During May 8, 2018 Telephonic Hearing [D.E. 366]; and

- Plaintiff PDVSA US Litigation Trust's ("Plaintiff") Counter-Notice of Issues to be Addressed During the May 8, 2018 Telephonic Hearing [D.E. 367].

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. In accordance with the undersigned's rulings at the Follow-Up Telephonic Hearing, it is

ORDERED AND ADJUDGED as follows:

- Morillo and Baquero's Motion for Protective Order [D.E. 362] is DENIED for the reasons stated on the record. The undersigned's prior ruling that Morillo and Baquero make themselves available for depositions limited to the issue of standing and limited to two hours in duration while continuing to reserve their rights on the issues of personal jurisdiction and service of process is REAFFIRMED. See Second Discovery Order [D.E. 355].
- Plaintiff shall produce drafts of the Trust Agreement by **May 8, 2018** and the metadata for those drafts by **May 9, 2018**. Such production does not constitute a waiver of any privilege claims that Plaintiff may have for other documents or communications. Anyone who views these documents must not disclose their contents or use them for any purposes other than this litigation; and the act of viewing the documents shall constitute an agreement to abide by these restrictions.
- Plaintiff affirmed that, taking into consideration the foregoing production, it will have produced all non-privileged, responsive documents from Plaintiff and from non-party PDVSA.
- The parties shall meet and confer as to the specificity of Plaintiff's privilege log and its compliance with Southern District of Florida Local Rule 26.1(e)(2). Should the parties be unable to resolve their differences, they shall follow the

➤ undersigned's discovery procedures [D.E. 254], and the undersigned will address any disputes at a later date.

➤ Plaintiff may depose Defendants Daniel Lutz ("Lutz"), Morillo, Baquero and a Rule 30(b)(6) representative of Trafigura Trading, LLC, subject to compliance with any applicable foreign country regulations, if appropriate. The undersigned's prior rulings regarding the length of time and scope of the depositions of Morillo, Baquero and Trafigura Trading, LLC are equally applicable to the deposition of Lutz. See Second Discovery Order [D.E. 355].

➤ Defendants may depose Hilda Cabeza ("Dr. Cabeza") as PDVSA's Rule 30(b)(6) representative and Reinaldo Munoz Pedroza ("Mr. Pedroza").

➤ Defendants announced at the May 8th hearing that their selection of the two additional deponents are: the PDVSA appointed trustee, Alexis Arellano ("Mr. Arellano"); and Nelson Martinez ("Mr. Martinez").

➤ With regard to Mr. Martinez, Defendants have until **May 9, 2018** to notify Plaintiff if they wish to substitute another deponent in his place.

➤ Plaintiff has until **May 22, 2018** to inform Defendants whether it can produce Mr. Arellano or his replacement as the PDVSA appointed trustee. By that same date, Plaintiff shall inform Defendants whether it can produce Mr. Martinez, should he still be the fourth selected deponent.

➤ The May 22, 2018 deadline to complete fact depositions on Plaintiff's standing is extended to the week of **May 28, 2018**. The parties shall submit agreed dates for any subsequent deadlines in the Supplemental and Amended Scheduling Order

[D.E. 356] that may be affected by this extension. However, the dates for the Hearing on Plaintiff's standing shall remain unchanged.

DONE AND ORDERED in Chambers at Miami, Florida, this 9th day of May, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record