# EXHIBIT 8

**RÉPUBLIQUE ET CANTON DE GENÈVE**
Département de la sécurité et de l'économie
**Office cantonal de la population et des migrations**

OCPM
Case postale 2652
1211 Genève 2

BIANCHISCHWALD LLC
5, rue Jacques-Balmat
P.O Box 5839 | CH-1211 Geneva 11

V/Réf. :   Guglielmo Palumbo
N/Réf. :   AR
Tel :      +41 (0) 22 546 48 64
Fax :      +41 (0) 22 546 48 24
E-mail :   attestation.ocpm@etat.ge.ch

Onex, le 2 mai 2018

N° d'imprimé : 18-296295

Madame, Monsieur,

Pour faire suite à votre demande, nous avons l'avantage de vous communiquer les renseignements suivants figurant à ce jour dans le registre de la population :

| | |
|---|---|
| Nom, Prénom | MORILLO, Francisco Henrique |
| Date de naissance | ▆▆ 1980 |
| Lieu de naissance | CARACAS VEN |
| Nationalité | FRANCE |
| Domicile | avenue de Miremont 17<br>1206 Genève |

Veuillez agréer, Madame, Monsieur, nos salutations distinguées.

Office cantonal de la population
et des migrations

IMP 10124 - 002

Les renseignements sont fournis sur la base des données enregistrées à l'office cantonal de la population et des migrations. Ils n'impliquent aucune responsabilité de l'Etat, notamment dans le cas où ils ne sont pas conformes à la réalité (art. 1 RDROCPCM - RSG F 2 20.08). Les personnes qui ont l'obligation de s'annoncer au sens de l'art. 5 LaLHR (RSG F 2 25) doivent fournir à l'OCPM les renseignements nécessaires à l'établissement et à la tenue à jour du registre des habitants (cf. art. 5 LHR - RS 431.02). Est passible d'une amende de 1000 F au plus celui qui fournit des renseignements inexacts ou erronés (art. 11 al. 1 let c LaLHR).

**RÉPUBLIQUE ET CANTON DE GENÈVE**
Département de la sécurité et de l'économie
**Office cantonal de la population et des migrations**

COPIE

OCPM
Case postale 2652
1211 Genève 2

BIANCHISCHWALD LLC
5, rue Jacques-Balmat
P.O Box 5839 | CH-1211 Geneva 11

V/Réf. :   Guglielmo Palumbo
N/Réf. :   AR
Tel :      +41 (0) 22 546 48 64
Fax :      +41 (0) 22 546 48 24
E-mail :   attestation.ocpm@etat.ge.ch

Onex, le 2 mai 2018

N° d'imprimé : 18-296295

Madame, Monsieur,

Pour faire suite à votre demande, nous avons l'avantage de vous communiquer les renseignements suivants figurant à ce jour dans le registre de la population :

| | |
|---|---|
| Nom, Prénom | MORILLO, Francisco Henrique |
| Date de naissance | ▮ 1980 |
| Lieu de naissance | CARACAS VEN |
| Nationalité | FRANCE |
| Domicile | avenue de Miremont 17<br>1206 Genève |

Veuillez agréer, Madame, Monsieur, nos salutations distinguées.

Office cantonal de la population
et des migrations

IMP 10124 - 002

Les renseignements sont fournis sur la base des données enregistrées à l'office cantonal de la population et des migrations. Ils n'impliquent aucune responsabilité de l'Etat, notamment dans le cas où ils ne sont pas conformes à la réalité (art. 1 RDROCPCM - RSG F 2 20.08). Les personnes qui ont l'obligation de s'annoncer au sens de l'art. 5 LaLHR (RSG F 2 25) doivent fournir à l'OCPM les renseignements nécessaires à l'établissement et à la tenue à jour du registre des habitants (cf. art. 5 LHR - RS 431.02). Est passible d'une amende de 1000 F au plus celui qui fournit des renseignements inexacts ou erronés (art. 11 al. 1 let c LaLHR).

[emblem:]
POST TENEBRAS LUX

REPUBLIC AND CANTON OF GENEVA
Security and economics department
*Office cantonal de la population et des migrations*
[Cantonal office of population and migrations (OPCM)]

OPCM
Case postale 2652
1211 Geneva 2

BIANCHISCHWALD LLC
5, rue Jacques-Balmat
P.O Box 5839 | CH-1211 Geneva 11

| | |
|---|---|
| Your ref.: | Guglielmo Palumbo |
| Our ref.: | AR |
| Tel.: | +41 (0) 22 546 48 64 |
| Fax: | +41 (0) 22 546 48 24 |
| E-mail | attestation.ocpm@etet.ge.ch |

Onex, May 2, 2018

Document No.: 18-296295

Dear Sir or Madam,

Further to your request, we are pleased to provide you with the following information currently available in our population records:

| | |
|---|---|
| Surname, First Name | MORILLO, Fransisco Henrique |
| Date of birth | █████ 1980 |
| Place of birth | CARACAS, VEN |
| Nationality | FRENCH |
| Address | avenue de Miremont 17<br>1206 Geneva |

Yours sincerely,

The Cantonal Office of Population and Migrations

Form 10124-002

This information is provided based on the data recorded in the cantonal office of population and migrations. It does not imply any State responsibility, notably in the event that it does not reflect the actual situation (Art. 1 RDROCPCM (*Règlement relatif à la déliivrance des renseignements de l'OPCM* [OPCM rules on the provision of information])–RSG (*Recueil Systématique Génévois* [Systematic Compilation of Geneva legislation]) F 2 20.08). Those persons who must announce their presence within the meaning of Article 5 LaLHR (*Loi d'application de la loi fédérale sur l'harmonisation des registres* [Law enforcing the Swiss federal act on the harmonization of registries]) (RSG F 2 25) must provide the OPCM with the information required for the establishment and updating of the register of inhabitants (see Art. 5 LHR – RS 431.02). Anyone providing inaccurate or erroneous information may incur a maximum penalty of CHF 1,000 (Art. 11 para. 1 c LaLHR).

[emblem:]
POST TENEBRAS LUX

REPUBLIC AND CANTON OF GENEVA
Security and economics department
*Office cantonal de la population et des migrations*
[Cantonal office of population and migrations (OPCM)]

COPY

OPCM
Case postale 2652
1211 Geneva 2

BIANCHISCHWALD LLC
5, rue Jacques-Balmat
P.O Box 5839 | CH-1211 Geneva 11

| | |
|---|---|
| Your ref.: | Guglielmo Palumbo |
| Our ref.: | AR |
| Tel.: | +41 (0) 22 546 48 64 |
| Fax: | +41 (0) 22 546 48 24 |
| E-mail | attestation.ocpm@etet.ge.ch |

Onex, May 2, 2018

Document No.: 18-296295

Dear Sir or Madam,

Further to your request, we are pleased to provide you with the following information currently available in our population records:

| | |
|---|---|
| Surname, First Name | MORILLO, Fransisco Henrique |
| Date of birth | ███ 1980 |
| Place of birth | CARACAS, VEN |
| Nationality | FRENCH |
| Address | avenue de Miremont 17<br>1206 Geneva |

Yours sincerely,

The Cantonal Office of Population and Migrations

Form 10124-002

This information is provided based on the data recorded in the cantonal office of population and migrations. It does not imply any State responsibility, notably in the event that it does not reflect the actual situation (Art. 1 RDROCPCM (*Règlement relatif à la déliivrance des renseignements de l'OPCM* [OPCM rules on the provision of information])–RSG (*Recueil Systématique Génévois* [Systematic Compilation of Geneva legislation]) F 2 20.08). Those persons who must announce their presence within the meaning of Article 5 LaLHR (*Loi d'application de la loi fédérale sur l'harmonisation des registres* [Law enforcing the Swiss federal act on the harmonization of registries]) (RSG F 2 25) must provide the OPCM with the information required for the establishment and updating of the register of inhabitants (see Art. 5 LHR – RS 431.02). Anyone providing inaccurate or erroneous information may incur a maximum penalty of CHF 1,000 (Art. 11 para. 1 c LaLHR).



City of New York, State of New York, County of New York

I, Aurora Landman, hereby certify that the document, "FicheRenseignement02_20180502_153414716_68" is, to the best of my knowledge and belief, a true and accurate translation from French into English.

Aurora Landman

Sworn to before me this
May 4, 2018

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE