**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants | **Case No. 1:18-CV-20818 (DPG)** |

**DECLARATION OF GEORGE F. CARPINELLO**

**GEORGE F. CARPINELLO**, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff and I am licensed to practice law in the State of New York and admitted *pro hac vice* before this Court.

2. I make this Declaration in response to the so-called "Unserved and Non-subpoenaed Defendants Leonardo Baquero and Francisco Morillo's Objection to the Magistrate Judge's Second and Third Discovery Orders," Dkt. 376.

3. Attached as Exhibit A is a true and correct copy of Defendants' First Requests for Production to Plaintiff, dated April 10, 2018.

4. Attached as Exhibit B is a true and correct copy of Defendants' Response to Plaintiff's First Request for Production of Documents, dated April 23, 2018.

5. Attached as Exhibit C is a true and correct copy of an e-mail chain dated May 7, 2018-May 8, 2018, which includes an e-mail from George Carpinello to counsel for Defendants, dated May 7, 2018 at 10:30 a.m.

6. Attached as Exhibit D is a true and correct copy of an e-mail from David Burkoff to George Carpinello, dated May 8, 2018, at 3:14 p.m.

7. Attached as Exhibit E is a true and correct copy of a document produced by Defendants on May 3, 2018, bearing production numbers "Helsinge-Standing-00052" to "Helsinge-Standing-00057," together with an unofficial English translation of the document, provided as a courtesy to the Court.

**I hereby declare under penalties of perjury that the foregoing is true and correct.**

Executed on May [17], 2018

/s/ George F. Carpinello
George F. Carpinello