**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>Plaintiff,<br><br>v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>Defendants. | **Case No. 1:18-CV-20818 (DPG)** |

**DECLARATION OF CHARLES WILLIAM FREDERICKS**

**Charles William Fredericks**, declares under penalty of perjury as follows:

1.       I work for The Brennan Group LLC ("TBG"), a Washington DC-based company which provides professional investigation services to law firms and major corporations in multiple jurisdictions around the world, including South America, North America and Europe.

2.       I and my associates at TBG have conducted an investigation into the offices of Defendants Helsinge Holdings, LLC and Helsinge, Inc. and the residences of Defendants Francisco Morillo and Leonardo Baquero.

3.       As part of our investigation, I have obtained and reviewed documents available online through Thomson Reuters, which provides access to public and proprietary records, including records from courts, state motor vehicle databases, credit reporting agencies, and federal and state licensing bureaus.  In my experience as an investigator, the Thomson Reuters database generally reflects accurately the contents of the records that it reproduces, and it has proven to be accurate when we have used it on previous occasions.

4.       Florida Department of Motor Vehicle documents show that Defendant Morillo currently owns a BMW motorcycle with Florida license plate number 2509LG that he first registered at his 1643 Brickell Avenue address in 2011.  See Exh. A.

5.       Court documents show that on April 16, 2015, Defendant Morillo received a traffic ticket, in Broward County, subsequently dismissed, for going 91 mph (Citation Number:A3WNXOE, Case Number: 15028013TI30A), and listed his home address as 1643 Brickell Avenue in Miami.  See Exh. B.

6.       Defendant Morillo obtained a private pilot's license (No. A4694839) several years ago and listed himself in the Federal Aviation Administration's database as having a home address, current as of April 12, 2018, at 1643 Brickell Avenue, Apt. 3302, in Miami, Florida. See Exh. C.

7. Current public records of the Miami-Dade County Property Appraiser (MDPA) reviewed by TBG indicate that Apartment 3302 at 1643 Brickell Avenue, Miami, Florida is owned by a company called Townhouse 3302, Inc. Online records of the Florida Department of State, Division of Corporations (FDOSDOC), which TPG reviewed, show that Townhouse 3302, Inc., is an active Florida Profit Corporation and lists Ariane Van Den Berg as President and Secretary. TBG has determined that Ariane Van Den Berg is Francisco Morillo's mother. The mailing address for the company and registering agent is c/o William L. Rafferty, Jr., Esq., GrayRobinson, P.A., 401 East Las Olas Blvd., Suite 1000, Fort Lauderdale, FL 33301.

8. Current MDPA records indicate that Apartment 4702 at 1643 Brickell Avenue, Miami, Florida is owned by Panal 4702, Corp. Online records of FDOSDOC show that Panal 4702, Corp. is an active Florida Profit Corporation and lists Leonardo Baquero as President, Secretary and Treasurer. The mailing address for the company is c/o GrayRobinson, P.A., PO Box 2328, Ft. Lauderdale, FL 33303-9998. The registering agent is William L. Rafferty, Jr., c/o GrayRobinson, P.A., 401 East Las Olas Blvd., Suite 1000, Ft. Lauderdale, FL 33301.

9. In March 2018, TPG investigators interviewed security personnel at the Santa Maria Condominium complex, 1643 Brickell Avenue, Miami, Florida. The security staff stated that "Leo Baquero" is the owner and resident of apartment # 4702 and that Francisco Morillo is the owner and resident at Apartment # 3302.

10. Also at that time, the security guards at 1643 Brickell Avenue identified Mr. Morillo as a current resident of Apartment 3302, along with his wife, Gertrudis, and their children, including his youngest child who was recently born in Miami.

11. TPG investigators reviewed video footage taken by security cameras at 1643 Brickell Avenue on dates ranging from March 6 through March 14, 2018. This video shows

movement of three adult persons between the lobby and apartment 3302. There are 20 instances showing a female who was identified as "Mrs. Morillo" by security personnel who was either by herself or with one or two children traveling from the lobby to the apartment or from the apartment to the lobby.

12. A search of the Thomson Reuters database pertaining to Leonardo Baquero reveals that Unit #4702 at 1643 Brickell Avenue in Miami, FL, is listed in Baquero's credit report as his permanent address. Exh. D.

13. Baquero pays utility bills for Unit # 4702, and uses a U.S. Social Security number. Exh. E.

14. Baquero has cable service at Unit #4702 and lists a local phone number. Exh. H.

15. Public records also indicate that Baquero can be located at 1221 Brickell Avenue, Suite 900, where the Helsinge entities named in this action did business. Exh. F, attached hereto.

16. In addition, Baquero in 2010 commenced a lawsuit in Florida state court that was removed to the District Court for the Southern District of Florida. Though Baquero claimed to be a citizen and resident of Venezuela in 2010, he invoked the jurisdiction of the state and federal courts to assist him in recovering money deposited in personal bank accounts in U.S. banks. Baquero's complaint stated that he requested that his bank statements be sent to his office in Miami, Florida, not to Venezuela. See Exh. G.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of May, 2018.

                                        /s/ Charles William Fredericks
                                        Charles William Fredericks