UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PDVSA US LITIGATION TRUST,

        Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, et al.,

        Defendants.

No. 1:18-cv-20818 (DPG)

**JOINING DEFENDANTS' NOTICE OF HEARING
REGARDING DOCUMENT PRESERVATION DISCOVERY**

In accordance with the Court's Discovery Procedure (ECF No. 254), as well as Federal Rules of Civil Procedure 26, 30, and 34 and Southern District of Florida Local Rule 26.1, Defendants Glencore Ltd., Glencore Energy UK Ltd., Lukoil Pan Americas LLC, Trafigura Trading LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., BAC Florida Bank, Gustavo Gabaldon, Sergio de la Vega, Luis Alvarez, and Antonio Maarraoui (collectively the "Joining Defendants") submit this Notice of Hearing Regarding Document Preservation Discovery.

**BACKGROUND**

1.    On March 3, 2018, on the same date it filed its initial Complaint, Plaintiff filed under seal its *Ex Parte* Motion for Preliminary Injunction (ECF No. 5) requesting that the Court enter a temporary restraining order and preliminary injunction relating to document preservation, as well as the freezing of certain assets and seizure of electronic and hard copy records. The bulk of Plaintiff's allegations related to purported document destruction focused on the Morillo Group

Defendants,[1] and none of those allegations related to the Joining Defendants. (*See generally* ECF No. 5.)

2. At the March 14, 2018 hearing on Plaintiff's request for a temporary restraining order before Judge Gayles, Plaintiff again focused exclusively on the alleged conduct of the Morillo Group Defendants. (*See* Mar. 14, 2018 Hr'g Tr. at 9–10, 27–28.) Plaintiff made no allegations concerning the Joining Defendants, but nonetheless expanded the relief requested to include a document preservation order covering all Defendants. Notably, Plaintiff did not and has not justified its need for protections greater than those imposed on the Joining Defendants by the Federal Rules of Civil Procedure. To the contrary, Plaintiff has conceded that the Defendants "where we thought there was the most immediate threat [of preservation issues] were the Morillo-grouped Defendants." (*Id.* at 11:25–12:1.)

3. At the March 14 hearing, the Court set down Plaintiff's motion for a preliminary injunction hearing. Importantly for these purposes, Plaintiff's counsel *specifically requested* that the Court permit Plaintiff to take discovery in the form of custodian of records depositions in advance of the hearing. (Mar. 14, 2018 Hr'g Tr. at 38:8–15.) The Court did not grant that request.

4. Undeterred, on March 20, 2018 and March 26, 2018, Plaintiff issued dozens of subpoenas *duces tecum* and subpoenas *ad testificandum* (*see* ECF No. 192-1) seeking to compel the production of documents and testimony on the Joining Defendants' document preservation efforts. Plaintiff failed to withdraw its subpoenas even after Judge Gayles acknowledged at a

---

[1] As defined in Plaintiff's Motion for a Preliminary Injunction (ECF No. 5 at 4), the Morillo Group Defendants are: Francisco Morillo, Leonardo Baquero, Daniel Lutz, Luis Liendo, John Ryan, and their various corporate entities, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd. Saint-Hélier, Waltrop Consultants, C.A., Godelheim, Inc., Hornberg, Inc., Societe Doberan, S.A., Societe Hedisson, S.A., Societe Hellin, S.A., Glencore de Venezuela, C.A., and Jehu Holding Inc.

2

status conference on April 4 that the need for ***any*** document preservation order as to the Joining Defendants had been alleviated:

> Obviously, now that the defendants all have attorneys . . . it alleviates the concern that I have and presumably that the plaintiff might have as well [concerning document preservation], considering you're officers of the court and you all know what obligations you have.

(Apr. 4, 2018 Hr'g Tr. at 20:2–6.)

5.  The Joining Defendants moved to quash the subpoenas (ECF Nos. 200, 230), and at the hearing on April 16, 2018, this Court granted the motion, observing that Plaintiff had not obtained permission to serve subpoenas prior to the Rule 26(f) conference, which had not yet occurred (Apr. 16, 2018 Hr'g Tr. at 23:18–21; 25:10–16).

6.  Following the April 16, 2018 hearing, Plaintiff again indicated that it "wish[es] to take Rule 30(b)(6) depositions of each of the corporate defendants and depositions of each of the individual defendants with regard to preservation of documents and of movement of assets." (*See* Ex. 1 (April 19, 2018 e-mail at 3:59 p.m. from Plaintiff's counsel).)  Additionally, during a telephonic meet-and-confer on April 27, 2018, Plaintiff confirmed that—despite Joining Defendants' acknowledgment that they are aware of and are abiding by their document preservation obligations—Plaintiff is nevertheless seeking to depose each of the 43 Defendants and would not agree to a limitation on the duration of the depositions.

7.  On May 2, 2018, Plaintiff proposed that, to moot its deposition requests and a preliminary injunction hearing on document preservation, Defendants agree to an overbroad preservation order that would grant Plaintiff everything it sought in its preliminary injunction motion, and more.  (Ex. 2 (May 2, 2018 e-mail at 3:24 p.m from Plaintiff's counsel).)  Plaintiff also requested that each Defendant sign a broadly worded declaration on the same topics.  (*Id.*)

8.  The Joining Defendants had a further meet and confer with Plaintiff today, May

22, 2018; the parties were unable to reach agreement.

## ISSUE TO BE ADDRESSED

The Joining Defendants seek a protective order prohibiting Plaintiff from taking 30(b)(6) and individual depositions on document preservation at this stage in the proceedings for the following reasons:

1. Plaintiff should not be permitted to harass the Joining Defendants with needless depositions in an attempt to find support for an unwarranted preliminary injunction. Plaintiff's preliminary injunction motion—which seeks to impose on the Joining Defendants document preservation obligations beyond those required under the Federal Rules—should be denied because Plaintiff has failed to point to *any* evidence supporting the need for a preservation order as to the Joining Defendants. *See, e.g.*, *M-I Drilling Fluids UK Ltd.* v. *Dynamic Air Inc.*, No. 14 Civ. 4857, 2017 WL 8947185, at *12 (D. Minn. Feb. 3, 2017) (finding that a party may not seek relief "without sufficient information to support its allegations in the hope that discovery would backfill the gaping holes").

2. Good cause exists to grant the Joining Defendants a protective order because the depositions sought by Plaintiff—covering all Defendants, totaling hundreds of hours of possible testimony—are unduly burdensome and disproportionate to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case, considering . . . whether the burden or expense of the proposed discovery outweighs its likely benefit."); Fed. R. Civ. P. 26(c) ("The court may, for good cause, issue an order [prohibiting certain discovery] to protect a party from . . . undue burden or expense . . . ."); *see also Doe* v. *Lynn Univ., Inc.*, No. 16 Civ. 80850, 2017 WL 275448, at *1 (S.D. Fla. Jan. 19, 2017) ("The good cause standard 'calls for a sound basis or legitimate need to limit discovery of the subject information.'" (quoting *Sierra Equity Grp.* v. *White Oak Equity Partners, LLC*, 672 F. Supp. 2d 1369, 1370–71 (S.D. Fla. 2009)).

    (a) Plaintiff has not demonstrated any need for these depositions at all. Joining Defendants have *explicitly* represented to Judge Gayles that they understand, and are abiding by, the document preservation obligations created by the Federal Rules of Civil Procedure, and Plaintiff has provided no allegations—none—that any of the Joining Defendants has been or is destroying any potentially relevant documents, or plans to do so in the future.

4

      (b)      If these depositions proceed, each of the Joining Defendants (and in the case of entities, their corporate representatives) would be required to incur the burden and expense of preparing for a deposition now on document preservation issues, even though Plaintiff will likely seek to re-depose all of these witnesses during discovery, if the Complaint is sustained.

      (c)      On these facts, depositions concerning document preservation should proceed only after the Complaint has been sustained, in the ordinary course of discovery.  *See, e.g.*, *Skurka Aerospace, Inc.* v. *Eaton Aerospace, L.L.C.*, No. 08 Civ. 1565, 2012 WL 12888111, at *4 (N.D. Ohio Mar. 15, 2012) (denying requested deposition on document preservation efforts because the record did not "warrant the relief requested"); *In re Broiler Chicken Antitrust Litig.*, No. 16 Civ. 8637, 2017 WL 1682572, at *6 (N.D. Ill. Apr. 21, 2017) (denying plaintiffs' motion to enforce document retention subpoenas, observing plaintiffs had not carried their burden of showing that the subpoenas were proportional to the needs of the case and consistent with judicial efficiency and economy).[2]

The Joining Defendants respectfully request the opportunity to file a motion for a protective order if the Court would find it useful in resolving this dispute.

## CERTIFICATE OF CONFERRAL

Pursuant to Southern District of Florida Local Rule 7.1(a)(3), counsel for the Joining Defendants hereby certify that they conferred with counsel for Plaintiff PDVSA U.S. Litigation

---

[2] The Court should not allow document preservation depositions at this time for the additional reason that Defendants' upcoming standing and dismissal motions may dispose of this matter. In determining whether to pause discovery pending a motion to dismiss, courts "balance the harm produced by a delay in discovery against the possibility that the [dispositive] motion will be granted and *entirely* eliminate the need for such discovery." *McCabe* v. *Foley*, 233 F.R.D. 683, 685 (M.D. Fla. 2006) (emphasis added).  Courts routinely stay discovery pending resolution of motions to dismiss. *See, e.g.*, *McCullough* v. *Royal Caribbean Cruises*, No. 16 Civ. 20194, 2017 WL 6372619, at *1 (S.D. Fla. Jan. 11, 2017) (Gayles, J.) (citing *Chudasama* v. *Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997)) (staying all merits discovery pending decision on motions to dismiss and permitting only jurisdictional discovery to the extent relevant to resolving filed motions).

Trust on the issue set forth above, and, despite best efforts, the foregoing discovery issue remains unresolved and disputed.

Dated: May 22, 2018

Respectfully submitted,

By: */s/ Edward M. Mullins*
Edward Mullins, Esq.
Florida Bar No. 863920
Email: emullins@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299

William A. Burck, Esq.
*Admitted Pro Hac Vice*
Email: williamburck@quinnemanuel.com
Ethan Glass, Esq.
*Admitted Pro Hac Vice*
Email: ethanglass@quinnemanuel.com
Adam Wolfson, Esq.
*Admitted Pro Hac Vice*
Email: adamwolfson@quinnemanuel.com]
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant TRAFIGURA TRADING, LLC*

By: /s/ *Bruce Birenboim*
Stephen F. Rosenthal, Esq.
Florida Bar No. 0131458 Email: srosenthal@podhurst.com
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
Email: rjosefsberg@podhurst.com
**PODHURST ORSECK, P.A.**
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Main Tel: (305) 358-2800
Direct Tel: (305) 789-5905
Facsimile: (305) 358-2382

Bruce Birenboim, Esq.
*Admitted Pro Hac Vice*
Email: bbirenboim@paulweiss.com
Brad S. Karp, Esq.
*Admitted Pro Hac Vice*
Email: bkarp@paulweiss.com
Jessica S. Carey, Esq.
*Admitted Pro Hac Vice*
Email: jcarey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Adam B. Schwartz, Esq.
*Admitted Pro Hac Vice*
Email: aschwartz@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendants GLENCORE LTD., GLENCORE ENERGY UK LTD., GUSTAVO GABALDON, LUIS ALVAREZ and SERGIO DE LA VEGA*

| | |
|---|---|
| By: */s/ Adam L. Hudes* | By: */s/ Alex Kaplan* |
| Jorge D. Guttman, Esq. | Gerald E. Greenberg, Esq. |
| Florida Bar No. 015319 | Florida Bar No. 440094 |
| Email: jguttman@gunster.com | Email: ggreenberg@gsgpa.com |
| Jonathan H. Kaskel, Esq. | Adam M. Schachter, Esq. |
| Florida Bar No. 52718 | Florida Bar No. 647101 |
| Email: jkaskel@gunster.com | Email: aschachter@gsgpa.com |
| **GUNSTER** | **GELBER SCHACHTER &GREENBERG, P.A.** |
| 600 Brickell Avenue Suite 3500 | 1221 Brickell Avenue, Suite 2010 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 376-6000 | Telephone: (305) 728-0950 |
| Facsimile: (305) 376-6010 | Facsimile: (305) 728-0951 |
| | E-service: efilings@gsgpa.com |
| Mark W. Ryan, Esq. | |
| *Admitted Pro Hac Vice* | Neal S. Manne, Esq. |
| Email: mryan@mayerbrown.com | *Admitted Pro Hac Vice* |
| Adam L. Hudes, Esq. | Email: nmanne@susmangodfrey.com |
| *Admitted Pro Hac Vice* | Alex Kaplan, Esq. |
| Email: ahudes@mayerbrown.com | *Admitted Pro Hac Vice* |
| Stephen M. Medlock, Esq. | Email: akaplan@susmangodfrey.com |
| *Admitted Pro Hac Vice* | Weston O'Black, Esq. |
| Email: smedlock@mayerbrown.com | *Admitted Pro Hac Vice* |
| **MAYER BROWN LLP** | Email: woblack@susmangodfrey.com |
| Counsel for Defendant | Michael Kelso, Esq. |
| Lukoil Pan Americans LLC | *Admitted Pro Hac Vice* |
| 1999 K Street NW | Email: mkelso@susmangodfrey.com |
| Washington, D.C. 20006-1101 | Michael Gervais, Esq. |
| Telephone: (202) 263-3312 | *Admitted Pro Hac Vice* |
| Facsimile: (202) 263-5312 | Email: mgervais@susmangodfrey.com |
| | **SUSMAN GODFREY, LLP** |
| Michael P. Lennon, Jr. | 1000 Louisiana Street, Suite 5100 |
| *Admitted Pro Hac Vice* | Houston, Texas 77002 |
| Email: mlennon@mayerbrown.com | Telephone: (713) 651-9366 |
| **MAYER BROWN LLP** | Fax: (713) 654-6666 |
| 700 Louisiana Street, Suite 3400 | |

Houston, TX 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

*Attorneys for Defendant*
*LUKOIL PAN AMERICANS LLC*

By: */s/ Nicolas Swerdloff*
Nicolas Swerdloff, Esq.
Florida Bar No. 070416
Email: Nicolas.swerdloff@hugheshubbard.com
Jeffrey B. Goldberg, Esq.
Florida Bar No. 118689
Email: Jeffrey.goldberg@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 358-1666
Facsimile: (305) 371-8759

*Attorneys for Defendant BAC FLORIDA BANK*

*Attorneys for Defendants VITOL INC., VITOL ENERGY (BERMUDA) LTD., and ANTONIO MAARRAOUI*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on May 22, 2018 on all counsel or parties of record on the service list.

*/s/Stephen F. Rosenthal*
Stephen F. Rosenthal

**SERVICE LIST**

Nicholas A. Gravante, Jr.
Boies Schiller & Flexner
575 Lexington Avenue, 7th Floor
New York, NY 10022
212-446-2300
Email: ngravante@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

Steven Wayne Davis
Boies Schiller & Flexner
Bank of America Tower, Suite
2800 100 SE 2nd Street,
Miami, FL 33131-2144
305-539-8400
Fax: 539-1307
Email: sdavis@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

David A. Barrett
Boies Schiller Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446-2300
Email: dbarrett@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

David Boies
Boies Schiller & Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
212-446-2300
Fax: 749-8300
Email: dboies@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

Randall Jackson
Boies Schiller Flexner LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
(212) 446 2300
Email: rjackson@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

Adam R. Shaw
Boies Schiller Flexner LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434 0600
Email: ashaw@bsfllp.com

*Counsel for PDVSA Litigation Trust*

George Carpinello
Boies Schiller Flexner LLP
30 South Pearl Street, 11th Floor
Albany, NY 12207
(518) 434-0600
Email: gcarpinello@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

Helen M. Maher
Boies Schiller & Flexner
333 Main Street
Armonk, NY 10504
914-749-8200
Fax: 749-8300
Email: hmaher@bsfllp.com

*Counsel for PDVSA US Litigation Trust*

Jonathan H. Kaskel
Gunster
600 Brickell Avenue, Suite 3500
Miami, FL 33131
(305) 376 6023
Email: jkaskel@gunster.com

*Counsel for Lukoil Pan Americas LLC*

Jorge David Guttman
Gunster
600 Brickell Avenue, Suite 3500
Miami, FL 33131
(305) 376 6010
Email: jguttman@gunster.com

*Counsel for Lukoil Pan Americas LLC*

Adam L. Hudes
Mayer Brown LLP
1999 K Street N.W.
Washington D.C. 20006
(202) 263 3298
Email: ahudes@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Mark W. Ryan
Mayer Brown LLP
1999 K Street N.W.
Washington D.C. 20006
(202) 263 3339
Email: mryan@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Michael P. Lennon, Jr.
Mayer Brown LLP
700 Louisiana Street, Suite 3400
Houston, TX 77002
(713) 238 2667
Email: mlennon@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Stephen M. Medlock
Mayer Brown LLP
1999 K Street N.W.
Washington D.C. 20006
(202) 263 3221
Email: smedlock@mayerbrown.com

*Counsel for Lukoil Pan Americas LLC*

Benjamine Reid
Carlton Fields Jorden Burt
100 SE 2nd Street, Suite 4200
Miami, FL 33131-9101
(305) 530 0050
Email: breid@carltonfields.com

*Counsel for Colonial Oil Industries Inc. and Colonial Group, Inc., Paul Rosado*

Allan C. Galis
Hunter, Maclean, Exley & Dunn, P.C.
Email: agalis@huntermaclean.com

*Counsel for Colonial Oil Industries Inc. and Colonial Group, Inc., Paul Rosado*

Clifton Richard Gruhn
Carlton Fields Jorden Burt, P.A.
100 S.E. Second Street, Suite 4200
Miami, FL 33131

Heather H. Lundy
Hunter, Maclean, Exley & Dunn, P.C.
Email: hlundy@huntermaclean.com

11

(305) 347 6990  
Email: cgruhn@carltonfields.com

*Counsel for Colonial Oil Industries Inc. and Colonial Group, Inc., Paul Rosado*

David M. Burkoff  
Hunter, Maclean, Exley & Dunn, P.C.  
Email: dburkoff@huntermaclean.com

*Counsel for Colonial Oil Industries Inc. and Colonial Group, Inc., Paul Rosado*

Edward Maurice Mullins  
Reed Smith LLP  
1001 Brickell Bay Drive, Suite 900  
Miami, FL 33131-2847  
(786) 747 0200  
Email: emullins@reedsmith.com

*Counsel for Trafigura Trading LLC*

Adam B. Wolfson  
Quinn Emanuel Urquhart & Sullivan, LLP  
865 S. Figueroa Street  
Los Angeles, CA 90017  
Email: adamwolfson@quinnemanuel.com

*Counsel for Trafigura Trading LLC*

Gerald Edward Greenberg  
Gelber Schachter & Greenberg, P.A.  
1221 Brickell Avenue, Suite 2010  
Miami, FL 33131  
305-728-0950  
Fax: 305-728-0951  
Email: ggreenberg@gsgpa.com

*Counsel for Colonial Oil Industries Inc. and Colonial Group, Inc., Paul Rosado*

Christina Olivos  
Reed Smith LLP  
1001 Brickell Bay Drive, Suite 900  
Miami, FL 33131  
(786) 747 0200  
Email: colivos@reedsmith.com

*Counsel for Trafigura Trading LLC*

Ethan Glass  
Quinn Emanuel Urquhart & Sullivan LLP  
1300 I Street N.W., Suite 900  
Washington D.C. 20005  
(202) 538 8000  
Email: ethanglass@quinnemanuel.com

*Counsel for Trafigura Trading LLC*

William A. Burck  
Quinn Emanuel Urquhart & Sullivan LLP  
777 6th Street N.W., 11th Floor  
Washington D.C. 20001  
(202) 538 8120  
Email: williamburck@quinnemanuel.com

*Counsel for Trafigura Trading LLC*

Adam Michael Schachter  
Gelber Schachter & Greenberg, P.A.  
1221 Brickell Avenue, Suite 2010  
Miami, FL 33131  
(305) 728-0950  
Email: aschachter@gsgpa.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol, Inc., and Antonio Maarraoui*

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol, Inc. and Antonio Maarraoui*

Neal S. Manne
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 651 9366
Email: nmanne@susmangodfrey.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol Inc., and Antonio Maarraoui*

Michael Kelso
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 651 9366
Email: mkelso@susmangodfrey.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol Inc., and Antonio Maarraoui*

Connor Mullin
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
202-887-4000
Email: cmullin@akingump.com

*Counsel for Francisco Morillo, Leonard Baquero*

Kimberly Ann Pathman
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Ave, N.W.
Washington, DC 20036
(202) 887-4574
Fax: (202) 887-4288
Email: kimberly.pathman@weil.com

*Counsel for Francisco Morillo, Leonardo Baquero*

Alexander L. Kaplan
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 651 9366
Email: akaplan@susmangodfrey.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol Inc., and Antonio Maarraoui*

Michael Gervais
Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6023
(212) 336 8330
Email: mgervais@susmangodfrey.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol Inc., and Antonio Maarraoui*

Weston O'Black
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
(713) 651 9366
Email: woblack@susmangodfrey.com

*Counsel for Vitol Energy (Bermuda) Ltd., Vitol Inc., and Antonio Maarraoui*

Mark J. MacDougall
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW , Suite 400
Washington, DC 20036
202-887-4000
Email: mmacdougall@akingump.com

*Counsel for Francisco Morillo, Leonardo Baquero*

| | |
|---|---|
| Jason E. Gangwer<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036<br>(202) 887 4000<br>Email: jgangwer@akingump.com<br><br>*Counsel for Francisco Morillo, Leonardo Baquero* | Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce de Leon Boulevard, Suite 1000<br>Coral Gables, FL 33134<br>(305) 445 2500<br>Email: arivero@riveromestre.com<br><br>*Counsel for Campo Elias Paez* |
| Thomas P. McLish<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW, Suite 400<br>Washington, DC 20036<br>202-887-4000<br>Email: tmclish@akingump.com<br><br>*Counsel for Francisco Morillo, Leonardo Baquero* | Stacey H. Mitchell<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>202-887-4000<br>Email: shmitchell@akingump.com<br><br>*Counsel for Francisco Morillo, Leonardo Baquero* |
| Brian A. Briz<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 789 7723<br>Email: brian.briz@hklaw.com<br><br>*Counsel for Daniel Lutz, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd, and Luis Liendo* | Israel Jovanny Encinosa<br>Holland & Knight<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>Email: israel.encinosa@hklaw.com<br><br>*Counsel for Daniel Lutz, Helsinge, Inc., Helsinge Ltd., Saint-Helier* |
| David Kully<br>Holland & Knight LLP<br>800 17th Street N.W., Suite 1100<br>Washington, DC 20006<br>(202) 955-3000<br>Email: david.kully@hklaw.com<br><br>*Counsel for Daniel Lutz, Helsinge, Inc., Helsinge Ltd., Saint-Helier* | Alex M. Gonzalez<br>Holland & Knight LLP<br>701 Brickell Avenue, Suite 3000<br>Miami, FL 33131<br>(305) 789 7666<br><br>*Counsel for Daniel Lutz, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Luis Liendo* |
| Donald John Hayden | Etan Mark |

Mark Migdal & Hayden
80 SW 8th Street, Suite 2185
Miami, FL 33130
305-374-0440
Email: don@markmigdal.com

*Counsel for John Ryan*

Lara O'Donnell
Jorden Burt LLP
777 Brickell Avenue, Suite 500
Miami, FL 33131-2803
Email: lara@markmigdal.com

*Counsel for John Ryan*

Spencer Hal Silverglate
Clarke Silverglate P.A.
799 Brickell Plaza, 9th Floor
Miami, FL 33131
(305) 377 3001
Email: ssilverglate@cspalaw.com

*Counsel for Maximiliano Poveda*

Jeffrey B. Goldberg
Hughes Hubbard & Reed
201 S. Biscayne Blvd, 25th Floor
Miami, FL 33131
(305) 379 5573
Email: Jeffrey.goldberg@hugheshubbard.com

*Counsel for BAC Florida Bank*

Brad S. Karp
Bruce Birenboim
Jessica S. Carey
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Mark Migdal & Hayden
80 SW 8th Street , Suite 1999
Miami, FL 33130
305-374-0440
Email: etan@markmigdal.com

*Counsel for John Ryan*

Jennifer Gertrude Altman
Pillsbury Winthrop Shaw Pittman
600 Brickell Avenue, Suite 3100
Miami, FL 33131
786-913-4900
Fax: 786-913-4901
Email: jennifer.altman@pillsburylaw.com

*Counsel for John Doe*

Stephen H. Lee
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226 6686
Email: slee@porterhedges.com

*Counsel for Maximiliano Poveda*

Nicolas Swerdloff
Hughes Hubbard & Reed
201 S. Biscayne Blvd, Suite 2500
Miami, FL 33131-4332
(305) 379 5571
Email: Nicolas.swerdloff@hugheshubbard.com

*Counsel for BAC Florida Bank*

Adam B. Schwartz
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2011 K. Street N.W.
Washington D.C. 20006-1047

15

1285 Avenue of the Americas  
New York, NY 10019-6064  
(212) 373 3000  
Email: bkarp@paulweiss.com  
Email: bbirenboim@paulweiss.com  
Email: jcarey@paulweiss.com  

*Counsel for Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Luis Alvarez and Sergio De la Vega*

(202) 223 7341  
Email: aschwartz@paulweiss.com  

*Counsel for Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Luis Alvarez and Sergio De la Vega*