UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.

_____/

## FOURTH DISCOVERY ORDER

THIS CAUSE came before the Court upon the following matters:

- Plaintiff PDVSA US Litigation Trust's ("Plaintiff" or "the Trust") Notice of Issues to be Addressed During the May 23, 2018 Telephonic Hearing (hereafter, "Plaintiff's Notice") [D.E. 386];

- Defendants Glencore Ltd., Glencore Energy UK Ltd., Lukoil Pan Americas LLC, Trafigura Trading, LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., BAC Florida Bank, Gustavo Gabaldon, Sergio de la Vega, Luis Alvarez, and Antonio Maarraoui's ("Joining Defendants") Notice of Hearing Regarding Document Preservation Discovery (hereafter, "Joining Defendants' Notice") [D.E. 387]; and

- Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Trafigura Trading, LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez's (collectively

"Defendants") Notice of Issues to be Addressed During May 23, 2018 Telephonic Hearing (hereafter, "Defendants' Notice") [D.E. 388] (Plaintiff's Notice, Joining Defendants' Notice and Defendants' Notice, collectively, "Notices").

These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge ("Judge Gayles") [D.E. 220]. The undersigned held a hearing on these matters on May 23, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED as follows:

- ➤ At the outset of the hearing, the undersigned addressed the issue that had been scheduled for this hearing, namely, discovery in preparation for the Preliminary Injunction hearing (hereafter, "Preliminary Injunction Discovery"). See Second Discovery Order [D.E. 355 at 3]. Defendants Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd, Daniel Lutz, Luis Liendo and John Ryan (collectively, "Helsinge Defendants") and Defendants Colonial Oil Industries, Colonial Group, Inc. and Paul Rosado (collectively, "Colonial Group Defendants") announced that they do not object to the continuation of the Temporary Restraining Order [D.E. 9] and the Preservation Order [D.E. 95] entered by Judge Gayles. Therefore, as to the Helsinge Defendants and the Colonial Group Defendants, Plaintiff agreed not to conduct Preliminary Injunction Discovery and not to seek a Preliminary Injunction.

- ➤ As to the remaining Defendants, the parties shall meet and confer regarding the necessity for Preliminary Injunction Discovery or the potential of reaching a similar agreement as the Helsinge Defendants and the Colonial Group Defendants

in advance of a Continued Telephonic Hearing **SET** for **June 14, 2018 at 10:00 AM. Counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0614.**

- With regard to the pending depositions on Plaintiff's standing, the deposition of Mr. Reinaldo Munoz Pedroza is scheduled to take place on May 30, 2018 in New York.

- By **Friday, May 25, 2018**, the parties shall file a Joint Notice disclosing the agreed deponent, date and location for the following depositions: the Rule 30(b)(6) representative of PDVSA; the Rule 30(b)(6) representative of Algamex; and David Boies or a principal of Boies Schiller Flexner with the most knowledge of the non-privileged facts on the Trust's creation, the assignments to the Trust, and the Trust's standing.[1] The Joint Notice shall also include a date and location for the deposition of Defendant Daniel Lutz.

- The undersigned will address by separate order whether the Rule 30(b)(6) representative of Defendant Trafigura Trading, LLC must submit to a supplemental deposition, and whether Defendants Francisco Morillo and Leonardo Baquero have shown sufficient cause by way of their anticipated *ex parte, in camera* submission to establish that their personal safety would be at risk if they leave Mexico.

- The following remaining issues, set forth in the Notices, will be addressed at a Telephonic Discovery Hearing **SET** for **May 29, 2018 at 3:00 PM for which counsel shall call the conference number 1-888-684-8852 at the appointed time, then enter access code 4791317 and security code 0529:**

---

[1] See Defendants' Notice, Item II(D)(3) [D.E. 388 at 11].

3

1. Issues related to document production by Defendants regarding Plaintiff's standing, as set forth in Item 4 of Plaintiff's Notice [D.E. 386 at 4-5];

2. Issues related to Plaintiff's privilege log, withholding of documents, and document production, as set forth in Item I(A-H) of Defendants' Notice [D.E. 388 at 2-9];

3. Whether Plaintiff should submit to a Rule 30(b)(6) deposition regarding the privilege log, as set forth in Item II(A) of Defendants' Notice [D.E. 388 at 9];

4. The timing of privilege dispute resolutions, as set forth in Item II(B) of Defendants' Notice [D.E. 388 at 9]; and

5. Whether the Court should adjust the schedule to accommodate privilege disputes and the full list of depositions, as set forth in Item II(F) of Defendants' Notice [D.E. 388 at 13].

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of May, 2018.

*ALICIA M. OTAZO-REYES*
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record