UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## SUPPLEMENT TO FOURTH DISCOVERY ORDER

In the Fourth Discovery Order, the undersigned reserved ruling on the issues of: (1) whether the Rule 30(b)(6) representative of Defendant Trafigura Trading, LLC ("Trafigura") must submit to a supplemental deposition; and (2) whether Defendants Francisco Morillo ("Morillo") and Leonardo Baquero ("Baquero") have shown sufficient cause to establish that their personal safety would be at risk if they leave Mexico. See Fourth Discovery Order [D.E. 390]. On May 23, 2018, counsel for Morillo and Baquero submitted an *ex parte*, *in camera* Letter with accompanying Attachments 1-6. See Notice of *In Camera* Submission [D.E. 393]. Upon due consideration, it is

ORDERED AND ADJUDGED that Morillo and Baquero's *ex parte*, *in camera* Letter and accompanying Attachments 1-4 are STRICKEN and will not be considered. Relying solely on Attachments 5 and 6, the undersigned finds that Morillo and Baquero have shown sufficient cause to establish that their personal safety would be at risk if they were to leave Mexico. Therefore, it is further

ORDERED AND ADJUDGED that Morillo and Baquero are not compelled to travel outside of Mexico for their depositions on the issue of standing that Plaintiff PDVSA US

Litigation Trust ("Plaintiff") seeks to take. Morillo and Baquero's counsel shall provide a copy of Attachments 5 and 6, upon which the undersigned relies for this decision, to counsel for Plaintiff's review for **"ATTORNEYS' EYES ONLY."** It is further

ORDERED AND ADJUDGED that Plaintiff shall be prepared to present alternative proposals for completing its four depositions on the issue of standing at the **Telephonic Discovery Hearing set for May 29, 2018 at 3:00 PM**.

With regard to Plaintiff's demand that the Trafigura corporate representative appear for supplemental deposition, the undersigned will address that issue at the **Telephonic Discovery Hearing set for May 29, 2018 at 3:00 PM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of May, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record