**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-CIV-20818-GAYLES/OTAZO-REYES**

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.

_____/

## NOTICE PURSUANT TO FOURTH DISCOVERY ORDER

Pursuant to the Court's Fourth Discovery Order [ECF No. 390], Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Trafigura Trading, LLC, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez (collectively "Defendants") hereby report the following:

- The deposition of David Boies took place today, May 25, 2018. After repeated prompting by Defendants,[1] at 6:14 p.m. this evening Plaintiff provided Defendants with proposed dates and locations for the depositions of the 30(b)(6) representatives of PDVSA and Algamex, and requested a date and location for Mr. Lutz's deposition. Subsequently, at 6:48 p.m. this evening, counsel for Mr. Lutz proposed a method, location and multiple dates for the deposition of Mr.

---

[1] Relevant email correspondences are attached as Exhibits A, B and C hereto.

Lutz, contingent upon the dates proposed by Plaintiff being scheduled. *See* email correspondence attached as Exhibit D.[2]

- Given the timing of Plaintiff's response, the parties have not yet reached an agreement on the dates and locations of these depositions. Defendants will continue to attempt to confer with Plaintiff in an effort to reach agreement prior to the hearing set for May 29 at 3:00 p.m. and will notify the Court if and when an agreement is reached.

- Defendants attempted to confer with Plaintiff regarding a joint notice; however, with little notice, Plaintiff opted to file its own notice [ECF No. 398]. Accordingly, Defendants have filed the instant notice.

- Per the Fourth Discovery Order, the parties are also working on adjusting certain deadlines, including the deadline for the exchange of expert reports (which, per the Court's current scheduling order, would be due on May 28). Accordingly, the parties have agreed to postpone the May 28 deadline and will work together to propose a new date to the Court at the upcoming hearing.

Dated: May 25, 2018

Respectfully submitted,

---

[2] For ease of scheduling, Mr. Lutz had previously offered to provide dates as soon as the PDVSA and Algamex dates had been set.

| | |
|---|---|
| By: */s/ Edward M. Mullins* | By: /s/ *Bruce Birenboim* |
| Edward Mullins, Esq. | Stephen F. Rosenthal, Esq. |
| Florida Bar No. 863920 | Florida Bar No. 0131458 Email: |
| Email: emullins@reedsmith.com | srosenthal@podhurst.com |
| **REED SMITH LLP** | Robert C. Josefsberg, Esq. |
| 1001 Brickell Bay Drive, Suite 900 | Florida Bar No. 040856 |
| Miami, FL 33131 | Email: rjosefsberg@podhurst.com |
| Telephone: (786) 747-0200 | **PODHURST ORSECK, P.A.** |
| Facsimile: (786) 747-0299 | One S.E. 3rd Ave., Suite 2300 |
| | Miami, FL 33131 |
| William A. Burck, Esq. | Main Tel: (305) 358-2800 |
| *Admitted Pro Hac Vice* | Direct Tel: (305) 789-5905 |
| Email: williamburck@quinnemanuel.com | Facsimile: (305) 358-2382 |
| Ethan Glass, Esq. | |
| *Admitted Pro Hac Vice* | Bruce Birenboim, Esq. |
| Email: ethanglass@quinnemanuel.com | *Admitted Pro Hac Vice* |
| Adam B. Wolfson, Esq. | Email: bbirenboim@paulweiss.com |
| Email: adamwolfson@quinnemanuel.com | Brad S. Karp, Esq. |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Email: bkarp@paulweiss.com |
| | Jessica S. Carey, Esq. |
| 1300 I Street NW, Suite 900 | *Admitted Pro Hac Vice* |
| Washington, DC 20005 | Email: jcarey@paulweiss.com |
| Telephone: (202) 538-8000 | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** |
| Facsimile: (202) 538-8100 | |
| | 1285 Avenue of the Americas |
| *Attorneys for Defendant TRAFIGURA TRADING, LLC* | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757-3990 |
| | |
| | Adam B. Schwartz, Esq. |
| | *Admitted Pro Hac Vice* |
| | Email: aschwartz@paulweiss.com |
| | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| | |
| | *Attorneys for Defendants GLENCORE LTD., GLENCORE ENERGY UK LTD., GUSTAVO GABALDON, SERGIO DE LA VEGA, and LUIS ALVAREZ* |

By: */s/ Adam L. Hudes*
Jorge D. Guttman, Esq.
Florida Bar No. 015319
Email: jguttman@gunster.com
Jonathan H. Kaskel, Esq.
Florida Bar No. 52718
Email: jkaskel@gunster.com
**GUNSTER**
600 Brickell Avenue Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

Mark W. Ryan, Esq.
*Admitted Pro Hac Vice*
Email: mryan@mayerbrown.com
Adam L. Hudes, Esq.
*Admitted Pro Hac Vice*
Email: ahudes@mayerbrown.com
Stephen M. Medlock, Esq.
*Admitted Pro Hac Vice*
Email: smedlock@mayerbrown.com
**MAYER BROWN LLP**
Counsel for Defendant
Lukoil Pan Americans LLC
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

Michael P. Lennon, Jr.
*Admitted Pro Hac Vice*
Email: mlennon@mayerbrown.com
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

*Attorneys for Defendant
LUKOIL PAN AMERICANS LLC*

By: */s/ David M. Burkoff*
Benjamine Reid, Esq.
Florida Bar Number 183522

By: */s/ Nicolas Swerdloff*
Nicolas Swerdloff, Esq.
Florida Bar No. 070416
Email: Nicolas.swerdloff@hugheshubbard.com
Jeffrey B. Goldberg, Esq.
Florida Bar No. 118689
Email: Jeffrey.goldberg@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 358-1666
Facsimile: (305) 371-8759

*Attorneys for Defendant BAC FLORIDA BANK*

By: */s/ Kimberly Ann Pathman*
Kimberly A. Pathman
Florida Bar No. 118844
kpathman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue NW
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

and

Mark J. MacDougall (admitted *pro hac vice*)
mmacdougall@akingump.com
Thomas P. McLish (admitted *pro hac vice*)
tmclish@akingump.com
Stacey H. Mitchell (admitted *pro hac vice*)
shmitchell@akingump.com
Connor Mullin (admitted *pro hac vice*)
cmullin@akingump.com

*Attorneys for Defendants FRANCISCO MORILLO AND LEONARDO BAQUERO*

By: */s/ Alex Kaplan*
Gerald E. Greenberg, Esq.
Florida Bar No. 440094

Email: breid@carltonfields.com
Clifton R. Gruhn, Esq.
Florida Bar Number 72542
Email: cgruhn@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Telephone: (305) 539-7228
Fax: (305) 530-0055

David M. Burkoff, Esq.
*Admitted Pro Hac Vice*
Email: dburkoff@huntermaclean.com
Allan C. Galis, Esq.
*Admitted Pro Hac Vice*
Email: agalis@huntermaclean.com
Heather H. Lundy, Esq.
*Admitted Pro Hac Vice*
Email: hlundy@huntermaclean.com
**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Tel: (912) 236-0261
Fax: (912) 236-4936

*Attorneys for Defendants COLONIAL GROUP, INC., COLONIAL OIL INDUSTRIES, INC. and PAUL ROSADO*

By: /s/Israel J. Encinosa
Alex M. Gonzalez
Florida Bar No. 991200
alex.gonzalez@hklaw.com
Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com
Brian A. Briz
Florida Bar No. 657557
brian.briz@hklaw.com

Email: ggreenberg@gsgpa.com
Adam M. Schachter, Esq.
Florida Bar No. 647101
Email: aschachter@gsgpa.com
**GELBER SCHACHTER &GREENBERG, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

Neal S. Manne, Esq.
*Admitted Pro Hac Vice*
Email: nmanne@susmangodfrey.com
Alex Kaplan, Esq.
*Admitted Pro Hac Vice*
Email: akaplan@susmangodfrey.com
Weston O'Black, Esq.
*Admitted Pro Hac Vice*
Email: woblack@susmangodfrey.com
Michael Kelso, Esq.
*Admitted Pro Hac Vice*
Email: mkelso@susmangodfrey.com
Michael Gervais, Esq.
*Admitted Pro Hac Vice*
Email: mgervais@susmangodfrey.com
**SUSMAN GODFREY, LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Fax: (713) 654-6666

*Attorneys for Defendants VITOL INC., VITOL ENERGY (BERMUDA) LTD., and ANTONIO MAARRAOUI*

By: /s/ Etan Mark
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Donald J. Hayden, Esq.
Florida Bar No. 097136
don@markmigdal.com
Lara O'Donnell Grillo, Esq.

-5-

| | |
|---|---|
| Dayme Sanchez<br>Florida Bar No. 119599<br>dayme.sanchez@hklaw.com<br>**HOLLAND & KNIGHT LLP**<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Tel: (305) 374-8500<br>Fax: (305) 789-7799<br>David Kully (admitted *pro hac vice*)<br>david.kully@hklaw.com<br><br>*Attorneys for Defendants HELSINGE, INC., HELSINGE LTD., HELSINGE HOLDINGS, LLC, DANIEL LUTZ, LUIS LIENDO AND MARIA FERNANDA RODRIGUEZ* | Florida Bar No. 37735<br>lara@markmigdal.com<br>eservice@markmigdal.com<br>**MARK MIGDAL & HAYDEN**<br>80 SW 8th Street<br>Suite 1999<br>Miami, FL 33130<br>Telephone: 305-374-0440<br><br>*Attorneys for Defendant JOHN RYAN* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of May, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Dayme Sanchez*