```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                            MIAMI DIVISION
                     CASE NO. 18-CV-20818-DPG
3

4    PDVSA US LITIGATION TRUST,          Miami, Florida

5         Plaintiff,                     June 5, 2018
                                         Tuesday
6

              vs.                        10:00 a.m. to 11:43 a.m.
7

     LUKOIL PAN AMERICAS, LLC, et al.    Pages 1 to 66
8

          Defendants.
9    _____


10                            MOTION HEARING

11            BEFORE THE HONORABLE DARRIN P. GAYLES
12                 UNITED STATES DISTRICT JUDGE


13

14   APPEARANCES:

15
     FOR THE PLAINTIFF:           STEVEN DAVIS, ESQ.
16   PDVSA US LITIGATION          BOIES SCHILLER FLEXNER, LLP
                                  100 S.E. 2nd Street
17                                Suite 2800
                                  Miami, Florida  33131
18
                                        -AND-
19
                                  RANDALL JACKSON, ESQ.
20                                BOIES SCHILLER FLEXNER, LLP
                                  575 Lexington Avenue, 7th Floor
21                                New York, New York  10022


22

23   FOR THE DEFENDANT:           JEFFREY B. GOLDBERG, ESQ.
     BAC FLORIDA BANK             HUGHES HUBBARD
24                                201 South Biscayne Boulevard
                                  Miami, Florida  33131
25
```

```
 1    APPEARANCES (CONTINUED):

 2
      FOR THE DEFENDANTS:          ROBERT C. JOSEFSBERG, ESQ.
 3    GLENCORE, LTD                PODHURST ORSECK
      GLENCORE ENERGY, UK          1 SE 3rd Avenue, Suite 2300
 4                                 Miami, Florida  33131
      GUSTAVO GABALDON
 5    SERGIO DE LA VEGA
      LUIS ALVAREZ
 6

 7    FOR THE DEFENDANTS:          ISRAEL J. ENCINOSA, ESQ.
      HELSINGE, INC.               ALEX M. GONZALEZ, ESQ.
 8    HELSINGE, LTD                HOLLAND AND KNIGHT, LLP
      HELSINGE HOLDINGS            701 Brickell Avenue, Suite 3000
 9                                 Miami, Florida  33131
      DANIEL LUTZ
10    MARIA F. RODRIGUEZ
      LUIS LIENDO
11

12    FOR THE DEFENDANT:           JORGE GUTTMAN, ESQ.
      LUKOIL PAN AMERICAS          GUNSTER
13                                 600 Brickell Avenue, Suite 3500
                                   Miami, Florida  33131
14

15
      FOR THE DEFENDANTS:          STACY MITCHELL, ESQ.
16    FRANCISCO MORILLO            AKIN GUMP STRAUSS HAUER & FELD,
      LEONARD BAQUERO              1331 New Hampshire Avenue, NW
17                                 Washington, DC  20036

18
      FOR THE DEFENDANT:           ETAN MARK, ESQ.
19    JOHN RYAN                    MARK MIGDAL & HAYDEN
                                   80 SW 8th Street, Suite 1999
20                                 Miami, Florida  33130

21
      FOR THE DEFENDANT:
22    TRAFIGURA TRADING LLC    CHRISTINA OLIVOS, ESQ.
                               REED SMITH
23                             1001 Brickell Bay Drive, Suite 900
                               Miami, Florida 33131
24

25
```

```
 1   APPEARANCES (CONTINUED)

 2
     FOR THE DEFENDANTS:
 3   VITOL ENERGY (BERMUDA)
     VITOL, INC.
 4   ANTONIO MAARRAOUI              GERALD GREENBERG, ESQ.
                                    GELBER, SCHACHTER &
 5                                  GREENBERG, P.A.
                                    1221 Brickell Avenue, Suite 2010
 6                                  Miami, Florida  33131

 7
     STENOGRAPHICALLY
 8   REPORTED BY:                   GLENDA M. POWERS, RPR, CRR, FPR
                                    Official Court Reporter
 9                                  United States District Court
                                    400 North Miami Avenue
10                                  Room 08S33
                                    Miami, Florida  33128

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    (Call to the order of the Court.)

 2            COURTROOM DEPUTY:  All rise.  The United States

 3    District Court is now in session; Honorable Darrin Gayles

 4    presiding.

 5            THE COURT:  Please be seated.

 6            COURTROOM DEPUTY:  Case Number 18-20818, PDVSA US

 7    Litigation Trust versus Lukoil Pan Americas, LLC.

 8            Counsel, please state your appearances.

 9            MR. JACKSON:  Randall Jackson and Steve Davis on behalf

10    of plaintiffs, from Boies Schiller Flexner.

11            Good morning, Your Honor.

12            THE COURT:  Good morning.

13            MR. ENCINOSA:  Good morning, Your Honor.  Israel

14    Encinosa from Holland and Knight, together, with my partner,

15    Alex Gonzalez, on behalf of Helsinge, Inc.

16            We also represent, Your Honor, Helsinge Limited,

17    Helsinge Holdings, LLC, Daniel Lutz, Luis Liendo, and Maria

18    Fernanda Rodriguez.

19            THE COURT:  Good morning.

20            MR. MARK:  Good morning, Your Honor.  Etan Mark from

21    Mark Migdal & Hayden representing the Defendant John Ryan.

22            THE COURT:  All right.  Good morning.

23            MR. JOSEFSBERG:  Bob Josefsberg on behalf of the

24    Glencore corporate entities.

25            THE COURT:  Good morning.
```

```
 1            MR. GREENBERG:  Good morning.  I'm Gerald Greenberg on
 2     behalf of Vitol Energy, Vitol SA, and Antonio Maarraoui.
 3            THE COURT:  Good morning.
 4            MS. MITCHELL:  Good morning, Your Honor.  Stacy
 5     Mitchell on behalf of defendant Morillo and Barquero.
 6            THE COURT:  Good morning.
 7            MR. GOLDBERG:  Good morning, Your Honor.  Jeff Goldberg
 8     on behalf of BAC Florida Bank.
 9            THE COURT:  Good morning.
10            MS. OLIVOS:  Good morning, Your Honor.  Christina
11     Olivos from Reed Smith here on behalf of Trafigura Trading,
12     LLC.
13            THE COURT:  Good morning.
14            MR. GUTTMAN:  Jorge Guttman from Gunster on behalf of
15     Lukoil Pan Americas, LLC.
16            THE COURT:  All right.  Now, the motion for order to
17     show cause was filed by Helsinge and John Ryan, those
18     defendants.
19            Are the other defendants joining in that motion or are
20     you just here to observe?
21            Mr. Josefsberg and Mr. Greenberg?
22            MR. GREENBERG:  Just here to observe, Your Honor.
23            THE COURT:  Okay, sir.
24            MS. MITCHELL:  Likewise, Your Honor.
25            MR. JOSEFSBERG:  I'm here to observe.  It was easier to
```

1    put my coffee on the desk, other than the chair.

2              THE COURT:  Very good.  All right.

3              It's your motion.  Let's proceed.

4              MR. ENCINOSA:  Thank you, Your Honor.

5              May I approach?

6              THE COURT:  Sure.

7              MR. ENCINOSA:  Your Honor, I spoke to counsel for

8    Mr. Ryan, and I believe he may have some remarks as well, but

9    we agreed, I should go first.

10             Your Honor, the motion should be granted because the

11   record establishes several things.  One is that the plaintiff

12   orchestrated a scheme to circumvent the portion of the TRO

13   which denied plaintiff's request to seize and copy all of

14   defendants documents, including the server.

15             Also, plaintiff caused the portion of the TRO that the

16   Court did grant, which ordered preservation of documents,

17   including the documents not be sent outside of the

18   jurisdiction, and caused acts to be violated.

19             And it caused, through its actions, Helsinge, Inc., to

20   be deprived of its server and its ability to use that server,

21   including in connection with this case and, therefore, have

22   been prejudiced.

23             Going one step further, in compounding the improper

24   conduct that filed an emergency motion, which is not an

25   emergency motion, Your Honor will contend.

1          THE COURT:  I think that happens quite a bit in this

2    district.

3          MR. ENCINOSA:  I understand, Your Honor.

4          But I think here, it's a little worse.  It's not just

5    that it was not an emergency motion, but we believe it was

6    calculated, both by omitting facts and, at the same time,

7    making other affirmative statements to conceal from the Court

8    that the plaintiff was the one who caused the server to be sent

9    to Switzerland; to conceal from the Court, also, that the

10   plaintiff took several affirmative steps to circumvent the

11   Court's denial of its request just days before to obtain a copy

12   of the server.

13         And then, additionally, in an attempt to mislead the

14   Court into believing that defendants had somehow caused this to

15   happen; and for the purpose, specifically, of asking the

16   Court -- which it did in the emergency motion -- to reconsider

17   its previous ruling of a few days prior, denying defendants'

18   request to copy all of defendants' documents.

19         And the server, in fact, in the emergency motion, they

20   not only request that they be allowed to keep the server,

21   specifically, but they request to be able to go back with the

22   U.S. Marshals and seize all of defendants' documents.

23         And also, we point out, as we point out in the motion,

24   the certification of emergency also contains false or

25   misleading statements.

1          But again, here, it's not happenstance.  We think it

2    was with the goal of leading the Court to believe there was an

3    emergency, where there was not one; and perhaps, more

4    importantly, to hide from the Court the fact that plaintiff

5    delayed the filing of its motion from 10 a.m. to 8 p.m.

6    because, in the interim, it was attempting to obtain a copy of

7    the server by dealing with Mr. Ryan's Swiss counsel.

8          And I believe the record also establishes that

9    plaintiff was not forthright at the hearing on the emergency

10   motion.

11         By the way of background, Your Honor, this case was

12   commenced, as the Court knows, on March 3rd.  Sometime prior to

13   that, the purported assignor of the claims to the plaintiff,

14   which is PDVSA itself, initiated, as the complainant, a

15   criminal proceeding in Switzerland.

16         On March 4th, as a result of that investigation,

17   Defendant Ryan was detained by Swiss authorities.  And as the

18   Court will recall, the very next day is when the Court held the

19   ex parte hearing on plaintiff's motion for TRO.

20         And that very same day the Court issued an order which,

21   again, denied plaintiff's specific request to seize and copy,

22   with the assistance of U.S. Marshals, all of defendants'

23   documents, which included the server, but did grant and enter

24   an order preserving documents, including the documents not be

25   removed.

1          And three days later, on March 8th, the Court unsealed

2    the document -- I'm sorry -- the docket in this case, and it

3    was the following day, on March 9th, when the plaintiff filed

4    an emergency motion at 8:07 p.m.

5          Again, in that motion what the plaintiff said, it

6    claimed that it had been conducting surveillance on Mr. Ryan's

7    house and saw the server being removed from the house at,

8    approximately, 10:05 a.m. that same day; that the server was

9    going to be delivered to legal authorities in Switzerland; and

10   that, regardless of the motive, these actions violate the

11   Court's TRO as to preserving evidence in the case.

12         Now, in its emergency motion, plaintiff again asked the

13   Court not just to allow it to copy the server and then let it

14   go off, but it asked the Court to reconsider the entire TRO,

15   based on this assertion that defendants had caused something to

16   happen and, therefore, the Court can go back and reconsider

17   what it had done three days prior in denying the request to

18   seize and copy all of defendants' documents.

19         And it was at 10:20 p.m. that same evening, March 9th,

20   that the Court entered its order which ordered Federal Express

21   hold the documents.  The Court denied plaintiff's request to be

22   allowed to copy the server and said the Court ordered FedEx to

23   simply hold the document.

24         And this is important because we believe it is one of

25   the reasons that plaintiff proceeded in the manner that it did

  1    thereafter.

  2         So one of the key facts that plaintiff omitted to

  3    inform the Court on its emergency motion was that the plaintiff

  4    that same morning, of March 9th, had contacted the Swiss

  5    prosecutor, that very same morning, just a few days after the

  6    Court had denied its motion, the TRO, is requested to seize and

  7    copy documents, it contacted the Swiss prosecutor to let them

  8    know specifically that there was a server at the residence of

  9    John Ryan in Miami.

 10         In plaintiff's response brief, the plaintiff confirms

 11    that it was at the request of its lawyers in this case, the

 12    Boies Schiller firm, that the Swiss lawyer, representing PDVSA

 13    in the Swiss proceedings, reached out to the Swiss prosecutor.

 14         If Your Honor will recall, we only learned the fact

 15    that the plaintiff had caused this information to be sent to

 16    the Swiss prosecutor just before the previous hearing, but for

 17    knowing that, we were able to obtain that declaration through

 18    the filing of another defendant, we would have been none the

 19    wiser.

 20         But, reportedly, Mr. Davis' declaration, submitted

 21    together with plaintiff's response brief here, ECF number

 22    246-1, Mr. Davis specifically says:

 23         "The attorneys of PDVSA did not ask Swiss counsel,

 24    Guerric Canonica, advise the Swiss prosecutor of the location

 25    of Ryan's server in Miami in order to cause the server to be

1  removed from the United States."

2        So, in that statement, they confirm that they are the

3  ones -- so there's no mistake here -- that's the same attorneys

4  who just days before had their motion denied; but then a couple

5  of days later, the next day after the docket is unsealed,

6  caused the Swiss prosecutor to be informed specific of the

7  existence of the server at Mr. Ryan's residence.

8        They don't offer an explanation for why they set it at

9  that point in time.  But perhaps even more telling, they do

10  not -- and this is also confirmed in the response brief --

11  plaintiff does not -- even though it advises the Swiss

12  prosecutor of the existence of the server that very morning --

13  it does not advise the Swiss prosecutor of the TRO.

14        It does not advise the Swiss prosecutor of the TRO.

15        And instead, it waits three days later -- and we'll

16  talk about what happens with that -- but three days later --

17  and it has the ability to track the FedEx shipment, because I

18  will deny this and, in fact, it's included in the FedEx

19  tracking number in the proposed order that was submitted to

20  Your Honor on March 9th.

21        It waits until just before the server arrives at the

22  doorstep of the Swiss prosecutor, and then the plaintiff's

23  Swiss counsel sends an e-mail to the Swiss prosecutor -- which

24  is in our motion -- which, for the first time, just as it's

25  arriving at his doorstep, mentions the TRO, does not attach the

1    TRO, and then goes on to misrepresent what the TRO says:

2         Specifically, it says, that "the plaintiff, because of

3    the TRO, feels that it is justified in obtaining a full copy of

4    the server."

5         Of course, that's the exact opposite of what the TRO

6    said.  Neither do they inform them of the order that the Court

7    entered regarding FedEx, in which the Court for the second time

8    denied a request by the plaintiffs to copy the server.

9         So, at that point, the Court had twice denied attempts

10   by the plaintiff to copy the server.  And we feel the record is

11   clear that the e-mails were calculated, the gap in time was

12   calculated in order to try to achieve being able to copy the

13   server there.

14        So, looking at it on the whole, the plaintiff tried

15   to -- that despite the TRO, tried to obtain a copy of the

16   server here by contacting the Swiss counsel for Mr. Ryan.

17        The server had already been shipped at that point.

18        Then it came to the Court later in the day after

19   multiple attempts to obtain a copy through Mr. Ryan's Swiss

20   counsel.

21        And in the end when this Court entered a second order

22   again denying the request to copy the server, we believe they

23   did not try in earnest to have FedEx stop the shipment of the

24   server.

25        Three days passed from the time the Court enters the

1    order until the package arrives at the Swiss prosecutor's

2    doorstep.  And at any point during those days the plaintiff

3    could have come back to Your Honor and said FedEx is --

4    assuming FedEx had told them no, which it appears they hadn't

5    told them no -- they just tried through a certain method and

6    didn't try further methods to contact them -- but they could

7    have come back to Your Honor and said FedEx is not honoring

8    your obligation, they're not honoring your order.

9           The entire time, from Friday until Monday, it was in

10   possession of FedEx; of the fact that was on a plane to Europe

11   is of no matter.

12          And beyond this, there's plenty of other evidence to

13   suggest that this was not happenstance, but was an orchestrated

14   attempt to do what I've described, right.

15          So the plaintiff, for example, began serving the TRO on

16   other defendants on March 8th, the day before.  And in the

17   response, they say -- and we believe this is also misleading.

18   In the response brief they say, oh, we had sent it by e-mail to

19   Mr. Ryan at his Helsinge house.

20          They don't point out in their response, however,

21   because they knew because they were the ones working with the

22   Swiss prosecutor to have Mr. Ryan arrested and, in fact,

23   Mr. Ryan had been arrested and detained and didn't have access

24   to his e-mail.

25          The plaintiff had specifically listed Mr. Ryan's

1    address as one of four addresses in connection with its motion

2    for temporary injunction -- for the TRO -- temporary

3    restraining order.

4         And, in fact, it had not only investigators outside of

5    his home, but their lead investigator, Mr. Brennan --

6             -- and we'll come back to Mr. Brennan in a second --

7             -- but they had their lead investigator outside of his

8    home, and yet they chose, again, not to serve that address on

9    March 8th, even though they were outside his house; not to

10   serve it on the morning of March 9th; but only to serve it two

11   hours after the server had left the residence that morning

12   because of the Swiss prosecutor's request.

13        Additionally, they were in correspondence, the

14   plaintiff was, with Mr. Ryan's Swiss counsel, and including not

15   just the Swiss attorney, but U.S. counsel, Mr. Carpinello and

16   Mr. Barrett of the Boies Schiller firm were in communication

17   with her.

18        And prior to the time the server left, was shipped out,

19   they did not serve the TRO on her.  In the reply they say,

20   well, we didn't have an address for U.S. counsel, otherwise, we

21   would have served it on them, but they were communicating with

22   Mr. Ryan's Swiss counsel.

23        And, in fact, they made several attempts with her to

24   try to obtain a copy of the server between the time they saw

25   the server leave the house at 10:05 a.m. and at the time that

1    they filed their motion, the two-page motion, at 8:07 p.m.

2         And if you look at the e-mails, Your Honor, for

3    example, the one that is attached as Exhibit E to our motion,

4    e-mails that they've sent, again, copying U.S. counsel, to

5    Ms. Dolon, so Ryan's Swiss counsel, they clearly evidence an

6    attempt by plaintiff to obtain a copy of the server in

7    contravention of the TRO, apparently feigning concern that the

8    server might be damaged, stating that, oh, you know, there's

9    some kind of TRO -- this is after the server's been shipped

10   already -- we just want to get a copy before it gets damaged

11   and shipped, right.

12        Obviously, then they file a motion a few hours later

13   saying it doesn't matter why, but the TRO has been violated and

14   the defendant has done that, and now you should go back and

15   reconsider the TRO.

16        There are multiple e-mails that we attach, not just

17   that one e-mail on that day, to Mr. Ryan's Swiss attorney.

18        Again, as the Court is aware, the motion was not filed

19   until 8:07 p.m. that night.  It was simply a two-page motion.

20        In its response, the plaintiff says that the delay from

21   10:05 a.m. to 8:07 p.m. was because they needed to, quote,

22   consult them on the litigation team who were widely disbursed

23   and engaged in other matters.

24        That's the only explanation that's offered for that

25   delay; again, it's not even a two-page motion, I believe it's a

 1   one-and-a-half page motion.

 2        And then plaintiff attempts to provide, but really

 3   doesn't provide any good details regarding its attempts to

 4   serve the order on.  Of course, as part of its order that

 5   denied the plaintiff the request to copy the server, not only

 6   ordered FedEx to hold the server pending the hearing, but

 7   ordered the defendant -- I'm sorry -- the plaintiff to serve

 8   that order on FedEx.

 9        And we believe that the explanation provided by

10   plaintiff as to its attempts serve only to show that they

11   weren't attempts in earnest to actually try to stop the server.

12        Again, there's no explanation for why additional

13   attempts were not made Saturday, Sunday, why an order -- a

14   further motion wasn't presented to the Court, given that, in

15   their view, it was an emergency and it didn't get delivered

16   until Monday, it was in FedEx's possession the entire time.

17        THE COURT:  Well, in the motion and in the declaration,

18   Mr. Davis does explain his attempts to call FedEx to find out

19   how the order should be delivered and to make them aware of the

20   order.  I mean, he does talk about that; right?

21        MR. ENCINOSA:  He mentions that, I believe, that he

22   made a few phone calls and never got somebody in person on the

23   phone; sent an e-mail to an automated e-mail address; and then

24   they served the FedEx facility in Fort Lauderdale Saturday

25   morning.  I don't believe there was any additional follow-up.

 1          But again, to put it in context, Your Honor, it doesn't

 2     explain why they wait until an hour before, as it's getting to

 3     the prosecutor's doorstep, for them to advise the prosecutor

 4     for the first time that a TRO has been entered; then, at that

 5     point, not attach it and then misrepresent that the TRO says

 6     the opposite of what it actually says, representing that

 7     they're somehow justified in copying the server when, all that

 8     has happened at that time, the Court has twice denied their

 9     attempt to copy the server, one at the TRO hearing and the

10     second time in connection with the emergency motion.

11          And then, Your Honor, we get to the filing of the

12     emergency motion itself, where, again, the motion suggests that

13     they don't reveal communications with a Swiss prosecutor, most

14     importantly.  They don't tell the Court -- it so happens that

15     same morning, the same morning, today, we -- our -- just so

16     there's no confusion here -- U.S. counsel's request, we

17     informed the Swiss prosecutor that there was a server at the

18     residence of Mr. Ryan in Miami.

19          Again, three days before the Court said no, you don't

20     have a right to go in and copy those documents, but in that

21     Court order, the documents aren't to leave the jurisdiction.

22          So they filed a motion, and they don't -- they omit

23     that most material fact, they sort of just suggest in passing,

24     that through communications with Mr. Ryan's Swiss counsel

25     they've learned that it was requested by the Swiss prosecutor.

1    So again, they omit the fact that they're talking to

2    the Swiss prosecutor, but they state the fact that through

3    communications with Swiss counsel -- they don't mention

4    communications with the Swiss prosecutor -- they understand

5    that perhaps, they say -- that this was being sent to

6    Switzerland in connection with the Swiss proceeding -- and they

7    say that it's suspicious and that whatever the motivation is,

8    that the defendants are violating the TRO.

9        Again, they also omit to inform the Court that they

10   made multiple attempts with Mr. Ryan's Swiss counsel for her to

11   try to obtain a copy of the server, again, all of that is also

12   missing from the certification.

13       They omit to inform the Court, importantly, that they

14   had not served the TRO on Mr. Ryan when the server left the

15   premises, Mr. Ryan's residence, by implication, suggesting that

16   it was with knowledge of the TRO that the server was moved,

17   when everybody has confirmed that that's not the case,

18   including Mr. Ryan's Swiss attorney, who's filed declarations

19   in this case.

20       And, you know, they submit a declaration -- like they

21   did with their preliminary injunction motion and TRO motion,

22   they submit a declaration of Mr. Brennan, who's their lead

23   investigator, as they refer to him.

24       He's also being used in this case, I think, as an

25   expert, in the sense -- if you recall, Your Honor, there's a --

1    I think it's a 20 or 30-page declaration attached to the

2    complaint and attached to the motion for preliminary

3    injunction, where that's the main thing that the plaintiffs

4    rely on in this case.

5         Similarly, with respect to this emergency motion,

6    Mr. Brennan again happened to be the one outside -- with other

7    associates, outside Mr. Ryan's residence.

8         They don't tell the people when they're leaving the

9    residence, Mr. Ryan's husband, Mr. Maldonado, about the TRO;

10   again -- he submits a declaration again with the emergency

11   motion, making it appear -- and Mr. Ryan's lawyer will

12   probably, I assume, speak to some of those facts -- that some

13   things happened a certain way or that Mr. Maldonado rushed off.

14        And if you look at the last sentence of that

15   declaration, it goes really far and says something like, I am

16   certain, however, that -- I'm quoting now -- "the individual

17   who removed the server from the Ryan residence was intent on

18   removing it from this Court's jurisdiction before any steps

19   could be taken to preserve the data contained on the server."

20        Obviously, there's no way for him to know that.  Maybe

21   they're offering that as some kind of expert opinion that he

22   can infer, he can read somebody's mind based on his experience.

23        But importantly, you know, in this case, Judge

24   Otazo-Reyes ordered the plaintiffs to produce the Boies

25   Schiller engagement letter.  It was over their objection.

1          The Boies Schiller engagement letter is specifically

2    referenced in the trust agreement that's at issue in this case

3    that purports to create the trust that is the plaintiff in this

4    case.

5          And what the plaintiff did not inform the Court, either

6    at the beginning when they moved ex parte for a preliminary

7    injunction or when it filed this emergency motion, when

8    Mr. Brennan, his compensation on this case is not only

9    substantial but it's tied to the result of the case, it's a

10   contingency.

11         And I have a copy of the Boies Schiller engagement

12   letter here, if Your Honor would like me to hand it up.  I

13   understand the plaintiff's have, for the time being, designated

14   it as confidential.  Obviously, the defendants disagree that

15   this document's in any way confidential.

16         I'm not sure if anybody's here other than parties, but

17   the plaintiff does not want me to disclose the percentage.  I

18   can hand it up to Your Honor so Your Honor can read it.

19         THE COURT:  That's relevant to this proceeding, why?

20         MR. ENCINOSA:  Your Honor, because they attach a

21   declaration of Mr. Brennan -- so in their emergency motion, the

22   one at issue here, and the conduct with respect to the server,

23   Mr. Brennan is a key figure with respect to that and it goes to

24   his credibility, including with respect to the sentence that I

25   just read to Your Honor, and it goes to his motivation -- his

1   motivations in this case.

2           THE COURT:  I don't need to see it.

3           MR. ENCINOSA:  I'm sorry, Your Honor?

4           THE COURT:  I do not need to see it.

5           MR. ENCINOSA:  Okay.  Thank you.

6           THE COURT:  Let me ask you, what are you asking for

7   here?

8           MR. ENCINOSA:  So, Your Honor, first of all, we request

9   that the Court conduct any further inquiry that he deems

10  necessary, and we suggest that there are things that the Court

11  may want to inquire about, including what communications

12  exactly were had with the Swiss prosecutor, what communications

13  were had with the investigators, further information as to the

14  attempts with respect to serving FedEx.

15          Just to inquire whether -- and we don't take these

16  things lightly, Your Honor, but we believe that putting

17  everything together that just, you know, using common sense,

18  life experience, that these e-mails, that the order of events

19  establish that what we say are the motives were the motives.

20          And so we begin with whatever additional inquiry the

21  Court believes is appropriate.  Ultimately, we would want

22  findings that the plaintiffs did what they did, including,

23  which resulted in my client being wrongfully deprived of its

24  server, ability to see documents, even in this case.

25          And we would want an order that tells the plaintiff

1    they can't engage in this type of behavior in the future; that

2    they should not make any further attempts to obtain a copy of

3    the server going forward, given the circumstances; and we also

4    believe that attorneys fees and costs should be awarded and

5    that additional amounts in order to punish to insure this type

6    of activity is not awarded.

7            Again, we think this is the type of issue that

8    hopefully doesn't happen too often, but usually it probably

9    goes unnoticed, and but for, perhaps, the Swiss prosecutor

10   providing the declaration, we would be none the wiser of this

11   and would not have known maybe enough of this to follow-up and

12   find the other communications that we cite in our motion and

13   the other facts that we cite in our motion.

14           THE COURT:  Weren't they, defendant's attorney, Swiss

15   attorney and plaintiff's counsel, one of the -- weren't they

16   negotiating a copy of the server?

17           I mean, apart from the TRO, wasn't there a negotiation?

18           MR. ENCINOSA:  I believe what Your Honor is referring

19   to is Defendant Ryan's Swiss counsel --

20           THE COURT:  Did I read that right.

21           MR. ENCINOSA:  -- was contacted by plaintiff's counsel;

22   is that what Your Honor's referring to?

23           THE COURT:  I thought I read that apart from what the

24   Court -- what was requested from this Court and what was

25   requested from the prosecutor of the parties, Mr. Ryan's Swiss

1   counsel and an attorney for the plaintiff were actually

2   negotiating turning over information on the server; is that

3   incorrect?

4          MR. ENCINOSA:  So, Your Honor, my understanding of the

5   series of events based on the e-mails -- and those are the ones

6   that we cite in our motion -- is that plaintiff's counsel sent

7   an e-mail to Mr. Ryan's counsel, which is separate from

8   Helsinge -- it is Helsinge, Inc.'s server, it's not Mr. Ryan's

9   server -- sent her an e-mail, but at that point the server had

10  already been placed in FedEx, right.

11         So the way that it happened is that the Swiss

12  prosecutor -- so plaintiffs --

13         THE COURT:  Yes, the e-mail in your motion.

14         MR. ENCINOSA:  So, plaintiff's counsel -- Your Honor,

15  plaintiff's U.S. counsel contacts its client's Swiss counsel,

16  that Swiss counsel contacts the prosecutor, that's the morning

17  of March 9th.

18         Within minutes, at most, an hour or two, the Swiss

19  prosecutor contacts Mr. Ryan's Swiss attorney who contacts

20  Mr. Ryan's husband, here, in Miami, and requests that he place

21  the server in shipment to FedEx.

22         Then later the plaintiffs sent an e-mail to Mr. Ryan's

23  Swiss counsel requesting that they be allowed to copy it.  I

24  believe her response is that it's already been shipped at that

25  point, and then there's a second e-mail following up, I

```
 1    believe, after that one, where they again request to be

 2    provided with information regarding whether Mr. Ryan has U.S.

 3    counsel, in another attempt to obtain a copy of the server; and

 4    those attempts having failed, that's when the plaintiff files

 5    the motion -- the emergency motion that night.

 6         And we believe those communications and those attempts

 7    were the reason for the delay in filing, as evidenced by the

 8    e-mails.  And then it was only when Your Honor denied their

 9    request to copy the server here that we believe attempts

10    weren't made in earnest to stop FedEx from shipping the

11    document.

12         And we believe that that's shown by the second e-mail

13    that was sent to the Swiss prosecutor, only the morning of

14    March 12th, as it's about to arrive at its doorstep in

15    Switzerland.

16         And again, only then, for the first time, tells the

17    Swiss prosecutor, on March 9th, when they ask for it -- not on

18    March 10th, March 11th -- but on March 12th, TRO, not at that

19    point attaching it and telling the Swiss prosecutor the

20    opposite of what the TRO says, that the plaintiff is justified

21    in obtaining a full copy of the server as a result of the TRO.

22         THE COURT:  Okay.

23         MR. ENCINOSA:  Thank you.

24         MR. MARK:  Good morning, Your Honor.

25         THE COURT:  Good morning.
```

1          MR. MARK:  Etan Mark for Defendant John Ryan.

2          Your Honor, Mr. Encinosa's done a good job of

3    summarizing the facts, and we believe there's enough here to

4    suggest that PDVSA/PDVSA Trust orchestrated the violation of

5    the TRO to obtain some kind of a strategic advantage in this

6    case.

7          And, Your Honor, I don't wish to be redundant of what

8    Mr. Encinosa argued.  I do want to emphasize a couple of

9    points, briefly.

10          My clients, Mr. Ryan and Mr. Maldonado, his husband,

11   have been dragged through the mud by this plaintiff and by some

12   of these emergency filings, and it's important, I think, for

13   them just to set the record straight.

14          So, Your Honor, by filing this emergency motion, the

15   plaintiff was able to achieve three important objectives:

16          First, it was able to perpetuate this narrative that

17   Mr. Ryan and his spouse are these sort of rogue cowboys without

18   regard for the rule of law;

19          Second, they were able to obscure their own attempts to

20   circumvent the TRO;

21          And by achieving these two objectives, Your Honor, they

22   significantly increased their chance of having this Court enter

23   a very sweeping and ambitious restraining order by playing on

24   these alleged suspicious circumstances relating to the removal

25   of the server.

1          And I just want to provide a little bit of context that

2    I hope will be helpful.  Mr. Ryan and his spouse live in

3    Biscayne Park.  Mr. Maldonado, his spouse, learns that his

4    husband, who's basically an administrative assistant,

5    70-something years old, Vietnam War vet, gets arrested in

6    Geneva on March 4th.

7          And we now understand the arrest was partially

8    orchestrated by PDVSA Trust and Swiss pollice barging into his

9    hotel room at 4:00 in the morning, taking him away, and he's in

10   detention for the next 10 days or so, at least.  He has no

11   contact with his husband.

12         His husband gets a phone call from the Swiss

13   attorney -- the public defender in Geneva, and says the

14   prosecutor is asking you send the server over, so he

15   immediately goes out of his house, loads the server into his

16   car, gets into his car to drive away.

17         And then Mr. Brennan and his associate -- who,

18   Mr. Maldonado has no idea who these people are -- and

19   Mr. Maldonado is born and raised in Venezuela; when two men

20   approach your vehicle and one of them makes a move into his

21   waistband, you don't stick around to ask questions, he took

22   off.  He just drove off.

23         And he shipped the server.

24         Now, at this point, Your Honor, they still have not

25   been served with the TRO, they've not been served with the

1   complaint in this case, there's no pending civil action that

2   they're aware of in the United States.

3        In the meantime, the PDVSA Trust, they know exactly

4   what's going on.  Okay.  They know about the server.  They know

5   exactly why the server is being moved to Geneva.  We know, as

6   Mr. Encinosa pointed out, that the PDVSA Trust, Swiss attorney,

7   and the PDVSA Trust U.S. attorneys are speaking to each other,

8   and the PDVSA U.S. attorneys are saying, we don't care if the

9   server leaves the jurisdiction, we just want to make sure we

10  get a copy of it -- that's what they're saying -- and that's

11  reflected in the March 9th e-mail that's attached as

12  Defendants' motion, that's Docket Entry 191-5.

13       And then, six hours later, Judge, late Friday night,

14  counsel files this emergency motion attributing some kind of

15  nefarious intent to the removal of the server, certifying that

16  there's some kind of emergency.

17       Mr. Brennan, this, quote, private investigator, who,

18  unbeknownst to us and the Court at the time -- as Mr. Encinosa

19  points out -- has some kind of ownership interest in the

20  outcome of this lawsuit, submits this declaration, implying

21  that the server might be tampered with, and it was clear to him

22  that there was an intent to violate the TRO, as this person has

23  pointed out.

24       In the meantime, the press catches wind of this,

25  there's news articles coming out, in which Mr. Ryan's ending up

1    as some kind of intent on surreptitiously destroying evidence.

2         And, unfortunately, Judge, and where this gets

3    particularly egregious, is that counsel for the plaintiff is

4    perpetuating this myth, because they want this sweeping

5    injunction, and we know that from the post-order they've

6    submitted to the Court late Friday night on March 9th, and they

7    continue to --

8         THE COURT:  Well, they wanted it, but I didn't give it

9    to them.

10        MR. MARK:  Thank goodness, you didn't, Judge.

11        But I suppose that raises the question of whether they

12   should have been asking for it without any basis because --

13   and then, at the March 14th hearing, counsel for the plaintiffs

14   stated that regardless of whether or not the server was taken

15   with or without knowledge of the Court's TRO -- and this is a

16   quote -- "it is not suggested -- it is not suggested that this

17   was simply an innocent attempt to assist the Swiss prosecutor."

18        That's what counsel said in this courtroom March 14th,

19   when, in fact, that's exactly what it was, and they knew that

20   it was an innocent attempt to assist the Swiss prosecutor.

21        So, Your Honor, what makes all this so egregious,

22   again, was this whole fabrication is a creature of plaintiff's

23   counsels' own making.

24        They could have served the TRO on my client or on his

25   Swiss counsel before the server was shipped.  They didn't.

1          They could have told the Swiss prosecutor about the TRO

2    in time before the server was shipped.  They chose not to.

3          And worst of all, Your Honor, they failed to disclose

4    to the Court that they knew exactly why the server was being

5    moved, that is, because the plaintiff told the prosecutor about

6    it.

7          And rather than own up to these machinations and admit

8    that the reason the server was being sent was because of a plan

9    that they hatched, they elected to file this sham emergency

10   motion, Your Honor.  Mr. Ryan and Helsinge's have submitted and

11   join in the order to show cause.

12         THE COURT:  And what are you asking for, ultimately?

13         MR. MARK:  We're asking for attorneys fees, Your Honor,

14   certainly, this has been an expensive endeavor for my client.

15         THE COURT:  Attorney's fees related to what?

16         MR. MARK:  To filing the emergency -- once they filed

17   the emergency motion on March 9th, there was an emergency

18   hearing, I believe, on March 14th, Your Honor, there was

19   preparation; I brought my client, Mr. Maldonado, he was

20   prepared to testify; I entered a subpoena on Mr. Maldonado to

21   testify at that hearing, there were fees associated with that,

22   Your Honor.

23         And, frankly, Your Honor, this concept of there being

24   some sort of a intention by Mr. Ryan to destroy evidence, to

25   remove evidence from this jurisdiction in violation of the

1   Court's TRO, which is all over the plaintiff's filings, that

2   should be retracted, Your Honor.

3          And to the extent the Court deems it appropriate and

4   wishes to speak any further -- obviously, we don't have the

5   correspondence between the PDVSA U.S. counsel and PDVSA Swiss

6   counsel, that's certainly documentation that could provide some

7   color here.  We're at a little bit of information disadvantage,

8   but that would be the way we were proceeding, Your Honor.

9          THE COURT:  All right.  Thank you.

10          Counsel.

11          MR. JACKSON:  Thank you, Your Honor.

12          So, Your Honor, our basic perspective is that this is

13   an outrageous motion, and it's a motion that alleges a grand

14   scheme on the part of plaintiff's counsel that makes absolutely

15   no sense and that the defendants have cited no evidence in

16   support of.

17          The basic notion here that defense counsel has advanced

18   is that plaintiff's counsel created a scheme to have a server

19   moved overseas and simultaneously went to the Court for an

20   order to prevent that very thing from happening and yet moved

21   too slowly in doing that.  None of it makes any sense,

22   Your Honor, the ideas are in conflict with one another.

23          And there are a few points I just want to respond to

24   with regard to what defense counsel said, and I want to start

25   sort of at the end because I think it informs some of the

1    problems that are throughout the argument.

2         At the end of what Mr. Mark was just saying, Mr. Mark

3    was describing Mr. Maldonado's state of mind as Mr. Brennan

4    approached him and attempted to talk to him.

5         One of the things that appears in the motion that was

6    filed by Mr. Encinosa is the idea -- they talk about it on page

7    eight of their application -- that Mr. Brennan -- they suggest

8    that Mr. Brennan didn't actually take an opportunity to

9    actually inform Mr. Maldonado of the TRO or what was happening;

10   and yet what we just heard from the attorney for Mr. Ryan and

11   Mr. Maldonado is that when Mr. Maldonado was approached he sped

12   off before anyone had an opportunity to talk with him.

13        Now, I'm not getting -- I'm not quibbling with what

14   their version of the facts are in terms of that.  I think their

15   version of speeding off was exactly consistent with what

16   Mr. Brennan said.

17        But I think the conflict between those two ideas speaks

18   exactly to the problem with the application that the defendants

19   have made here, and it's that they have under -- they have

20   ignored the extent to which before an application's made

21   counsel needs to take a very hard look and make sure that they

22   understand all the facts and make sure that the facts actually

23   match up with the arguments in place here, and they did not do

24   that here.

25        There's several things that they've said in the course

1    of their briefing and several things that they repeated here

2    today that are just wrong, they're just false.

3            One of the things that they talked about, Your Honor,

4    that we described in our brief is this notion that -- is the

5    notion that at the time -- excuse me, Your Honor, I just want

6    to find exactly the word -- is a notion that there was a delay,

7    some sort of improper delay from the time period that we first

8    saw Mr. Maldonado speeding off from the location and Mr. Ryan

9    and the server at the time we filed the emergency motion.

10           And as Mr. Boies admits, Your Honor, at the last

11   hearing, we wish we could have gotten it faster.  But there is

12   nothing in their briefs to suggest that the -- you know, the

13   hours that passed by on the very same day constituted some sort

14   of an improper attempt to delay this in order to allow the

15   server to end up in Europe.

16           What actually happened is exactly what's set out in

17   Mr. Davis' declaration and it's actually set out in our brief.

18   We have attorneys in Florida, we have attorneys overseas, we

19   have attorneys in New York, and other locations.

20           And what was important was for everyone to understand

21   exactly what had transpired and to get together over the time

22   period of that and make sure that the emergency motion was

23   appropriate and that it was going to be filed on the basis of

24   facts that we all understood.

25           And what happened is that took a few hours to

1    accomplish.  Your Honor was contacted at, approximately, 4:00

2    on that day and then a few hours later on that evening the

3    motion was actually filed, and it was signed by Your Honor.

4         THE COURT:  I think perhaps maybe the clerk was

5    contacted.  I don't think my chambers were contacted.

6         MR. JACKSON:  Oh, okay, Your Honor, I'm not sure.  But

7    I believe at some point in that day we contacted you --

8    Mr. Davis contacted the clerk, perhaps, to advise we were

9    planning to seek an emergency motion.

10         But when we did speak to Your Honor at 8:00 and

11    Your Honor entered the motion, there's no question, as set out

12    in Mr. Davis' declaration, that he was making every effort to

13    try to get FedEx to understand that an order had been signed

14    here and that they were not to move the server.

15         He made multiple phone calls to FedEx.  We actually

16    served FedEx.  It's discussed on page six of our application.

17    Mr. Davis sent multiple e-mails.  He sent an e-mail at 11:56

18    advising FedEx of the order, attaching a copy.

19         The next day, we actually hand-delivered, on Saturday,

20    a copy of the order to the FedEx shipping location in

21    Fort Lauderdale.  So, again, it's an idea that's in conflict

22    with common sense.

23         If we wanted the server to go to Europe, there's no

24    reason that they would be able to identify why we would seek an

25    emergency order from Your Honor to try to prevent that; and

1    then we would repeatedly contact FedEx in order to try to

2    prevent them from sending the server, in violation of the TRO.

3         THE COURT:  Well, one could argue that you really

4    didn't want to stop it from going, but that plaintiff's counsel

5    wanted authority from the Court to get a copy before it left,

6    because that's what was really sought all along.

7         MR. JACKSON:  Your Honor, there's no question that at

8    some point -- at different points, we've asked for authority to

9    get a copy of it, and there's no question that once it became

10   clear that this thing was moving, we were hopeful to get -- we

11   were hopeful to -- by whatever means are appropriate -- to make

12   sure that we were able to prevent the server from being

13   tampered with, and perhaps it meant we could get a copy if

14   there was a way to get a copy.

15        But there is no logic to the idea that we orchestrated

16   these entire series of events in order to simply get Your Honor

17   to sign an emergency order to stop the server from moving that

18   would allow it to be copied.  There's no evidence to support

19   that idea.  It's just a creation of --

20        THE COURT:  The problem is -- whether it was

21   orchestrated or not -- there is the impression that perhaps it

22   wasn't full candor with the Court.

23        Mr. Guerric Canonica, the person who sent this

24   e-mail -- it's listed at page seven of defendants' motion -- is

25   the Swiss lawyer for the plaintiff; correct?

1          MR. JACKSON:  Close to, Your Honor.  He's a Swiss

2     lawyer at PDVSA, so he works closely with everybody.

3          THE COURT:  And so he was clearly aware, as set forth

4     in this e-mail.  I understand that there's perhaps a word or

5     two in dispute in the translation, but he was aware that the

6     server was going to be sent to the Swiss prosecutor; correct?

7          MR. JACKSON:  Your Honor, at what point are we talking

8     about?

9          THE COURT:  Well, it says on March 9, the time, it says

10    10:25 here.  The defendants are asserting that's 3:25.   I

11    don't dispute that's 3:25 p.m. eastern time.

12          Here's what I'm getting at, I mean, the plaintiff,

13    through counsel, knew that this server was being shipped, or

14    are you disputing that?

15          MR. JACKSON:  Well, Your Honor, I think it very much

16    depends on when we're talking about.  It is not the case that

17    when Mr. Canonica first started communicating with the

18    prosecutor that he had any idea, as far as I'm aware, that the

19    prosecutors were going to request that Mr. Ryan obtain a copy

20    of it and it was going to be shipped.  That wasn't something

21    that plaintiff's counsel were aware of from the inception.  We

22    weren't being informed of the Swiss prosecutor's plans in

23    realtime.

24          Mr. Canonica informed the Swiss prosecutors of the

25    existence of the server, and I think the existence -- the

1    possible existence of the server at the Ryan home, it wasn't

2    confirmed.  It wasn't something that we definitely knew.  It

3    was something that we theorized, and he informed the Swiss

4    prosecutors of that.

5         And I think that the theory of defense counsel is that

6    it was necessarily the case that when he told the Swiss

7    prosecutors that he was setting into motion this sort of Rube

8    Goldberg machine, where it would be ultimately up -- moved up

9    to Europe, and that's simply not the case.

10        There was no point where he asked the Swiss prosecutors

11   to move it.  And when he communicated that information to them,

12   I think Mr. Canonica was only communicating aggravation here

13   because it was relevant to the fact that they had the guy --

14   they had this guy who was the person who potentially had access

15   to the server and, you know, perhaps they could have asked some

16   questions about it, I don't know.  But we were not informed in

17   realtime about all of the steps of the Swiss prosecutor.

18        Now, at some point, you know, at some point during the

19   day, I think it became clear that this was being moved and, you

20   know, at that point, Your Honor, we sought our emergency

21   motion.

22        THE COURT:  This is in the emergency motion, which is

23   at Docket Entry 60, it indicates that -- in the first

24   paragraph -- that I entered the TRO on March 5th; in paragraph

25   two, it mentions that surveillance was conducted on Mr. Ryan's

1    residence; paragraph three, it says, "earlier today an

2    individual removed a server from the residence."

3           And it says, "further details of this unusual activity

4    are contained in the second declaration of John Brennan," which

5    was attached.

6           MR. JACKSON:  Yes, Your Honor.

7           THE COURT:  And then it goes on to say, in paragraph

8    four, that the "purpose of removing the server was deliberate

9    to the legal authorities in Switzerland were conducting a

10   criminal investigation with respect to events alleged in the

11   complaint."

12          And then, in paragraph five, it says:

13          "Swiss counsel informed plaintiff's counsel that the

14   Ryan server was taken to FedExpress for delivery to the French

15   authorities in Geneva."

16          Nowhere in here does it really indicate to the Court

17   whether it was plaintiff's counsel in South Florida or any of

18   the plaintiff's U.S. counsel, or the plaintiff's counsel in

19   Switzerland.  I, basically, ask the prosecutor for this.

20          MR. JACKSON:  Because that was another case,

21   Your Honor, I would respectfully suggest.  We have this -- I

22   think the emergency motion is exactly -- is completely

23   forthcoming in terms of what we knew at the time.

24          And we spelled out in paragraphs four and five that we

25   had learned that Mr. Ryan and his attorney, who -- I think he

1   can't be understated, these are the employees of Helsinge and

2   they're accusing us of causing an employee to move a server.

3          Putting that aside, we disclosed to the Court that we

4   had learned that their plan was to deliver to Swiss authorities

5   for the -- in order to assist Mr. Ryan in connection with the

6   criminal investigation in Switzerland.

7          THE COURT:  But why would counsel tell me that this was

8   unusual activity?  By the time this motion was filed, you

9   knew -- not you, specifically, but plaintiff's counsel -- knew

10  why the server was being shipped to Switzerland.

11         The impression that it was unusual activity and that it

12  was being done in violation of my order, that was a clear

13  impression that was coming across through this order.

14         MR. JACKSON:  I agree.

15         THE COURT:  Which is why I dropped what I was doing at,

16  approximately, 9:00 that evening to deal with this order.

17         MR. JACKSON:  I agree, Judge, and I think that the

18  application is forthcoming on that point.  We did think it was

19  unusual activity and, you know, what we -- to be completely

20  clear, when I say "we," I'm referring to plaintiff's counsel --

21  but I was not involved in the case at the time of this, but I

22  spoken to everyone involved.

23         And what we believed at the time was that this was

24  being moved, and we did understand, as we explained very

25  clearly in paragraph four and five, and Mr. Ryan was doing

1    this, purportedly, to assist Swiss prosecutors, but we still

2    thought, Your Honor, this was an extremely strange thing to

3    happen.

4            The TRO had just been entered -- not just been entered,

5    but recently been entered, and what we were seeing now was a

6    person leaving the house with a device that we thought was one

7    of the critical devices in this case and speeding off with it.

8            And we had deep concerns, Your Honor, about what would

9    happen to it between the time that it left that house and if it

10   ended up in Switzerland, what would happen to it if it ended up

11   in Swiss custody.

12           We, in good faith, Your Honor, came to the Court in

13   order to tell the Court that we thought that this was unusual

14   activity, and we thought that we understood that the reason for

15   the unusual activity was that, purportedly, Mr. Ryan was

16   cooperating with Swiss authorities and was trying to deliver

17   the server to Swiss authorities.

18           THE COURT:  The "unusual activity" being someone is

19   complying with the request of the Swiss prosecutor in a case

20   that was initiated by the plaintiff, and the plaintiff had been

21   actively negotiating getting a copy of this server and was

22   aware that it was being delivered; that's what you're telling

23   me was "unusual activity"?

24           MR. JACKSON:  Your Honor, again, we didn't -- there are

25   a few different stages to that, but I do think that, yes, we

1    thought that it was unusual activity for after the TRO was

2    entered here.

3         THE COURT:  Let's be more specific.  When you say "we,"

4    who are you talking about?

5         MR. JACKSON:  I'm talking about plaintiff's counsel in

6    general, Your Honor.  I'm talking about, you know, Mr. Boies,

7    Mr. Davis, the entire plaintiff's team.  I think that we

8    thought that the movement of --

9         THE COURT:  Mr. Kennedy was plaintiff's counsel,

10   although, perhaps not with Boies, he was surprised by this as

11   well?

12        MR. JACKSON:  Your Honor, again, it's difficult for me

13   to -- it's difficult when we talk about surprises.  It's

14   differentials because there is an evolution of the time frame

15   here; again, at the very beginning, I don't think Mr. Canonica

16   had an awareness of what the Swiss prosecutor's plans were.  We

17   learned more throughout the day.

18        At the time we filed the motion, everything in the

19   motion is accurate and forthcoming about what we understood was

20   happening.

21        But, Your Honor, I mean, even if it's in connection

22   with a corporation with foreign authorities -- I mean, as a

23   person who's worked as a prosecutor and who's worked as a

24   defense attorney and has worked for foreign authorities -- it's

25   an unusual event for someone to take a server, even at the

1    request of foreign authorities, and ship it overseas,

2    especially a server that they purport is a server that is owned

3    by their employer.  The entire circumstance of it is unusual.

4          Now, if it ended up in Switzerland, we wanted

5    Your Honor to try to take whatever steps were appropriate in

6    order to assure that the server, as it existed in the location

7    in Miami, was preserved as well as possible.

8          But there was absolutely no attempt to mislead this

9    Court in any of the filings.

10          And defense counsel has failed to identify a single

11    statement in any of these filings where we were -- that they

12    contend that we were attempting to mislead the Court.  It made

13    vague references to omissions, but they haven't explained what

14    was omitted.

15          THE COURT:  So when the parties came back before me for

16    a hearing, I guess it was March 14th, at that point,

17    plaintiff's counsel knew everything; right?

18          MR. JACKSON:  Your Honor, I'm always hesitant to agree

19    to everything.

20          THE COURT:  Well, at that point, plaintiff's counsel

21    knew that Mr. Canonica had made a request to copy the server,

22    that he was aware that the Swiss prosecutor had requested the

23    server, plaintiff's counsel in Miami knew that the server had

24    been requested.

25          MR. JACKSON:  Yes, Your Honor.

1          THE COURT:  I mean, all that information was then

2     known?

3          MR. JACKSON:  Yes, Your Honor, absolutely.

4          THE COURT:  So why wasn't that all explained to me?

5          MR. JACKSON:  Your Honor, I've reviewed the hearing

6     transcript and -- first of all, you know, to whatever extent

7     that we failed to answer any of the Court's questions, I

8     apologize on behalf of --

9          THE COURT:  I'm not talking about answering questions.

10    I'm talking about, Your Honor, in all candor, this is what

11    happened.  I'm talking about that kind of situation, because

12    attorneys, all of you are officers of the Court, and if the

13    Court may not have a full understanding of what happened, you

14    know, perhaps all the information wasn't known to plaintiff's

15    counsel at the time the motion was filed.  But it was clearly

16    known by the time the argument happened.

17         And if there was an impression left by a prior motion,

18    we have a hearing, we have an opportunity to clear that up, it

19    would seem that would be the appropriate thing to do.

20         MR. JACKSON:  I completely agree, Your Honor, and I

21    respectfully believe that if we look at --

22         THE COURT:  And I'm going to give you a specific

23    example.

24         MR. JACKSON:  Yes, Your Honor.

25         THE COURT:  You know, in the discussion about -- at

1    that hearing about the server and how it was removed, and I

2    made a comment about, essentially, saying, well, I guess the

3    order was issued too late because it wasn't served on FedEx, I

4    accepted that.

5          But at no time did anyone say to me, by the way,

6    Your Honor, you should know, we initiated this in Switzerland.

7          MR. JACKSON:  Because, Your Honor, I don't believe that

8    that's accurate.  They've attempted to suggest that we

9    initiated this in Switzerland, but we did not initiate this in

10   Switzerland.

11         And I think Mr. Davis' affidavit or declaration, I

12   actually do think, Your Honor, it lays out all of the facts as

13   we knew them in very clear fashion.

14         And the fact of the matter is they have an argument

15   that we initiated this in Switzerland, we didn't.  This was

16   something that was initiated by Mr. Ryan and by the Swiss

17   prosecutor.  It wasn't us that initiated it.

18         We are, you know, one of the complaints in the case in

19   general, and so Mr. Canonica has standing communication with

20   the Swiss prosecutors, at various points he's trying to keep

21   them informed about facts that he thinks may be relevant to

22   them.

23         THE COURT:  Did he tell the prosecutor that there was a

24   TRO issued by me?

25         MR. JACKSON:  Well, he absolutely did, Your Honor, on

1    March 12th.  I'm not sure over the course of that weekend he

2    was -- he had an opportunity.  I'm not sure if he did or not,

3    Your Honor, during that time period, and we were focused during

4    that time, Your Honor, of trying to get FedEx to stop the

5    shipment that was at issue here.

6              THE COURT:  I issued the TRO on March 5th.

7              MR. JACKSON:  Yes, Your Honor.

8              THE COURT:  So the plaintiff was, purportedly, the

9    victim of a crime, there's a prosecutor involved, and once the

10   TRO was issued, plaintiff's counsel in Switzerland didn't think

11   it was important to tell the prosecutor that a federal judge in

12   the United States has issued an order related to that case;

13   that's what you're telling me?

14             MR. JACKSON:  Your Honor, in hindsight, I think it's

15   quite likely that Mr. Canonica would have told the Swiss

16   prosecutors earlier, but until it became clear that the -- and

17   it wasn't until the weekend until it became clear that this

18   server was being moved.

19             I don't think it was obvious to Mr. Canonica that the

20   TRO had specific relevance to what the Swiss prosecutor was

21   doing.  So it hadn't been the case.

22             I mean, as Your Honor knows, this case involves

23   hundreds of docket entries.  Mr. Canonica hasn't informed Swiss

24   authorities about every machination of the case.

25             But as soon as, I think, he did have a opportunity, he

1    did inform Swiss prosecutors about that, and that's one of the

2    documents that Your Honor is seeing.

3            So, Your Honor, I mean, it's one of these situations

4    where you have a great number of things around the world where

5    sometimes there are gaps of communications and information.

6            But it is just absolutely not the case that at any

7    point there was any attempt to mislead Your Honor.

8            There was no attempt to mislead Your Honor, and there's

9    no truth to the idea that at any point plaintiff's counsel was

10   attempting to orchestrate the movement of a server overseas to

11   Switzerland.

12           It's in conflict with what we did.  It's in conflict

13   with logic.  We were attempting to keep the server here where

14   we thought that it should be and where the TRO required it to

15   be.

16           THE COURT:  Anything else?

17           MR. JACKSON:  Your Honor, if you have any other

18   questions for me, I would be happy to answer them, but we

19   appreciate the Court's time.

20           THE COURT:  Thank you.

21           MR. JACKSON:  Thank you, Judge.

22           MR. ENCINOSA:  Your Honor, may I, briefly?

23           THE COURT:  Sure.

24           MR. ENCINOSA:  Your Honor, I would like to begin by

25   pointing out, this is 191-5, it's the March 9th e-mail from

1  Mr. Canonica to Mr. Ryan's Swiss counsel, copying George

2  Carpinello of Boies Schiller and David Barrett at Boies

3  Schiller.  Mr. Carpinello had been serving together with

4  Mr. Boies as lead counsel in this case.

5          And in that e-mail Mr. Canonica, again copying Swiss

6  counsel, specifically reference the TRO in the third paragraph:

7          "I have just spoken with the American attorneys who

8  have, once again, summarized the content of the injunction

9  issued by a civil judge during the course of the week, (a TRO,

10  temporary restraining order.)"

11          And they go on to say:

12          "They aren't opposed to the server being immediately

13  returned to the public prosecutor, even though they could

14  contest this on the basis of the above-mentioned decision.

15  However, they formally request, with your agreement, that a

16  copy of the server is made prior to it being sent to Geneva.

17  In particular, they are concerned, likely with good reason,

18  that content stored on the server could be damaged during

19  transportation," and they provide information to Mr. Carpinello

20  so they can arrange a copy of the server being made.

21          You know, there's nothing strange about it.  Opposing

22  counsel said a strange thing to happen.  These e-mails belie

23  all of those arguments.  Why not tell the Swiss prosecutor at

24  that very moment?  This is March 9th.  We're still on March

25  9th.

1       And yet we know that they wait until it's at his

2   doorstep, they're tracking FedEx on March 12th, for the first

3   time to tell the Swiss prosecutor, there's a TRO.  And again,

4   they don't attach it, they misrepresent what it says.  They

5   should be entitled to a copy because of the TRO.

6       Everything is easily explained and is common sense and

7   life experience with respect to the order of things.  There's

8   nothing illogical.

9       If anything, the only logical determination can be what

10  we point out in our motion -- and we're happy for the Court to

11  inquire further -- because the declaration did not admit in a

12  response - never went into detail regarding who knew what at

13  plaintiff's counsel's firm or what discussions there were with

14  the prosecutor.

15      We asked, in fact, early on before filing this motion

16  for information regarding what specifically was said between

17  the Swiss prosecutor and plaintiff's counsel, and we were not

18  provided with that.

19      So, at the very least, Your Honor -- I mean, we think

20  the record's clear, but at the very least, there should be

21  further inquiry as to what these communications are to the

22  extent that we ask the Court has further questions.

23      THE COURT:  So, assuming everything you say is true and

24  plaintiff's counsel, for whatever reason, orchestrated an

25  attempt to get a copy of the server and leave the impression

1     that the defendants were attempting to secret the server out of

2     the country, is it really a violation of the TRO?

3          What I mean is, through the TRO, the defendants are

4     enjoined from doing certain things and I denied the plaintiff's

5     request to allow them a copy of the servers.

6          Does that necessarily prohibit them from trying to get

7     the defendant to agree to copy it or did it prohibit them,

8     from -- the plaintiff, as opposed to the enjoined defendants --

9     from, I guess, requesting prosecution from Swiss authority.

10    I'm kind of going back and forth on that.

11         MR. ENCINOSA:  So, Your Honor, I would say a couple --

12         THE COURT:  The plaintiff isn't enjoined, only the

13    defendants are, by the TRO.

14         MR. ENCINOSA:  The plaintiff argued in its motion --

15    the emergency motion that, regardless of the motivation, TRO

16    was violated as a result of the server going out; and we

17    believe, based on the record, that they are the ones who caused

18    that to happen.

19         Now, I understand Your Honor's point, as a technical

20    matter, as a plaintiff, did they technically violate the TRO.

21    I would say first that's what they argued, that the mere action

22    violates the TRO.

23         But again, Your Honor, I think this situation is a

24    matter of putting everything together, right.  It's -- they

25    came to Your Honor ex parte and Your Honor denied the request

 1   to seize -- is the way to put it -- go on with the Marshal to

 2   seize and copy documents.

 3        But then Brennan after the TRO saying, you know, these

 4   things can't be moved, and with knowledge of all that and

 5   because they couldn't find the conflict, then we see what

 6   they're doing on March 9th.

 7        Again, they -- again, at no point, they're contending

 8   that -- in their emergency motion that violated the TRO --

 9   that's entirely belied by everything -- not belied, rather --

10   they're saying something different in their other e-mails, and

11   I think their true motivation was to obtain a copy of the

12   server and that would be, I think, a violation of the Court's

13   order the first time.

14        And then when Your Honor denied them the second request

15   in regard to the emergency motion to copy the server, we

16   believe that the only logical inferences that can be drawn

17   is -- at that point the Court had twice denied their attempts

18   to copy the server -- and so, therefore, their further actions

19   and inactions to try to obtain a copy of the server, yet still,

20   this time in Switzerland, which is exactly what they do --

21   again, not until the morning of March 12th, as the server's

22   about to get to the Swiss prosecutor's doorstep, and they

23   request it at that point and first mentioned the TRO at that

24   point.

25        And again, Your Honor, let me go back to this

1    compounding question.  They filed a motion, an emergency

2    motion -- and Your Honor's correct, even if we assume for the

3    sake of argument -- and despite the fact that they've now taken

4    the position that the 10-hour delay in filing the

5    one-and-a-half-page motion was to make sure that they got their

6    facts straight; and if that's what happened in those 10 hours,

7    how could it be that they got their facts exactly wrong?

8         As Your Honor points out, obviously, at the time of the

9    hearing, there would be no doubt.  And all counsel were present

10   here, Mr. Carpinello, Mr. Boies, Mr. Zack and Mr. Davis, and

11   others.

12        So, Your Honor, I think it's really about the totality

13   of the circumstances and the compounding of proprieties that we

14   have here.  Any one of these things on their own could be

15   viewed, obviously, very negatively.

16        But together, they show, just despite the Court's

17   orders -- multiple orders even, a willingness to do whatever's

18   necessary, including saying things to the Court that they

19   shouldn't be saying, omitting information from the Court that

20   they shouldn't be providing, so we're looking at this as the

21   totality of the circumstances.

22        But we do believe that, that orders have been violated,

23   at the very least, the spirit of the orders, but I think,

24   technically, the orders themselves.

25        MR. MARK:  Very briefly, Your Honor.

1          THE COURT:  I'm sorry, were you finished, counsel?

2          MR. ENCINOSA:  Yes, Your Honor, unless Your Honor has

3     any other questions?

4          THE COURT:  No other questions.

5          MR. MARK:  Thank you, Judge.

6          I just want to touch on one point Your Honor made when

7     you were questioning opposing counsel.  And that's this

8     notification of creating an impression that Mr. Ryan was

9     intentionally violating the TRO by removing the server from the

10    jurisdiction.

11         No question, Your Honor, that is exactly what they did,

12    that was their intention by filing that emergency motion.  And

13    I'm sure, as Your Honor indicated, that's why you dropped what

14    you were doing that night to deal with it.

15         They created an impression and misled the Court in that

16    impression, as you pointed out when they refer to the, quote,

17    unusual activity in the emergency motion itself; when

18    Mr. Brennan refers to the suspicious circumstances surrounding

19    the removal of the server and how he is certain that the

20    individual removed the server, and it's in paragraph eight of

21    his declaration -- "was intent on removing it from the Court's

22    jurisdiction before any steps could be taken to preserve the

23    data contained on the server," and that he sort of plants the

24    seed that we don't know whether the server was tampered with.

25         That's in his declaration.

 1          And then at the March 14th hearing -- and, Your Honor,

 2    I want to come back to this point I made earlier -- you asked

 3    counsel, well, at this point you knew everything, why didn't

 4    you effectively tell me, this is what we now know and maybe

 5    some of the things we got wrong in our emergency motion?

 6          And, Your Honor, not only did they fail to disclose to

 7    the Court what they then knew they doubled down.

 8          Counsel for the plaintiff at that hearing -- and I'm on

 9    page eight, lines two through 10 -- he stated at that hearing

10    that --

11          THE COURT:  I'm sorry, you're referring to the motion

12    or referring to --

13          MR. MARK:  I'm sorry, I'm referring to the transcript

14    from March 14th.  It's page eight, lines two through 10 --

15    counsel states the way that the person took the server "tried

16    to avoid the people that were at the house surveilling the

17    house at the time, it is not suggested this was simply an

18    innocent attempt to assist the Swiss prosecutor."

19          So counsel's -- like I said -- doubling down on this

20    mythical narrative that they have completely perpetuated to the

21    detriment of my client, Your Honor.

22          Thank you.

23          THE COURT:  All right.  Thank you.

24          Why don't we take five minutes.  I'll come back.

25          MR. JACKSON:  Excuse me, Your Honor.

1          Would it be okay for Mr. Davis, since a few statements

2     were made related to what Mr. Davis said, to just address a

3     couple of factual points before Your Honor takes it under

4     advisement?

5          THE COURT:  Okay.

6          MR. DAVIS:  Your Honor, since I'm the one who is

7     primarily responsible for filing the motion, I can tell you

8     that I took great care to make sure that every statement I made

9     in this motion was correct based on what I knew on March 9th.

10         We -- and we write down, we said that Mr. Ryan was in

11    custody, we said that we were informed that the server was

12    being delivered to the Swiss prosecutor, in other words, he was

13    trying to get it to cooperate with the Swiss authorities.

14    That's in the motion.

15         We said that we wanted a copy of it, which is really

16    what we really wanted, was we wanted a copy of it.  We -- I

17    knew from the basis of certification of emergency you have to

18    contact United States counsel.

19         I had asked, do we have a United States counsel?

20    Mr. Ryan, unfortunately, he didn't have one.  I'm sure if

21    Mr. Mark had been counsel at that point I could have called him

22    and it would have stopped, it wouldn't have happened, it

23    wouldn't have left, but there was no U.S. counsel to talk to.

24         We were told by Swiss counsel -- and it's in the

25    declarations -- that it's a violation of Swiss law -- it's been

1    told -- I think it's been told in the proceedings to serve any

2    of these court papers on the Swiss defendants without following

3    the Hague Convention.

4         They dispute that in their papers, but what we were

5    told by our Swiss counsel, what we were operating under, as of

6    March 9th, was that we had to operate under this fashion.

7         So I can tell you that I took great care to make sure

8    that every statement I made in this motion was true based on

9    everything I knew, the certification of emergency -- it was a

10   little bit modified from the district's form because I wasn't

11   able to talk to counsel for the defendant.

12        And, Your Honor, your TRO sets out that the evidence is

13   to be preserved, and that's what we were seeking in this.

14   That's what we were seeking in this emergency motion.

15        So I just want Your Honor to know that I did everything

16   I could to try and be as complete and forthright with you in

17   preparing the filing of this motion, and I took very seriously

18   my request certifying that it was an emergency.

19        So, thank you, Judge.

20        THE COURT:  All right.  Thank you.

21        I'm not asserting blame, but if Mr. Canonica, who was

22   in contact with the Swiss prosecutor, had told the Swiss

23   prosecutor prior to the 12th that a TRO had been issued, the

24   prosecutor probably never would have asked that the server be

25   shipped and we wouldn't be here today.  All right.

1          We'll take five minutes, I'll come back.

2          COURTROOM DEPUTY:  All rise.

3          (Recess taken from 11:23 a.m. to 11:38 a.m.)

4          COURTROOM DEPUTY:  All rise.

5          THE COURT:  Please be seated.  Well, having considered

6     the motion, the response, the reply, the declarations that were

7     filed and the record as a whole and, of course, the argument by

8     counsel, the Court cannot affirmatively find any misconduct by

9     plaintiff's counsel, so the motion is denied.

10          As I indicated right before I left, I think the heart

11     of the problem here is plaintiff's Swiss counsel didn't inform

12     the Swiss prosecutor that there was a TRO in place, because I

13     can't imagine that that prosecutor would have sought the server

14     under those circumstances.

15          And I just want to emphasize to everyone here the

16     importance of being candid, of course, to the prosecutor, but

17     especially the Court.

18          And I will emphasize that the whole notion that one

19     hand not knowing what the other hand is doing is not going to

20     be sufficient going forward; so everyone should be mindful of

21     the representations being made to the Court, as well as the

22     importance of making sure that the Court is not left with any

23     misimpressions.

24          If there is something filed by any party, which, in

25     retrospect, may not seem -- well, accurate or provide a clear

```
1   picture to the Court, the attorneys have a duty of making sure

2   that that misinterpretation or that misconception is cleared

3   up.

4           All right.  We'll be in recess.

5           COURTROOM DEPUTY:  All rise.

6           (Proceedings concluded at 11:43 a.m.)

7

8

9

10

11              C E R T I F I C A T E

12

13       I hereby certify that the foregoing is an

14   accurate transcription of the proceedings in the

15   above-entitled matter.

16

17   June 5th, 2018          /s/Glenda M. Powers
     DATE                    GLENDA M. POWERS, RPR, CRR, FPR
18                           United States District Court
                             400 North Miami Avenue, 08S33
19                           Miami, Florida 33128

20

21

22

23

24

25
```

**/**

**/s/Glenda** [1] - 56:16

**0**

**08S33** [2] - 3:10, 56:18

**1**

**1** [2] - 1:7, 2:3
**10** [5] - 8:5, 26:10, 50:6, 52:9, 52:14
**10-hour** [1] - 50:4
**100** [1] - 1:16
**1001** [1] - 2:23
**10022** [1] - 1:21
**10:00** [1] - 1:6
**10:05** [3] - 9:8, 14:25, 15:21
**10:20** [1] - 9:19
**10:25** [1] - 35:10
**10th** [1] - 24:18
**11:23** [1] - 55:3
**11:38** [1] - 55:3
**11:43** [2] - 1:6, 56:6
**11:56** [1] - 33:17
**11th** [1] - 24:18
**1221** [1] - 3:5
**12th** [6] - 24:14, 24:18, 44:1, 47:2, 49:21, 54:23
**1331** [1] - 2:16
**14th** [6] - 28:13, 28:18, 29:18, 41:16, 52:1, 52:14
**18-20818** [1] - 4:6
**18-CV-20818-DPG** [1] - 1:2
**191-5** [2] - 27:12, 45:25
**1999** [1] - 2:19

**2**

**20** [1] - 19:1
**20036** [1] - 2:17
**201** [1] - 1:24
**2010** [1] - 3:5
**2018** [2] - 1:5, 56:16
**2300** [1] - 2:3
**246-1** [1] - 10:22
**2800** [1] - 1:17
**2nd** [1] - 1:16

**3**

**30-page** [1] - 19:1
**3000** [1] - 2:8
**33128** [2] - 3:10, 56:18

**33130** [1] - 2:20
**33131** [7] - 1:17, 1:24, 2:4, 2:9, 2:13, 2:23, 3:6
**3500** [1] - 2:13
**3:25** [2] - 35:10, 35:11
**3rd** [2] - 2:3, 8:12

**4**

**400** [2] - 3:9, 56:18
**4:00** [2] - 26:9, 33:1
**4th** [2] - 8:16, 26:6

**5**

**5** [1] - 1:5
**575** [1] - 1:20
**5th** [3] - 36:24, 44:6, 56:16

**6**

**60** [1] - 36:23
**600** [1] - 2:13
**66** [1] - 1:7

**7**

**70-something** [1] - 26:5
**701** [1] - 2:8
**7th** [1] - 1:20

**8**

**8** [1] - 8:5
**80** [1] - 2:19
**8:00** [1] - 33:10
**8:07** [4] - 9:4, 15:1, 15:19, 15:21
**8th** [4] - 2:19, 9:1, 13:16, 14:9

**9**

**9** [1] - 35:9
**900** [1] - 2:23
**9:00** [1] - 38:16
**9th** [16] - 9:3, 9:19, 10:4, 11:20, 14:10, 23:17, 24:17, 27:11, 28:6, 29:17, 45:25, 46:24, 46:25, 49:6, 53:9, 54:6

**A**

**a.m** [9] - 1:6, 8:5, 9:8, 14:25, 15:21, 55:3, 56:6

**ability** [3] - 6:20, 11:17, 21:24
**able** [9] - 7:21, 10:17, 12:12, 25:15, 25:16, 25:19, 33:24, 34:12, 54:11
**above-entitled** [1] - 56:14
**above-mentioned** [1] - 46:14
**absolutely** [5] - 30:14, 41:8, 42:3, 43:25, 45:6
**accepted** [1] - 43:4
**access** [2] - 13:23, 36:14
**accomplish** [1] - 33:1
**accurate** [4] - 40:19, 43:8, 55:25, 56:13
**accusing** [1] - 38:2
**achieve** [2] - 12:12, 25:15
**achieving** [1] - 25:21
**action** [2] - 27:1, 48:21
**actions** [2] - 6:19, 9:10, 49:18
**actively** [1] - 39:21
**activity** [11] - 22:6, 37:3, 38:8, 38:11, 38:19, 39:14, 39:15, 39:18, 39:23, 40:1, 51:17
**acts** [1] - 6:18
**additional** [4] - 16:12, 16:25, 21:20, 22:5
**additionally** [2] - 7:13, 14:13
**address** [5] - 14:1, 14:8, 14:20, 16:23, 53:2
**addresses** [1] - 14:1
**administrative** [1] - 26:4
**admit** [2] - 29:7, 47:11
**admits** [1] - 32:10
**advanced** [1] - 30:17
**advantage** [1] - 25:5
**advise** [5] - 10:24, 11:13, 11:14, 17:3, 33:8
**advisement** [1] - 53:4
**advises** [1] - 11:11
**advising** [1] - 33:18
**affidavit** [1] - 43:11
**affirmatively** [1] - 55:8
**aggravation** [1] - 36:12
**agree** [5] - 38:14, 38:17, 41:18, 42:20,

48:7
**agreed** [1] - 6:9
**agreement** [2] - 20:2, 46:15
**AKIN** [1] - 2:16
**al** [1] - 1:7
**ALEX** [1] - 2:7
**Alex** [1] - 4:15
**alleged** [2] - 25:24, 37:10
**alleges** [1] - 30:13
**allow** [4] - 9:13, 32:14, 34:18, 48:5
**allowed** [3] - 7:20, 9:22, 23:23
**ALVAREZ** [1] - 2:5
**ambitious** [1] - 25:23
**American** [1] - 46:7
**AMERICAS** [2] - 1:7, 2:12
**Americas** [2] - 4:7, 5:15
**amounts** [1] - 22:5
**AND** [2] - 1:18, 2:8
**answer** [2] - 42:7, 45:18
**answering** [1] - 42:9
**Antonio** [1] - 5:2
**ANTONIO** [1] - 3:4
**apart** [2] - 22:17, 22:23
**apologize** [1] - 42:8
**appear** [1] - 19:11
**APPEARANCES** [3] - 1:14, 2:1, 3:1
**appearances** [1] - 4:8
**application** [4] - 31:7, 31:18, 33:16, 38:18
**application's** [1] - 31:20
**appreciate** [1] - 45:19
**approach** [2] - 6:5, 26:20
**approached** [2] - 31:4, 31:11
**appropriate** [6] - 21:21, 30:3, 32:23, 34:11, 41:5, 42:19
**argue** [1] - 34:3
**argued** [3] - 25:8, 48:14, 48:21
**argument** [5] - 31:1, 42:16, 43:14, 50:3, 55:7
**arguments** [2] - 31:23, 46:23

**arrange** [1] - 46:20
**arrest** [1] - 26:7
**arrested** [3] - 13:22, 13:23, 26:5

**arrive** [1] - 24:14
**arrives** [2] - 11:21, 13:1
**arriving** [1] - 11:25
**articles** [1] - 27:25
**aside** [1] - 38:3
**asserting** [2] - 35:10, 54:21
**assertion** [1] - 9:15
**assignor** [1] - 8:13
**assist** [5] - 28:17, 28:20, 38:5, 39:1, 52:18
**assistance** [1] - 8:22
**assistant** [1] - 26:4
**associate** [1] - 26:17
**associated** [1] - 29:21
**associates** [1] - 19:7
**assume** [2] - 19:12, 50:2
**assuming** [2] - 13:4, 47:23
**assure** [1] - 41:6
**attach** [5] - 11:25, 15:16, 17:5, 20:20, 47:4
**attached** [5] - 15:3, 19:1, 19:2, 27:11, 37:5
**attaching** [2] - 24:19, 33:18
**attempt** [13] - 7:13, 13:14, 15:6, 17:9, 24:3, 28:17, 28:20, 32:14, 41:8, 45:7, 45:8, 47:25, 52:18
**attempted** [2] - 31:4, 43:8
**attempting** [5] - 8:6, 41:12, 45:10, 45:13, 48:1
**attempts** [17] - 12:9, 12:19, 14:23, 16:2, 16:3, 16:10, 16:11, 16:13, 16:18, 18:10, 21:14, 22:2, 24:4, 24:6, 24:9, 25:19, 49:17
**attorney** [12] - 14:15, 15:17, 18:18, 22:14, 22:15, 23:1, 23:19, 26:13, 27:6, 31:10, 37:25, 40:24
**attorney's** [1] - 29:15
**attorneys** [12] - 10:23, 11:3, 22:4, 27:7, 27:8, 29:13, 32:18, 32:19, 42:12, 46:7, 56:1
**attributing** [1] - 27:14

**authorities** [12] - 8:17, 9:9, 37:9, 37:15, 38:4, 39:16, 39:17, 40:22, 40:24, 41:1, 44:24, 53:13
**authority** [3] - 34:5, 34:8, 48:9
**automated** [1] - 16:23
**Avenue** [8] - 1:20, 2:3, 2:8, 2:13, 2:16, 3:5, 3:9, 56:18
**avoid** [1] - 52:16
**awarded** [2] - 22:4, 22:6
**aware** [9] - 15:18, 16:19, 27:2, 35:3, 35:5, 35:18, 35:21, 39:22, 41:22
**awareness** [1] - 40:16

**B**

**BAC** [2] - 1:23, 5:8
**background** [1] - 8:11
**Bank** [1] - 5:8
**BANK** [1] - 1:23
**BAQUERO** [1] - 2:16
**barging** [1] - 26:8
**Barquero** [1] - 5:5
**Barrett** [2] - 14:16, 46:2
**based** [6] - 9:15, 19:22, 23:5, 48:17, 53:9, 54:8
**basic** [2] - 30:12, 30:17
**basis** [4] - 28:12, 32:23, 46:14, 53:17
**Bay** [1] - 2:23
**became** [4] - 34:9, 36:19, 44:16, 44:17
**BEFORE** [1] - 1:11
**began** [1] - 13:15
**begin** [2] - 21:20, 45:24
**beginning** [2] - 20:6, 40:15
**behalf** [9] - 4:9, 4:15, 4:23, 5:2, 5:5, 5:8, 5:11, 5:14, 42:8
**behavior** [1] - 22:1
**belie** [1] - 46:22
**belied** [2] - 49:9
**believes** [1] - 21:21
**BERMUDA** [1] - 3:3
**between** [5] - 14:24, 30:5, 31:17, 39:9, 47:16
**beyond** [1] - 13:12
**Biscayne** [2] - 1:24,

26:3
**bit** [4] - 7:1, 26:1, 30:7, 54:10
**blame** [1] - 54:21
**Bob** [1] - 4:23
**Boies** [13] - 4:10, 10:12, 14:16, 19:24, 20:1, 20:11, 32:10, 40:6, 40:10, 46:2, 46:4, 50:10
**BOIES** [2] - 1:16, 1:20
**born** [1] - 26:19
**Boulevard** [1] - 1:24
**Brennan** [16] - 14:5, 14:6, 18:22, 19:6, 20:8, 20:21, 20:23, 26:17, 27:17, 31:3, 31:7, 31:8, 31:16, 37:4, 49:3, 51:18
**Brickell** [4] - 2:8, 2:13, 2:23, 3:5
**brief** [6] - 10:10, 10:21, 11:10, 13:18, 32:4, 32:17
**briefing** [1] - 32:1
**briefly** [3] - 25:9, 45:22, 50:25
**briefs** [1] - 32:12
**brought** [1] - 29:19
**BY** [1] - 3:8

**C**

**calculated** [3] - 7:6, 12:11, 12:12
**candid** [1] - 55:16
**candor** [2] - 34:22, 42:10
**cannot** [1] - 55:8
**Canonica** [14] - 10:24, 34:23, 35:17, 35:24, 36:12, 40:15, 41:21, 43:19, 44:15, 44:19, 44:23, 46:1, 46:5, 54:21
**car** [2] - 26:16
**care** [3] - 27:8, 53:8, 54:7
**Carpinello** [5] - 14:15, 46:2, 46:3, 46:19, 50:10
**case** [32] - 6:21, 8:11, 9:2, 9:11, 10:11, 18:17, 18:19, 18:24, 19:4, 19:23, 20:2, 20:4, 20:8, 20:9, 21:1, 21:24, 25:6, 27:1, 35:16, 36:6, 36:9, 37:20, 38:21, 39:7, 39:19, 43:18,

44:12, 44:21, 44:22, 44:24, 45:6, 46:4
**CASE** [1] - 1:2
**Case** [1] - 4:6
**catches** [1] - 27:24
**caused** [9] - 6:15, 6:18, 6:19, 7:8, 7:14, 9:15, 10:15, 11:6, 48:17
**causing** [1] - 38:2
**certain** [5] - 13:5, 19:13, 19:16, 48:4, 51:19
**certainly** [2] - 29:14, 30:6
**certification** [4] - 7:24, 18:12, 53:17, 54:9
**certify** [1] - 56:12
**certifying** [2] - 27:15, 54:18
**chair** [1] - 6:1
**chambers** [1] - 33:5
**chance** [1] - 25:22
**chose** [2] - 14:8, 29:2
**CHRISTINA** [1] - 2:22
**Christina** [1] - 5:10
**circumstance** [1] - 41:3
**circumstances** [6] - 22:3, 25:24, 50:13, 50:21, 51:18, 55:14
**circumvent** [3] - 6:12, 7:10, 25:20
**cite** [3] - 22:12, 22:13, 23:6
**cited** [1] - 30:15
**civil** [2] - 27:1, 46:9
**claimed** [1] - 9:6
**claims** [1] - 8:13
**clear** [12] - 12:11, 27:21, 34:10, 36:19, 38:12, 38:20, 42:18, 43:13, 44:16, 44:17, 47:20, 55:25
**cleared** [1] - 56:2
**clearly** [4] - 15:5, 35:3, 38:25, 42:15
**clerk** [2] - 33:4, 33:8
**client** [5] - 21:23, 28:24, 29:14, 29:19, 52:21
**client's** [1] - 23:15
**clients** [1] - 25:10
**close** [1] - 35:1
**closely** [1] - 35:2
**coffee** [1] - 6:1
**color** [1] - 30:7
**coming** [2] - 27:25, 38:13
**commenced** [1] - 8:12

**comment** [1] - 43:2
**common** [3] - 21:17, 33:22, 47:6
**communicated** [1] - 36:11
**communicating** [3] - 14:21, 35:17, 36:12
**communication** [2] - 14:16, 43:19
**communications** [10] - 17:13, 17:24, 18:3, 18:4, 21:11, 21:12, 22:12, 24:6, 45:5, 47:21
**compensation** [1] - 20:8
**complainant** [1] - 8:14
**complaint** [3] - 19:2, 27:1, 37:11
**complaints** [1] - 43:18
**complete** [1] - 54:16
**completely** [4] - 37:22, 38:19, 42:20, 52:20
**complying** [1] - 39:19
**compounding** [3] - 6:23, 50:1, 50:13
**conceal** [2] - 7:7, 7:9
**concept** [1] - 29:23
**concern** [1] - 15:7
**concerned** [1] - 46:17
**concerns** [1] - 39:8
**concluded** [1] - 56:6
**conduct** [3] - 6:24, 20:22, 21:9
**conducted** [1] - 36:25
**conducting** [2] - 9:6, 37:9
**confidential** [2] - 20:14, 20:15
**confirm** [1] - 11:2
**confirmed** [3] - 11:10, 18:17, 36:2
**confirms** [1] - 10:10
**conflict** [6] - 30:22, 31:17, 33:21, 45:12, 49:5
**confusion** [1] - 17:16
**connection** [6] - 6:21, 14:1, 17:10, 18:6, 38:5, 40:21
**considered** [1] - 55:5
**consistent** [1] - 31:15
**constituted** [1] - 32:13
**consult** [1] - 15:22
**contact** [5] - 13:6, 26:11, 34:1, 53:18, 54:22
**contacted** [8] - 10:4, 10:7, 22:21, 33:1,

33:5, 33:7, 33:8
**contacting** [1] - 12:16
**contacts** [4] - 23:15, 23:16, 23:19
**contained** [3] - 19:19, 37:4, 51:23
**contains** [1] - 7:24
**contend** [2] - 6:25, 41:12
**contending** [1] - 49:7
**content** [2] - 46:8, 46:18
**contest** [1] - 46:14
**context** [2] - 17:1, 26:1
**contingency** [1] - 20:10
**continue** [1] - 28:7
**CONTINUED** [2] - 2:1, 3:1
**contravention** [1] - 15:7
**Convention** [1] - 54:3
**cooperate** [1] - 53:13
**cooperating** [1] - 39:16
**copied** [1] - 34:18
**copy** [53] - 6:13, 7:11, 7:18, 8:6, 8:21, 9:13, 9:18, 9:22, 10:7, 12:3, 12:8, 12:10, 12:12, 12:15, 12:19, 12:22, 14:24, 15:6, 15:10, 16:5, 17:9, 17:20, 18:11, 20:11, 22:2, 22:16, 23:23, 24:3, 24:9, 24:21, 27:10, 33:18, 33:20, 34:5, 34:9, 34:13, 34:14, 35:19, 39:21, 41:21, 46:16, 46:20, 47:5, 47:25, 48:5, 48:7, 49:2, 49:11, 49:15, 49:18, 49:19, 53:15, 53:16
**copying** [4] - 15:4, 17:7, 46:1, 46:5
**corporate** [1] - 4:24
**corporation** [1] - 40:22
**correct** [4] - 34:25, 35:6, 50:2, 53:9
**correspondence** [2] - 14:13, 30:5
**costs** [1] - 22:4
**counsel** [84] - 4:8, 6:7, 8:7, 10:23, 11:23, 12:16, 12:20, 14:14, 14:15, 14:20, 14:22, 15:4, 15:5, 17:24,

18:3, 18:10, 22:15, 22:19, 22:21, 23:1, 23:6, 23:7, 23:14, 23:15, 23:16, 23:23, 24:3, 27:14, 28:3, 28:13, 28:18, 28:25, 30:5, 30:6, 30:10, 30:14, 30:17, 30:18, 30:24, 31:21, 34:4, 35:13, 35:21, 36:5, 37:13, 37:17, 37:18, 38:7, 38:9, 38:20, 40:5, 40:9, 41:10, 41:17, 41:20, 41:23, 42:15, 44:10, 45:9, 46:1, 46:4, 46:6, 46:22, 47:17, 47:24, 50:9, 51:1, 51:7, 52:3, 52:8, 52:15, 53:18, 53:19, 53:21, 53:23, 53:24, 54:5, 54:11, 55:8, 55:9, 55:11

**counsel's** [3] - 17:16, 47:13, 52:19
**counsels'** [1] - 28:23
**country** [1] - 48:2
**couple** [4] - 11:4, 25:8, 48:11, 53:3
**course** [7] - 12:5, 16:4, 31:25, 44:1, 46:9, 55:7, 55:16
**court** [1] - 54:2
**COURT** [64] - 1:1, 4:5, 4:12, 4:19, 4:22, 4:25, 5:3, 5:6, 5:9, 5:13, 5:16, 5:23, 6:2, 6:6, 7:1, 16:17, 20:19, 21:2, 21:4, 21:6, 22:14, 22:20, 22:23, 23:13, 24:22, 24:25, 28:8, 29:12, 29:15, 30:9, 33:4, 34:3, 34:20, 35:3, 35:9, 36:22, 37:7, 38:7, 38:15, 39:18, 40:3, 40:9, 41:15, 41:20, 42:1, 42:4, 42:9, 42:22, 42:25, 43:23, 44:6, 44:8, 45:16, 45:20, 45:23, 47:23, 48:12, 51:1, 51:4, 52:11, 52:23, 53:5, 54:20, 55:5
**Court** [73] - 3:8, 3:9, 4:1, 4:3, 6:16, 7:7, 7:9, 7:14, 7:16, 8:2, 8:4, 8:12, 8:18, 8:20, 9:1, 9:13, 9:14, 9:16, 9:20, 9:21, 9:22,

10:3, 10:6, 12:6, 12:7, 12:9, 12:18, 12:21, 12:25, 15:18, 16:14, 17:8, 17:14, 17:19, 17:21, 18:9, 18:13, 20:5, 21:9, 21:10, 21:21, 22:24, 25:22, 27:18, 28:6, 29:4, 30:3, 30:19, 34:5, 34:22, 37:16, 38:3, 39:12, 39:13, 41:9, 41:12, 42:12, 42:13, 47:10, 47:22, 49:17, 50:18, 50:19, 51:15, 52:7, 55:8, 55:17, 55:21, 55:22, 56:1, 56:17
**Court's** [12] - 7:11, 9:11, 19:18, 28:15, 30:1, 42:7, 45:19, 49:12, 50:16, 51:21
**COURTROOM** [5] - 4:2, 4:6, 55:2, 55:4, 56:5
**courtroom** [1] - 28:18
**cowboys** [1] - 25:17
**create** [1] - 20:3
**created** [2] - 30:18, 51:15
**creating** [1] - 51:8
**creation** [1] - 34:19
**creature** [1] - 28:22
**credibility** [1] - 20:24
**crime** [1] - 44:9
**criminal** [3] - 8:15, 37:10, 38:6
**critical** [1] - 39:7
**CRR** [2] - 3:8, 56:17
**custody** [2] - 39:11, 53:11

**D**

**damaged** [3] - 15:8, 15:10, 46:18
**DANIEL** [1] - 2:9
**Daniel** [1] - 4:17
**DARRIN** [1] - 1:11
**Darrin** [1] - 4:3
**data** [2] - 19:19, 51:23
**DATE** [1] - 56:17
**David** [1] - 46:2
**Davis** [9] - 4:9, 10:22, 16:18, 33:8, 33:17, 40:7, 50:10, 53:1, 53:2
**DAVIS** [2] - 1:15, 53:6
**Davis'** [4] - 10:20, 32:17, 33:12, 43:11
**days** [13] - 7:11, 7:17,

9:1, 9:17, 10:5, 11:4, 11:5, 11:15, 11:16, 12:25, 13:2, 17:19, 26:10
**DC** [1] - 2:17
**DE** [1] - 2:5
**deal** [2] - 38:16, 51:14
**dealing** [1] - 8:7
**decision** [1] - 46:14
**declaration** [18] - 10:17, 10:20, 16:17, 18:20, 18:22, 19:1, 19:10, 19:15, 20:21, 22:10, 27:20, 32:17, 33:12, 37:4, 43:11, 47:11, 51:21, 51:25
**declarations** [3] - 18:18, 53:25, 55:6
**deems** [2] - 21:9, 30:3
**deep** [1] - 39:8
**Defendant** [4] - 4:21, 8:17, 22:19, 25:1
**DEFENDANT** [4] - 1:23, 2:12, 2:18, 2:21
**defendant** [6] - 5:5, 10:18, 15:14, 16:7, 48:7, 54:11
**defendant's** [1] - 22:14
**defendants** [17] - 1:8, 5:18, 5:19, 6:14, 7:14, 9:15, 13:16, 18:8, 20:14, 30:15, 31:18, 35:10, 48:1, 48:3, 48:8, 48:13, 54:2
**DEFENDANTS** [4] - 2:2, 2:7, 2:15, 3:2
**Defendants'** [1] - 27:12
**defendants'** [6] - 7:17, 7:18, 7:22, 8:22, 9:18, 34:24
**defender** [1] - 26:13
**defense** [5] - 30:17, 30:24, 36:5, 40:24, 41:10
**definitely** [1] - 36:2
**delay** [7] - 15:20, 15:25, 24:7, 32:6, 32:7, 32:14, 50:4
**delayed** [1] - 8:5
**deliberate** [1] - 37:8
**deliver** [2] - 38:4, 39:16
**delivered** [6] - 9:9, 16:15, 16:19, 33:19, 39:22, 53:12
**delivery** [1] - 37:14

**denial** [1] - 7:11
**denied** [15] - 6:13, 8:21, 9:21, 10:6, 11:4, 12:8, 12:9, 16:5, 17:8, 24:8, 48:4, 48:25, 49:14, 49:17, 55:9
**deny** [1] - 11:18
**denying** [3] - 7:17, 9:17, 12:22
**deprived** [2] - 6:20, 21:23
**DEPUTY** [5] - 4:2, 4:6, 55:2, 55:4, 56:5
**described** [2] - 13:14, 32:4
**describing** [1] - 31:3
**designated** [1] - 20:13
**desk** [1] - 6:1
**despite** [3] - 12:15, 50:3, 50:16
**destroy** [1] - 29:24
**destroying** [1] - 28:1
**detail** [1] - 47:12
**details** [2] - 16:3, 37:3
**detained** [2] - 8:17, 13:23
**detention** [1] - 26:10
**determination** [1] - 47:9
**detriment** [1] - 52:21
**device** [1] - 39:6
**devices** [1] - 39:7
**different** [7] - 34:8, 39:25, 49:10
**differentials** [1] - 40:14
**difficult** [2] - 40:12, 40:13
**disadvantage** [1] - 30:7
**disagree** [1] - 20:14
**disbursed** [1] - 15:22
**disclose** [3] - 20:17, 29:3, 52:6
**disclosed** [1] - 38:3
**discussed** [1] - 33:16
**discussion** [1] - 42:25
**discussions** [1] - 47:13
**dispute** [3] - 35:5, 35:11, 54:4
**disputing** [1] - 35:14
**DISTRICT** [3] - 1:1, 1:1, 1:12
**District** [3] - 3:9, 4:3, 56:17
**district** [1] - 7:2
**district's** [1] - 54:10
**DIVISION** [1] - 1:2

**docket** [3] - 9:2, 11:5, 44:23
**Docket** [2] - 27:12, 36:23
**document** [3] - 9:2, 9:23, 24:11
**document's** [1] - 20:15
**documentation** [1] - 30:6
**documents** [16] - 6:14, 6:16, 6:17, 7:18, 7:22, 8:23, 8:24, 9:18, 9:21, 10:7, 17:20, 17:21, 21:24, 45:2, 49:2
**Dolon** [1] - 15:5
**done** [4] - 9:17, 15:14, 25:2, 38:12
**doorstep** [7] - 11:22, 11:25, 13:2, 17:3, 24:14, 47:2, 49:22
**doubled** [1] - 52:7
**doubling** [1] - 52:19
**doubt** [1] - 50:9
**down** [3] - 52:7, 52:19, 53:10
**dragged** [1] - 25:11
**drawn** [1] - 49:16
**drive** [1] - 26:16
**Drive** [1] - 2:23
**dropped** [2] - 38:15, 51:13
**drove** [1] - 26:22
**during** [6] - 13:2, 36:18, 44:3, 46:9, 46:18
**duty** [1] - 56:1

**E**

**e-mail** [18] - 11:23, 13:18, 13:24, 15:17, 16:23, 23:7, 23:9, 23:13, 23:22, 23:25, 24:12, 27:11, 33:17, 34:24, 35:4, 45:25, 46:5
**e-mails** [10] - 12:11, 15:2, 15:4, 15:16, 21:18, 23:5, 24:8, 33:17, 46:22, 49:10
**early** [1] - 47:15
**earnest** [1] - 12:23, 16:11, 24:10
**easier** [1] - 5:25
**easily** [1] - 47:6
**eastern** [1] - 33:11
**ECF** [1] - 10:21
**effectively** [1] - 52:4

effort [1] - 33:12
egregious [2] - 28:3, 28:21
eight [4] - 31:7, 51:20, 52:9, 52:14
either [1] - 20:5
elected [1] - 29:9
emergency [46] - 6:24, 6:25, 7:5, 7:16, 7:19, 7:24, 8:3, 8:9, 9:4, 9:12, 10:3, 16:15, 17:10, 17:12, 19:5, 19:10, 20:7, 20:21, 24:5, 25:12, 25:14, 27:14, 27:16, 29:9, 29:16, 29:17, 32:9, 32:22, 33:9, 33:25, 34:17, 36:20, 36:22, 37:22, 48:15, 49:8, 49:15, 50:1, 51:12, 51:17, 52:5, 53:17, 54:9, 54:14, 54:18
emphasize [2] - 55:8, 55:15, 55:18
employee [1] - 38:2
employees [1] - 38:1
employer [1] - 41:3
Encinosa [5] - 4:14, 25:8, 27:6, 27:18, 31:6
ENCINOSA [20] - 2:7, 4:13, 6:4, 6:7, 7:3, 16:21, 20:20, 21:3, 21:5, 21:8, 22:18, 22:21, 23:4, 23:14, 24:23, 45:22, 45:24, 48:11, 48:14, 51:2
Encinosa's [1] - 25:2
end [4] - 12:21, 30:25, 31:2, 32:15
endeavor [1] - 29:14
ended [3] - 39:10, 41:4
ending [1] - 27:25
Energy [1] - 5:2
ENERGY [2] - 2:3, 3:3
engage [1] - 22:1
engaged [1] - 15:23
engagement [3] - 19:25, 20:1, 20:11
enjoined [3] - 48:4, 48:8, 48:12
enter [2] - 8:23, 25:22
entered [11] - 9:20, 12:7, 12:21, 17:4, 29:20, 33:11, 36:24, 39:4, 39:5, 40:2
enters [1] - 12:25
entire [6] - 9:14, 13:9, 16:16, 34:16, 40:7,

41:3
entirely [1] - 49:9
entities [1] - 4:24
entitled [2] - 47:5, 56:14
entries [1] - 44:23
Entry [1] - 27:12, 36:23
especially [2] - 41:2, 55:17
ESQ [11] - 1:15, 1:19, 1:23, 2:2, 2:7, 2:7, 2:12, 2:15, 2:18, 2:22, 3:4
essentially [1] - 43:2
establish [1] - 21:19
establishes [2] - 6:11, 8:23
et [1] - 1:7
Etan [2] - 4:20, 25:1
ETAN [1] - 2:18
Europe [4] - 13:10, 32:15, 33:23, 36:9
evening [3] - 9:19, 33:2, 38:16
event [1] - 40:25
events [4] - 21:18, 23:5, 34:16, 37:10
evidence [9] - 9:11, 13:12, 15:5, 28:1, 29:24, 29:25, 30:15, 34:18, 54:12
evidenced [1] - 24:7
evolution [1] - 40:14
ex [3] - 8:19, 20:6, 48:25
exact [1] - 12:5
exactly [14] - 21:12, 27:3, 27:5, 28:19, 29:4, 31:15, 31:18, 32:6, 32:16, 32:21, 37:22, 49:20, 50:7, 51:11
example [3] - 13:15, 15:3, 42:23
excuse [2] - 32:5, 52:25
Exhibit [1] - 15:3
existed [1] - 41:6
existence [5] - 11:7, 11:12, 35:25, 36:1
expensive [1] - 29:14
experience [3] - 19:22, 21:18, 47:7
expert [2] - 18:25, 19:21
explain [2] - 16:18, 17:2
explained [4] - 38:24, 41:13, 42:4, 47:6

explanation [4] - 11:8, 15:24, 16:9, 16:12
Express [1] - 9:20
extent [4] - 30:3, 31:20, 42:6, 47:22
extremely [1] - 39:2

**F**

fabrication [1] - 28:22
facility [1] - 16:24
fact [16] - 7:19, 8:4, 10:14, 11:18, 13:10, 13:22, 14:4, 14:23, 17:23, 18:1, 18:2, 28:19, 36:13, 43:14, 47:15, 50:3
facts [13] - 7:6, 10:2, 19:12, 22:13, 25:3, 31:14, 31:22, 32:24, 43:12, 43:21, 50:6, 50:7
factual [1] - 53:3
fail [1] - 52:6
failed [4] - 24:4, 29:3, 41:10, 42:7
faith [1] - 39:12
false [2] - 7:24, 32:2
far [2] - 19:15, 35:18
fashion [2] - 43:13, 54:6
faster [1] - 32:11
federal [1] - 44:11
Federal [1] - 9:20
FedEx [26] - 9:22, 11:17, 11:18, 12:7, 12:23, 13:3, 13:4, 13:7, 13:10, 16:6, 16:8, 16:18, 16:24, 21:14, 23:10, 23:21, 24:10, 33:13, 33:15, 33:16, 33:18, 33:20, 34:1, 43:3, 44:4, 47:2
FedEx's [1] - 16:16
FedExpress [1] - 37:14
fees [4] - 22:4, 29:13, 29:15, 29:21
feigning [1] - 15:7
FELD [1] - 2:16
Fernanda [1] - 4:18
few [9] - 7:17, 10:5, 15:12, 16:22, 30:23, 32:25, 33:2, 39:25, 53:1
figure [1] - 20:23
file [2] - 15:12, 29:9
filed [19] - 5:17, 6:24, 9:3, 15:1, 15:18,

17:22, 18:18, 20:7, 29:16, 31:6, 32:9, 32:23, 33:3, 38:8, 40:18, 42:15, 50:1, 55:7, 55:24
files [2] - 24:4, 27:14
filing [11] - 8:5, 10:18, 17:11, 24:7, 25:14, 29:16, 47:15, 50:4, 51:12, 53:7, 54:17
filings [2] - 25:12, 30:1, 41:9, 41:11
findings [1] - 21:22
finished [1] - 51:1
firm [3] - 10:12, 14:16, 47:13
first [14] - 6:9, 11:24, 17:4, 21:8, 24:16, 25:16, 32:7, 35:17, 36:23, 42:6, 47:2, 48:21, 49:13, 49:23
five [5] - 37:12, 37:24, 38:25, 52:24, 55:1
FLEXNER [2] - 1:16, 1:20
Flexner [1] - 4:10
Floor [1] - 1:20
FLORIDA [2] - 1:1, 1:23
Florida [14] - 1:4, 1:17, 1:24, 2:4, 2:9, 2:13, 2:20, 2:23, 3:6, 3:10, 5:8, 32:18, 37:17, 56:18
focused [1] - 44:3
follow [2] - 16:25, 22:11
follow-up [2] - 16:25, 22:11
following [3] - 9:3, 23:25, 54:2
FOR [9] - 1:15, 1:23, 2:2, 2:7, 2:12, 2:15, 2:18, 2:21, 3:2
foregoing [1] - 56:12
foreign [3] - 40:22, 40:24, 41:1
form [1] - 54:10
formally [1] - 46:15
Fort [2] - 16:24, 33:21
forth [2] - 35:3, 48:10
forthcoming [1] - 37:23, 38:18, 40:19
forthright [2] - 8:9, 54:16
forward [2] - 22:3, 55:20
four [4] - 14:1, 37:8, 37:24, 38:25
FPR [2] - 3:8, 56:17

frame [1] - 40:14
FRANCISCO [1] - 2:16
frankly [1] - 29:23
French [1] - 37:14
Friday [3] - 13:9, 27:13, 28:6
full [4] - 12:3, 24:21, 34:22, 42:13
future [1] - 22:1

**G**

GABALDON [1] - 2:4
gap [1] - 12:11
gaps [1] - 45:5
Gayles [1] - 4:3
GAYLES [1] - 1:11
GELBER [1] - 3:4
general [2] - 40:6, 43:19
Geneva [5] - 26:6, 26:13, 27:5, 37:15, 46:16
George [1] - 46:1
GERALD [1] - 3:4
Gerald [1] - 5:1
given [2] - 16:14, 22:3
GLENCORE [2] - 2:3, 2:3
Glencore [1] - 4:24
GLENDA [2] - 3:8, 56:17
goal [1] - 8:2
GOLDBERG [2] - 1:23, 5:7
Goldberg [2] - 5:7, 36:8
GONZALEZ [1] - 2:7
Gonzalez [1] - 4:15
goodness [1] - 28:10
grand [1] - 30:13
grant [2] - 6:16, 8:23
granted [1] - 6:10
great [2] - 45:4, 53:8, 54:7
GREENBERG [4] - 3:4, 3:5, 5:1, 5:22
Greenberg [2] - 5:1, 5:21
Guerric [2] - 10:24, 34:23
guess [3] - 41:16, 43:2, 48:9
GUMP [1] - 2:16
Gunster [1] - 5:14
GUNSTER [1] - 2:12
GUSTAVO [1] - 2:4
Guttman [1] - 5:14
GUTTMAN [2] - 2:12, 5:14

**guy** [2] - 36:13, 36:14

## H

**Hague** [1] - 54:3
**half** [2] - 16:1, 50:5
**Hampshire** [1] - 2:16
**hand** [5] - 20:12, 20:18, 33:19, 55:19
**hand-delivered** [1] - 33:19
**happenstance** [2] - 8:1, 13:13
**happy** [2] - 45:18, 47:10
**hard** [1] - 31:21
**hatched** [1] - 29:9
**HAUER** [1] - 2:16
**Hayden** [1] - 4:21
**HAYDEN** [1] - 2:19
**heard** [1] - 31:10
**hearing** [17] - 8:9, 8:19, 10:16, 16:6, 17:9, 28:13, 29:18, 29:21, 32:11, 41:16, 42:5, 42:18, 43:1, 50:9, 52:1, 52:8, 52:9
**HEARING** [1] - 1:10
**heart** [1] - 55:10
**held** [1] - 8:18
**helpful** [1] - 26:2
**Helsinge** [9] - 4:15, 4:16, 4:17, 5:17, 6:19, 13:19, 23:8, 38:1
**HELSINGE** [3] - 2:7, 2:8, 2:8
**Helsinge's** [1] - 29:10
**hereby** [1] - 56:12
**hesitant** [1] - 41:18
**hide** [1] - 8:4
**hindsight** [1] - 44:14
**hold** [3] - 9:21, 9:23, 16:6
**HOLDINGS** [1] - 2:8
**Holdings** [1] - 4:17
**HOLLAND** [1] - 2:8
**Holland** [1] - 4:14
**home** [3] - 14:5, 14:8, 36:1
**Honor** [124] - 4:11, 4:13, 4:16, 4:20, 5:4, 5:7, 5:10, 5:22, 5:24, 6:4, 6:7, 6:10, 6:25, 7:3, 8:11, 10:14, 11:20, 13:3, 13:7, 15:2, 17:1, 17:11, 18:25, 20:12, 20:18, 20:20, 20:25, 21:3,

21:8, 21:16, 22:18, 23:4, 23:14, 24:8, 24:24, 25:2, 25:7, 25:14, 25:21, 26:24, 28:21, 29:3, 29:10, 29:13, 29:18, 29:22, 29:23, 30:2, 30:8, 30:11, 30:12, 30:22, 32:3, 32:5, 32:10, 33:1, 33:3, 33:6, 33:10, 33:11, 33:25, 34:7, 34:16, 35:1, 35:7, 35:15, 36:20, 37:6, 37:21, 39:2, 39:8, 39:12, 39:24, 40:6, 40:12, 40:21, 41:5, 41:18, 41:25, 42:3, 42:5, 42:10, 42:20, 42:24, 43:6, 43:7, 43:12, 43:25, 44:3, 44:4, 44:7, 44:14, 44:22, 45:2, 45:3, 45:7, 45:8, 45:17, 45:22, 45:24, 47:19, 48:11, 48:23, 48:25, 49:14, 49:25, 50:8, 50:12, 50:25, 51:2, 51:6, 51:11, 51:13, 52:1, 52:6, 52:21, 52:25, 53:3, 53:6, 54:12, 54:15
**Honor's** [3] - 22:22, 48:19, 50:2
**HONORABLE** [1] - 1:11
**Honorable** [1] - 4:3
**honoring** [2] - 13:7, 13:8
**hope** [1] - 26:2
**hopeful** [2] - 34:10, 34:11
**hopefully** [1] - 22:8
**hotel** [1] - 26:9
**hour** [2] - 17:2, 23:18
**hours** [7] - 14:11, 15:12, 27:13, 32:13, 32:25, 33:2, 50:6
**house** [10] - 9:7, 13:19, 14:9, 14:25, 26:15, 39:6, 39:9, 52:16, 52:17
**HUBBARD** [1] - 1:23
**HUGHES** [1] - 1:23
**hundreds** [1] - 44:23
**husband** [6] - 19:9, 23:20, 25:10, 26:4, 26:11, 26:12

## I

**idea** [7] - 26:18, 31:6, 33:21, 34:15, 34:19, 35:18, 45:9
**ideas** [2] - 30:22, 31:17
**identify** [2] - 33:24, 41:10
**ignored** [1] - 31:20
**illogical** [1] - 47:8
**imagine** [1] - 55:13
**immediately** [2] - 26:15, 46:12
**implication** [1] - 18:15
**implying** [1] - 27:20
**importance** [2] - 55:16, 55:22
**important** [5] - 9:24, 25:12, 25:15, 32:20, 44:11
**importantly** [4] - 8:4, 17:14, 18:13, 19:23
**impression** [8] - 34:21, 38:11, 38:13, 42:17, 47:25, 51:8, 51:15, 51:16
**improper** [3] - 6:23, 32:7, 32:14
**inactions** [1] - 49:19
**Inc** [2] - 4:15, 6:19
**INC** [2] - 2:7, 3:3
**Inc.'s** [1] - 23:8
**inception** [1] - 35:21
**included** [2] - 8:23, 11:18
**including** [10] - 6:14, 6:17, 6:21, 8:24, 14:14, 18:18, 20:24, 21:11, 21:22, 50:18
**incorrect** [1] - 23:3
**increased** [1] - 25:22
**indicate** [1] - 37:16
**indicated** [2] - 51:13, 55:10
**indicates** [1] - 36:23
**individual** [3] - 19:16, 37:2, 51:20
**infer** [1] - 19:22
**inferences** [1] - 49:16
**inform** [8] - 10:3, 12:6, 18:9, 18:13, 20:5, 31:9, 45:1, 55:11
**information** [12] - 10:15, 21:13, 23:2, 24:2, 30:7, 36:11, 42:1, 42:14, 45:5, 46:19, 47:16, 50:19
**informed** [10] - 11:6, 17:17, 35:22, 35:24,

36:3, 36:16, 37:13, 43:21, 44:23, 53:11
**informs** [1] - 30:25
**initiate** [1] - 43:9
**initiated** [7] - 8:14, 39:20, 43:6, 43:9, 43:15, 43:16, 43:17
**injunction** [6] - 14:2, 18:21, 19:3, 20:7, 28:5, 46:8
**innocent** [3] - 28:17, 28:20, 52:18
**inquire** [2] - 21:11, 21:15, 47:11
**inquiry** [3] - 21:9, 21:20, 47:21
**instead** [1] - 11:15
**insure** [1] - 22:5
**intent** [5] - 19:17, 27:15, 27:22, 28:1, 51:21
**intention** [2] - 29:24, 51:12
**intentionally** [1] - 51:9
**interest** [1] - 27:19
**interim** [1] - 8:6
**investigation** [3] - 8:16, 37:10, 38:6
**investigator** [4] - 14:5, 14:7, 18:23, 27:17
**investigators** [2] - 14:4, 21:13
**involved** [3] - 38:21, 38:22, 44:9
**involves** [1] - 44:22
**ISRAEL** [1] - 2:7
**Israel** [1] - 4:13
**issue** [4] - 20:2, 20:22, 22:7, 44:5
**issued** [8] - 8:20, 43:3, 43:24, 44:6, 44:10, 44:12, 46:9, 54:23
**itself** [3] - 8:14, 17:12, 51:17

## J

**Jackson** [1] - 4:9
**JACKSON** [28] - 1:19, 4:9, 30:11, 33:6, 34:7, 35:1, 35:7, 35:15, 37:6, 37:20, 38:14, 38:17, 39:24, 40:5, 40:12, 41:18, 41:25, 42:3, 42:5, 42:20, 42:24, 43:7, 43:25, 44:7, 44:14, 45:17, 45:21, 52:25
**Jeff** [1] - 5:7
**JEFFREY** [1] - 1:23

**job** [1] - 25:2
**JOHN** [1] - 2:19
**John** [5] - 4:21, 5:17, 10:9, 25:1, 37:4
**join** [1] - 29:11
**joining** [1] - 5:19
**JORGE** [1] - 2:12
**Jorge** [1] - 5:14
**JOSEFSBERG** [3] - 2:2, 4:23, 5:25
**Josefsberg** [2] - 4:23, 5:21
**judge** [2] - 44:11, 46:9
**Judge** [8] - 19:23, 27:13, 28:2, 28:10, 38:17, 45:21, 51:5, 54:19
**JUDGE** [1] - 1:12
**june** [1] - 56:16
**June** [1] - 1:5
**jurisdiction** [7] - 6:18, 17:21, 19:18, 27:9, 29:25, 51:10, 51:22
**justified** [3] - 12:3, 17:7, 24:20

## K

**keep** [3] - 7:20, 43:20, 45:13
**Kennedy** [1] - 40:9
**key** [2] - 10:2, 20:23
**kind** [6] - 15:9, 19:21, 25:5, 27:14, 27:16, 27:19, 28:1, 42:11, 48:10
**KNIGHT** [1] - 2:8
**Knight** [1] - 4:14
**knowing** [2] - 10:17, 55:19
**knowledge** [3] - 18:16, 28:15, 49:4
**known** [4] - 22:11, 42:2, 42:14, 42:16
**knows** [2] - 8:12, 44:22

## L

**LA** [1] - 2:5
**last** [2] - 19:14, 32:10
**late** [3] - 27:13, 28:6, 43:3
**Lauderdale** [2] - 16:24, 33:21
**law** [2] - 25:18, 53:25
**lawsuit** [1] - 27:20
**lawyer** [4] - 10:12, 19:11, 34:25, 35:2
**lawyers** [1] - 10:11

lays [1] - 43:12
lead [4] - 14:5, 14:7, 18:22, 46:4
leading [1] - 8:2
learned [5] - 10:14, 17:25, 37:25, 38:4, 40:17
learns [1] - 26:3
least [4] - 26:10, 47:19, 47:20, 50:23
leave [3] - 14:25, 17:21, 47:25
leaves [1] - 27:9
leaving [2] - 19:8, 39:6
left [9] - 14:11, 14:18, 18:14, 34:5, 39:9, 42:17, 53:23, 55:10, 55:22
legal [2] - 9:9, 37:9
LEONARD [1] - 2:16
letter [3] - 19:25, 20:1, 20:12
Lexington [1] - 1:20
Liendo [1] - 4:17
LIENDO [1] - 2:10
life [2] - 21:18, 47:7
lightly [1] - 21:16
likely [2] - 44:15, 46:17
likewise [1] - 5:24
Limited [1] - 4:16
lines [2] - 52:9, 52:14
listed [2] - 13:25, 34:24
Litigation [1] - 4:7
LITIGATION [2] - 1:4, 1:16
litigation [1] - 15:22
live [1] - 26:2
LLC [6] - 1:7, 2:22, 4:7, 4:17, 5:12, 5:15
LLP [3] - 1:16, 1:20, 2:8
loads [1] - 26:15
location [4] - 10:24, 32:8, 33:20, 41:6
locations [1] - 32:19
logic [2] - 34:15, 45:13
logical [2] - 47:9, 49:16
look [4] - 15:2, 19:14, 31:21, 42:21
looking [2] - 12:14, 50:20
LTD [2] - 2:3, 2:8
Luis [1] - 4:17
LUIS [2] - 2:5, 2:10
LUKOIL [2] - 1:7, 2:12
Lukoil [2] - 4:7, 5:15

LUTZ [1] - 2:9
Lutz [1] - 4:17

**M**

Maarraoui [1] - 5:2
MAARRAOUI [1] - 3:4
machination [1] - 44:24
machinations [1] - 29:7
machine [1] - 36:8
mail [18] - 11:23, 13:18, 13:24, 15:17, 16:23, 23:7, 23:9, 23:13, 23:22, 23:25, 24:12, 27:11, 33:17, 34:24, 35:4, 45:25, 46:5
mails [10] - 12:11, 15:2, 15:4, 15:16, 21:18, 23:5, 24:8, 33:17, 46:22, 49:10
main [1] - 19:3
Maldonado [12] - 19:9, 19:13, 25:10, 26:3, 26:18, 26:19, 29:19, 29:20, 31:9, 31:11, 32:8
Maldonado's [1] - 31:3
manner [1] - 9:25
March [38] - 8:12, 8:16, 9:1, 9:3, 9:19, 10:4, 11:20, 13:16, 14:9, 14:10, 23:17, 24:14, 24:17, 24:18, 26:6, 27:11, 28:6, 28:13, 28:18, 29:17, 29:18, 35:9, 36:24, 41:16, 44:1, 44:6, 45:25, 46:24, 47:2, 49:6, 49:21, 52:1, 52:14, 53:9, 54:6
MARIA [1] - 2:10
Maria [1] - 4:17
mark [3] - 31:2, 53:21
Mark [3] - 4:20, 4:21, 25:1
MARK [11] - 2:18, 2:19, 4:20, 24:24, 25:1, 28:10, 29:13, 29:16, 50:25, 51:5, 52:13
Marshal [1] - 49:1
Marshals [2] - 7:22, 8:22
match [1] - 31:23
material [1] - 17:23
matter [6] - 13:11,

15:13, 43:14, 48:20, 48:24, 56:14
matters [1] - 15:23
mean [10] - 16:20, 22:17, 35:12, 40:21, 40:22, 42:1, 44:22, 45:3, 47:19, 48:3
means [1] - 34:11
meant [1] - 34:13
meantime [2] - 27:3, 27:24
men [1] - 26:19
mention [1] - 18:3
mentioned [2] - 46:14, 49:23
mentions [3] - 11:25, 16:21, 36:25
mere [1] - 48:21
method [1] - 13:5
methods [1] - 13:6
miami [1] - 2:9
MIAMI [1] - 1:2
Miami [18] - 1:4, 1:17, 1:24, 2:4, 2:13, 2:20, 2:23, 3:6, 3:9, 3:10, 10:9, 10:25, 17:18, 23:20, 41:7, 41:23, 56:18, 56:18
MIGDAL [1] - 2:19
Migdal [1] - 4:21
might [2] - 15:8, 27:21
mind [2] - 19:22, 31:3
mindful [1] - 55:20
minutes [3] - 23:18, 52:24, 55:1
misconception [1] - 56:2
misconduct [1] - 55:8
misimpressions [1] - 55:23
misinterpretation [1] - 56:2
mislead [5] - 7:13, 41:8, 41:12, 45:7, 45:8
misleading [2] - 7:25, 13:17
misled [1] - 51:15
misrepresent [3] - 12:1, 17:5, 47:4
missing [1] - 18:12
mistake [1] - 11:3
Mitchell [1] - 5:5
MITCHELL [2] - 2:15, 5:4, 5:24
modified [1] - 54:10
moment [1] - 46:24
Monday [2] - 13:9, 16:16
MORILLO [1] - 2:16

Morillo [1] - 5:5
morning [29] - 4:11, 4:12, 4:13, 4:19, 4:20, 4:22, 4:25, 5:1, 5:3, 5:4, 5:6, 5:7, 5:9, 5:10, 5:13, 10:4, 10:5, 11:12, 14:10, 14:11, 16:25, 17:15, 23:16, 24:13, 24:24, 24:25, 26:9, 49:21
most [7] - 17:13, 17:23, 23:18
MOTION [1] - 1:10
motion [92] - 5:16, 5:19, 6:3, 6:10, 6:24, 6:25, 7:5, 7:16, 7:19, 7:23, 8:5, 8:10, 8:19, 9:4, 9:5, 9:12, 10:3, 10:6, 11:4, 11:24, 14:1, 15:1, 15:3, 15:12, 15:18, 15:19, 15:25, 16:1, 16:14, 16:17, 17:10, 17:12, 17:22, 18:21, 19:2, 19:5, 19:11, 20:7, 20:21, 22:12, 22:13, 23:6, 23:13, 24:5, 25:14, 27:12, 27:14, 29:10, 29:17, 30:13, 31:5, 32:9, 32:22, 33:3, 33:9, 33:11, 34:24, 36:7, 36:21, 36:22, 37:22, 38:8, 40:18, 40:19, 42:15, 42:17, 47:10, 47:15, 48:14, 48:15, 49:8, 49:15, 50:1, 50:2, 50:5, 51:12, 51:17, 52:5, 52:11, 53:7, 53:9, 53:14, 54:8, 54:14, 54:17, 55:6, 55:9
motivation [4] - 18:7, 20:25, 48:15, 49:11
motivations [1] - 21:1
motive [1] - 9:10
motives [2] - 21:19
move [4] - 26:20, 33:14, 36:11, 38:2
moved [11] - 18:16, 20:6, 27:5, 29:5, 30:19, 30:20, 36:8, 36:19, 38:24, 44:18, 49:4
movement [2] - 40:8, 45:10
moving [2] - 34:10, 34:17
MR [62] - 4:9, 4:13, 4:20, 4:23, 5:1, 5:7,

5:14, 5:22, 5:25, 6:4, 6:7, 7:3, 16:21, 20:20, 21:3, 21:5, 21:8, 22:18, 22:21, 23:4, 23:14, 24:23, 24:24, 25:1, 28:10, 29:13, 29:16, 30:11, 33:6, 34:7, 35:1, 35:7, 35:15, 37:6, 37:20, 38:14, 38:17, 39:24, 40:5, 40:12, 41:18, 41:25, 42:3, 42:5, 42:20, 42:24, 43:7, 43:25, 44:7, 44:14, 45:17, 45:21, 45:22, 45:24, 48:11, 48:14, 50:25, 51:2, 51:5, 52:13, 52:25, 53:6
MS [3] - 5:4, 5:10, 5:24
mud [1] - 25:11
multiple [6] - 12:19, 15:16, 18:10, 33:15, 33:17, 50:17
myth [1] - 28:4
mythical [1] - 52:20

**N**

narrative [2] - 25:16, 52:20
necessarily [2] - 36:6, 48:6
necessary [2] - 21:10, 50:18
need [2] - 21:2, 21:4
needed [1] - 15:21
needs [1] - 31:21
nefarious [1] - 27:15
negatively [1] - 50:15
negotiating [3] - 22:16, 23:2, 39:21
negotiation [2] - 22:17
never [3] - 16:22, 47:12, 54:24
New [4] - 1:21, 2:16, 32:19
news [1] - 27:25
next [4] - 8:18, 11:5, 26:10, 33:19
night [5] - 15:19, 24:5, 27:13, 28:6, 51:14
NO [1] - 1:2
none [3] - 10:18, 22:10, 30:21
North [2] - 3:9, 56:18
nothing [3] - 32:12, 46:21, 47:8
notification [1] - 51:8
notion [5] - 30:17,

32:4, 32:5, 32:6, 55:18
**nowhere** [1] - 37:16
**number** [3] - 10:21, 11:19, 45:4
**Number** [1] - 4:6
**NW** [1] - 2:16

# O

**objection** [1] - 19:25
**objectives** [2] - 25:15, 25:21
**obligation** [1] - 13:8
**obscure** [1] - 25:19
**observe** [3] - 5:20, 5:22, 5:25
**obtain** [14] - 7:11, 8:6, 10:17, 12:15, 12:19, 14:24, 15:6, 18:11, 22:2, 24:3, 25:5, 35:19, 49:11, 49:19
**obtaining** [2] - 12:3, 24:21
**obvious** [1] - 44:19
**obviously** [6] - 15:12, 19:20, 20:14, 30:4, 50:8, 50:15
**OF** [1] - 1:1
**offer** [1] - 11:8
**offered** [1] - 15:24
**offering** [1] - 19:21
**officers** [1] - 42:12
**Official** [1] - 3:8
**often** [1] - 22:8
**old** [1] - 26:5
**OLIVOS** [2] - 2:22, 5:10
**Olivos** [1] - 5:11
**omissions** [1] - 41:13
**omit** [4] - 17:22, 18:1, 18:9, 18:13
**omitted** [2] - 10:2, 41:14
**omitting** [2] - 7:6, 50:19
**once** [4] - 29:16, 34:9, 44:9, 46:8
**one** [30] - 6:11, 6:23, 7:8, 8:3, 9:24, 10:2, 14:1, 15:3, 15:17, 16:1, 17:9, 19:6, 20:22, 22:15, 24:1, 26:20, 30:22, 31:5, 32:3, 34:3, 39:6, 43:18, 45:1, 45:3, 50:5, 50:14, 51:6, 53:6, 53:20, 55:18
**one-and-a-half** [1] - 16:1

**one-and-a-half-page** [1] - 50:5
**ones** [4] - 11:3, 13:21, 23:5, 48:17
**operate** [1] - 54:6
**operating** [1] - 54:5
**opinion** [1] - 19:21
**opportunity** [5] - 31:8, 31:12, 42:18, 44:2, 44:25
**opposed** [2] - 46:12, 48:8
**opposing** [2] - 46:21, 51:7
**opposite** [3] - 12:5, 17:6, 24:20
**orchestrate** [1] - 45:10
**orchestrated** [7] - 6:12, 13:13, 25:4, 26:8, 34:15, 34:21, 47:24
**order** [46] - 4:1, 5:16, 8:20, 8:24, 9:20, 10:25, 11:19, 12:6, 12:12, 12:21, 13:1, 13:8, 14:3, 16:4, 16:8, 16:13, 16:19, 16:20, 17:21, 21:18, 21:25, 22:5, 25:23, 28:5, 29:11, 30:20, 32:14, 33:13, 33:18, 33:20, 33:25, 34:1, 34:16, 34:17, 38:5, 38:12, 38:13, 38:16, 39:13, 41:6, 43:3, 44:12, 46:10, 47:7, 49:13
**ordered** [6] - 6:16, 9:20, 9:22, 16:6, 16:7, 19:24
**orders** [5] - 50:17, 50:22, 50:23, 50:24
**ORSECK** [1] - 2:3
**Otazo** [1] - 19:24
**Otazo-Reyes** [1] - 19:24
**otherwise** [1] - 14:20
**outcome** [1] - 27:20
**outrageous** [1] - 30:13
**outside** [6] - 6:17, 14:4, 14:7, 14:9, 19:6, 19:7
**overseas** [4] - 30:19, 32:18, 41:1, 45:10
**own** [4] - 25:19, 28:23, 29:7, 50:14
**owned** [1] - 41:2
**ownership** [1] - 27:19

# P

**P.A** [1] - 3:5
**p.m** [7] - 8:5, 9:4, 9:19, 15:1, 15:19, 15:21, 35:11
**package** [1] - 13:1
**page** [10] - 15:1, 15:19, 15:25, 16:1, 31:6, 33:16, 34:24, 50:5, 52:9, 52:14
**Pages** [1] - 1:7
**Pan** [2] - 4:7, 5:15
**PAN** [2] - 1:7, 2:12
**papers** [2] - 54:2, 54:4
**paragraph** [8] - 36:24, 37:1, 37:7, 37:12, 38:25, 46:6, 51:20
**paragraphs** [1] - 37:24
**Park** [1] - 16:4, 30:14
**part** [2] - 16:4, 30:14
**parte** [3] - 8:19, 20:6, 48:25
**partially** [1] - 26:7
**particular** [1] - 46:17
**particularly** [1] - 28:3
**parties** [2] - 20:16, 22:25, 41:15
**partner** [1] - 4:14
**party** [1] - 55:24
**passed** [2] - 12:25, 32:13
**passing** [1] - 17:23
**PDVSA** [14] - 1:4, 1:16, 4:6, 8:14, 10:12, 10:23, 26:8, 27:3, 27:6, 27:7, 27:8, 30:5, 35:2
**PDVSA/PDVSA** [1] - 25:4
**pending** [2] - 16:6, 27:1
**people** [3] - 19:8, 26:18, 52:16
**percentage** [1] - 20:17
**perhaps** [12] - 8:3, 11:9, 18:5, 22:9, 33:4, 33:8, 34:13, 34:21, 35:4, 36:15, 40:10, 42:14
**period** [3] - 32:7, 32:22, 44:3
**perpetuate** [1] - 25:16
**perpetuated** [1] - 52:20
**perpetuating** [1] - 28:4
**person** [7] - 16:22, 27:22, 34:23, 36:14, 39:6, 40:23, 52:15

**perspective** [1] - 30:12
**phone** [4] - 16:22, 16:23, 26:12, 33:15
**picture** [1] - 56:1
**place** [3] - 23:20, 31:23, 55:12
**placed** [1] - 23:10
**Plaintiff** [1] - 1:5
**plaintiff** [50] - 6:11, 6:15, 7:8, 7:10, 8:4, 8:9, 8:13, 9:3, 9:5, 9:12, 9:25, 10:2, 10:3, 10:10, 10:15, 11:11, 12:2, 12:10, 12:14, 13:2, 13:15, 13:25, 14:14, 15:6, 15:20, 16:2, 16:5, 16:7, 16:10, 20:3, 20:5, 20:17, 21:25, 23:1, 24:4, 24:20, 25:11, 25:15, 28:3, 29:5, 34:25, 35:12, 39:20, 44:8, 48:8, 48:12, 48:14, 48:20, 52:8
**PLAINTIFF** [1] - 1:15
**plaintiff's** [40] - 6:13, 8:19, 8:21, 9:21, 10:10, 10:21, 11:22, 20:13, 22:15, 22:21, 23:6, 23:14, 23:15, 28:22, 30:1, 30:14, 30:18, 34:4, 35:21, 37:13, 37:17, 37:18, 38:9, 38:20, 40:5, 40:7, 40:9, 41:17, 41:20, 41:23, 42:14, 44:10, 45:9, 47:13, 47:17, 47:24, 48:4, 55:9, 55:11
**plaintiffs** [8] - 4:10, 12:8, 19:3, 19:24, 21:22, 23:12, 23:22, 28:13
**plan** [2] - 29:8, 38:4
**plane** [1] - 13:10
**planning** [1] - 33:9
**plans** [2] - 35:22, 40:16
**plants** [1] - 51:23
**playing** [1] - 25:23
**plenty** [1] - 13:12
**PODHURST** [1] - 2:3
**point** [34] - 7:23, 11:9, 12:9, 12:17, 13:2, 13:20, 17:5, 23:9, 23:25, 24:19, 26:24, 33:7, 34:8, 35:7, 36:10, 36:18, 36:20,

38:18, 41:16, 41:20, 45:7, 45:9, 47:10, 48:19, 49:7, 49:17, 49:23, 49:24, 51:6, 52:2, 52:3, 53:21
**pointed** [2] - 27:6, 27:23, 51:16
**pointing** [1] - 45:25
**points** [7] - 25:9, 27:19, 30:23, 34:8, 43:20, 50:8, 53:3
**pollice** [1] - 26:8
**portion** [2] - 6:12, 6:15
**position** [1] - 50:4
**possession** [2] - 13:10, 16:16
**possible** [2] - 36:1, 41:7
**post** [1] - 28:5
**post-order** [1] - 28:5
**potentially** [1] - 36:14
**Powers** [1] - 56:16
**POWERS** [2] - 3:8, 56:17
**prejudiced** [1] - 6:22
**preliminary** [3] - 18:21, 19:2, 20:6
**premises** [1] - 18:15
**preparation** [1] - 29:19
**prepared** [1] - 29:20
**preparing** [1] - 54:17
**present** [1] - 50:9
**presented** [1] - 16:14
**preservation** [1] - 6:16
**preserve** [2] - 19:19, 51:22
**preserved** [2] - 41:7, 54:13
**preserving** [2] - 8:24, 9:11
**presiding** [1] - 4:4
**press** [1] - 27:24
**prevent** [4] - 30:20, 33:25, 34:2, 34:12
**previous** [2] - 7:17, 10:16
**primarily** [1] - 53:7
**private** [1] - 27:17
**problem** [3] - 31:18, 34:20, 55:11
**problems** [1] - 31:1
**proceed** [1] - 6:3
**proceeded** [1] - 9:25
**proceeding** [4] - 8:15, 18:6, 20:19, 30:8
**proceedings** [4] - 10:13, 54:1, 56:6, 56:13
**produce** [1] - 19:24

**prohibit** [2] - 48:6, 48:7
**proposed** [1] - 11:19
**proprieties** [1] - 50:13
**prosecution** [1] - 48:9
**prosecutor** [57] - 10:5, 10:7, 10:13, 10:16, 10:24, 11:6, 11:12, 11:13, 11:14, 11:22, 11:23, 13:22, 17:3, 17:13, 17:17, 17:25, 18:2, 18:4, 21:12, 22:9, 22:25, 23:12, 23:16, 23:19, 24:13, 24:17, 24:19, 26:14, 28:17, 28:20, 29:1, 29:5, 35:6, 35:18, 36:17, 37:19, 39:19, 40:23, 41:22, 43:17, 43:23, 44:9, 44:11, 44:20, 46:13, 46:23, 47:3, 47:14, 47:17, 52:18, 53:12, 54:22, 54:23, 54:24, 55:12, 55:13, 55:16
**prosecutor's** [6] - 13:1, 14:12, 17:3, 35:22, 40:16, 49:22
**prosecutors** [9] - 35:19, 35:24, 36:4, 36:7, 36:10, 39:1, 43:20, 44:16, 45:1
**provide** [6] - 16:2, 16:3, 26:1, 30:6, 46:19, 55:25
**provided** [3] - 16:9, 24:2, 47:18
**providing** [2] - 22:10, 50:20
**public** [2] - 26:13, 46:13
**punish** [1] - 22:5
**purport** [1] - 41:2
**purported** [1] - 8:13
**purportedly** [3] - 39:1, 39:15, 44:8
**purports** [1] - 20:3
**purpose** [2] - 7:15, 37:8
**put** [3] - 6:1, 17:1, 49:1
**putting** [3] - 21:16, 38:3, 48:24

**Q**

**questioning** [1] - 51:7
**questions** [8] - 26:21, 36:16, 42:7, 42:9, 45:18, 47:22, 51:3,

51:4
**quibbling** [1] - 31:13
**quite** [2] - 7:1, 44:15
**quote** [4] - 15:21, 27:17, 28:16, 51:16
**quoting** [1] - 19:16

**R**

**raised** [1] - 26:19
**raises** [1] - 28:11
**Randall** [1] - 4:9
**RANDALL** [1] - 1:19
**rather** [2] - 29:7, 49:9
**reached** [1] - 10:13
**read** [5] - 19:22, 20:18, 20:25, 22:20, 22:23
**really** [9] - 16:2, 19:15, 34:3, 34:6, 37:16, 48:2, 50:12, 53:15, 53:16
**realtime** [1] - 35:23, 36:17
**reason** [6] - 24:7, 29:8, 33:24, 39:14, 46:17, 47:24
**reasons** [1] - 9:25
**recently** [1] - 39:5
**recess** [2] - 55:3, 56:4
**reconsider** [4] - 7:16, 9:14, 9:16, 15:15
**record** [6] - 6:11, 8:8, 12:10, 25:13, 48:17, 55:7
**record's** [1] - 47:20
**redundant** [1] - 25:7
**Reed** [1] - 5:11
**REED** [1] - 2:22
**refer** [2] - 18:23, 51:16
**reference** [1] - 46:6
**referenced** [1] - 20:2
**references** [1] - 41:13
**referring** [6] - 22:18, 22:22, 38:20, 52:11, 52:12, 52:13
**refers** [1] - 51:18
**reflected** [1] - 27:11
**regard** [3] - 25:18, 30:24, 49:15
**regarding** [5] - 12:7, 16:3, 24:2, 47:12, 47:16
**regardless** [3] - 9:10, 28:14, 48:15
**related** [3] - 29:15, 44:12, 53:2
**relating** [1] - 25:24
**relevance** [1] - 44:20
**relevant** [1] - 20:19,

36:13, 43:21
**rely** [1] - 19:4
**remarks** [1] - 6:8
**removal** [3] - 25:24, 27:15, 51:19
**remove** [1] - 29:25
**removed** [7] - 8:25, 9:7, 11:1, 19:17, 37:2, 43:1, 51:20
**removing** [4] - 19:18, 37:8, 51:9, 51:21
**repeated** [1] - 32:1
**repeatedly** [1] - 34:1
**reply** [2] - 14:19, 55:6
**REPORTED** [1] - 3:8
**reportedly** [1] - 10:20
**Reporter** [1] - 3:8
**represent** [1] - 4:16
**representations** [1] - 55:21
**representing** [3] - 4:21, 10:12, 17:6
**request** [27] - 6:13, 7:11, 7:18, 7:20, 7:21, 8:21, 9:17, 9:21, 10:11, 12:8, 12:22, 14:12, 16:5, 17:16, 21:8, 24:1, 24:9, 35:19, 39:19, 41:1, 41:21, 46:15, 48:5, 48:25, 49:14, 49:23, 54:18
**requested** [6] - 10:6, 17:25, 22:24, 22:25, 41:22, 41:24
**requesting** [2] - 23:23, 48:9
**requests** [1] - 23:20
**required** [1] - 45:14
**residence** [10] - 10:8, 11:7, 14:11, 17:18, 18:15, 19:7, 19:9, 19:17, 37:1, 37:2
**respect** [7] - 19:5, 20:22, 20:23, 20:24, 21:14, 37:10, 47:7
**respectfully** [2] - 37:21, 42:21
**respond** [1] - 30:23
**response** [10] - 10:10, 10:21, 11:10, 13:17, 13:18, 13:20, 15:20, 23:24, 47:12, 55:6
**responsible** [1] - 53:7
**restraining** [1] - 14:3, 25:23, 46:10
**result** [4] - 8:16, 20:9, 24:21, 48:16
**resulted** [1] - 21:23
**retracted** [1] - 30:2

**retrospect** [1] - 55:25
**returned** [1] - 46:13
**reveal** [1] - 17:13
**reviewed** [1] - 42:5
**Reyes** [1] - 19:24
**rise** [4] - 4:2, 55:2, 55:4, 56:5
**ROBERT** [1] - 2:2
**Rodriguez** [1] - 4:18
**RODRIGUEZ** [1] - 2:10
**rogue** [1] - 25:17
**Room** [1] - 3:10
**room** [1] - 26:9
**RPR** [2] - 3:8, 56:17
**Rube** [1] - 36:7
**rule** [1] - 25:18
**ruling** [1] - 7:17
**rushed** [1] - 19:13
**RYAN** [1] - 2:19
**Ryan** [32] - 4:21, 5:17, 6:8, 8:17, 10:9, 12:16, 13:19, 13:22, 13:23, 17:18, 18:14, 19:17, 24:2, 25:1, 25:10, 25:17, 26:2, 29:10, 29:24, 31:10, 32:8, 35:19, 36:1, 37:14, 37:25, 38:5, 38:25, 39:15, 43:16, 51:8, 53:10, 53:20
**Ryan's** [27] - 8:7, 9:6, 10:25, 11:7, 12:19, 13:25, 14:14, 14:22, 15:5, 15:17, 17:24, 18:10, 18:15, 18:18, 19:7, 19:9, 19:11, 22:19, 22:25, 23:7, 23:8, 23:19, 23:20, 23:22, 27:25, 36:25, 46:1

**S**

**S.E** [1] - 1:16
**SA** [1] - 5:2
**sake** [1] - 50:3
**Saturday** [3] - 16:13, 16:24, 33:19
**saw** [3] - 9:7, 14:24, 32:8
**SCHACHTER** [1] - 3:4
**scheme** [3] - 6:12, 30:14, 30:18
**Schiller** [8] - 4:10, 10:12, 14:16, 19:25, 20:1, 20:11, 46:2, 46:3
**SCHILLER** [2] - 1:16, 1:20

**SE** [1] - 2:3
**seated** [2] - 4:5, 55:5
**second** [9] - 12:7, 12:21, 14:6, 17:10, 23:25, 24:12, 25:19, 37:4, 49:14
**secret** [1] - 48:1
**see** [4] - 21:2, 21:4, 21:24, 49:5
**seed** [1] - 51:24
**seeing** [2] - 39:5, 45:2
**seek** [2] - 33:9, 33:24
**seeking** [2] - 54:13, 54:14
**seem** [2] - 42:19, 55:25
**seize** [7] - 6:13, 7:22, 8:21, 9:18, 10:6, 49:1, 49:2
**send** [1] - 26:14
**sending** [1] - 34:2
**sends** [1] - 11:23
**sense** [6] - 18:25, 21:17, 30:15, 30:21, 33:22, 47:6
**sent** [17] - 6:17, 7:8, 10:15, 13:18, 15:4, 16:23, 18:5, 23:6, 23:9, 23:22, 24:13, 29:8, 33:17, 34:23, 35:6, 46:16
**sentence** [2] - 19:14, 20:24
**separate** [1] - 23:7
**SERGIO** [1] - 2:5
**series** [2] - 23:5, 34:16
**seriously** [1] - 54:17
**serve** [8] - 14:8, 14:10, 14:19, 16:4, 16:7, 16:10, 54:1
**served** [8] - 14:21, 16:24, 18:14, 26:25, 28:24, 33:16, 43:3
**server** [121] - 6:14, 6:20, 7:8, 7:12, 7:19, 7:20, 8:7, 8:23, 9:7, 9:8, 9:13, 9:22, 10:8, 10:25, 11:7, 11:12, 11:21, 12:4, 12:8, 12:10, 12:13, 12:16, 12:17, 12:22, 12:24, 14:11, 14:18, 14:24, 14:25, 15:6, 15:8, 16:5, 16:6, 16:11, 17:7, 17:9, 17:17, 18:11, 18:14, 18:16, 19:17, 19:19, 20:22, 21:24, 22:3, 22:16, 23:2, 23:8, 23:9, 23:21, 24:3, 24:9,

24:21, 25:25, 26:14, 26:15, 26:23, 27:4, 27:5, 27:9, 27:15, 27:21, 28:14, 28:25, 29:2, 29:4, 29:8, 30:18, 32:9, 32:15, 33:14, 33:23, 34:2, 34:12, 34:17, 35:6, 35:13, 35:25, 36:1, 36:15, 37:2, 37:8, 37:14, 38:2, 38:10, 39:17, 39:21, 40:25, 41:2, 41:6, 41:21, 41:23, 43:1, 44:18, 45:10, 45:13, 46:12, 46:16, 46:18, 46:20, 47:25, 48:1, 48:16, 49:12, 49:15, 49:18, 49:19, 51:9, 51:19, 51:20, 51:23, 51:24, 52:15, 53:11, 54:24, 55:13

**server's** [2] - 15:9, 49:21

**servers** [1] - 48:5

**serving** [3] - 13:15, 21:14, 46:3

**session** [1] - 4:3

**set** [6] - 11:8, 25:13, 32:16, 32:17, 33:11, 35:3

**sets** [1] - 54:12

**setting** [1] - 36:7

**seven** [1] - 34:24

**several** [5] - 6:11, 7:10, 14:23, 31:25, 32:1

**sham** [1] - 29:9

**ship** [1] - 41:1

**shipment** [4] - 11:17, 12:23, 23:21, 44:5

**shipped** [12] - 12:17, 14:18, 15:9, 15:11, 23:24, 26:23, 28:25, 29:2, 35:13, 35:20, 38:10, 54:25

**shipping** [2] - 24:10, 33:20

**show** [4] - 5:17, 16:10, 29:11, 50:16

**shown** [1] - 24:12

**sign** [1] - 34:17

**signed** [2] - 33:3, 33:13

**significantly** [1] - 25:22

**similarly** [1] - 19:5

**simply** [6] - 9:23, 15:19, 28:17, 34:16, 36:9, 52:17

**simultaneously** [1] - 30:19

**single** [1] - 41:10

**situation** [2] - 42:11, 48:23

**situations** [1] - 45:3

**six** [2] - 27:13, 33:16

**slowly** [1] - 30:21

**Smith** [1] - 5:11

**SMITH** [1] - 2:22

**someone** [2] - 39:18, 40:25

**sometime** [1] - 8:12

**sometimes** [1] - 45:5

**soon** [1] - 44:25

**sorry** [6] - 9:2, 16:7, 21:3, 51:1, 52:11, 52:13

**sort** [8] - 17:23, 25:17, 29:24, 30:25, 32:7, 32:13, 36:7, 51:23

**sought** [3] - 34:6, 36:20, 55:13

**South** [1] - 1:24, 37:17

**SOUTHERN** [1] - 1:1

**speaking** [1] - 27:7

**speaks** [1] - 31:17

**specific** [5] - 8:21, 11:6, 40:3, 42:22, 44:20

**specifically** [10] - 7:15, 7:21, 10:8, 10:22, 12:2, 13:25, 20:1, 38:9, 46:6, 47:16

**sped** [1] - 31:11

**speeding** [3] - 31:15, 32:8, 39:7

**spelled** [1] - 37:24

**spirit** [1] - 50:23

**spoken** [2] - 38:22, 46:7

**spouse** [3] - 25:17, 26:2, 26:3

**STACY** [1] - 2:15

**Stacy** [1] - 5:4

**stages** [1] - 39:25

**standing** [1] - 43:19

**start** [1] - 30:24

**started** [1] - 35:17

**state** [3] - 4:8, 18:2, 31:3

**statement** [4] - 11:2, 41:11, 53:8, 54:8

**statements** [3] - 7:7, 7:25, 53:1

**STATES** [2] - 1:1, 1:12

**states** [1] - 52:15

**States** [8] - 3:9, 4:2, 11:1, 27:2, 44:12,

53:18, 53:19, 56:17

**stating** [1] - 15:8

**STENOGRAPHICAL LY** [1] - 3:7

**step** [1] - 6:23

**steps** [5] - 7:10, 19:18, 36:17, 41:5, 51:22

**Steve** [1] - 4:9

**STEVEN** [1] - 1:15

**stick** [1] - 26:21

**still** [4] - 26:24, 39:1, 46:24, 49:19

**stop** [6] - 12:23, 16:11, 24:10, 34:4, 34:17, 44:4

**stopped** [1] - 53:22

**stored** [1] - 46:18

**straight** [2] - 25:13, 50:6

**strange** [1] - 39:2, 46:21, 46:22

**strategic** [1] - 25:5

**STRAUSS** [1] - 2:16

**Street** [2] - 1:16, 2:19

**submit** [2] - 18:20, 18:22

**submits** [2] - 19:10, 27:20

**submitted** [4] - 10:20, 11:19, 28:6, 29:10

**subpoena** [1] - 29:20

**substantial** [1] - 20:9

**sufficient** [1] - 55:20

**suggest** [8] - 13:13, 17:23, 21:10, 25:4, 31:7, 32:12, 37:21, 43:8

**suggested** [3] - 28:16, 52:17

**suggesting** [1] - 18:15

**suggests** [1] - 17:12

**Suite** [7] - 1:17, 2:3, 2:8, 2:13, 2:19, 2:23, 3:5

**summarized** [1] - 46:8

**summarizing** [1] - 25:3

**Sunday** [1] - 16:13

**support** [2] - 30:16, 34:18

**suppose** [1] - 28:11

**surprised** [1] - 40:10

**surprises** [1] - 40:13

**surreptitiously** [1] - 28:1

**surrounding** [1] - 51:18

**surveillance** [2] - 9:6, 36:25

**surveilling** [1] - 52:16

**suspicious** [3] - 18:7, 25:24, 51:18

**SW** [1] - 2:19

**sweeping** [2] - 25:23, 28:4

**Swiss** [101] - 8:7, 8:17, 10:4, 10:7, 10:12, 10:13, 10:16, 10:23, 10:24, 11:6, 11:11, 11:13, 11:14, 11:22, 11:23, 12:16, 12:19, 13:1, 13:22, 14:12, 14:14, 14:15, 14:22, 15:5, 15:17, 17:13, 17:17, 17:24, 17:25, 18:2, 18:3, 18:4, 18:6, 18:10, 18:18, 21:12, 22:9, 22:14, 22:19, 22:25, 23:11, 23:15, 23:16, 23:18, 23:19, 23:23, 24:13, 24:17, 24:19, 26:8, 26:12, 27:6, 28:7, 28:20, 28:25, 29:1, 30:5, 34:25, 35:1, 35:6, 35:22, 35:24, 36:3, 36:6, 36:10, 36:17, 37:13, 38:4, 39:1, 39:11, 39:16, 39:17, 39:19, 40:16, 41:22, 43:16, 43:20, 44:15, 44:20, 44:23, 45:1, 46:1, 46:5, 46:23, 47:3, 47:17, 48:9, 49:22, 52:18, 53:12, 53:13, 53:24, 53:25, 54:2, 54:5, 54:22, 55:11, 55:12

**Switzerland** [18] - 7:9, 8:15, 9:9, 18:6, 24:15, 37:9, 37:19, 38:6, 38:10, 39:10, 41:4, 43:6, 43:9, 43:10, 43:15, 44:10, 45:11, 49:20

# T

**tampered** [3] - 27:21, 34:13, 51:24

**team** [2] - 15:22, 40:7

**technical** [1] - 48:19

**technically** [2] - 48:20, 50:24

**temporary** [3] - 14:2, 46:10

**terms** [2] - 31:14, 37:23

**testify** [2] - 29:20, 29:21

**THE** [73] - 1:11, 1:15, 1:23, 2:2, 2:7, 2:12, 2:15, 2:18, 2:21, 3:2, 4:5, 4:12, 4:19, 4:22, 4:25, 5:3, 5:6, 5:9, 5:13, 5:16, 5:23, 6:2, 6:6, 7:1, 16:17, 20:19, 21:2, 21:4, 21:6, 22:14, 22:20, 22:23, 23:13, 24:22, 24:25, 28:8, 29:12, 29:15, 30:9, 33:4, 34:3, 34:20, 35:3, 35:9, 36:22, 37:7, 38:7, 38:15, 39:18, 40:3, 40:9, 41:15, 41:20, 42:1, 42:4, 42:9, 42:22, 42:25, 43:23, 44:6, 44:8, 45:16, 45:20, 45:23, 47:23, 48:12, 51:1, 51:4, 52:11, 52:23, 53:5, 54:20, 55:9

**themselves** [1] - 50:24

**theorized** [1] - 36:3

**theory** [1] - 36:5

**thereafter** [1] - 10:1

**therefore** [3] - 6:21, 9:16, 49:18

**they've** [7] - 15:4, 17:25, 26:25, 28:5, 31:25, 43:8, 50:3

**thinks** [1] - 43:21

**third** [1] - 46:6

**three** [8] - 9:1, 9:17, 11:15, 11:16, 12:25, 17:19, 25:15, 37:1

**throughout** [2] - 31:1, 40:17

**tied** [1] - 20:9

**today** [4] - 17:15, 32:2, 37:1, 54:25

**together** [7] - 4:14, 10:21, 21:17, 32:21, 46:3, 48:24, 50:16

**took** [7] - 7:10, 26:21, 32:25, 52:15, 53:8, 54:7, 54:17

**totality** [2] - 50:12, 50:21

**touch** [1] - 51:6

**track** [1] - 11:17

**tracking** [2] - 11:19, 47:2

**Trading** [1] - 5:11

**TRADING** [1] - 2:22

**Trafigura** [1] - 5:11

**TRAFIGURA** [1] - 2:22

**transcript** [2] - 42:6, 52:13

**transcription** [1] - 56:13

**translation** [1] - 35:5

**transpired** [1] - 32:21

**transportation** [1] - 46:19

**tried** [4] - 12:14, 12:15, 13:5, 52:15

**TRO** [68] - 6:12, 6:15, 8:19, 9:11, 9:14, 10:6, 11:13, 11:14, 11:25, 12:1, 12:3, 12:5, 12:15, 13:15, 14:2, 14:19, 15:7, 15:9, 15:13, 15:15, 17:4, 17:5, 17:9, 18:8, 18:14, 18:16, 18:21, 19:9, 22:17, 24:18, 24:20, 24:21, 25:5, 25:20, 26:25, 27:22, 28:15, 28:24, 29:1, 30:1, 31:9, 34:2, 36:24, 39:4, 40:1, 43:24, 44:6, 44:10, 44:20, 45:14, 46:6, 46:9, 47:3, 47:5, 48:2, 48:3, 48:13, 48:15, 48:20, 48:22, 49:3, 49:8, 49:23, 51:9, 54:12, 54:23, 55:12

**true** [3] - 47:23, 49:11, 54:8

**TRUST** [1] - 1:4

**trust** [2] - 20:2, 20:3

**Trust** [6] - 4:7, 25:4, 26:8, 27:3, 27:6, 27:7

**truth** [1] - 45:9

**try** [12] - 12:12, 12:23, 13:6, 14:24, 16:11, 18:11, 33:13, 33:25, 34:1, 41:5, 49:19, 54:16

**trying** [5] - 39:16, 43:20, 44:4, 48:6, 53:13

**Tuesday** [1] - 1:5

**turning** [1] - 23:2

**twice** [3] - 12:9, 17:8, 49:17

**two** [12] - 14:10, 15:1, 15:19, 15:25, 23:18, 25:21, 26:19, 31:17, 35:5, 36:25, 52:9, 52:14

**two-page** [3] - 15:1, 15:19, 15:25

**type** [3] - 22:1, 22:5, 22:7

## U

**U.S** [13] - 7:22, 8:22, 14:15, 14:20, 15:4, 17:16, 23:15, 24:2, 27:7, 27:8, 30:5, 37:18, 53:23

**UK** [1] - 2:3

**ultimately** [3] - 21:21, 29:12, 36:8

**unbeknownst** [1] - 27:18

**under** [5] - 31:19, 53:3, 54:5, 54:6, 55:14

**understated** [1] - 38:1

**understood** [3] - 32:24, 39:14, 40:19

**unfortunately** [2] - 28:2, 53:20

**united** [1] - 3:9

**UNITED** [2] - 1:1, 1:12

**United** [7] - 4:2, 11:1, 27:2, 44:12, 53:18, 53:19, 56:17

**unless** [1] - 51:2

**unnoticed** [1] - 22:9

**unsealed** [2] - 9:1, 11:5

**unusual** [12] - 37:3, 38:8, 38:11, 38:19, 39:13, 39:15, 39:18, 39:23, 40:1, 40:25, 41:3, 51:17

**up** [16] - 16:25, 20:12, 20:18, 22:11, 23:25, 27:25, 29:7, 31:23, 32:15, 36:8, 39:10, 41:4, 42:18, 56:3

**US** [3] - 1:4, 1:16, 4:6

## V

**vague** [1] - 41:13

**various** [1] - 43:20

**VEGA** [1] - 2:5

**vehicle** [1] - 26:20

**Venezuela** [1] - 26:19

**version** [2] - 31:14, 31:15

**versus** [1] - 4:7

**vet** [1] - 26:5

**victim** [1] - 44:9

**Vietnam** [1] - 26:5

**view** [1] - 16:15

**viewed** [1] - 50:15

**violate** [3] - 9:10, 27:22, 48:20

**violated** [5] - 6:18, 15:13, 48:16, 49:8, 50:22

**violates** [1] - 48:22

**violating** [2] - 18:8, 51:9

**violation** [7] - 25:4, 29:25, 34:2, 38:12, 48:2, 49:12, 53:25

**Vitol** [2] - 5:2

**VITOL** [2] - 3:3, 3:3

**vs** [1] - 1:6

## W

**waistband** [1] - 26:21

**wait** [2] - 17:2, 47:1

**waits** [2] - 11:15, 11:21

**War** [1] - 26:5

**Washington** [1] - 2:17

**week** [1] - 46:9

**weekend** [2] - 44:1, 44:17

**whatever's** [1] - 50:17

**whole** [4] - 12:14, 28:22, 55:7, 55:18

**widely** [1] - 15:22

**willingness** [1] - 50:17

**wind** [1] - 27:24

**wiser** [2] - 10:19, 22:10

**wish** [2] - 25:7, 32:11

**wishes** [1] - 30:4

**word** [2] - 32:6, 35:4

**words** [1] - 53:12

**works** [1] - 35:2

**world** [1] - 45:4

**worse** [1] - 7:4

**worst** [1] - 29:3

**write** [1] - 53:10

**wrongfully** [1] - 21:23

## Y

**years** [1] - 26:5

**York** [3] - 1:21, 32:19

## Z

**Zack** [1] - 50:10