UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff PDVSA US Litigation Trust's ("Plaintiff") and Non-Party Algamex's Notice of Issues to be Addressed at the Next Available Telephonic Conference (hereafter, "Notice") [D.E. 412]. This matter was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge ("Judge Otazo-Reyes"), pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. Due to Judge Otazo-Reyes' absence from the District and the emergency nature of the parties' dispute, the undersigned held a Telephonic Hearing on this matter on June 7, 2018 at the request of Judge Otazo-Reyes.

At the Telephonic Hearing, Plaintiff advised the undersigned that the deposition of PDVSA's corporate representative, Dr. Hilda Cabeza ("Dr. Cabeza"), that was scheduled to take place on Friday, June 8, 2018 in Madrid, Spain, was cancelled because the President of Venezuela precluded Dr. Cabeza from leaving Venezuela for the deposition. Plaintiff represented that it would continue to confer with Defendants about potential alternatives for conducting PDVSA's Rule 30(b)(6) deposition. Defendants advised that they do not seek any relief from the undersigned as this time; however, they reserved their right to seek further relief

before Judge Otazo-Reyes, including an award of costs incurred in connection with the cancelled deposition.

As to the remaining issues in the Notice [D.E. 412], in accordance with the undersigned's rulings at the Telephonic Hearing, it is

ORDERED AND ADJUDGED that the deposition of Algamex's corporate representative shall go forward as scheduled on Friday, June 8, 2018 in Albany, New York. The undersigned finds that the topics set forth in the Notice of Video Deposition of Algamex [D.E. 412-1] appear to be relevant to the limited issue of standing. However, Plaintiff may raise objections regarding privilege or the scope of the questions, if appropriate, depending on the answers to predicate questions. Any objections may be addressed on a question-by-question basis after the conclusion of the deposition.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of June, 2018.

_____
ANDREA M. SIMONTON
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      United States Magistrate Judge Alicia M. Otazo-Reyes
      Counsel of Record