**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION**

| | |
|---|---|
| PDVSA US LITIGATION TRUST,<br><br>    Plaintiff,<br><br>  vs.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL, A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD.; SAINT-HELIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDINGS INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendants. | Case No. 18-cv-20818-DPG |

**JOINDER IN MOTION, BY ORDER TO SHOW CAUSE, FOR
SANCTIONS AND OTHER RELIEF AGAINST PLAINTIFF**

Defendant, Maximiliano Poveda ("Poveda"), files this joinder in the Motion, By Order

To Show Cause, For Sanctions and Other Relief Against Plaintiff filed by certain Defendants

1

(Docket No. 430) ("Motion for Sanctions").[1] For the reasons stated in the Motion for Sanctions, Poveda requests that the Court issue an Order to Show Cause why it should not preclude Plaintiff from either claiming that PDVSA properly created the Trust or properly assigned the claims to the Trust.

WHEREFORE, Maximiliano Poveda requests that the Court grant the Motion for Sanctions and such other and further relief to which he may be justly entitled.

Dated:  June 15, 2018

<div style="margin-left:50%">

By:  /s/Spencer H. Silverglate
Spencer H. Silverglate
Florida Bar No. 769223
Email:  ssilverglate@cspalaw.com
Email:  mpedraza@cspalaw.com
Francisco Ramos, Jr.
Florida Bar No. 114766
Email:  framos@cspalaw.com
Email:  socd@cspalaw.com
Email:  cdeleon@cspalaw.com
**CLARKE SILVERGLATE, P.A.**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone:  (305) 377-0700
Facsimile:   (305) 377-3001

Stephen H. Lee
*Admitted Pro Hac Vice*
Email:  slee@porterhedges.com
**PORTER HEDGES LLP**
100 Main Street, 36th Floor
Houston, Texas  77002
Telephone:  (713) 226-6686
Facsimile:  (713) 226-6286

Counsel *for Maximiliano Poveda*

</div>

---

[1] Poveda's Joinder is without prejudice to any of his defenses or objections to Plaintiff's Amended Complaint, including lack of subject matter or personal jurisdiction, improper venue, failure to state a claim, or any other defense or objection under Rule 12 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct of the foregoing was electronically filed on June 15, 2018 with the Clerk of Court using the CM/ECF system, which will send e-filing notices to all counsel of record.

        CLARKE SILVERGLATE, P.A.

        By: /s/Spencer H. Silverglate
            Spencer H. Silverglate