UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## SIXTH DISCOVERY ORDER

THIS CAUSE came before the Court for Continued Telephonic Hearing held on June 19, 2018. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. At the Continued Telephonic Hearing, the undersigned addressed the following items:

1. The necessity for discovery in preparation for the anticipated Preliminary Injunction Hearing (hereafter, "Preliminary Injunction Discovery");

2. Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, BAC Florida Bank, Maximiliano Poveda, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez's (collectively, "Defendants") Notice of Issues to be Addressed at Next Available Telephonic Conference Regarding the Algamex Deposition (hereafter, "Defendants' Notice" and "Defendants' Request for Fees and Costs") [D.E. 429]; and

3. Plaintiff PDVSA US Litigation Trust's ("Plaintiff") Notice of Issues and Response to Defendants' Notice and Plaintiff's Request for Sanctions (hereafter, "Plaintiff's Cross-Notice" and "Plaintiff's Request for Sanctions") [D.E. 438].

In accordance with the undersigned's rulings at the Continued Telephonic Hearing, it is

ORDERED AND ADJUDGED as follows:

- ➢ With regard to the necessity for Preliminary Injunction Discovery and/or a Preliminary Injunction Hearing, the parties have until **Friday, July 13, 2018** to submit an agreed order or report on the progress of their negotiations.

- ➢ As to Defendants' Notice [D.E. 429] and Plaintiff's Cross-Notice [D.E. 438], Algamex shall produce a fully prepared corporate representative for a supplemental deposition, limited to 2 hours and the subjects listed in Defendants' Notice of Video Deposition of Algamex (hereafter, "Algamex Notice") [D.E. 412-1], on **Tuesday, June 26, 2018**. Specifically, the corporate representative shall be fully prepared to answer, to the extent they pertain to the subjects listed in the Algamex Notice: 1) the questions that David Evans ("Mr. Evans") was unable to answer at the Algamex corporate representative deposition held on June 8, 2018; 2) the questions to which Mr. Evans testified that William Duker ("Mr. Duker") would have been in a better position to answer; and 3) the questions that counsel instructed Mr. Evans not to answer on grounds other than privilege.[1]

- ➢ Defendants' Request for Fees and Costs [D.E. 429 at 8] and Plaintiff's Request for Sanctions [D.E. 438 at 2] are DENIED.

---

[1] Defendants have highlighted these questions and answers in the transcript of the deposition of Algamex's corporate representative, using the following codes: 1 = yellow; 2 = teal; 3 = orange. See Transcript [D.E. 429-2].

2

- ➢ By **Monday, July 2, 2018**, the parties shall submit a proposed agreed confidentiality order.

- ➢ A Show Cause Hearing on Defendants' Motion, by Order to Show Cause, for Sanctions and Other Relief Against Plaintiff [D.E. 430] is **SET** for **Friday, July 6, 2018 at 10:00 AM at 301 North Miami Avenue, Tenth Floor, Miami, Florida, 33128.**

- ➢ The Hearing on Plaintiff's standing set for **June 28-29, 2018 at 10:00 AM** is hereby **RESET** to **August 2-3, 2018 at 10:00 AM at 301 North Miami Avenue, Tenth Floor, Miami, Florida, 33128.**

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of June, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record