UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PDVSA US LITIGATION TRUST

        Plaintiff,

  v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.

        Defendants.

Case No. 1:18-CV-20818 (DPG)

**PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE**

Plaintiff PDVSA U.S. Litigation Trust files this Motion For Leave To File Response addressing Defendant Trafigura Trading, LLC's ("Trafigura") Notice of Plaintiff's Failure to File

a Response to Trafigura's Motion for Clarification Regarding Preservation Order [Dkt. No. 446] and states:

1. Plaintiff will file a response to Trafigura's Motion for Clarification Regarding Preservation Order [Dkt. No. 414 (the "Motion")] today. The response is attached as Exhibit A.

2. The response was due on June 19, 2018 but was not properly calendared.

3. Plaintiff respectfully requests that the Court allow Plaintiff to accept its response to the Motion today.

4. Undersigned counsel conferred with counsel for Trafigura prior to the filing of this Motion and Trafigura's counsel opposes this request for an extension.

5. With a telephonic hearing to address Trafigura's Motion for Clarification Regarding Preservation Order set for July 2, 2018 (Dkt. No. 444), Trafigura will not be prejudiced in any way if our request for extension is granted. Through prior correspondence, communications and meet and confers, Trafigura is already very well aware of the specifics of Plaintiff's response and Plaintiff's opposition to Trafigura's Motion for Clarification Regarding Preservation Order.

6. Plaintiff respectfully requests this Court to grant this extension to and accept Plaintiff's Response today.

Dated: June 21, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Stephen N. Zack (Bar No.: 145215)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
Helen M. Maher
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Nicholas A. Gravante, Jr.
David A. Barrett
Randall Jackson
Ellen Brockman
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
Teresa A. Monroe
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on June 21, 2018 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel of record to all parties via transmission of Notices of Electronic Filing.

By: */s/ Steven W. Davis*