**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:18-CIV-20818-GAYLES/OTAZO-REYES**

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

**DEFENDANTS'** *UNOPPOSED* **MOTION TO RESCHEDULE
ALGAMEX'S 30(b)(6) REPRESENTATIVE'S SUPPLEMENTAL DEPOSITION**

    Defendants Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, BAC Florida Bank, Maximiliano Poveda, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Luis Alvarez (collectively "Defendants"), request the Court permit the rescheduling of Algamex's 30(b)(6) representative's supplemental deposition to July 5, 2018, and state in support as follows.

    1.    On June 20, 2018, the Court entered its Sixth Discovery Order [ECF No. 442], requiring Algamex to produce a corporative representative for a supplemental deposition on June 26, 2018, *see id.* at 2.

    2.    Thereafter, Plaintiff PDVSA US Litigation Trust ("Plaintiff") notified Defendants that it could produce William Duker ("Mr. Duker") as Algamex's corporate representative for the supplemental deposition instead of the originally designated corporate representative (David Evans); but the earliest date Mr. Duker could be made available for a deposition is July 5, 2018 in Rome, Italy.

1

3. As explained in Defendants' Notice of Issues . . . [ECF No. 429], Defendants believe that Mr. Duker is the most knowledgeable person regarding the noticed topics for deposition and therefore, Defendants request the June 26, 2018 deadline for Algamex's 30(b)(6) supplemental deposition be rescheduled to July 5, 2018 so that Defendants may depose Mr. Duker as the Algamex corporate representative.[1]

4. Defendants conditioned their agreement with Plaintiff to seek to reschedule the supplemental Algamex deposition to July 5, 2018 upon Plaintiff agreeing that the rescheduling of the deposition would not affect the currently scheduled July 6, 2018 hearing date (on Defendants' Motion, by Order to Show Cause, for Sanctions and Other Relief Against Plaintiff [ECF No. 430]; *see also* Sixth Discovery Order at 3) or the revised standing schedule Defendants have proposed to Plaintiff (including the proposed July 9, 2018 deadline for the parties to exchange expert reports). Plaintiff has confirmed that it agrees to these conditions.

WHEREFORE, Defendants request the Court allow Defendants to take the supplemental deposition of Algamex's corporate representative on July 5, 2018, instead of June 26, 2018.

### CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Defendants' counsel has conferred with Plaintiff's counsel and all other interested party defendants regarding the relief sought in this notice and all parties agree to the relief sought herein.

Dated: June 25, 2018

Respectfully submitted,

---

[1] In the alternative, Defendants request the supplemental deposition be postponed by two days, until June 28, 2018, in order for Defendants to be able to make travel and other arrangements for the supplemental deposition after the Court rules on this motion.

*By: /s/Alex M. Gonzalez*
Alex M. Gonzalez
Florida Bar No. 991200
alex.gonzalez@hklaw.com
Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com
Brian A. Briz
Florida Bar No. 657557
brian.briz@hklaw.com
Dayme Sanchez
Florida Bar No. 119599
dayme.sanchez@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
David Kully (admitted *pro hac vice*)
david.kully@hklaw.com

*Attorneys for Defendants HELSINGE, INC., HELSINGE LTD., HELSINGE HOLDINGS, LLC, DANIEL LUTZ, LUIS LIENDO AND MARIA FERNANDA RODRIGUEZ*

By: */s/ Etan Mark*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Donald J. Hayden, Esq.
Florida Bar No. 097136
don@markmigdal.com
Lara O'Donnell Grillo, Esq.
Florida Bar No. 37735
lara@markmigdal.com
eservice@markmigdal.com
**MARK MIGDAL & HAYDEN**
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

*Attorneys for Defendant JOHN RYAN*

By: /s/ *Bruce Birenboim*
Stephen F. Rosenthal, Esq.
Florida Bar No. 0131458 Email:
srosenthal@podhurst.com
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
Email: rjosefsberg@podhurst.com
**PODHURST ORSECK, P.A.**
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Main Tel: (305) 358-2800
Direct Tel: (305) 789-5905
Facsimile: (305) 358-2382

Bruce Birenboim, Esq.
*Admitted Pro Hac Vice*
Email: bbirenboim@paulweiss.com
Brad S. Karp, Esq.
*Admitted Pro Hac Vice*
Email: bkarp@paulweiss.com
Jessica S. Carey, Esq.
*Admitted Pro Hac Vice*
Email: jcarey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Adam B. Schwartz, Esq.
*Admitted Pro Hac Vice*
Email: aschwartz@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendants GLENCORE LTD., GLENCORE ENERGY UK LTD., GUSTAVO GABALDON, SERGIO DE LA VEGA, and LUIS ALVAREZ*

3

By: */s/ Nicolas Swerdloff*
Nicolas Swerdloff, Esq.
Florida Bar No. 070416
Email:
Nicolas.swerdloff@hugheshubbard.com
Jeffrey B. Goldberg, Esq.
Florida Bar No. 118689
Email:
Jeffrey.goldberg@hugheshubbard.com
**HUGHES HUBBARD & REED LLP**
201 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 358-1666
Facsimile: (305) 371-8759

*Attorneys for Defendant BAC FLORIDA BANK*

By: */s/ Kimberly Ann Pathman*
Kimberly A. Pathman
Florida Bar No. 118844
kpathman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue NW
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

and

Mark J. MacDougall (admitted *pro hac vice*)
mmacdougall@akingump.com
Thomas P. McLish (admitted *pro hac vice*)
tmclish@akingump.com
Stacey H. Mitchell (admitted *pro hac vice*)
shmitchell@akingump.com
Connor Mullin (admitted *pro hac vice*)
cmullin@akingump.com

*Attorneys for Defendants FRANCISCO MORILLO AND LEONARDO BAQUERO*

## CERTIFICATE OF SERVICE

I certify that on June 25, 2018, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

<em>s/Alex M. Gonzalez</em>