# EXHIBIT A

# Gangwer, Jason

| | |
|---|---|
| **From:** | George Carpinello <gcarpinello@BSFLLP.com> |
| **Sent:** | Sunday, May 27, 2018 3:50 PM |
| **To:** | 'Adam B. Schwartz'; 'Adam Hudes '; 'Adam Michael Schachter '; 'Adam Wolfson'; 'Alex M. Gonzalez'; 'Alexander L. Kaplan '; 'Allan C. Galis '; 'Andr?s Rivero'; 'Benjamine Reid '; 'Brad S. Karp'; 'Brian A. Briz'; 'Bruce Birenboim'; 'Carlos Rodriguez'; 'Christina Olivos'; 'Clifton R. Gruhn'; Mullin, Connor; 'David Kully'; 'David M. Burkoff '; 'Donald J. Hayden'; 'Edward (Ed) Mullins '; 'Etan Mark'; 'Ethan Glass'; 'Francisco Ramos, Jr.'; 'Gerald Edward Greenberg'; 'Heather H. Lundy '; 'Israel J. Encinosa'; Gangwer, Jason; 'Jeffrey B. Goldberg'; 'Jessica S. Carey'; 'Jonathan H. Kaskel '; 'Jorge D. Guttman '; Pathman, Kimberly; 'Lara O?Donnell Grillo'; MacDougall, Mark; Ryan, Mark (External); 'Michael C. Kelso'; 'Michael Gervais'; 'Michael P. Lennon, Jr'; 'Neal S. Manne'; 'Nicolas Swerdloff'; 'Robert C. Josefsberg '; 'Spencer H. Silverglate'; Mitchell, Stacey; 'Stephen Frederick Rosenthal'; 'Stephen H. Lee'; 'Stephen Hauss'; 'Stephen M. Medlock '; McLish, Thomas; 'Weston O?Black'; 'William A. Burck' |

Counsel: We have been advised that, after the election, the President of Venezuela had restricted travel of government officials outside the country. We will advise you of alternative arrangements with regard to depositions as soon as we know them.


Sent with Good (www.good.com)

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]