# EXHIBIT B

# Gangwer, Jason

| | |
|---|---|
| **From:** | George Carpinello <gcarpinello@BSFLLP.com> |
| **Sent:** | Tuesday, May 22, 2018 7:25 PM |
| **To:** | 'Adam B. Schwartz'; 'Adam Hudes '; 'Adam Michael Schachter '; 'Adam Wolfson'; 'Alex M. Gonzalez'; 'Alexander L. Kaplan '; 'Allan C. Galis '; 'Andrés Rivero'; 'Benjamine Reid '; 'Brad S. Karp'; 'Brian A. Briz'; 'Bruce Birenboim'; 'Carlos Rodriguez'; 'Christina Olivos'; 'Clifton R. Gruhn'; Mullin, Connor; 'David Kully'; 'David M. Burkoff '; 'Donald J. Hayden'; 'Edward (Ed) Mullins '; 'Etan Mark'; 'Ethan Glass'; 'Francisco Ramos, Jr.'; 'Gerald Edward Greenberg'; 'Heather H. Lundy '; 'Israel J. Encinosa'; Gangwer, Jason; 'Jeffrey B. Goldberg'; 'Jessica S. Carey'; 'Jonathan H. Kaskel '; 'Jorge D. Guttman '; Pathman, Kimberly; 'Lara O'Donnell Grillo'; MacDougall, Mark; Ryan, Mark (External); 'Michael C. Kelso'; 'Michael Gervais'; 'Michael P. Lennon, Jr'; 'Neal S. Manne'; 'Nicolas Swerdloff'; 'Robert C. Josefsberg '; 'Spencer H. Silverglate'; Mitchell, Stacey; 'Stephen Frederick Rosenthal'; 'Stephen H. Lee'; 'Stephen Hauss'; 'Stephen M. Medlock '; McLish, Thomas; 'Weston O'Black'; 'William A. Burck' |
| **Cc:** | David Boies |
| **Subject:** | PDVSA US Litigation Trust v. Lukoil, et al. |
| **Attachments:** | PDVSA HMCM Letter Absence Responsive Docs 2018 05 21.pdf |

Counsel:  Attached is a letter from PDVSA with regard to Defendants' document requests.

Also, We can confirm that Procurator General, Renaldo Munoz Pedroza, will be available for a deposition in New York on May 30, 2018.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]