# EXHIBIT C

**Gangwer, Jason**

| | |
|---|---|
| **From:** | George Carpinello <gcarpinello@BSFLLP.com> |
| **Sent:** | Friday, May 25, 2018 6:14 PM |
| **To:** | 'Schwartz, Adam B' |
| **Cc:** | ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S; Brian.Briz@hklaw.com; Birenboim, Bruce; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; Mullin, Connor; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; Gangwer, Jason; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; Pathman, Kimberly; lara@markmigdal.com; MacDougall, Mark; Ryan, Mark (External); mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; Mitchell, Stacey; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; McLish, Thomas; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies; Carey, Jessica; 'Israel.Encinosa@hklaw.com'; Nicholas Gravante; Steven W. Davis; Adam Shaw; David Barrett; David Boies; Helen Maher; Randall Jackson |
| **Subject:** | RE: Joint Notice - Depositions |

Adam:  Ms. Cabeza, the PDVSA Rule 30(b)(6) witness, is available in Madrid on June 7.  The Algamex Rule 30(b)(6) witness is David Evans and his deposition will take place on June 1 at our offices in Albany, NY.

Please advise us as to when and where Mr. Lutz's deposition will take place.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

---

**From:** Schwartz, Adam B [mailto:aschwartz@paulweiss.com]
**Sent:** Friday, May 25, 2018 12:39 PM
**To:** Carey, Jessica <jcarey@paulweiss.com>; George Carpinello <gcarpinello@BSFLLP.com>; 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>; Nicholas Gravante <NGravante@BSFLLP.com>; Steven W. Davis <SDavis@BSFLLP.com>; Adam Shaw <ashaw@BSFLLP.com>; David Barrett <dbarrett@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; George Carpinello <gcarpinello@BSFLLP.com>; Helen Maher <hmaher@BSFLLP.com>; Randall

Jackson <RJackson@BSFLLP.com>
**Cc:** ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: Joint Notice - Depositions

George:

I have added your colleagues at Boies to this email given that you may be attending the deposition. We need a response from plaintiff regarding the dates and locations of the remaining depositions. As you know, the parties are required to file a notice with the court *today* and defendants will require some time to coordinate after we receive your response.

Thank you,


**Adam B. Schwartz** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7341 (Direct Phone) | +1 202 527 0941 (Cell)
+1 202 204 7358 (Direct Fax)
aschwartz@paulweiss.com | www.paulweiss.com

---

**From:** Carey, Jessica
**Sent:** Friday, May 25, 2018 10:13 AM
**To:** George Carpinello <gcarpinello@BSFLLP.com>; 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** Schwartz, Adam B <aschwartz@paulweiss.com>; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: Joint Notice - Depositions
**Importance:** High

George,

I am following up on my below message. Could you please let us know when you will provide defendants with deposition dates and locations? As you know, we have a deadline of *today* for filing a joint notice on this topic.

Best regards.

**Jessica S. Carey** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3566 (Direct Phone)
+1 212 492 0566 (Direct Fax)
jcarey@paulweiss.com | www.paulweiss.com

---

**From:** Carey, Jessica
**Sent:** Thursday, May 24, 2018 3:44 PM
**To:** 'George Carpinello' <gcarpinello@BSFLLP.com>; 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** Schwartz, Adam B <aschwartz@paulweiss.com>; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** Joint Notice - Depositions

George,

In light of tomorrow's deadline for the parties to file a Joint Notice regarding depositions, we request that you provide proposed dates and locations for the Algamex 30(b)(6) deposition and the PDVSA 30(b)(6) deposition of Hilda Cabeza (other than in Venezuela) as soon as possible and, in any event, by no later than 10 a.m. Eastern tomorrow. We also ask that you provide several potential dates so that we may consider which works best for the most defendants. Finally, please identify the Algamex 30(b)(6) witness.

Best regards.

**Jessica S. Carey** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3566 (Direct Phone)
+1 212 492 0566 (Direct Fax)
jcarey@paulweiss.com | www.paulweiss.com

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Sent:** Thursday, May 24, 2018 11:06 AM
**To:** 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** Schwartz, Adam B <aschwartz@paulweiss.com>; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; Carey, Jessica <jcarey@paulweiss.com>; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: RE:

Yes. We agree.

**George F. Carpinello**
Partner

---

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

---

**From:** Israel.Encinosa@hklaw.com [mailto:Israel.Encinosa@hklaw.com]
**Sent:** Wednesday, May 23, 2018 7:21 PM
**To:** George Carpinello <gcarpinello@BSFLLP.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Brian.Briz@hklaw.com; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>;

Israel.Encinosa@hklaw.com
**Subject:** RE:

George,

Please confirm that Plaintiff agrees that Monday's deadline (May 28th) for the exchange of expert reports is adjourned pending entry of a revised schedule following Tuesday's telephonic hearing.

Regards,
Israel

**Israel Encinosa | Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Encinosa, Israel J (MIA - X27602)
**Sent:** Thursday, May 17, 2018 8:53 PM
**To:** 'George Carpinello' <gcarpinello@BSFLLP.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>
**Subject:** RE:

George,

As discussed at the last hearing and per the Magistrate's most recent order, the parties are to submit agreed dates for all of the deadlines that fall in between the new deadline for the completion of fact depositions as to standing and the June 28th hearing on standing.  Here are the new deadlines Defendants propose:

- June 6th – last day for parties to exchange expert reports

5

- June 11 through 15 – depositions of expert witnesses (instead of two fixed dates, we propose to have a range of dates to facilitate scheduling/travel)
- June 18th (by 5:00 pm) – deadline for the parties to serve briefs on Plaintiff's standing
- June 25th (by 5:00 pm) – deadline for the parties to serve response briefs

Please let us know if Plaintiff is in agreement.

Also, please let us know Plaintiff's position with respect to my email below.

Regards,
Israel

**Israel Encinosa** | **Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Encinosa, Israel J (MIA - X27602)
**Sent:** Tuesday, May 15, 2018 10:28 AM
**To:** 'George Carpinello' <gcarpinello@BSFLLP.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>
**Subject:** RE:

George,

We are generally in agreement with your proposed modifications below with a couple of clarifications. As to your first point, for declarants identified on May 21st please confirm they will also be made available for deposition within 72 hours.

As to your second point, Plaintiff is already aware of a number of "factual [bases]" (and legal ones) upon which defendants have argued Plaintiff lacks standing (briefing and expert declarations have been submitted by plaintiffs and defendants). Accordingly, please confirm that any individuals addressing those bases will be disclosed by the May 21st deadline and made available for deposition, and Plaintiff will only be able to identify declarants after May 21st that are limited to bases disclosed after May 21st.

Additionally, please let us know whether Plaintiff intends to request to call live witnesses at the standing hearing. If so, and pending our further discussions on this issue, please confirm that Plaintiff agrees to limit any live testimony to witnesses who were deposed.

Regards,
Israel

**Israel Encinosa** | **Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** George Carpinello [mailto:gcarpinello@BSFLLP.com]
**Sent:** Tuesday, May 08, 2018 3:53 PM
**To:** Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:**

Israel: We can agree to your proposal that declarants be identified in advance and subject to deposition. However, we have two changes to your proposal:

1. We propose that the declarants be identified on May 21, 2018 rather than May 18, 2018; and

2. Since we are unclear as to the factual basis on which Defendants are challenging the standing of the Trust, we reserve the right to name additional declarants after we receive Defendants' papers now scheduled for 5:00 on June 11. We wish to have 72 hours to identify any additional declarants and that will make them available for deposition immediately thereafter.

Please let me know if these conditions are acceptable.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

---

**From:** Israel.Encinosa@hklaw.com [mailto:Israel.Encinosa@hklaw.com]
**Sent:** Tuesday, May 8, 2018 2:12 PM
**To:** George Carpinello <gcarpinello@BSFLLP.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Brian.Briz@hklaw.com; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; Israel.Encinosa@hklaw.com
**Subject:** RE: RE:

George,

Your information is not correct. What is your understanding based on?

Regards,
Israel

**Israel Encinosa** | **Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** George Carpinello [mailto:gcarpinello@BSFLLP.com]
**Sent:** Tuesday, May 08, 2018 12:12 PM
**To:** Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>
**Cc:** 'Adam B. Schwartz' <aschwartz@paulweiss.com>; 'Adam Hudes ' <ahudes@mayerbrown.com>; 'Adam Michael Schachter ' <aschachter@gsgpa.com>; 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; 'Alexander L. Kaplan ' <akaplan@SusmanGodfrey.com>; 'Allan C. Galis ' <agalis@huntermaclean.com>; 'Andrés Rivero' <arivero@riveromestre.com>; 'Benjamine Reid ' <breid@carltonfields.com>; 'Brad S. Karp' <bkarp@paulweiss.com>; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; 'Bruce Birenboim' <bbirenboim@paulweiss.com>; 'Carlos Rodriguez' <crodriguez@riveromestre.com>; 'Christina Olivos' <colivos@reedsmith.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>; 'Connor Mullin' <cmullin@akingump.com>; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; 'David M. Burkoff ' <DBurkoff@huntermaclean.com>; 'Donald J. Hayden' <don@markmigdal.com>; 'Edward (Ed) Mullins ' <EMullins@reedsmith.com>; 'Etan Mark' <etan@markmigdal.com>; 'Ethan Glass' <ethanglass@quinnemanuel.com>; 'Francisco Ramos, Jr.' <framos@cspalaw.com>; 'Gerald Edward Greenberg' <ggreenberg@gsgpa.com>; 'Heather H. Lundy ' <hlundy@huntermaclean.com>; Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>; 'Jason E. Gangwer' <jgangwer@akingump.com>; 'Jeffrey B. Goldberg' <jeffrey.goldberg@hugheshubbard.com>; 'Jessica S. Carey' <jcarey@paulweiss.com>; 'Jonathan H. Kaskel ' <jkaskel@gunster.com>; 'Jorge D. Guttman ' <jguttman@gunster.com>; 'Kimberly A. Pathman' <kpathman@akingump.com>; 'Lara O'Donnell Grillo' <lara@markmigdal.com>; 'Mark J. MacDougall' <mmacdougall@akingump.com>; 'Mark W. Ryan ' <mryan@mayerbrown.com>; 'Michael C. Kelso' <mkelso@susmangodfrey.com>; 'Michael Gervais' <mgervais@susmangodfrey.com>; 'Michael P. Lennon, Jr' <mlennon@mayerbrown.com>; 'Neal S. Manne' <nmanne@susmangodfrey.com>; 'Nicolas Swerdloff' <nicolas.swerdloff@hugheshubbard.com>; 'Robert C. Josefsberg ' <rjosefsberg@podhurst.com>; 'Spencer H. Silverglate' <ssilverglate@cspalaw.com>; 'Stacey H. Mitchell' <shmitchell@akingump.com>; 'Stephen Frederick Rosenthal' <srosenthal@podhurst.com>; 'Stephen H. Lee' <SLee@porterhedges.com>; 'Stephen Hauss' <stephenhauss@quinnemanuel.com>; 'Stephen M. Medlock ' <smedlock@mayerbrown.com>; 'Thomas P. McLish' <tmclish@akingump.com>; 'Weston O'Black' <woblack@susmangodfrey.com>; 'William A. Burck' <williamburck@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: RE:

Israel: Our understanding is that Mr. Ramos is an employee of Defendant Helsinge. Please advise us if our information is correct.

With regard to Mr. Lutz, we will address that issue with the Court.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER** LLP
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

---

**From:** Israel.Encinosa@hklaw.com [mailto:Israel.Encinosa@hklaw.com]
**Sent:** Tuesday, May 8, 2018 11:40 AM
**To:** George Carpinello <gcarpinello@BSFLLP.com>
**Cc:** aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; AGalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Brian.Briz@hklaw.com; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; cmullin@akingump.com; David.Kully@hklaw.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; HLundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; DBurkoff@huntermaclean.com; Israel.Encinosa@hklaw.com
**Subject:** RE:

George:

In response to your inquiry below regarding the availability of Daniel Lutz and Ricardo Ramos to sit for deposition, please note that Mr. Lutz will not agree to sit for deposition including for the reasons asserted by Defendants Morillo and Baquero. Plaintiff has refused to provide a good faith basis to take his deposition as to issues of standing nor is it conceivable that Plaintiff has a good faith basis. And Mr. Lutz has not been served. With respect to Mr. Ramos, he is not a defendant nor is he under defendants' control.

Regards,
Israel

**Israel Encinosa** | **Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** George Carpinello [mailto:gcarpinello@BSFLLP.com]
**Sent:** Monday, May 07, 2018 10:30 AM
**To:** Adam B. Schwartz <aschwartz@paulweiss.com>; Adam Hudes <ahudes@mayerbrown.com>; Adam Michael Schachter <aschachter@gsgpa.com>; Adam Wolfson <adamwolfson@quinnemanuel.com>; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; Alexander L. Kaplan <akaplan@SusmanGodfrey.com>; Allan Galis <AGalis@huntermaclean.com>; Andrés Rivero <arivero@riveromestre.com>; Benjamine Reid <breid@carltonfields.com>; Brad S. Karp <bkarp@paulweiss.com>; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; Bruce Birenboim <bbirenboim@paulweiss.com>; Carlos Rodriguez <crodriguez@riveromestre.com>; Christina Olivos <colivos@reedsmith.com>; Connor Mullin <cmullin@akingump.com>; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; Donald J. Hayden <don@markmigdal.com>; Edward (Ed) Mullins <EMullins@reedsmith.com>; Etan Mark <etan@markmigdal.com>; Ethan Glass <ethanglass@quinnemanuel.com>; Francisco Ramos, Jr. <framos@cspalaw.com>; Gerald Edward Greenberg <ggreenberg@gsgpa.com>; Heather Lundy <HLundy@huntermaclean.com>; Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>; Jason E. Gangwer <jgangwer@akingump.com>; Jeffrey B. Goldberg <jeffrey.goldberg@hugheshubbard.com>; Jessica S. Carey <jcarey@paulweiss.com>; Jonathan H. Kaskel <jkaskel@gunster.com>; Jorge D. Guttman <jguttman@gunster.com>; Kimberly A. Pathman <kpathman@akingump.com>; Lara O'Donnell Grillo <lara@markmigdal.com>; Mark J. MacDougall <mmacdougall@akingump.com>; Mark W. Ryan <mryan@mayerbrown.com>; Michael C. Kelso <mkelso@susmangodfrey.com>; Michael Gervais <mgervais@susmangodfrey.com>; Michael P. Lennon, Jr <mlennon@mayerbrown.com>; Neal S. Manne <nmanne@susmangodfrey.com>; Nicolas Swerdloff <nicolas.swerdloff@hugheshubbard.com>; Robert C. Josefsberg <rjosefsberg@podhurst.com>; Spencer H. Silverglate <ssilverglate@cspalaw.com>; Stacey H. Mitchell <shmitchell@akingump.com>; Stephen Frederick Rosenthal <srosenthal@podhurst.com>; Stephen H. Lee <SLee@porterhedges.com>; Stephen Hauss <stephenhauss@quinnemanuel.com>; Stephen M. Medlock <smedlock@mayerbrown.com>; Thomas P. McLish <tmclish@akingump.com>; Weston O'Black <woblack@susmangodfrey.com>; William A. Burck <williamburck@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>; David Boies2 <xboies@gmail.com>
**Subject:**

Dear Counsel: We would like to following questions on our 2:30 call:

1. Please advise is when and where we will be able to take the depositions of Messrs. Morillo and Baquero.

2. Please advise us if either Defendant Lutz or Ricardo Ramos is available for a deposition and where?

3. Please identify the name and title of the person from Trafigura who will be sitting for the deposition on May 15?

4. We sent you a proposed preservation order and draft of declaration stating that no documents were destroyed or setting forth any payments made to the Morillo Defendants. Are you prepared to enter into the preservation order and, if you are not prepared to sign the stipulation, why not?

5. In our document request (attached) number 10, we asked you if there were any communications with anyone in Venezuela or elsewhere concerning the validity of the Trust. Please confirm that neither Mr. Morillo, Baquero nor any other Defendant or any of their representatives, agents or counsel has had any communication with anyone in Venezuela concerning the Trust.

6. In this regard, please advise us what discussions you or any of your agents, representatives or counsel had with any representative or agent of the National Assembly about the document produced on Friday, May 3 (National Assembly Resolution, Bates Numbers: 052 to 057).

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]