# EXHIBIT D

6/27/2018 PDVSA La Estancia on Twitter: "Nuestra Gerente General @maryd_quevedo1 presente en el 7mo. Seminario Internacional de la #OPEP…

Case 1:18-cv-20818-DPG Document 466-4 Entered on FLSD Docket 06/29/2018 Page 2 of 4

✕



**PDVSA La Estancia**
@PDVSALaEstancia

Follow

Nuestra Gerente General @maryd_quevedo1 presente en el 7mo. Seminario Internacional de la #OPEP acompañando al Min. @MQuevedoF y representando a la Patria de Bolívar.



9:34 AM - 21 Jun 2018

**28** Retweets **27** Likes 

Mary de Quevedo, PDVSA, Min. PP Petróleo and 7 others

💬 1     🔁 28     ♡ 27

 **Niurk Torres** @MaestraNiurkaT · Jun 21

Replying to @PDVSALaEstancia @maryd_quevedo1 and 10 others

PRINCIPIO BÍBLICO: Contar con Dios en su matrimonio hará que su relación de pareja sea más fuerte (Eclesiastés 4:12; Isaías 48:17). Y con la bendición de Jehová, su familia será feliz para siempre (Deuteronomio 12:7). Sr. Min.

**PDVSA La Estancia**

@PDVSALaEstancia

Our General Manager @maryd_quevedo1, present at OPEC's Seventh International Seminar, accompanying minister @MQuevedoF and representing Bolivar's Homeland.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )         ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit D" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong