# EXHIBIT E

 (/INDEX.HTML) | RUSIA 2018 (/SECCION/FUTBOL.HTML) | CIUDAD(/SECCION/CIUDAD.HTML) | POLÍTICA Y ECONOMÍA (/SECCION/POLITICAYECONOMIA.HTML) | ESPECTÁCULOS(/SECCION/ESPECTACULOS.HTML) | SUCESOS(/SECCIO

Publicidad

Publicidad

(/index.html)

Miércoles 27 de Junio 2018 | Actualizado hace 8 minutos   ()

...HTML) | CIENCIA Y TECNOLOGÍA (/SECCION/CIENCIAYTECNOLOGIA.HTML) | EXPERIENCIA PANORAMA (/SECCION/EXPERIENCIAPANORAMA.HTML) | BELLEZA Y SALUD (/SECCION/BELLEZAYSALUD.HTML) | MUNDO(/SECCION/MUNDO.HTML) | OPINIÓN(/SECCION/OPINION.HTML) | ANUNCIANTES(HTTP://ANUNCIA

Publicidad

Publicidad

Publicidad

POLÍTICA Y ECONOMÍA   (/seccion/politicayeconomia.html)                                 12:10 PM / 25/05/2018

Venezuela busca alianzas en Foro Económico Internacional de San Petersburgo
AVN



(https://twitter.com/intent/tweet?text=Venezuela busca alianzas en Foro Económico Internacional de San Petersburgo&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Venezuela-busca-alianzas-en-Foro-Economico-Internacional-de-San-Petersburgo-20180525-0041.html&via=diariopanorama)

0

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Venezuela-

POLÍTICA

busca-alianzas-en-Foro-
Economico-Internacional-de-San-
Petersburgo-20180525-0041.html)



Cortesía

Venezuela está presente con una delegación en el Foro Económico Internacional de San Petersburgo, Rusia, donde busca la ampliación de las cooperaciones y nuevas alianzas económicas con estructuras financieras e industriales del mundo.

La información la dio a conocer el ministro del Poder Popular para la Agricultura Productiva y Tierras, Wilmar Castro Soteldo, quien integra, junto al ministro del Poder Popular para el Desarrollo Minero Ecológico, Víctor Cano, la delegación venezolana en dicho evento.

En Twitter, Castro Soteldo escribió que dicho foro "permite la presencia de Venezuela para la expansión de alianzas económicas y el fortalecimiento de los lazos de cooperación y la exploración de nuevas oportunidades en las áreas energética, financiera, agrícola, minera e industrial entre otras".

En ese evento, Venezuela —agrega— expone sus potencialidades, incluida "la temática relacionada con las tecnologías y el liderazgo de la blokchain y nuestra criptomoneda El Petro, como inversión segura por ser un activo de reserva de valor".

Este viernes, ambos ministro sostuvieron además una reunión con el viceministerio de Recursos Minerales de Rusia, Evgeny Kiselev, con quien "conversamos sobre las oportunidades que tienen las empresas rusas de invertir en proyectos mineros venezolanos, desde un enfoque ambiental y socialmente responsable", agregó en dicha red social el ministro Cano.

"Con Kiselev, evaluamos cómo movilizar inversiones rusas en proyectos venezolanos vinculados con la producción de minerales de alto valor, como coltán, diamante y níquel. En esta nueva etapa, Venezuela debe hacer un salto importante. Es el momento para que llegue la inversión", agregó.



OTRAS FORMAS DE VER PANORAMA

- IMPRESA (/Publicacion.html?p=VersionImpresa&f=2018-06-27)
- ()
- APP (/pages/apps.html)
- ()
- REDES
- ()
- USUARIO (/usuarios/Login.html?R=/contenidos/2015/05/15/noticia_0061.html)

(/index.html)
- ACERCA DE PANORAMA (/pages/acerca_de_panorama.html)
- NUESTRO STAFF (/pages/nuestro_staff.html)
- TRABAJA CON NOSOTROS (http://panorama.bumeran.com.ve/aplicantes/)
- ANUNCIANTES (http://anunciantes.panorama.com.ve/)

Copyright © www.panorama.com.ve 2018. RIF: J-30202528-1 Aviso legal, políticas de privacidad,términos y condiciones de uso

 ¿Te gustó la nota? 

76   11

Publicidad



(https://twitter.com/intent/tweet?text=Venezuela busca alianzas en Foro Económico Internacional de San Petersburgo&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Venezuela-busca-alianzas-en-Foro-Economico-Internacional-de-San-Petersburgo-20180525-0041.html&via=diariopanorama)

0

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Venezuela-busca-alianzas-en-Foro-Economico-Internacional-de-San-Petersburgo-20180525-0041.html)

## NOTAS RELACIONADAS


(/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)
04:46 PM 27/06/2018
**Reuters: Craqueador y destiladora de Amuay están detenidos por fallas (/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)**


(/beisbol/Gorkys-Hernandez-la-boto-de-jonron-y-Gigantes-vencio--a--los-Rockies-3-por-2-20180627-0053.html)
03:05 PM 27/06/2018
**Gorkys Hernández la botó de jonrón y Gigantes venció a los Rockies 3 por 2 (/beisbol/Gorkys-Hernandez-la-boto-de-jonron-y-Gigantes-vencio--a--los-Rockies-3-por-2-20180627-0053.html)**


(/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)
03:36 PM 27/06/2018
**Federación Farmacéutica insta al Gobierno a otorgar recursos para resolver crisis del sector (/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)**

(/mundo/Funcionario-guatemalteco-acusado-de-homicidio-en-tragedia-de-volcan--20180627-0052.html)
02:57 PM 27/06/2018
**Funcionario guatemalteco acusado de homicidio en tragedia de volcán (/mundo/Funcionario-guatemalteco-acusado-de-homicidio-en-tragedia-de-volcan--20180627-0052.html)**


(/mundo/Chile-entrega-3.000-visas-a-extranjeros-ilegales-en-medio-de-ola-migratoria-20180627-0055.html)
03:32 PM 27/06/2018
**Chile entrega 3.000 visas a extranjeros ilegales en medio de ola migratoria (/mundo/Chile-entrega-3.000-visas-a-extranjeros-ilegales-en-medio-de-ola-migratoria-20180627-0055.html)**

(/mundo/Cuerpos-de-periodistas-asesinados-en-Colombia-llegaron-a-EcuadorFOTOS-20180627-0031.html)
12:08 PM 27/06/2018
**Cuerpos de periodistas asesinados en Colombia llegaron a Ecuador(FOTOS) (/mundo/Cuerpos-de-periodistas-asesinados-en-Colombia-llegaron-a-EcuadorFOTOS-20180627-0031.html)**

TOP 5 DE NOTICIAS

| Vistas | Comentadas | Votadas |

**FACETAS**



(/facetas/Evita-la-flacidez-de-tu-rostro-con-estas-mascarillas-naturales-20180622-0011.html)
(/seccion/facetas.html)

08:50 AM 24/06/2018
**Evita la flacidez de tu rostro con estas mascarillas naturales (/facetas/Evita-la-flacidez-de-tu-rostro-con-estas-mascarillas-naturales-20180622-0011.html)**

**FACETAS**



(/facetas/FOTOS-Conoce-el-antes-y-despues-de-Jennifer-Lopez-20180625-0022.html)
(/seccion/facetas.html)

02:10 PM 25/06/2018
**FOTOS Conoce el antes y después de Jennifer López (/facetas/FOTOS-Conoce-el-antes-y-despues-de-Jennifer-Lopez-20180625-0022.html)**

**CIUDAD**



(/ciudad/La-Canada-de-Urdaneta-declarada-en-estado-de-emergencia-tras-paso-de-vaguada-Video-20180623-0004.html)
(/seccion/ciudad.html)

05:35 PM 23/06/2018
**La Cañada de Urdaneta declarada en estado de emergencia tras paso de vaguada (Video) (/ciudad/La-Canada-de-Urdaneta-declarada-en-estado-de-emergencia-tras-paso-de-vaguada-Video-20180623-0004.html)**

**SUCESOS**



(/sucesos/Desmantelan-red-de-prostitucion-infantil-que-operaba-entre-Venezuela-Colombia-y-Brasil-20180623-0016.html)
(/seccion/sucesos.html)

02:13 PM 23/06/2018
**Desmantelan red de prostitución infantil que operaba entre Venezuela, Colombia y Brasil (/sucesos/Desmantelan-red-de-prostitucion-infantil-que-operaba-entre-Venezuela-Colombia-y-Brasil-20180623-0016.html)**

SUCESOS



(/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html) (/seccion/sucesos.html)

03:10 PM 24/06/2018

**Abortó y enterró al feto con ayuda de su pareja, Trujillo** (/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html)

(whatsapp://send?text=Abortó y enterró al feto con ayuda de su pareja, Trujillo http://panorama.com.ve/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html)

(https://twitter.com/intent/tweet?text=Abortó y enterró al feto con ayuda de su pareja, Trujillo&url=http%3A%2F%2Fpanorama.com.ve/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html&via=diariopanorama)

Publicidad



um=referral&utm_content=thumbnails-a:Below Article Thumbnails:)
um=referral&utm_content=thumbnails-a:Below Article Thumbnails:)
um=referral&utm_content=thumbnails-a:Below Article Thumbnails:)

**Te Puede Gustar**

(http://ylnk.io/?campaign=us-tbcosm-yg-implants-spwl-web&adgroup=native&imp=46903&keyword=diariopanorama-panoramacomve)

**Averigüe qué pueden costar los implantes dentales**
Implantes Dentales | Yahoo Search

(http://ylnk.io/?campaign=us-tbcosm-yg-implants-spwl-web&adgroup=native&imp=46903&keyword=diariopanorama-panoramacomve)
(https://article.everquote.com/?h1=startup&h2=brilliant_company&auuid=04f90606-ac8a-4d1b-8624-98e95608f45d&&tid=584&subid=2014&utm_medium=diariopanorama-panoramacomve&utm_title=Washington%2C+District+Of+Columbia%3A+This+Tiny%2C+Unknown+Company+Is+Disrupting+A+%24-d3ad-48f8-a060-fea2251491a6.jpg&campaign_id=306019)

**Washington, District Of Columbia: This Tiny, Unknown Company Is Disrupting A $200 Billion Industry**
EverQuote Insurance Quotes

(https://article.everquote.com/?h1=startup&h2=brilliant_company&auuid=04f90606-ac8a-4d1b-8624-98e95608f45d&&tid=584&subid=2014&utm_medium=diariopanorama-panoramacomve&utm_title=Washington%2C+District+Of+Columbia%3A+This+Tiny%2C+Unknown+Company+Is+Disrupting+A+%24-d3ad-48f8-a060-fea2251491a6.jpg&campaign_id=306019)
(http://ylnk.io/?campaign=us-tbauto-yg-crossover-spwl-web&adgroup=native&imp=46908&keyword=diariopanorama-panoramacomve)

**Estos nuevos SUV crossover te dejarán sin aliento**
SUV crossover | Yahoo Search

(http://ylnk.io/?campaign=us-tbauto-yg-crossover-spwl-web&adgroup=native&imp=46908&keyword=diariopanorama-panoramacomve)
(https://vidaaguacate.com/?utm_source=Taboola&utm_medium=diariopanorama-panoramacomve&utm_campaign=Transformations&utm_content=recipe-images)

**Ya sabes que el aguacate no tiene colesterol. Pero lo que aún no sabes es más extraordinario.**
Avocados from Mexico

(https://vidaaguacate.com/?utm_source=Taboola&utm_medium=diariopanorama-panoramacomve&utm_campaign=Transformations&utm_content=recipe-images)
(http://clickster.io/api/visitors/57ac89e0a38746122f4af882/5aefb5c450c0ae2714aa3428/incoming?adi=socialguy&adh=born-st-bye&addet=socialguy-born-st-bye&cadid=1afx6VjbgjG&advert=t47c&utm_source=diariopanorama-

panoramacomve&adid=85847532&taboolaclickid=Ci9kNTJhNTAyMC01NWFhLTQzM2EtYjYxOC0wMzk5YTQ5ZWNhOWMtdHVjdG0)

### Born Before 1985? District Of Columbia Homeowners Say Goodbye To Your Mortgage? (Only if You Claim It)

**HARP Refi Quote**

(http://clickster.io/api/visitors/57ac89e0a38746122f4af882/5aefb5c450c0ae2714aa3428/incoming?adi=socialguy&adh=born-st-bye&addet=socialguy-born-st-bye&cadid=1afx6VjbgjG&advert=t47c&utm_source=diariopanorama-panoramacomve&adid=85847532&taboolaclickid=Ci9kNTJhNTAyMC01NWFhLTQzM2EtYjYxOC0wMzk5YTQ5ZWNhOWMtdHVjdG0)

(http://snagsuvsite.com/?om_bs=o2WoM3mr8-QCm3mXsDE36cMYSiLVWozyXptSAKNN0bhyL1mbwqSnP4dU6vzHEtzISL3AtJER6otSVGIj6TUtKWZ2ZsxHjVEQbjAtWHQvb_qbzba67mw&search_track_url=%2F%2Ftrc.taboola.com%2Fadv-1001%2Flog%2F3%2Faction%3Fname%3DConversion%26item-url%3Dsnagsuvsite.com&click_track_url=%2F%2Ftrc.taboola.com%2Fadv-1001%2Flog%2F3%2Faction%3Fname%3DAdClick%26item-url%3Dsnagsuvsite.com&ts=2018-06-27+20%3A49%3A20&utm_medium=paid&utm_source=taboola&utm_campaign=1132689&utm_term=diariopanorama-panoramacomve&utm_content=Mira+los+SUV+de+2018&device=Desktop&adid=81657201&img=http%3A%2F%2Fgleaned-images.stuff.com%2Fsignals-test%2Fb6eadf727211bd0eb0ac56502cddfeff8ecd5e1e697852c81013e2f4&sg_uid=098c2b6e6088469bbd8f1f53a44197e6)

### Mira los SUV de 2018

**SUVs | Enlaces Patrocinados**

(http://snagsuvsite.com/?om_bs=o2WoM3mr8-QCm3mXsDE36cMYSiLVWozyXptSAKNN0bhyL1mbwqSnP4dU6vzHEtzISL3AtJER6otSVGIj6TUtKWZ2ZsxHjVEQbjAtWHQvb_qbzba67mw&search_track_url=%2F%2Ftrc.taboola.com%2Fadv-1001%2Flog%2F3%2Faction%3Fname%3DConversion%26item-url%3Dsnagsuvsite.com&click_track_url=%2F%2Ftrc.taboola.com%2Fadv-1001%2Flog%2F3%2Faction%3Fname%3DAdClick%26item-url%3Dsnagsuvsite.com&ts=2018-06-27+20%3A49%3A20&utm_medium=paid&utm_source=taboola&utm_campaign=1132689&utm_term=diariopanorama-panoramacomve&utm_content=Mira+los+SUV+de+2018&device=Desktop&adid=81657201&img=http%3A%2F%2Fgleaned-images.stuff.com%2Fsignals-test%2Fb6eadf727211bd0eb0ac56502cddfeff8ecd5e1e697852c81013e2f4&sg_uid=098c2b6e6088469bbd8f1f53a44197e6)

(http://www.lifestyledaily.com/?id=L16&artid=148&aid=4&oid=1365&sub=TA&state=all&ad=49&utm_source=taboola&utm_medium=referral&site=diariopanorama-panoramacomve&tid=Ci9kNTJhNTAyMC01NWFhLTQzM2EtYjYxOC0wMzk5YTQ5ZWNhOWMtdHVjdGQxMWRkMRlPYWRuZXQtZ0panoramacomve&adid=62036480)

### You Might Be Shocked When You See Dental Implant Prices In 2018

**Dental Implants | Sponsored Links**

(http://www.lifestyledaily.com/?id=L16&artid=148&aid=4&oid=1365&sub=TA&state=all&ad=49&utm_source=taboola&utm_medium=referral&site=diariopanorama-panoramacomve&tid=Ci9kNTJhNTAyMC01NWFhLTQzM2EtYjYxOC0wMzk5YTQ5ZWNhOWMtdHVjdGQxMWRkMRlPYWRuZXQtZ0panoramacomve&adid=62036480)

(http://ylnk.io/?campaign=us-tbtech-yg-samsung-spwl-web&adgroup=native&imp=46907&keyword=diariopanorama-panoramacomve)

### Echa un vistazo a las mejores ofertas en Galaxy S8

**Galaxy S8 | Yahoo Search**

(http://ylnk.io/?campaign=us-tbtech-yg-samsung-spwl-web&adgroup=native&imp=46907&keyword=diariopanorama-panoramacomve)

## COMENTARIOS

Puedes iniciar sesión con alguna red social

  

Iniciar sesión con Panorama.com.ve

**INICIAR (/USUARIOS/LOGIN.HTML?R=/CONTENIDOS/2018/05/25/NOTICIA_0041.HTML)**

**REGÍSTRATE (/USUARIOS/REGISTRO.HTML?R=/CONTENIDOS/2018/05/25/NOTICIA_0041.HTML)**

**0** Comentarios

## AVANCES

Publicidad



04:46 PM 27/06/2018
**Reuters: Craqueador y destiladora de Amuay están detenidos por fallas (/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)**

(/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)



04:40 PM 27/06/2018
**A la cárcel por espiar el celular de la pareja en Arabia Saudita (/curiosidades/A-la-carcel-por-espiar-el-celular-de-la-pareja-en-Arabia-Saudita-20180627-0071.html)**

(/curiosidades/A-la-carcel-por-espiar-el-celular-de-la-pareja-en-Arabia-Saudita-20180627-0071.html)



04:26 PM 27/06/2018
**¿Qué tan bueno o malo es dormir con medias? Este estudio lo explica (/curiosidades/Que-tan-bueno-o-malo-es-dormir-con-medias-Este-estudio-lo-explica-20180627-0009.html)**

(/curiosidades/Que-tan-bueno-o-malo-es-dormir-con-medias-Este-estudio-lo-explica-20180627-0009.html)



04:25 PM 27/06/2018
**EEUU: Reunificación de familias migrantes podría tomar meses (/mundo/EEUU-Reunificacion-de-familias-migrantes-podria-tomar-meses-20180627-0066.html)**

(/mundo/EEUU-Reunificacion-de-familias-migrantes-podria-tomar-meses-20180627-0066.html)



04:19 PM 27/06/2018
**Brasil derrota a Serbia 2-0 y jugará con México en octavos** **(/futbol/Brasil-derrota-a-Serbia-2-0-y-jugara-con-Mexico-en-octavos--20180627-0050.html)**

(/futbol/Brasil-derrota-a-Serbia-2-0-y-jugara-con-Mexico-en-octavos--20180627-0050.html)

VER MÁS AVANCES (/SECCION/AVANCES.HTML)

Publicidad

Publicidad

ad from AdChoices

TOP 5 DE NOTICIAS

| Vistas | Comentadas | Votadas |

**FACETAS**



08:50 AM 24/06/2018
Evita la flacidez de tu rostro con estas mascarillas naturales (/facetas/Evita-la-flacidez-rostro-con-estas-mascarillas-naturales-20180622-0011.html)

(/facetas/Evita-la-flacidez-de-tu-rostro-con-estas-mascarillas-naturales-20180622-0011.html)
(/seccion/facetas.html)

**FACETAS**

02:10 PM 25/06/2018
FOTOS Conoce el antes y después de Jennifer López (/facetas/FOTOS-Conoce-el-antes-y-despues-de-Jennifer-Lopez-20180625-0022.html)

(/facetas/FOTOS-Conoce-el-antes-y-despues-de-Jennifer-Lopez-20180625-0022.html)
(/seccion/facetas.html)

**CIUDAD**

05:35 PM 23/06/2018
La Cañada de Urdaneta declarada en estado de emergencia tras paso de vaguada (Video) (/ciudad/La-Canada-de-Urdaneta-declarada-en-estado-de-emergencia-tras-paso-de-vaguada-Video-20180623-0004.html)

(/ciudad/La-Canada-de-Urdaneta-declarada-en-estado-de-emergencia-tras-paso-de-vaguada-Video-20180623-0004.html)
(/seccion/ciudad.html)

**SUCESOS**



02:13 PM 23/06/2018
Desmantelan red de prostitución infantil que operaba entre Venezuela, Colombia y Brasil (/sucesos/Desmantelan-red-de-prostitucion-infantil-que-operaba-entre-Venezuela-Colombia-y-Brasil-20180623-0016.html)

(/sucesos/Desmantelan-red-de-prostitucion-infantil-que-operaba-entre-Venezuela-Colombia-y-Brasil-20180623-0016.html)
(/seccion/sucesos.html)



03:10 PM 24/06/2018

Abortó y enterró al feto con ayuda de su pareja, Trujillo (/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html)

(/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html)
(/seccion/sucesos.html)

(whatsapp://send?text=Mira esto http://www.panorama.com.ve/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html)

(https://twitter.com/intent/tweet?text=Abortó y enterró al feto con ayuda de su pareja, Trujillo&url=http%3A%2F%2Fpanorama.com.ve/sucesos/-Aborto-y-enterro-al-feto-con-ayuda-de-su-pareja-Trujillo-20180624-0023.html&via=diariopanorama)

## MAS NOTAS DE POLÍTICA Y ECONOMÍA

POLÍTICA Y ECONOMÍA

04:25 PM 27/06/2018

**Reuters: Craqueador y destiladora de Amuay están detenidos por fallas (/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)**

(/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)
(/seccion/politicayeconomia.html)

(https://twitter.com/intent/tweet?text=Reuters: Craqueador y destiladora de Amuay están detenidos por fallas&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)

POLÍTICA Y ECONOMÍA

03:36 PM 27/06/2018

**Federación Farmacéutica insta al Gobierno a otorgar recursos para resolver crisis del sector (/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)**

(/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)
(/seccion/politicayeconomia.html)

(https://twitter.com/intent/tweet?text=Federación Farmacéutica insta al Gobierno a otorgar recursos para resolver crisis del sector&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)

POLÍTICA Y ECONOMÍA

01:55 PM 27/06/2018

**Pence se reúne con refugiados venezolanos en Brasil (/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html)**

(/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html)
(/seccion/politicayeconomia.html)

(/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html#comentarios)

(https://twitter.com/intent/tweet?text=Pence se reúne con refugiados venezolanos en Brasil&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html)

(whatsapp://send?text=Mira esto http://www.panorama.com.ve/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html)

POLÍTICA Y ECONOMÍA

11:57 AM 27/06/2018

**Fiscal Saab: Solicitamos la detención de otros 11 funcionarios de Pdvsa por corrupción (/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-de-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html)**

(/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-de-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html)
(/seccion/politicayeconomia.html)

(https://twitter.com/intent/tweet?text=Fiscal Saab: Solicitamos la detención de otros 11 funcionarios de Pdvsa por corrupción&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-de-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html&via=diariopanorama)

POLÍTICA Y ECONOMÍA

09:08 AM 27/06/2018

**Pence agradece a Brasil por recibir a venezolanos y pide a otros no ir a EEUU (/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-venezolanos-y-pide-a-otros-no-ir-a-EEUU-20180627-0005.html)**

(/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-venezolanos-y-pide-a-otros-no-ir-a-EEUU-20180627-0005.html)
(/seccion/politicayeconomia.html)

(/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-venezolanos-y-pide-a-otros-no-ir-a-EEUU-20180627-0005.html#comentarios)

(https://twitter.com/intent/tweet?text=Pence agradece a Brasil por recibir a venezolanos y pide a otros no ir a EEUU&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-EEUU-20180627-0005.html)

(whatsapp://send?text=Mira esto http://www.panorama.com.ve/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)

POLÍTICA Y ECONOMÍA

10:51 PM 26/06/2018

**Canciller Arreaza calificó a Mike Pence de "violador" de derechos de inmigrantes (/politicayeconomia/Canciller-Arreaza-califico-a-Mike-Pence-de-violador-de-derechos-de-inmigrantes-20180626-0109.html)**

(/politicayeconomia/Canciller-Arreaza-califico-a-Mike-Pence-de-violador-de-derechos-de-inmigrantes-20180626-0109.html)
(/seccion/politicayeconomia.html)

(https://twitter.com/intent/tweet?text=Canciller Arreaza calificó a Mike Pence de 'violador' de derechos de inmigrantes&url=http%3A%2F%2Fpanorama.com.ve/politicayeconomia/Canciller-Arreaza-califico-a-Mike-Pence-de-violador-de-derechos-de-inmigrantes-20180626-0109.html&via=diariopanorama)

VER MÁS (/SECCION/POLITICAYECONOMIA.HTML)

MAS NOTAS DEPOLÍTICA Y ECONOMÍA

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-
detenidos-por-fallas-20180627-0074.html)
(/seccion/politicayeconomia.html)

04:46 PM 27/06/2018
**Reuters: Craqueador y destiladora de Amuay están detenidos por fallas
(/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-
estan-detenidos-por-fallas-20180627-0074.html)**

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html)

(http://www.panorama.com.ve/politicayeconomia/Reuters-Craqueador-y-destiladora-de-Amuay-estan-detenidos-por-fallas-20180627-0074.html&via=diariopanorama)

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-
recursos-para-resolver-crisis-del-sector-20180627-0056.html)
(/seccion/politicayeconomia.html)

03:36 PM 27/06/2018
**Federación Farmacéutica insta al Gobierno a otorgar recursos para resolver
crisis del sector (/politicayeconomia/Federacion-Farmaceutica-insta-al-
Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-
0056.html)**

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html)

(https://twitter.com/intent/tweet?text=Federación Farmacéutica insta al Gobierno a otorgar recursos para resolver crisis del sector&url=http%3A%2F%2F...Federacion-Farmaceutica-insta-al-Gobierno-a-otorgar-recursos-para-resolver-crisis-del-sector-20180627-0056.html&via=diariopanorama)

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-
20180627-0045.html)
(/seccion/politicayeconomia.html)

3
(/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-
20180627-0045.html#comentarios)

01:55 PM 27/06/2018
**Pence se reúne con refugiados venezolanos en Brasil
(/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-
20180627-0045.html)**

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html)

(https://twitter.com/intent/tweet?text=Pence se reúne con refugiados venezolanos en Brasil&url=http%3A%2F%2F...Pence-se-reune-con-refugiados-venezolanos-en-Brasil-20180627-0045.html&via=diariopanorama)

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-de-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html)
(/seccion/politicayeconomia.html)

11:57 AM 27/06/2018
**Fiscal Saab: Solicitamos la detención de otros 11 funcionarios de Pdvsa por corrupción** (/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html)

(whatsapp://send?text=Mira esto http://panorama.com.ve/politicayeconomia/Fiscal-Saab-Solicitamos-la-detencion-de-otros-11--funcionarios-de-Pdvsa-por-corrupcion-20180627-0035.html)

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-venezolanos-y-pide-a-otros-no-ir-a-EEUU-20180627-0005.html)
(/seccion/politicayeconomia.html)

09:00 AM 27/06/2018
**Pence agradece a Brasil por recibir a venezolanos y pide a otros no ir a EEUU** (/politicayeconomia/Pence-agradece-a-Brasil-por-recibir-a-venezolanos-y-pide-a-otros-no-ir-a-EEUU-20180627-0005.html)

POLÍTICA Y ECONOMÍA



(/politicayeconomia/Canciller-Arreaza-califico-a-Mike-Pence-de-violador-de-derechos-de-inmigrantes-20180626-0109.html)
(/seccion/politicayeconomia.html)

10:51 PM 26/06/2018
**Canciller Arreaza calificó a Mike Pence de "violador" de derechos de inmigrantes** (/politicayeconomia/Canciller-Arreaza-califico-a-Mike-Pence-de-violador-de-derechos-de-inmigrantes-20180626-0109.html)

VER MÁS (/SECCION/POLITICAYECONOMIA.HTML)

(http://www.panorama.com.ve/pages/terminos_condiciones.html)

Administración de contenido

(https://www.cms-medios.com/)

Copyright © 2017 Panorama.com.ve. RIF: J-30202528-1

Subir

# PANORAMA.com.ve

**Venezuela seeks allies in St. Petersburg International Economic Forum**

A Venezuelan delegation is present at the St. Petersburg International Economic Forum in Russia where it seeks to expand cooperation and new economic alliances with financial and industrial structures of the world.

The information was released by Wilmar Castro Soteldo, People's Power minister for Productive Agriculture and Lands and who, along with Victor Cano, People's Power minister for Ecologic Mining Development, is a member of Venezuela's delegation at said event.

On Twitter, Castro Soteldo wrote that said forum "allows Venezuela to be present for expanding economic alliances and the strengthening of bonds of cooperation and exploration of new opportunities in the energy, financial, agricultural, mining and industrial sectors, among others."

At this event, Venezuela—he adds—expounds its potentials, including the "topic related to technologies and the leadership of blockchain and our cryptocurrency: The Petro, as a safe investment because it is an asset valuation reserve."

This Friday, both ministers also held a meeting with Evgeny Kiselev, Russia's Vice-Minister for Mineral Resources, with whom "we discussed the opportunities for Russian companies to invest in Venezuelan mining projects, from an environmental and socially responsible approach," said minister Cano on Twitter.

"We evaluated with Kiselev how to mobilize Russian investments in Venezuelan projects linked to the production of high value minerals such as coltan, diamonds and nickel. At this new stage Venezuela must make an important leap. This is the time for investment to arrive," he added.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK     )
                      )            ss:
COUNTY of NEW YORK    )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit F" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public



JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your legal translation partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong