# EXHIBIT F

STOP SEARCHING START YOUR COMPANY NOW — SAVE $100 through the end of June — START HERE

POLÍTICA

ECONOMÍA

INTERNACIONALES

SUCESOS

COMUNIDAD

DEPORTES

ENTRETENIMIENTO

TECNOLOGÍA

OPINIÓN

Inicio » Política » TSJ participó en el IX Encuentro Internacional de Justicia y Derecho realizado en Cuba

# TSJ participó en el IX Encuentro Internacional de Justicia y Derecho realizado en Cuba

**En el acto de apertura, la magistrada Indira Alfonzo Izaguirre, transmitió la incansable labor que se realiza desde el Poder Judicial venezolano para garantizar la estabilidad del país, en el marco de la Constitución y las leyes**

SOMOS LA FÁBRICA DE GANADORES



29 mayo, 2018 5:31 pm    ÚN    3331 Visitas

COMPARTIR

*ÚN.-* El Tribunal Supremo de Justicia (TSJ), presidido por el magistrado Maikel Moreno participó en el "IX Encuentro Internacional de Justicia y Derecho", que se realizó en La Habana, Cuba, donde estuvieron presentes Magistrados y Magistradas del Alto Juzgado venezolano.

Las palabras de salutación y bienvenida a la actividad, estuvo a cargo del presidente de la República de Cuba, Miguel Díaz Canell, como Estado anfitrión, quien agradeció a las delegaciones de Qatar, España, Italia, República Dominicana, Mozambique, Namibia, Bolivia, Sudáfrica, China y de la República Bolivariana de Venezuela por su participación en tan importante evento judicial.

La delegación venezolana estuvo encabezada por la primera vicepresidenta del Alto Tribunal y presidente de la Sala Electoral, Mag. Indira Alfonzo Izaguirre, el vicepresidente de la Sala Político-Administrativa e inspector general de tribunales, Mag. Marco Antonio Medina Salas, el Mag. Juan Luis Ibarra Verenzuela integrante de la Sala de Casación Penal y el Mag. Guillermo Blanco Vázquez, miembro de la Sala de Casación Civil, quienes expusieron las tareas y avances del Sistema Judicial venezolano.

En el acto de apertura, la magistrada Indira Alfonzo Izaguirre, transmitió la incansable labor que se realiza desde el Poder Judicial venezolano para garantizar la estabilidad del país, en el marco de la Constitución y las leyes.

Por su parte el magistrado Marco Antonio Medina Salas, realizó un recorrido sobre el Sistema Penal desde la Constituyente de 1999 y las perspectivas normativas de la actual Asamblea Nacional Constituyente; asimismo manifestó el talante

SOMOS LA FÁBRICA DE GANADORES

de niños, niñas y adolescentes, la estructura de los tribunales de todo el país, los equipos multidisciplinarios que allí confluyen y de los resultados obtenidos en la aplicación de las políticas contenidas en la Ley Orgánica para la Protección de Niños, Niñas y Adolescentes.

Por último el magistrado Guillermo Blanco Vázquez compartió con los abogados cubanos, italianos y españoles en el ámbito del Derecho Civil; asimismo, los juristas venezolanos recibieron invitaciones a países del continente Africano y Europeo, quienes mostraron su interés en analizar la estructura judicial venezolana.

Luego de la actividad la magistrada Indira Alfonzo Izaguirre, sostuvo un encuentro con el *presidente* del Tribunal Supremo Popular de *Cuba*, magistrado Rubén Remigio Ferro; así como el presidente del Tribunal Supremo de la República de Mozambique, Mag. Adelino Manuel Muchanga y con el Mag. *Mmaphefo Mogoeng presidente del Tribunal Constitucional de la República de Sudáfrica con quienes intercambió ideas y avances del Máximo Tribunal del país.*

publicidad

publicidad

### NOTICIAS RELACIONADAS






prisión a hombre por abuso sexual a niño

23 junio, 2018 2:11 pm

26 junio, 2018 2:49 pm

2.935 Visitas

1.264 Visitas





Seis presos por bombazo en el club Los Cotorros

TSJ convoca a servidores y servidoras judiciales a participar en concurso literario Cuéntame la Justicia

22 junio, 2018 10:36 am

4.370 Visitas

20 junio, 2018 6:04 pm

1.563 Visitas

AGREGAR COMENTARIO

Click here to post a comment

publicidad

publicidad





Mataron a "El Rafaelito" por reparto de botín…

🕒 27 junio, 2018 5:40 am

👁 1045 Visitas



Los periodistas enfrentan la violencia en una "zona de paz"…

🕒 27 junio, 2018 6:05 am

👁 686 Visitas



Grupos económicos detrás de los medios y el poder en Colombia…

🕒 27 junio, 2018 5:50 am

👁 618 Visitas

publicidad

SOMOS LA FÁBRICA DE GANADORES

publicidad

publicidad



publicidad



publicidad



**Cartuchera rosado/blanco/cierre azul marino.**
Precio: Bs. 672.000,00





**Guantes de cuero color marrón**
**Precio: Bs. 1.680.000,00**



**MODEM ADSL2 + ROUTER ENCORE N300 4 PUERTOS 2DBI ANTENA**
**Precio: Bs. 95.972.389,33**

Nosotros   El equipo          Foros ÚN   Infografia
Si nos pelamos                UN en fotos
Publica con nosotros          UN en videos   Especiales
Contáctanos                   Lo más visto
            Otros medios:

Grupo Últimas Noticias Copyright © | C.A. Últimas Noticias.
Todos los derechos reservados | RIF: J-00037398-1

# Venezuela's Supreme Court of Justice participated in the Ninth International Justice and Law Meeting

At the opening ceremony, justice Indira Alfonzo Izaguirre conveyed the tireless effort of the Venezuelan judicial branch of power to guarantee the country's stability under the framework of the Constitution and the laws.

*ÚN.*  The Supreme Court of Justice (TSJ after the Spanish acronym), chaired by justice Maikel Moreno, participated in the "Ninth International Justice and Law Meeting" held in Havana, Cuba, where justices of the Venezuelan high court were present.

As hosting State, the President of the Republic of Cuba, Miguel Diaz Canell, presented the words of salutation and welcome to the event and thanked the delegations of Qatar, Spain, Italy, Dominican Republic, Mozambique, Namibia, Bolivia, South Africa, China and the Bolivarian Republic of Venezuela for their participation at such an important judicial event.

The Venezuelan delegation was headed by the first vice president of the high court and president of the Electoral Chamber, justice Indira Alfonzo Izaguirre, the vice president of the Political-Administrative Chamber and general court inspector, justice Marco Antonio Medina Salas, justice Juan Luis Ibarra Verenzuela, a member of the Penal Cassation Chamber, and justice Guillermo Blanco Vázquez, a member of the Civil Cassation Chamber, who expounded the tasks and the progress of the Venezuelan judicial system.

At the opening ceremony justice Indira Alfonzo Izaguirre conveyed the tireless effort of the Venezuelan Judicial Branch of Power to guarantee the country stability under framework of the Constitution and the law.

In addition, justice Marco Antonio Medina Salas made a general presentation of the penal system since the 1999 Constituent Assembly and the perspectives for making new rules by the current National Constituent Assembly; he also stated the … nature …. [*sic*] of children and adolescents, the structure of the courts throughout the country, the multidisciplinary teams that work together in those courts, and the results obtained in the application of the policies of the Master Law for the Protection of Children and Adolescents.

Lastly, justice Guillermo Blanco Vazquez spent some time with the Cuban, Italian and Spanish lawyers discussing the Civil Law; also, the Venezuelan lawyers received invitations to countries in Africa and Europe that showed interest in analyzing the Venezuelan judicial structure.

Following the event, justice Indira Alfonzo Izaguirre held a meeting with the president of the People's Supreme Court of Cuba, justice Ruben Remigio Ferro; as well as with the president of the Supreme Court of the Republic of Mozambique, justice Adelino Manuel Muchanga, and with justice *Mmapheto Mogoeng, president of the*

*Constitutional Court of the Republic of South Africa, with whom she exchanged ideas and breakthroughs of the highest court in the land.*



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )              ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit H" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong