# EXHIBIT G





Inicio | El Ministerio » | Noticias | Servicios y Trámites | Viaja por Venezuela » | Atención al Turista » | Descargas | Contactos

# Bite 2018 premia a Venezuela como mejor Marca País y Organización y el Stand más visitado

Inicio / Destacados 3 / Bite 2018 premia a Venezuela como mejor Marca País y Organización y el Stand más visitado

Noticias Recie










El pais caribeño fue galardonado por tercer año consecutivo (Foto: Mintur)

**Caracas, 18-06-2018 (Prensa Mintur).-** Venezuela recibió dos **reconocimientos en la Feria Internacional de Turismo de Beijing (Bite) 2018, como mejor Marca País y Organización y el stand más visitado.** Esta vitrina turística, permitió afianzar la promoción de los destinos naturales y culturales en la República Popular China.

El viceministro de Turismo Internacional, Alí Padrón quién representó la delegación del Ministerio del Poder Popular para el Turismo (Mintur), manifestó su emoción al recibir los premios. " Así demostramos que nuestro país es un potencial turístico de preferencia por sus bondades turísticas". **Al mismo tiempo reiteró que "la participación de Venezuela en Bite 2018, Bancoex y tour operadores, arroja un balance muy positivo que**

permite asegurar el posicionamiento de Venezuela como un país multidestino para los turistas de la República Popular China".

Padrón aseguró que se culminó el proceso de negociación del Programa de Cooperación en Materia Turística entre el Ministerio del Poder Popular para el Turismo de la República Bolivariana de Venezuela (Mintur) y el Ministerio de Cultura y Turismo de la República Popular China, **instrumento que permitirá ejecutar acciones dirigidas a consolidar el intercambio comercial, de capacitación y de formación entre el sector turístico de ambos países.**



"la participación de Venezuela en Bite 2018, arroja un balance muy positivo (Foto: Mintur)

El viceministro **señaló que se dieron pasos importantes dirigidos a lograr la conectividad aérea con la Región de Asia y el Pacífico** para lo cual se elabora una agenda de trabajo a desarrollar a partir del segundo semestre del año. Agregó que se realizarán reuniones en Caracas de Ejecutivos de líneas aéreas con rutas en el región de Asia y el Pacífico con la participación de Mintur, Ministerio de Relaciones Exteriores, Transporte y el Instituto Nacional de Aviación Civil.

El país caribeño fue galardonado por tercer año consecutivo. **En el año 2017, la organización (Bite) otorgó a la nación venezolana la distinción; "el stand más impresionante y el más creativo".** Esto es el resultado de las acciones del Gobierno Bolivariano en afianzar el desarrollo del turismo como parte de la Agenda Económica Bolivariana, que impulsa el presidente de la República Nicolás Maduro.

**Autor:** Mintur Venezuela

Compartir este mensaje en



Mapa del Sitio    Boletín:    Entradas Recientes

- Contrataciones Públicas
- Inscripción en el RTN – Persona Natural
- Mapas de Venezuela
- Presta un servicio turístico de calidad
- Promoción de inversión
- Proyectos y Obras Turísticas
- Servicios y Trámites
- Sogatur
- 0500 TURISMO
- Canales de atención al turista
- Hoteles Venetur



Calendario de Eventos

junio 2018
| L | M | X | J | V | S | D |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 |   |

« may

Etiquetas

apure Aragua barinas barquisimeto capacitacion caracas cultura **destino turistico ecosocialismo ecoturismo** Falcón FitVen 2014 Gobierno Bolivariano **inatur** Isla de Margarita Lara margarita **Marleny Contreras ministerio del poder popular para el turismo ministerio del turismo ministerio de turismo** Ministra Marleny Contreras **Mintur Mintur Venezuela** motor turismo mukumbari **mérida** nueva esparta playas **Polos Turísticos** Semana Santa **Semana Santa 2014** sistema teleferico de merida **Sistema Teleférico Warairarepano** Sucre temporadistas **turismo** turismo en Venezuela Turismo Social **turismo venezuela** Vargas venetur **venezuela venezuelan tourism** ventel

- Ministra Lugo inspecciona espacios del ST Warairarepano para temporada Vacacional
- San Juan Bautista: una tradición al ritmo del tambor
- Bosque Macuto: un espacio de magia natural
- Bite 2018 premia a Venezuela como mejor Marca País y Organización y el Stand más visitado

2014 **Ministerio del Poder Po**

**Bolivarian Government of Venezuela** | People's Power Ministry for Internal Relations, Justice and Peace | National Anti-Drug Office

# Bite 2018 awards Venezuela a prize as best Country Brand and Organization and most-visited Stand.

**Caracas, 06/18/2018 (Mintur Press Release).** Venezuela received **two awards at the Beijing International Tourism Expo (Bite) 2018 as best Country Brand and Organization and the most-visited stand.** This showcase of tourism made it possible to consolidate the promotion of Venezuela's natural and cultural destinations in the People's Republic of China.

Ali Padron, vice minister for International Tourism, who represented the delegation of the People's Power Ministry for Tourism (Mintur), voiced his excitement when receiving the awards. "This way we prove that our country has a preferred tourism potential thanks to its beautiful tourism attributes." **At the same time he confirmed that the participation of Venezuela in the Bite 2018, Bancoex and tour operators, has a very positive balance that makes it possible to guarantee the positioning of Venezuela as a multi-destination country for tourists from the People's Republic of China.**

Padron affirmed that the negotiation process of the Program for Cooperation on Tourism between the People's Power Ministry for Tourism of the Bolivarian Republic of Venezuela (Mintur) and the Ministry of Culture and Tourism of the People's Republic of China was completed.  This will be an **instrument that will make it possible to perform actions aiming at consolidating the trade exchange and that of training and education between the tourism sectors of both countries.**

The vice minister **stated that important steps were taken aiming at achieving an air connection with the Asia and Pacific Region**, for which a working agenda was being prepared in order to carry it out starting in the second half of the year. He added that meetings of the executives of airlines with routes in the Asia and Pacific region will take place in Caracas, with the participation of Mintur, the Ministry of Foreign Relations and Venezuela's National Civil Aviation Agency.

The Caribbean country was given an award for the third year in a row. In 2017 the Bite organization awarded Venezuela a distinction as "the most impressive and creative stand." This is the result of the actions of the Bolivarian government to consolidate the development of tourism as a part of the Bolivarian Economic Agenda driven by Nicolas Maduro, the president of the Republic.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )           ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit M" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong