# EXHIBIT H


Abogados Hispanos
Portner & Shure, P.A.
Consulte su caso con nosotros. Llámenos hoy. Si nos busca, nos contratará.


# RUSSIA 2018 FIFA WORLD CUP

POLÍTICA

ECONOMÍA

INTERNACIONALES

SUCESOS

COMUNIDAD

DEPORTES

ENTRETENIMIENTO

TECNOLOGÍA

OPINIÓN

Inicio » Política » Psuv va a cumbre de los pueblos del Mercosur

# Psuv va a cumbre de los pueblos del Mercosur

La información fue difundida a través de Twitter por la Vicepresidencia de Asuntos Internacionales de la organización política


SOMOS LA FÁBRICA DE GANADORES


COMPARTIR

ÚN.- Una delegación del Partido Socialista Unido de Venezuela (**Psuv**), integrada por **María Alejandra Díaz y Diva Guzmán**, participan en la II Cumbre de los Pueblos del Mercado Común del Sur (**Mercosur**), que se lleva a cabo en **Paraguay**.

La información fue difundida a través de Twitter por la **Vicepresidencia de Asuntos Internacionales** de la organización política. En la cumbre se reúnen representantes de organizaciones y movimientos sociales para exponer la coyuntura sociopolítica que viven **Argentina, Brasil, Paraguay, Uruguay y Venezuela**.

publicidad

publicidad

## NOTICIAS RELACIONADAS



Sin convencer, Brasil despachó a Serbia
27 junio, 2018 3:13 pm
47 Visitas



Venezuela y Antigua y Barbuda fortalecen relaciones bilaterales
27 junio, 2018 1:48 pm
208 Visitas







27 junio, 2018 12:38 pm

344 Visitas

partido Argentina & Nigeria

27 junio, 2018 10:20 am

532 Visitas

## AGREGAR COMENTARIO

Click here to post a comment

publicidad

publicidad



Mataron a "El Rafaelito" por reparto de botín…

27 junio, 2018 5:40 am

1042 Visitas



Los periodistas enfrentan la violencia en una "zona de paz"…

27 junio, 2018 6:05 am

684 Visitas





Grupos económicos detrás de los medios y el poder en Colombia...

27 junio, 2018 5:50 am

614 Visitas

publicidad







publicidad

SOMOS LA FÁBRICA DE GANADORES

publicidad

publicidad

 Gestión anuncios

Noticias en Venezuela

Las ultimas noticias



 **Fichas escolares grandes 20x12.5**
**Precio: Bs. 470.400,00**





**Zapatos de cuero gamuzado color gris talla: 30**

**Precio: Bs. 6.000.000,00**



**Diccionario básico escolar saber "Grupo Últimas Noticias"**

**Precio: Bs. 3.600.000,00**

Nosotros   El equipo          Foros ÚN   Infografia
Si nos pelamos               UN en fotos
Publica con nosotros         UN en videos   Especiales
Contáctanos                  Lo más visto

Otros medios:

Grupo Últimas Noticias Copyright © | C.A. Últimas Noticias.
Todos los derechos reservados | RIF: J-00037398-1



## Psuv [Venezuela's United Socialist Party] attends the summit of the peoples of Mercosur

The information was released on Twitter by the Office of the Vice President of International Affairs of that political organization.

**ÚN.**  A delegation of Venezuela's United Socialist Party [**Psuv**, after the Spanish acronym]—comprising **Maria Alejandra Diaz** and **Diva Guzman**—participates in the Second Summit of the Peoples of the Southern Common Market (**Mercosur**) that is being held in **Paraguay**.

The information was issued on Twitter by the **Office of the Vice President of International Affairs** of the political organization. The representatives of social organizations and movements gather at the summit to expound the current socio-political situation of **Argentina, Brazil, Paraguay, Uruguay and Venezuela**.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )              ss:
COUNTY of NEW YORK   )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, "Exhibit G" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public

JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018



Your legal translation partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong