# EXHIBIT I



# Valoran positivamente a Venezuela en Bélgica por cumplir protocolos de producción de diamantes

Escrito por joseescalona el 20/06/2018. Posteado en Noticias

Sistema Kimberley reconoce compromiso nacional para avanzar a una minería responsable

"Lo que estamos anunciando hoy refleja el estricto cumplimiento que tiene Venezuela de los protocolos internacionales de calidad, solvencia y seguridad en la producción de diamantes", dijo el fiscal nacional minero, Higinio Benítez, tras participar en el foro especial de la Reunión Interseccional del Sistema de Certificación del Proceso Kimberley (SCPK) 2018: "El mundo reconoce el compromiso de Venezuela para avanzar a una minería responsable, productiva y con menor impacto ambiental".

Como integrante de la delegación criolla que presenta los avances del Motor Minero en Bélgica, Benítez informó que, este miércoles 20 de junio, se llevaron a cabo varias mesas de trabajo, en las que Venezuela destacó por el fiel cumplimiento de las reglas, normativas y procedimientos del SCPK, y los requisitos exigidos para la acreditación, en minería aluvional y en minería artesanal de vetas de diamante.

Case 1:18-cr-20818-DPG Document 46-11 Entered on FLSD Docket 06/28/2019 Page 3 of 12

Benítez subrayó que el país "ha dado talla" en Bélgica durante las exposiciones hechas por representantes del Banco Central de Venezuela y del Ministerio del Poder Popular para Desarrollo Minero Ecológico, puesto que ha cumplido "estrictamente" con todos los parámetros del Proceso Kimberley.

"En la primera reunión, tratamos el tema de fiscalización minera y de control ambiental; luego, debatimos con las delegaciones de 80 países, el estricto cumplimiento del esquema de certificación, la trazabilidad del diamante; es decir, el seguimiento exhaustivo y detallado de la ruta que hace este mineral desde la mina hasta el comprador final; así como la adopción de tecnologías de última generación para la identificación y la certificación del mineral en bruto", expresó el fiscal.

**Venezuela aprueba intercambio de buenas prácticas mineras**

El fiscal nacional minero aseguró que, durante el encuentro, se acordó el intercambio de métodos de trabajo, buenas prácticas y tecnologías mineras con grandes aliados estratégicos como China y Rusia, países con los cuales Venezuela ha forjado relaciones comerciales responsables desde hace varios años.

"Aprobamos el intercambio de conocimientos en la materia, con otras naciones mineras. Cada país puso a disposición de las delegaciones, los procesos que llevan a una buena trazabilidad, así como los procedimientos del Proceso Kimberley que hacen énfasis en la producción de diamantes de paz, libres de conflictos", enfatizó.

**Diamantes venezolanos, diamantes de paz**

De acuerdo con lo dicho por el fiscal nacional minero, este reconocimiento del sistema de certificación internacional para el comercio de diamantes también confirma que, en los procesos de producción y comercialización de diamantes hechos en Venezuela, no hay explotación humana, no hay niños trabajando en las minas, ni procesos destructivos de la naturaleza. **Prensa Minería**

**Fotogalería**



Etiquetas:Minería, Proceso k

## Artículos Recientes

Venezuela y Santa Lucía ampliarán relaciones de cooperación bilateral

MNOAL reafirma su compromiso de lucha contra el terrorismo

ANC fija posición ante sanciones de la UE

Venezuela y Antigua y Barbuda fortalecen relaciones bilaterales

## Artículos Relacionados

Venezuela y Angola suscribieron acuerdos para el fortalecimiento del Arco Minero

Arco Minero supera las 6.5 toneladas de oro entregadas en 2018

Venezuela destaca en Conferencia Profesional de Minería en Sudáfrica

Venezuela estableció con Rusia líneas de investigación e inversión mineras

Venezuela y Rusia acuerdan cooperación científica para fortalecer producción minera



   

Ministerio del Poder Popular para Relaciones Exteriores

Inicio

Mensajes Oficiales      ⟨

Publicaciones      ⟨

Cancillería      ⟨

Avenida Urdaneta, Esquina Las Carmelitas.

Caracas, Venezuela.

(+58) 0212 − 602 − 00 00



# Venezuela: regarded positively in Belgium for complying with diamond production protocols

Kimberley system recognizes Venezuela's national commitment to move forward towards responsible mining

"What we are announcing today reflects Venezuela's strict compliance with international quality, reliability and safety protocols in diamond production," said the national mining inspector, Higinio Benítez, following his participation in the special forum of the Intersessional Meeting of the Kimberley Process Certification Scheme (KPCS) 2018: "The world recognizes Venezuela's commitment to move towards responsible, productive mining, with a lesser environmental impact.

As a member of the Venezuelan delegation that is presenting the progress of Venezuela's "Mining Engine" in Belgium, Benitez informed that on Wednesday, June 20, several working meetings were held where Venezuela stood out for its faithful compliance with KPCS rules, standards and procedures, and with the requirements for being accredited in alluvial and artisanal mining of diamonds.

Benítez highlighted that Venezuela "has made the cut in Belgium" during the exhibits made by the Central Bank of Venezuela and the People's Power Ministry for Ecological Mining Development, since it has "strictly" complied with all the parameters of the Kimberley process.

"In the first meeting we discussed the topic of mining inspection and environmental control; later we debated with the delegations of 80 countries on the strict compliance with the certification scheme and diamond traceability; in other words, the exhaustive and detailed follow-up of the route followed by this mineral from the mine through the final buyer, as well as the adoption of last-generation technologies for identifying and certifying raw mineral," said the inspector.

**Venezuela approves the exchange of good mining practices**

The national mining inspector stated that during the meeting agreements were made for the exchange of work methods, good practices and mining technologies with strategic allies such as China and Russia, countries with which Venezuela has forged responsible trading relations for several years.

"We approve the exchange of knowledge on the matter with other mining nations. Each country placed at the disposal of the delegations the processes that lead to good traceability, as well as the Kimberley Process procedures that place emphasis on the production of peace of mind, conflict free diamonds," he emphasized.

**Venezuelan diamonds, peace of mind diamonds**

According to the national mining inspector, this recognition of the international certification system for diamond trading also confirms that, in the production and marketing of Venezuelan diamonds there is no human exploitation, no children working in the mines, or nature-destroying processes. **Prensa Minería**



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )

                              )            ss:

COUNTY of NEW YORK   )

### ***CERTIFICATE OF ACCURACY***

This is to certify that the attached document, "Exhibit E" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

Sworn to and signed before ME this 28th day of June, 2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

_____
Notary Public



JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your legal translation partner