# EXHIBIT J

 **CVE_China**
@CVE_China

 Follow

#Noticia Así se desarrolló el Seminario sobre la Ciencia de la Información Geográfica de Venezuela organizado por el Ministerio de Comercio de China y CIFAL Shanghai

委内瑞拉地理信息科学研修班

👉bit.ly/2lw1G5J

#中国 #Китай #Chine #Chinese #China #Venezuela #Shanghai



7:24 PM - 23 Jun 2018

**120** Retweets **71** Likes 

VENEZUELAENSHANGHAI, CCTV Español, CGTN en Español and 5 others

💬 3      🔁 120      ♡ 71

𝒮𝑜𝓁   @SolFridaaa · Jun 23
Replying to @CVE_China @embavenezchina and 7 others

## CVE_China

@CVE_China

#News This is how the Seminar on Venezuela's Geographical Information Science organized by China's Ministry of Trade and CIFAL Shanghai went.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK    )
                     )              ss:
COUNTY of NEW YORK   )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit L" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

*S Dahl*
_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

*James G Mamera*
_____
Notary Public



JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your legal translation partner

NEW YORK, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong