# EXHIBIT K

   



Principal
Organización
Que es la ONA?
Unidades Sustantivas

                            Capitales
                         s Adjudicados
         Antidrogas
           nternacionales
           Programas de Formación
       Apoyo
          Venezolano de Drogas (OVD)
            inal
                      09-2013
Plan Nacional Antidrogas 2015-2019
Servicios
INTRANET
Centro de Documentación e Información (CDI)
Asesores Comunitarios
COF Ayuda en Línea
Encuesta de satisfacción
Quejas Sugerencias y Reclamos
0800 Denuncias En Línea
Registro Único en Prevención Contra la Legitimación de Capitales
Lineamientos para el Registro Único
Ver Requisitos
Solicitud de Cita
Registro Único en Prevención y Tratamiento.
Lineamientos para el Registro Único
Ver Requisitos
Boletínes Electronico
29º Edición
28º Edición
27º Edición
26º Edición
25º Edición
24º Edición
23º Edición
22º Edición
21º Edición
20º Edición
19º Edición
18º Edición
17º Edición
16º Edición
7º Edición
6º Edición
5º Edición
4º Edición
3º Edición
2º Edición
Casuísticas Policiales Antidrogas
1º Edición
2º Edición
3º Edición
Estudios
Estudio Nacional de Drogas en Población Escolar Año 2009
Resumen del Estudio Nacional de Drogas en Población Escolar
Resumen del Informe de Caracterización del Consumo de Drogas
Alnálisis toxicológico y documental (Pipas de Agua - "Narguiles")
Revistas Balance
Balance Antidrogas 2008
Balance Antidrogas 2009
Balance Antidrogas 2010
Balance Antidrogas 2011
Balance Antidrogas 2012
Balance Antidrogas 2013
Balance Antidrogas 2014
Balance Antidrogas 2015
Noticias
Noticias ONA
Descargas
Contactos
Multimedias

NOTICIAS DE LA OFICINA NACIONAL ANTIDROGAS (ONA)

 Regresar Principal

Visitas: 39  Url: http://www.ona.gob.ve?noticia=13489

Twittear esta Noticia

Like   Sign Up to see what your friends like.

**Voz de Venezuela se escuchó en encuentro de Copolad realizado en Bulgaria**


**ONA y Glorias Deportivas dan un K.O. a las drogas en Chacaíto**

La Oficina Nacional Antidrogas (ONA) integra la delegación venezolana que participa en el encuentro del Programa de Cooperación entre América Latina, el Caribe y la Unión Europea en Políticas sobre Drogas (Copolad), en Sofía, Bulgaria.



Foto: ONA



**Ministro Reverol: Venezuela conduce una campaña admirable en la lucha contra el tráfico ilícito de sustancias estupefacientes**



**Colombia cerró 2017 con record de narcocultivos**



**Ministerio Público acusó a dos colombianos y tres venezolanos por tráfico de 317 panelas de droga en Falcón**



**Seis a Toda Vida: La gran jornada nacional por el VI aniversario de la Gran Misión a Toda Vida Venezuela**



**Cuerpos de seguridad impiden que Venezuela sea utiliza para el tráfico de drogas**

El objetivo es garantizar el empoderamiento de la Mujer de forma transversal y las políticas sobre drogas apoyadas en instrumentos de evaluación.

La delegación de la ONA participó en la 3ª Conferencia Anual del Programa de Copolad dedicada a fomentar la incorporación del enfoque de género y el empoderamiento de la Mujer de forma transversal, con la participación de 57 delegaciones, 33 de América Latina y el Caribe; 12 países de la Unión Europea y diez organizaciones internacionales, que se unen al diálogo con las naciones de la Comunidad de Estados Latinoamericanos y Caribeños (Celac).

En este contexto, Venezuela propone la clara necesidad de cooperar internacionalmente para luchar contra la delincuencia organizada transnacional; particularmente, contra las redes que desde otros países operan para facilitar el tráfico ilícito de drogas.

Por otra parte, se plantea la idea de trabajar juntos para asegurar la protección de la mujer; entre otras cosas, atendiendo las causas raigales socioeconómicas relacionadas al problema mundial de las drogas, para garantizar la atención a las poblaciones vulnerables.

**Instrumentos de evaluación**

Este lunes, el Consejo Permanente de Copolad sostuvo una reunión con los 34 países miembros de Celac y la Unión Europea (UE), entre ellos, Venezuela con el fin de promover el impulso de políticas sobre drogas apoyadas en instrumentos de evaluación y basadas en estrategias de probada efectividad.

La delegación venezolana representada por la ONA resaltó la utilidad de las actividades relacionadas al tema de precursores considerando oportuno extender los tiempos de dedicación al abordaje en la Región.

Cabe destacar, que nuestro país es miembro del Consejo Permanente de Copolad desde el año 2015 para potenciar las capacidades en las áreas de reducción de la demanda y oferta de drogas mediante la cooperación y el intercambio de experiencias.

**R: María Ferrer**

**Fotos: ONA**


Foto: ONA


Foto: ONA


**Alcaldías de los municipios Mejía y Ribero del estado Sucre fortalecen lucha antidrogas**


**Venezuela participa en XX Reunión de Coordinación y Cooperación en materia de drogas de Celac y UE**


**Este sábado Gmatvv celebrará su VI aniversario con jornada recreativa en el país**


**Privan de libertad a chofer y acompañante por tráfico de 176 panelas de cocaína en Anzoátegui**



 Enlaces de interés nacional

     

 Enlaces de interés internacional

     

**Dirección: Av. Venezuela con Av. José Lazo Marti, Edif. ONA, El Rosal, Caracas - Venezuela. Tlf: 58 (212) 957-34-00**

**© 2010 Realizado en Caracas - Venezuela por la Oficina de Sistemas y Tecnología de la Información**

**RIF: G-20006327-0**

**Usted es el visitante**

ShinyStat™
Visitas tot.   1156119
Visitantes ahora   3

**Bolivarian Government of Venezuela**

People's Power Ministry for Internal Relations, Justice and Peace | National Anti-Drug Office

**The voice of Venezuela was heard in the Copolad meeting held in Bulgaria**

**The National Anti-Drug Office (ONA, after the Spanish acronym) is part of the Venezuelan delegation that participates in the meeting of the Cooperation Programme between Latin America, the Caribbean and the European Union on Drugs Policies (Copolad), held in Sofia, Bulgaria.**

The purpose is to guarantee the empowerment of women as a cross-cutting component, and policies on drugs supported on evaluation instruments.

The ONA delegation participated in the Third Annual Conference of the Copolad Programme aiming at fostering the implementation of the gender approach and the empowerment of women as a cross-cutting component, with the participation of 57 delegations: 33 from Latin American and the Caribbean; 12 countries from the European Union, and 10 international organizations that join the dialog with the nations of the Community of Latin American and Caribbean States (Celac).

In this context, Venezuela proposes the clear necessity for international cooperation to fight against transnational organized crime; particularly against networks that operate from other countries to facilitate illegal drug trafficking.

Furthermore, it raises the idea of working together to guarantee the protection of women, among other things, tending to the socio-economic root causes related to the world drug problem, so as to guarantee attention to vulnerable populations.

**Instruments of evaluation**

This Monday, the Permanent Council of Copolad held a meeting with the 34 member countries of Celac and the European Union (EU), Venezuela among them, in order to foster the driving of policies on drugs supported on instruments of evaluation, based on proven strategies.

The Venezuelan delegation represented by the NAO highlighted the usefulness of the activities related to the issue of drug precursors, considering it advisable to extend the times devoted to approaching that matter in the Region.

It must be mentioned that our country is a member of the Permanent Council of Copolad since 2015 for boosting the capabilities in the areas of reducing the demand and the offer of drugs through cooperation and the exchange of experiences.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK      )
                       )                ss:
COUNTY of NEW YORK     )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit K" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public



New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong