# EXHIBIT L

   



Principal
Organización
Que es la ONA?
Unidades Sustantivas

síguenos en facebook
                          Capitales
Canal de youtube       s Adjudicados
                     n Antidrogas
                    nternacionales
                    Programas de Formación
                   Apoyo
                  Venezolano de Drogas (OVD)
síguenos en Twitter
                    inal
sígueme en Instagram   )9-2013
Plan Nacional Antidrogas 2015-2019
Servicios
INTRANET
Centro de Documentación e Información (CDI)
Asesores Comunitarios
COF Ayuda en Línea
Encuesta de satisfacción
Quejas Sugerencias y Reclamos
0800 Denuncias En Línea
Registro Único en Prevención Contra la Legitimación de Capitales
Lineamientos para el Registro Único
Ver Requisitos
Solicitud de Cita
Registro Único en Prevención y Tratamiento.
Lineamientos para el Registro Único
Ver Requisitos
Boletínes Electronico
29º Edición
28º Edición
27º Edición
26º Edición
25º Edición
24º Edición
23º Edición
22º Edición
21º Edición
20º Edición
19º Edición
18º Edición
17º Edición
16º Edición
7º Edición
6º Edición
5º Edición
4º Edición
3º Edición
2º Edición
Casuísticas Policiales Antidrogas
1º Edición
2º Edición
3º Edición
Estudios
Estudio Nacional de Drogas en Población Escolar Año 2009
Resumen del Estudio Nacional de Drogas en Población Escolar
Resumen del Informe de Caracterización del Consumo de Drogas
Alnálisis toxicológico y documental (Pipas de Agua - "Narguiles")
Revistas Balance
Balance Antidrogas 2008
Balance Antidrogas 2009
Balance Antidrogas 2010
Balance Antidrogas 2011
Balance Antidrogas 2012
Balance Antidrogas 2013
Balance Antidrogas 2014
Balance Antidrogas 2015
Noticias
Noticias ONA
Descargas
Contactos
Multimedias



Regresar Principal

**Visitas:** 54  **Url:** http://www.ona.gob.ve?noticia=13492

Twittear esta Noticia

Like   One person likes this. Sign Up to see what your friends like.

### Venezuela participa en XX Reunión de Coordinación y Cooperación en materia de drogas de Celac y UE



**Titulares más recientes**

**ONA y Glorias Deportivas dan un K.O. a las drogas en Chacaíto**

La Oficina Nacional Antidrogas (ONA), forma parte de la delegación venezolana que participa en la XX Reunión de Alto Nivel del Mecanismo de Coordinación y Cooperación en materia de drogas, entre la Comunidad de Estados Latinoamericanos y Caribeños (Celac) y la Unión Europea, que se celebra en la ciudad de Sofía (Bulgaria) del 20 al 21 de junio de 2018



Foto: ONA



**Ministro Reverol: Venezuela conduce una campaña admirable en la lucha contra el tráfico ilícito de sustancias estupefacientes**



**Colombia cerró 2017 con record de narcocultivos**



**Ministerio Público acusó a dos colombianos y tres venezolanos por tráfico de 317 panelas de droga en Falcón**

La representación venezolana presentó iniciativas nacionales de buenas prácticas en la Región Celac. Ratificó que su territorio es libre de cultivos ilícitos, no es productor ni consumidor de drogas y sus instituciones implementan mecanismos eficientes, para el fortalecimiento del sistema, a fin de combatir la legitimación de capitales relacionadas al tráfico de drogas.

Asimismo, condenó la aplicación de medidas coercitivas unilaterales que erosionan el multilateralismo; espacio favorable para la cooperación entre los países.

En este evento participa Venezuela como miembro de la Celac, mecanismo intergubernamental de diálogo y concertación política, que promueve la convergencia de acciones, para hacer frente a desafíos comunes, en esta oportunidad, el abordaje del problema de las drogas.

**R: María Ferrer**

**Fotos: ONA**



Foto: ONA



**Seis a Toda Vida: La gran jornada nacional por el VI aniversario de la Gran Misión a Toda Vida Venezuela**



**Cuerpos de seguridad impiden que Venezuela sea utiliza para el tráfico de drogas**



**Alcaldías de los municipios Mejía y Ribero del estado Sucre fortalecen lucha antidrogas**



**Este sábado Gmatvv celebrará su VI aniversario con jornada recreativa en el país**



**Privan de libertad a chofer y acompañante por tráfico de 176 panelas de cocaína en Anzoátegui**



**Voz de Venezuela se escuchó en encuentro de Copolad realizado en Bulgaria**





Enlaces de interés nacional

     

 Enlaces de interés internacional

     

**Dirección: Av. Venezuela con Av. José Lazo Marti, Edif. ONA, El Rosal, Caracas - Venezuela. Tlf: 58 (212) 957-34-00**
**© 2010 Realizado en Caracas - Venezuela por la Oficina de Sistemas y Tecnología de la Información**
**RIF: G-20006327-0**

**Usted es el visitante**
ShinyStat™
Visitas tot. 1156117
Visitantes ahora 3

**Bolivarian Government of Venezuela** | People's Power Ministry for Internal Relations, Justice and Peace | National Anti-Drug Office

**NEWS OF THE NATIONAL ANTI-DRUG OFFICE** (ONA, after the Spanish acronym)

**Venezuela participates in the Twentieth Meeting for Coordination and Cooperation on drugs of CELAC and the EU.**

The National Anti-Drug Office (ONA) forms part of the Venezuelan delegation that participates in the High-Level Meeting of the Mechanism for Coordination and Cooperation on drugs, between the Community of Latin American and Caribbean States (CELAC) and the European Union, being held in the city of Sofia, Bulgaria, on the 20th and the 21th of June 2018.

The Venezuelan representation presented domestic initiatives for good practices in the Celac region. Venezuela ratified that it is free of illicit crops, that it is not a producer or a consumer of drugs and that its institutions implement efficient mechanisms for the strengthening of the system in order to fight the laundering of capitals related to drug trafficking.

Also, it condemned the application of unilateral coercive measures that erode multilateralism, which is a favorable space for cooperation between countries.

Venezuela participates at this event as a member of Celac, an inter-governmental mechanism for political dialog and agreement that fosters the convergence of actions to face common challenges; approaching this time the drug problem.



100 Park Avenue, 16th Fl

New York, NY 10017

www.consortra.com

STATE of NEW YORK      )
                       )           ss:
COUNTY of NEW YORK     )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, "Exhibit I" -- originally written in *Spanish*-- is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: 06/28/2018

_____
Stephanie Dahl
Senior Projects Manager
Consortra Translations

Sworn to and signed before ME this 28th day of June, 2018

_____
Notary Public



JAMES G. MAMERA
Notary Public- State of New York
No. 01MA6157195
Qualified In New York County
My Commission Expires December 4, 2018

Your legal translation partner

New York, NY  |  Washington DC  |  Houston, TX  |  San Francisco, CA  |  Hong Kong