UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 17-20818-CIV-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,
v.

LUKOIL PAN AMERICAS LLC, et al.,

    Defendants.
_____/

## AMENDED ORDER

**THIS CAUSE** came before the Court on Plaintiff's *ore tenus* motion for an order to preserve evidence and on Defendant Trafigura Trading, LLC's Motion for Clarification Regarding Preservation Order [ECF No. 414]. The Court having considered arguments of counsel at the July 2, 2018 hearing, it is **ORDERED AND ADJUDGED** that the Court's Preservation Order [ECF No. 95] is **AMENDED** as follows:

Defendants Lukoil Pan Americas LLC; Lukoil Petroleum Ltd.; Colonial Oil Industries, Inc.; Colonial Group, Inc.; Glencore Ltd.; Glencore International A.G.; Glencore Energy UK Ltd.; Masefield A.G.; Trafigura A.G.; Trafigura Trading LLC; Trafigura Beheer B.V.; Maria Fernanda Rodriguez; Andrew Summers; Maximiliano Poveda; Jose Larocca; Luis Alvarez; Gustavo Gabaldon; Sergio De La Vega; Campo Elias Paez; Paul Rosado; EFG International A.G.; and Blue Bank International N.V. shall retain records, documents, communications or notes, either electronic or hard copy, relating to

    a. Petróleos de Venezuela S.A. ("PDVSA");

    b. the Morillo Group Defendants' (as defined in the Court's Temporary Restraining Order [ECF No. 9]) assets or finances; or

      c.  any business operated by the Morillo Group Defendants

in accordance with their obligations under the Federal Rules of Civil Procedure. This Amended Order is not intended to require preservation beyond what is required by the Federal Rules.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of July, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE