**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>        Plaintiff,<br><br>vs.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>        Defendants. | Case No. **1:18-cv-20818-DPG** |

**REPLY DECLARATION OF ADAM B. WOLFSON**

04718-35041/10243334.1

I, Adam B. Wolfson, hereby declare as follows:

1.      I am an attorney admitted to practice law in the States of California and New York. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Trafigura Trading, LLC ("Trafigura") in the above-captioned matter. Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2.      I make this declaration in support of Defendants' Reply in Further Support of Their Motion, by Order to Show Cause, For Sanctions and Other Relief Against Plaintiff.

3.      Attached as **Exhibit A** is a true and correct copy of communications and representations from Plaintiff's counsel that Drs. Cabeza and Munoz Pedroza would appear live for deposition before the Court's standing deposition deadline.

4.      Attached as **Exhibit B** is a true and correct copy of an email exchange between Plaintiff's counsel and Defendants' counsel regarding a variety of topics. In a June 25, 2018 email, Plaintiff's counsel suggested for the first time in this case that Plaintiff wanted to take depositions by written question of the Venezuelan signatories to the Trust Agreement. Defendants detailed their objections to that late proposal and, as indicated in the email chain, subsequently met and conferred on the topic on June 27, 2018.

5.      At the parties' June 27, 2018 meet and confer, Defendants asked Plaintiff's counsel, *inter alia*, what authority they believed permitted depositions by written question in Venezuela. Plaintiff's counsel responded following the meet and confer with a citation to a website indicating that such depositions, as with video depositions, may only be taken through the Hague Convention's compulsory processes.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of July, 2018, in Los Angeles, California.

_____
Adam Wolfson

# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION
                     CASE NO. 18-CV-20818-DPG
 3

 4   PDVSA US Litigation Trust,           Miami, Florida

 5        Plaintiff,                      April 30, 2018

 6           vs.                          3:00 p.m. to 4:30 p.m.

 7   LUKOIL PAN AMERICAS, LLC, et al.     Pages 1 to 57

 8        Defendants.
     _____
 9

10
                       TELEPHONIC MOTION HEARING
11             BEFORE THE HONORABLE ALICIA M. OTAZO-REYES
                   UNITED STATES MAGISTRATE JUDGE
12
     APPEARANCES:
13

14   FOR THE PLAINTIFF:        DAVID BOIES, ESQ.
     PDVSA US LITIGATION       STEVEN DAVIS, ESQ.
15                             ADAM SHAW, ESQ.
                               ALEXANDER BOIES, ESQ.
16                             BRAD SMITH, ESQ.
                               BOIES SCHILLER FLEXNER, LLP
17                             100 S.E. 2nd Street
                               Suite 2800
18                             Miami, Florida 33131
                                    -and-
19                             GEORGE F. CARPINELLO, ESQ.
                               BOIES SCHILLER FLEXNER, LLP
20                             30 South Pearl Street, 11th Floor
                               Albany, New York 12207
21

22   FOR THE DEFENDANTS:       ISRAEL J. ENCINOSA, ESQ.
     HELSINGE, INC.            ALEX M. GONZALEZ, ESQ.
23   HELSINGE, LTD             HOLLAND AND KNIGHT, LLP
     HELSINGE HOLDINGS         701 Brickell Avenue, Suite 3000
24   DANIEL LUTZ               Miami, Florida 33131
     MARIA F. RODRIGUEZ
25   LUIS LIENDO
```

1  to adopt your revised schedule.  Then what about the -- you
2  have a new date for depositions of experts' reports.  You have
3  the new date for deposing fact witnesses of May 22nd.
4          Are there any issues with who will be deposed or are
5  you still working on that?
6          MR. D. BOIES:  Your Honor, I think there are the
7  following issues.
8          THE COURT REPORTER:  Who is speaking?
9          THE COURT:  I'm sorry, Mr. Boies.
10         MR. D. BOIES:  Excuse me, Your Honor, this is David.
11         THE COURT:  Yes.  Go ahead.
12         MR. D. BOIES:  Under the scheduling order, each side
13 was given the opportunity to take four depositions.  The
14 defendants gave us a list of witnesses in the order in which
15 they would like them to be made available.  We have been able
16 to arrange to make available the first three witnesses that
17 they requested, which is the 30(b)(6) deposition of the Trust,
18 a 30(b)(6) deposition of PDVSA and a deposition of the
19 Procurador General or General Attorney of Venezuela, Reynaldo
20 Muñoz.
21         The next several deponents who they had requested we
22 have not yet been able to either locate or arrange for them to
23 appear for deposition.  We have arranged for Algamex to give a
24 30(b)(6) deposition, but there are people who the defendants
25 would rather take than Algamex if they can be made available.

```
 1              So, what we have agreed to do is to produce the first
 2     three, to continue to work on producing one of the next
 3     requested priority deponents, but if that fails, to produce
 4     Algamex.
 5              THE COURT:  All right.  And the Procurador General can
 6     you say the name again because that didn't come through
 7     clearly?
 8              MR. D. BOIES:  It's Reynaldo M-U-N-R-O-Z.
 9              THE COURT:  M-U-N --
10              MR. D. BOIES:  M-U-N-R-O-Z.
11              THE COURT:  M-U-N-R?
12              MR. D. BOIES:  M, U as in United, N as in Nancy, R as
13     in Robert, O as in Ohio, Z as in zoo.
14              THE COURT:  Munroz?
15              MR. ENCINOSA:  Your Honor, this is Israel Encinosa.  I
16     believe it's Muñoz.
17              THE COURT:  Muñoz, that's what I thought.
18              MR. D. BOIES:  You may be right.
19              THE COURT:  All right.  Reynaldo Muñoz.
20              All right.  The name is somewhere in the pleadings or
21     in my notes, but I was doing it for the benefit of the court
22     reporter.
23              MR. D. BOIES:  He is a signatory of the Trust, so we
24     can --
25              THE COURT:  Yes, the name pops up.
```

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Sent:** Tuesday, May 8, 2018 1:59 PM
**To:** 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; Schwartz, Adam B <aschwartz@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; Carey, Jessica <jcarey@paulweiss.com>; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>
**Subject:** RE: PDVSA US Litigation Trust v Lukoil Pan Americas LLC et al (1:18-cv-20818-DPG )

Israel: As we previously advised you, Mr. Martinez and Mr. Arellano are not available for deposition. Mr. Martinez, so far as we know, is incarcerated and we have not been able to locate Mr. Arellano. At this time, Mr. Arellano has not been replaced as a trustee. ==Ms. Cabeza will not be available for deposition in the United States but she is available for deposition in Venezuela after May 21. Mr. Munoz Pedroza is available to sit for deposition in New York during the week of May 28.==

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

**From:** Israel.Encinosa@hklaw.com [mailto:Israel.Encinosa@hklaw.com]
**Sent:** Monday, May 7, 2018 10:23 PM
**To:** George Carpinello <gcarpinello@BSFLLP.com>
**Cc:** ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; Brian.Briz@hklaw.com; bbirenboim@paulweiss.com; aschwartz@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com;

nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>; David Boies2 <xboies@gmail.com>; Israel.Encinosa@hklaw.com
**Subject:** RE: PDVSA US Litigation Trust v Lukoil Pan Americas LLC et al (1:18-cv-20818-DPG )

George,

Pursuant to the Court's Second Discovery Order [DE 355], Defendants hereby confirm that, subject to their reservation of rights explained below, they wish to take the following four depositions as to the issue of standing: (1) a PDVSA 30(b)(6) witness (on the topics previously served); (2) Mr. Munoz Pedroza; (3) Mr. Martinez; and (4) Mr. Arellano.

Furthermore, as discussed during today's call, we understand that PDVSA may undertake to replace Mr. Arellano with another trustee and we understand that Plaintiff is willing to stipulate to permitting Plaintiff to depose the new trustee should that happen and should Defendants choose to do so.  Please let us know if that is not the case, however.

==Furthermore, as also discussed during today's call, we understand that the 30(b)(6) representative for PDVSA will be Hilda Cabeza. Plaintiff is going to get back to us regarding Ms. Cabeza's availability to sit for deposition in the United States during the month of May. Plaintiff also indicated that Mr. Munoz Pedroza is available to sit for deposition in the United States during the week of May 28th.  Once you provide us with dates for Ms. Cabeza we will need to discuss how to amend the current schedule to permit the taking of these depositions in the United States.==

Additionally, Plaintiff agreed to get back to us today regarding Defendants' proposal that any non-expert declarations that a party intends to file with its brief on standing be exchanged on or before May 18 and depositions of any such declarants and of any non-expert who a party intends to call as a witness at the June 28th hearing occur on or before May 24. Please let us know Plaintiff's position on this issue.

Lastly, please note that Defendants reserve their right to amend the list of deponents on the issue of standing based on additional information which may be obtained, including documents Plaintiff has yet to produce such as drafts of the trust agreement (including metadata) and agreements with the Brennan Group concerning the Trust, as well as additional information concerning the date the Trust Agreement was executed (during the call it was discussed that Plaintiff would propose a stipulation regarding same).

Regards,
Israel

**Israel Encinosa** | **Holland & Knight**
Partner
701 Brickell Avenue, Suite 3300 | Miami FL 33131
Phone 305.789.7602 | Fax 305.789.7799
israel.encinosa@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Sent:** Tuesday, May 22, 2018 7:25 PM
**To:** Schwartz, Adam B <aschwartz@paulweiss.com>; 'Adam Hudes ' <ahudes@mayerbrown.com>; 'Adam Michael Schachter ' <aschachter@gsgpa.com>; 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; 'Alex M. Gonzalez' <alex.gonzalez@hklaw.com>; 'Alexander L. Kaplan ' <akaplan@SusmanGodfrey.com>; 'Allan C. Galis ' <agalis@huntermaclean.com>; 'Andrés Rivero' <arivero@riveromestre.com>; 'Benjamine Reid ' <breid@carltonfields.com>; Karp, Brad S <bkarp@paulweiss.com>; 'Brian A. Briz' <Brian.briz@hklaw.com>; Birenboim, Bruce <bbirenboim@paulweiss.com>; 'Carlos Rodriguez' <crodriguez@riveromestre.com>; 'Christina Olivos' <colivos@reedsmith.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>; 'Connor Mullin' <cmullin@akingump.com>; 'David Kully' <david.kully@hklaw.com>; 'David M. Burkoff ' <DBurkoff@huntermaclean.com>; 'Donald J. Hayden' <don@markmigdal.com>; 'Edward (Ed) Mullins ' <EMullins@reedsmith.com>; 'Etan Mark' <etan@markmigdal.com>; 'Ethan Glass' <ethanglass@quinnemanuel.com>; 'Francisco Ramos, Jr.' <framos@cspalaw.com>; 'Gerald Edward Greenberg' <ggreenberg@gsgpa.com>; 'Heather H. Lundy ' <hlundy@huntermaclean.com>; 'Israel J. Encinosa' <israel.encinosa@hklaw.com>; 'Jason E. Gangwer' <jgangwer@akingump.com>; 'Jeffrey B. Goldberg' <jeffrey.goldberg@hugheshubbard.com>; Carey, Jessica <jcarey@paulweiss.com>; 'Jonathan H. Kaskel ' <jkaskel@gunster.com>; 'Jorge D. Guttman ' <jguttman@gunster.com>; 'Kimberly A. Pathman' <kpathman@akingump.com>; 'Lara O'Donnell Grillo' <lara@markmigdal.com>; 'Mark J. MacDougall' <mmacdougall@akingump.com>; 'Mark W. Ryan ' <mryan@mayerbrown.com>; 'Michael C. Kelso' <mkelso@susmangodfrey.com>; 'Michael Gervais' <mgervais@susmangodfrey.com>; 'Michael P. Lennon, Jr' <mlennon@mayerbrown.com>; 'Neal S. Manne' <nmanne@susmangodfrey.com>; 'Nicolas Swerdloff' <nicolas.swerdloff@hugheshubbard.com>; 'Robert C. Josefsberg ' <rjosefsberg@podhurst.com>; 'Spencer H. Silverglate' <ssilverglate@cspalaw.com>; 'Stacey H. Mitchell' <shmitchell@akingump.com>; 'Stephen Frederick Rosenthal' <srosenthal@podhurst.com>; 'Stephen H. Lee' <SLee@porterhedges.com>; 'Stephen Hauss' <stephenhauss@quinnemanuel.com>; 'Stephen M. Medlock ' <smedlock@mayerbrown.com>; 'Thomas P. McLish' <tmclish@akingump.com>; 'Weston O'Black' <woblack@susmangodfrey.com>; 'William A. Burck' <williamburck@quinnemanuel.com>
**Cc:** David Boies <DBoies@BSFLLP.com>
**Subject:** PDVSA US Litigation Trust v. Lukoil, et al.

Counsel:  Attached is a letter from PDVSA with regard to Defendants' document requests.

Also, ==We can confirm that Procurator General, Renaldo Munoz Pedroza, will be available for a deposition in New York on May 30, 2018.==

**George F. Carpinello**
Partner

## BOIES SCHILLER FLEXNER LLP

30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Sent:** Thursday, May 31, 2018 5:41 PM
**To:** Schwartz, Adam B <aschwartz@paulweiss.com>; 'Adam Hudes ' <ahudes@mayerbrown.com>; 'Adam Michael Schachter ' <aschachter@gsgpa.com>; 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; 'Alex M. Gonzalez' <alex.gonzalez@hklaw.com>; 'Alexander L. Kaplan ' <akaplan@SusmanGodfrey.com>; 'Allan C. Galis ' <agalis@huntermaclean.com>; 'Andrés Rivero' <arivero@riveromestre.com>; 'Benjamine Reid ' <breid@carltonfields.com>; Karp, Brad S <bkarp@paulweiss.com>; 'Brian A. Briz' <Brian.briz@hklaw.com>; Birenboim, Bruce <bbirenboim@paulweiss.com>; 'Carlos Rodriguez' <crodriguez@riveromestre.com>; 'Christina Olivos' <colivos@reedsmith.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>; 'Connor Mullin' <cmullin@akingump.com>; 'David Kully' <david.kully@hklaw.com>; 'David M. Burkoff ' <DBurkoff@huntermaclean.com>; 'Donald J. Hayden' <don@markmigdal.com>; 'Edward (Ed) Mullins ' <EMullins@reedsmith.com>; 'Etan Mark' <etan@markmigdal.com>; 'Ethan Glass' <ethanglass@quinnemanuel.com>; 'Francisco Ramos, Jr.' <framos@cspalaw.com>; 'Gerald Edward Greenberg' <ggreenberg@gsgpa.com>; 'Heather H. Lundy ' <hlundy@huntermaclean.com>; 'Israel J. Encinosa' <israel.encinosa@hklaw.com>; 'Jason E. Gangwer' <jgangwer@akingump.com>; 'Jeffrey B. Goldberg' <jeffrey.goldberg@hugheshubbard.com>; Carey, Jessica <jcarey@paulweiss.com>; 'Jonathan H. Kaskel ' <jkaskel@gunster.com>; 'Jorge D. Guttman ' <jguttman@gunster.com>; 'Kimberly A. Pathman' <kpathman@akingump.com>; 'Lara O'Donnell Grillo' <lara@markmigdal.com>; 'Mark J. MacDougall' <mmacdougall@akingump.com>; 'Mark W. Ryan ' <mryan@mayerbrown.com>; 'Michael C. Kelso' <mkelso@susmangodfrey.com>; 'Michael Gervais' <mgervais@susmangodfrey.com>; 'Michael P. Lennon, Jr' <mlennon@mayerbrown.com>; 'Neal S. Manne' <nmanne@susmangodfrey.com>; 'Nicolas Swerdloff' <nicolas.swerdloff@hugheshubbard.com>; 'Robert C. Josefsberg ' <rjosefsberg@podhurst.com>; 'Spencer H. Silverglate' <ssilverglate@cspalaw.com>; 'Stacey H. Mitchell' <shmitchell@akingump.com>; 'Stephen Frederick Rosenthal' <srosenthal@podhurst.com>; 'Stephen H. Lee' <SLee@porterhedges.com>; 'Stephen Hauss' <stephenhauss@quinnemanuel.com>; 'Stephen M. Medlock' <smedlock@mayerbrown.com>; 'Thomas P. McLish' <tmclish@akingump.com>; 'Weston O'Black' <woblack@susmangodfrey.com>; 'William A. Burck' <williamburck@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: PDVSA US Litigation Trust: Depositions

Thank you.  ==Ms. Cabeza will need an interpreter.==

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com


**From:** Schwartz, Adam B [mailto:aschwartz@paulweiss.com]
**Sent:** Thursday, May 31, 2018 5:02 PM
**To:** George Carpinello <gcarpinello@BSFLLP.com>; 'Adam Hudes ' <ahudes@mayerbrown.com>; 'Adam Michael Schachter ' <aschachter@gsgpa.com>; 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; 'Alex M. Gonzalez' <alex.gonzalez@hklaw.com>; 'Alexander L. Kaplan ' <akaplan@SusmanGodfrey.com>; 'Allan C. Galis ' <agalis@huntermaclean.com>; 'Andrés Rivero' <arivero@riveromestre.com>; 'Benjamine Reid ' <breid@carltonfields.com>; Karp, Brad S <bkarp@paulweiss.com>; 'Brian A. Briz' <Brian.briz@hklaw.com>; Birenboim, Bruce <bbirenboim@paulweiss.com>; 'Carlos Rodriguez' <crodriguez@riveromestre.com>; 'Christina

Olivos' <colivos@reedsmith.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>; 'Connor Mullin' <cmullin@akingump.com>; 'David Kully' <david.kully@hklaw.com>; 'David M. Burkoff ' <DBurkoff@huntermaclean.com>; 'Donald J. Hayden' <don@markmigdal.com>; 'Edward (Ed) Mullins ' <EMullins@reedsmith.com>; 'Etan Mark' <etan@markmigdal.com>; 'Ethan Glass' <ethanglass@quinnemanuel.com>; 'Francisco Ramos, Jr.' <framos@cspalaw.com>; 'Gerald Edward Greenberg' <ggreenberg@gsgpa.com>; 'Heather H. Lundy ' <hlundy@huntermaclean.com>; 'Israel J. Encinosa' <israel.encinosa@hklaw.com>; 'Jason E. Gangwer' <jgangwer@akingump.com>; 'Jeffrey B. Goldberg' <jeffrey.goldberg@hugheshubbard.com>; Carey, Jessica <jcarey@paulweiss.com>; 'Jonathan H. Kaskel ' <jkaskel@gunster.com>; 'Jorge D. Guttman ' <jguttman@gunster.com>; 'Kimberly A. Pathman' <kpathman@akingump.com>; 'Lara O'Donnell Grillo' <lara@markmigdal.com>; 'Mark J. MacDougall' <mmacdougall@akingump.com>; 'Mark W. Ryan ' <mryan@mayerbrown.com>; 'Michael C. Kelso' <mkelso@susmangodfrey.com>; 'Michael Gervais' <mgervais@susmangodfrey.com>; 'Michael P. Lennon, Jr' <mlennon@mayerbrown.com>; 'Neal S. Manne ' <nmanne@susmangodfrey.com>; 'Nicolas Swerdloff' <nicolas.swerdloff@hugheshubbard.com>; 'Robert C. Josefsberg ' <rjosefsberg@podhurst.com>; 'Spencer H. Silverglate' <ssilverglate@cspalaw.com>; 'Stacey H. Mitchell' <shmitchell@akingump.com>; 'Stephen Frederick Rosenthal' <srosenthal@podhurst.com>; 'Stephen H. Lee' <SLee@porterhedges.com>; 'Stephen Hauss' <stephenhauss@quinnemanuel.com>; 'Stephen M. Medlock ' <smedlock@mayerbrown.com>; 'Thomas P. McLish' <tmclish@akingump.com>; 'Weston O'Black' <woblack@susmangodfrey.com>; 'William A. Burck' <williamburck@quinnemanuel.com>; David Boies <DBoies@BSFLLP.com>
**Subject:** PDVSA US Litigation Trust: Depositions

George:

Defendants can take the deposition of Ms. Cabeza (as the PDVSA 30(b)(6) witness) on June 8th (the only date offered by plaintiff) in Madrid and the deposition of the Algamex 30(b)(6) witness on June 8th (one of the three dates offered by plaintiff) in Albany.  We will issue notices for these depositions soon.  Please let us know whether Ms. Cabeza needs an interpreter and where the deposition will occur in Madrid.

Also, please provide any additional information you have regarding whether Mr. Munoz Pedroza can be made available for deposition on or before June 11th and, if so, where.

ABS


**Adam B. Schwartz** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7341 (Direct Phone) | +1 202 527 0941 (Cell)
+1 202 204 7358 (Direct Fax)
aschwartz@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Date:** Friday, May 25, 2018, 6:14 PM
**To:** Schwartz, Adam B <aschwartz@paulweiss.com>
**Cc:** ahudes@mayerbrown.com <ahudes@mayerbrown.com>, aschachter@gsgpa.com <aschachter@gsgpa.com>, adamwolfson@quinnemanuel.com <adamwolfson@quinnemanuel.com>, alex.gonzalez@hklaw.com <alex.gonzalez@hklaw.com>, akaplan@SusmanGodfrey.com <akaplan@SusmanGodfrey.com>, agalis@huntermaclean.com <agalis@huntermaclean.com>, arivero@riveromestre.com <arivero@riveromestre.com>, breid@carltonfields.com <breid@carltonfields.com>, Karp, Brad S <bkarp@paulweiss.com>, Brian.Briz@hklaw.com <Brian.Briz@hklaw.com>, Birenboim, Bruce <bbirenboim@paulweiss.com>, crodriguez@riveromestre.com <crodriguez@riveromestre.com>, colivos@reedsmith.com <colivos@reedsmith.com>, CGruhn@carltonfields.com <CGruhn@carltonfields.com>, cmullin@akingump.com <cmullin@akingump.com>, David.Kully@hklaw.com <David.Kully@hklaw.com>, DBurkoff@huntermaclean.com <DBurkoff@huntermaclean.com>, don@markmigdal.com <don@markmigdal.com>, EMullins@reedsmith.com <EMullins@reedsmith.com>, etan@markmigdal.com <etan@markmigdal.com>, ethanglass@quinnemanuel.com <ethanglass@quinnemanuel.com>, framos@cspalaw.com <framos@cspalaw.com>, ggreenberg@gsgpa.com <ggreenberg@gsgpa.com>, hlundy@huntermaclean.com <hlundy@huntermaclean.com>, jgangwer@akingump.com <jgangwer@akingump.com>, jeffrey.goldberg@hugheshubbard.com <jeffrey.goldberg@hugheshubbard.com>, jkaskel@gunster.com <jkaskel@gunster.com>, jguttman@gunster.com <jguttman@gunster.com>, kpathman@akingump.com <kpathman@akingump.com>, lara@markmigdal.com <lara@markmigdal.com>, mmacdougall@akingump.com <mmacdougall@akingump.com>, mryan@mayerbrown.com <mryan@mayerbrown.com>, mkelso@susmangodfrey.com <mkelso@susmangodfrey.com>, mgervais@susmangodfrey.com <mgervais@susmangodfrey.com>, mlennon@mayerbrown.com <mlennon@mayerbrown.com>, nmanne@susmangodfrey.com <nmanne@susmangodfrey.com>, nicolas.swerdloff@hugheshubbard.com <nicolas.swerdloff@hugheshubbard.com>, rjosefsberg@podhurst.com <rjosefsberg@podhurst.com>, ssilverglate@cspalaw.com <ssilverglate@cspalaw.com>, shmitchell@akingump.com <shmitchell@akingump.com>, srosenthal@podhurst.com <srosenthal@podhurst.com>, SLee@porterhedges.com <SLee@porterhedges.com>, stephenhauss@quinnemanuel.com <stephenhauss@quinnemanuel.com>, smedlock@mayerbrown.com <smedlock@mayerbrown.com>, tmclish@akingump.com <tmclish@akingump.com>, woblack@susmangodfrey.com <woblack@susmangodfrey.com>, williamburck@quinnemanuel.com <williamburck@quinnemanuel.com>, David Boies <DBoies@BSFLLP.com>, Carey, Jessica <jcarey@paulweiss.com>, 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>, Nicholas Gravante <NGravante@BSFLLP.com>, Steven W. Davis <SDavis@BSFLLP.com>, Adam Shaw <ashaw@BSFLLP.com>, David Barrett <dbarrett@BSFLLP.com>, Helen Maher <hmaher@BSFLLP.com>, Randall Jackson <RJackson@BSFLLP.com>
**Subject:** RE: Joint Notice - Depositions

==Adam:  Ms. Cabeza, the PDVSA Rule 30(b)(6) witness, is available in Madrid on June 7.==  The Algamex Rule 30(b)(6) witness is David Evans and his deposition will take place on June 1 at our offices in Albany, NY.

Please advise us as to when and where Mr. Lutz's deposition will take place.

**George F. Carpinello**
Partner

---

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

**From:** Schwartz, Adam B [mailto:aschwartz@paulweiss.com]
**Sent:** Friday, May 25, 2018 12:39 PM
**To:** Carey, Jessica <jcarey@paulweiss.com>; George Carpinello <gcarpinello@BSFLLP.com>;

'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>; Nicholas Gravante <NGravante@BSFLLP.com>; Steven W. Davis <SDavis@BSFLLP.com>; Adam Shaw <ashaw@BSFLLP.com>; David Barrett <dbarrett@BSFLLP.com>; David Boies <DBoies@BSFLLP.com>; George Carpinello <gcarpinello@BSFLLP.com>; Helen Maher <hmaher@BSFLLP.com>; Randall Jackson <RJackson@BSFLLP.com>
**Cc:** ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: Joint Notice - Depositions

George:

I have added your colleagues at Boies to this email given that you may be attending the deposition. We need a response from plaintiff regarding the dates and locations of the remaining depositions. As you know, the parties are required to file a notice with the court *today* and defendants will require some time to coordinate after we receive your response.

Thank you,

**Adam B. Schwartz** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
2001 K Street, NW | Washington, DC 20006-1047
+1 202 223 7341 (Direct Phone) | +1 202 527 0941 (Cell)
+1 202 204 7358 (Direct Fax)
aschwartz@paulweiss.com | www.paulweiss.com

**From:** Carey, Jessica
**Sent:** Friday, May 25, 2018 10:13 AM
**To:** George Carpinello <gcarpinello@BSFLLP.com>; 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** Schwartz, Adam B <aschwartz@paulweiss.com>; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com;

shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** RE: Joint Notice - Depositions
**Importance:** High

George,

I am following up on my below message.  Could you please let us know when you will provide defendants with deposition dates and locations?  As you know, we have a deadline of ***today*** for filing a joint notice on this topic.

Best regards.
**Jessica S. Carey** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3566 (Direct Phone)
+1 212 492 0566 (Direct Fax)
jcarey@paulweiss.com | www.paulweiss.com

**From:** Carey, Jessica
**Sent:** Thursday, May 24, 2018 3:44 PM
**To:** 'George Carpinello' <gcarpinello@BSFLLP.com>; 'Israel.Encinosa@hklaw.com' <Israel.Encinosa@hklaw.com>
**Cc:** Schwartz, Adam B <aschwartz@paulweiss.com>; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; Karp, Brad S <bkarp@paulweiss.com>; Brian.Briz@hklaw.com; Birenboim, Bruce <bbirenboim@paulweiss.com>; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com; David Boies <DBoies@BSFLLP.com>
**Subject:** Joint Notice - Depositions

George,

In light of tomorrow's deadline for the parties to file a Joint Notice regarding depositions, we request that you provide proposed dates and locations for the Algamex 30(b)(6) deposition and the PDVSA 30(b)(6) deposition of Hilda Cabeza (other than in Venezuela) as soon as possible and, in any event, by no later than 10 a.m. Eastern tomorrow.  We also ask that you provide several potential dates so that we may consider which works best for the most defendants.   Finally, please identify the Algamex 30(b)(6) witness.

Best regards.
**Jessica S. Carey** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3566 (Direct Phone)

**From:** George Carpinello <gcarpinello@BSFLLP.com>
**Date:** Tuesday, Jun 05, 2018, 12:33 PM
**To:** 'Brian.Briz@hklaw.com' <Brian.Briz@hklaw.com>, Schwartz, Adam B <aschwartz@paulweiss.com>, ahudes@mayerbrown.com <ahudes@mayerbrown.com>, aschachter@gsgpa.com <aschachter@gsgpa.com>, adamwolfson@quinnemanuel.com <adamwolfson@quinnemanuel.com>, alex.gonzalez@hklaw.com <alex.gonzalez@hklaw.com>, akaplan@SusmanGodfrey.com <akaplan@SusmanGodfrey.com>, agalis@huntermaclean.com <agalis@huntermaclean.com>, arivero@riveromestre.com <arivero@riveromestre.com>, breid@carltonfields.com <breid@carltonfields.com>, Karp, Brad S <bkarp@paulweiss.com>, Birenboim, Bruce <bbirenboim@paulweiss.com>, crodriguez@riveromestre.com <crodriguez@riveromestre.com>, colivos@reedsmith.com <colivos@reedsmith.com>, CGruhn@carltonfields.com <CGruhn@carltonfields.com>, cmullin@akingump.com <cmullin@akingump.com>, David.Kully@hklaw.com <David.Kully@hklaw.com>, DBurkoff@huntermaclean.com <DBurkoff@huntermaclean.com>, don@markmigdal.com <don@markmigdal.com>, EMullins@reedsmith.com <EMullins@reedsmith.com>, etan@markmigdal.com <etan@markmigdal.com>, ethanglass@quinnemanuel.com <ethanglass@quinnemanuel.com>, framos@cspalaw.com <framos@cspalaw.com>, ggreenberg@gsgpa.com <ggreenberg@gsgpa.com>, hlundy@huntermaclean.com <hlundy@huntermaclean.com>, Israel.Encinosa@hklaw.com <Israel.Encinosa@hklaw.com>, jgangwer@akingump.com <jgangwer@akingump.com>, jeffrey.goldberg@hugheshubbard.com <jeffrey.goldberg@hugheshubbard.com>, Carey, Jessica <jcarey@paulweiss.com>, jkaskel@gunster.com <jkaskel@gunster.com>, jguttman@gunster.com <jguttman@gunster.com>, kpathman@akingump.com <kpathman@akingump.com>, lara@markmigdal.com <lara@markmigdal.com>, mmacdougall@akingump.com <mmacdougall@akingump.com>, mryan@mayerbrown.com <mryan@mayerbrown.com>, mkelso@susmangodfrey.com <mkelso@susmangodfrey.com>, mgervais@susmangodfrey.com <mgervais@susmangodfrey.com>, mlennon@mayerbrown.com <mlennon@mayerbrown.com>, nmanne@susmangodfrey.com <nmanne@susmangodfrey.com>, nicolas.swerdloff@hugheshubbard.com <nicolas.swerdloff@hugheshubbard.com>, rjosefsberg@podhurst.com <rjosefsberg@podhurst.com>, ssilverglate@cspalaw.com <ssilverglate@cspalaw.com>, shmitchell@akingump.com <shmitchell@akingump.com>, srosenthal@podhurst.com <srosenthal@podhurst.com>, SLee@porterhedges.com <SLee@porterhedges.com>, stephenhauss@quinnemanuel.com <stephenhauss@quinnemanuel.com>, smedlock@mayerbrown.com <smedlock@mayerbrown.com>, tmclish@akingump.com <tmclish@akingump.com>, woblack@susmangodfrey.com <woblack@susmangodfrey.com>, williamburck@quinnemanuel.com <williamburck@quinnemanuel.com>
**Cc:** David Boies <DBoies@BSFLLP.com>
**Subject:** RE: RE:

Counsel:  The Cabeza deposition will take place at the following address:

**JONES DAY**
Paseo de Recoletos 37-41, 5th floor
28004 Madrid
Spain

**George F. Carpinello**
Partner

---

**BOIES SCHILLER FLEXNER** LLP
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com


**From:** Brian.Briz@hklaw.com [mailto:Brian.Briz@hklaw.com]
**Sent:** Tuesday, June 5, 2018 11:55 AM

**To:** George Carpinello <gcarpinello@BSFLLP.com>; aschwartz@paulweiss.com; ahudes@mayerbrown.com; aschachter@gsgpa.com; adamwolfson@quinnemanuel.com; alex.gonzalez@hklaw.com; akaplan@SusmanGodfrey.com; agalis@huntermaclean.com; arivero@riveromestre.com; breid@carltonfields.com; bkarp@paulweiss.com; bbirenboim@paulweiss.com; crodriguez@riveromestre.com; colivos@reedsmith.com; CGruhn@carltonfields.com; cmullin@akingump.com; David.Kully@hklaw.com; DBurkoff@huntermaclean.com; don@markmigdal.com; EMullins@reedsmith.com; etan@markmigdal.com; ethanglass@quinnemanuel.com; framos@cspalaw.com; ggreenberg@gsgpa.com; hlundy@huntermaclean.com; Israel.Encinosa@hklaw.com; jgangwer@akingump.com; jeffrey.goldberg@hugheshubbard.com; jcarey@paulweiss.com; jkaskel@gunster.com; jguttman@gunster.com; kpathman@akingump.com; lara@markmigdal.com; mmacdougall@akingump.com; mryan@mayerbrown.com; mkelso@susmangodfrey.com; mgervais@susmangodfrey.com; mlennon@mayerbrown.com; nmanne@susmangodfrey.com; nicolas.swerdloff@hugheshubbard.com; rjosefsberg@podhurst.com; ssilverglate@cspalaw.com; shmitchell@akingump.com; srosenthal@podhurst.com; SLee@porterhedges.com; stephenhauss@quinnemanuel.com; smedlock@mayerbrown.com; tmclish@akingump.com; woblack@susmangodfrey.com; williamburck@quinnemanuel.com
**Cc:** David Boies <DBoies@BSFLLP.com>
**Subject:** RE:

George, we will confer and get back to you. On a related note, we need to know the location for the deposition as soon as possible so that we can finalize our travel arrangements.

Regards,

Brian

**Brian Briz** | **Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, FL 33131
Phone 305.789.7723 | Fax 305.789.7799
brian.briz@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** George Carpinello [mailto:gcarpinello@BSFLLP.com]
**Sent:** Tuesday, June 05, 2018 11:49 AM
**To:** 'Adam B. Schwartz' <aschwartz@paulweiss.com>; 'Adam Hudes ' <ahudes@mayerbrown.com>; 'Adam Michael Schachter ' <aschachter@gsgpa.com>; 'Adam Wolfson' <adamwolfson@quinnemanuel.com>; Gonzalez, Alex M (MIA - X27666) <alex.gonzalez@hklaw.com>; 'Alexander L. Kaplan ' <akaplan@SusmanGodfrey.com>; 'Allan C. Galis ' <agalis@huntermaclean.com>; 'Andrés Rivero' <arivero@riveromestre.com>; 'Benjamine Reid ' <breid@carltonfields.com>; 'Brad S. Karp' <bkarp@paulweiss.com>; Briz, Brian A (MIA - X27723) <Brian.Briz@hklaw.com>; 'Bruce Birenboim' <bbirenboim@paulweiss.com>; 'Carlos Rodriguez' <crodriguez@riveromestre.com>; 'Christina Olivos' <colivos@reedsmith.com>; 'Clifton R. Gruhn' <CGruhn@carltonfields.com>; 'Connor Mullin' <cmullin@akingump.com>; Kully, David (WAS - X75415) <David.Kully@hklaw.com>; 'David M. Burkoff ' <DBurkoff@huntermaclean.com>; 'Donald J. Hayden' <don@markmigdal.com>; 'Edward (Ed) Mullins ' <EMullins@reedsmith.com>; 'Etan Mark' <etan@markmigdal.com>; 'Ethan Glass' <ethanglass@quinnemanuel.com>; 'Francisco Ramos, Jr.' <framos@cspalaw.com>; 'Gerald Edward Greenberg' <ggreenberg@gsgpa.com>; 'Heather H. Lundy ' <hlundy@huntermaclean.com>; Encinosa, Israel J (MIA - X27602) <Israel.Encinosa@hklaw.com>; 'Jason E. Gangwer' <jgangwer@akingump.com>; 'Jeffrey B. Goldberg' <jeffrey.goldberg@hugheshubbard.com>; 'Jessica S.

Carey' <jcarey@paulweiss.com>; 'Jonathan H. Kaskel ' <jkaskel@gunster.com>; 'Jorge D. Guttman ' <jguttman@gunster.com>; 'Kimberly A. Pathman' <kpathman@akingump.com>; 'Lara O'Donnell Grillo' <lara@markmigdal.com>; 'Mark J. MacDougall' <mmacdougall@akingump.com>; 'Mark W. Ryan ' <mryan@mayerbrown.com>; 'Michael C. Kelso' <mkelso@susmangodfrey.com>; 'Michael Gervais' <mgervais@susmangodfrey.com>; 'Michael P. Lennon, Jr' <mlennon@mayerbrown.com>; 'Neal S. Manne' <nmanne@susmangodfrey.com>; 'Nicolas Swerdloff' <nicolas.swerdloff@hugheshubbard.com>; 'Robert C. Josefsberg ' <rjosefsberg@podhurst.com>; 'Spencer H. Silverglate' <ssilverglate@cspalaw.com>; 'Stacey H. Mitchell' <shmitchell@akingump.com>; 'Stephen Frederick Rosenthal' <srosenthal@podhurst.com>; 'Stephen H. Lee' <SLee@porterhedges.com>; 'Stephen Hauss' <stephenhauss@quinnemanuel.com>; 'Stephen M. Medlock ' <smedlock@mayerbrown.com>; 'Thomas P. McLish' <tmclish@akingump.com>; 'Weston O'Black' <woblack@susmangodfrey.com>; 'William A. Burck' <williamburck@quinnemanuel.com>
**Cc:** David Boies <DBoies@BSFLLP.com>
**Subject:**

Counsel: We received the amended notice of the 30(b)(6) deposition of PDVSA which has been expanded to include questions concerning the funding of the Litigation.  Other than the identity of Algamex as a funder and the terms set forth in either the Trust Agreement or the retainer letter, we believe that such questioning is improper under the law that we discussed in our meet and confer of yesterday.  We intend to seek court intervention with regard to this issue unless you agree to remove the topic from your notice.  Please advise me immediately of your position.

**George F. Carpinello**
Partner

**BOIES SCHILLER FLEXNER LLP**
30 South Pearl St. 11th Floor
Albany, NY 12207
(t) +1 518-434-0600
gcarpinello@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

# EXHIBIT B