UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Trafigura Trading, LLC, Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, Luis Alvarez and Maximiliano Poveda's (collectively "Defendants") Motion, by Order to Show Cause, for Sanctions and Other Relief Against Plaintiff PDVSA US Litigation Trust ("Plaintiff") [D.E. 430, 434]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. The undersigned held a hearing on this matter on July 6, 2018. In accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that, by **Friday, July 13, 2018,** Plaintiff shall supplement the record explaining how it proposes to authenticate the Trust Agreement, upon which Plaintiff's standing is predicated, at the anticipated hearing on standing. Defendants shall respond by **Wednesday, July 18, 2018.**

2

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of July, 2018.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record