# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>   Plaintiff,<br><br> vs.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>   Defendants. | **Case No. 1:18-cv-20818-DPG** |

**DECLARATION OF ADAM B. WOLFSON IN SUPPORT OF**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

I, Adam B. Wolfson, hereby declare as follows:

1. I am an attorney admitted to practice law in the States of California and New York. I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Trafigura Trading, LLC ("Trafigura") in the above-captioned matter. Unless otherwise noted, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify as set forth below.

2. I make this declaration in support of Defendants' Notice of Supplemental Authority in Further Support of Their Motion, by Order to Show Cause, For Sanctions and Other Relief Against Plaintiff.

3. Attached as **Exhibit A** is a true and correct copy of a statement from the U.S. Department of the Treasury's website, dated July 31, 2017. The statement provides an explanation regarding why the Treasury Department designated President Maduro as a Specially Designated National ("SDN"), a designation, as described in Exhibit A, that the United States imposes on foreign nationals considered enemies of the state and which carries with it significant sanctions and other consequences. In particular, the Treasury Department noted that President Maduro has helped mastermind an "ongoing assault on Venezuela's democratic institutions." The Department further noted that the Maduro regime "aspires to illegitimately usurp the constitutional role of the democratically elected National Assembly, rewrite the constitution, and impose an authoritarian regime on the [Venezuelan] people. … By sanctioning Maduro, the United States makes clear our opposition to the policies of his regime and our support for the people of Venezuela who strive to return their country to a full and prosperous democracy."

4. Attached as **Exhibit B** is a true and correct highlighted copy of a press release

from the Treasury Department, dated July 26, 2017 and entitled "Treasury Sanctions 13 Current and Former Senior Officials of the Government of Venezuela." Among other observations regarding the sanctioned officials, the Treasury Department noted that Venezuelan Government corruption is associated heavily – but by no means exclusively – with two government entities, the first of which is PDVSA.

5. Attached as **Exhibit C** is a true and correct copy of a highlighted printout of the "Corporate Governance" portion PDVSA's website, as it existed when I accessed the site on July 9, 2018. Among other things, PDVSA stated that President Maduro had the authority to appoint PDVSA's Board of Directors, and exercised that authority via various decrees from 2017 forward.

6. Attached as **Exhibit D** is a true and correct copy of a Reuters article, dated December 3, 2017 and entitled "Venezuela Maduro gains control over oil contracts amid purge." The article summarizes several developments in 2017 in which President Maduro obtained extensive control over Venezuela's oil industry. Among other statements, the article quoted "PDVSA's new boss, former housing minister Major General Manuel Quevedo," as stating that "all oil service contracts and executive positions would be reviewed by Maduro as of Monday."

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 10th day of July, 2018, in Los Angeles, California.

_____
Adam Wolfson

3