UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

       Plaintiff,

vs.

LUKOIL PAN AMERICAS LLC, et al.,

       Defendants.
                                    /

## **SECOND SUPPLEMENTAL AND AMENDED SCHEDULING ORDER**

| | |
|---|---|
| July 10, 2018 | Last day for parties to exchange expert reports on Plaintiff's standing. |
| July 13-18, 2018 | Depositions of experts on Plaintiff's standing. |
| July 23, 2018 | Parties shall file and serve briefs on Plaintiff's standing by 9:00 P.M. The briefs shall be limited to 30 pages. The parties disagree whether fact witness declarations/affidavits shall be submitted or considered. |
| July 30, 2018 | Parties shall file and serve response briefs on Plaintiff's standing by 9:00 P.M. The response briefs shall be limited to 15 pages. The parties disagree whether fact witness declarations/affidavits shall be submitted or considered. |
| August 2, 2018 | Hearing on Plaintiff's standing is SET for 10:00 A.M. at 301 North Miami Avenue, Tenth Floor, Miami, Florida, 33128. |
| August 3, 2018 | Overflow day for standing hearing |
| TBA by the District Court | Hearing on Plaintiff's Motion for a Preliminary Injunction. |
| September 14, 2018 | Last day for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint.<br><br>This would be the Defendants' first responsive pleadings, and thus all defenses and motions under Federal Rules of Civil Procedure are preserved. |

2

|  | This stipulated date is without prejudice to Defendants' right to ask for more time and Plaintiff's right to oppose more time. |
|---|---|

Any defendants participating in the standing-related discovery permitted by the above schedule will not waive any defenses they may assert under Fed. R. Civ. P. 12 by virtue of their participation in that discovery.

DONE AND ORDERED in Chambers at Miami, Florida this __ July, 2018.

_____
ALICIA M OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Judge Darrin P. Gayles
      Counsel of Record

**STIPULATED AND AGREED TO AND PROPOSED FOR ENTRY BY:**

By: /s/ David Boies
Steven W. Davis (Bar No.: 347442)
Stephen N. Zack (Bar No.: 145215)
**BOIES SCHILLER FLEXNER LLP**
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

David Boies
Helen M. Maher
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Nicholas A. Gravante, Jr.
David A. Barrett
Randall Jackson
Ellen Brockman
**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
Teresa A. Monroe
**BOIES SCHILLER FLEXNER LLP**
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Plaintiff PDVSA US LITIGATION TRUST*

By: /s/ Israel Encinosa
Alex M. Gonzalez
Florida Bar No. 991200
Israel Jovanny Encinosa
Florida Bar No. 0046083
Brian A. Briz
Florida Bar No. 657557
**HOLLAND & KNIGHT**
701 Brickell Avenue Suite 3000
Miami, FL 33131
305-789-7666
Fax: 305-679-6332
Email: israel.encinosa@hklaw.com
Email: alex.gonzalez@hklaw.com
Email: brian.briz@hklaw.com

David Kully
**HOLLAND & KNIGHT LLP**
800 17th Street N.W., Suite 1100
Washington, DC 20006 (202) 955-3000
Email: david.kully@hklaw.com

*Attorneys for Defendants Daniel Lutz, Helsinge, Inc., Helsinge Ltd., Helsing Holdings, Saint-Helier, Luis Liendo and Maria Fernanda Rodriguez*

By: /s/ Michael Lennon
Jorge David Guttman
Florida Bar No. 015319
Jonathan H Kaskel
Florida Bar No. 52718
**GUNSTER**
600 Brickell Avenue Suite 3500
Miami, FL 33131
305-376-6023
Fax: 305-376-6010
Email: jkaskel@gunster.com
Email: jguttman@gunster.com

Stephen M. Medlock (admitted pro hac)
Adam L. Hudes (admitted pro hac)
Mark W. Ryan (admitted pro hac)
**MAYER BROWN LLP**
1999 K Street, NW

By: /s/ Kimberly Ann Pathman
Kimberly Ann Pathman
Florida Bar No. 118844
Mark J. MacDougall (admitted pro hac)
Thomas P. McLish (admitted pro hac)
Stacey H. Mitchell (admitted pro hac)
Connor Mullin (admitted pro hac)
Jason E. Gangwer (admitted pro hac)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave, N.W.
Washington, DC 20036
(202) 887-4574
Fax: (202) 887-4288
Email: kimberly.pathman@weil.com
Email: mmacdougall@akingump.com
Email: shmitchell@akingump.com
Email: tmclish@akingump.com
Email: cmullin@akingump.com
Email: jgangwer@akingump.com

*Attorneys for Defendants Francisco Morillo, and Leonardo Baquero*

By: /s/ Bruce Birenboim
Stephen F. Rosenthal.
Florida Bar No. 0131458
Robert C. Josefsberg
Florida Bar No. 040856
**STEPHEN FREDERICK ROSENTHAL PODHURST ORSECK, P.A.**
SunTrust International Center One SE
Third Avenue Suite 2700
Miami, FL 33131
305-358-2800
Fax: 305-358-2382
Email: rjosefsberg@podhurst.com
Email: srosenthal@podhurst.com

Brad S. Karp (admitted pro hac)
Bruce Birenboim (admitted pro hac)
Jessica S. Carey (admitted pro hac)

4

Washington, DC 20006
202-263-3221
Fax: 202-263-3300
Email: smedlock@mayerbrown.com
Email: ahudes@mayerbrown.com
Email: mryan@mayerbrown.com

Michael P. Lennon, Jr. (admitted pro hac)
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
(713) 238-2667 Fax: (713) 238-4613
Email: mlennon@mayerbrown.com

*Attorneys for Defendant Lukoil Pan Americas LLC*

By: /s/ Alex L. Kaplan
Gerald Edward Greenberg
Florida Bar No. 440094
Adam Michael Schachter
Florida Bar No. 647101
**GELBER SCHACHTER & GREENBERG, P.A.**
1221 Brickell Ave. Suite 2010
Miami, FL 33131
(305) 728-0950
Email: aschachter@gsgpa.com
Email: ggreenberg@gsgpa.com

Alexander L. Kaplan (admitted pro hac)
Michael Kelso (admitted pro hac)
Neal S. Manne (admitted pro hac)
Weston O'Black (admitted pro hac)
**SUSMAN GODFREY, LLP**
1000 Louisiana Suite 5100
Houston, TX 77002 713-651-9366
Email: akaplan@susmangodfrey.com
Email: mkelso@susmangodfrey.com
Email: nmanne@susmangodfrey.com

Maxwell Kosman

**PAUL WEISS RIFKIND WHARTON & GARRISON, LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
212-373-3000
Email: bkarp@paulweiss.com
Email: bbirenboim@paulweiss.com
Email: jcarey@paulweiss.com

Adam B. Schwartz (admitted pro hac)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K. Street NW
Washington, DC 20006-1047
202-223-7341
Email: aschwartz@paulweiss.com

*Attorneys for Defendants Glencore Ltd., Gustavo Gabaldon, Glencore Energy UK Ltd, Sergio De La Vega, and Luis Alvarez*

By: /s/ David M. Burkoff
Benjamine Reid
Florida Bar Number 183522
Clifton R. Gruhn
**CARLTON FIELDS JORDEN BURT**
100 SE 2nd Street Suite 4200
PO Box 019101
Miami, FL 33131-9101
305-530-0050
Fax: 530-0055
Email: breid@carltonfields.com
Email: cgruhn@carltonfields.com

Allan C. Galis (admitted pro hac)
David M. Burkoff (admitted pro hac)
Heather H. Lundy (admitted pro hac)
**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
200 E. Saint Julian Street
Savannah, GA 31412
912-236-0261
Fax: 912-236-4936
Email: agalis@huntermaclean.com

Email: woblack@susmangodfrey.com

Michael Gervais (admitted pro hac)
**SUSMAN GODFREY LLP**
1301 Avenue of the Americas 32nd Floor
New York, NY 10019-6023
212-336-8330
Email: mgervais@susmangodfrey.com

*Attorneys for Defendants Vitol Energy (Bermuda) Ltd., Vitol, Inc., and Antonio Maarraoui*

By: /s/ Etan Mark
Etan Mark Florida
Bar No. 720852
**MARK MIGDAL & HAYDEN**
80 SW 8th Street Suite 1999
Miami, FL 33130
305-374-0440
Email: etan@markmigdal.com

Donald John Hayden
Florida Bar No. 097136
**MARK MIGDAL & HAYDEN**
80 SW 8th Street Suite 2185
Miami, FL 33130
305-374-0440
Email: don@markmigdal.com

Lara O'Donnell
Florida Bar No. 37735
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131-2803
Email: lara@markmigdal.com

*Attorneys for Defendant John Ryan Edward*

Email: dburkoff@huntermaclean.com
Email: hlundy@huntermaclean.com

*Attorneys for Defendants Colonial Oil Industries Inc., Colonial Group, Inc., and Paul Rosado*

By: /s/ Christina Olivos
Edward Maurice Mullins
Florida Bar No. 863920
Christina Olivos
Florida Bar No. 119580
**REED SMITH LLP**
1001 Brickell Bay Drive Suite 900
Miami, FL 33131-2847
786-747-0200
Fax: 786-747-0299
Email: emullins@reedsmith.com
Email: colivos@reedsmith.com

William Burck (admitted pro hac)
Ethan Glass (admitted pro hac)
Stephen Hauss (admitted pro hac)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000
Email: williamburck@quinnemanuel.com
Email: ethanglass@quinnemanuel.com
Email: stephenhauss@quinnemanuel.com

Adam B. Wolfson (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street
Los Angeles, CA 90017
Email: adamwolfson@quinnemanuel.com

*Attorneys for Defendant Trafigura Trading*

6

*LLC*

By: /s/ Nicolas Swerdloff
Nicolas Swerdloff
Florida Bar No. 070416
Jeffrey B. Goldberg
Florida Bar No. 118689
**HUGHES HUBBARD & REED**
201 S Biscayne Boulevard Suite 2500
Miami, FL 33131-4332
305-379-5571
Fax: 371-8759
Email: nicolas.swerdloff@hugheshubbard.com
Email: Jeffrey.goldberg@hugheshubbard.com

*Attorneys for Defendant BAC Florida Bank*

By: /s/ Stephen Lee
Spencer Hal Silverglate
**CLARKE SILVERGLATE, P.A.**
799 Brickell Plaza 9th Floor
Miami, FL 33131
305-377-0700
Fax : 305-377-3001
Email: ssilverglate@cspalaw.com

Stephen H. Lee
**PORTER HEDGES LLP**
1000 Main Street 36th Floor
Houston, TX 77002
713-226-6686
Email: slee@porterhedges.com

*Attorneys for Defendant Maximiliano Poveda*

7