UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>    Plaintiff,<br><br>  v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>    Defendants | **Case No. 1:18-CV-20818 (DPG)** |

## DECLARATION OF GEORGE F. CARPINELLO

**GEORGE F. CARPINELLO**, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a partner at the law firm of Boies Schiller Flexner LLP, counsel for Plaintiff and I am licensed to practice law in the State of New York and admitted *pro hac vice* before this Court.

2. I make this Declaration in support of Plaintiff's position that it has standing to bring this action.

3. Attached as PX1, is the PDVSA U.S. Litigation Trust Agreement, dated July 27, 2017, along with the acknowledgements of Trustees Edward P. Swyer and Vincent Andrews (PX 1A) and the acknowledgement with Apostille of the Procurador General of Venenzuela, Reinaldo Muñoz Pedroza (PX 1B), as well as the amendment to the Trust Agreement and acknowledgements of Trustees Swyer and Andrews made on April 10, 2018.  (PX 2 and PX 2A).

4. It was my responsibility to oversee the execution of the Trust Agreement and to procure the signatures of the three (3) Trustees and the Procurador General of Venezuela and the Minister of the People's Petroleum Power, Nelson Martinez.

5. For several months prior to the execution of the Trust Agreement, there were extensive discussions among senior Venezuelan officials, attorneys at Boies Schiller Flexner and Meister Seelig & Fein, as well as the private investigator firm, The Brennan Group LLC, and litigation funder Algamex.  Numerous drafts of the Trust Agreement were prepared. See (PX 3-20, 22-23, 25, 27-28, 30-31).  Toward the end of these discussions, drafts of the Trust Agreement were reviewed and revised by senior Venezuelan officials. See *(*PX 21, 24, and 26*)*.

6. On August 4, 2017, we received a copy of the Trust Agreement signed by the Minister of Oil, Nelson Martinez and the Procurador General, Reinaldo Munoz Pedroza.  (PX 29).

7. A determination was made soon thereafter by the Venezuelan officials to substitute another individual as PDVSA's designated Trustee, Alexis Arellano. (PX 32).  I then received on August 8, 2017, a newly executed and slightly revised Trust Agreement executed by Alexis

Arellano, and re-executed by Nelson Martinez and Reinaldo Muñoz Pedroza. This was sent to me by Henry Facchinetti, Esq., counsel to the Procurador General. (PX 33). I then received the signatures of Edward P. Swyer and Vincent Andrews to the newly executed Trust Agreement on August 8, 2017.

8. The fully executed Trust Agreement was sent to Attorney Facchinetti on August 8, 2017. (PX 34).

9. Attached as PX 35 is the expert report of Professor Rogelio Perez Perdomo ("Professor Perdomo") dated April 9, 2018.

10. Attached as PX 36 is the revised supplemental expert report of Professor Perdomo dated July 10, 2018.

11. Attached as PX 37 is the expert report of Ruth Brayer dated July 10, 2018.

12. Attached as PX 38 is the supplemental expert report of Ruth Brayer dated July 13, 2018.

13. Attached are excerpts of the transcript of the deposition of William F. Duker, which is PX 39.

14. Attached are an excerpts of the transcript of the deposition of Rafael Badell Madrid dated July 13, 2018, which is PX 40.

15. Attached as PX 41 and PX42 are the Declarations of José Ignacio Hernandez, in *Crystallex Intern'l Corp. v. Bolivarian Republic of Venezuela*, No. 1:17-mc-00151-LPS (D. Del.).

16. Attached as PX 43 is the Seizing Order of the Attorney General of the State and Canton of Geneva, dated June 21, 2018.

17. Attached as PX 44 is Exhibit 11 to the deposition of Professor Perdomo dated July 16, 2018.

4

18. For reference, a table of the exhibits referenced herein is attached hereto as Appendix A.

**I hereby declare under penalties of perjury that the foregoing is true and correct.**

Executed on July 23, 2018

/s/ George F. Carpinello
George F. Carpinello

# APPENDIX A

## Exhibit List

| | |
|---|---|
| PX 1 | PDVSA U.S. Litigation Trust Agreement dated July 27, 2017 [PDVSATRUST-0000001-PDVSATRUST-0000017] |
| PX 1A | Acknowledgement of Trustee Edward P. Swyer dated April 2, 2018 and of Vincent Andrews dated April 2, 2018 to the PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000018-PDVSATRUST-0000019] |
| PX 1B | Acknowledgment and Apostille of Reinaldo Munoz Pedroza Procurador General de la Republica Bolivariana de Venezuela, dated July 12, 2018 (and English translation) [PDVSATRUST-0001030-PDVSATRUST-0001033] |
| PX 2 | Amendment Number One to PDVSA U.S. Litigation Trust Agreement dated April 10, 2018 [PDVSATRUST-0000020-PDVSA-0000022] |
| PX 2A | Acknowledgment of Trustee Edward P. Swyer, dated April 10, 2018 and Trustee Vincent Andrews, dated April 10, 2018, to Amendment Number One to PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000021-PDVSATRUST-0000022] |
| PX 3 | June 30, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000290-PDVSATRUST-0000309] |
| PX 4 | July 1, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000310-PDVSATRUST-0000328] |
| PX 5 | July 4, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000329-PDVSATRUST-0000347] |
| PX 6 | July 4, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000348-PDVSATRUST-0000366] |
| PX 7 | July 5, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000367-PDVSATRUST-0000385] |
| PX 8 | July 6, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000386-PDVSATRUST-0000404] |
| PX 9 | July 6, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000405-PDVSATRUST-0000423] |
| PX 10 | July 17, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000424-PDVSATRUST-0000442] |
| PX 11 | July 17, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000443-PDVSATRUST-461] |
| PX 12 | July 19, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000462-PDVSATRUST-0000480] |
| PX 13 | July 19, 2017(version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000481-PDVSATRUST-0000499] |
| PX 14 | July 20, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000500-PDVSATRUST-0000518] |
| PX 15 | July 27, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000519-PDVSATRUST-0000537] |
| PX 16 | July 27, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000538-PDVSATRUST-0000556] |

| | |
|---|---|
| PX 17 | July 27, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000573-PDVSATRUST-0000590] |
| PX 18 | July 28, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000557-PDVSATRUST-0000572] |
| PX 19 | July 30, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000591-PDVSATRUST-0000606] |
| PX 20 | July 30, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000607-PDVSATRUST-0000622] |
| PX 21 | July 30, 2017 Email from C. Spinelli to H. Facchinetti attaching July 30, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000815-PDVSATRUST-0000847] |
| PX 22 | July 31, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000623-PDVSATRUST-0000638] |
| PX 23 | July 31, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000639-PDVSATRUST-0000654] |
| PX 24 | July 31, 2017 Email from G. Carpinello to C. Spinelli, W. Duker, N. Gravante, J. Brennan, A. Pencu, C. Major, A. Boies, H. Facchinetti attaching July 31, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000848-PDVSATRUST-0000864] |
| PX 25 | August 2, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000655-PDVSATRUST-0000670] |
| PX 26 | August 2, 2017 Email from C. Spinelli to H. Facchinetti attaching August 2, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreements [PDVSATRUST-0000867-PDVSATRUST-0000899] |
| PX 27 | August 2, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000671-PDVSATRUST-0000686] |
| PX 28 | August 2, 2017 (version 4) Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000687-PDVSATRUST-0000702] |
| PX 29 | August 4, 2017 Email from H. Facchinetti to G. Carpinello with signatures of Nelson Martinez and Reinaldo Munoz Pedroza attaching August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000900-PDVSATRUST-0000916] |
| PX 30 | August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000719-PDVSATRUST-0000734] |
| PX 31 | August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000735-PDVSATRUST-0000736] |
| PX 32 | August 4, 2017 Email from G. Carpinello to H. Facchinetti attaching August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement [PDVSATRUST-0000935-PDVSATRUST-0000937] |
| PX 33 | August 8, 2017, Email From H. Fachinetti to G. Carpinello attaching August 8, 2017 Draft PDVSA U.S. Litigation Trust Agreement with signatures of Nelson Martinez, Reinaldo Munoz Pedroza and Alexis Arellano [PDVSATRUST-0000938-PDVSATRUST-000954] |
| PX 34 | August 8, 2017 Email from C. Spinelli to H. Facchinetti attaching August 8, 2017 PDVSA U.S. Litigation Trust Agreement with the signatures of Nelson Martinez, |

|       | Reinaldo Munoz Pedroza and Alexis Arrellano, Edward P. Swyer and Vincent Andrews [PDVSATRUST-0001012-PDVSATRUST-00001029] |
|-------|---|
| PX 35 | Expert Report of Rogelio Perez Perdomo, dated April 9, 2018 |
| PX 36 | Revised Supplemental Expert Report of Rogelio Perez Perdomo, dated July 10, 2018 |
| PX 37 | Expert Report of Ruth Brayer, dated July 10, 2018 |
| PX 38 | Supplemental Expert Report of Ruth Brayer dated July 13, 2018 |
| PX 39 | Transcript of Deposition Testimony of William Duker, July 5, 2018 |
| PX 40 | Transcript of Deposition Testimony of Rafael Madrid Badell, July 13, 2018 |
| PX 41 | Declaration of José Ignacio Hernandez, dated August 14, 2017 in Crystallex Intern'l Corp. v. Bolivarian Republic of Venezuela, No. 1:17-mc-00151-LPS (D. Del.) |
| PX 42 | Declaration of José Ignacio Hernandez, dated May 22, 2017 in Crystallex Intern'l Corp. v. Bolivarian Republic of Venezuela, No. 1:17-mc-00151-LPS (D. Del.) |
| PX 43 | "Seizing Order" of the Attorney General of the State and Canton of Geneva, dated June 21, 2018 |
| PX 44 | Exhibit 11 to the deposition of Rogelio Perez Perdomo, dated July 16, 2017 |