**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

---

PDVSA US LITIGATION TRUST

　　　　　　Plaintiff,

　　　　v.

LUKOIL PAN AMERICAS LLC; LUKOIL
PETROLEUM LTD.; COLONIAL OIL INDUSTRIES,
INC.; COLONIAL GROUP, INC.; GLENCORE LTD.;
GLENCORE INTERNATIONAL A.G.; GLENCORE
ENERGY UK LTD.; MASEFIELD A.G.;
TRAFIGURA A.G.; TRAFIGURA TRADING LLC;
TRAFIGURA BEHEER B.V.; VITOL ENERGY
(BERMUDA) LTD.; VITOL S.A.; VITOL, INC.;
FRANCISCO MORILLO; LEONARDO BAQUERO;
DANIEL LUTZ; LUIS LIENDO; JOHN RYAN;
HELSINGE HOLDINGS, LLC; HELSINGE, INC.;
HELSINGE LTD., SAINT-HÉLIER; WALTROP
CONSULTANTS, C.A.; GODELHEIM, INC.;
HORNBERG INC.; SOCIETE DOBERAN, S.A.;
SOCIETE HEDISSON, S.A.; SOCIETE HELLIN,
S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU
HOLDING INC.; ANDREW SUMMERS;
MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS
ALVAREZ; GUSTAVO GABALDON; SERGIO DE
LA VEGA; ANTONIO MAARRAOUI; CAMPO
ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA
BANK; EFG INTERNATIONAL A.G.; BLUE BANK
INTERNATIONAL N.V.

　　　　　　Defendants.

Case No. 1:18-CV-20818 (DPG)

---

**SUPPLEMENTAL EXPERT REPORT OF RUTH BRAYER**

**BRAYER HANDWRITING INTERNATIONAL**

PLAINTIFF'S
EXHIBIT
38

I, Ruth Brayer, hereby submit my supplemental expert report in the above captioned matter.

1. On July 10, 2018, I submitted my expert report and opinion that to a reasonable degree of certainty the signatures of Reinaldo Muñoz Pedroza, Nelson Martinez, and Alexis Arellano on the PDVSA US Litigation Trust Agreement, dated July 17, 2017, were executed by the same individuals who signed the known exemplars.

2. Since that date I have examined other known exemplars containing the signatures of Reinaldo Muñoz Pedroza and Alexis Arellano and compared them to the questioned signatures of Reinaldo Muñoz Pedroza and Alexis Arellano on the Trust Agreement, which I previously identified as Q1/RMP, Q2/RMP, Q3/RMP, Q2/AA and Q3/AA.

3. Specifically I examined the following known exemplars:

| K10 | Notarized bank document (p. 3) with known signatures by Reinaldo Muñoz Pedroza | 7/12/2017 |
|---|---|---|
| K11 | Notarized authorization letter (p. 1) with known signature by Alexis Arellano | 3/14/2013 |
| K12 | Letter appointing Mr. Arellano as Gerente General  (p. 1) with known signature by Alexis Arellano | 3/15/2010 |
| K13 | 2011 Financial Statements of PDVSA Ecuador (p. 6) with known signature by Alexis Arellano | 12/31/2011 |
| K14 | 2010 Report from the General Manager to the General Meeting of Shareholders of PDVSA Ecuador (p. 2) with known signature by Alexis Arellano | 2010 |
| K15 | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano | 5/25/2010 |
| K16 | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano | 1/26/2011 |
| K17 | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano | 3/14/2011 |
| K18 | Letter requesting access to the Superintendencia Portal (p. 1) with known signature by Alexis Arellano | 3/14/2013 |
| K19 | Superintendecia Information Form (p. 2) with known signature by Alexis Arellano | 4/11/2013 |

*Qualified by The Supreme Court of The State of New York*
249 East 48th Street • New York, NY  10017 • T: 212-755-7884
info@AntiForgery.com • www.BrayerHandwriting.com

4.      I used the same methodology to examine the signatures on exemplars K10 through K19 that I described in my July 10, 2018 expert report in comparison to the signatures on Trust Agreement, Q1/RMP, Q2/RMP, Q3/RMP, Q2/AA, and Q3/AA.

5.      My opinion from July 10, 2018 remains the same.  In addition, it is my expert opinion that to a reasonable degree of certainty (1) the questioned signatures of Reinaldo Muñoz Pedroza on Exhibits Q1/RMP, Q2/RMP, and Q3/RMP were executed by the same individual whose signature appears on K10, and (2) the questioned signatures of Alexis Arellano on Exhibits Q2/AA and Q3/AA were executed by the same individual whose signature appears on exhibits K11 through K19.

Dated: July 13, 2018

_____

Ruth Brayer, Forensic Document Examiner

*Qualified by The Supreme Court of The State of New York*
249 East 48th Street • New York, NY  10017 • T: 212-755-7884
info@AntiForgery.com • www.BrayerHandwriting.com

# EXHIBIT K10



**MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ**
**REPÚBLICA BOLIVARIANA DE VENEZUELA.**
**SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.**

208° y 159°

**Fecha de Emisión: 2018-07-12**

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelar nuevamente el monto correspondiente.



## PLANILLA ÚNICA BANCARIA

**Número Planilla: 02400090203**
**Número de Trámite: 24.2018.3.624**



**Tipo de Acto: Declaración Jurada**

**Nombre y Apellido del Solicitante: Reinaldo Enrique MuÃ±oz Pedroza**

**CI/RIF/Pasaporte del solicitante: V-10869426**

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**



**Número Control: 202-1013-4764 (U)**

| Forma de Pago: | Tasa SAREN | 520800 |
|---|---|---|
| Depósito | Tasa Municipal/Estadal | 648 |
| Punto de Venta | **MONTO TOTAL BsF** | **521448** |
| Pago por Internet | | |

**MONTO EN LETRAS: QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS**

Sello de la Oficina

0633-41-45, 0633-47-38

**Bancos Recaudadores**

Sello y Firma del Banco

| | |
|---|---|
| 0003 - Banco Industrial de Venezuela | 0175 - Banco Bicentenario |
| 0102 - Banco de Venezuela | 0108 - Banco Provincial |
| 0163 - Banco del Tesoro | |

---



**MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ**
**REPÚBLICA BOLIVARIANA DE VENEZUELA.**
**SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.**

208° y 159°

**Fecha de Emisión: 2018-07-12**

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelar nuevamente el monto correspondiente.



## PLANILLA ÚNICA BANCARIA

**Número Planilla: 02400090203**
**Número de Trámite: 24.2018.3.624**

**Tipo de Acto: Declaración Jurada**

**Nombre y Apellido del Solicitante: Reinaldo Enrique MuÃ±oz Pedroza**

**CI/RIF/Pasaporte del solicitante: V-10869426**

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Número Control: 202-1013-4764 (U)**

| Forma de Pago: | Tasa SAREN | 520800 |
|---|---|---|
| Depósito | Tasa Municipal/Estadal | 648 |
| Punto de Venta | **MONTO TOTAL BsF** | **521448** |
| Pago por Internet | | |

**Firma del Depositante:**

**MONTO EN LETRAS: QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS**

Sello de la Oficina

0633-41-45, 0633-47-38

**Bancos Recaudadores**

Sello y Firma del Banco






Procuraduría General de la República


*Thayrin Diaz*
I.P.S.A. 131.787

**RECONOCIMIENTO**

República Bolivariana     )
de Venezuela              ) ss.
Distrito Capital          )

El día 12 de julio del año 2018, ante mí, el abajo firmante, Reinaldo Muñoz Pedroza, compareció personalmente, probando con base en pruebas satisfactorias que es la persona cuyo nombre aparece a continuación y en el presente instrumento, el PDVSA U.S. Acuerdo de Fideicomiso de Litigios *(PDVSA U.S. Litigation Trust Agreement)* de fecha 27 de julio de 2017, reconociendo ante mi que celebró el mismo en su calidad de Procurador General de la República Bolivariana de Venezuela (E), y que con su firma en el señalado instrumento, el citado ciudadano perfeccionó el instrumento.

_____
Reinaldo Muñoz Pedroza

Jurado ante mí el 12 de julio de 2018

_____
Dr. Birmani A. Contreras M.
C.I. V-13.202.088
Notario Público Décimo Séptimo
del Municipio Libertador

Procuraduría General de la República
Procurador General (E)

Procuraduría General de la República

*Thayrin Diaz*
I.P.S.A. 131.787

## ACKNOWLEDGEMENT

| Bolivarian Republic | ) |
|---|---|
| of Venezuela | ) ss. |
| Capital District | ) |

On the 12 day of July in the year 2018, before me the undersigned, personally appeared Reinaldo Muñoz Pedroza, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed below and to the within instrument, the PDVSA U.S. Litigation Trust Agreement dated July 27, 2017, and acknowledged to me that he executed the same in his capacity as Procurador General of the Bolivarian Republic of Venezuela (E), and that by his signature on the instrument, the individual executed the instrument.

_____
Reinaldo Muñoz Pedroza

Sworn to before me this 12 day of July, 2018

_____
Dr. Birmani A. Contreras M.
C.I. V-13.202.098
Notario Público Décimo Séptimo
del Municipio Libertador

Procuraduría General de la República
Procurador General (E)



**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**\*\*\* MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ \*\*\***

NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS     Jueves, 12 de Julio de 2018
MUNICIPIO LIBERTADOR                                                   208 ° y 159 °

**NOTA DE AUTENTICACIÓN**

El Anterior Documento redactado por el abogado: **Thayrin Patricia Diaz Diaz**, inscrito en el Inpreabogado bajo el **No. 131.787**, fue presentado para su **autenticación y devolución** segun trámite de número **24.2018.3.624**. Presente su otorgante dijo llamarse: **Reinaldo Enrique Muñoz Pedroza** de nacionalidad **venezolana**, mayor de edad, domiciliado en **Libertador**, **Distrito Capital**, estado civil **soltero**, titular del Documento de Identidad  **cédula: V-10.869.426**.Leido el documento y confrontado con sus fotocopias, firmado en estas y el presente original, en presencia del Notario, su otorgante expuso: **SU CONTENIDO ES CIERTO Y MÍA LA FIRMA QUE APARECE AL PIE DE ESTE DOCUMENTO**. El Notario hace constar que informó a las partes del contenido, naturaleza y trascendencias legales del acto otorgado en conformidad con lo establecido en el Ordinal 2° del Artículo 78 de la Ley de Registros y del Notariado. En tal virtud lo declara Autenticado en presencia de los testigos: **Leonardo Jose Medina Cobos** y **Pedro Jose Llovera Lopez**, titulares de los documentos de identidad: **cédula: V-15.613.073** y  **cédula: V-9.822.636**, respectivamente. El Notario Público que suscribe hace constar  que tuvo a su vista Documento Elaborado por Interprete Publico N° **39.499 RICHARD JESUS RAMIREZ ISTURIZ**, Titular de la Cedula de Identidad N° **V-6.449.544.**

Por Servicio Autónomo de Registros y Notarias se canceló la cantidad de  **Bs. 521.448.00**, según **Planilla N° 02400090203**, de fecha **12/07/2018**.

**NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS MUNICIPIO LIBERTADOR**, Número: **42**, Tomo: **176**, Folio 168 Hasta 172.

Notario.

BIRMANI ARMANDO CONTRERAS MORENO

*Dr. Birmani A. Contreras M.*
*C.I. V-13.202.088*
*Notario Público Décimo Séptimo*
*del Municipio Libertador*

Los Testigos:                                              Los Otorgantes:

LEONARDO JOSE MEDINA COBOS                 REINALDO ENRIQUE MUñOZ PEDROZA

PEDRO JOSE LLOVERA LOPEZ

# EXHIBIT K11

 **PDVSA**
ECUADOR

Quito, 14 de marzo del 2013

**PDV-GAF-FIN-OFC-13-0021**

**Señores**
**SUPERINTENDENCIA DE COMPAÑÍAS**
**Presente.-**

**Referencia:**   Autorización para realizar trámite de actualización de datos

Por medio de la presente autorizamos al Sr. Galo Rodolfo Larco Chacón con C.I. 1711245959 para que realice los trámites necesarios para la actualización de datos ante la Superintendencia de Compañías, de la empresa PDVSA Ecuador S.A. con expediente No. 159851 y RUC 1792133505001.

Atentamente,

**Alexis Arellano**
**Gerente General**
**PDVSA Ecuador S.A.**

> SUPERINTENDENCIA
> DE COMPAÑÍAS
> 1 1 ABR. 2013
> OPERADOR 2
> QUITO



# DR. JORGE MACHADO CEVALLOS





## 2013 – 17 – 01 – NOTARIA 01 – D02311

**NOTARIA PRIMERA DE QUITO: RECONOCIMIENTO DE FIRMAS: DILIGENCIA NÚMERO D02311.-** En la ciudad de Quito, Distrito Metropolitano, Capital de la República del Ecuador; hoy día martes diecinueve de marzo del dos mil trece, a las diez horas cincuenta y ocho minutos, ante mi doctor **DAVID MALDONADO VITERI,** NOTARIO PRIMERO SUPLENTE DEL CANTÓN QUITO, por licencia concedida a su titular doctor Jorge Machado Cevallos, mediante acción de personal número 831-DP-DPP, de fecha quince de marzo del dos mil trece, del Consejo Nacional de la Judicatura; comparece el señor **ALEXIS ANTONIO ARELLANO MELENDEZ,** portador del pasaporte venezolano número **031312705,** por sus propios derechos.- El compareciente es de nacionalidad venezolana, mayor de edad, y con juramento declara que reconoce como suyas propias la firma y rúbrica puestas en el documento que contiene **LA AUTORIZACIÓN,** que antecede; donde se ve "Ilegible", declarando que son las únicas que utiliza en todos sus actos públicos como privados. Extiendo la presente diligencia al amparo del Artículo dieciocho de la Ley Notarial. Leída que le fue la presente diligencia al compareciente, se ratifica y firma conmigo en unidad de acto, de todo lo cual doy fe, se archiva una fotocopia en el Libro de Diligencias de esta Notaría. PA/ ℞ 12 ℞ 49



PsPTE: 3637541

DR. DAVID MALDONADO
Notario Primero Suplente del Cantón Quito



# EXHIBIT K12

516946

Quito, Marzo 15 de 2010

Señor
Alexis Antonio Arellano Meléndez
Ciudad.-

De mi consideración:

Me es grato  comunicarle que la Junta Universal de Accionistas  de PDVSA
ECUADOR S.A.  reunida el día de hoy, resolvió por unanimidad designarle Gerente
General por el período estatutario de dos años, debiendo permanecer en su cargo hasta
ser legalmente reemplazado.

De acuerdo al Artículo Vigésimo  Segundo del Estatuto Social, usted deberá asumir la
representación legal, judicial y extrajudicial de la compañía.

PDVSA ECUADOR S.A. fue constituida mediante escritura pública celebrada ante el
Notario Vigésimo Cuarto del Cantón Quito, Doctor Sebastián Valdivieso Cueva, el
treinta y uno  de enero del dos mil ocho, habiendo sido inscrita en el Registro Mercantil
de este Cantón el catorce de marzo  de dos mil ocho.

Le ruego suscribir al pie de la presente en señal de aceptación.

Atentamente,

María Belén Orti
Secretaria

NOTARIA PRIMERA DE QUITO
EN APLICACION A LA LEY DE MODERNIZACIÓN
Y A LA LEY NOTARIAL
DOY FE que la fotocopia que ANTECEDE está
conforme con su original  que me fue presentado
en ...
Quito 2 2 ABR. 2010
Dr. Jorge Machado Cevallos
Notario Primero del Cantón Quito

Quito, fecha ut supra, acepto el cargo de Gerente General

Alexis Antonio Arellano Meléndez
Pasaporte  Venezolano No. 031312705

Con esta fecha queda inscrito el presente
documento bajo el No. 3 3 7 7 ...............del Registro
de Nombramientos Tomo No. 141
Quito, a  2 5 MAR 2010
REGISTRO MERCANTIL

Dr. Raúl Gaybor Secaira
REGISTRADOR MERCANTIL
DEL CANTON QUITO

REGISTRO MERCANTIL QUITO

# EXHIBIT K13

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Estados Financieros

31 de diciembre del 2011

Con el Informe de los Auditores Independientes

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Estados Financieros

31 de diciembre del 2011

Indice del Contenido

Informe de los Auditores Independientes

Estado de Situación Financiera

Estado de Resultados Integrales

Estado de Cambios en el Patrimonio

Estado de Flujos de Efectivo

Notas a los Estados Financieros



**KPMG del Ecuador Cia. Ltda.**
Av. República de El Salvador No. 734 y Portugal
Ap. Postal 17-15-0038B
Quito - Ecuador

Telephone: (593-2) 2450930
(593-2) 2450851
Fax: (593-2) 2450356

## Informe de los Auditores Independientes

A la Junta de Accionistas
PDVSA ECUADOR S.A.:

Hemos auditado los estados financieros que se acompañan de PDVSA Ecuador S. A. ("la Compañía"), que incluyen el estado de situación financiera al 31 diciembre del 2011, y los estados de resultados integrales, de cambios en el patrimonio y de flujos de efectivo por el año que terminó en esa fecha y las notas que comprenden un resumen de las políticas importantes de contabilidad y otra información explicativa.

*Responsabilidad de la Administración por los Estados Financieros*

La Administración es responsable por la preparación y presentación razonable de estos estados financieros de acuerdo con las Normas Internacionales de Información Financiera y por el control interno que determina necesario para permitir la preparación de estados financieros que estén libres de errores significativos, ya sean debido a fraude o error.

*Responsabilidad de los Auditores*

Nuestra responsabilidad es expresar una opinión sobre los estados financieros con base en nuestra auditoría. Efectuamos nuestra auditoría de acuerdo con Normas Internacionales de Auditoría. Esas normas requieren que cumplamos con los requerimientos éticos pertinentes, planifiquemos y realicemos la auditoría para obtener una seguridad razonable acerca de si los estados financieros están libres de errores significativos

Una auditoría incluye efectuar procedimientos para obtener evidencia de auditoría sobre los montos y revelaciones en los estados financieros. Los procedimientos seleccionados dependen de nuestro juicio, incluyendo la evaluación de los riesgos de errores significativos en los estados financieros, debido a fraude o error. Al hacer esas evaluaciones de riesgo, consideramos los controles internos pertinentes a la preparación y presentación razonable de los estados financieros de la entidad en orden a diseñar procedimientos de auditoría adecuados a las circunstancias, pero no con el propósito de expresar una opinión sobre la eficacia del control interno de la entidad. Una auditoría también incluye evaluar lo apropiado de los principios de contabilidad utilizados y la razonabilidad de las estimaciones contables elaboradas por la Administración, así como evaluar la presentación en conjunto de los estados financieros.

Consideramos que la evidencia de auditoría que hemos obtenido es suficiente y apropiada para proveer una base para nuestra opinión calificada.

(Continúa)

- 1 -

© 2013 KPMG del Ecuador Cia. Ltda., una compañía limitada ecuatoriana y una firma miembro de la red de firmas miembros independientes de KPMG afiliadas con KPMG International Cooperative ("KPMG International"), una entidad suiza.

*Bases para una Opinión Calificada*

No nos fue posible satisfacernos si el pasivo por remediación ambiental por US$38.617.367 al 31 de diciembre del 2011 (US$41.290.990 en el 2010), que mantiene registrado en sus estados financieros la asociada denominada Operaciones Río Napo Compañía de Economía Mixta, ha sido determinado de conformidad con las Normas Internacionales de Información Financiera.  Debido a lo antes mencionado, no pudimos determinar si algún ajuste podría ser necesario en relación al valor registrado por la inversión en dicha asociada y a la participación en la pérdida de dicha asociada que se refleja en los estados financieros adjuntos.

Como se explica en la nota 24 a los estados financieros adjuntos, la Compañía no dispone de un contrato o convenio firmado con su relacionada PDVSA Petróleo S. A. en donde se establezcan los términos y condiciones de uso de los taladros utilizados por la Compañía para la prestación del servicio en Ecuador.  Debido a lo antes mencionado, no nos es posible determinar los efectos, si los hubiera, sobre los estados financieros adjuntos.

*Opinión Calificada*

En nuestra opinión, excepto por los posibles efectos de los asuntos mencionados en Bases para una Opinión Calificada, los estados financieros mencionados en el primer párrafo presentan razonablemente, en todos los aspectos importantes, la situación financiera de PDVSA Ecuador S. A. al 31 de diciembre del 2011, y su desempeño financiero y sus flujos de efectivo por el año que terminó en esa fecha de conformidad con las Normas Internacionales de Información Financiera.

*Énfasis en un Asunto*

Como se indica más ampliamente en la nota 16 a los estados financieros adjuntos, la Compañía mantiene inversiones en acciones en Refinería del Pacífico - CEM, la cual es una entidad en etapa de desarrollo.  Actualmente dicha asociada se encuentra analizando alternativas de financiamiento para lograr la viabilidad del proyecto e iniciar la etapa de construcción de la refinería.

La Compañía presenta indicadores de liquidez negativos, debido a que los pasivos corrientes exceden a los activos corrientes en US$268.648.103.  Es opinión de la Administración que la casa matriz seguirá entregando el soporte financiero que la Compañía requiere para continuar las operaciones en Ecuador.

*KPMG del Ecuador*

SC - RNAE 069

20 de septiembre del 2013

Jhonny R. Bolívar Isturiz, Socio

**PDVSA ECUADOR S. A.**
(Una Subsidiaria de PDV Andina S. A.)

Estado de Situación Financiera

31 de diciembre del 2011, con cifras comparativas
al 31 de diciembre del 2010 y 1 de enero del 2010

(En dólares de los Estados Unidos de América - US$)

| Activos | Nota | | 31 de diciembre del 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|---|---|
| **Activos no corrientes:** | | | | | |
| Crédito tributario | 12 | US$ | 3.041.246 | 2.729.080 | 2.206.603 |
| Propiedad, planta y equipos | 13 | | 2.812.664 | 3.009.909 | 3.047.321 |
| Intangibles | 14 | | 75.450 | 102.333 | 63.900 |
| Propiedades de inversión | 15 | | 85.463 | 90.302 | 95.142 |
| Inversiones en asociadas | 16 | | 240.954.094 | 139.170.918 | 38.797.202 |
| Otros activos | | | 51.274 | 69.777 | 52.690 |
| Total activos no corrientes | | | 247.020.191 | 145.172.319 | 44.262.858 |
| **Activos corrientes:** | | | | | |
| Pagos anticipados | 17 | | 54.064 | 92.685 | 34.113 |
| Inventarios | | | 25.000 | 285.221 | 14.219 |
| Crédito tributario | 12 | | 561.965 | 561.154 | 711.633 |
| Cuentas por cobrar comerciales y otras cuentas por cobrar | 18 | | 6.445.918 | 10.223.273 | 6.932.408 |
| Efectivo y equivalentes de efectivo | | | 2.050.833 | 2.859.540 | 6.222.281 |
| Total activos corrientes | | | 9.137.780 | 14.021.873 | 13.914.654 |
| Total activos | | US$ | 256.157.971 | 159.194.192 | 58.177.512 |

| Pasivos y Patrimonio | Nota | | 31 de diciembre del 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|---|---|
| **Patrimonio:** | 19 | | | | |
| Capital social | | US$ | 10.000 | 10.000 | 10.000 |
| Otras reservas | | | 44.097.128 | - | - |
| Pérdidas acumuladas | | | (66.584.463) | (54.563.120) | (33.634.634) |
| Déficit en el patrimonio | | | (22.477.335) | (54.553.120) | (33.624.634) |
| **Pasivos no corrientes:** | | | | | |
| Cuentas por pagar | 21 | | 757.705 | 757.705 | - |
| Beneficios a los empleados | 20 | | 62.878 | 34.818 | 11.556 |
| Impuesto a la renta diferido | 23 | | 28.840 | 28.840 | 20.058 |
| Total pasivos no corrientes | | | 849.423 | 821.363 | 31.614 |
| **Pasivos corrientes:** | | | | | |
| Cuentas por pagar | 21 | | 277.045.285 | 211.191.011 | 90.530.447 |
| Otras cuentas y gastos acumulados por pagar | 22 | | 346.871 | 1.562.467 | 1.168.970 |
| Beneficios a los empleados | 20 | | 393.727 | 172.471 | 71.115 |
| Total pasivos corrientes | | | 277.785.883 | 212.925.949 | 91.770.532 |
| Total pasivos | | | 278.635.306 | 213.747.312 | 91.802.146 |
| Total pasivo y patrimonio | | US$ | 256.157.971 | 159.194.192 | 58.177.512 |

Sr. Alexis Arellano Meléndez
Gerente General

Sr. Edgar Nava
Gerente Financiero

C.P.A. Roberto Guama
Contador

Las notas de las páginas 7 a 51 son parte integral de los estados financieros.

- 3 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Estado de Resultados Integrales

Año terminado el 31 de diciembre del 2011, con cifras comparativas del 2010

(Expresado en dólares de los Estados Unidos de América - US$)

|  | Nota |  | 2011 | 2010 |
|---|---|---|---|---|
| Ingresos ordinarios | 7 | US$ | 25.599.056 | 25.795.515 |
| Ingresos por arriendos de oficinas |  |  | 87.600 | 87.600 |
|  |  |  | 25.686.656 | 25.883.115 |
| Compras de bienes y servicios | 9 |  | 24.997.389 | 20.750.232 |
| Gastos de personal | 8 |  | 3.094.868 | 2.361.603 |
| Gastos de administración y ventas | 9 |  | 2.752.883 | 4.430.366 |
| Gastos de exploración | 10 |  | 1.830.156 | 6.587.216 |
| Depreciación y amortización | 13 y 14 |  | 317.728 | 276.398 |
| Ingresos financieros |  |  | (136.408) | (31.758) |
| Otros (ingresos) y gastos |  |  | (66.648) | - |
| Resultados de actividades de operación |  |  | (7.103.312) | (8.490.942) |
| Participación en la pérdida de asociadas | 16 |  | 4.375.973 | 12.428.762 |
| Pérdida antes de impuesto a la renta |  |  | 11.479.285 | 20.919.704 |
| Gasto por impuesto a la renta | 23 |  | 542.058 | 8.782 |
| Pérdida neta y resultado integral del año |  | US$ | 12.021.343 | 20.928.486 |

_____          _____          _____
Sr. Alexis Arellano Meléndez              Sr. Edgar Nava                  C.P.A. Roberto Guama
Gerente General                      Gerente Financiero                      Contador

Las notas de las páginas 7 a 51 son parte integral de los estados financieros.

- 4 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Estado de Cambios en el Patrimonio

Año terminado el 31 de diciembre del 2011, con cifras comparativas del 2010

(En dólares de los Estados Unidos de América– US$)

| | | Capital | Otras reservas | Resultado acumulado proveniente de la adopción por primera vez de las NIIF | Pérdidas acumuladas | Total | Déficit en el patrimonio |
|---|---|---|---|---|---|---|---|
| | | | | | **Pérdidas acumuladas** | | |
| Saldo al 1 de enero del 2010 | US$ | 10.000 | - | 29.363.881 | (62.998.515) | (33.634.634) | (33.624.634) |
| Pérdida neta y resultado integral del período | | - | - | (3.533.780) | (17.394.706) | (20.928.486) | (20.928.486) |
| Saldo al 31 de diciembre del 2010 | | 10.000 | - | 25.830.101 | (80.393.221) | (54.563.120) | (54.553.120) |
| Aportes para futuras capitalizaciones (nota 23) | | - | 44.097.128 | - | - | - | 44.097.128 |
| Pérdida neta y resultado integral del período | | - | - | - | (12.021.343) | (12.021.343) | (12.021.343) |
| Saldo al 31 de diciembre del 2011 | US$ | 10.000 | 44.097.128 | 25.830.101 | (92.414.564) | (66.584.463) | (22.477.335) |

Sr. Alexis Arellano Meléndez
Gerente General

Sr. Edgar Nava
Gerente Financiero

C.P.A. Roberto Guama
Contador General

Las notas de las páginas 7 a 51 son parte integral de los estados financieros.

- 5 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S.A.)

Estados de Flujos de Efectivo

Año que terminó el 31 de diciembre del 2011, con cifras comparativas del 2010

(Expresado en dólares de los Estados Unidos de América - US$)

| | Nota | 2011 | 2010 |
|---|---|---|---|
| Flujo de efectivo de las actividades de operación: | | | |
| Efectivo recibido de clientes y otros | US$ | 29.464.011 | 23.011.017 |
| Efectivo pagado a proveedores y empleados | | (55.536.531) | (58.476.716) |
| Efectivo neto utilizado en las actividades de operación | | (26.072.520) | (35.465.699) |
| | | | |
| Flujos de efectivo de las actividades de inversión: | | | |
| Aporte de fondos a inversiones en asociadas | 16 | (79.957.780) | (85.531.551) |
| Adiciones de propiedad, planta y equipos | 13 | (91.334) | (213.603) |
| Adiciones en activos intangibles | 14 | - | (58.977) |
| Efectivo neto utilizado en las actividades de inversión | | (80.049.114) | (85.804.131) |
| | | | |
| Flujos de efectivo de las actividades de financiamiento - | | | |
| Cuentas por pagar y efectivo neto provisto por las actividades de financiamiento | 24 | 105.312.927 | 117.907.089 |
| | | | |
| Disminución neto en el efectivo | | (808.707) | (3.362.741) |
| | | | |
| Efectivo y equivalentes de efectivo al inicio del año | | 2.859.540 | 6.222.281 |
| | | | |
| Efectivo y equivalentes de efectivo al final del año | US$ | 2.050.833 | 2.859.540 |

Transacciones que no requieren flujo de efectivo

| | | | |
|---|---|---|---|
| Cuentas por pagar compañías relacionadas | 16 | 26.201.369 | 27.270.928 |

Sr. Alexis Arellano Meléndez
Gerente General

Sr. Edgar Nava
Gerente Financiero

C.P.A. Roberto Guama
Contador

Las notas de las páginas 7 a 51 son parte integral de los estados financieros.

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

31 de diciembre del 2011

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(1)   Entidad que Reporta

PDVSA Ecuador S. A. (en lo sucesivo "la Compañía") fue constituida en Quito, República del Ecuador, el 14 de marzo de 2008, e inscrita en el Registro de Hidrocarburos el 24 de abril de 2008.  La Compañía es una subsidiaria de PDV Andina, S. A., una subsidiaria del grupo cuyo principal accionista es Petróleos de Venezuela S. A. (PDVSA).  Las oficinas principales y su domicilio está ubicado en la Avenida Orellana y 6 de Diciembre, edificio Alisal de Orellana, piso 11, Quito, Ecuador.

El objeto principal de la Compañía es la exploración y explotación, transporte, almacenamiento, procesamiento y comercialización de hidrocarburos, actividades que principalmente realiza bajo el acuerdo de Cooperación en el Sector Energético suscrito en enero del 2007 entre la República del Ecuador y la República Bolivariana de Venezuela.

(2)   Bases de Preparación

(a)   Declaración de Cumplimiento

Los estados financieros adjuntos han sido preparados de conformidad con las Normas Internacionales de Información Financiera (NIIF).  Para la Compañía, éstos son los primeros estados financieros preparados de conformidad con las NIIF.  La Compañía ha seguido los procedimientos y criterios establecidos en la NIIF 1 "Adopción por Primera Vez de las Normas Internacionales de Información Financiera" en la preparación de estos estados financieros.

En la nota 24 a los estados financieros, se provee una explicación de los efectos que la adopción de las NIIF tuvo sobre el estado de situación financiera de apertura al 1 de enero del 2010 y sobre la posición financiera, el desempeño financiero y los flujos de efectivo previamente reportados por la Compañía al y por el año que terminó el 31 de diciembre del 2010.

Estos estados financieros fueron autorizados para su emisión por la gerencia de la Compañía el 15 de septiembre del 2013 y según las exigencias estatutarias serán sometidos a la aprobación de la junta de accionistas y del directorio de la misma., estimándose que serán aprobados sin ninguna modificación.

(b)   Bases de Medición

Los estados financieros han sido preparados bajo la base del principio de costo histórico.

En el año que terminó el 31 de diciembre de 2011 la Compañía incurrió en pérdida neta por US$12.021.343; y a esa fecha la Compañía presenta indicadores de liquidez negativos, debido a que los los pasivos corrientes exceden a los activos corrientes en US$203.788.169 y los pasivos totales exceden a los activos totales en US$22.477.335.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

A la fecha de este informe la Compañía ha logrado superar el causal de disolución legal en el que estaba incursa debido principalmente a que la utilidad obtenida en el 2012 por una de sus asociadas permitió disminuir las pérdidas acumuladas por debajo del 50% del capital social y las reservas. La situación de iliquidez continúa y se debe principalmente al pasivo pagadero a la demanda con sus accionistas y que la Compañía ha utilizado principalmente para pagar los incrementos patrimoniales de sus asociadas.

Es opinión de la Administración que la casa matriz seguirá entregando el soporte financiero que la Compañía requiere para continuar las operaciones en Ecuador, y que el pago del pasivo con accionistas así como la continuidad de las operaciones depende del apoyo financiero que siga percibiendo de sus accionistas hasta que la Compañía logre generar suficientes ingresos para hacer frente a sus pasivos operacionales y compromisos de inversión.

(c)   Moneda Funcional y de Presentación

Los estados financieros están presentados en dólares de los Estados Unidos de América, que constituye la moneda funcional de la Compañía.

(d)   Uso de Estimaciones y Juicios

La preparación de estados financieros de acuerdo con lo previsto en las NIIF, requiere que la administración de la Compañía efectúe ciertas estimaciones, juicios y supuestos que afectan la aplicación de políticas de contabilidad y los montos reportados de activos, pasivos, ingresos y gastos informados. Los resultados reales pudieran diferir de tales estimaciones.

Las estimaciones y supuestos relevantes se revisan sobre una base continua. Las revisiones de las estimaciones contables son reconocidas en el período en el cual las estimaciones son revisadas y en cualquier período futuro afectado.

En particular, la información sobre juicios críticos en la aplicación de políticas de contabilidad y sobre supuestos e incertidumbres en estimaciones, que pudieran tener un efecto significativo sobre los montos reconocidos en los estados financieros se describe en las siguientes notas:

- Nota 17        Estimación por deterioro de las cuentas por cobrar comerciales y otras cuentas por cobrar
- Nota 22        Impuesto a la renta diferido activo no reconocido

(3)   Políticas de Contabilidad Significativas

Las políticas de contabilidad mencionadas más adelante han sido aplicadas consistentemente a todos los períodos presentados en estos estados financieros y en la preparación del estado de situación financiera de apertura al 1 de enero del 2010, para propósitos de transición a las NIIF, a menos que otro criterio sea indicado.

(Continúa)

PDVSA ECUADOR S. A.

(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(a)   Clasificación de Saldos Corrientes y no Corrientes

Los saldos de activos y pasivos presentados en el estado de situación financiera se clasifican en función de su vencimiento, es decir, como corrientes aquellos con vencimiento igual o inferior a 12 meses, los que están dentro del ciclo normal de la operación de la Compañía, y, como no corrientes, los de vencimiento superior a dicho período.

(b)   Reconocimiento de Ingresos Ordinarios y Gastos

Servicios

Los ingresos por servicios son reconocidos cuando el servicio ha sido prestado. Tales ingresos son reconocidos al valor razonable de la contrapartida recibida o por recibir, neta de descuentos, bonificaciones o rebajas comerciales y del impuesto al valor agregado. Estos ingresos son reconocidos solamente si es probable que se reciban los beneficios asociados con la transacción y el monto del ingreso y los costos asociados pueden ser medidos de manera fiable.

Productos Vendidos

Los ingresos provenientes de la venta de lubricantes en el curso de las actividades ordinarias son reconocidos al valor razonable de la contrapartida recibida o por recibir, neta de devoluciones, descuentos, bonificaciones o rebajas comerciales y del impuesto al valor agregado. Los ingresos son reconocidos cuando existe evidencia persuasiva que el riesgo y los beneficios significativos de propiedad han sido transferidos al comprador, es probable la recuperación de la consideración adeudada, los costos asociados y las posibles devoluciones de los bienes vendidos y el monto del ingreso puede ser medido de manera fiable. Si es probable que se otorguen descuentos y el monto de estos puede estimarse de manera fiable, el descuento se reconoce como reducción del ingreso cuando se reconocen las ventas.

La oportunidad de las transferencias de riesgos y beneficios ocurre cuando el bien es entregado.

Ingresos por Arrendamientos

Los ingresos por arrendamientos de propiedades de inversión son reconocidos en resultados a través del método lineal durante el período de arrendamiento.

Gastos

Los gastos son reconocidos en base a lo causado o cuando son incurridos. Se reconoce inmediatamente un gasto cuando el desembolso efectuado no produce beneficios económicos futuros.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Costos de Exploración y Evaluación

Los costos de pozos exploratorios se contabilizan como activos hasta que se determine si resultan comercialmente viables y, en caso contrario, se cargan a los gastos de exploración.

(c)   Ingreso Financiero

El ingreso financiero comprende el ingreso por intereses en una cuenta bancaria de inversión. Los intereses que generan la cuenta bancaria son reconocidos en resultados usando el método de interés efectivo.

(d)   Impuesto a la Renta

El gasto de impuesto a la renta está compuesto por el impuesto corriente y el impuesto diferido. El impuesto a la renta corriente y diferido es reconocido en resultados, excepto que se relacione con partidas reconocidas en otros resultados integrales o directamente en el patrimonio, en cuyo caso el monto de impuesto relacionado es reconocido en otros resultados integrales o en el patrimonio, respectivamente.

i.   Impuesto a la Renta Corriente

El impuesto corriente es el impuesto que se espera pagar sobre la utilidad gravable del año, utilizando la tasa impositiva aplicable y cualquier ajuste al impuesto por pagar de años anteriores.

ii.   Impuesto a la Renta Diferido

El impuesto a la renta diferido es reconocido sobre las diferencias temporarias existentes entre el valor en libros de los activos y pasivos reportados para propósitos financieros y sus correspondientes bases tributarias.

No se reconoce impuesto a la renta diferido por las diferencias temporarias que surgen en el reconocimiento inicial de un activo o pasivo en una transacción que no es una combinación de negocios, y que no afecta la utilidad o pérdida financiera ni gravable.

La medición del activo y pasivo por impuesto diferido, reflejará las consecuencias fiscales que se derivarían de la forma en la cual la entidad espera, al final del período sobre el cual se informa, recuperar o liquidar el importe en libros de sus activos y pasivos.

El impuesto a la renta diferido es medido a la tasa de impuesto que se espera aplicar a las diferencias temporarias cuando son revertidas, basándose en las leyes tributarias que han sido aprobadas o a punto de ser aprobadas a la fecha del estado de situación financiera.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Los activos y pasivos por impuesto a la renta diferido son compensados si existe un derecho legal exigible de compensar los pasivos y activos por impuestos corrientes, y están relacionados con los impuestos a las ganancias aplicados por la misma autoridad tributaria sobre la misma entidad tributable, o en distintas entidades tributables, pero pretenden liquidar los pasivos y activos por impuestos corrientes en forma neta, o sus activos y pasivos tributarios serán realizados al mismo tiempo.

Un activo por impuesto diferido es reconocido por las pérdidas tributarias no utilizadas y las diferencias temporarias deducibles, en la medida en la cual sea probable que estarán disponibles ganancias gravables futuras contra las que pueden ser utilizadas. Los activos por impuesto a la renta diferido son revisados en cada fecha del estado de situación financiera y son reducidos en la medida en la cual no sea probable que los beneficios por impuestos relacionados serán realizados.

iii)  Exposición Tributaria

Al determinar el importe del impuesto a la renta corriente e impuesto a la renta diferido, la Compañía considera el impacto de las posiciones fiscales inciertas y si pueden adeudarse impuestos e intereses adicionales. Esta evaluación depende de estimaciones y supuestos y puede involucrar una serie de juicios acerca de eventos futuros. Puede surgir nueva información que haga que la Compañía cambie su juicio acerca de la idoneidad de los pasivos fiscales actuales; tales cambios en los pasivos fiscales impactarán el gasto fiscal en el período en el cual se determinen.

(e)  Instrumentos Financieros

i.  Activos Financieros no Derivados

La Compañía reconoce inicialmente los préstamos y partidas por cobrar en la fecha en la cual se originan. Los otros activos financieros se reconocen inicialmente a la fecha de negociación en la cual la Compañía comienza a ser parte de las provisiones contractuales del instrumento.

La Compañía da de baja un activo financiero cuando los derechos contractuales a los flujos de efectivo derivados del activo expiran, o cuando transfiere los derechos a recibir los flujos de efectivo contractuales del activo financiero en una transacción en la que se transfieren substancialmente todos los riesgos y beneficios relacionados con la propiedad del activo financiero. Cualquier participación en los activos financieros transferidos que sea creada o retenida por la Compañía se reconoce como un activo o pasivo separado.

Los activos y pasivos financieros son compensados y el monto neto presentado en el estado de situación financiera cuando, y sólo cuando, la Compañía cuenta con un derecho legal para compensar los montos y tiene el propósito de liquidar sobre una base neta o de realizar el activo y liquidar el pasivo simultáneamente.

La Compañía clasifica sus activos financieros no derivados en la categoría de préstamos y partidas por cobrar.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

ii.  Préstamos y Partidas por Cobrar

Los préstamos y partidas por cobrar son activos financieros con pagos fijos o determinables que no se cotizan en un mercado activo. Estos activos inicialmente se reconocen al valor razonable más cualquier costo de transacción directamente atribuible. Posterior al reconocimiento inicial, las partidas por cobrar se valoran al costo amortizado usando el método de interés efectivo, menos las pérdidas por deterioro. Los préstamos y partidas por cobrar se componen de cuentas por cobrar comerciales y otras cuentas por cobrar.

iii.  Efectivo y Equivalentes de Efectivo

El efectivo y equivalentes de efectivo se compone de los saldos del efectivo disponible en caja y bancos, que son usados por la Compañía en la gestión de sus compromisos a corto plazo.

iv.  Pasivos Financieros no Derivados

Inicialmente, la Compañía reconoce los instrumentos de deuda emitidos en la fecha en la cual se originan. Todos los otros pasivos financieros son reconocidos inicialmente en la fecha de la transacción en la cual la Compañía se hace parte de las disposiciones contractuales del documento. La Compañía da de baja un pasivo financiero cuando sus obligaciones contractuales se cancelan o expiran.

La Compañía clasifica los pasivos financieros no derivados en la categoría de otros pasivos financieros. Estos pasivos financieros son reconocidos inicialmente a su valor razonable más cualquier costo de transacción directamente atribuible. Posterior al reconocimiento inicial, estos pasivos financieros se valorizan al costo amortizado usando el método de interés efectivo.

La Compañía tiene los siguientes otros pasivos financieros: cuentas por pagar y otras cuentas y gastos acumulados por pagar.

v.  Capital Social

Las acciones ordinarias (única clase de acciones emitida por la Compañía) son clasificadas como patrimonio. Los costos incrementales atribuibles directamente a la emisión de acciones ordinarias, de haberlos, son reconocidos como una deducción del patrimonio, neto de cualquier efecto tributario.

(f)  Propiedad, Planta y Equipos

i.  Reconocimiento y Medición

Las partidas de propiedad, planta y equipos son valoradas al costo menos depreciación acumulada y pérdidas por deterioro. La propiedad, planta y equipos se reconocen como activo si es probable que se deriven de ellos beneficios económicos futuros y su costo puede ser determinado de una manera fiable.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

El costo incluye gastos que son directamente atribuibles a la adquisición del activo. El costo de activos construidos por la propia entidad incluye lo siguiente: (i) el costo de los materiales y la mano de obra directa; (ii) cualquier otro costo directamente atribuible al proceso de hacer que el activo sea apto para trabajar para su uso previsto; (iii) cuando la Compañía tiene una obligación de retirar el activo o rehabilitar el lugar, una estimación de los costos de desmantelar y remover las partidas y de restaurar el lugar donde estén ubicados, y, (iv) los costos por préstamos capitalizados.

Los programas de computación adquiridos, que están integrados a la funcionalidad de los equipos relacionados, son capitalizados como parte de los respectivos equipos.

Cuando partes significativas de un elemento de propiedad, planta y equipos poseen vidas útiles distintas, son registradas de forma separada como un componente integral del activo.

Cualquier ganancia o pérdida en la disposición de un elemento de propiedad, planta y equipos, calculada como la diferencia entre el producto obtenido de la disposición y el importe en libros del elemento, se reconoce en resultados.

ii.   Costos Posteriores

Mejoras y renovaciones mayores que incrementen la vida útil del activo, son capitalizadas sólo si es probable que se deriven de ellas beneficios económicos futuros para la Compañía y su costo puede ser estimado de manera fiable.   El importe en libros de la parte reemplazada se da de baja.   Los costos por reparaciones y mantenimientos de rutina en propiedad, planta y equipos son reconocidos en resultados cuando ocurren.

iii.   Depreciación

La depreciación de los elementos de propiedad, planta y equipos se calcula sobre el monto depreciable, que corresponde al costo de un activo, menos su valor residual.   La depreciación es reconocida en resultados con base en el método de línea recta, considerando la vida útil para cada componente de la propiedad, planta y equipos.   Los terrenos no se deprecian.

Los elementos de propiedad, planta y equipos se deprecian desde la fecha en la cual están listos para su uso o en el caso de los activos construidos internamente, desde la fecha en la cual el activo esté completado y en condiciones de ser usado.

Las vidas útiles estimadas para los periodos actuales y comparativos son las siguientes:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  | Vida útil |
|---|---|
| Planta y facilidades | entre 30 y 2 años |
| Edificios | entre 30 y 20 años |
| Servicios de apoyo | entre 10 y 3 años |
| Vehículos | 5 años |

Los métodos de depreciación, vidas útiles y valores residuales son revisados en cada ejercicio y se ajustan si es necesario.

(g)   Propiedades de Inversión

Las propiedades de inversión son inmuebles mantenidos con la finalidad de obtener rentas por arrendamiento o para conseguir apreciación de capital en la inversión o ambas cosas a la vez, pero no para la venta en el curso normal del negocio, uso en la producción o abastecimiento de bienes o servicios, o para propósitos administrativos. Las propiedades de inversión se valoran al costo en el reconocimiento inicial y posteriormente al costo menos depreciación acumulada.

El costo incluye gastos que son directamente atribuibles a la adquisición de la propiedad de inversión.

Cualquier ganancia o pérdida por la venta de una propiedad de inversión calculada como la diferencia entre el precio de venta y el valor en libros se reconoce en resultados.

La vida útil estimada de las propiedades de inversión para el período actual y comparativo es de 20 años.  La depreciación es reconocida en resultados con base en el método de línea recta.

(h)   Activos Arrendados

La clasificación del arrendamiento de activos depende de si la Compañía asume sustancialmente todos los riesgos y beneficios inherentes a la propiedad.

Son clasificados como financieros cuando se asumen todos los riesgos y beneficios inherentes a la propiedad, en caso contrario se clasifican como operativos.

La Compañía mantiene arrendamiento de oficinas en su condición de arrendatario, que son clasificados como arrendamientos operativos, por lo tanto, no son reconocidos en el estado de situación financiera. Asimismo, la Compañía arrienda espacios de oficinas en las instalaciones de la planta de lubricantes, los cuales son clasificados como operativos.  Estos activos se reconocen como parte de la propiedad de inversión en el estado de situación financiera.

Los pagos realizados bajo un contrato de arrendamiento operacional se reconocen en resultados bajo el método de línea recta durante el período de arrendamiento.

(Continúa)

- 14 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Las mejoras hechas a los activos arrendados se reconocen como instalaciones y mejoras, se clasifican como propiedad, planta y equipos y se deprecian por el menor de los lapsos entre la vida útil estimada del bien y la vigencia del contrato de arrendamiento operativo.

(i)   Inversiones en Asociadas

Las inversiones en asociadas son aquellas entidades en donde la Compañía tiene influencia significativa, pero no control sobre las políticas financieras y operacionales. Se asume que existe una influencia significativa cuando la Compañía posee entre el 20% y el 50% del derecho a voto de otra entidad.  Las inversiones en entidades asociadas se reconocen inicialmente al costo y posteriormente según el método de participación.  El costo de la inversión incluye los costos de la transacción.

Los estados financieros incluyen la participación de la Compañía en las utilidades o pérdidas y otros resultados integrales de inversiones contabilizadas según el método de la participación, después de realizar ajustes para alinear las políticas contables con las de la Compañía, desde la fecha en que comienza la influencia significativa hasta que ésta termina.

Cuando la porción de pérdidas de la Compañía excede su participación en una inversión reconocida según el método de participación, el valor en libros de esa participación, es reducido a cero y se descontinúa el reconocimiento de más pérdidas excepto en el caso que la Compañía tenga la obligación o haya realizado pagos a nombre de la sociedad en la cual participa.

(j)   Deterioro

i.   Activos Financieros

Los activos financieros son evaluados por la Compañía en cada fecha de presentación de los estados financieros, para determinar si existe evidencia objetiva de deterioro.  Un activo financiero está deteriorado si existe esa evidencia objetiva de deterioro como consecuencia de uno o más eventos de pérdida, ocurridos después del reconocimiento inicial del activo y ese o esos eventos de pérdida tienen un efecto negativo en los flujos de efectivo futuros del activo que pueden estimarse de manera fiable.

La evidencia objetiva que un activo financiero esté deteriorado puede incluir el incumplimiento de pago por parte de un deudor, la reestructuración de un valor adeudado a la Compañía en términos que ésta no consideraría en otras circunstancias, indicadores que el deudor o emisor se declarará en bancarrota, cambios adversos en el estado de pago del prestatario de la Compañía, condiciones económicas que se relacionen con incumplimiento.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

La Compañía considera la evidencia de deterioro de los activos financieros medidos a costo amortizado (cuentas por cobrar comerciales) a nivel específico. La evaluación se realiza sobre la base de una revisión objetiva de todas las cantidades pendientes de cobro al final de cada período y representa la mejor estimación de la Administración sobre las pérdidas en que podría incurrirse por este concepto.

Una pérdida por deterioro relacionada con un activo financiero que se valora al costo amortizado se calcula como la diferencia entre el valor en libros del activo y el valor presente de los flujos de efectivo futuros estimados, descontados a la tasa de interés efectiva. Las pérdidas se reconocen en resultados y se reflejan en una cuenta de estimación para deterioro contra las partidas por cobrar. El interés sobre el activo deteriorado continúa reconociéndose a través de la reversión del descuento. Cuando un hecho posterior causa que el monto de la pérdida por deterioro disminuya, esta disminución se reconoce en resultados.

Las pérdidas por deterioro pueden ser revertidas únicamente si el reverso está objetivamente relacionado con un evento ocurrido después de que la pérdida por deterioro fue reconocida.

ii.  Activos no Financieros

El importe en libros de los activos no financieros de la Compañía, diferentes a impuesto a la renta diferido, es revisado en la fecha del estado de situación financiera para determinar si existe algún indicio de deterioro. Si existen tales indicios, entonces se estima el importe recuperable del activo. Se reconoce una pérdida por deterioro si el valor en libros de un activo o su unidad generadora de efectivo excede su importe recuperable.

El importe recuperable de un activo o unidad generadora de efectivo es el valor mayor entre su valor en uso y su valor razonable, menos los gastos de venta. Para determinar el valor en uso, se descuentan los flujos de efectivo futuros estimados a su valor presente usando una tasa de descuento antes de impuesto que refleja las valoraciones actuales del mercado sobre el valor del dinero en el tiempo y los riesgos específicos que puede tener en el activo. Para propósitos de evaluación del deterioro, los activos son agrupados juntos en un pequeño grupo de activos llamado "unidad generadora de efectivo" que generan flujos de entrada de efectivo provenientes del uso continuo, los que son independientes de los flujos de entrada de efectivo de otros activos o grupos de activos.

Las pérdidas por deterioro son reconocidas en resultados.

Las pérdidas por deterioro se revierten si existe un cambio en su importe recuperable. Cuando se revierte una pérdida por deterioro, el valor del activo no puede exceder al valor que habría sido determinado, neto de depreciación y amortizaciones, si no se hubiese reconocido una pérdida por deterioro.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(k)   Beneficios a los Empleados

i.   Beneficios Post-Empleo

Planes de Beneficios Definidos - Jubilación Patronal e Indemnización por Desahucio

La obligación de la Compañía con respecto a planes de beneficios de jubilación patronal está definida por el Código de Trabajo de la República del Ecuador, el cual establece la obligación por parte de los empleadores de conceder jubilación patronal a todos aquellos empleados que hayan cumplido un tiempo mínimo de servicio de 25 años en una misma compañía; el cual califica como un plan de beneficios definidos sin asignación de fondos separados.

Además dicho Código de Trabajo establece que cuando la relación laboral termine por desahucio, el empleador deberá pagar una indemnización calculada con base en el número de años de servicio.

La Compañía determina la obligación relacionada con el beneficio por jubilación patronal e indemnización por desahucio por separado, calculando el monto del beneficio futuro que los empleados han adquirido a cambio de sus servicios durante el período actual y períodos previos; ese beneficio se descuenta para determinar su valor presente.   El cálculo es realizado anualmente por un actuario calificado usando el método de crédito unitario proyectado.

La Compañía reconoce en resultados la totalidad de las ganancias o pérdidas actuariales que surgen de estos planes y todos los gastos relacionados con los planes de beneficios definidos, incluyendo el saneamiento del descuento, en los gastos por beneficios a los empleados.

La Administración utiliza supuestos para determinar la mejor estimación de estos beneficios.   Dicha expectativa al igual que los supuestos son establecidos por la Compañía, utilizando información financiera pública.   Estos supuestos incluyen una tasa de descuento, los aumentos esperados en las remuneraciones y permanencia futura, entre otros.

Cuando tengan lugar mejoras en los beneficios del plan, la porción del beneficio mejorado que tiene relación con servicios pasados realizados por empleados será reconocida en resultados usando el método lineal en el período promedio remanente hasta que los empleados tengan derecho a tales beneficios.   En la medida en la cual los empleados tengan derecho en forma inmediata a tales beneficios, el gasto será reconocido inmediatamente en resultados.

Cuando tengan lugar reducciones o liquidaciones en un plan de beneficios definidos, la Compañía procederá a reconocer las ganancias o pérdidas derivadas de los mismos.   Estas ganancias o pérdidas comprenderán cualquier cambio que pudiera resultar en el valor presente de las obligaciones por beneficios definidos contraídos por la entidad; así como cualesquiera ganancias y pérdidas actuariales y costos de servicio pasado que no hubieran sido previamente reconocidas.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

ii.  Beneficios por Terminación

Las indemnizaciones por terminación o cese laboral son reconocidas como gasto cuando es tomada la decisión de dar por terminada la relación contractual con los empleados.

iii.  Beneficios a Corto Plazo

Las obligaciones por beneficios a corto plazo de los trabajadores son medidas sobre una base no descontada y son contabilizadas como gastos en la medida en la cual el empleado provee el servicio o el beneficio es devengado por el mismo.

Se reconoce un pasivo si la Compañía posee una obligación legal o implícita actual de pagar este monto como resultado de un servicio entregado por el empleado en el pasado y la obligación puede ser estimada de manera fiable.  Las principales acumulaciones reconocidas por este concepto corresponden a las establecidas en el Código del Trabajo del Ecuador.

(l)  Provisiones y Contingencias

Las obligaciones o pérdidas asociadas con provisiones y contingencias, originadas en reclamos, litigios, multas o penalidades en general, se reconocen como pasivo en el estado de situación financiera cuando existe una obligación legal o implícita resultante de eventos pasados, es probable que sea necesario un desembolso para pagar la obligación y el monto puede ser razonablemente estimado.  Las provisiones se determinan descontando el flujo de efectivo que se espera a futuro a la tasa antes de impuesto que refleja la evaluación actual del mercado sobre el valor del dinero en el tiempo y los riesgos específicos de la obligación.  El saneamiento del descuento se reconoce como costo financiero.

El importe reconocido como provisión corresponde a la mejor estimación, a la fecha del estado de situación financiera, tomando en consideración los riesgos e incertidumbres que rodean a la mayoría de los sucesos y circunstancias concurrentes a la valoración de éstas.

Cuando no es probable que un flujo de salida de beneficios económicos sea requerido, o el monto no puede ser estimado de manera fiable, la obligación es revelada como un pasivo contingente.  Obligaciones razonablemente posibles, cuya existencia será confirmada por la ocurrencia o no ocurrencia de uno o más eventos futuros, son también reveladas como pasivos contingentes, a menos que la probabilidad de un flujo de salida de beneficios económicos sea remota.

No se reconocen ingresos, ganancias o activos contingentes.

(4)  Normas Contables Nuevas, Revisadas y Emitidas pero Aún no Efectivas

Las siguientes Normas Internacionales de Información Financiera (NIIF), Normas Internacionales de Contabilidad (NIC) e Interpretaciones del Comité (CINIIF) nuevas y revisadas han sido emitidas con fecha de aplicación para períodos anuales que comienzan después del 1 de enero del 2011 y no han sido aplicadas en la preparación de estos estados financieros:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| Asunto/Norma | Título | Efectiva a partir |
|---|---|---|
| NIIF 9 | Instrumentos financieros | Enero 1, 2013 |
| NIIF 10 | Consolidación de estados Financieros | Enero 1, 2013 |
| NIIF 11 | Acuerdos de negocios conjuntos | Enero 1, 2013 |
| NIIF 12 | Revelaciones de intereses en otras Entidades | Enero 1, 2013 |
| NIIF 13 | Medición del valor razonable | Enero 1, 2013 |
| NIC 19 (Revisada en el 2011) | Beneficios a empleados | Enero 1, 2013 |
| NIC 27 (Revisada en el 2011) | Estados financieros separados | Enero 1, 2013 |
| NIC 28 (Revisada en el 2011) | Inversiones en asociadas y negocios conjuntos | Enero 1, 2013 |

La Administración de la Compañía, con base en las evaluaciones preliminares que ha hecho, estima que la adopción de normas, enmiendas e interpretaciones antes descritas, no tendrá un impacto significativo en los estados financieros de la Compañía.

(5)   Determinación de Valores Razonables

Las políticas contables requieren que se determinen los valores razonables de los activos y pasivos financieros y no financieros para propósitos de valorización y revelación, conforme los criterios que se detallan a continuación.  Cuando corresponda, se revela mayor información acerca de los supuestos efectuados en la determinación de los valores razonables.

(a)   Préstamos y Partidas por Cobrar

El valor razonable de los préstamos y partidas por cobrar se estima al valor presente de los flujos de efectivo futuros, descontados a la tasa de interés de mercado a la fecha de medición.  Las cuentas por cobrar corrientes sin tasa de interés son medidas al monto de la factura original, si el efecto del descuento es inmaterial.  Este valor razonable se determina al momento del reconocimiento inicial y para propósitos de revelación en cada fecha de los estados financieros anuales.

(b)   Otros Pasivos Financieros

El valor razonable, que se determina al momento del reconocimiento inicial y para propósitos de revelación en cada fecha de los estados financieros anuales, se calcula sobre la base del valor presente del capital futuro y los flujos de interés, descontados a la tasa de interés de mercado a la fecha de medición.

Los montos registrados de cuentas por pagar a proveedores y relacionadas y otras cuentas y gastos acumulados por pagar se aproximan a su valor razonable, debido a que tales instrumentos tienen vencimiento en el corto plazo.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(6)   Administración de Riesgo Financiero

En el curso normal de sus operaciones la Compañía está expuesta a los siguientes riesgos relacionados con el uso de instrumentos financieros:

- Riesgo de crédito
- Riesgo de liquidez
- Riesgo de mercado

Marco de Administración de Riesgos

La Junta Directiva de PDVSA es responsable por establecer y supervisar el proceso de administración de riesgos de PDVSA y sus filiales. En los procesos de planificación estratégica y presupuestaria se estima el efecto de los riesgos del negocio, con el objetivo de tener una visión integral de su impacto sobre PDVSA Ecuador.

La Administración es responsable por establecer y supervisar el marco de administración de riesgos, así como el desarrollo y seguimiento de las políticas de administración de riesgos de la Compañía.

El departamento de finanzas es el encargado de desempeñar dichas funciones que le han sido otorgadas por la administración de manera directa; sin embargo, todavía no se dispone de procedimientos y políticas formales que se puedan identificar en la Compañía.

Riesgo de Crédito

El riesgo de crédito es el riesgo de pérdida financiera que enfrenta la Compañía si un cliente no cumple con sus obligaciones contractuales, y se origina principalmente de los deudores comerciales. Con el objetivo de mitigar el riesgo de crédito, periódicamente se evalúa la condición financiera de los deudores comerciales. Producto de esta evaluación se reconoce en los estados financieros una estimación para deterioro de cuentas por cobrar.

Exposición al riesgo de crédito

La exposición máxima al riesgo de crédito a la fecha del estado de situación financiera es como sigue:

| | | Valor en libros | | |
| | | 31 de diciembre del | | 1 de enero |
| | | 2011 | 2010 | del 2010 |
|---|---|---|---|---|
| Efectivo y equivalente de efectivo | US$ | 2.050.833 | 2.859.540 | 6.222.281 |
| Cuentas por cobrar comerciales y otras cuentas por cobrar | | 6.445.918 | 10.223.273 | 6.932.408 |
| | US$ | 8.496.751 | 13.082.813 | 13.154.689 |

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Deudores Comerciales

La Compañía vende sus servicios principalmente a dos compañías mixtas del sector petrolero y de refinación localizadas en Ecuador. Con dichos clientes mantiene convenios firmados para la operación de torres de perforación y la asistencia de gerenciamiento técnico (véase nota 23), cuyo plazo para el pago de los servicios prestados es de 45 días. Sin embargo del análisis histórico, los días de cartera promedio con dichos clientes se han mantenido dentro de la media de 90 días. Adicionalmente a lo antes mencionado, considerando que la Compañía es accionista de dichas entidades mixtas, varios de los saldos pendientes de pago por los servicios prestados a dichas compañías han sido compensados, para de esta manera extinguir los derechos y obligaciones de ambas partes.

En el año 2011, aproximadamente el 78% US$20.052.607 del total de ingresos ordinarios de la Compañía corresponden al servicio de las torres de perforación y asesoría por gerenciamiento técnico que están concentrados en los dos clientes principales. Mientras que, la concentración de las cuentas por cobrar deudores comerciales en los dos clientes antes mencionados corresponde al 51% del total del saldo (durante el año 2010 la relación de ingresos era del 81% y de las cuentas por cobrar el 58%).

La Compañía establece la estimación para deterioro que representa su estimación de pérdidas incurridas en relación con deudores comerciales. Para la evaluación del deterioro, se hizo evaluaciones individuales de su antigüedad, capacidad, colateral, capital y condiciones del cliente.

La antigüedad de los saldos de deudores comerciales a la fecha del estado de situación financiera es como sigue:

|  |  | 31 de diciembre del | | 1 de enero |
|  |  | 2011 | 2010 | del 2010 |
|---|---|---|---|---|
| Vigentes y no deteriorados | US$ | 3.741.264 | 473.430 | 1.347.889 |
| De 31 a 60 días |  | 148.674 | 1.544 | - |
| De 61 días a 120 días |  | 117.212 | 13.715 | 2.724.142 |
| De 121 días a 180 días |  | 64.843 | 4.778.017 | 4.052.633 |
| Más de 180 días |  | 732.461 | 4.096.192 | - |
| Total | US$ | 4.804.454 | 9.362.898 | 8.124.664 |

La variación en la estimación por deterioro con respecto a los deudores comerciales y otras cuentas por cobrar durante los años 2011 y 2010 fue como sigue:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  | | 2011 | 2010 |
|---|---|---|---|
| Saldo al inicio del año | US$ | 242.578 | 2.304.295 |
| Pérdida reconocida por deterioro | | - | 242.578 |
| Reverso de pérdida reconocida por deterioro | | - | (2.304.295) |
| Saldo al final del año | US$ | 242.578 | 242.578 |

La Compañía cree que los montos en mora por más de treinta días son recuperables sobre la base del comportamiento de pago histórico y los análisis del riesgo de crédito de los clientes.

Otras Cuentas por Cobrar

Los principales componentes de las otras cuentas por cobrar lo constituyen los saldos de instituciones gubernamentales y anticipos que reportan US$1.459.976 al 31 de diciembre del 2011 (US$625.309 y US$995.444 al 31 de diciembre y 1 de enero del 2010); mismas que no se encuentran en mora.

Efectivo y Equivalentes de Efectivo

La Compañía mantenía efectivo y equivalentes de efectivo por US$2.050.833, US$ 2.859.540 y US$6.222.281 al 31 de diciembre del 2011, 2010 y 1 de enero del 2010, respectivamente, que representan su máxima exposición al riesgo de crédito por estos activos. El efectivo y equivalentes de efectivo son mantenidos substancialmente con bancos e instituciones financieras que en general superan la calificación "A", según agencias registradas en la Superintendencia de Bancos y Seguros del Ecuador.

Riesgo de Liquidez

El riesgo de liquidez es el riesgo de que la Compañía tenga dificultades para cumplir con sus obligaciones asociadas con sus pasivos financieros, que son liquidados mediante la entrega de efectivo u otros activos financieros.

La Administración realiza un Presupuesto Operativo Anual - POA, para determinar los requerimientos de flujo de efectivo. Por lo general, la Compañía tiene como objetivo contar con los recursos necesarios para solventar los gastos operacionales esperados durante un período económico. En función de dicho presupuesto, la Compañía solicita a su casa matriz los fondos necesarios para continuar con sus operaciones, y ésta provee los fondos en diferentes fechas durante el año económico. Sin embargo, se han presentado situaciones en donde la matriz no ha enviado los fondos en las fechas requeridas, lo que ha ocasionado retraso con los proveedores y sus compañías asociadas. La continuidad de la Compañía depende estrictamente del apoyo financiero que le siga proveyendo su casa matriz (véase nota 2 - b).

A continuación se resumen los vencimientos contractuales de los pasivos financieros no derivados (en dólares americanos):

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | | Importe Contable | Flujos de efectivo contractuales | 3 meses o menos | Entre 3 y 12 meses | Más de 12 meses |
|---|---|---|---|---|---|---|
| **31 de diciembre del 2011** | | | | | | |
| Cuentas por pagar | US$ | 277.802.990 | 277.802.990 | 52.654.962 | 224.390.323 | 757.705 |
| Otras cuentas y gastos acumulados por pagar | | 346.871 | 346.871 | 346.871 | - | - |
| | US$ | 278.149.861 | 278.149.861 | 53.001.833 | 224.390.323 | 757.705 |
| **31 de diciembre del 2010** | | | | | | |
| Cuentas por pagar | US$ | 211.948.716 | 211.948.716 | 68.817.277 | 142.373.734 | 757.705 |
| Otras cuentas y gastos acumulados por pagar | | 1.562.467 | 1.562.467 | 1.562.467 | - | - |
| | US$ | 213.511.183 | 213.511.183 | 70.379.744 | 142.373.734 | 757.705 |
| **1 de enero del 2010** | | | | | | |
| Cuentas por pagar | US$ | 90.530.447 | 90.530.447 | 18.370.276 | 72.160.171 | - |
| Otras cuentas y gastos acumulados por pagar | | 1.168.970 | 1.168.970 | 1.168.970 | - | - |
| | US$ | 91.699.417 | 91.699.417 | 19.539.246 | 72.160.171 | - |

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Riesgo de Mercado

El riesgo de mercado es el riesgo de que los cambios en los precios de mercado, por ejemplo en las tasas de cambio, tasas de interés o precios de las acciones, afecten los ingresos de la Compañía o el valor de los instrumentos financieros que mantiene.  El objetivo de la administración del riesgo de mercado es administrar y controlar las exposiciones a este riesgo dentro de parámetros razonables y al mismo tiempo optimizar la rentabilidad.

La principal exposición a la variación de precios y concentración de la Compañía está relacionada con la venta de servicios de perforación de pozos y servicios de gerenciamiento técnico a sus dos principales clientes Operaciones Río Napo y Refinería del Pacífico Compañías de Economía Mixta.  La Compañía mantiene convenios de dos años para prestar dichos servicios a una tarifa pre-establecida (véase nota 23).

(i)    Riesgo de Moneda

La moneda utilizada para las transacciones en el Ecuador es el dólar americano y las transacciones que realiza la Compañía principalmente son en esa moneda, por lo tanto, la administración estima que la exposición de la Compañía al riesgo de moneda no es relevante.

(ii)   Riesgo de Tasas de Interés

La Compañía no mantiene préstamos ni obligaciones con instituciones financieras ni terceras partes, por lo tanto, la administración estima que la exposición de la Compañía al riesgo de tasa de interés no es relevante.

Administración de Capital

La Compañía actualmente se encuentra con un capital negativo.  Como se indica en la nota 19, la Junta del Comité Ejecutivo No. 2011-07 del 28 de junio del 2011 decidió capitalizar parte de la deuda como aportes para futuras capitalizaciones y de esta manera disminuir parcialmente el efecto del causal de disolución.  A la fecha de este informe, la Compañía ha logrado superar el causal de disolución legal en el que estaba incursa debido principalmente a que la utilidad obtenida en el 2012 por Operaciones Río Napo - ORN, compañía asociada registrada por método de participación, permitió disminuir las pérdidas acumuladas por debajo del 50% del capital social y las reservas.

(7)    Ingresos Ordinarios

Los ingresos de las actividades ordinarias se componen de lo siguiente:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | Nota | | 2011 | 2010 |
|---|---|---|---|---|
| | | | Año terminado el 31 de diciembre del | |
| Servicio por taladros | 24 | US$ | 14.222.018 | 14.770.001 |
| Servicio de gerenciamiento | 24 | | 5.830.589 | 6.236.291 |
| Venta de Lubricantes | | | 4.675.861 | 3.791.448 |
| Servicio de Blending | | | 870.588 | 997.775 |
| | | US$ | 25.599.056 | 25.795.515 |

Convenio de Venta de Lubricantes

Con fecha 26 de octubre de 2009, la Compañía firmó un convenio con Petrocomercial para la provisión de lubricantes de su marca en sus diferentes presentaciones.   Por lo que, Petrocomercial pagará a PDVSA Ecuador S. A. US$21.257.645 por la provisión de lubricantes terminados durante el periodo de cuatro años.   En el caso de realizar un ajuste de precios, las partes acordaron aplicar la siguiente fórmula:

$$Pr = PO\ (C1/Co)$$

Los símbolos anteriores tienen los siguientes significados:

$Pr =$   valor reajustado del anticipo o de la factura
$PO =$   valor del anticipo o de la factura, cancelada con la cantidad de aceites suministrado a los precios unitarios contractuales, descontado la parte proporcional del anticipo, de haberlo pagado.
$C1 =$   se tomará el índice de precios de aceites, lubricantes y afines a nivel nacional, publicado por el Instituto Ecuatoriano de Estadísticas y Censos - INEC para la fecha de pago del anticipo o de las facturas de provisión.
$Co =$   se tomará el índice de precios de aceites, lubricantes y afines a nivel nacional, publicado por el INEC para la fecha de suscripción del acta de negociación de los precios unitarios.

El plazo de los convenios es de cuatro años a partir de la fecha de suscripción.

En el año que terminó el 31 de diciembre del 2011 la Compañía reconoció en resultados ingresos por venta de lubricantes por US$4.675.861 (US$3.791.448 en 2010).

Convenio de Servicio de Blending

Con fecha 18 de Septiembre y 20 de Octubre del 2009 la Compañía firmó  convenios de blending con CEPSA S.A. e Importadora Andina SAIA, respectivamente y el 25 de Marzo del 2010 con su relacionada PDV Ecuador para la elaboración, envasado y empaquetado de aceites lubricantes UBX, Castrol y PDV, según las fórmulas y especificaciones de cada cliente.

De acuerdo con los convenios suscritos, las partes han fijado una tarifa en función de la producción de lotes, la misma que será revisada si la inflación ecuatoriana anual acumulada, publicada por el Instituto Nacional de Estadísticas y Censos (INEC) es 8% mayor a la inflación ecuatoriana anual acumulada a la fecha de la última revisión de tarifas.  Estos contratos tienen una vigencia de tres años.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(8)   Gastos de Personal

Los gastos relacionados con sueldos y beneficios a los empleados se resumen a continuación:

| | | Año terminado el 31 de diciembre del | |
|---|---|---|---|
| | | 2011 | 2010 |
| Sueldos y salarios | US$ | 1.762.265 | 1.430.292 |
| Aportes a la seguridad social | | 499.776 | 330.928 |
| Beneficios sociales | | 364.023 | 229.406 |
| Beneficios empresariales | | 243.652 | 156.128 |
| Bonificicaciones | | 197.092 | 191.587 |
| Jubilación patronal e Indemnización por desahucio | | 28.060 | 23.262 |
| | US$ | 3.094.868 | 2.361.603 |

Al 31 de diciembre del 2011 y 2010, la Compañía posee 78 y 80 trabajadores, respectivamente, en relación de dependencia, distribuidos entre empleados de campamento y administración.

(9)   Gastos por Naturaleza

El siguiente es un resumen de los gastos por naturaleza:

| | Nota | | Año terminado el 31 de diciembre del | |
|---|---|---|---|---|
| | | | 2011 | 2010 |
| Combustibles y lubricantes | | US$ | 6.600.844 | 5.740.825 |
| Subcontratos y servicios con terceros | | | 5.457.020 | 6.301.902 |
| Honorarios profesionales | | | 3.531.392 | 2.592.908 |
| Suministros, repuestos y materiales | | | 2.957.531 | 2.450.069 |
| Arrendamiento operativo | | | 2.478.326 | 3.391.641 |
| Transporte y movilización | | | 1.883.788 | 105.173 |
| Gastos de viaje | | | 1.612.779 | 1.516.655 |
| Promoción y publicidad | | | 1.378.112 | 3.981.030 |
| Mantenimiento y reparaciones | | | 1.199.597 | 106.181 |
| Servicios básicos | | | 260.515 | 138.055 |
| Impuestos y contribuciones | | | 205.056 | 817.988 |
| Estimación (reverso) de deterioro de Activo Financiero | 6 | | - | (2.061.717) |
| Otros | | | 185.312 | 99.888 |
| | | US$ | 27.750.272 | 25.180.598 |

- 26 -

PDVSA ECUADOR S. A.

(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(10)   Gastos de Exploración

Un detalle de los gastos de exploración es como sigue:

|  |  | Año terminado el 31 de diciembre del | |
| --- | --- | --- | --- |
|  |  | 2011 | 2010 |
| Servicios y contratos | US$ | 1.595.510 | 4.101.395 |
| Viajes |  | 168.599 | 207.399 |
| Servicios de transporte |  | 21.531 | 1.830.700 |
| Subconstrataciones y misceláneos |  | 17.616 | 67.000 |
| Suministros y materiales |  | 13.789 | 9.006 |
| Alquiler de inmuebles y mantenimiento |  | 1.727 | 331.970 |
| Otros |  | 11.384 | 39.746 |
|  | US$ | 1.830.156 | 6.587.216 |

(11)   Contrato de Arrendamiento Operativo

La Compañía ha suscrito un contrato de arrendamiento para las oficinas administrativas, vehículos y maquinarias y otros bienes por un plazo de 2 a 3 años.  Durante los años terminados el 31 de diciembre del 2011 y 2010, los gastos por este concepto ascendieron a US$2.478.326 y US$ 3.723.611, respectivamente. El pago mínimo para el 2012 es de US$1.075.745.

(12)   Crédito Tributario

El saldo de crédito tributario corresponde al Impuesto al Valor Agregado - IVA generado por la Compañía en la adquisición de bienes y servicios.  Dicho crédito fiscal solamente puede ser compensado por la Compañía en los ejercicios fiscales posteriores, conforme incremente sus ventas con tarifa 12%.

La Administración de la Compañía considera que no requiere registrar una estimación por deterioro con relación a la recuperación de dicho saldo, ya que ha realizado un análisis con respecto a la compensación del impuesto, y considerando que a partir del año 2013 ingresan nuevas torres de perforación a prestar más servicios gravados con tarifa 12% en el mercado ecuatoriano, estima que para el año 2015 dicho impuesto será compensado en su totalidad.

El saldo de esta cuenta presenta su porción corriente que será compensada en el ejercicio económico siguiente.  Dicho saldo se encuentra registrado al valor nominal, debido a que este impuesto no puede ser devuelto por la autoridad fiscal, ya que el tipo de Compañía no califica para dicho concepto.

(13)   Propiedad, Planta y Equipos

El detalle de la propiedad, planta y equipos al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 es el siguiente:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | | 31 de diciembre del | | 1 de enero |
| | | 2011 | 2010 | del 2010 |
|---|---|---|---|---|
| Terrenos | US$ | 867.720 | 867.720 | 867.720 |
| Planta y facilidades | | 1.273.009 | 1.243.824 | 1.243.824 |
| Edificios | | 433.993 | 433.993 | 433.993 |
| Servicios de apoyo | | 865.351 | 808.126 | 594.528 |
| Vehículos | | 70.500 | 70.500 | 70.500 |
| | | 3.510.573 | 3.424.163 | 3.210.565 |
| Depreciación acumulada | | (697.909) | (414.254) | (163.244) |
| | US$ | 2.812.664 | 3.009.909 | 3.047.321 |

El movimiento de la propiedad, planta y equipos es como sigue:

| | | 31 de diciembre del 2010 | Adiciones | Bajas | 31 de diciembre del 2011 |
|---|---|---|---|---|---|
| Costo: | | | | | |
| Terrenos | US$ | 867.720 | - | - | 867.720 |
| Planta y facilidades | | 1.243.824 | 29.185 | - | 1.273.009 |
| Edificios | | 433.993 | - | - | 433.993 |
| Servicios de apoyo | | 808.126 | 62.149 | (4.924) | 865.351 |
| Vehículos | | 70.500 | - | - | 70.500 |
| | US$ | 3.424.163 | 91.334 | (4.924) | 3.510.573 |
| Depreciación acumulada: | | | | | |
| Planta y facilidades | | 153.116 | 87.773 | - | 240.889 |
| Edificios | | 36.933 | 21.105 | - | 58.038 |
| Servicios de apoyo | | 195.363 | 163.027 | 2.350 | 356.040 |
| Vehículos | | 28.842 | 14.100 | - | 42.942 |
| | US$ | 414.254 | 286.005 | 2.350 | 697.909 |
| Valor neto en libros | US$ | 3.009.909 | (194.671) | (2.574) | 2.812.664 |

(Continúa)

- 28 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | | 1 de enero del 2010 | Adiciones | 31 de diciembre del 2010 |
|---|---|---|---|---|
| **Costo:** | | | | |
| Terrenos | US$ | 867.720 | - | 867.720 |
| Planta y facilidades | | 1.243.824 | - | 1.243.824 |
| Edificios | | 433.993 | - | 433.993 |
| Servicios de apoyo | | 594.528 | 213.598 | 808.126 |
| Vehículos | | 70.500 | - | 70.500 |
| | US$ | 3.210.565 | 213.598 | 3.424.163 |
| **Depreciación acumulada:** | | | | |
| Planta y facilidades | US$ | 65.622 | 87.494 | 153.116 |
| Edificios | | 15.829 | 21.104 | 36.933 |
| Servicios de apoyo | | 67.051 | 128.312 | 195.363 |
| Vehículos | | 14.742 | 14.100 | 28.842 |
| | US$ | 163.244 | 251.010 | 414.254 |
| Valor neto en libros | US$ | 3.047.321 | (37.412) | 3.009.909 |

(14)   Activos Intangibles

Al 31 de diciembre de 2011, 2010 y 1 de enero del 2010, el resumen del movimiento de los activos intangibles, es el siguiente:

| | | Sistemas de Computación | Licencias | Total |
|---|---|---|---|---|
| Saldo al 1 de enero del 2010 | US$ | 60.564 | 3.336 | 63.900 |
| Adiciones | | - | 58.977 | 58.977 |
| Amortización | | (6.320) | (14.224) | (20.544) |
| Saldo al 31 de diciembre del 2010 | | 54.244 | 48.089 | 102.333 |
| Amortización | | (6.319) | (20.564) | (26.883) |
| Saldo al 31 de diciembre del 2011 | US$ | 47.925 | 27.525 | 75.450 |

(15)   Propiedades de Inversión

El movimiento de las propiedades de inversión al y por los años que terminaron el 31 de diciembre del 2011 y 2010, es como sigue:

- 29 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  |  | 2011 | 2010 |
|---|---|---|---|
| Saldo al inicio del año | US$ | 90.302 | 95.142 |
| Depreciación cargada a resultados | | (4.839) | (4.840) |
| Saldo al final del año | US$ | 85.463 | 90.302 |

Las propiedades de inversión incluyen las oficinas y parqueaderos que son arrendadas a PDV Ecuador S.A. Cada uno de los arriendos contiene un período inicial no cancelable de entre 2 y 3 años.

Las renovaciones posteriores son negociadas con el arrendatario. No se cobran cuotas contingentes.

(16)   Inversiones en Asociadas

Un detalle de las inversiones en asociadas es el siguiente:

|  | % Participación |  | 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|---|---|
| Compañías de Economía Mixta: | | | | | |
| Refinería del Pacífico - RDP | 49% | US$ | 181.153.804 | 117.285.965 | 25.977.920 |
| Operaciones Río Napo - ORN | 30% | | 59.800.290 | 21.884.953 | 12.819.281 |
| | | US$ | 240.954.094 | 139.170.918 | 38.797.201 |

Las inversiones corresponden a acciones en asociadas, las cuales se encuentran registradas por el método de participación; ninguna de las acciones es cotizada públicamente y, en consecuencia, no se dispone de precios de cotización publicados.

El derecho a voto de la Compañía en cada una de las entidades en las cuales tiene acciones, es igual al porcentaje de participación que posee. Un resumen de las principales actividades y operaciones de dichas compañías se presenta a continuación:

- Refinería del Pacífico - RDP Compañía de Economía Mixta (en etapa de desarrollo), fue constituida el 24 de Junio del 2008 en la ciudad de Manta - Ecuador. Su objetivo principal es la elaboración de derivados de petróleo, con una capacidad de refinación de 300.000 barriles por día, a fin de satisfacer la demanda interna y generar excedentes para la exportación.

- Operaciones Río Napo - ORN Compañía de Economía Mixta, fue constituida el 25 de Agosto del 2009 en la ciudad de Quito - Ecuador, sus actividades consisten principalmente en la prestación de servicios para la administración, incremento de producción, desarrollo, optimización, mejoramiento integral y explotación del Campo Sacha.

(Continúa)

- 30 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

El movimiento de las inversiones en asociadas es como sigue:

|  |  | Refinería del Pacífico | Operaciones Río Napo | Total |
|---|---|---|---|---|
| Saldo al 1 de enero del 2010 | US$ | 25.977.920 | 12.819.281 | 38.797.201 |
| Aportes: |  |  |  |  |
| Efectivo | | 82.525.238 | 3.006.313 | 85.531.551 |
| Compensación de servicios | | 15.557.617 | 11.713.311 | 27.270.928 |
| Pérdida en método de participación | | (6.774.810) | (5.653.952) | (12.428.762) |
| Saldo al 31 de diciembre del 2010 | | 117.285.965 | 21.884.953 | 139.170.918 |
| Aportes: |  |  |  |  |
| Efectivo | | 59.957.780 | 20.000.000 | 79.957.780 |
| Compensación de servicios | | 7.042.220 | 19.159.149 | 26.201.369 |
| Pérdida en método de participación | | (3.132.161) | (1.243.812) | (4.375.973) |
| Saldo al 31 de diciembre del 2011 | US$ | 181.153.804 | 59.800.290 | 240.954.094 |

Un detalle de los compromisos que mantiene la Compañía para con sus asociadas con relación a los aportes, es como sigue:

|  |  | Aportes acumulados comprometidos | Aportes reales acumulados al 31-Dec-11 | Pendiente por entregar |
|---|---|---|---|---|
| Refinería del Pacífico - CEM | US$ | 373.560.000 | 177.072.855 | 196.487.145 |
| Operaciones Río Napo - CEM | | 101.793.638 | 66.864.726 | 34.928.912 |
| | US$ | 475.353.638 | 243.937.581 | 231.416.057 |

(17)   Pagos Anticipados

Al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 los saldos de pagos anticipados corresponden, principalmente, al pago de los seguros sobre la propiedad, planta y equipos de la Compañía; los mismos que se reconocen como gasto por el método de línea recta durante el plazo de vigencia de las respectivas pólizas.

(18)   Cuentas por Cobrar Comerciales y Otras Cuentas por Cobrar

Un resumen de las cuentas por cobrar comerciales y otras cuentas por cobrar al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 es como sigue:

- 31 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  |  | 31 de diciembre del | | 1 de enero |
| --- | --- | --- | --- | --- |
|  |  | 2011 | 2010 | del 2010 |
| Deudores comerciales: |  |  |  |  |
| Compañías relacionadas (nota 24) | US$ | 3.627.103 | 4.779.561 | 3.228.096 |
| Petroecuador Empresa Pública - EP: |  |  |  |  |
| Reembolso torres de perforación |  | 245.768 | 4.096.192 | 4.472.480 |
| Venta de lubricantes |  | 865.251 | 455.810 | - |
| Otros clientes |  | 66.332 | 31.335 | 424.088 |
|  |  | 4.804.454 | 9.362.898 | 8.124.664 |
| Estimación para deterioro de valor |  | (242.578) | (242.578) | (2.304.295) |
|  |  | 4.561.876 | 9.120.320 | 5.820.369 |
| Otras cuentas por cobrar: |  |  |  |  |
| Instituciones gubernamentales - |  |  |  |  |
| Retenciones en la fuente de |  |  |  |  |
| impuesto a la renta (nota 23) |  | 886.691 | 453.486 | 38.939 |
| Funcionarios y empleados |  | 320.069 | 372.989 | 113.384 |
| Anticipos |  | 573.285 | 171.823 | 956.505 |
| Otras |  | 103.997 | 104.655 | 3.211 |
|  |  | 1.884.042 | 1.102.953 | 1.112.039 |
|  | US$ | 6.445.918 | 10.223.273 | 6.932.408 |

Los saldos de cuentas por cobrar deudores comerciales Petroecuador Empresa Pública - EP, corresponden a venta de lubricantes y a todos aquellos costos que fueron incurridos para proveer el servicio de las torres de perforación, entre los cuales se encuentran: movilización, mantenimiento, operación técnica, ente otros. Dichos costos fueron pagados por la Compañía, pero según el convenio de Cooperación en el Sector Energético (véase nota 23), éstos valores deben ser reembolsados según lo establecido en el documento en mención. Este saldo tiene vencimiento de 30 a 60 días y no genera intereses.

La exposición de la Compañía a los riesgos de crédito y moneda y las pérdidas por deterioro relacionadas con las cuentas por cobrar comerciales y otras cuentas por cobrar se revelan en la nota 6.

(19)   Patrimonio

Capital Social

La Compañía ha emitido únicamente acciones ordinarias y nominativas con valor nominal de US$10 cada una. El detalle de las acciones al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 es el siguiente:

PDVSA ECUADOR S. A.

(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | | 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|---|
| Acciones autorizadas, suscritas y pagadas | US$ | 10.000 | 10.000 | 10.000 |

Otras Reservas

El saldo de otras reservas corresponde al aporte para futuras capitalizaciones según Acta de Junta del Comité Ejecutivo No. 2011-07 del 28 de junio del 2011, en la que se resolvió capitalizar el monto de US$44.097.128 para mejorar su situación patrimonial (nota 23).

Resultado Acumulado Proveniente de la Adopción Por Primera Vez de las NIIF

La Superintendencia de Compañías del Ecuador, mediante Resolución SC.G.ICI.CPAIFRS.11.007 del 9 de septiembre del 2011, publicada en el Registro Oficial No. 566 del 28 de octubre del 2011, determinó que el saldo acreedor resultante de los ajustes provenientes de la adopción por primera vez de las "NIIF" y que se registraron en el patrimonio en una subcuenta denominada "Resultado acumulado proveniente de la adopción por primera vez de las NIIF", separada del resto de los resultados acumulados, sólo podrá ser capitalizado en la parte que exceda el valor de las pérdidas acumuladas y las del último ejercicio económico concluido, si las hubieren; utilizado para absorber pérdidas; o devuelto en el caso de liquidación de la Compañía.

Otros Resultados Integrales

La Compañía no tiene efectos por otros resultados integrales para el año 2011 (ni 2010).

(20) Beneficios a los Empleados

El detalle de beneficios de empleados al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 es el siguiente:

| | | 31 de diciembre del | | 1 de Enero del 2010 |
|---|---|---|---|---|
| | | 2011 | 2010 | |
| Sueldos y beneficios por pagar | US$ | 336.802 | 67.188 | 46.241 |
| Instituto Ecuatoriano de Seguridad Social - IESS | | 56.925 | 105.283 | 24.874 |
| Jubilación patronal e indemnización por desahucio | | 62.878 | 34.818 | 11.556 |
| | US$ | 456.605 | 207.289 | 82.671 |
| | | | | |
| Pasivo corriente | US$ | 393.727 | 172.471 | 71.115 |
| Pasivo no corriente | | 62.878 | 34.818 | 11.556 |
| | US$ | 456.605 | 207.289 | 82.671 |

(Continúa)

- 33 -

PDVSA ECUADOR S. A.

(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Jubilación Patronal e Indemnización por Desahucio

El movimiento del valor presente de la obligación por jubilación patronal e indemnización por desahucio por los años que terminaron el 31 de diciembre del 2011 y 2010 es como sigue:

| | | Jubilación patronal | Indemnización por desahucio | Total |
|---|---|---|---|---|
| Valor presente de obligaciones por beneficios | | | | |
| definidos al 1 de enero del 2010 | US$ | 9.315 | 2.241 | 11.556 |
| Costo laboral por servicios actuales | | 8.821 | 3.906 | 12.727 |
| Costo financiero | | 652 | 158 | 810 |
| Pérdida actuarial | | 5.688 | 4.037 | 9.725 |
| Gasto del período | | 15.161 | 8.101 | 23.262 |
| Valor presente de obligaciones por beneficios | | | | |
| definidos al 31 de diciembre del 2010 | | 24.476 | 10.342 | 34.818 |
| Costo laboral por servicios actuales | | 16.955 | 13.006 | 29.961 |
| Costo financiero | | 1.713 | 724 | 2.437 |
| Ganancia actuarial | | (2.752) | (1.586) | (4.338) |
| Gasto del período | | 15.916 | 12.144 | 28.060 |
| Valor presente de obligaciones por beneficios | | | | |
| definidos al 31 de diciembre del 2011 | US$ | 40.392 | 22.486 | 62.878 |

Según se indica en el Código de Trabajo del Ecuador todos aquellos empleados que cumplieren 25 años de servicio para una misma compañía tienen derecho a jubilación patronal. La Compañía acumula este beneficio con base en estudios anuales elaborados por una firma de actuarios independientes. Según se indica en tales estudios, el método actuarial utilizado es el "Método de Crédito Unitario Proyectado"; con el cual se atribuye una parte de los beneficios que se han de pagar en el futuro a los servicios prestados en el período corriente.

Las obligaciones se miden según sus valores descontados, puesto que existe la posibilidad de que sean satisfechas muchos años después de que los empleados hayan prestado sus servicios y se determina el importe de las pérdidas y ganancias actuariales. Las disposiciones legales no establecen la obligatoriedad de constituir fondos o asignar activos para cumplir con el plan.

La obligación del plan de jubilación considera la remuneración del empleado y demás parámetros establecidos en el Código de Trabajo del Ecuador, con un mínimo para la cuantificación de la pensión vitalicia mensual de US$20, si el trabajador es beneficiario de la jubilación del IESS, y de US$30 si sólo tiene derecho a la jubilación patronal, y 25 años mínimo de servicio sin edad mínima de retiro.

De acuerdo con los estudios actuariales, el valor presente de la reserva matemática actuarial de jubilación patronal al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 corresponde a empleados activos con tiempo de servicio menor a 10 años.

(Continúa)

- 34 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Los supuestos utilizados en los estudios actuariales fueron:

|  | 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|
| Tasa de descuento | 7,00% | 7,00% | 7,00% |
| Tasa de crecimiento de salario | 3,00% | 3,00% | 3,00% |
| Tasa de incremento de pensiones | 2.5% | 2.5% | 2.5% |
| Tabla de rotación | 8.9% | 8.9% | 8.9% |
| Vida laboral promedio remanente | 8,1 | 7,5 | 7,5 |
| Tabla de mortalidad e invalidez | TM IESS 2002 | TM IESS 2002 | TM IESS 2002 |

Las suposiciones actuariales constituyen las mejores estimaciones que la Compañía posee sobre las variables que determinarán el pago futuro de esta obligación. Los cambios en las tasas o supuestos usados en los estudios actuariales pueden tener un efecto importante en los montos reportados.

(21)   Cuentas por Pagar

El detalle de las cuentas por pagar al 31 de diciembre del 2011, 2010 y 1 de enero del 2010, es el siguiente:

|  |  | 2011 | 2010 | 1 de Enero del 2010 |
|---|---|---|---|---|
| Proveedores |  |  |  |  |
| Locales | US$ | 6.738.667 | 3.518.982 | 1.403.829 |
| Exterior |  | 2.915.689 | 1.497.505 | - |
|  |  | 9.654.356 | 5.016.487 | 1.403.829 |
| Relacionadas (nota 24) |  | 268.148.634 | 206.932.229 | 89.126.618 |
|  | US$ | 277.802.990 | 211.948.716 | 90.530.447 |
| Pasivo corriente |  | 277.045.285 | 211.191.011 | 90.530.447 |
| Pasivo no corriente | US$ | 757.705 | 757.705 | - |

La exposición de la Compañía al riesgo de liquidez relacionado con las cuentas por pagar se revela en la nota 6.

(22)   Otras Cuentas y Gastos Acumulados por Pagar

Un resumen de los saldos de otras cuentas y gastos acumulados por pagar al 31 de diciembre del 2011, 2010 y 1 de enero del 2010 es como sigue:

- 35 -

PDVSA ECUADOR S. A.

(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  |  | 2011 | 2010 | 1 de enero del 2010 |
|---|---|---|---|---|
| Servicio Rentas Internas - SRI: |  |  |  |  |
| Retenciones de impuesto a la renta | US$ | 72.353 | 1.238.353 | 726.696 |
| Retenciones de IVA |  | 98.626 | 313.527 | 418.031 |
| Otras |  | 175.892 | 10.587 | 24.243 |
|  | US$ | 346.871 | 1.562.467 | 1.168.970 |

(23)   Impuesto a la Renta

Gasto por Impuesto a la Renta

El gasto por impuesto a la renta consiste de:

|  |  | Año terminado el 31 de diciembre del | |
|---|---|---|---|
|  |  | 2011 | 2010 |
| Impuesto a la renta corriente estimado | US$ | 542.058 | - |
| Impuesto a la renta diferido |  | - | 8.782 |
|  | US$ | 542.058 | 8.782 |

Gasto de Impuesto a la Renta

A partir de la vigencia de la Ley Reformatoria a la Ley de Régimen Tributario y a la Ley Reformatoria para la Equidad Tributaria, publicada en el Registro Oficial Suplemento 94 con fecha 23 de diciembre del 2009, la Compañía considera para propósitos del cálculo del impuesto a la renta corriente, el monto mayor entre el anticipo mínimo de impuesto a la renta y el impuesto a la renta causado en el año. El impuesto a la renta corriente del año 2011 corresponde al anticipo mínimo; debido a que según criterio de la administración y de sus asesores legales, la Compañía es considerada como una sociedad recién constituida, la misma que inició su proceso productivo y comercial a partir del año 2009; por lo tanto, la Compañía está sujeta al pago del anticipo de impuesto a la renta después del segundo año de operación efectiva.

Impuesto a la renta por Pagar

Un resumen del movimiento de impuesto a la renta por pagar por los años que terminaron el 31 de diciembre de 2011 y 2010 es el siguiente:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

|  |  | 2011 | | 2010 |
|---|---|---|---|---|
|  |  | Cuentas por | | Cuentas |
|  |  | Cobrar | Pagar | por Cobrar |
| Saldos al inicio del año | US$ | 453.486 | - | 38.939 |
| Mas: |  |  |  |  |
| Impuesto a la renta del año |  | - | 542.058 | - |
| Impuestos retenidos por terceros |  | 975.263 | - | 414.547 |
|  |  | 975.263 | 542.058 | 414.547 |
| Menos: compensación de |  |  |  |  |
| impuesto a la renta |  | (542.058) | 542.058 | - |
| Saldos al final del año | US$ | 886.691 | - | 453.486 |

Pasivo por Impuesto Diferido

El pasivo por impuesto diferido es atribuible a lo siguiente:

|  |  | 2011 | 2010 | 1 de Enero del 2010 |
|---|---|---|---|---|
| Pasivo - propiedades y equipos | US$ | 28.840 | 28.840 | 20.058 |

Impuesto Diferido Activo no Reconocido

Al 31 de diciembre de 2011 la Compañía no ha reconocido impuesto diferido activo por US$10.148.844 que correspondiente a pérdidas tributarias que expiran en 5 años. El activo por impuesto diferido no ha sido reconocido debido a que no es probable que utilidades disponibles sean generadas y también se consideró que de acuerdo con las proyecciones de flujos futuros los valores de impuesto a la renta calculados, serán significativamente menores que los valores de anticipos de impuesto a la renta que se debe pagar y que al final constituyen el impuesto a la renta mínimo de acuerdo con las normas legales vigentes.

Precios de Transferencia

El Decreto Ejecutivo No. 2430 publicado en el Suplemento al Registro Oficial No. 494 del 31 de diciembre del 2004 incorporó a la legislación tributaria, con vigencia a partir del 2005, normas sobre la determinación de resultados tributables originados en operaciones con partes relacionadas. Adicionalmente, durante el año 2008, la normativa fue modificada mediante Resolución del Servicio de Rentas Internas (SRI) No. NAC-DGER2008-464 publicada el 25 de abril del 2008 en el Registro Oficial No. 324, en la que resolvió que los requisitos para la presentación de información con referencia a dicha normativa tiene relación únicamente para las operaciones con partes relacionadas domiciliadas en el exterior cuyo monto acumulado en el ejercicio fiscal sea superior a US$5.000.000.

En atención a esta disposición, la Compañía preparó un estudio de precios de transferencia sobre las operaciones realizadas con partes relacionadas del exterior durante 2011 y 2010. El estudio no dio lugar a ajustes que afectaran los ingresos, costos y gastos fiscales de la Compañía.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Situación Fiscal

Las declaraciones de impuesto a la renta, impuesto al valor agregado y retenciones en la fuente presentadas por la Compañía por los años 2010 al 2012, están abiertas a revisión de las autoridades tributarias.

(24)   Transacciones y Saldos con Partes Relacionadas

(a)   Transacciones con Compañías Relacionadas

El resumen de las principales transacciones con compañías relacionadas es el siguiente:

| | Nota | | PDV Andina S.A. | PDVSA América S.A. | Refinería del Pacífico CEM | Operaciones Río Napo CEM | PDV Ecuador S.A. | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Diciembre 2011 | | | |
| Accionistas: | | | | | | | | |
| Efectivo recibido | | US$ | 103.291.650 | 1.043.350 | - | - | - | 104.335.000 |
| Servicios recibidos | | | 968.147 | 9.780 | - | - | - | 977.927 |
| Aportes asociadas: | 16 | | | | | | | - |
| Efectivo | | | - | - | 59.957.780 | 20.000.000 | - | 79.957.780 |
| Compensación servicios | | | - | - | 7.042.220 | 19.159.149 | - | 26.201.369 |
| Servicios prestados | | | - | - | 5.830.588 | 14.222.018 | 671.692 | 20.724.298 |
| Servicios recibidos | | | - | - | - | - | 46.988 | 46.988 |
| Arrendamientos | | | - | - | - | - | 87.600 | 87.600 |
| Compra de lubricantes | | | - | - | - | - | 4.601.942 | 4.601.942 |
| Pagos efectuados | | | - | - | - | - | 3.937.920 | 3.937.920 |
| Reembolsos de gastos | | US$ | - | - | 1.664.717 | 632.386 | 863.683 | 3.160.786 |

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | Nota | | | Diciembre 2010 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | PDV Andina S.A. | PDVSA América S.A. | Refinería del Pacífico CEM | Operaciones Río Napo CEM | PDV Ecuador S.A. | PDVSA Servicios S.A. | Total |
| **Accionistas:** | | | | | | | | |
| Efectivo recibido | US$ | 113.813.972 | 1.149.637 | - | - | - | - | 114.963.609 |
| Servicios recibidos | | 2.914.046 | 29.434 | - | - | - | - | 2.943.480 |
| Aportes asociadas: | 16 | - | | | | | | |
| Efectivo | | - | - | 82.525.238 | 3.006.313 | - | - | 85.531.551 |
| Compensación de servicios | | - | - | 15.557.617 | 11.713.311 | - | - | 27.270.928 |
| Servicios prestados | | - | - | 6.236.291 | 14.770.001 | 824.172 | - | 21.830.464 |
| Servicios recibidos | | - | - | - | - | - | 902.256 | 902.256 |
| Arrendamientos | | - | - | - | - | 87.600 | - | 87.600 |
| Compra de lubricantes | | - | - | - | - | 3.702.794 | - | 3.702.794 |
| Pagos efectuados | | - | - | - | - | 3.702.794 | 376.332 | 4.079.126 |
| Reembolsos de gastos | US$ | - | - | - | - | 868.128 | - | 868.128 |

(Continúa)

- 39 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Al 31 de diciembre del 2011 y 2010 la Compañía mantiene suscritos los siguientes contratos con sus compañías relacionadas:

Convenio de Exploración del Bloque 4

La Compañía suscribió el 16 de septiembre de 2008 el Convenio de Exploración del Bloque 4 de la Región Costa afuera del Golfo de Guayaquil. Mediante dicho convenio, la Compañía se compromete a la ejecución de actividades de desarrollo, producción y exploración complementaria con Operaciones Río Napo Compañía de Economía Mixta, en la cual participa PDVSA Ecuador S. A. con el 30%.

Las actividades que corresponden a la Compañía bajo el convenio antes indicado son, la adquisición e interpretación sísmica, recopilación de datos los cuales incluye sísmica 2D y 3D, finalización de estudios geológicos, para lo cual PDVSA Ecuador S. A. aportará capital y tecnología. Adicionalmente, el convenio establece que el monto de las inversiones, costos y gastos desembolsados por PDVSA Ecuador S. A. en la fase exploratoria serán recuperados en un porcentaje adecuado con los ingresos generados por la producción del Bloque 4; y que los riesgos e inversiones serán asumidos en su totalidad y bajo la responsabilidad exclusiva de PDVSA Ecuador S. A.; por lo que, la decisión de continuar con las actividades de explotación será de la Compañía.

Durante el mes de diciembre de 2009, la Compañía notificó a Petroproducción que las actividades exploratorias realizadas en el Bloque 4 determinaron que no existen reservas comercialmente explotables.

La Compañía durante el año 2010 culminó los estudios en la Zona Costa Afuera del Bloque 4 donde se interpretaron más de 2.000 kilómetros (km) lineales de sísmica 2D; adicionalmente, se elaboró la evaluación petrofísica de los pozos perforados, se integró la información de perforación y evaluación, así como los resultados de la campaña de geología de superficie y los análisis geoquímicos de pozos y muestras de fondo marino, donde se concluyó que el área dentro del bloque en estudio presenta un bajo potencial petrolífero y un alto riesgo geológico.

Con fecha 31 de marzo del 2011 se remitió al Ministerio de Recursos Naturales No Renovables y a la Secretaría de Hidrocarburos el oficio No. PROY-060-PDVSA-EC-2011, en el cual se comunica que los estudios realizados permiten concluir que no existen acumulaciones comerciales de hidrocarburos en el Bloque 4 y por lo tanto deciden terminar las actividades de exploración en dicho bloque.

Mediante oficio No. GER-066-PDVSA-EC-2011 con fecha 10 de junio del 2011, la Compañía comunicó a la Gerencia General de Petroecuador, el personal designado para la elaboración del acta de finiquito del convenio y su respectivo ademdum modificatorio.

Posteriormente con fecha 18 de agosto del 2011 mediante oficio N° PROY-0161-PDVSA-EC-2011, la Compañía comunicó a la Unidad Coordinadora de Exploración la entrega del informe final de la exploración del Bloque 4.

Mediante oficio No. PDV-GCP-SHA-OFC-13-0016 con fecha 15 de marzo del 2013 se remitió al Ministerio de Ambiente el informe de Reforestación del área de Perforación exploratoria Puna Á, en la isla Puná Bloque 4.

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Con fecha 26 de abril del 2013 y 29 de abril del 2013 mediante oficios N° PDC-GCP-SHA-13-0018 y PDC-GCP-EXP-13-0019 se comunicó al Ministerio de Ambiente como a la Secretaria de Hidrocarburos, respectivamente, que la Compañía se encuentra a la espera de las respuestas tanto de informe de Reforestación del área de perforación exploratoria Puna Á, en la isla Puná Bloque 4; así como, también del proceso de finiquito de la entrega del Bloque 4.

Acuerdo de Cooperación con Refinería del Pacífico Compañía de Economía Mixta

Con fecha 20 de mayo del 2009, se suscribe el "Acuerdo de Cooperación y Servicio para el Desarrollo de la Gerencia de Ingeniería, Gestión de Contratación, Procura e Implementación del Proyecto Complejo Refinador y Petroquímico del Pacífico Ecuatoriano en la Provincia de Manabí, República del Ecuador" entre Refinería del Pacífico RDP Compañía de Economía Mixta (RDP) y PDVSA Ecuador S. A. Dicho convenio establece las obligaciones, derechos y condiciones para el desarrollo de la gerencia del proyecto Refinador y Petroquímico del Pacífico Ecuatoriano.

Entre las principales actividades que la Compañía debe cumplir, se encuentran:

- Levantamiento de la línea base ambiental

- Selección del sitio factible para la ejecución del proyecto

- Desarrollo de la ingeniería en todas sus fases de acuerdo a lo indicado en las guías de gerencia de proyectos de inversión de capital de Petróleos de Venezuela S. A.

- Aplicación de las mejores prácticas (medición del grado de definición de proyectos, análisis de constructibilidad, ingeniería de valor y otros).

- Elaboración, control y seguimiento del Plan de Ejecución de Proyecto (PEP).

- Elaboración de estimados de costos requeridos. Evaluación, aseguramiento y control de calidad de ingeniería (ACCI).

- Estudio ambiental

- Gestión de procura mediante actividades de evaluación técnica y económica de ofertas de fabricantes, suplidores y contratistas.

Por la realización de dichos servicios, Refinería del Pacífico cancelará a la Compañía los gastos reales, reembolsables y overhead por el servicio (ver nota 7). En el año que terminó el 31 de diciembre de 2011, la Compañía recibió reembolsos de los gastos relacionados por el servicio de gerencia del proyecto de Refinería del Pacífico en fase de conceptualización e ingeniería básica por US$1.664.717.

Adicionalmente, el 22 de julio del 2009 la Compañía firmó un contrato con TECHNIP KTI con el fin de dar soporte técnico a las actividades de la Gerencia del Proyecto durante la ejecución de la Ingeniería Básica y la Ingeniería Conceptual a ser desarrollada por terceros, con el fin de garantizar la calidad, el tiempo de ejecución y los costos de desarrollo de la ingeniería del proyecto "Complejo Refinador y Petroquímico del Pacífico Ecuatoriano". El contrato tuvo una vigencia de 20 meses a partir de la firma del contrato.

(Continúa)

- 41 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Servicio de Taladros con Operaciones Río Napo - CEM

Con fecha 14 de enero del 2010, PDVSA Ecuador S. A. y Operaciones Río Napo - CEM firmaron un convenio mediante el cual PDVSA Ecuador puso a disposición de Río Napo dos torres de perforación para la prestación de los servicios de perforación de pozos horizontales, direccionales y verticales de conformidad con las especificaciones técnicas de dicho acuerdo.

El monto del contrato es de US$45.219.759 más IVA calculado sobre la base de precios unitarios presentados en el acuerdo.  La vigencia del contrato es de dos años, y regirá a partir del inicio del servicio pudiendo prorrogarse hasta por un año.  Durante el año terminado el 31 de diciembre del 2011, el ingreso por concepto de este servicio reconocido en resultados ascendió a US$14.222.018 (US$14.770.001 en el 2010).

Los taladros con los cuales la Compañía presta el servicio a Operaciones Río Napo - CEM son de propiedad de PDVSA Petróleo S. A. (compañía domiciliada en Venezuela).  Por dichos taladros, no se tiene firmado ningún documento o convenio que establezca los términos y condiciones de su uso, ni tampoco se ha establecido una tarifa  o arriendo y ningún valor ha sido cargado a la Compañía por el uso de los mismos

El siguiente es un detalle de los saldos con compañías relacionadas al 31 de diciembre del 2011 y 2010:

| | | 31 de diciembre del | | 1 de enero |
| | | 2011 | 2010 | del 2010 |
|---|---|---|---|---|
| Activos: | | | | |
| Cuentas por cobrar: | | | | |
| Operaciones Río Napo | US$ | 1.628.748 | 3.996.657 | - |
| Refinería del Pacífico - CEM | | 1.996.811 | 781.360 | 2.300.054 |
| PDV Andina S.A. | | 1.529 | 1.529 | - |
| PDV Ecuador S.A. | | - | - | 928.042 |
| PDVSA América S.A. | | 15 | 15 | - |
| | US$ | 3.627.103 | 4.779.561 | 3.228.096 |
| Pasivos: | | | | |
| Cuentas por pagar: | | | | |
| PDV Andina S.A. | US$ | 263.435.978 | 202.832.338 | 86.104.320 |
| PDVSA América S.A. | | 2.660.970 | 2.048.811 | 869.740 |
| Refinería del Pacífico - CEM | | 1.293.375 | 1.293.375 | - |
| PDVSA Servicios S.A. | | 757.705 | 757.705 | 1.846.181 |
| PDVSA Bolivia | | 606 | - | 306.377 |
| | US$ | 268.148.634 | 206.932.229 | 89.126.618 |

Los saldos con compañías relacionadas no devengan, ni causan intereses y son cobrados y pagados, según sea aplicable, en 90 días posteriores a la fecha de emisión de las facturas.

- 42 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

Un movimiento del por pagar a los accionistas se muestra a continuación:

|  | | PDV Andina S.A. | PDVSA América S.A. | Total |
|---|---|---|---|---|
| Saldo al 1 de enero del 2010 | US$ | 86.104.320 | 869.740 | 86.974.060 |
| Efectivo recibido | | 113.813.972 | 1.149.637 | 114.963.609 |
| Servicios recibidos | | 2.914.046 | 29.434 | 2.943.480 |
| Saldo al 31 de diciembre del 2010 | | 202.832.338 | 2.048.811 | 204.881.149 |
| Efectivo recibido | | 103.291.650 | 1.043.350 | 104.335.000 |
| Aportes para futuras capitalizaciones | | (43.656.157) | (440.971) | (44.097.128) |
| Servicios recibidos | | 968.147 | 9.780 | 977.927 |
| Saldo al 31 de diciembre del 2011 | US$ | 263.435.978 | 2.660.970 | 266.096.948 |

(b)   Compensación Recibida por el Personal Clave de la Gerencia

Las compensaciones recibidas por el personal ejecutivo y por la gerencia clave por sueldos y beneficios sociales a corto plazo se resumen a continuación:

|  | | Año terminado el 31 de diciembre del | |
|---|---|---|---|
|  | | 2011 | 2010 |
| Sueldos y salarios | US$ | 306.841 | 311.436 |
| Beneficios a corto plazo | | 5.632 | 4.995 |
|  | US$ | 312.473 | 316.431 |

(25)   Explicación de efectos de la transición a NIIF

Como se indica en la nota 2(a), éstos son los primeros estados financieros de la Compañía preparados bajo Normas Internacionales de Información Financiera (NIIF). En la preparación del estado de situación financiera de apertura bajo NIIF, la Compañía ha ajustado los montos reportados previamente en los estados financieros preparados bajo las Normas Ecuatorianas de Contabilidad (NEC).

Una explicación de cómo la transición de NEC a NIIF han afectado la situación financiera, el desempeño financiero y los flujos de efectivo se muestra en los siguientes cuadros y notas que se acompañan:

(a)   Estados de Situación Financiera al 1 de Enero y al 31 de Diciembre del 2010

En la preparación de los estados de situación financiera de apertura (1 de enero del 2010), y comparativo (31 de diciembre del 2010) la Compañía ha realizado ajustes y reclasificaciones de cuentas previamente reportadas en los estados financieros preparados de acuerdo con sus anteriores bases contables (NEC).

Los principales efectos de la adopción sobre los Estados de Situación Financiera al 1 de enero y al 31 de diciembre del 2010, se resumen a continuación:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| Activos | | 31 de diciembre del 2010 | | | | 1 de enero del 2010 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | NEC | Ajustes | Reclasificaciones | NIIF | NEC | Ajustes | Reclasificaciones | NIIF |
| Activos no corrientes: | US$ | | | | | | | | |
| Crédito tributario | | - | - | 2.729.080 | 2.729.080 | - | - | 2.206.603 | 2.206.603 |
| Propiedad, planta y equipos | | 3.077.154 | 125.390 | (192.635) | 3.009.909 | 3.119.157 | 87.206 | (159.042) | 3.047.321 |
| Intangibles | | - | - | 102.333 | 102.333 | - | - | 63.900 | 63.900 |
| Propiedades de inversión | | - | - | 90.302 | 90.302 | - | - | 95.142 | 95.142 |
| Inversiones | | 112.420.521 | 26.750.397 | - | 139.170.918 | 12.918.119 | 25.879.083 | - | 38.797.202 |
| Otros activos | | 69.777 | - | - | 69.777 | - | - | 52.690 | 52.690 |
| Total activos no corrientes | | 115.567.452 | 26.875.787 | 2.729.080 | 145.172.319 | 16.037.276 | 25.966.289 | 2.259.293 | 44.262.858 |
| Activos corrientes: | | | | | | | | | |
| Gastos pagados por anticipado | | 92.685 | - | - | 92.685 | 34.113 | - | - | 34.113 |
| Inventarios | | - | 285.221 | - | 285.221 | 14.219 | - | - | 14.219 |
| Crédito Tributario | | - | - | 561.154 | 561.154 | - | - | 711.633 | 711.633 |
| Otras cuentas por cobrar | | 8.489.379 | - | (8.489.379) | - | 8.555.446 | - | (8.555.446) | - |
| Cuentas por cobrar comerciales y otras cuentas por cobrar | | 6.295.081 | (1.270.953) | 5.199.145 | 10.223.273 | 1.347.889 | - | 5.584.519 | 6.932.408 |
| Efectivo y equivalentes de efectivo | | 2.859.540 | - | - | 2.859.540 | 6.222.281 | - | - | 6.222.281 |
| Total activos corrientes | | 17.736.685 | (985.732) | (2.729.080) | 14.021.873 | 16.173.948 | - | (2.259.294) | 13.914.654 |
| Total activos | US$ | 133.304.137 | 25.890.055 | - | 159.194.192 | 32.211.224 | 25.966.289 | - | 58.177.512 |

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| Pasivos y Patrimonio | | 31 de diciembre del 2010 | | | | 1 de enero del 2010 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | NEC | Ajustes | Reclasificaciones | NIIF | NEC | Ajustes | Reclasificaciones | NIIF |
| Patrimonio: | US$ | | | | | | | | |
| Capital social | | 10.000 | - | - | 10.000 | 10.000 | - | - | 10.000 |
| Pérdidas acumuladas | | (80.393.220) | 25.830.100 | - | (54.563.120) | (62.998.515) | 29.363.881 | - | (33.634.634) |
| Patrimonio neto | | (80.383.220) | 25.830.100 | - | (54.553.120) | (62.988.515) | 29.363.881 | - | (33.624.634) |
| Pasivos no corrientes: | | | | | | | | | |
| Cuentas por pagar | | 204.881.149 | - | (204.123.444) | 757.705 | 86.974.060 | - | (86.974.060) | - |
| Beneficios de empleados | | 3.702 | 31.116 | - | 34.818 | - | 11.556 | - | 11.556 |
| Impuesto a la renta diferido | | - | 28.840 | - | 28.840 | - | 20.058 | - | 20.058 |
| Total pasivos no corrientes | | 204.884.851 | 59.956 | (204.123.444) | 821.363 | 86.974.060 | 31.614 | (86.974.060) | 31.614 |
| Pasivos corrientes: | | | | | | | | | |
| Cuentas por pagar | | 8.630.034 | - | 202.560.977 | 211.191.011 | 8.154.561 | (3.429.204) | 85.805.090 | 90.530.447 |
| Otras cuentas y gastos acumulados por pagar | | - | - | 1.562.467 | 1.562.467 | - | - | 1.168.970 | 1.168.970 |
| Beneficios de empleados | | 172.471 | - | - | 172.471 | 71.115 | - | - | 71.115 |
| Total pasivos corrientes | | 8.802.505 | - | 204.123.444 | 212.925.949 | 8.225.676 | (3.429.204) | 86.974.060 | 91.770.532 |
| Total pasivos | | 213.687.356 | 59.956 | - | 213.747.312 | 95.199.736 | (3.397.590) | - | 91.802.146 |
| Total pasivo y patrimonio neto | US$ | 133.304.136 | 25.890.056 | - | 159.194.192 | 32.211.221 | 25.966.291 | - | 58.177.512 |

(Continúa)

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(b)   Conciliación del Patrimonio Neto

A continuación se presenta la conciliación del patrimonio neto de la compañía al 1 de enero del 2010 (fecha de transición) y al 31 de diciembre del 2010 (fecha de estados financieros comparativos):

| | | 2010 | |
| --- | --- | --- | --- |
| | Ref | 1 de enero | 31 de diciembre |
| Patrimonio de la Compañía reportado según NEC | US$ | (62.988.515) | (80.383.220) |
| Corrección de error: | | | |
| Pérdida para deterioro cuentas por cobrar | 1 | - | (1.270.953) |
| Inventarios | 2 | | 285.221 |
| Total ajustes por corrección de error | | - | (985.732) |
| Detalle de ajustes por adopción de NIIF: | | | |
| Inversiones | 3 | 25.879.083 | 26.750.397 |
| Cuentas por pagar | | 3.429.205 | - |
| Propiedad, planta y equipo | 4 | 87.206 | 125.390 |
| Beneficios a los empleados | 5 | (11.556) | (31.116) |
| Efecto impuestos diferidos (diferencias temporales) | 6 | (20.058) | (28.840) |
| Total ajustes por adopción de NIIF | | 29.363.881 | 26.815.831 |
| Patrimonio de la Compañía según NIIF | US$ | (33.624.634) | (54.553.120) |

(c)   Estado de Resultados Integrales

La conciliación de la pérdida neta reportada en el estado de resultados integrales al y por el año terminado el 31 de diciembre del 2010, se resumen a continuación:

| | Ref | |
| --- | --- | --- |
| Pérdida neta reportada según NEC | US$ | (17.394.705) |
| Corrección de error: | | |
| Pérdida para deterioro cuentas por cobrar | 1 | (1.270.953) |
| Inventarios | 2 | 285.221 |
| Total ajustes por corrección de error | | (985.732) |
| Detalle de ajustes por adopción de NIIF: | | |
| Inversiones | 3 | 871.314 |
| Cuentas por pagar | | (3.429.204) |
| Propiedad, planta y equipo | 4 | 38.184 |
| Beneficios a los empleados | 5 | (19.560) |
| Efecto impuestos diferidos (diferencias temporales) | 6 | (8.782) |
| Total ajustes por adopción NIIF | | (2.548.048) |
| Utilidad neta según NIIF | US$ | (20.928.486) |

(Continúa)

- 46 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(d)   Explicación resumida de los ajustes y reclasificación por aplicación de las NIIF:

1.   Pérdida para deterioro cuentas por cobrar: La Compañía reconoció una pérdida con respecto al deterioro de la cuenta por cobrar que mantenía con su compañía relacionada al no existir posibilidad de recuperación.

2.   Inventarios: La Compañía reversó de los resultados del año un monto de inventarios por US$285.221, ya que dichos inventarios fueron recién consumidos en el 2011; y, por tanto debían quedar reflejados su existencia.

3.   Inversiones y cuentas por pagar: La Compañía adoptó como política contable la capitalización de los desembolsos relacionados con la fase inicial de ingeniería conceptual, correspondientes a visualización y conceptualización del proyecto de construcción de Refinería del Pacífico.  Por lo antes mencionado, se reversaron los desembolsos que fueron reconocidos inicialmente como gasto.

4.   Propiedad, planta y equipos: De conformidad con lo estipulado en los principios de contabilidad anteriores, la propiedad, planta y equipo se depreciaron con premisas tributarias.  Las NIIF requieren que revisen la vida útil y el valor residual de los bienes en cada período, los que deben estar en función del tiempo estimado de uso.  El valor residual y la vida útil estimados de la propiedad, planta y equipos fueron determinados por un valuador por lo que se realizó la corrección correspondiente a la depreciación en cada año.

5.   Beneficios a empleados: A los fines de la adopción de las NIIF, la Compañía obtuvo estudios actuariales con base en la metodología requerida por tales Normas, ajustando los saldos en los estados financieros.

6.   Reconocimiento de impuestos diferidos: Las NIIF requieren el reconocimiento de impuestos diferidos usando el método del balance que está orientado al cálculo de las diferencias temporarias entre la base tributaria de un activo o un pasivo y su valor contable en el balance.  Los ajustes en la valuación de los activos y pasivos generados por la aplicación de las NIIF y otras diferencias entre los saldos contables y tributarios han significado la determinación de diferencias temporarias que fueron registradas como activos (pasivos) por impuestos diferidos.

(e)   Reclasificaciones en Activos y/o Pasivos

La Administración de la Compañía ha efectuado, entre otras, las siguientes reclasificaciones en el estado de situación financiera, para una apropiada presentación de acuerdo con lo previsto en las NIC 1:

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

| | Presentación según | | 2010 | |
|---|---|---|---|---|
| Cuenta | NEC | NIIF | 31 de diciembre | 1 de enero |
| Otras cuentas por cobrar Impuesto al valor agregado | Otras cuentas por cobrar | Crédito tributario no corriente | 2.729.080 | 2.206.603 |
| | Otras cuentas por cobrar | Crédito tributario corriente | 561.154 | 711.633 |
| Intangibles | Propiedad, planta y equipos | Intangibles | 102.333 | 63.900 |
| Propiedades de Inversión | Propiedad, planta y equipos | Propiedades de inversión | 90.302 | 95.142 |
| Fondos en garantía | Otras cuentas por cobrar | Otros activos | 69.777 | 52.690 |
| Otros cuentas por cobrar a: Servicio de Rentas Internas Anticipo proveedores Empleados | Otras cuentas por cobrar | Cuentas por cobrar comerciales y otras Cuentas por cobrar | 5.199.145 | 5.584.519 |
| Cuentas por pagar relacionadas no corriente | Cuentas por pagar relacionadas no corriente | Cuentas por pagar corriente | 202.560.977 | 85.805.090 |
| Cuentas por pagar | Cuentas por pagar | Otras cuentas y gastos acumulados por pagar | 1.562.467 | 1.168.970 |

(f)    Estado de Flujo de Efectivo

A continuación se presenta un resumen de los principales ajustes al estado de flujos de efectivo del año 2010:

| Conciliación | NEC | Diferencia | NIIF |
|---|---|---|---|
| Flujos de efectivo utilizados en actividades de operación | (37.525.008) | 5.002.789 | (32.522.219) |
| Flujos de efectivo utilizados en actividades de inversión | (80.801.342) | (5.002.789) | (85.804.131) |
| Flujos de efectivo provenientes de actividades de financiamiento | 114.963.609 | - | 114.963.609 |

(Continúa)

- 48 -

PDVSA ECUADOR S. A.
(Una subsidiaria de PDV Andina S. A.)

Notas a los Estados Financieros

(Montos en Dólares de los Estados Unidos de América - US$)

(26)   <u>Eventos Subsecuentes</u>

La Compañía ha revelado los eventos subsecuentes hasta el 15 de septiembre del 2013, fecha en la cual los estados financieros fueron autorizados para su emisión.   Ningún evento significativo ocurrió con posterioridad al 31 de diciembre del 2011, fecha del estado de situación financiera pero antes del 15 de septiembre del 2013, que requiera revelación o ajuste a los estados financieros adjuntos.

# EXHIBIT K14


**PDVSA**
ECUADOR

**INFORME DEL GERENTE GENERAL A LA**
**JUNTA GENERAL DE ACCIONISTAS DE PDVSA ECUADOR S.A.**
**REFERENTE AL EJERCICIO ECONOMICO 2010**

De conformidad a lo establecido en el artículo Vigésimo Segundo del Estatuto Social de la compañía PDVSA ECUADOR S.A., contenido en la Escritura Pública celebrada ante el Notario Vigésimo Cuarto del cantón Quito, Dr. Sebastián Valdivieso Cueva, en fecha 31 de enero de 2008 y de acuerdo al nombramiento extendido e inscrito bajo el No.3334 del Registro de Nombramientos Tomo No.139, en el Registro Mercantil de Quito el 1 de abril de 2008, comparezco ante la Junta General de Accionistas a fin de dar a conocer el presente informe de actividades:

1. Durante el ejercicio económico 2010, se continuó con los proyectos iniciados en el año 2008, entre ellos: I) el suministro de dos torres de perforación de PDVSA a la República del Ecuador; II) la exploración a riesgo del Bloque 4 para determinar reservas hidrocarburíferas de crudo y gas existentes en la zona; III) la optimización para el incremento de la producción del Campo Sacha conjuntamente con Petroecuador para lo cual se creó la empresa mixta "Operaciones Río Napo"; IV) la construcción de un Complejo Refinador y Petroquímico en la Provincia de Manabí a través de la Compañía de Economía Mixta Refinería del Pacífico y finalmente; V) el intercambio de crudo ecuatoriano por productos refinados venezolanos, todo lo cual ha dado como resultado que PDVSA adquiera estabilidad y se convierta en un actor clave del sector hidrocarburifero en el Ecuador. Por consiguiente, se ha cumplido a cabalidad los objetivos de la compañía, esperando a futuro incrementar los proyectos y expandir la influencia de la compañía en territorio ecuatoriano.

2. Hasta diciembre del 2010 se ejecutó el Convenio de Cooperación para la utilización de dos taladros de propiedad de PDVSA Venezuela y que fueron utilizados en el desarrollo de los planes operativos de la empresa mixta Río Napo.

3. La Operación del Campo Sacha y de la empresa mixta Rio Napo presentó una producción incremental que no se vio reflejada como tal, debido al establecimiento de la declinación irreal (4.1%). El cambio con el punto de partida de la producción base del Campo de 49.7 a 51.6 impactó la producción acumulada en el primer año en más de 822MBPP, volumen que pierde Río Napo y PDVSA.

4. Convenio de Exploración en el Bloque 4 de la Región Costa afuera del Golfo de Guayaquil en la Isla Puna con Petroproducción. PDVSA no recibió toda la información que Petroecuador poseía sobre la sísmica del Bloque 4, a pesar de que PDVSA ofreció procesar sin costo las cintas de los registros. Al finalizar y entregar el estudio del pozo Puna IX que reflejó la poca prospectividad del área, se concluyó que dicha información habría ahorrado 55 millones a PDVSA.

5. La ejecución del Proyecto de la Refinería del Pacífico Eloy Alfaro. En encuentro de presidentes del 5 y 6 julio del 2010 se acordó que PDVSA Ingeniería y Construcción no continuará gerenciando la ejecución del proyecto de la Refinería y que en su lugar se contraría una empresa internacional (PMC). Lo propio se acordó para la Gerencia General de RDP. El proceso de búsqueda de financiamiento se encuentra en manos de Petroecuador, unilateralmente contrataron un asesor financiero (Mizuho-Japón) dejando de lado al equipo de la empresa mixta conformada para tal fin. Petroecuador está al día con los aportes, no así PDVSA que mantiene un déficit de 49 MM$.

6. El Convenio de intercambio de crudo por productos presenta, hasta septiembre 2010, 81 millones de barriles de crudo entregado por Petroecuador y 55 millones de barriles de productos entregados por PDVSA. Sin embargo el volumen de intercambio se ha visto disminuido desde 100.000 BPD en el primer trimestre, a 40.000 bpd, esto debido a una "nueva estrategia comercial" y de nuevas especificaciones de productos exigidos por Petroecuador a PDVSA para cumplir con la nueva norma INEN (no establecidas en el contrato vigente).

1


**PDVSA**
ECUADOR

.../... INFORME DEL GERENTE GENERAL EJERCICIO ECONOMICO 2010

7. Se continúa con la producción y comercialización de lubricantes marca PDV. Cumpliendo el contrato suscrito entre Petroecuador y PDVSA se elaboró 584.503 galones de lubricantes con la marca Petrocomercial y se continúan actividades de proyección al siguiente período

8. El posicionamiento de la imagen de PDVSA a través de su carca PDV en algunas ciudades principales del Ecuador, inició la operación de dos nuevas EESS, con las que en total se cuentan 13 estaciones de servicio operando.

9. En cuanto a las disposiciones de la Junta General de Accionistas, debo afirmar que dichas disposiciones fueron cumplidas a cabalidad y ejecutadas dentro de las competencias y procedimientos establecidos en el Estatuto Social de la compañía.

10. El año 2010 no registra ganancias o excedentes, al contrario, se ha invertido en bienes de capital, instalaciones y exploración de riesgo como en el caso del Bloque 4 y en recursos humanos, a fin de conformar todo el staff y el equipo técnico para operar de manera eficiente. Esto da como resultado que la pérdida del peído ascienda a 31.758.023 MM$.

11. Finalmente, quiero resaltar que las estrategias planteadas por la Junta General de Accionistas han sido de suma importancia para la consecución de los objetivos planteados, por lo cual es recomendable replantear y actualizar dichas estrategias para aplicarlas en el ejercicio económico siguiente y contribuir al crecimiento de la compañía.

Es todo cuanto puedo manifestar en relación al ejercicio económico correspondiente al año 2010.

Atentamente,

Alexis Arellano
**Gerente General**

2

# EXHIBIT K15



**PDVSA**
ECUADOR



Quito, Mayo 25 de 2010

Señor Doctor
Pedro Solines
Superintendente de Compañías
En su Despacho.-

*Superintendencia de Compañías*
**3 1 MAYO 2010**
Rou'o u. 12u30
**Registro de Sociedades**

Superintendencia de Compañías
**3 1 MAYO 2010**
**CAU**
Quito

**Ref.: PDVSA ECUADOR/ Mayo 25, 2010/ 36**

De mi consideración:

PDVSA ECUADOR S.A., en cumplimiento de lo dispuesto en la Resolución No. SC.SG.DRS.G.09 02 *"Instructivo sobre la información que deben remitir las compañías mercantiles sujetas al control y vigilancia de la Superintendencia de Compañías que cuenten con sociedades extranjeras en calidad de socios o accionistas"* adjunta la siguiente información:

1.- Copia notarizada del Formulario denominado "NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA" de la compañía PDV ANDINA S.A., accionista de PDVSA ECUADOR S.A., debidamente apostilado. Cabe indicar que dicho formulario incluye la información general e información específica detallada en el mencionado Instructivo.

2.- Copia notarizada del Formulario denominado "NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA" de la compañía PDVSA AMÉRICA S.A., accionista de PDVSA ECUADOR S.A., debidamente apostilado. Cabe indicar que dicho formulario incluye la información general e información específica detallada en el mencionado Instructivo.

3.- Copia notarizada del documento constitutivo de PDV ANDINA S.A. emitido por el Registro Mercantil I de la Circunscripción Judicial del Distrito Capital y Estado Miranda debidamente apostillado.

4.- Copia notarizada del documento constitutivo de PDVSA AMÉRICA S.A. emitido por el Registro Mercantil I de la Circunscripción Judicial del Distrito Capital y Estado Miranda debidamente apostillado.

5.- Copia notarizada del poder general otorgado por la Compañía PDVSA AMÉRICA S.A. a favor del Sr. Nelson Pablo Martínez debidamente apostillado.

6.- Copia notarizada del poder general otorgado por la Compañía PDV ANDINA S.A. a favor del Sr. Nelson Pablo Martínez debidamente apostillado.

Cordialmente,

*Información perteneciente al año 2010*

**Alexis Arellano Meléndez**
Gerente General
PDVSA ECUADOR S.A.

1718437187

*Datos registrados por el año 2010.*
u/2010. 06.01

03 1312 7 05

**PDVSA ECUADOR S.A.**
Orellana E9-195 y Av. 6 de Diciembre - Edificio Alisal de Orellana
Telf: +593 2 4000 300   Fax: +593 2 3819945
Quito - Ecuador

# EXHIBIT K16



**PDVSA**
ECUADOR

**Oficio No. GER-006-PDVSA-EC-2012**

*4692*

*Quito, 26 de enero del 2011*

**Señora Abogada**
**Suad Manssur**
**SUPERINTENDENTA DE COMPAÑÍAS**
**En su despacho.-**

*Reciba un cordial saludo en la oportunidad de enviarle, adjunto a la presente, los documentos para dar cumplimiento a las disposiciones de la Ley de Compañías y a la Resolución No. SC.SG.DRS.G.0902 sobre la "Información y documentos que deben remitir las Compañías Mercantiles sujetas al Control y vigilancia de la Superintendencia de Compañías que cuenten con Sociedades Extranjeras en calidad de Socios o Accionistas":*

   a) *Copias certificadas de los poderes, otorgados por PDV ANDINA S.A. y PDVSA AMERICA S.A., sociedades de nacionalidad venezolana, accionistas de la Compañía PDVSA ECUADOR S.A., a favor del Sr. Nelson Pablo Martínez, poderes que se encuentran debidamente apostillados.*

   b) *Copias certificadas del formulario de información de sociedades extranjeras así como la declaración juramentada de nómina de accionistas de PDV ANDINA y PDVSA AMÉRICA debidamente legalizados y apostillados.*

   c) *Copias certificadas del documento que prueba la existencia legal de las compañías PDV ANDINA y PDVSA AMÉRICA, debidamente legalizados y apostillados.*

*Cabe señalar que no ha habido ninguna modificación en los accionistas de PDVSA ECUADOR ni en los accionistas de PDV ANDINA o PDVSA AMÉRICA. Esta información está actualizada y corresponde al año 2012.*

*Particulares que pongo en su conocimiento para los fines pertinentes.*

*Atentamente,*

**Alexis Arellano**
**Gerente General**

BO/jgc.

*Documentación registrada*
*por el año 2011*
*2012.02.01*

# EXHIBIT K17



**PDVSA**
ECUADOR



ESCANEAR
el 11621

Superintendencia de Compañías

**1 6 MAR. 2011**
Fco F 17h00
Registro de Sociedades

Quito, 14 de marzo de 2011

GER-041-PDVSA-EC-2011

Señora Abogada
**Suad Manssur**
SUPERINTENDENTA DE COMPAÑÍAS
En su despacho.-



Superintendencia de Compañías

**1 6 MAR. 2011**

C A U

De mi consideración:

Con el fin de dar cumplimiento a las disposiciones de la Ley de Compañías y a la Resolución No. SC.SG.DRS.G.0902 sobre la "Información y documentos que deben remitir las Compañías Mercantiles sujetas al Control y vigilancia de la Superintendencia de Compañías que cuenten con Sociedades Extranjeras en calidad de Socios o Accionistas", adjunto a la presente sírvase encontrar los siguientes documentos: (2010)

a) Copias certificadas de los poderes, otorgados por PDV ANDINA S.A. y PDVSA AMERICA S.A., sociedades de nacionalidad venezolana, accionistas de la Compañía PDVSA ECUADOR S.A., a favor del Sr. Nelson Pablo Martínez, poderes que como se puede apreciar se encuentran debidamente apostillados.

b) Copias certificadas del formulario de información de sociedades extranjeras así como la declaración juramentada de nómina de accionistas de PDV ANDINA y PDVSA AMÉRICA debidamente legalizados y apostillados.

c) Copias certificadas del documento que prueba la existencia legal de las compañías PDV ANDINA y PDVSA AMÉRICA.

Cabe señalar que no ha habido ninguna modificación en los accionistas de PDVSA ECUADOR ni en los accionistas de PDV ANDINA o PDVSA AMÉRICA.

Particulares que pongo en su conocimiento para los fines pertinentes.

Cordialmente,

_INGRESADO AL SISTEMA_
a( 17.03.2011)

**Alexis Arellano Meléndez**
GERENTE GENERAL
PDVSA ECUADOR S.A.

**PDVSA ECUADOR S.A.**
Orellana E9-195 y Av. 6 de Diciembre. Ed. Alisal de Orellana Piso 11.
Quito – Ecuador
Telf.: (593-2) 4000 300 Fax: (593-2) 3819945

SE-Q-00001091 y 1092

# EXHIBIT K18



SUPERINTENDENCIA
DE COMPAÑÍAS

SOLICITUD DE ACCESO Y DECLARACIÓN DE RESPONSABILIDAD

Guayaquil   jueves 14 marzo 2013

ARELLANO MELENDEZ ALEXIS ANTONIO ,en mi calidad de Representante Legal de la compañía PDVSA ECUADOR S.A. , con Expediente Número 159851 y RUC 1792133505001 solicito se me otorgue la clave de acceso para ingresar al portal web de la Superintendencia de Compañías (www.supercias.gob.ec) y presentar periódicamente la información financiera y societaria de mi representada mediante el sistema y los procesos que se han dispuesto para el efecto, de acuerdo a las siguientes condiciones:

a)La compañía se compromete a cumplir las disposiciones establecidas en el Reglamento para la actualización de la información general, y el registro y obtención de claves de acceso en línea al portal web institucional, de las sociedades sujetas al control y vigilancia de la Superintendencia de Compañías, expedido mediante Resolución No. SC.SG.DRS.G.12.014 del 25 de septiembre del 2012.

b)La compañía debe utilizar los mecanismos electrónicos habilitados en el portal web de la Superintendencia de Compañía para la trasmisión de su información financiera y societaria.

c)La compañía asume la responsabilidad total sobre la veracidad, exactitud, consistencia e integridad de la información financiera y societaria que trasmita a través del sistema informático provisto por la Superintendencia de Compañías para este fin.

d)El representante legal de la compañía es el responsable del uso de la clave de acceso otorgada y como tal asume todas las responsabilidades legales que de su uso se deriven.

e)La compañía se compromete a conservar los soportes físicos de la información presentada, así como el comprobante de presentación de información generado por el sistema de la Superintendencia de Compañías.

f)La Superintendencia de Compañías se reserva el derecho a negar, restringir o condicionar el acceso al portal web institucional y los programas informáticos que en este se incluya, de forma total o parcial, a su entera discreción, así como a modificar los servicios y contenidos del mismo, en cualquier momento y sin necesidad de previo aviso.

Autorizo a la Superintendencia de Compañías a efectuar las averiguaciones pertinentes para comprobar la autenticidad de la información que se presente a través del sistema y mediante el acceso otorgado; y, acepto que en caso de que la información transmitida no cumpla con los requisitos exigidos, la Superintendencia de Compañías aplique las sanciones previstas en la ley.

Atentamente,

FIRMA DEL REPRESENTANTE LEGAL
**Nombre:**  ARELLANO MELENDEZ ALEXIS ANTONIO
**Identificación**  031312705

SUPERINTENDENCIA
DE COMPAÑÍAS
1 1 ABR. 2013
OPERADOR 2
QUITO

NOTA   El presente formulario no se aceptará con enmendaduras o tachones

AP-03.3.1.3-F3 Solicitud de Acceso y Declaración de Responsabilidad

# EXHIBIT K19

 **SUPERINTENDENCIA DE COMPAÑÍAS**

**FECHA DE EMISIÓN** 14/03/2013                    **CÓDIGO** 0000053077

### FORMULARIO DE ACTUALIZACIÓN DE DATOS

## INFORMACIÓN DE LA COMPAÑÍA

| RAZÓN O DENOMINACIÓN SOCIAL | | RUC | | EXPEDIENTE |
|---|---|---|---|---|
| PDVSA ECUADOR S.A. | | 1792133505001 | | 159851 |

**NOMBRE COMERCIAL**  PDVSA ECUADOR

| | PROVINCIA | PICHINCHA | CANTON | QUITO | PARROQUIA | MARISCAL SUCRE |
|---|---|---|---|---|---|---|

| CIUDADELA | BARRIO | CALLE | NÚMERO |
|---|---|---|---|
| LA MARISCAL | | AV. ORELLANA | E9-195 |

| INTERSECCIÓN/MANZANA | AV. 6 DE DICIEMBRE | CONJUNTO | |
|---|---|---|---|
| EDIFICIO/C.C. | ALISAL DE ORELLANA | BLOQUE | |
| NÚMERO DE OFICINA | 11 | KM | |
| REFERENCIA UBICACIÓN | Diagonal Transelectric | CAMINO | |
| CASILLERO POSTAL | | TELEFONO 1 | 024000300 |
| CORREO ELECTRÓNICO 1 | rguama@pdvsaecuador.com.ec | TELEFONO 2 | |
| CORREO ELECTRÓNICO 2 | rguama@yahoo.com | CELULAR | 0996222309 |
| SITIO WEB | | FAX | 023819945 |

## IDENTIFICACIÓN DEL DOMICILIO LEGAL

| PROVINCIA | PICHINCHA | CANTON | QUITO |
|---|---|---|---|

## INFORMACIÓN Y DOMICILIO DEL REPRESENTANTE LEGAL O OPODERADO

| TIPO DE PERSONA | PERSONA NATURAL | | |
|---|---|---|---|
| NOMBRES Y APELLIDOS | ARELLANO MELENDEZ ALEXIS ANTONIO | | |
| TIPO DE IDENTIFICACIÓN | PASAPORTE | No. DE IDENTIFICACIÓN | 031312705 |
| TIPO DE REPRESENTACIÓN LEGAL | INDIVIDUAL | NACIONALIDAD | VENEZUELA |
| CARGO QUE DESEMPEÑA | GERENTE GENERAL | PROVINCIA | PICHINCHA |
| FECHA DE INSCRIPCIÓN DEL NOMBRAMIENTO EN EL REGISTRO MERCANTIL | 07/03/12 12:00 AM | CANTON | QUITO |
| | | PARROQUIA | BELISARIO QUEVEDO |
| CIUDADELA | LA FLORESTA | BARRIO | |
| CALLE | AV. 12 DE OCTUBRE | NÚMERO | 1820 |
| INTERSECCIÓN/MANZANA | CORDERO | CONJUNTO | TORRES LARGA ESTADIA SWISSOTEL |
| BLOQUE | | EDIFICIO/C.C. | |
| NÚMERO DE OFICINA | | KM | |
| CAMINO | | REFERENCIA UBICACIÓN | JUNTO A SWISSOTEL |
| CORREO ELECTRÓNICO | arellanoa@pdvsaecuador.com.ec | TELEFONO | 024000300 |
| | | CELULAR | 0983501372 |



Declaro bajo juramento la veracidad de la información proporcionada en este formulario y Autorizo a la Superintendencia de Compañías a efectuar las averiguaciones pertinentes para comprobar la autenticidad de esta información y; acepto en que en caso de que el contenido presente no corresponda a la verdad, esta Institución aplique las sanciones de ley.

Página 1 de 3



**SUPERINTENDENCIA DE COMPAÑÍAS**

FECHA DE EMISIÓN 14/03/2013          CÓDIGO 0000053077

## FORMULARIO DE ACTUALIZACIÓN DE DATOS

### INFORMACIÓN ADICIONAL DE LA COMPAÑÍA

| | SI | | NO | |
|---|---|---|---|---|
| ES PROVEEDORA DE BIENES O SERVICIOS DEL ESTADO | SI | X | NO | |
| OFRECE VENTAS CON CRÉDITO DIRECTO A SUS CLIENTES Y COBRA INTERESES | SI | | NO | X |
| OFRECE SERVICIOS DE PAGO DE REMESAS | SI | | NO | X |

FIRMA DEL REPRESENTANTE LEGAL

**Nombre:**  ARELLANO MELENDEZ ALEXIS ANTONIO
**Identificación**  031312705

FECHA DE PRESENTACIÓN FÍSICA

SUPERINTENDENCIA DE COMPAÑÍAS
11 ABR. 2013
OPERADOR 2
QUITO

**NOTA** El presente formulario no se aceptará con enmendaduras o tachones

**Fecha máxima de presentación:**     28/12/2012

En caso de no presentarse en la fecha indicada, deberá realizar nuevamente el procedimiento.

AP-03.3.1.3-F2 Actualización de Datos Representante

Actualizacion_datos.pdf;jsessionid=BB78D2589E80E28E79E9788...   http://181.158.3.70/formularioDatos/zkau/view/z_ja7/d85Q1/cne1/0/...

REQUISITOS PARA LA PRESENTACIÓN DE ESTE FORMULARIO

Si el representante legal es una persona natural

-Copia simple del nombramiento del representante legal o del poder en caso de apoderado.
-Copia legible a color de la cédula o pasaporte del representante legal o apoderado, según el caso.
-Copia legible a color del certificado de votación del representante legal o apoderado, según el caso.
-Copia simple de una planilla de servicios básicos (agua, luz o teléfono) del domicilio de la compañía, que puede estar a nombre de la compañía, su representante legal/apoderado o socio/accionista. Debe corresponder a cualquiera de los dos meses anteriores a la fecha de presentación. En el caso de que la planilla esté a nombre de un tercero, es necesario una carta de cesión de espacio con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial) o un contrato de arrendamiento inscrito en el Juzgado de Inquilinato o con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial).
-Copia simple del Registro Único de Contribuyente vigente de la compañía.
-Para el caso de que un tercero sea la persona que presente la documentación, se deberá incluir la carta de autorización con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial), adjuntando copia legible a color de cédula o pasaporte y certificado de votación de la persona autorizada.

Si el representante legal es una persona jurídica

-Copia simple del nombramiento del representante legal (persona jurídica).
-Copia simple del RUC de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
-Copia simple del nombramiento del representante legal (persona natural) de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
-Copia legible a color de la cédula o pasaporte del representante legal (persona natural) de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
-Copia legible a color del certificado de votación del representante legal de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
-Copia simple de una planilla de servicios básicos (agua, luz o teléfono) del domicilio de la compañía, que puede estar a nombre de la compañía, su representante legal/apoderado o socio/accionista. Debe corresponder a cualquiera de los dos meses anteriores a la fecha de presentación. En el caso de que la planilla esté a nombre de un tercero, es necesario una carta de cesión de espacio con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial) o un contrato de arrendamiento inscrito en el Juzgado de Inquilinato o con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial).
-Copia simple del Registro Único de Contribuyente vigente de la compañía objeto de la actualización.
-Para el caso de que un tercero sea la persona que presente la documentación, se deberá incluir la carta de autorización con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial), adjuntando copia legible a color de cédula o pasaporte y certificado de votación de la persona autorizada.



Página 3 de 3