Case No.: 18-cv-20818-DPG/AOR

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PDVSA US LITIGATION TRUST

vs.

LUKOIL PAN AMERICAS LLC, ET AL.

**DEFENDANTS' EXHIBIT AND WITNESS LISTS[1]**

Case Number: 18-cv-20818-DPG/AOR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Alicia Otazo-Reyes | David Boies<br>Boies Schiller Flexner LLP | See signature block |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 2-3, 2018 | Patricia Diaz | |

## EXHIBIT LIST

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES (THAT DEFENDANTS ARE SEEKING TO ADMIT) | EXPECT VS. MAY USE | OBJ. |
|---|---|---|---|---|---|---|---|
| | 1 | | | | Expert Report of José Ignacio Hernández G., dated July 10, 2018 | E | |
| | 2 | | | | Curriculum Vitae of José Ignacio Hernández G. | E | |
| | 3 | | | | Affidavit of Rafael Badell Madrid, dated March 26, 2018 | E | |
| | 4 | | | | Expert Report of Rafael Badell Madrid, dated July 10, 2018 | E | |
| | 5 | | | | Curriculum Vitae of Rafael Badell Madrid | E | |
| | 6 | | | | National Assembly's statement, dated April 24, 2018 | E | |
| | 7 | | | | Constitution of the Bolivarian Republic of Venezuela (Official Gazette n° 5,908 extraordinary, dated February 19, 2009) | M | |
| | 8 | | | | English Translation: Constitution of the Bolivarian Republic of Venezuela (Official Gazette n° 5,908 extraordinary, dated February 19, 2009) | M | |
| | 9 | | | | National Assembly's Internal Debates Rules (Official Gazette n° 6,014 extraordinary, dated December 23, 2010) | M | |

---

[1] Defendants may use other documents, witnesses, or deposition testimony for impeachment. *See* S.D. Fla. Local R. 16.1(e)(9), (10).

Page 1

| | | | | | |
|---|---|---|---|---|---|
| 10 | | | | Decree n° 2,184, published in Official Gazette n° 6.214 extraordinary, dated January 14, 2016 | M |
| 11 | | | | [intentionally omitted] | |
| 12 | | | | PDVSA bylaws (Decree N° 1.123 published in the Official Gazette n° 1.770 extraordinary, dated August 30, 1975) | M |
| 13 | | | | PDVSA bylaws (Decree N° 8,238, published in Official Gazette n° 39,681 dated May 25, 2011) | E |
| 14 | | | | [intentionally omitted] | |
| 15 | | | | Hydrocarbons Organic Law (published in the Official Gazette n° 38,493, dated August 4, 2006) | E |
| 16 | | | | [intentionally omitted] | |
| 17 | | | | Public Administration Organic Law (published in the Official Gazette n° 6,147 extraordinary, dated November 11, 2014) | M |
| 18 | | | | Hernández G., José Ignacio, (2016), El pensamiento jurídico Venezolano en el Derecho de los hidrocarburos, Academia de Ciencias Políticas y Sociales | E |
| 19 | | | | [intentionally omitted] | |
| 20 | | | | Political-Administrative Chamber, rule n° 1,210, dated May 11, 2006 | M |
| 21 | | | | Venezuelan Commercial Code (published in the Official Gazette n° 475 extraordinary, dated December 21, 1955) | M |
| 22 | | | | Social Chamber, rule n° 147, dated June 26, 2001 | M |
| 23 | | | | Venezuelan Civil Code (published in the Official Gazette n° 2.990 extraordinary, dated July 26, 1982) | M |
| 24 | | | | [intentionally omitted] | |
| 25 | | | | Political-Administrative Chamber of the Venezuelan Supreme Tribunal, rule n° 194, dated February 12, 2014 | M |
| 26 | | | | Political-Administrative Chamber, rule 417, dated March 5, 2002 | M |
| 27 | | | | Constitutional Chamber, rule n° 464, dated March 18, 2002 | M |
| 28 | | | | [intentionally omitted] | |
| 29 | | | | Public Contracts Law (published in the Official Gazette n° 6,154 extraordinary, dated November 19, 2014) | E |
| 30 | | | | National Assembly's statement that authorized the terms and conditions to create and operate joint ventures (published in the Official Gazette n° 38,506, dated August 23, 2006) | M |

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | | | | PDVSA 2016 Notes prospectus | M | |
| 32 | | | | Contract between PDVSA-Petróleo S.A. and Lyondell-Citgo Refing LP | M | |
| 33 | | | | General Comptroller Office. Activities. Annex of the 2012 Report | M | |
| 34 | | | | [intentionally omitted] | | |
| 35 | | | | Decree n° 2,378, of the National Public Administration's Organization (published in the Official Gazette n° 6,238 extraordinary dated July 13, 2016) | M | |
| 36 | | | | Political-Administrative Chamber rule n° 359, dated April 5, 2016 | M | |
| 37 | | | | [Intentionally omitted] | | |
| 38 | | | | Political-Administrative Chamber, rule n° 1,133 dated May 4, 2006 | M | |
| 39 | | | | Political-Administrative Chamber, rule n° 966 dated August 3, 2013 | M | |
| 40 | | | | Administrative Procedure Organic Law (published in the Official Gazette n° 2,818 extraordinary dated July 1st, 1981) | E | |
| 41 | | | | Political-Administrative Chamber, rule n° 584, dated April 24, 2007 | M | |
| 42 | | | | Republic General Comptroller and Fiscal Control National System Organic Law (Official Gazette n° 6.013 extraordinary dated December 23, 2010) | M | |
| 43 | | | | Attorney General Organic Law (published in the Official Gazette n° 6,220, dated March 15, 2016) | E | |
| 44 | | | | Political-Administrative Chamber, rule n° 361 dated March 19, 2014 | M | |
| 45 | | | | Political-Administrative Chamber, rule n° 151, dated February 18, 2016 | M | |
| 46 | | | | Constitutional Chamber, rule dated May 26, 2005 | M | |
| 47 | | | | Constitutional Chamber, rule n° 1,460 dated July 12, 2007 | M | |
| 47 | | | | Decree n° 8,793, Official Gazette n° 39,855, dated February 11, 2012 | M | |
| 48 | | | | Resolution n° 013/2013, Official Gazette n° 40,126, dated March 11, 2013 | M | |
| 49 | | | | Resolution n° 078/2014, Official Gazette n° 40,567, dated December 22, 2014 | M | |
| 50 | | | | Civil Procedure Code (published in the Official Gazette n° 4,209 extraordinary, dated September 18, 1990) | M | |
| 51 | | | | Anti-Corruption Law (Official Gazette n° 6,155 extraordinary dated November 19, 2014) | M | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 52 | | | | Political-Administrative Chamber, rule n° 1,164 dated July 29, 2014 | M |
| | 53 | | | | [intentionally omitted] | |
| | 54 | | | | Political-Administrative Chamber, rule n° 520, dated May 16, 2018 | M |
| | 55 | | | | Constitutional Chamber, rule dated August 20, 2003 | M |
| | 56 | | | | Constitutional Chamber, rule n° 618 dated July 20, 2016 | M |
| | 57 | | | | Constitutional Chamber, rule n° 2241 dated September 24, 2002 | M |
| | 58 | | | | Hernández G., José Ignacio (2016), Derecho administrativo y arbitraje internacional de inversiones | E |
| | 59 | | | | Political-Administrative Chamber rule n° 855 dated April 5, 2006 | M |
| | 60 | | | | Social Chamber, rule dated June 16, 2011 | M |
| | 61 | | | | Minutes of Shareholders' Meeting of PDVSA filed before the Office of the First Commerce Registrar of the District Capital (Venezuela) on March 9, 2017, under number 59, book 30-A. | E |
| | 62 | | | | English translation: PDVSA Bylaws (dated January 30, 2017, filed on March 9, 2017) | E |
| | 63 | | | | Sentence N° 1185 of Constitutional Chamber of the Supreme Court of Justice, dated June 17, 2004 | M |
| | 64 | | | | Sentence N° 523 of Political-Administrative Chamber of the Supreme Court of Justice, dated June 9, 2010 | M |
| | 65 | | | | [Intentionally omitted] | |
| | 66 | | | | Sentence N° 1460 of Constitutional Chamber of the Supreme Court of Justice, dated July 12, 2007 | E |
| | 67 | | | | Decree N° 1.556 with Rank and Force of the Organic Law of the Procurador General´s Office, published in Official Gazette N° 5.554 dated November 13, 2001 | E |
| | 68 | | | | Sentence N° 1209 of Political-Administrative Chamber of the Supreme Court of Justice, dated November 24, 2010 | M |
| | 69 | | | | [intentionally omitted] | |
| | 70 | | | | Sentence N° 953 of the Constitutional Chamber of the Supreme Court of Justice, dated April 29, 2003 | E |
| | 71 | | | | The Organic Law of the Financial Administration of the Public Sector (Extraordinary Official Gazette N° 6.210, dated | M |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | December 30, 2015) | | |
| | 72 | | | | [Intentionally omitted] | | |
| | 73 | | | | [Intentionally omitted] | | |
| | 74 | | | | [Intentionally omitted] | | |
| | 75 | | | | [Intentionally omitted] | | |
| | 76 | | | | [Intentionally omitted] | | |
| | 77 | | | | [Intentionally omitted] | | |
| | 78 | | | | The Organic Law of the Procuraduría General de la República (Extraordinary Official Gazette N° 5.892, July 31, 2008) | E | |
| | 79 | | | | Complaint from *United States* v. *Guruceaga*, Case No. 18-MJ-03119-Torres | E | |
| | 80 | | | | Exec. Order No. 13,808, 82 Fed. Reg. 41155 (Aug. 24, 2017) | E | |
| | 81 | | | | U.S. State Department, Assumption of Legislative Powers in Venezuela, dated August 18, 2017 | E | |
| | 82 | | | | Exec. Order No. 13,827, 83 Fed. Reg. 12468 (Mar. 19, 2018) | E | |
| | 83 | | | | H. Res. 259, 115th Congress (2017) | E | |
| | 84 | | | | S. Res. 414, 115th Congress (2017) | E | |
| | 85 | | | | Statement from the U.S. Department of the Treasury's website, dated July 31, 2017 | E | |
| | 86 | | | | Press Release, Treasury Department, dated July 26, 2017 and entitled "Treasury Sanctions 13 Current and Former Senior Officials of the Government of Venezuela." | E | |
| | 87 | | | | "Corporate Governance," PDVSA's website, accessed on July 9, 2018 | E | |
| | 88 | | | | Letter from Boies Schiller Flexner LLP to Nelson Martinez, dated July 12, 2017 (PDVSATRUST-0000285-289) | E | |
| | 89 | | | | American Board of Forensic Document Examiners (ABFDE) — Qualifications and Requirements for Certification | M | |
| | 90 | | | | Scientific Working Group for Forensic Document Examination (SWGDOC) — Standard for Examination of Handwritten Items | M | |
| | 91 | | | | Scientific Working Group for Forensic Document Examination (SWGDOC) — Terminology for Expressing Conclusions of Forensic Document Examiners | M | |

| WITNESS LIST | |
|---|---|
| **NAME** | **OBJ.** |
| José Ignacio Hernández G. (Expert) | |

| | |
|---|---|
| Rafael Badell Madrid (Expert) | |
| Deposition of David Boies, dated May 25, 2018 (1:1-25, 11:20-25, 58:2-9, 142:1-25) | |
| Deposition of Algamex Ltd., dated June 8, 2018 (1:1-25, 51:25-52:8, 64:6-9, 115:13-17, 208:1-25) | |
| Deposition of Algamex Ltd., dated July 5, 2018 (1:1-25, 9:5-11, 29:25-30:20, 35:25-37:7, 64:8-18, 91:1-25) | |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Respectfully submitted,

**REED SMITH LLP**

*/s/ Christina Olivos*
Edward Mullins, Esq.
Florida Bar No. 863920
emullins@reedsmith.com
Christina Olivos, Esq.
Florida Bar No. 119580
colivos@reedsmith.com
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ William A. Burck*
William A. Burck, Esq.
*Admitted Pro Hac Vice*
williamburck@quinnemanuel.com
Ethan Glass, Esq.
*Admitted Pro Hac Vice*
ethanglass@quinnemanuel.com
Adam B. Wolfson, Esq.
*Admitted Pro Hac Vice*
adamwolfson@quinnemanuel.com
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant Trafigura Trading, LLC*

**PODHURST ORSECK, P.A.**

*/s/Stephen F. Rosenthal*
Stephen F. Rosenthal, Esq.
Florida Bar No. 0131458
srosenthal@podhurst.com
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
rjosefsberg@podhurst.com
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Facsimile: (305) 358-2382

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

*/s/ Bruce Birenboim*
Bruce Birenboim, Esq.
*Admitted Pro Hac Vice*
bbirenboim@paulweiss.com
Brad S. Karp, Esq.
*Admitted Pro Hac Vice*
bkarp@paulweiss.com
Jessica S. Carey, Esq.
*Admitted Pro Hac Vice*
jcarey@paulweiss.com
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Adam B. Schwartz, Esq.
*Admitted Pro Hac Vice*
aschwartz@paulweiss.com
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendants Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, and Luis Alvarez*

**GUNSTER**

*/s/ Jorge Guttman*
Jorge D. Guttman, Esq.
Florida Bar No. 015319
jguttman@gunster.com
Jonathan H. Kaskel, Esq.
Florida Bar No. 52718
jkaskel@gunster.com
600 Brickell Avenue Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

**MAYER BROWN LLP**

*/s/ Mark W. Ryan*
Mark W. Ryan, Esq.
*Admitted Pro Hac Vice*
mryan@mayerbrown.com
Adam L. Hudes, Esq.
*Admitted Pro Hac Vice*
ahudes@mayerbrown.com
Stephen M. Medlock, Esq.
*Admitted Pro Hac Vice*
smedlock@mayerbrown.com
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

Michael P. Lennon, Jr.
*Admitted Pro Hac Vice*
mlennon@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

**CARLTON FIELDS JORDEN BURT, P.A.**

*/s/ Benjamine Reid*
Benjamine Reid, Esq.
Florida Bar No. 183522
breid@carltonfields.com
Clifton R. Gruhn, Esq.
Florida Bar No. 72542
cgruhn@carltonfields.com
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Telephone: (305) 539-7228
Facsimile: (305) 530-0055

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/ David M. Burkoff*
David M. Burkoff, Esq.
*Admitted Pro Hac Vice*
dburkoff@huntermaclean.com
Allan C. Galis, Esq.
*Admitted Pro Hac Vice*
agalis@huntermaclean.com
Heather H. Lundy, Esq.
*Admitted Pro Hac Vice*
hlundy@huntermaclean.com
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936

*Attorneys for Defendants Colonial Group, Inc., Colonial Oil Industries, Inc., and Paul Rosado*

Case No.: 18-cv-20818-DPG/AOR

*Attorneys for Defendant*
*Lukoil Pan Americas LLC*

<div style="display: flex;">

**HOLLAND & KNIGHT LLP**

*/s/ Israel J. Encinosa*
Alex M. Gonzalez
Florida Bar No. 991200
alex.gonzalez@hklaw.com
Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com
Brian A. Briz
Florida Bar No. 657557
brian.briz@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

David Kully
*Admitted Pro Hac Vice*
david.kully@hklaw.com
800 17th Street N.W.
Suite 1100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

*Attorneys for Defendants Helsinge, Inc., Helsinge Ltd., Helsinge Holdings, LLC, Daniel Lutz, and Luis Liendo*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Kimberly Ann Pathman*
Kimberly A. Pathman
Florida Bar No. 118844
kpathman@akingump.com
Mark J. MacDougall
*Admitted Pro Hac Vice*
mmacdougall@akingump.com
Thomas P. McLish
*Admitted Pro Hac Vice*
tmclish@akingump.com
Stacey H. Mitchell
*Admitted Pro Hac Vice*
shmitchell@akingump.com
Connor Mullin
*Admitted Pro Hac Vice*
cmullin@akingump.com
1333 New Hampshire Avenue NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants Francisco Morillo and Leonardo Baquero*

**MARK MIGDAL & HAYDEN**

*/s/ Etan Mark*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Donald J. Hayden, Esq.
Florida Bar No. 097136
don@markmigdal.com
Lara O'Donnell Grillo, Esq.
Florida Bar No. 37735
lara@markmigdal.com

</div>

eservice@markmigdal.com
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

*Attorneys for Defendant John Ryan*

**CLARKE SILVERGLATE, P.A.**

*/s/ Spencer Silverglate*
Spencer H. Silverglate
Florida Bar No. 769223
ssilverglate@cspalaw.com
mpedraza@cspalaw.com
Francisco Ramos, Jr.
Florida Bar No. 114766
framos@cspalaw.com
socd@cspalaw.com
cdeleon@cspalaw.com
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 377-0700
Facsimile: (305) 377-3001

**PORTER HEDGES LLP**

*/s/ Stephen H. Lee*
Stephen H. Lee, Esq.
*Admitted Pro Hac Vice*
slee@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6686

*Attorneys for Defendant Maximiliano Poveda*

**FOWLER WHITE BURNETT, P.A.**

*/s/ Alice K. Sum*
Alice K. Sum
Florida Bar No. 354510
asum@fowler-white.com
Stephanie M. Chaissan
Florida Bar No. 60813
schaissan@fowler-white.com
Lindsay M. Massillon
Florida Bar No. 92098
lmassillon@fowler-white.com
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305 789-9201

*Attorneys for Defendant BAC Florida Bank*

| | |
|---|---|
| **GELBER SCHACHTER & GREENBERG, P.A.** | **SUSMAN GODFREY L.L.P.** |
| */s/ Gerald E. Greenberg* | */s/ Michael C. Kelso* |
| Gerald E. Greenberg | Neal S. Manne |
| Florida Bar No. 440094 | *Admitted Pro Hac Vice* |
| ggreenberg@gsgpa.com | nmanne@susmangodfrey.com |
| Adam M. Schachter | Alexander L. Kaplan |
| Florida Bar No. 647101 | *Admitted Pro Hac Vice* |
| aschachter@gsgpa.com | akaplan@susmangodfrey.com |
| Mikayla Espinosa | Weston O'Black |
| Florida Bar No. 1008227 | *Admitted Pro Hac Vice* |
| mikaylaespinosa@gsgpa.com | woblack@susmangodfrey.com |
| 1221 Brickell Avenue, Suite 2010 | Michael C. Kelso |
| Miami, Florida 33131 | *Admitted Pro Hac Vice* |
| Telephone: (305) 728-0950 | mkelso@susmangodfrey.com |
| Facsimile: (305) 728-0951 | 1000 Louisiana Street, Suite 5100 |
| E-service: efilings@gsgpa.com | Houston, Texas 77002 |
| | Telephone: (713) 651-9366 |
| | Facsimile: (713) 654-6666 |
| *Counsel for Vitol Inc., Vitol Energy (Bermuda) Ltd., and Antonio Maarraoui* | |
| | Michael Gervais |
| | *Admitted Pro Hac Vice* |
| | mgervais@susmangodfrey.com |
| | 1301 Avenue of the Americas |
| | 32nd Floor |
| | New York, NY 10019-6023 |
| | Telephone: (202) 336-8330 |
| | |
| | *Counsel for Vitol Inc., Vitol Energy (Bermuda) Ltd., and Antonio Maarraoui* |

Case No.:  18-cv-20818-DPG/AOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 31, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                */s/Christina Olivos*
                                Christina Olivos