# Exhibit A

PDVSA U.S. Litigation Trust
v
Lukoil Pan American LLC et al.
S.D.F.L. 1:18-cv-20818 (DPG)

**PLAINTIFF'S WITNESS LIST**

1. Dr. Rogelio Perez Perdomo (Expert).

2. Ruth Brayer (Expert).

3. George Carpinello.[1]

4. David Boies.[2]

5. William Duker.[3]

6. PDSVA Representative.[4]

---

[1] If necessary to respond to Defendants presentation or to authenticate documents.

[2] If necessary to respond to Defendants presentation, to authenticate documents or if deposition excerpts not admitted.

[3] If necessary to respond to Defendants presentation, to authenticate documents or if deposition excerpts not admitted.

[4] If available.