# Exhibit B

**PLAINTIFF'S EXHIBIT LIST**

**PDVSA U.S. Litigation Trust**

**v**

**Lukoil Pan American LLC et al.**

**S.D.F.L. 1:18-cv-20818 (DPG)**

| **I. EXHIBITS PLAINTIFFS WILL OFFER** ||||||
|---|---|---|---|---|---|
| Exh # | Document Description | Objection | Admitted | Date | Witness |
| PX 1 | PDVSA U.S. Litigation Trust Agreement dated July 27, 2017 (PDVSATRUST-0000001-17) | | | | |
| PX 1A | Acknowledgement of Trustee Edward P. Swyer dated April 2, 2018 and of Vincent Andrews dated April 2, 2018 to the PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000018-19) | | | | |
| PX 1B | Acknowledgment and Apostille of Reinaldo Munoz Pedroza Procurador General de la Republica Bolivariana de Venezuela, dated July 12, 2018 (and English translation) (PDVSATRUST-0001030-33) | | | | |
| PX 2 | Amendment Number One to PDVSA U.S. Litigation Trust Agreement dated April 10, 2018 (PDVSATRUST-0000020-23) | | | | |
| PX 2A | Acknowledgment of Trustee Edward P. Swyer, dated April 10, 2018 and Trustee Vincent Andrews, dated April 10, 2018, to Amendment Number One to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000021-22) | | | | |
| PX 3 | June 30, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000290-309) | | | | |
| PX 4 | July 1, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000310-28) | | | | |
| PX 5 | July 4, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000329-47) | | | | |
| PX 6 | July 4, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000348-66) | | | | |
| PX 7 | July 5, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000367-85) | | | | |
| PX 8 | July 6, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000386-404) | | | | |
| PX 9 | July 6, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000405-23) | | | | |

**PLAINTIFF'S EXHIBIT LIST**

**PDVSA U.S. Litigation Trust**
**v**
**Lukoil Pan American LLC et al.**
**S.D.F.L. 1:18-cv-20818 (DPG)**

| Exh # | Document Description | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|
| PX 10 | July 17, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000424-42) | | | | |
| PX 11 | July 17, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000443-61) | | | | |
| PX 12 | July 19, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000462-80) | | | | |
| PX 13 | July 19, 2017(version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000481-99) | | | | |
| PX 14 | July 20, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000500-518) | | | | |
| PX 15 | July 27, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000519-37) | | | | |
| PX 16 | July 27, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000538-56) | | | | |
| PX 17 | July 27, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000573-90) | | | | |
| PX 18 | July 28, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000557-72) | | | | |
| PX 19 | July 30, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000591-606) | | | | |
| PX 20 | July 30, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000607-22) | | | | |
| PX 21 | July 30, 2017 Email from C. Spinelli to H. Facchinetti attaching July 30, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000815-47) | | | | |
| PX 22 | July 31, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000623-38) | | | | |

**PLAINTIFF'S EXHIBIT LIST**

**PDVSA U.S. Litigation Trust**
**v**
**Lukoil Pan American LLC et al.**
**S.D.F.L. 1:18-cv-20818 (DPG)**

| Exh # | Document Description | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|
| PX 23 | July 31, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000639-54) | | | | |
| PX 24 | July 31, 2017 Email from G. Carpinello to C. Spinelli, W. Duker, N. Gravante, J. Brennan, A. Pencu, C. Major, A. Boies, H. Facchinetti attaching July 31, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000848-64) | | | | |
| PX 25 | August 2, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000655-70) | | | | |
| PX 26 | August 2, 2017 Email from C. Spinelli to H. Facchinetti attaching August 2, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreements (PDVSATRUST-0000867-99) | | | | |
| PX 27 | August 2, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000671-86) | | | | |
| PX 28 | August 2, 2017 (version 4) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000687-702) | | | | |
| PX 29 | August 4, 2017 Email from H. Facchinetti to G. Carpinello with signatures of Nelson Martinez and Reinaldo Munoz Pedroza attaching August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000900-16) | | | | |
| PX 30 | August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000719-34) | | | | |
| PX 31 | August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000735-36) | | | | |
| PX 32 | August 4, 2017 Email from G. Carpinello to H. Facchinetti attaching August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000935-37) | | | | |
| PX 33 | August 8, 2017, Email From H. Fachinetti to G. Carpinello attaching August 8, 2017 Draft PDVSA U.S. Litigation Trust Agreement with signatures of Nelson Martinez, Reinaldo Munoz Pedroza and Alexis Arellano (PDVSATRUST-0000938-54) | | | | |

**PLAINTIFF'S EXHIBIT LIST**

**PDVSA U.S. Litigation Trust**
**v**
**Lukoil Pan American LLC et al.**
**S.D.F.L. 1:18-cv-20818 (DPG)**

| Exh # | Document Description | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|
| PX 34 | August 8, 2017 Email from C. Spinelli to H. Facchinetti attaching August 8, 2017 PDVSA U.S. Litigation Trust Agreement with the signatures of Nelson Martinez, Reinaldo Munoz Pedroza and Alexis Arrellano, Edward P. Swyer and Vincent Andrews (PDVSATRUST-0001012-29) | | | | |
| PX 35 | Expert Report of Rogelio Perez Perdomo, dated April 9, 2018 | | | | |
| PX 35A | Curriculum Vitae - Exhibit A to Report of Rogelio Perez Perdomo | | | | |
| PX 36 | Revised Supplemental Expert Report of Rogelio Perez Perdomo, dated July 10, 2018 | | | | |
| PX 37 | Expert Report of Ruth Brayer, dated July 10, 2018 | | | | |
| PX 37A | Charts 1-3 - Exhibit A to Report of Ruth Brayer, dated July 10, 2018 | | | | |
| PX 37B | Curriculum Vitae of Ruth Brayer, Court Experience - Exhibit B to Report of Ruth Brayer, dated July 10, 2018 | | | | |
| PX 37C | Signature page of Trust Agreement - Exhibit Q1 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0000932) | | | | |
| PX 37D | Signature page of Trust Agreement - Exhibit Q2 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0001027) | | | | |
| PX 37E | Signature page of Trust Agreement - Exhibit Q3 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0001028) | | | | |
| PX 37F | Engagement Letter - Exhibit Q4 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0000285-89) | | | | |
| PX 37G | Gaceta Oficial No. 41.196 (p. 2) with known signatures by Reinaldo Munoz Pedroza, dated July 19, 2017 - Exhibit K1 to Report of Ruth Brayer, dated July 10, 2018 (https://www.cpzulia.org/ARCHIVOS/Gaceta_Oficial_19_07_17_num_41196.pdf) | | | | |
| PX 37H | Gaceta Oficial No. 41.277 (p. 4) with known signatures by Reinaldo Munoz Pedroza, dated November 13, 2017 - Exhibit K2 to Report of Ruth Brayer, dated July 10, 2018 (http://www.cpzulia.org/ARCHIVOS/Gaceta_Oficial_13_11_17_num_41277.pdf) | | | | |

**PLAINTIFF'S EXHIBIT LIST**

## PDVSA U.S. Litigation Trust
## v
## Lukoil Pan American LLC et al.
### S.D.F.L. 1:18-cv-20818 (DPG)

| Exh # | Document Description | Objection | Admitted | Date | Witness |
|---|---|---|---|---|---|
| PX 37I | Gaceta Oficial No. 41.131 (p. 7-8) with known signatures by Nelson Martinez, dated April 7, 2017 - Exhibit K3/K4 to Report of Ruth Brayer, dated July 10, 2018 (http://www.ghm.com.ve/wp-content/uploads/2017/04/41131.pdf) | | | | |
| PX 37J | Gaceta Oficial No. 41.138 (p. 10-11) with known signatures by Nelson Martinez, dated April 26, 2017 - Exhibit K5/K6 to Report of Ruth Brayer, dated July 10, 2018 (http://cavidea.org/wp-content/uploads/2017/09/41138.pdf) | | | | |
| PX 37K | EP Petroecuador (State Petroleum Company of Ecuador, page 13) with known signature by Alexis Arellano, dated January 16, 2011 - Exhibit K7 to Report of Ruth Brayer, dated July 10, 2018 (http://www4.eppetroecuador.ec/lotaip/pdfs/CONTRATOS/GER/CTR/CONTRATO%20C-2014020.pdf) | | | | |
| PX 37L | Informe Del Gerente General with known signature by Alexis Arellano, dated March 4, 2014 - Exhibit K8 to Report of Ruth Brayer, dated July 10, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.5%20%20&fecha=2011-12-31%2000:00:00.0) | | | | |
| PX 37M | Informe Del Gerente General with known signature by Alexis Arellano, dated March 18, 2014 - Exhibit K9 to Report of Ruth Brayer, dated July 10, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.5%20%20&fecha=2012-12-31%2000:00:00.0) | | | | |
| PX 38 | Supplemental Expert Report of Ruth Brayer, dated July 13, 2018 | | | | |
| PX 38A | Acknowledgment of Reinaldo Muñoz Pedroza with Apostille - Exhibit K10 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 | | | | |