**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>      Plaintiff,<br><br>  vs.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>      Defendants. | **Case No. 1:18-cv-20818-DPG** |

**DEFENDANTS' MOTION TO STRIKE THE UNNAMED "PDVSA REPRESENTATIVE"**
**FROM PLAINTIFF'S WITNESS LIST FOR THE AUGUST 2 AND 3, 2018 HEARING**

Pursuant to Federal Rules of Civil Procedure 37(b)(2) and 37(d)(1), Defendants Trafigura Trading, LLC, Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, Luis Alvarez, and Maximiliano Poveda (collectively "Defendants"), move to strike the unnamed "PDVSA Representative" from Plaintiff PDVSA US Litigation Trust's ("Plaintiff") witness list for the upcoming August 2 and 3, 2018 hearing on Plaintiff's standing (*see* ECF No. 543-1).

## I.     ARGUMENT

The fundamental point behind Defendants' Motion, by Order to Show Cause, for Sanctions and Other Relief Against Plaintiff (ECF Nos. 430 & 478), was that Plaintiff prejudiced Defendants' ability to defend themselves by refusing to make critical standing-related witnesses available for deposition within the Court's deadlines. Those witnesses included all of the alleged Venezuelan signatories to the Trust Agreement, as well as PDVSA's Rule 30(b)(6) representative(s). The Court deferred ruling on Defendants' motion pending the hearing on August 2 and 3, 2018 (ECF No. 508), presumably to see whether Plaintiff sought to introduce any evidence or make any argument along the prejudicial lines Defendants predicted in their motion.

As expected, that prejudice has now come to pass. After the Court ordered the parties to exchange witness lists in advance of the upcoming hearing (over Plaintiff's objection), Plaintiff disclosed that it intends to call, *inter alia*, an unnamed "PDVSA Representative" to support its bid for standing. Defendants do not know who this representative is, nor has Plaintiff ever

disclosed who would show up for the hearing. Through no fault of their own, Defendants have never deposed this unnamed witness. The "disclosure" is thus not a disclosure at all.

As the above should make clear, having foreclosed Defendants from deposing PDVSA or any Venezuelan witness, Plaintiff nevertheless now purports to offer a representative to testify on PDVSA's behalf, purportedly regarding the Trust Agreement process and that agreement's alleged assignment. And Plaintiff does so despite the "travel ban" President Maduro supposedly imposed on Venezuelan officials and PDVSA employees during the standing-related discovery period. Besides putting the lie to that pretextual ban (which, Defendants already noted, objective facts showed to have been a fraud, ECF No. 466), Plaintiff's plan to call a surprise "PDVSA Representative" is the sort of game-playing the Federal Rules strongly discourage and Rule 37 is designed to remedy.

The parties have already fully briefed why Plaintiff should be sanctioned, so Defendants will not repeat that argument here and instead respectfully refer the Court to the prior briefing and oral argument. This conduct, however, underscores that Defendants were right to seek sanctions and need the Court's help to prevent their prejudice.

## II.   CONCLUSION

For these reasons, as well as those included in the briefing and argument on Defendants' currently-pending sanctions motion, Defendants respectfully request that the Court strike the unnamed "PDVSA Representative" from Plaintiff's witness list and preclude Plaintiff from introducing evidence from any supposed PDVSA representative at the hearing.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certify that Defendants' counsel have conferred with all parties or non-parties who may be affected by the relief sought in this

2

motion in a good faith effort to resolve the issue raised in the motion but have been unable to resolve the issue.

Dated: July 31, 2018

By: */s/ Christina Olivos*
Edward Mullins, Esq.
Florida Bar No. 863920
Email: emullins@reedsmith.com
Christina Olivos, Esq.
Florida Bar No. 119580
Email: colivos@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299

William A. Burck, Esq.
*Admitted Pro Hac Vice*
Email: williamburck@quinnemanuel.com
Ethan Glass, Esq.
*Admitted Pro Hac Vice*
Email: ethanglass@quinnemanuel.com
Adam B. Wolfson, Esq.
Email: adamwolfson@quinnemanuel.com
*Admitted Pro Hac Vice*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Attorneys for Defendant TRAFIGURA TRADING, LLC*

By: /s/ *Bruce Birenboim*
Stephen F. Rosenthal, Esq.
Florida Bar No. 0131458 Email: srosenthal@podhurst.com
Robert C. Josefsberg, Esq.
Florida Bar No. 040856
Email: rjosefsberg@podhurst.com
**PODHURST ORSECK, P.A.**
One S.E. 3rd Ave., Suite 2300
Miami, FL 33131
Main Tel: (305) 358-2800
Facsimile: (305) 358-2382

Bruce Birenboim, Esq.
*Admitted Pro Hac Vice*
Email: bbirenboim@paulweiss.com
Brad S. Karp, Esq.
*Admitted Pro Hac Vice*
Email: bkarp@paulweiss.com
Jessica S. Carey, Esq.
*Admitted Pro Hac Vice*
Email: jcarey@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

Adam B. Schwartz, Esq.
*Admitted Pro Hac Vice*
Email: aschwartz@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

3

*Attorneys for Defendants GLENCORE LTD., GLENCORE ENERGY UK LTD., GUSTAVO GABALDON, SERGIO DE LA VEGA, and LUIS ALVAREZ*

By: */s/ Adam L. Hudes*
Jorge D. Guttman, Esq.
Florida Bar No. 015319
Email: jguttman@gunster.com
Jonathan H. Kaskel, Esq.
Florida Bar No. 52718
Email: jkaskel@gunster.com
**GUNSTER**
600 Brickell Avenue Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

Mark W. Ryan, Esq.
*Admitted Pro Hac Vice*
Email: mryan@mayerbrown.com
Adam L. Hudes, Esq.
*Admitted Pro Hac Vice*
Email: ahudes@mayerbrown.com
Stephen M. Medlock, Esq.
*Admitted Pro Hac Vice*
Email: smedlock@mayerbrown.com
**MAYER BROWN LLP**
Counsel for Defendant
Lukoil Pan Americans LLC
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

Michael P. Lennon, Jr.
*Admitted Pro Hac Vice*
Email: mlennon@mayerbrown.com
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

*Attorneys for Defendant*

By: */s/ Alice K. Sum*
Alice K. Sum
Florida Bar No. 354510
asum@fowler-white.com
Stephanie M. Chaissan
Florida Bar No. 60813
schaissan@fowler-white.com
Lindsay M. Massillon
Florida Bar No. 92098
lmassillon@fowler-white.com
**FOWLER WHITE BURNETT, P.A.**
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305 789-9201
*Attorneys for Defendant BAC FLORIDA BANK*

By: */s/ Kimberly Ann Pathman*
Kimberly A. Pathman
Florida Bar No. 118844
kpathman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue NW
Washington, DC 20036
Tel: (202) 887-4000
Fax: (202) 887-4288

and

Mark J. MacDougall (admitted *pro hac vice*)
mmacdougall@akingump.com
Thomas P. McLish (admitted *pro hac vice*)
tmclish@akingump.com
Stacey H. Mitchell (admitted *pro hac vice*)
shmitchell@akingump.com
Connor Mullin (admitted *pro hac vice*)
cmullin@akingump.com

4

| | |
|---|---|
| *LUKOIL PAN AMERICANS LLC* | *Attorneys for Defendants FRANCISCO MORILLO AND LEONARDO BAQUERO* |

By: */s/ David M. Burkoff*
Benjamine Reid, Esq.
Florida Bar Number 183522
Email: breid@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Telephone: (305) 539-7228
Fax: (305) 530-0055

David M. Burkoff, Esq.
*Admitted Pro Hac Vice*
Email: dburkoff@huntermaclean.com
Allan C. Galis, Esq.
*Admitted Pro Hac Vice*
Email: agalis@huntermaclean.com
Heather H. Lundy, Esq.
*Admitted Pro Hac Vice*
Email: hlundy@huntermaclean.com
**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Tel: (912) 236-0261
Fax: (912) 236-4936

*Attorneys for Defendants COLONIAL GROUP, INC., COLONIAL OIL INDUSTRIES, INC. and PAUL ROSADO*

By: */s/Israel J. Encinosa*
Alex M. Gonzalez
Florida Bar No. 991200
alex.gonzalez@hklaw.com
Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com

By: */s/ Gerald E. Greenberg*
Gerald E. Greenberg, Esq.
Florida Bar No. 440094
Email: ggreenberg@gsgpa.com
Adam M. Schachter, Esq.
Florida Bar No. 647101
Email: aschachter@gsgpa.com
**GELBER SCHACHTER &GREENBERG, P.A.**
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

*Attorneys for Defendants VITOL INC., VITOL ENERGY (BERMUDA) LTD., and ANTONIO MAARRAOUI*


By: /s/ Etan Mark
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Donald J. Hayden, Esq.
Florida Bar No. 097136
don@markmigdal.com
Lara O'Donnell Grillo, Esq.
Florida Bar No. 37735
lara@markmigdal.com
eservice@markmigdal.com
**MARK MIGDAL & HAYDEN**
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

*Attorneys for Defendant JOHN RYAN*

5

Brian A. Briz
Florida Bar No. 657557
brian.briz@hklaw.com
**HOLLAND & KNIGHT LLP**
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
David Kully (admitted *pro hac vice*)
david.kully@hklaw.com

*Attorneys for Defendants HELSINGE, INC., HELSINGE LTD., HELSINGE HOLDINGS, LLC, DANIEL LUTZ, LUIS LIENDO AND MARIA FERNANDA RODRIGUEZ*
By: */s/ Stephen H. Lee*
Spencer H. Silverglate
Florida Bar No. 769223
ssilverglate@cspalaw.com
mpedraza@cspalaw.com
Francisco Ramos, Jr.
Florida Bar No. 114766
framos@cspalaw.com
socd@cspalaw.com
cdeleon@cspalaw.com
**CLARKE SILVERGLATE, P.A.**
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 377-0700
Facsimile: (305) 377-3001

Stephen H. Lee, Esq.
*Admitted Pro Hac Vice*
slee@porterhedges.com
**PORTER HEDGES LLP**
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6686

*Attorneys for Defendant MAXIMILIANO POVEDA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Defendants' Motion to Strike the Unnamed "PDVSA Representative" From Plaintiff's Witness List for the August 2 and 3, 2018 Hearing was filed and served by CM/ECF, on August 1, 2018, on all counsel or parties of record.

>*/s/ Christina Olivos*
>CHRISTINA OLIVOS, ESQ.