**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

PDVSA U.S. LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,

    Defendants.

Case No. 1:18-CV-20818 (DPG)

**JOINT UNOPPOSED MOTION FOR LEAVE
TO BRING ELECTRONIC DEVICES INTO THE COURTROOM**

In accordance with S.D. Fla. Administrative Order 2006-16, the undersigned counsel have conferred with other counsel in this action to present the Court with a joint request for permission

(on behalf of the attorneys and technology professionals listed in Exhibit A) to bring certain electronic devices, including mobile phones, computers and tablets, including: Lenovo Thinkpad laptops, VGA 4-way Switch, Iphone 6, Set Desktop Speakers, External Hard Drives, Mice, etc., Miscellaneous VGA and Electric Cabling and Tape for use and presentation for the hearing before Judge Otazo-Reyes's courtroom on August 2-3, 2018.

Dated: August 1, 2018

**BOIES SCHILLER FLEXNER LLP**

By: */s/ Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Stephen N. Zack (Bar No.: 145215)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

David Boies
Helen M. Maher
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Nicholas A. Gravante, Jr.
David A. Barrett
Randall Jackson
Marilyn Kunstler
Ellen Brockman
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
Teresa A. Monroe
30 S. Pearl Street, 11th Floor
Albany, New York 12207

Tel: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Plaintiff*

## EXHIBIT A

| | |
|---|---|
| Counsel for Plaintiff PDVSA US Litigation Trust | Alexander Boies<br>Andrew Steinmetz |
| Plaintiff's Consultant | Carlos Spinelli, Esq.<br>Daniel Cory (Rational) |
| Defendants Consultant | Scott Duval (Trial Graphix) |

## CERTIFICATE OF CONFERENCE UNDER RULE 7.1

Counsel for the Plaintiff have conferred with all Parties in this action in a good faith effort to resolve the issues raised in this motion, and they do not oppose the relief sought herein.

By: */s/ Steven W. Davis*
STEVEN W. DAVIS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed August 1, 2018 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel of record to all parties via transmission of Notices of Electronic Filing.

By: */s/ Steven W. Davis*
STEVEN W. DAVIS