AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PDVSA US LITIGATION TRUST

vs.

**DEFENDANTS' EXHIBIT LIST**

LUKOIL PAN AMERICAS LLC, ET AL.

Case Number: 18-cv-20818-DPG/AOR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Alicia Otazo-Reyes | David Boies<br>Boies Schiller Flexner LLP | See signature block |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 2-3, 2018 | Patricia Diaz | |

**EXHIBIT LIST**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES (THAT DEFENDANTS ARE SEEKING TO ADMIT) | EXPECT VS. MAY USE | OBJ. |
|---|---|---|---|---|---|---|---|
| | 1 | 8/2/2018 | X | Offered on 8-2-18, considered under R. 44.1 | Expert Report of José Ignacio Hernández G., dated July 10, 2018 | | |
| | 2 | 8/2/2018 | X | Pre-admitted | Curriculum Vitae of José Ignacio Hernández G. | | |
| | 3 | 8/2/2018 | X | Offered on 8-2-18, considered under R. 44.1 | Affidavit of Rafael Badell Madrid, dated March 26, 2018 | | |
| | 4 | 8/2/2018 | X | Offered on 8-2-18, admitted under R. 44.1 | Expert Report of Rafael Badell Madrid, dated July 10, 2018 | | |
| | 5 | 8/2/2018 | X | Pre-admitted | Curriculum Vitae of Rafael Badell Madrid | | |
| | 6 | 8/2/2018 | X | Pre-admitted | National Assembly's statement, dated April 24, 2018 | | |
| | 7 | 8/2/2018 | X | Pre-admitted | Constitution of the Bolivarian Republic of Venezuela (Official Gazette n° 5,908 extraordinary, dated February 19, 2009) | | |
| | 8 | 8/2/2018 | X | Pre-admitted | English Translation: Constitution of the Bolivarian Republic of Venezuela (Official Gazette n° 5,908 extraordinary, dated February 19, 2009) | | |
| | 9 | 8/2/2018 | X | Pre-admitted | National Assembly's Internal Debates Rules (Official Gazette n° 6,014 extraordinary, dated December 23, 2010) | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 10 | 8/2/2018 | X | Pre-admitted | Decree n° 2,184, published in Official Gazette n° 6.214 extraordinary, dated January 14, 2016 | | |
| | 11 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 12 | 8/2/2018 | X | Pre-admitted | PDVSA bylaws (Decree N° 1.123 published in the Official Gazette n° 1.770 extraordinary, dated August 30, 1975) | | |
| | 13 | 8/2/2018 | X | Pre-admitted | PDVSA bylaws (Decree N° 8,238, published in Official Gazette n° 39,681 dated May 25, 2011) | | |
| | 14 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 15 | 8/2/2018 | X | Pre-admitted | Hydrocarbons Organic Law (published in the Official Gazette n° 38,493, dated August 4, 2006) | | |
| | 16 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 17 | 8/2/2018 | X | Pre-admitted | Public Administration Organic Law (published in the Official Gazette n° 6,147 extraordinary, dated November 11, 2014) | | |
| | 18 | 8/2/2018 | X | Pre-admitted | Hernández G., José Ignacio, (2016), El pensamiento jurídico Venezolano en el Derecho de los hidrocarburos, Academia de Ciencias Políticas y Sociales | | |
| | 19 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 20 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 1,210, dated May 11, 2006 | | |
| | 21 | 8/2/2018 | X | Pre-admitted | Venezuelan Commercial Code (published in the Official Gazette n° 475 extraordinary, dated December 21, 1955) | | |
| | 22 | 8/2/2018 | X | Pre-admitted | Social Chamber, rule n° 147, dated June 26, 2001 | | |
| | 23 | 8/2/2018 | X | Pre-admitted | Venezuelan Civil Code (published in the Official Gazette n° 2.990 extraordinary, dated July 26, 1982) | | |
| | 24 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 25 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber of the Venezuelan Supreme Tribunal, rule n° 194, dated February 12, 2014 | | |
| | 26 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule 417, dated March 5, 2002 | | |
| | 27 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule n° 464, dated March 18, 2002 | | |
| | 28 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 29 | 8/2/2018 | X | Pre-admitted | Public Contracts Law (published in the Official Gazette n° 6,154 extraordinary, dated November 19, 2014) | | |
| | 30 | 8/2/2018 | X | Pre-admitted | National Assembly's statement that authorized the terms and conditions to create and operate joint ventures (published in the Official Gazette n° 38,506, dated August 23, 2006) | | |

| | # | Date | | Status | Description | | |
|---|---|---|---|---|---|---|---|
| | 31 | | | Part of record; Professor Jose I. Hernandez testified regarding document | PDVSA 2016 Notes prospectus | | |
| | 32 | | | Part of record; Professor Jose I. Hernandez testified regarding document | Contract between PDVSA-Petróleo S.A. and Lyondell-Citgo Refing LP | | |
| | 33 | | | Part of record; Professor Jose I. Hernandez testified regarding document | General Comptroller Office. Activities. Annex of the 2012 Report | | |
| | 34 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 35 | 8/2/2018 | X | Pre-admitted | Decree n° 2,378, of the National Public Administration's Organization (published in the Official Gazette n° 6,238 extraordinary dated July 13, 2016) | | |
| | 36 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber rule n° 359, dated April 5, 2016 | | |
| | 37 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 38 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 1,133 dated May 4, 2006 | | |
| | 39 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 966 dated August 3, 2013 | | |
| | 40 | 8/2/2018 | X | Pre-admitted | Administrative Procedure Organic Law (published in the Official Gazette n° 2,818 extraordinary dated July 1st, 1981) | | |
| | 41 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 584, dated April 24, 2007 | | |
| | 42 | 8/2/2018 | X | Pre-admitted | Republic General Comptroller and Fiscal Control National System Organic Law (Official Gazette n° 6.013 extraordinary dated December 23, 2010) | | |
| | 43 | 8/2/2018 | X | Pre-admitted | Attorney General Organic Law (published in the Official Gazette n° 6,220, dated March 15, 2016) | | |
| | 44 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 361 dated March 19, 2014 | | |
| | 45 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 151, dated February 18, 2016 | | |
| | 46 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule dated May 26, 2005 | | |
| | 47 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule n° 1,460 dated July 12, 2007 | | |
| | 47-A | 8/2/2018 | X | Pre-admitted | Decree n° 8,793, Official Gazette n° 39,855, dated February 11, 2012 | | |
| | 48 | 8/2/2018 | X | Pre-admitted | Resolution n° 013/2013, Official Gazette n° 40,126, dated March 11, 2013 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 49 | 8/2/2018 | X | Pre-admitted | Resolution n° 078/2014, Official Gazette n° 40,567, dated December 22, 2014 | | |
| | 50 | 8/2/2018 | X | Pre-admitted | Civil Procedure Code (published in the Official Gazette n° 4,209 extraordinary, dated September 18, 1990) | | |
| | 51 | 8/2/2018 | X | Pre-admitted | Anti-Corruption Law (Official Gazette n° 6,155 extraordinary dated November 19, 2014) | | |
| | 52 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 1,164 dated July 29, 2014 | | |
| | 53 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |
| | 54 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber, rule n° 520, dated May 16, 2018 | | |
| | 55 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule dated August 20, 2003 | | |
| | 56 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule n° 618 dated July 20, 2016 | | |
| | 57 | 8/2/2018 | X | Pre-admitted | Constitutional Chamber, rule n° 2241 dated September 24, 2002 | | |
| | 58 | 8/2/2018 | X | Pre-admitted | Hernández G., José Ignacio (2016), Derecho administrativo y arbitraje internacional de inversiones | | |
| | 59 | 8/2/2018 | X | Pre-admitted | Political-Administrative Chamber rule n° 855 dated April 5, 2006 | | |
| | 60 | 8/2/2018 | X | Pre-admitted | Social Chamber, rule dated June 16, 2011 | | |
| | 61 | 8/2/2018 | X | Offered on 8-3-18 (same as PX 59, which was admitted) | Minutes of Shareholders' Meeting of PDVSA filed before the Office of the First Commerce Registrar of the District Capital (Venezuela) on March 9, 2017, under number 59, book 30-A. | | |
| | 62 | 8/2/2018 | X | Offered on 8-3-18 (same as PX 59, which was admitted) | English translation: PDVSA Bylaws (dated January 30, 2017, filed on March 9, 2017) | | |
| | 63 | 8/2/2018 | X | Pre-admitted | Sentence N° 1185 of Constitutional Chamber of the Supreme Court of Justice, dated June 17, 2004 | | |
| | 64 | 8/2/2018 | X | Pre-admitted | Sentence N° 523 of Political-Administrative Chamber of the Supreme Court of Justice, dated June 9, 2010 | | |
| | 65 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 66 | 8/2/2018 | X | Pre-admitted | Sentence N° 1460 of Constitutional Chamber of the Supreme Court of Justice, dated July 12, 2007 | | |
| | 67 | 8/2/2018 | X | Pre-admitted | Decree N° 1.556 with Rank and Force of the Organic Law of the Procurador General´s Office, published in Official Gazette N° 5.554 dated November 13, 2001 | | |
| | 68 | 8/2/2018 | X | Pre-admitted | Sentence N° 1209 of Political-Administrative Chamber of the Supreme Court of Justice, dated November 24, 2010 | | |
| | 69 | 8/2/2018 | X | Pre-admitted | [intentionally omitted] | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 70 | 8/2/2018 | X | Pre-admitted | Sentence N° 953 of the Constitutional Chamber of the Supreme Court of Justice, dated April 29, 2003 | | |
| | 71 | 8/2/2018 | X | Pre-admitted | The Organic Law of the Financial Administration of the Public Sector (Extraordinary Official Gazette N° 6.210, dated December 30, 2015 | | |
| | 72 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 73 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 74 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 75 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 76 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 77 | 8/2/2018 | X | Pre-admitted | [Intentionally omitted] | | |
| | 78 | 8/2/2018 | X | Pre-admitted | The Organic Law of the Procuraduría General de la República (Extraordinary Official Gazette N° 5.892, July 31, 2008) | | |
| | 79 | | | Withdrawn | Complaint from *United States* v. *Guruceaga*, Case No. 18-MJ-03119-Torres | | |
| | 80 | 8/2/2018 | X | Pre-admitted | Exec. Order No. 13,808, 82 Fed. Reg. 41155 (Aug. 24, 2017) | | |
| | 81 | 8/2/2018 | X | Pre-admitted | U.S. State Department, Assumption of Legislative Powers in Venezuela, dated August 18, 2017 | | |
| | 82 | 8/2/2018 | X | Pre-admitted | Exec. Order No. 13,827, 83 Fed. Reg. 12468 (Mar. 19, 2018) | | |
| | 83 | 8/2/2018 | X | Pre-admitted | H. Res. 259, 115th Congress (2017) | | |
| | 84 | 8/2/2018 | X | Pre-admitted | S. Res. 414, 115th Congress (2017) | | |
| | 85 | 8/2/2018 | X | Pre-admitted | Statement from the U.S. Department of the Treasury's website, dated July 31, 2017 | | |
| | 86 | 8/2/2018 | X | Pre-admitted | Press Release, Treasury Department, dated July 26, 2017 and entitled "Treasury Sanctions 13 Current and Former Senior Officials of the Government of Venezuela." | | |
| | 87 | | | Withdrawn | "Corporate Governance," PDVSA's website, accessed on July 9, 2018 | | |
| | 88 | 8/2/2018 | X | Pre-admitted | Letter from Boies Schiller Flexner LLP to Nelson Martinez, dated July 12, 2017 (PDVSATRUST-0000285-289) | | |
| | 89 | 8/2/2018 | X | Offered on 8-2-18 | American Board of Forensic Document Examiners (ABFDE) — Qualifications and Requirements for Certification | | |
| | 90 | 8/2/2018 | X | Pre-admitted | Scientific Working Group for Forensic Document Examination (SWGDOC) — Standard for Examination of Handwritten Items | | |
| | 91 | 8/2/2018 | X | Pre-admitted | Scientific Working Group for Forensic Document Examination (SWGDOC) — Terminology for Expressing Conclusions of Forensic Document Examiners | | |