UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:18-cv-20818 DPG

**PDVSA US LITIGATION TRUST,**
    Plaintiff

v.

**LUKOIL PAN AMERICAS LLC ET AL.,**
    Defendants.

**CERTIFICATE OF COMPLIANCE RE ADMITTED EVIDENCE**

I, Brian A. Briz, as counsel for Defendants, Helsinge Inc., Helsinge Holdings, LLC, Helsinge Ltd., Daniel Lutz and Luis Liendo, hereby certify the following:

Check the applicable sections:

☒ **ALL EXHIBITS E-FILED:** All documentary exhibits and photographs of non-documentary physical exhibits offered or introduced into evidence by Defendants Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maaraoui, Trafigura Trading, LLC, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, Luis Alvarez, and Maximiliano Poveda during the standing hearing held on August 2 and 3, 2018 have been electronically filed in CM/ECF.

☐ **EXHIBITS NOT E-FILED:** The following is an itemized list of exhibits that are exempt from mandatory electronic filing pursuant to Local Rule 5.3(b)(3):

_____

_____

Any original exhibits that have been returned to or retained by the filing party after electronic filing shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

This Certificate shall be filed within ten (10) days of the conclusion of a hearing or trial. Failure to timely comply with the requirements of Local Rule 5.3(b) may result in the imposition of sanctions.

Signature:    /s/Brian A. Briz                                    Date:    August 14, 2018