**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

PDVSA U.S. LITIGATION TRUST,

        Plaintiff,

    v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,

        Defendants.

Case No. 1:18-CV-20818 (DPG)

**PLAINTIFF'S MOTION TO FILE CONFIDENTIAL DEPOSITION DESIGNATIONS UNDER SEAL**

Plaintiff PDVSA Trust pursuant to Southern District Local Rule 5.4(b) seeks to file under seal Plaintiff's Deposition Designations marked "Confidential" used at the hearings on Standing on August 2, 2018 and August 3, 2018. The grounds for this Motion to Seal are:

1. The documents have been marked "Confidential" or "Attorneys Eyes Only."

2. The Protective Order provides and the Parties have agreed that documents marked "Confidential" or "Attorneys Eyes Only" may be filed under seal.

## CONCLUSION

In compliance with the Court's authority under Local Rule 5.4(b) Plaintiff seeks to file exhibits marked "Confidential" or "Attorneys Eyes Only" under seal.

## CERTIFICATE OF GOOD-FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3)(B), the undersigned certifies that Plaintiff and Defendants have agreed that documents marked "Confidential" or "Attorneys Eyes Only" pursuant to the Protective Order are to be filed under seal and pursuant to a motion to seal.

Dated: August 15, 2018

**BOIES SCHILLER FLEXNER LLP**

By:  */s/ Steven W. Davis*
Steven W. Davis (Bar No.: 347442)
Stephen N. Zack (Bar No.: 145215)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
Helen M. Maher
333 Main Street
Armonk, New York 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Nicholas A. Gravante, Jr.
David A. Barrett
Randall Jackson
Ellen Brockman
575 Lexington Avenue
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
Teresa A. Monroe
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on August 15, 2018 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel of record to all parties via transmission of Notices of Electronic Filing.

By: */s/ Steven W. Davis*