State of New York   )
                          ) ss
County of Albany )

On the 2nd day of April in the year 2018 before me, the undersigned, personally appeared Edward P. Swyer personally known to me or proved to me on the basis of satisfactory evidence to be the individual who name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, executed the instrument.

_____
Edward P. Swyer

Sworn to before me this 2nd day
of April, 2018

_____
Notary Public

SANDRA L. TATEM
Notary Public, State of New York
No. 4655309
Qualified in Albany County
Commission Expires March 30, 20 19

PLAINTIFF'S EXHIBIT 1A

PDVSATRUST-0000018

State of New York    )
                     ) ss
County of New York   )

On the 2nd day of April in the year 2018 before me, the undersigned, personally appeared Vincent Andrews personally known to me or proved to me on the basis of satisfactory evidence to be the individual who name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, executed the instrument.

_____
Vincent Andrews

Sworn to before me this 2nd day
of April, 2018

_____
Notary Public

ANN MARGARET TORREGROSSA
Notary Public - State of New York
NO. 01TO6212102
Qualified in Rockland County
My Commission Expires 10-5-21