**REPUBLICA BOLIVARIANA DE VENEZUELA**
MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
SERVICIO AUTONOMO DE REGISTROS Y NOTARIAS

FECHA 13/07/2018

La PUB desde su emisión tiene una vigencia de treinta (30) días continuos para ser cancelada, una vez efectuada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotado dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite debiendo cancelar nuevamente el monto correspondiente

SERVICIO AUTÓNOMO DE REGISTRO Y NOTARÍA
MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ

## PLANILLA ÚNICA BANCARIA

Número planilla : 213-01851280
Número Control : 488-0000-0000
Número solicitud : F98-20187-0009357

10.869.426

| Campo | Valor |
|---|---|
| Tipo de Acto | Legalizacion de Firma |
| Nombre y apellido del Solicitante | LEYDUIN EDUARDO MORALES |
| C.I/RIF/Pasaporte del Solicitante | 15573074 |
| Nombre y apellido del Depositante | |
| C.I/RIF/Pasaporte del Depositante | |
| Firma del Depositante | |

| Forma de Pago | | Nro. Cheque/Aprobación | |
|---|---|---|---|
| Monto Efectivo | | | 117,000.00 |
| Cheque de Gerencia del mismo Banco | | | |
| Punto de Venta | | | |
| Pago por Internet | | | |

Monto en Letras: CIENTO DIECISIETE MIL NOVECIENTOS SESENTA CON 00/100 Bs. F

| Timbres trámite: | 480.00 | Timbres legaliz. SAREN: | 480.00 | Timbre Fiscal Total | 960.00 |
|---|---|---|---|---|---|
| | | | | Monto Total | 117,960.00 |

### SOLO PARA USO DEL SAREN

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR / NOTARIO |
|---|---|---|---|
| Nombres y apellidos: JESUS BIRRIEL | | LIZETH MATUTE Abg. Revisor C.I. 11.9... | ABG. JUAN LUZARDO V-15,517,010 REGISTRADOR AUXILIAR |
| Cédula de Identidad: 17477224 | | | |
| Cargo: ESCRIBIENTE III | | | |
| Fecha: 13/07/2018 | | | |
| Firma: | | | |

Sello de la Oficina

Bancos Recaudadores
0003-Banco Industrial de Venezuela
0007-Banco Bicentenario
0102-Banco de Venezuela

Firma y sello del banco

PDVSATRUST-0001035


PLAINTIFF'S EXHIBIT 13

13/7/2018



```
              COPIA - CLIENTE

          B A N E S C O

              COMPRA

SAREN
LA CASTELLANA, AVENIDA SAN FELIPE, ENTRE 1ERA Y
SEGUNDA TRANSVERSAL. CARACAS.
G-200083875

000001243463                         91520543
FECHA:        13-07-18 01:07:38 p.m.
NRO CUENTA:   411019********9919            M
NRO. REF.:    000192          LOTE:    344
APROBACION:   061306
SECUENCIA:    819405430192


        MONTO BS. 117.960,00

          RIF: G-200083875

00 - APROBADO

CREDITO
ID:      77bee8d73c7f4d26a85facdc3f28f24c
```

PDVSATRUST-0001036

MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA.
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

Fecha de Emisión: 13/07/2018
Número de Trámite: 215.2018.3.1216

La PUB desde su emisión tiene una vigencia de treinta(30) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de sesenta (60) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

Número Planilla: 21501382726

Tipo de Acto: Derecho Especial

Número Control: 065-3735-0762 (1)

| Nombre y Apellido del Solicitante | Forma de Pago | Nro. Cheque/Aprobación | Monto (BsF) |
|---|---|---|---|
| LEYDUIN EDUARDO MORALES CASTRILLO | | | |
| CI/RIF/Pasaporte del Solicitante | Monto Efectivo | | |
| V-15.573.074 | | | |
| Nombre y Apellido del Depositante | Cheque Gerencial/ del mismo Banco | | |
| | | | |
| CI/RIF/Pasaporte del Depositante | Punto de Venta | | |
| | | | |
| Firma del Depositante | Pago por Internet | | |
| | | | |

MONTO EN LETRAS: CERO BOLIVARES CON CERO CÉNTIMOS.   MONTO TOTAL   0,00

### SOLO PARA USO DEL SAREN

| | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|---|
| Nombre(s) y Apellidos | | | Johnny A. Quintero C. Abogado CI.14.049.918 | |
| Cédula de Identidad | | | | |
| Cargo | | | | |
| Fecha | | | | |
| Firma | | | | |

Sello de la Oficina        Bancos Recaudadores        Sello y Firma del Banco

0003 - Banco Industrial de Venezuela
0175 - Banco Bicentenario
0102 - Banco de Venezuela
0108 - Banco Provincial
0163 - Banco del Tesoro

PDVSATRUST-0001037


MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.



Fecha de Emisión: 2018-07-12      208° y 159°

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

### PLANILLA ÚNICA BANCARIA

Tipo de Acto: Declaración Jurada

Nombre y Apellido del Solicitante: Reinaldo Enrique Muñoz Pedroza

CI/RIF/Pasaporte del solicitante: V-10869426

Nombre y Apellido del Depositante:

CI/RIF/Pasaporte del Depositante:

Firma del Depositante:

Número Planilla: 02400090203
Número de Trámite: 24.2018.3.624

N° 42   TOMO 176

Número Control: 202-1013-4764 (U)

| Forma de Pago: | | |
|---|---|---|
| Depósito | Tasa SAREN | 520800 |
| Punto de Venta | Tasa Municipal/Estadal | 648 |
| Pago por Internet | MONTO TOTAL BsF | 521448 |

MONTO EN LETRAS: QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS

Sello de la Oficina       Bancos Recaudadores       Sello y Firma del Banco

0633-41-45, 0633-47-38

- 0003 - Banco Industrial de Venezuela
- 0102 - Banco de Venezuela
- 0163 - Banco del Tesoro
- 0175 - Banco Bicentenario
- 0108 - Banco Provincial

---


MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.



Fecha de Emisión: 2018-07-12      208° y 159°

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

### PLANILLA ÚNICA BANCARIA

Tipo de Acto: Declaración Jurada

Nombre y Apellido del Solicitante: Reinaldo Enrique Muñoz Pedroza

CI/RIF/Pasaporte del solicitante: V-10869426

Nombre y Apellido del Depositante:

CI/RIF/Pasaporte del Depositante:

Firma del Depositante:

Número Planilla: 02400090203
Número de Trámite: 24.2018.3.624

Número Control: 202-1013-4764 (U)

| Forma de Pago: | | |
|---|---|---|
| Depósito | Tasa SAREN | 520800 |
| Punto de Venta | Tasa Municipal/Estadal | 648 |
| Pago por Internet | MONTO TOTAL BsF | 521448 |

MONTO EN LETRAS: QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS

Sello de la Oficina       Bancos Recaudadores       Sello y Firma del Banco

0633-41-45, 0633-47-38



Receipt stamp — Banco de Venezuela, Serv. Auton. de Regist. y Notar. Las Acacias, RIF: G-20003875, TERMINAL: 2002, FECHA: 12/07/2018, MONTO A PAGAR Bs. NO SE REQUIERE FIRMA

PDVSATRUST-0001038

**Procuraduría General de la República**

Thayrin Díaz
I.P.S.A. 131.787

## RECONOCIMIENTO

República Bolivariana )
de Venezuela ) ss.
Distrito Capital )

El día 12 de julio del año 2018, ante mí, el abajo firmante, Reinaldo Muñoz Pedroza, compareció personalmente, probando con base en pruebas satisfactorias que es la persona cuyo nombre aparece a continuación y en el presente instrumento, el PDVSA U.S. Acuerdo de Fideicomiso de Litigios *(PDVSA U.S. Litigation Trust Agreement)* de fecha 27 de julio de 2017, reconociendo ante mi que celebró el mismo en su calidad de Procurador General de la República Bolivariana de Venezuela (E), y que con su firma en el señalado instrumento, el citado ciudadano perfeccionó el instrumento.

Reinaldo Muñoz Pedroza

Jurado ante mí el 12 de julio de 2018

Dr. Birmani A. Contreras M.
C.I. V-13.202.088
Notario Público Décimo Séptimo
del Municipio Libertador

Procuraduría General de la República
Procurador General (E)



PDVSATRUST-0001039

*Procuraduría General de la República*

Thayrin Diaz
I.P.S.A. 131.787

## ACKNOWLEDGEMENT

Bolivarian Republic )
of Venezuela ) ss.
Capital District )

On the 12 day of July in the year 2018, before me the undersigned, personally appeared Reinaldo Muñoz Pedroza, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed below and to the within instrument, the PDVSA U.S. Litigation Trust Agreement dated July 27, 2017, and acknowledged to me that he executed the same in his capacity as Procurador General of the Bolivarian Republic of Venezuela (E), and that by his signature on the instrument, the individual executed the instrument.

_____
Reinaldo Muñoz Pedroza

Sworn to before me this 12 day of July, 2018

_____
Dr. Birmani A. Contreras M.
C.I. V-13.202.098
Notario Público Décimo Séptimo
del Municipio Libertador

*Procuraduría General de la República*
Procurador General (E)

PDVSATRUST-0001040



REPÚBLICA BOLIVARIANA DE VENEZUELA
*** MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ ***

NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS  
MUNICIPIO LIBERTADOR

Jueves, 12 de Julio de 2018  
208 ° y 159 °

### NOTA DE AUTENTICACIÓN

El Anterior Documento redactado por el abogado: **Thayrin Patricia Diaz Diaz**, inscrito en el Inpreabogado bajo el **No. 131.787**, fue presentado para su **autenticación y devolución** segun trámite de número **24.2018.3.624**. Presente su otorgante dijo llamarse: **Reinaldo Enrique Muñoz Pedroza** de nacionalidad **venezolana**, mayor de edad, domiciliado en **Libertador, Distrito Capital**, estado civil **soltero**, titular del Documento de Identidad **cédula: V-10.869.426**. Leido el documento y confrontado con sus fotocopias, firmado en estas y el presente original, en presencia del Notario, su otorgante expuso: **SU CONTENIDO ES CIERTO Y MÍA LA FIRMA QUE APARECE AL PIE DE ESTE DOCUMENTO**. El Notario hace constar que informó a las partes del contenido, naturaleza y trascendencias legales del acto otorgado en conformidad con lo establecido en el Ordinal 2° del Artículo 78 de la Ley de Registros y del Notariado. En tal virtud lo declara Autenticado en presencia de los testigos: **Leonardo Jose Medina Cobos** y **Pedro Jose Llovera Lopez**, titulares de los documentos de identidad: **cédula: V-15.613.073** y **cédula: V-9.822.636**, respectivamente. El Notario Público que suscribe hace constar que tuvo a su vista Documento Elaborado por Interprete Publico N° **39.499 RICHARD JESUS RAMIREZ ISTURIZ**, Titular de la Cedula de Identidad N° **V-6.449.544**.

Por Servicio Autónomo de Registros y Notarias se canceló la cantidad de **Bs. 521.448,00**, según **Planilla N° 02400090203**, de fecha **12/07/2018**.

NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS MUNICIPIO LIBERTADOR, Número: 42, Tomo: 176, Folios 166 hasta 172.

Notario.  
BIRMANI A. CONTRERAS M.

Dr. Birmani A. Contreras M.  
C.I. V-13.202.088  
Notario Público Décimo Séptimo  
del Municipio Libertador

Los Testigos:  
LEONARDO JOSE MEDINA COBOS  
PEDRO JOSE LLOVERA LOPEZ

Los Otorgantes:  
REINALDO ENRIQUE MUñOZ PEDROZA

PDVSATRUST-0001041



## REPÚBLICA BOLIVARIANA DE VENEZUELA

*** MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES Y JUSTICIA ***
*** SERVICIO AUTÓNOMO DE REGISTROS Y NOTARIAS ***

REGISTRO PÚBLICO DEL SEGUNDO CIRCUITO MUNICIPIO LIBERTADOR DISTRITO CAPITAL

Trece (13) de Julio del dos mil dieciocho (2018)

El anterior documento fue redactado por el(la) **Abg. THAYRIN PATRICIA DIAZ DIAZ** inscrito(a) en el Inpreabogado **No. 131787**; identificado con el Número 215.2018.3.1216, de fecha 13/07/2018. Presentado para su registro por LEYDUIN EDUARDO MORALES CASTRILLO, DE NACIONALIDAD VENEZOLANO, ESTADO CIVIL SOLTERO, TITULAR DE LA CÉDULA N° V-15.573.074. Fue leído y confrontado con sus copias en los protocolos y firmados en estos y en el presente original por su presentante ante mí y los testigos **MARIANA MICHELLE MORENO ARENAS** y **DANIFER NIRIBELL SOLER PALMA** con CÉDULA N° V-24.219.959 y CÉDULA N° V-14.036.093. La Revisión Legal fue realizada por el(la) **Abg. JOHNNY ALBERTO QUINTERO GARCIA**, con CÉDULA N° V-14.049.916 funcionario(a) de esta Oficina de Registro. La Revisión de Prohibiciones fue realizada por ELIZABETH PEREZ VARGAS, con CÉDULA N° V-6.149.042. Este documento quedó inscrito bajo el(los) Número(s) 50 folio(s) 429 del (de los) Tomo(s) 30 del Protocolo de Transcripción del presente año respectivamente. Este documento quedó otorgado en esta oficina a las 12:16 p.m.

El Presentante:

Los Testigos:

Abg. DANIELA CAMACHO USTARIZ
Registradora Pública del Segundo
Circuito Municipio Libertador

PDVSATRUST-0001042



REPUBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES
INTERIORES, JUSTICIA Y PAZ
SERVICIO AUTONOMO DE REGISTROS Y NOTARIAS
REGISTRO PRINCIPAL DEL DISTRITO CAPITAL
DEPARTAMENTO DE LEGALIZACIONES



SERVICIO AUTÓNOMO
DE REGISTROS
Y NOTARÍAS

Quien suscribe, **ABG. JUAN LUZARDO.** Registrador Auxiliar (E) del Registro Principal del Distrito Capital. Hace constar; que para dar cumplimiento al **Art. 66** de la Ley de Registro Público y del Notariado se legaliza la firma de él (la) ciudadano (a): **ABG, DANIELA CAMACHO USTARIZ.** Quien para la fecha que suscribe es: **REGISTRADOR (A) PUBLICO DEL SEGUNDO CIRCUITO DEL MUNICIPIO LIBERTADOR DEL DISTRITO CAPITAL.** La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. **Pago Por Servicio Autónomo Según Solicitud N° 9357 Por un monto de Bs. F. 117,960.00.** Incluyendo Timbres Fiscales 0,8 u.t. El Presente documento fue elaborado por la Funcionaria: Zurais Martinez. Caracas, a los Trece (13) días del mes de Julio del año 2018.

ABG. JUAN LUZARDO
REGISTRADOR AUXILIAR (E)
DEL REGISTRO PRINCIPAL DEL DTTO CAPITAL

ZURAIS MARTINEZ
Funcionaria Autorizada

PDVSATRUST-0001043

  

**REPÚBLICA BOLIVARIANA DE VENEZUELA**

***MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ***

SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede del (la) ciudadano(a)

**ABG. JUAN LUZARDO.**

Quien es como se titula, **Registradora Auxiliar (E) Del Registro Del Principal Del Distrito Capital**

Se advierte que la presente legalización no prejuzga acerca de

Ningún otro extremo de fondo ni de Forma.

Caracas, 13    de Julio de 2018.

207°, 159° y 19°

Por el Ministro,



**NELSÓN JOSÉ GARCÍA**
DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE
REGISTROS Y NOTARÍAS

Decreto N° 1.979 del 04 de septiembre de 2015, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.195 Extraordinaria de la misma fecha y, Resolución N° 162 del 09 de septiembre de 2015, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.743 del 10 de septiembre de 2015.

RPDC

*Documento firmado electrónicamente con el mismo valor probatorio que la ley otorga a los documentos escritos, según artículo 4° de la Ley de Mensajes de Datos y Firmas Electrónicas.*

PDVSATRUST-0001034

Gobierno Bolivariano de Venezuela — Ministerio del Poder Popular para Relaciones Exteriores

Fecha Impresión: 13-07-2018
Hora Impresión: 15:23:32

00006324355

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
OFICINA DE RELACIONES CONSULARES

Nro. 05605059S                          Sello Nro. 1327549



APOSTILLE
Convention de La Haye du 5 Octobre 1961

1.- País VENEZUELA
El presente documento público
2.- Ha sido firmado por: NELSON JOSE GARCIA.
3.- Quien actúa en calidad de: DIRECTOR GENERAL DEL SAREN.
4.- Llevando el sello/timbre de: M.P.P PARA LAS RELACIONES INTERIORES, JUSTICIA Y PAZ

Certificado

5.- en: Caracas                         6.- el día: 13-07-2018
7.- Por el Ministro:
8.- Nro: 1327549
9.- Sello/Timbre                        10.- Firma

Se advierte que la presente apostilla no prejuzga acerca de ningún otro extremo de fondo ni de forma.
Autoridad Certificante
Distrito Capital-Libertador
Directora del Servicio Consular Nacional
13-07-2018 15:23:32

PARA VALIDAR LA AUTENTICIDAD INGRESE ESTE CÓDIGO: 108694262018
En http://validarapostilla.mppre.gob.ve

TIPO DE ACTUACIÓN: Documento inherente al Registro Civil
TITULAR: 10869426 - REINALDO ENRIQUE MUÑOZ PEDROZA



MPPRE-2081c648184a19d66c59f7ddd6c862282838
El Documento ha sido "firmado electrónicamente", cumpliendo con el "Decreto Ley de mensaje de Datos y Firma Electrónica", de fecha 10 de Febrero de 2001, publicado en la "Gaceta Oficial" Nro 37.148, del 28 de febrero de 2001.

PDVSATRUST-0001044