AMENDMENT NUMBER ONE
TO
PDVSA U.S. LITIGATION TRUST AGREEMENT

This **AMENDMENT NUMBER ONE**, dated as of April *10*, 2018 (the "**Amendment**"), to the **PDVSA U.S. LITIGATION TRUST AGREEMENT**, made the 27ᵗʰ day of July, 2017, by and between PDVSA and the Litigation Trustees (as amended, modified or otherwise supplemented from time to time in accordance with the terms thereof, the "**Litigation Trust Agreement**" or "**Agreement**").

**WITNESSETH**

WHEREAS, the Parties have previously entered into the Agreement; and

WHEREAS, the Parties desire to amend the Agreement in order to modify certain provisions of the Agreement; and

WHEREAS, pursuant to and in conformity with Article VIII of the Agreement, the currently-serving Litigation Trustees unanimously consent to and are willing to make, as indicated by their respective signatures hereon, the modifications to the Agreement contemplated by this Amendment;

NOW THEREFORE, in consideration of the premises and mutual covenants herein contained, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and affirmed, it is agreed as follows:

SECTION 1. Defined Terms. Capitalized terms used in this Amendment and not otherwise defined herein shall have the meanings ascribed to them in the Agreement.

SECTION 2. Full Force and Effect. Other than as specifically modified hereby, the Agreement shall remain in full force and effect in accordance with the terms and provisions thereof and is hereby affirmed, ratified and confirmed.

SECTION 3. Amendments to the Agreement. Pursuant to Article VIII of the Agreement, and consistent with the purpose and intention of the Litigation Trust to facilitate the commencement and the prosecution of the Assigned Actions and to provide for the distribution of the Proceeds, effective on the date hereof, following the execution and delivery hereof, the Agreement is modified as follows:

A.  In the seventh "WHEREAS" clause under "RECITALS" in the Agreement:
    - in the first line "and Meister Seelig & Fein LLP" is stricken; and
    - in the second line **Appointers** is replaced with **Appointer**

B.  In conformity with, and in order to give full effect to, the modification set forth in the second bullet point under Section 3A hereof, every other instance of "Law Firm Appointers" appearing throughout the Agreement, including Annex A thereto, is replaced, in each case, with "Law Firm Appointer"

C.  In Section 4.1(c) of the Agreement:
    - in the second line, "(the **PDVSA Appointer**")" is stricken;
    - in the third line, "jointly" is stricken; and

1

PLAINTIFF'S
EXHIBIT
tabbies
2

- in the fourth line, "The PDVSA Appointer" is replaced with "The President of PDVSA (the "PDVSA Appointer")"

D.  In Section 4.5 of the Agreement:
- in the first and second lines, "not less than ninety (90) days'" is stricken

E.  In Section 4.6 of the Agreement:
- in the only line, "The" is replaced with "Any" and "Trustees" is replaced with "Trustee"

F.  In Article VII of the Agreement:
- at the end of the Article as currently written, after "Agreement." shall be added the sentence "If not earlier terminated, the Litigation Trust shall terminate on July 1, 2027.", which sentence shall now be the last sentence of Article VII of the Agreement

SECTION 5. Effectiveness of Amendment. This Amendment shall become effective as of the date first written above. This Amendment shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

SECTION 6. Execution in Counterparts. This Amendment may be executed in separate counterparts, each of which shall be deemed to be an original and all of which shall constitute together but one and the same agreement.

SECTION 7. Governing Law. This Amendment shall be governed by and construed and enforced in accordance with the laws of the State of New York, without giving effect to the principles of conflicts of law thereof.

SECTION 8. No Novation. Notwithstanding that the Agreement is hereby amended by this Amendment as of the date hereof, nothing contained herein shall be deemed to cause a novation.

SECTION 9. Due Authorization and Conformity with Laws. This Amendment has been duly authorized and is in conformity with all laws, rules and regulations applicable to it.

IN WITNESS WHEREOF, the signatories hereto have executed and acknowledged this Amendment as of the date first above written.

Edward P. Swyer

Vincent Andrews

PLAINTIFF'S
EXHIBIT
tabbies
2A

2

PDVSATRUST-0000021

STATE OF NEW YORK )
                  ) ss
COUNTY OF New York )

On the 10th day of April in the year 2018 before me, the undersigned, personally
appeared Edward P. Swyer personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the
within instrument and acknowledged to me that he executed the same in
his capacity, and that by his signature on the instrument, the
individual, or the person upon behalf of which the individual acted, executed the
instrument.

Ann Margaret Torregrossa
Notary Public

STATE OF NEW YORK )
                  ) ss
COUNTY OF New York )

On the 10th day of April in the year 2018 before me, the undersigned, personally
appeared Vincent Andrews personally known to me or proved to me on the basis of
satisfactory evidence to be the individual whose name is subscribed to the
within instrument and acknowledged to me that he executed the same in
his capacity, and that by his signature on the instrument, the
individual, or the person upon behalf of which the individual acted, executed the
instrument.

Ann Margaret Torregrossa
Notary Public

3

PDVSATRUST-0000022