- in the fourth line, "The PDVSA Appointer" is replaced with "The President of PDVSA (the "PDVSA Appointer")"

D. In Section 4.5 of the Agreement:
- in the first and second lines, "not less than ninety (90) days'" is stricken

E. In Section 4.6 of the Agreement:
- in the only line, "The" is replaced with "Any" and "Trustees" is replaced with "Trustee"

F. In Article VII of the Agreement:
- at the end of the Article as currently written, after "Agreement." shall be added the sentence "If not earlier terminated, the Litigation Trust shall terminate on July 1, 2027.", which sentence shall now be the last sentence of Article VII of the Agreement

SECTION 5. Effectiveness of Amendment. This Amendment shall become effective as of the date first written above. This Amendment shall be binding upon and inure to the benefit of the Parties and their respective successors and assigns.

SECTION 6. Execution in Counterparts. This Amendment may be executed in separate counterparts, each of which shall be deemed to be an original and all of which shall constitute together but one and the same agreement.

SECTION 7. Governing Law. This Amendment shall be governed by and construed and enforced in accordance with the laws of the State of New York, without giving effect to the principles of conflicts of law thereof.

SECTION 8. No Novation. Notwithstanding that the Agreement is hereby amended by this Amendment as of the date hereof, nothing contained herein shall be deemed to cause a novation.

SECTION 9. Due Authorization and Conformity with Laws. This Amendment has been duly authorized and is in conformity with all laws, rules and regulations applicable to it.

IN WITNESS WHEREOF, the signatories hereto have executed and acknowledged this Amendment as of the date first above written.

_____
Edward P. Swyer

_____
Vincent Andrews

PLAINTIFF'S EXHIBIT 2A

2

PDVSATRUST-0000021

STATE OF NEW YORK )
) ss
COUNTY OF New York )

[Notary stamp: ANN MARGARET TORREGROSSA, Notary Public - State of New York, NO. 01TO6212102, Qualified in Rockland County, My Commission Expires 10-5-21]

On the 10th day of April in the year 2018 before me, the undersigned, personally appeared Edward P. Swyer personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Ann Margaret Torregrossa
Notary Public

STATE OF NEW YORK )
) ss
COUNTY OF New York )

[Notary stamp: ANN MARGARET TORREGROSSA, Notary Public - State of New York, NO. 01TO6212102, Qualified in Rockland County, My Commission Expires 10-5-21]

On the 10 day of April in the year 2018 before me, the undersigned, personally appeared Vincent Andrews personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Ann Margaret Torregrossa
Notary Public

3

PDVSATRUST-0000022