EXHIBIT "A"

# Rogelio Pérez-Perdomo

Law degree and PhD in law at Universidad Central de Venezuela (1964 and 1974)
LLM Harvard Law School (1972)

Professor of Law and former Law Dean at Universidad Metropolitana, Caracas
Frequent visiting professor since 1998 at Stanford Law School
Also taught in Mexico, Chile, Colombia, and Peru

Member of the National Academy of History of Venezuela
Honorary Member of the Peruvian Academy of Law
Scientific Director of the Oñati International Institute of Sociology of Law in 1992-93 (Spain) and Fellow of this Institute from 1993 onward
Academic Director, Stanford Program for International Legal Studies (1999-2002)
Former President of the Research Committee on Sociology of Law of the International Sociological Association
Member of the board of several academic journals in the Americas and Europe

Many publications in the areas of history of law, comparative law and law and society in Spanish, English and other languages – selected works below:

Stanford University Press:
*Legal cultures in the age of globalization/ Latin America and Latin Europe* (co-edited with Lawrence Friedman, 2003)
*Latin American lawyers/ A historical introduction* (2006)
*Law in many societies* (co-edited with Lawrence Friedman & Manuel Gómez, 2011)
*The civil law tradition*, 3rd edition (coauthored with John H. Merryman, 2007)

More recently:
*Big law in Latin America and Spain* (co-edited with Manuel Gómez, Palgrave Macmillan, 2018).

In Spanish, most recent books are:
*Justicia e injusticias en Venezuela* (Universidad Metropolitana and Academia Nacional de la Historia, 2011)
*Los juristas académicos de Venezuela* (Universidad Metropolitana, 2014)
*Ideas del derecho y cultura jurídica en Venezuela* (Universidad Metropolitana, 2018)

(*abstract of cv, English*)
2018

PLAINTIFF'S EXHIBIT 35A