# EXHIBIT A

**PLAINTIFF'S EXHIBIT 37A**

CONFIDENTIAL

CONFIDENTIAL

# Chart 1 (Digitized images)

Q1/RMP
PDVSATRUST0000932







CONFIDENTIAL

## Chart 3 (Digitized images)

Q3/AA
PDVSATRUST0001028

llano

K7 3/16/2011

ellano Melende

K8 3/4/2014

ntonio A