# EXHIBIT B

**PLAINTIFF'S EXHIBIT 37B**

**CONFIDENTIAL**

## Curriculum Vitae - Ruth Brayer

Qualified as an Expert Witness by the Supreme Court of the State of New York, Ruth Brayer has testified for the plaintiff as well as the defendant in both criminal and civil cases. Brayer has been used as a forensic expert in multimillion-dollar cases tackling the most complex forgery cases and consistently obtaining successful results. She has provided services for major law firms, Fortune 500 companies and New York City agencies including the Department of Investigations, the Law Department, and the office of the District Attorney. Ms. Brayer is the author of *Detecting Forgery in Fraud Investigations*, a CLE provider, and a presenter with over twenty years of professional speaking experience.

*Expert Testimony:*
- National Association of Securities Dealers
- U.S. Securities and Exchange Commission
- Central London County Court, United Kingdom
- United States Federal Court, Southern District of New York
- Supreme Court of the County of New York
- Supreme Court of the State of New York, Troy, NY

*Professional Affiliations:*
- The International Association of Document Examiners (IADE)
- Society of Professional Investigators
- Global Speakers Federation
- National Speakers Association
- National Speakers Association, Metro New York chapter, former President
- National Bureau of Document Examiners of New York, former Vice Present
- American Board of Forensic Examiners, former member
- American Society for Industrial Security, former member

*Education:*
- Continuing Education Program By Forensic Document Examiners
- National Association of Document Examiners (Awarded Certificate)
- National Bureau of Document Examiners of New York* (Awarded Certificate)
- American Academy of Forensic Scientists
- The Jewish Theological Seminary: M.A. in the Humanities

*Publications:*
- Detecting Forgery in Fraud Investigations: The Insider's Guide, ASIS Sept. 2000
- When Evidence is on the Line, *Security Management*, Feb. 1998
- Demystifying Handwriting: Legal & Behavioral Aspects, *ALA*, June 1999

*Educational Programs Presented by Ruth Brayer:*
- Detecting Forgery: Effective Strategies to Win an Air-tight Case, a CLE program accredited by New York State Continuing Legal Education Board
- Detecting Forgery in Fraud Investigations, a program designed for the investigators
- Truth, Lies and Your Bottom-line: a program designed for the general public

\* *a.k.a. Manhattan Handwriting Consultant*

1

CONFIDENTIAL

# Court Experience

## Ruth Brayer

Forensic Document Examiner & Expert Witness

Qualified by the Supreme Court of

The State of New York

CONFIDENTIAL

# Court Experience
Ruth Brayer, Forensic Document Examiner

| | |
|---|---|
| Court | Supreme Court of the State Of New York, County of New York |
| Case | Cara Eckolm, Plaitiff V. Gil G. Ferrone, DDS, Defendant |
| | Index No. 805314/14 |
| Judge | Rakower |
| Attorney | Robert Fitch |
| Law firm | Rawle & Henderson LLP |
| Plaintiff Counsel | Denise Dunleavy & Jonathan Ratchik |
| Date | 6/29/18 |
| | |
| Court | Supreme Court of New York |
| Case | Index No. 303097/2016 |
| Judge | Judicial hearing officer Alice Schlesinger |
| Attorney | Nelson De La Cruz |
| Opposing Attorney | Frasilie Stinvil, Esq. |
| Date | May 15, 2018 |
| | |
| Court | FINRA Arbitration Hearing |
| Case | FINRA Claim No. 16-03482 |
| | Mark Gerald Comyns v. David Louis Fitzgerald |
| Arbitrators | Messrs. Bronstein, Salzer and Stein |
| Attorneys | Fox Rothschild LLP |
| Date | December 6, 2017 |
| | |
| Court | Supreme Court of the State of New York, County of Nassau, NY |
| Case | Index No. 1088/2013 (Apex Products, Inc. v. Tanya Rudgayzer) |
| Judge | Hon. Antonio I. Brandveen |
| Attorney | Robert A. Carruba, BHPP&F, P.C. |
| Opposing Attorney | Alexandra Mishail |
| Date | January 11, 2017 |
| | |
| Court | Surrogate's Court, Chamber Street, New York County |
| Case | Ross v. Bobb |
| Judge | Nora S. Anderson |
| Attorney | Jacqueline McMickens & Assoc. PLLC |
| Date | Oct 17, 2016 |
| | |
| Court | Surrogate's Court, Suffolk County, NY |
| Case | File #2014-690 ( Estate of Luis Melendez) |
| Judge | Hon. John M. Czygier, Jr. |
| Attorneys | Paul King and Patrick K. Foster |
| Opposing Attorney | Gerald Glass |
| Date | March 3, 2016 |
| | |
| Court | Supreme Court, Suffolk County, Riverhead, New York |
| Case | Index No.: 062239/2014. Clair Habeeb v. Contemporary Dental Center LLP and Adam Hershkin |
| Judge | Justice W. Gerard Asher |
| Attorney | Mark Leffler |
| Plaintiff's Attorney | Bruno, Gerbino & Soriano LLP |
| Date | December 3, 2015 |

3

CONFIDENTIAL

## Court Experience
**Ruth Brayer, Forensic Document Examiner**

| | |
|---|---|
| Court | United States District Court – Southern District of NY |
| Case | Deposition : Christian Patterson v. The City of New York |
| Attorney | Kavin Thadani, (City of NY Corporation Counsel) |
| Plaintiff's Attorney | Michael Colihan, Esq. |
| Date | July 8, 2015 |
| | |
| Court | Arbitration Hearing, Somerset, NJ |
| Case | Day Pitney v. Glenn Lyons |
| Attorney | Mary G. Rogers, Esq. Day Pitney |
| Arbitrator | Joel M. Weisblatt |
| Date | November 13, 2013 |
| | |
| Court | Arbitration @ 321 West 44 Street, NYC |
| Case | The Muse Hotel v. Wilberto Melendez |
| Impartial Chairman | Elliot Shriftman |
| Attorney | Lois Traub Kane Kessler LLP |
| Date | January 8, 2013 |
| | |
| Court | Arbitration Hearing at 321 West 44 Street, NYC |
| Case | The Plaza Hotel v. Giannatos |
| Impartial Chairman | Elliot Shriftman |
| Attorney | Kane Kessler LLP, Lois Traub, Esq. |
| Attorney | Joesph Farelli represented The Union (Local 6 of the Hotel Trades Council) |
| | |
| Court | Supreme Court New York County |
| Case | PLK Vending Inc. adv. Third Ave. & St. Marks Inc. |
| Referee | Leslie Lowenstein |
| Attorney | Ronald S. Koppelman |
| | |
| Court | United States District Court for the Eastern District of New York |
| Case | Olga Hernandez, et al. v. La Cazuela De Mari Restaurant, Inc. |
| Judge | Dora L. Irizarry |
| Attorney | Michael Faillace (Michael Faillace & Associates, P.C.) |
| | |
| Court | Supreme Court Kings County New York |
| Case | North Fork Bank v. Baltco et al |
| Judge | Nina Kurtz (Judicial Hearing Officer) |
| Attorney | Charles Capetanakis (Davidoff Malito & Hutcher LLP) |
| | |
| Court | State Division of Human Rights |
| Case | Frank Perez v. New York Sports Clubs |
| Judge | David W. Bowden |
| Attorney | Eric B. Sigda of Greenberg Traurig |
| | |
| Court | Administrative Hearing: Employee Disciplinary Division |
| Case | CLMS # 455037-ed-2007 |
| Trial Officer | Hadley Gold |
| Attorney | Robert Felix (Respondent's attorney) |

4

CONFIDENTIAL

## Court Experience

**Ruth Brayer, Forensic Document Examiner**

| | |
|---|---|
| Court | **Arbitration related to union contract** |
| Case | Union (Del Rio) v. Pepsi |
| Arbitrator | Jay Nadelbach |
| Labor Relations | Peter Gaudet |
| Attorney | Stan Israel |
| | |
| Court | **National Association of Securities Dealers (Proceeding, Boca Raton, FL.)** |
| Case | Gemini Systems Corporation M.V. |
| Judge | Panel of three |
| Attorneys | Geoff Lewis & Sam Schwartz |
| | |
| Court | **Superior Court of New Jersey Chancery Division** |
| Case | Jack Benishai v. Washington Mutual Bank |
| Attorney | Charles I. Epstein |
| | |
| Court | **Westchester County Court Commercial Division, White Plains** |
| Attorney | Nabil Kassam |
| Judge | Kenneth Rudolph |
| | |
| Court | **Supreme Court Bronx County Part M50** |
| Case | people v. Juan Santana |
| Judge | Efrain Alvarado |
| Attorney | Lauriano Guzman, Esq. |
| | |
| Court | **Referee/fact finding hearing** |
| Case | Smith v. Smith |
| Judge | Jacqline Silverman |
| Attorney | Arthur Bonner, Esq. |
| | |
| Court | **Supreme Court Civil Branch** |
| Case | Soho Link LCC v. 71 Spring LLC |
| Judge | Herold Beeler |
| Attorney | Stephanie H. Goodman |
| | |
| Court | **Surrogate Court of the State of New York, Kings County** |
| Case | Last Will and Testament of John James |
| Attorney | G. Wesley Simpson, P.C. |
| Defense Attorney | Harvey Greenberg, Esq. |
| | |
| Court | **New York City Housing Authority Disciplinary Hearing** |
| Case | Newbold |
| Attorney | Gina Lino, Esq. |
| Trial Officer | Dora Lassinger, Esq. |
| | |
| Court | **New York City Civil Court, NY County** |
| Case | Acoustic Technology v. Chan |
| Judge | Eileen Nadelson |
| Attorney | Richard Flanagan |
| | |
| Court | **State of New York Supreme Court (Richmond County)** |
| Case | People v. Dennis Pedro |
| Judge | Philip Minardo |
| Attorney | Louis Annunziata, ADA |

**CONFIDENTIAL**

# Court Experience

**Ruth Brayer, Forensic Document Examiner**

| | |
|---|---|
| Court | **Manhattan Family Court** |
| Case | Vanessa Morales |
| Judge | Sheldon Rand |
| Attorney | Lauren Lazare |
| | |
| Court | **State of New York Supreme Court, NY County** |
| Case | Bob Hodge v. Health Insurance Plan of Greater New York, Milton Samuels Advertising Agency, Inc., and Superstock, Inc. |
| Judge | Lottie Wilkins |
| Attorney | Bob Kaplan. |
| | |
| Court | **Central London County Court, United Kingdom** |
| Case | Tejinder Pal Singh Bakshi v. Thomas Cook Group Ltd. |
| Judge | Uziel-Hamilton |
| Attorney | Rex Bryan |
| | |
| Court | **Housing Court, City of New York - Kings County** |
| Case | Kingsland Group v. Russell's Restaurant Deli |
| Judge | Sidney Goodheartz |
| Attorney | Jamie Heiberger |
| | |
| Court | **New York State Supreme Court** |
| Case | Gregory Peck v. Liebowitz |
| Judge | Alice Schlesinger |
| Attorney | Dennis A. Breitner |
| | |
| Court | **Supreme Court County of New York** |
| Case | People v. Kenneth Jones |
| Judge | Harold Beeler |
| Attorney | Edward Irizary |
| | |
| Court | **Family Court State of New York** |
| Case | Hearing - Michelle Paventi-Fogerty v. Anthony Paventi |
| Attorney | Jill Hyman |
| Examiner | Nicholas Palos |
| | |
| Court | **Civil Court of Kings County** |
| Case | Alfred Balsam v. City of New York |
| Judge | Michael Garson |
| Attorney | Eric Thompson |
| | |
| Court | **Securities & Exchange Commission, U.S. District Court, Flint, MI** |
| Case | SEC Administrative Proceeding Simpson/Pattee |
| Judge | Robert G. Mahony |
| Attorney | Gregory P. Von Schaumburg, Esq. |
| | |
| Court | **Supreme Court County of New York** |
| Case | People v. Juan Tavares |
| Judge | Dorothy A. Cropper |
| Attorney | Douglas Eisner |

**CONFIDENTIAL**

## Court Experience

**Ruth Brayer, Forensic Document Examiner**

| | |
|---|---|
| Court | **Supreme Court County of New York** |
| Case | People v. Gladden |
| Judge | Charles Solomon |
| Attorney | Alix Pustolnik, A.D.A. |

| | |
|---|---|
| Court | **Criminal Court of Kings County** |
| Case | People v. Edward Alfonzo |
| Judge | Tom Farber |
| Attorney | Ellen Burach, A.D.A. |

| | |
|---|---|
| Court | **Supreme Court County of New York** |
| Case | People v. Rosemarie Henry |
| Judge | Charles Tejada |
| Attorney | Stacey Mitchell, A.D.A. |

| | |
|---|---|
| Court | **Supreme Court County of Queens** |
| Case | People v. Dennis King |
| Judge | Perl Appelman |

| | |
|---|---|
| Court | **United States District Court, Southern District of NY** |
| Case | United States v. Nadia Germana |
| Attorneys | M. Katherine Baird, Assistant United States Attorney |
| | Mary J. White, United States Attorney for the Southern District of New York |

| | |
|---|---|
| Court | **Criminal Court City of New York** |
| Case | People v. Sean Cook |
| Judge | Laura Drager |
| Attorney | YouMin Kim, A.D.A. |

| | |
|---|---|
| Court | **Supreme Court of the State of New York, Troy, NY** |
| Case | Coleman v. Montoya |
| Judge | George Ceresia |

| | |
|---|---|
| Court | **Regional Court - Haifa, Israel** |
| Case | The State of Israel v. Ataf Ashkar |
| Judge | A. Cohen |

### Grand Jury

| | |
|---|---|
| Court | **New York County Court** |
| Case | People v. Darrell Canty Edison |
| Attorney | Randi Rothenberg, A.D.A |

| | |
|---|---|
| Court | **Queens County District Attorney's Office** |
| Case | People v. King Ransom |
| Attorney | Phyllis Weiss, A.D.A. |

| | |
|---|---|
| Court | **Criminal Court City of New York** |
| Case | People v. Sean Cook |
| Attorney | YouMin Kim, A.D.A. |

**CONFIDENTIAL**

| | |
|---|---|
| Court | **Office of the Impartial Chairman** |
| Case | Unjust Discharge of Mr. Uddin |
| Arbitrator | Ira Drogin |
| Attorney | Judith Stall, Esq. Representing the Waldorf Astoria Hotel |
| | |
| Court | **Brookdale Hospital Arbitration** |
| Case | Brotherhood of Security Personnel Officers & Guards Int'l Union v. Brookdale Medical Center, Denny Vega & Damian Reyes |
| Arbitrator | C. Braufman |
| | |
| Court | **Union Arbitration** |
| Case | Empire State Building v. Steven Weinstein |
| Arbitrator | Walter Stanton |
| | |
| Court | **Contract Arbitrators** |
| Case | Arbitration between Local 32B-32J, Service Employees Int'l Union and Phipps Houses Services, Inc. |

8

**CONFIDENTIAL**