# EXHIBIT K1

PLAINTIFF'S
EXHIBIT
37G

tabbies

CONFIDENTIAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLIV - MES X          Caracas, miércoles 19 de julio de 2017          Número 41.196

## SUMARIO

### PRESIDENCIA DE LA REPÚBLICA

Decreto N° 2.993, mediante el cual se prorroga hasta el 20 de septiembre del año 2017, sólo en el Territorio Venezolano, la circulación y vigencia de los billetes de Cien Bolívares (Bs. 100) emitidos por el Banco Central de Venezuela. (Serán de curso legal).

Decreto N° 2.994, mediante el cual se nombra al ciudadano Luis Augusto Jiménez, como Presidente de la Empresa Bolivariana de Puertos (BOLIPUERTOS), ente adscrito al Ministerio del Poder Popular para el Transporte.

### PROCURADURÍA GENERAL DE LA REPÚBLICA

Resolución mediante la cual se designa a la ciudadana Haren Angelly Pacheco Aparicio, Supervisor de Apoyo, responsable patrimonial de los bienes que tenga en propiedad custodia, protección, adscripción o asignación de este Organismo.

Resolución mediante la cual se crea la Comisión de Contrataciones de este Organismo, con carácter permanente, la cual tiene como objeto conocer de los procesos de selección de contratistas para la ejecución de obras, la adquisición de bienes y prestación de servicios; la cual estará conformada por tres (3) Miembros Principales con sus respectivos Suplentes que en ella se señalan.

## AVISOS

## PRESIDENCIA DE LA REPÚBLICA

Decreto N° 2.993                    19 de julio de 2017

### NICOLÁS MADURO MOROS
#### Presidente de la República

Con el supremo compromiso y voluntad de lograr la mayor eficacia política y calidad revolucionaria en la construcción del Socialismo, la refundación de la Nación venezolana, basado en los principios humanistas, sustentado en condiciones morales y éticas que persiguen el progreso de la Patria y del colectivo, por mandato del pueblo, de conformidad con lo previsto en el artículo 226 de la Constitución de la República Bolivariana de Venezuela; en ejercicio de las atribuciones que me confieren los numerales 2 y 11 del artículo 236 *ejusdem*, concatenado con el numeral 4 del artículo 2° del Decreto N° 2.849 de fecha 13 de mayo de 2017, mediante el cual se declara el Estado de Excepción y de Emergencia Económica en todo el Territorio Nacional, prorrogado mediante Decreto N° 2.987 de fecha 13 de julio de 2017, en concordancia con los artículos 20 y 21 de la Ley Orgánica sobre Estados de Excepción, en Consejo de Ministros,

### CONSIDERANDO

Que en el marco del Decreto mediante el cual se declara el Estado de Excepción y de Emergencia Económica y su prórroga, se requiere tomar medidas urgentes para garantizar y defender la economía, evitar su vulnerabilidad y velar por la estabilidad monetaria y de precio, que asegure el Bienestar Social, como lo establece el artículo 320 de La Constitución de la República Bolivariana de Venezuela,

### CONSIDERANDO

Que la extraordinaria operación que aplicó el Gobierno Nacional contra las mafias del billete que quieren dejar sin papel moneda a Nuestro Pueblo, ha permitido exitosamente rescatar miles de millones de billetes de Cien Bolívares, que se encontraban en poder de ese sector inescrupuloso,

### CONSIDERANDO

Que los vuelos de los aviones de carga que traían el nuevo papel moneda hacia Venezuela, fueron descaradamente interrumpidos por las mafias del billete y los enemigos de la Patria que se encuentran en otros países, con la intensión de retrasar su llegada para generar malestar entre nuestro Pueblo, afectar la economía familiar de las venezolanas y los venezolanos, el comercio y provocar un caos en el sistema financiero de la Nación,

### CONSIDERANDO

Que gracias al Heroico Pueblo de Venezuela que apoyó la medida del canje del billete de Cien Bolívares, nuestra economía pudo recuperar la liquidez monetaria suficiente para enrumbar al País hacia la completa normalidad y estabilidad financiera,

### CONSIDERANDO

Que nuestra Carta Magna, en su Título VII establece, que la Seguridad de la Nación es competencia y responsabilidad del Estado, ejerciendo su acción en los ámbitos Económico, Social, Político, Cultural, Geográfico, Ambiental y Militar, con la finalidad de dar cumplimiento a los principios de independencia, democracia, igualdad, paz y justicia,

CONFIDENTIAL

436.768        GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA        Miércoles 19 de julio de 2017

**Artículo 2º.** Se instruye al Ministro del Poder Popular para el Transporte, la instrumentación del nombramiento previsto en el presente Decreto, así como la juramentación del referido ciudadano, de acuerdo con el ordenamiento jurídico aplicable.

**Artículo 3º.** El presente Decreto entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dado en Caracas, a los diecinueve días del mes de julio de dos mil diecisiete. Años 207° de la Independencia, 158° de la Federación y 18° de la Revolución Bolivariana.

Ejecútese,
(L.S.)



**TARECK EL AISSAMI**
Vicepresidente Ejecutivo

Refrendado
El Ministro del Poder Popular para el
Transporte
(L.S.)

JUAN DE JESÚS GARCÍA TOUSSAINTT

## PROCURADURÍA GENERAL DE LA REPÚBLICA

**REPÚBLICA BOLIVARIANA DE VENEZUELA.**
**PROCURADURIA GENERAL DE LA REPÚBLICA.**
**DESPACHO DEL PROCURADOR.**
**Caracas, 04 de julio de 2017**
Años 207° 158° y 18°
**RESOLUCIÓN Nº 019/2017.7**

El Procurador General de la República, en ejercicio de la atribución conferida en el artículo 48, numeral 1 del Decreto con Rango Valor y Fuerza de la Ley Orgánica de la Procuraduría General de la República.

**RESUELVE**

**Artículo 1:** Se Designa a la ciudadana **HAREN ANGELLY PACHECO APARICIO**, titular de la Cédula de Identidad N.º V-**16.668.294**, Supervisor de Apoyo, responsable patrimonial de los bienes que tenga en propiedad custodia, protección, adscripción o asignación la Procuraduría General de la República.

**Artículo 2:** En virtud de esta designación la Responsable Patrimonial antes identificada, queda facultada para actuar ante la Superintendencia de Bienes Públicos en el ámbito de la normativa aplicable.

**Artículo 3:** Esta Resolución entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese,

**REINALDO ENRIQUE MUÑOZ PEDROZA**
Procurador General de la República  (E)

**CONFIDENTIAL**

---

REPÚBLICA BOLIVARIANA DE VENEZUELA
PROCURADURÍA GENERAL DE LA REPÚBLICA
DESPACHO DEL PROCURADOR
RESOLUCIÓN N.º ___020___ /2017
Caracas, ___18___ de ___Julio___ de 2017
Año 207°, 158° y 18°

El Procurador General de la República Encargado, REINALDO ENRIQUE MUÑOZ PEDROZA, de conformidad con el artículo 14 del Decreto con Rango, Valor y Fuerza de Ley de Contrataciones Públicas,

**RESUELVE**

**Artículo 1.** Crear la Comisión de Contrataciones de la Procuraduría General de la República, con carácter permanente, la cual tiene como objeto conocer de los procesos de selección de contratistas para la ejecución de obras, la adquisición de bienes y prestación de servicios; la cual estará conformada por tres (3) miembros principales con sus respectivos suplentes, de la siguiente manera:

| ÁREA | MIEMBROS PRINCIPALES | MIEMBROS SUPLENTES |
|---|---|---|
| **ECONÓMICO FINANCIERA** | Katiuska Meza<br>C.I. V- 13.969.008 | Enrique Moreno<br>C.I. V-15.152.602 |
| **JURÍDICA** | Yoneida Gutiérrez<br>C.I. V-16.933.989 | Reinier Barreto<br>C.I.V-17.559681 |
| **TÉCNICA** | Isis Hidalgo<br>C.I. V-17.543.570 | Eberth Quijada<br>C.I. V-5.973.538 |

**Artículo 2.** A los fines de fortalecer los procesos de selección de contratistas, la Comisión de Contrataciones podrá requerir la participación en calidad de observadores con derecho a voz mas no a voto, de representantes de la unidad usuaria, según la naturaleza y complejidad de la contratación de la cual se trata, así como incorporar a los asesores que considere necesarios para aquellos procesos que así lo requieran, quienes serán designados previamente al inicio del proceso de contratación respectivo.

**Artículo 3.** Esta Resolución entrará en vigencia a partir de la fecha de su publicación.

Comuníquese y Publíquese,

**REINALDO ENRIQUE MUÑOZ PEDROZA**
Procurador General de la República (E)