# EXHIBIT K2

**PLAINTIFF'S EXHIBIT 37H**

**CONFIDENTIAL**

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLV - MES II — Caracas, lunes 13 de noviembre de 2017 — Número 41.277

## SUMARIO

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS**
Resolución mediante la cual se designa a la ciudadana Vanessa Rowena Avendaño Guédez, como Directora General de Consultoría Jurídica, en calidad de Encargada, de este Ministerio.

**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**
Resolución mediante la cual se nombra al ciudadano Capitán de Corbeta José Ernesto Patete Escalona, como Jefe de la Oficina de Actividades Administrativas del Comando Logístico Operacional del Segundo Comando y Jefatura de Estado Mayor Conjunto, del Comando Estratégico Operacional.

**MINISTERIO DE PODER POPULAR DE PESCA Y ACUICULTURA**
Resolución mediante la cual se designa a la ciudadana Mary Adriana Castro Sifontes, como Directora General de la Oficina de Gestión Humana, en condición de Encargada, de este Ministerio.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA**
Fundación Conciencia Televisión
Providencia mediante la cual se delega en la ciudadana Yulimar Torrado Uzcátegui, en su carácter de Directora Ejecutiva, las atribuciones, firmas de actos y documentos que en ella se mencionan.

Providencia mediante la cual se delega en la ciudadana Mileidi Coromoto Mendoza Hurtado, en su carácter de Gerente de Administración y Servicios Generales de esta Fundación, las atribuciones y facultades que en ella se mencionan; y se designan a las ciudadanas que en ella se indican, como las autorizadas ante el Banco Central de Venezuela para realizar los actos que en ella se señalan.

**MINISTERIO DEL PODER POPULAR PARA ECOSOCIALISMO Y AGUAS**
Resoluciones mediante las cuales se designan a los ciudadanos que en ellas se especifican, como Directores Estadales de Ecosocialismo y Aguas en los estados que en ellas se mencionan, de este Ministerio.

**MINISTERIO DEL PODER POPULAR PARA LA COMUNICACIÓN E INFORMACIÓN**
CONATEL
Providencia mediante la cual se delega en la ciudadana Iveliz Teresa Rodríguez Galindo, en su condición de Gerente General de Administración (E), adscrita a la Dirección General de la Comisión Nacional de Telecomunicaciones, la firma de los documentos que en ella se especifican.

**MINISTERIO DEL PODER POPULAR PARA LA ALIMENTACIÓN**
Resoluciones mediante las cuales se designan a la ciudadana y al ciudadano que en ellas se mencionan, para ocupar los cargos que en ellas se indican, de este Ministerio.

**PROCURADURÍA GENERAL DE LA REPÚBLICA**
Resolución mediante la cual se Reforma el Reglamento sobre el Régimen de Jubilaciones del Personal de la Procuraduría General de la República.

## MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS
DESPACHO DEL MINISTRO

Caracas, 1 3 NOV. 2017

207°, 158° y 18°

### RESOLUCIÓN N° 5 2 3

El Ministro del Poder Popular de Economía y Finanzas, designado mediante Decreto N° 3.126 de fecha 26 de octubre de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.265 de la misma fecha, en ejercicio de las atribuciones que le confiere lo dispuesto en los numerales 2, 19 y 27 del artículo 78 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con lo previsto en el numeral 2 del artículo 5, artículo 19, numeral 6 del artículo 20 de la Ley del Estatuto de la Función Pública, designa a la ciudadana **VANESSA ROWENA AVENDAÑO GUEDEZ**, titular de la cédula de identidad N° 11.920.382, como Directora General de Consultoría Jurídica, en calidad de encargada de este Ministerio, a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,

**SIMÓN ALEJANDRO ZERPA DELGADO**
Ministro del Poder Popular de Economía y Finanzas (E)
Decreto N° 3.126 de fecha 26 de octubre de 2017
G.O.R.B.V. N° 41.265 de fecha 26 de octubre de 2017

## MINISTERIO DEL PODER POPULAR PARA LA DEFENSA

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA DEFENSA
DESPACHO DEL MINISTRO

Caracas, 06NOV2017

207°, 158° y 18°

### RESOLUCIÓN N° 021760

Por disposición del Ciudadano Presidente de la República Bolivariana de Venezuela y Comandante en Jefe de la Fuerza Armada Nacional Bolivariana, de conformidad con lo dispuesto en el artículo 78 numeral 19 del Decreto N° 1.424 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 17 de noviembre de 2014, en concordancia con lo establecido en los artículos 24 y 25 numeral 8 del Decreto N° 1.439 con Rango, Valor y Fuerza de Ley Orgánica de la Fuerza Armada Nacional Bolivariana, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria N° 6.156 de fecha 19 de noviembre de 2014,

CONFIDENTIAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

DEPÓSITO LEGAL: ppo 187207DF1

AÑO CXLV - MES II     Número 41.277

Caracas, lunes 13 de noviembre de 2017

*Esquina Urapal, edificio Dimase, La Candelaria*
*Caracas – Venezuela*
Tarifa sujeta a publicación de fecha 14 de noviembre de 2003
en la Gaceta Oficial N° 37.818
http://www.minci.gob.ve

Esta Gaceta contiene 8 páginas, costo equivalente a 6,85 % valor Unidad Tributaria

## LEY DE PUBLICACIONES OFICIALES
(22 DE JULIO DE 1941)

*Artículo 11.* La GACETA OFICIAL, creada por Decreto Ejecutivo del 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA.

*Artículo 12.* La GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

*Parágrafo único:* Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial.

*Artículo 13.* En la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicarán los actos de los Poderes Públicos que deberán insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Nacional.

*Artículo 14.* Las leyes, decretos y demás actos oficiales tendrán carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, cuyos ejemplares tendrán fuerza de documentos públicos.

---

**EL SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL de la República Bolivariana de Venezuela advierte que esta publicación se procesa por reproducción fotomecánica directa de los originales que recibe del Consejo de Ministros, en consecuencia esta Institución no es responsable de los contenidos publicados.**

---

Sin perjuicio de lo anterior, el Procurador o Procuradora General de la República, previa verificación de la disponibilidad presupuestaria, podrá acordar otros ajustes a la pensión de jubilación en los términos que considere pertinentes.

Las variaciones de la pensión de jubilación que se otorguen serán notificadas al beneficiario en cada oportunidad, mediante el correspondiente recibo de pago o a través de cualquier otro medio que disponga la Procuraduría General de la República.

En ningún caso, el monto de la pensión de jubilación podrá ser inferior al salario mínimo fijado por el Ejecutivo Nacional, ni superior al monto que corresponda al personal activo de la Institución que ocupe el cargo o puesto de trabajo equivalente al jubilado o jubilada.

### Pensiones complementarias

**Artículo 19.** Los jubilados y jubiladas de la Procuraduría General de la República que sean designados para ejercer cargos de libre nombramiento y remoción en la Institución, tendrán derecho a percibir un complemento del monto de la pensión en el tercer año de su designación, el cual se computará y se hará efectivo a partir de la fecha del cese en dicho cargo.

El complemento del monto de la pensión a que se refiere este artículo, se calculará tomando como base la nueva antigüedad, sumándole el tiempo de servicio desde su designación y la actual base de cálculo, utilizando el sueldo y demás conceptos que fueren procedentes, devengados en los doce meses anteriores a la fecha que se hará efectivo el ajuste.

## CAPÍTULO IV
### DE LAS OTRAS SUBVENCIONES AL PERSONAL JUBILADO

### Subvención por alimentación

**Artículo 20.** La Procuraduría General de la República otorgará una subvención mensual equivalente a novecientas treinta (930) unidades tributarias, a los jubilados y jubiladas de la Institución.

Cuando normas de rango superior, creen beneficios análogos aplicables al personal activo, la máxima autoridad podrá, previa verificación de la disponibilidad presupuestaria, ajustar a los jubilados y jubiladas la subvención de alimentación que prevé este artículo.

Asimismo, el monto correspondiente a la subvención mensual será ajustado cada año al valor de la unidad tributaria vigente desde el momento de su publicación en Gaceta Oficial de la República Bolivariana de Venezuela.

### Aporte a la Caja o Fondo de Ahorros

**Artículo 21.** La Procuraduría General de la República otorgará una subvención mensual mínima equivalente al doce por ciento (12%) de la pensión mensual por jubilación, a los jubilados y jubiladas de la Institución, como aporte extraordinario a una Caja o Fondo de Ahorros al que esté afiliado, siempre que éste aporte una cantidad mínima mensual idéntica.

### Póliza de Seguros Colectivos

**Artículo 22.** Los jubilados y jubiladas de la Procuraduría General de la República tendrán derecho a cobertura colectiva de servicios de salud que contrate o administre la institución, en los mismos términos y condiciones que se establezcan para sus servidores y servidoras activos.

### Bonificación de fin de año

**Artículo 23** Los jubilados y jubiladas de la Procuraduría General de la República recibirán anualmente una bonificación de fin de año, conforme lo determine el Ejecutivo Nacional, sin perjuicio de cualquier asignación adicional que pudiere acordar el Procurador o Procuradora General de la República.

### Otros beneficios

**Artículo 24.** El Procurador o Procuradora General de la República, previa verificación de la correspondiente disponibilidad presupuestaria, podrá acordar beneficios adicionales a los previstos en este Capítulo para los jubilados y jubiladas de la Institución.

## CAPÍTULO V
### DE LAS DISPOSICIONES TRANSITORIAS Y FINALES

### Ejecución progresiva

**Artículo 25** El Plan de Retiro por Jubilaciones correspondiente al ejercicio económico financiero en curso para el momento de entrada en vigencia de este Reglamento, será ejecutado progresivamente atendiendo a las disponibilidades presupuestarias requeridas a tal efecto. El Plan de Retiro por Jubilaciones correspondiente al ejercicio económico financiero 2017, será presentado antes del 31 de diciembre de 2016.

### Jubilaciones otorgadas con anterioridad

**Artículo 26.** Sin perjuicio de los ajustes a que hubiere lugar, las pensiones por jubilaciones otorgadas por la Procuraduría General de la República antes de la entrada en vigencia de este Reglamento, tendrán plena validez de acuerdo a los términos en que hubieren sido notificadas.

### Vigencia

**Artículo 27.** Este Reglamento entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese.

**REINALDO ENRIQUE MUÑOZ PEDROZA**
PROCURADOR GENERAL DE LA REPÚBLICA

*Procuraduría General de la República*
Procurador General (E)

CONFIDENTIAL