# EXHIBIT K3 / K4

**PLAINTIFF'S EXHIBIT 37I**

CONFIDENTIAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLIV - MES VI  Caracas, viernes 7 de abril de 2017  Número 41.131

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto N° 2.800, mediante el cual se confiere la "Orden Francisco de Miranda", Post Mortem en su Tercera Clase "Oficial", por haber dado su vida en el cumplimiento de las labores encomendadas, convirtiéndose de esta forma en digno ejemplo para los hombres y mujeres del pueblo de Venezuela, a los ciudadanos que en él se indican.

Decreto N° 2.801, mediante el cual se acuerda un crédito adicional por la cantidad de trescientos sesenta y ocho millones seiscientos cuarenta y cinco mil quinientos cincuenta bolívares (Bs. 368.645.550), al Presupuesto de egresos 2017 del Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno.

Decreto N° 2.802, mediante el cual se acuerda una modificación presupuestaria con cargo a la partida rectificaciones, por la cantidad de setecientos cincuenta y cinco millones de bolívares (Bs. 755.000.000,00), para el Presupuesto de egresos del Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno.

**VICEPRESIDENCIA DE LA REPÚBLICA**

Resoluciones mediante las cuales se designa a la ciudadana y ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.

**MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ**

Resoluciones mediante las cuales se ajusta el monto de la Jubilación de los ciudadanos que en ellas se indican.

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS**
SUDEBAN

Resolución mediante la cual se designa a la ciudadana Rosangel Josefina Verde Belmonte, como Intendente Operativo, de esta Superintendencia.

**MINISTERIOS DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS, PARA LA DEFENSA, DE ECONOMÍA Y FINANZAS, DE PETRÓLEO, PARA RELACIONES INTERIORES, JUSTICIA Y PAZ Y PARA EL TRANSPORTE**

Resolución Conjunta mediante la cual se establecen los Mecanismos de Control a Transportistas y Usuarios Finales de Abonos Minerales o Químicos en el Territorio Nacional.

**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**

Resolución mediante la cual se Encomienda a la Empresa del Estado Fondo de Inversión Misión Negro Primero, S.A., ente adscrito a este Ministerio, la procura de la obra y realización de la actividad que en ella se menciona, la cual será ejecutada en la Mezzanina del edificio N° 1 de la sede Ministerial.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN**

Resolución mediante la cual se designa al ciudadano Lenín Roberto Romero Sosa, como Presidente de la Fundación Centro Nacional para el Mejoramiento de la Enseñanza de la Ciencia (CENAMEC).

**MINISTERIO DEL PODER POPULAR PARA LA SALUD**
Fundación Misión Barrio Adentro

Providencia mediante la cual se designa a la ciudadana Natalia Martinho Santos, como Directora Encargada de la Maternidad de Carrizal del estado Miranda, y se autoriza para actuar como Cuentadante.

**MINISTERIO DEL PODER POPULAR PARA EL PROCESO SOCIAL DE TRABAJO**
INCRET

Providencia mediante la cual se otorga el beneficio de Jubilación Especial, al ciudadano Jesús María Montilla Brito.

**MINISTERIO DEL PODER POPULAR PARA EL TRANSPORTE**
INEA

Providencia mediante la cual se deja sin efecto la Inscripción en el Registro Naval Venezolano, sede Central Distrito Capital, y su consecuente desincorporación, así como la Extinción de la matrícula del Buque Luisa Cáceres de Arismendi, matrícula AMMT-2168.

**MINISTERIO DEL PODER POPULAR DE PETRÓLEO**

Resolución mediante la cual se delimita a la empresa PDV Federación, S.A. las áreas geográficas denominadas San Diego Norte, Ayacucho 8 y Junín 13, de la Faja Petrolífera del Orinoco "Hugo Chávez Frías", para ejercer las actividades primarias a que se refiere el Artículo 9 de la Ley que en ella se menciona.

**MINISTERIO DEL PODER POPULAR DE DESARROLLO MINERO ECOLÓGICO**

Resolución N° 00016, de fecha 07 de abril de 2017, mediante la cual se resuelve constituir, con carácter permanente, la Comisión de Contrataciones Públicas de este Ministerio, así como se designa a las ciudadanas y ciudadanos que en ella se especifican, como Miembros Principales y Suplentes de la mencionada Comisión.

**MINISTERIO DEL PODER POPULAR PARA LA JUVENTUD Y EL DEPORTE**

Resoluciones mediante las cuales se otorga el beneficio de Jubilación Especial, a las ciudadanas y ciudadanos que en ellas se mencionan.

Instituto Nacional del Poder Popular para la Juventud
Providencia mediante la cual se designa al ciudadano Simón Armando Hernández Hernández, como Gerente de Planificación y Presupuesto, de este Instituto.

**TRIBUNAL SUPREMO DE JUSTICIA**
Sala Constitucional

"Sentencia de la Sala Constitucional que declara que no existe impedimento alguno para que el Ejecutivo Nacional constituya empresas mixtas en el espíritu que establece el Artículo 33 de la Ley Orgánica de Hidrocarburos, a cuyo efecto el Ejecutivo Nacional, por órgano del Ministerio de Energía y Petróleo, deberá informar a esta Sala de todas las circunstancias pertinentes a dicha constitución y condiciones, incluidas las ventajas especiales previstas a favor de la República. Cualquier modificación posterior de las condiciones deberá ser informada a esta Sala, previo informe favorable del Ministerio de Energía y Petróleo".

Sentencia mediante la cual se procede de oficio a aclarar el fallo N° 155, dictado el 28 de marzo de 2017, y téngase la presente como parte complementaria de la referida Sentencia.

Corte Disciplinaria Judicial

Decisión mediante la cual se confirma la Sentencia N° TDJ-SD-2016-043, proferida por el Tribunal Disciplinario Judicial, en fecha 28 de septiembre de 2016, donde se decretó el Sobreseimiento de la investigación seguida al ciudadano Manuel José Gutiérrez Gómez, por las actuaciones seguidas durante su desempeño como Juez Titular del Juzgado Segundo de Primera Instancia en Función de Control, del Circuito Judicial Penal del estado Trujillo, con sede en Trujillo.

Decisión mediante la cual se confirma la Decisión N° TDJ-SID-2017-005, dictada en fecha 19/01/2017 por el Tribunal Disciplinario Judicial, donde se declaró el Sobreseimiento de la investigación seguida al ciudadano Carlos Luis Molina Zambrano, en su carácter de Juez Titular del Tribunal Quinto de Primera Instancia en funciones de Control, del Circuito Judicial Penal del estado Mérida, por las presuntas irregularidades cometidas durante su desempeño en el cargo.

Dirección Ejecutiva de la Magistratura

Resolución mediante la cual se designa al ciudadano Luis Teodoro Marchán, como Director General de la Oficina de Desarrollo Informático de este Organismo, en condición de Encargado.

**DEFENSORÍA DEL PUEBLO**

Resoluciones mediante las cuales se designa a la ciudadana y al ciudadano que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.

**PODER CIUDADANO**
Consejo Moral Republicano

Resolución mediante la cual se designa a la ciudadana Aramita Moraima Padrino de Gómez, como Secretaria Ejecutiva Permanente, Encargada, de este Organismo, en calidad de Comisión de Servicio.

CONFIDENTIAL

Petroquímica de Venezuela, S.A., "PEQUIVEN".
b. Cantidad y destino del insumo trasladado, con indicación precisa del tipo de sustancia de la cual se trata.
c. Placa del vehículo, nombre y número de cédula de identidad del transportista.

2. En el caso de que un productor o productora agrícola y Comuna o Consejo Comunal, autorice a un tercero para el traslado de los abonos minerales o químicos objeto de la presente Resolución, el referido transportista o encargado del traslado, deberá portar y exhibir además de lo dispuesto en el numeral primero del presente artículo, la autorización que le diera el comprador para la movilización de los productos hasta el destino indicado en la factura.

**Artículo 8.** Se prohíbe en todo el territorio nacional la movilización de los abonos minerales o químicos mencionados en esta Resolución, hacia destinos distintos a los señalados en la Guía de Despacho indicada en el numeral 1 del artículo 6 de la presente Resolución o el referido en la factura de compra mencionada en el numeral 1 del artículo 7, quedando también prohibida la adquisición de estos productos con fines de extracción del territorio de la República Bolivariana de Venezuela. A tal efecto, la empresa del Estado, Petroquímica de Venezuela, S.A. "PEQUIVEN", será la única facultada para ejecutar exportaciones de fertilizantes, ya sea directamente o a través de sus filiales, empresas mixtas o empresas que Petroquímica de Venezuela S.A. (PEQUIVEN) autorice para estos fines, considerando los convenios comerciales que en materia internacional se establezcan.

Las autoridades nacionales con competencia en seguridad y resguardo deberán tomar las previsiones pertinentes a los fines de verificar que los abonos minerales o químicos comercializados dentro del territorio nacional, no sean extraídos de éste hacia territorio extranjero.

**Artículo 9.** El Instituto Nacional de Transporte Terrestre (INTT) establecerá los mecanismos para la emisión de permisos de circulación del transporte de fertilizantes los fines de semana y días feriados, a cuyo efecto la Empresa de Propiedad Social Agropatria, S.A., "AGROPATRIA" y Petroquímica de Venezuela, S.A., "PEQUIVEN", le presentarán sus propuestas para la circulación los fines de semana y días feriados para el transporte de fertilizantes en el territorio nacional.

**Artículo 10.** Los Ministerios del Poder Popular para la Defensa; para Agricultura Productiva y Tierras, para Relaciones Interiores, Justicia y Paz, para el Transporte y de Petróleo, deberán ejecutar las actividades de seguimiento y control de la presente Resolución, a cuyos efectos solicitarán la información que estimen necesaria a todos aquellos entes públicos y privados que intervengan en cualquiera de las fases de la fabricación, distribución, almacenamiento y adquisición de abonos químicos y minerales contemplados en la presente Resolución.

**Artículo 11.** Quedan vigentes las exigencias y trámites de registro de control requeridos por el Registro Nacional Único de Operadores de Sustancias Químicas Controladas (RESQUIMC) y de la Dirección General de Armas y Explosivos (DAEX), para las empresas que realicen trámites de importación y exportación de los abonos minerales o químicos mencionados en esta Resolución amparados bajo régimen legal 4, 7 y 11 del Arancel de Aduanas.

**Artículo 12.** La presente Resolución tendrá vigencia a partir de la fecha de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela, hasta el 31 de marzo de 2018, ambas fechas inclusive.

Comuníquese y publíquese.
Por el Ejecutivo Nacional,



WILMAR CASTRO SOTELDO
Ministro del Poder Popular para la Agricultura Productiva y Tierras

G/J VLADIMIR PADRINO LÓPEZ
Ministro del Poder Popular para la Defensa



RAMÓN LOBO MORENO
Ministro del Poder Popular de Economía y Finanzas

NELSON PABLO MARTÍNEZ
Ministro del Poder Popular de Petróleo

MG NÉSTOR REVEROL TORRES
Ministro del Poder Popular para Relaciones Interiores, Justicia y Paz

RICARDO MOLINA PEÑALOZA
Ministro del Poder Popular para el Transporte

---

# MINISTERIO DEL PODER POPULAR PARA LA DEFENSA

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA DEFENSA
DESPACHO DEL MINISTRO

Caracas, 05ABR2017
206°, 158° y 18°

RESOLUCIÓN N° 018574

El Ministro del Poder Popular para la Defensa, GENERAL EN JEFE VLADIMIR PADRINO LÓPEZ, nombrado mediante Decreto N° 1.346 de fecha 24 de octubre de 2014, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.526 de fecha 24 de octubre de 2014; en ejercicio de las atribuciones que le confieren el artículo 78 numeral 3 en concordancia con el contenido de los artículos 38 y 40 del Decreto N° 1.424 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 17 de noviembre de 2014, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria N° 6.147 de fecha 17 de noviembre de 2014, en concordada relación con lo dispuesto en los artículos 24 y 25 numeral 4 del Decreto N° 1.439 con Rango, Valor y Fuerza de Ley Orgánica de la Fuerza Armada Nacional Bolivariana, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria N° 6.156 de fecha 19 de noviembre de 2014, y vista la solicitud presentada por el General de Brigada GERSON ENRIQUE LABRADOR PÉREZ, Director General de la Oficina de Gestión Administrativa del Ministerio del Poder Popular para la Defensa, mediante Punto de Cuenta N° 005 de fecha 04 de abril de 2017,

RESUELVE

**PRIMERO:** a los fines de garantizar la eficiencia y cubrir las necesidades de las unidades y dependencias adscritas a este Ministerio y en cumplimiento de la misión asignada a la Oficina de Gestión Administrativa del Ministerio del Poder Popular para la Defensa, se considera como estrategia más conveniente para la ejecución de obra, ENCOMENDAR a la Empresa del Estado **"FONDO DE INVERSIÓN MISIÓN NEGRO PRIMERO, S.A."**, ente adscrito a éste Ministerio, la procura de la obra y realización de la actividad que se menciona a continuación, la cual será ejecutada en la Mezzanina del Edificio N° 1 de la sede Ministerial:

- DISEÑO Y REMODELACIÓN DE LAS INSTALACIONES UBICADAS EN EL ALA NORTE DE LA MEZZANINA DEL EDIFICIO N° 1 DE LA SEDE MINISTERIAL.

**SEGUNDO:** La obra antes descrita constituye el objeto de la presente Encomienda de Gestión asignada a la Empresa del Estado **"FONDO DE INVERSIÓN MISIÓN NEGRO PRIMERO, S.A."**, para lo cual dispondrá de un monto total de SETECIENTOS OCHO MILLONES CIENTO OCHENTA Y DOS MIL NOVECIENTOS OCHENTA Y CUATRO BOLÍVARES CON CINCUENTA Y OCHO CÉNTIMOS (Bs. 708.182.984,58), incluyendo el Impuesto al Valor Agregado (IVA), y deberá efectuar la procura de la obra en un plazo máximo de cuatro (04) meses, contados a partir de la publicación en Gaceta Oficial de la presente Resolución.

**TERCERO:** Para la ejecución de la presente Encomienda de Gestión, la Empresa del Estado **"FONDO DE INVERSIÓN MISIÓN NEGRO PRIMERO, S.A."**, deberá cumplir con las disposiciones contenidas en la Ley Orgánica de la Contraloría General de la República y Sistema Nacional de Control Fiscal, con el Decreto con Rango, Valor y Fuerza de Ley de Contrataciones Públicas y su Reglamento y demás procesos administrativos correspondientes.

CONFIDENTIAL

9. Descripción de las instalaciones requeridas a ser ubicadas tanto dentro como fuera del área de desarrollo, así como la información de capacidad de manejo y procesamiento para los fluidos producidos y cronograma estimado de construcción y/o adecuación.
10. Descripción de los acuerdos de infraestructura conjunta suscritos o en etapa de negociación, para compartir costos e infraestructura.
11. Descripción de los sistemas de fiscalización de los hidrocarburos extraídos, para medir la producción de hidrocarburos, así como aquellos consumidos y dispuestos en cualquier forma, y ubicación de los puntos de entrega de fluidos dentro y fuera del área de desarrollo, atendiendo a las normativas para la fiscalización dispuestas por el Ministerio del Poder Popular de Petróleo y/o los entes adscritos relacionados con la medición.
12. Plan para el aprovechamiento del gas asociado.
13. Plan para la vigilancia periódica de la subsidencia en el área de desarrollo y su área de influencia, que pueda presentarse con motivo de la actividad de explotación.
14. Plan para la celebración de los convenios de unificación de yacimientos compartidos con otra(s) empresa(s) operadora(s).
15. Descripción de los proyectos previstos para el mejoramiento del crudo producido.
16. Estimados de las inversiones y gastos previstos por año para ejecutar el Plan de Negocios, desglosadas por categoría en monedas puras (MM$ y MMBs).
17. Programa de financiamiento.
18. Costo por barril estimado por año en monedas puras (MM$ y MMBs).
19. Plan de Seguridad Industrial y Ambiente e Higiene Ocupacional (SIAHO). Descripción de las acciones realizadas y/o por realizar en materia de permisos ambientales.
20. Plan de prevención y control de pérdidas.
21. Plan de desarrollo social sustentable.
22. Recursos Humanos.
23. Plan estimado de desincorporación de activos para el momento de finalización del plan de negocios.
24. Estimación de contenido nacional.
25. Inventario de bienes que constituyen activos esenciales.
26. Cualquier otra información relativa al plan propuesto que sea exigida por el Ministerio del Poder Popular de Petróleo.

**Artículo 4.** En el ejercicio de la actividad autorizada mediante la presente Resolución, PDV FEDERACIÓN, S.A., atenderá al uso racional del recurso y a la preservación del ambiente, dará cumplimiento irrestricto a las leyes y normas que regulan la materia, así mismo, aplicará las mejores prácticas científicas y técnicas disponibles sobre seguridad e higiene, protección ambiental, aprovechamiento de los hidrocarburos, conservación de su energía y el máximo recobro final de los yacimientos, a tal fin, al recibir los bloques levantará un acta con el correspondiente inventario de activos y una auditoría ambiental dejando constancia del estado en el que recibe los mismos y remitirá copia de los resultados a este Ministerio, dentro de los cinco (05) días hábiles siguientes a la culminación del levantamiento del inventario y de la auditoría. En caso de incumplimiento, PDV FEDERACIÓN, S.A., estará sujeta a la aplicación de sanciones establecidas en la normativa legal que rige la materia de los hidrocarburos.

**Artículo 5.** En caso de que se aplique una de las sanciones señaladas en la normativa legal que rige la materia de los hidrocarburos, PDV FEDERACIÓN, S.A., deberá iniciar las averiguaciones correspondientes, con el fin de adoptar los correctivos de la situación y determinar las responsabilidades que pudieren recaer sobre los miembros del respectivo Directorio, Gerencia o Junta Directiva, o cualquier otra persona a su servicio, y aplicar las medidas a que haya lugar. El Ministerio del Poder Popular de Petróleo podrá ampliar dichas averiguaciones cuando lo juzgue conveniente. Todo esto a los fines de dar cumplimiento a la normativa legal que rige la materia de los hidrocarburos.

**Artículo 6.** La presente Resolución entrará en vigencia en la fecha de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese.

Por el Ejecutivo Nacional



NELSON MARTÍNEZ
MINISTRO

## MINISTERIO DEL PODER POPULAR DE DESARROLLO MINERO ECOLÓGICO

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE
DESARROLLO MINERO ECOLÓGICO
DESPACHO DEL MINISTRO
206°, 158° y 18°

N° 00016        FECHA: 07 ABR 2017

**RESOLUCIÓN**

Quien suscribe, **JORGE ALBERTO ARREAZA MONTSERRAT**, Ministro del Poder Popular de Desarrollo Minero Ecológico, designado mediante Decreto N° 2.723, de fecha 19 de febrero de 2017, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.286 de la misma fecha, actuando de conformidad con las atribuciones que me confieren los artículos 78 numerales 19 y 27 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con los artículos 14, 15 y 16 del Decreto con Rango Valor y Fuerza de Ley de Contrataciones Públicas, y el artículo 15 de su Reglamento;

**RESUELVE:**

**PRIMERO.-** Se constituye con carácter permanente la Comisión de Contrataciones Públicas del Ministerio del Poder Popular de Desarrollo Minero Ecológico, la cual se encargará de aplicar los procedimientos de selección de contratistas para la adquisición de bienes, ejecución de obras y prestación de servicios, conforme a lo previsto en el Decreto con Rango, Valor y Fuerza de Ley de Contrataciones Públicas, su Reglamento y demás normativas aplicables.

**SEGUNDO.-** La Comisión de Contrataciones Públicas del Ministerio del Poder Popular de Desarrollo Minero Ecológico estará conformada por tres (03) miembros principales y sus respectivos suplentes, quienes actuarán en representación de las áreas: jurídica, técnica y económico-financiera. En tal sentido, para ocupar los cargos señalados *ut supra*, se designa a los siguientes ciudadanos:

| Área | Miembro Principal | Miembro Suplente |
|---|---|---|
| Económico-Financiera | Georlexandra Gabriela Del Valle Díaz C.I V- 10.536.032 | Oswaldo Rafael Velásquez Díaz C.I V-12.730.227 |
| Técnica | Julio Cesar Villasmil Navarro C.I V-14.304.979 | Millard Antonio Laguado Rosales C.I V-11.900.471 |
| Jurídica | Luis Adolfo Ramírez Tiape C.I V-7.279.730. | Mildred Josefina Plaza Hernández C.I V-9.976.640 |

**TERCERO.-** Se designa como Secretaria Principal de la Comisión de Contrataciones Públicas a que se refiere el artículo anterior, a la ciudadana **YADIRA RENATA CÁCERES CONTRERAS** y como su suplente al ciudadano **CARLOS ANTONIO ALEGRÍA GONZÁLEZ**, titulares de las cédulas de identidad, N° V-15.440.257 y V-15.830.284, respectivamente; quien tendrá derecho a voz más no a voto, y ejercerá las funciones establecidas en el artículo 16 del referido texto legal.

**CUARTO.-** La Comisión de Contrataciones Públicas del Ministerio del Poder Popular de Desarrollo Minero Ecológico se constituirá válidamente con la presencia de la mayoría de sus miembros, sus decisiones y recomendaciones serán tomadas con el voto favorable de la mayoría, de conformidad con lo establecido en el artículo 17 del Decreto con Rango, Valor y Fuerza de Ley de Contrataciones Públicas.

**QUINTO.-** Los Miembros de la Comisión de Contrataciones del Ministerio del Poder Popular de Desarrollo Minero Ecológico ejercerán sus funciones a tiempo parcial, debiendo cumplir el resto de la jornada laboral, en sus respectivas unidades de adscripción. Los miembros suplentes de la Comisión de Contrataciones serán convocados ante la falta accidental o temporal del miembro principal.

**SEXTO.-** Los Miembros de la Comisión de Contrataciones del Ministerio del Poder Popular de Desarrollo Minero Ecológico, antes de asumir sus funciones, deberán prestar juramento de cumplir con la Constitución de la República Bolivariana de Venezuela, las leyes de la República y demás normativas aplicables.

**SÉPTIMO.-** La presente Resolución entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

CONFIDENTIAL

14