# EXHIBIT K5 / K6

PLAINTIFF'S
EXHIBIT

tabbies

37J

CONFIDENTIAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLIV - MES VII          Caracas, miércoles 26 de abril de 2017          Número 41.138

## SUMARIO

### PRESIDENCIA DE LA REPÚBLICA

Decreto N° 2.823, mediante el cual se autoriza asignar la cantidad de trescientos trece mil doscientos sesenta y tres millones setecientos sesenta y un mil quinientos bolívares (Bs. 313.263.761.500), para cubrir insuficiencias presupuestarias relacionadas con gastos de personal activo, pensionado y jubilado de los órganos y entes de la Administración Pública Nacional, así como a los pensionados del Instituto Venezolano de los Seguros Sociales (IVSS) en sus diferentes contingencias, el incremento del salario mínimo nacional y el ajuste del cestaticket socialista, correspondientes al mes de abril de 2017.- (Véase N° 6.294 Extraordinario de la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, de fecha 25 de abril de 2017).

Decreto N° 2.824, mediante el cual se nombra a las ciudadanas y al ciudadano que en él se mencionan, como Presidentas y Presidente de las Corporaciones que en él se señalan, en calidad de Encargados.

Decreto N° 2.825, mediante el cual se nombra a los ciudadanos y ciudadana que en él se mencionan, como Viceministros y Viceministra, en calidad de Encargados, del Ministerio del Poder Popular de Economía y Finanzas.

Decreto N° 2.826, mediante el cual se nombra al ciudadano Miguel Emilio Carpio Serrano, como Viceministro de Producción Primaria Pesquera y Acuícola del Ministerio del Poder Popular de Pesca y Acuicultura.

Decreto N° 2.827, mediante el cual se nombra al ciudadano José Ángel Pereira Ruimwyk, como Presidente Interino de CITGO, Empresa Filial de Petróleos de Venezuela, S.A. PDVSA.

### MINISTERIO DEL PODER POPULAR
### PARA RELACIONES INTERIORES, JUSTICIA Y PAZ

Resolución mediante la cual se dictan las Normas sobre el Registro Nacional e Historial Personal de los Funcionarios y Funcionarias del Cuerpo de Investigaciones Científicas, Penales y Criminalísticas.

### MINISTERIO DEL PODER POPULAR
### DE ECONOMÍA Y FINANZAS

Resolución mediante la cual se designa al ciudadano Rodolfo Medina Del Río, como Presidente de la Bolsa Pública de Valores Bicentenaria, en calidad de Encargado.

### MINISTERIO DEL PODER POPULAR
### PARA INDUSTRIAS BÁSICAS,
### ESTRATÉGICAS Y SOCIALISTAS

Resolución mediante la cual se designa a la ciudadana Susan Natalí Flores Isturdes, como Directora General de la Oficina de Gestión Humana, de este Ministerio.

### MINISTERIO DEL PODER POPULAR
### DE AGRICULTURA URBANA

Resolución mediante la cual se reforma la Comisión de Contrataciones Públicas de este Ministerio, quedando integrada por las ciudadanas y ciudadanos que en ella se mencionan.

### CIARA

Providencia mediante la cual se reforma la Comisión de Contrataciones Públicas de esta Fundación, integrada por las ciudadanas y ciudadanos que en ella se indican.

### MINISTERIO DEL PODER POPULAR
### PARA LA SALUD

Resolución mediante la cual se procede a la publicación del Traspaso Presupuestario de Gastos Corrientes a Gastos de Capital del Presupuesto de Gastos vigente de este Ministerio, por la cantidad que en ella se señala.

Resolución mediante la cual se adscribe al Ministerio del Poder Popular para la Salud, el Hospital Tipo I La Carucieña, ubicado en el estado Lara.

Resolución mediante la cual se aprueban, dentro de la Estructura para la Ejecución Financiera del Presupuesto de Gastos de este Ministerio, las Unidades Administradoras Desconcentradas, con delegación de firma, que en ella se mencionan.

Resolución mediante la cual se designa al ciudadano Edgar Eduardo Rivera Gallardo, como Primer Vocal del Consejo del Instituto Nacional de Higiene "Rafael Rangel", adscrito a este Ministerio.

### MINISTERIO DEL PODER POPULAR DE PETRÓLEO

Resoluciones mediante las cuales se designa a los ciudadanos que en ellas se señalan, para ocupar los cargos que en ellas se especifican, de este Organismo.

### MINISTERIO DEL PODER POPULAR
### PARA LA CULTURA
Instituto Autónomo Biblioteca Nacional
y Servicios de Bibliotecas

Providencia mediante la cual se declara la nulidad absoluta de todos los actos procedimentales, inclusive el Oficio S/N de fecha 23 de mayo de 2002, a través de los cuales se otorgó al Concejo Municipal del municipio Vargas del estado Vargas el Código de Depósito Legal identificado con las siglas que en ella se indican y el Código de International Standard Serial Number (ISSN) 1690-0717, en la que quedó identificada la Gaceta Municipal del municipio Vargas del estado Vargas.

Providencia mediante la cual se crea el comité de licitaciones para la enajenación de toda clase de bienes públicos cuya desincorporación y/o enajenación sea lícita por el ordenamiento jurídico, integrado por las ciudadanas y ciudadanos que en ella se indican.

### CENAL

Providencias mediante las cuales se designa a la ciudadana y ciudadanos que en ellas se especifican, para ocupar los cargos que en ellas se mencionan, de este Instituto.

### MINISTERIO PÚBLICO

Acta de Asamblea Extraordinaria N° E-002-17 de la Fundación Escuela Nacional de Fiscales del Ministerio Público, de fecha 24 de marzo de 2017, en donde se aprueba el Reglamento General de esa Fundación.

Acta de Asamblea Extraordinaria N° E-003-17 de la Fundación Escuela Nacional de Fiscales del Ministerio Público (ENFMP), de fecha 27 de marzo de 2017, en donde se aprueba el Reglamento Interno de los Estudios de Postgrado de esa Escuela.

### DEFENSORÍA DEL PUEBLO

Resolución mediante la cual se dicta la Reforma Parcial del Reglamento sobre el Régimen de Jubilaciones y Pensiones de los Funcionarios de este Organismo.

CONFIDENTIAL

| 2 | 11049 | HOSPITAL PSIQUIATRICO DE CARACAS |
| 3 | 11050 | HOSPITAL MATERNO INFANTIL DR. PASTOR OROPEZA |
| 4 | 11051 | HOSPITAL DR. JULIO CRIOLLO RIVAS |
| 5 | 11052 | HOSPITAL MUNICIPAL EL JUNQUITO |
| 6 | 11053 | HOSPITAL INFANTIL COMANDANTE SUPREMO HUGO RAFAEL CHAVEZ FRIAS |

Artículo 2. La presente Resolución entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,



ANTONIETA EVELIN CAPORALE ZAMORA
MINISTRA DEL PODER POPULAR PARA LA SALUD.

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA SALUD
DESPACHO DE LA MINISTRA

CARACAS, 24 DE ABRIL DE 2017
207º, 153º y 18º

RESOLUCIÓN Nº 322

ANTONIETA EVELIN CAPORALE ZAMORA, venezolana, mayor de edad, de este domicilio y titular de la cédula de identidad N° V-7.959.689, Ministra del Poder Popular para la Salud, designada mediante Decreto N° 2.652 de fecha 04 de enero de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.057 de la misma fecha, de conformidad con lo previsto en los numerales 2 y 19 del artículo 77 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con lo previsto en el artículo 5 numeral 2 y artículos 17, 18 y 19 último aparte de la Ley del Estatuto de la Función Pública, así como el artículo 5 del Decreto mediante el cual se crea el Instituto Nacional de Higiene, de fecha 17 de octubre de 1938, publicado en la Gaceta Oficial de los Estados Unidos de Venezuela número 19.700 de fecha 18 de octubre de 1938, este Despacho Ministerial,

RESUELVE

ARTÍCULO 1. Designar al ciudadano EDGAR EDUARDO RIVERA GALLARDO, titular de la cédula de identidad Nº V-5.256.025, para ocupar el cargo de libre nombramiento y remoción como PRIMER VOCAL DEL CONSEJO DEL INSTITUTO NACIONAL DE HIGIENE "RAFAEL RANGEL", adscrito al Ministerio del Poder Popular para la Salud.

ARTÍCULO 2. Se deroga cualquier Resolución que colida con la presente.

ARTÍCULO 3. La presente Resolución entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Notifíquese y publíquese,

ANTONIETA EVELIN CAPORALE ZAMORA
MINISTRA DEL PODER POPULAR PARA LA SALUD

**CONFIDENTIAL**

# MINISTERIO DEL PODER POPULAR DE PETRÓLEO

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PETRÓLEO
DESPACHO DEL MINISTRO

Caracas, 07 de abril de 2017          206°., 158°. y 18°.

RESOLUCIÓN N° 044

De conformidad con lo establecido en el Artículo 5, numeral 2 de la Ley del Estatuto de la Función Pública, se encarga a partir de la publicación de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, al ciudadano LUIS ENRIQUE CHAVEZ JIMÉNEZ, titular de la Cédula de Identidad N° 5.222.073, como Director de Servicios y Logística, adscrito a la Dirección General de Gestión Administrativa del Ministerio del Poder Popular de Petróleo. De conformidad con lo dispuesto en el Artículo 78, numerales 1, 19 y 26 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con el Artículo 1° del Reglamento de Delegación de Firma de los Ministros del Ejecutivo Nacional, se delega en el ciudadano LUIS ENRIQUE CHAVEZ JIMÉNEZ, la firma de los actos y documentos que a continuación se indican:

a) Las circulares, comunicaciones y avisos oficiales emanados de la Dirección de Servicios y Logística.

b) Los oficios de respuesta a funcionarios subalternos, administrativos, judiciales o municipales de los Estados y del Distrito Capital, relacionados con asuntos de la Dirección de Servicios y Logística.

c) La correspondencia postal, telegráfica, radiotelegráfica o de cualquier otra naturaleza en respuesta a solicitudes dirigidas a la Dirección de Servicios y Logística.

d) La certificación de las copias de los documentos, oficios, memorandos y circulares emanados de la Dirección de Servicios y Logística.

Comuníquese y publíquese,

Por el Ejecutivo Nacional.



NELSON PABLO MARTINEZ
Ministro del Poder Popular de Petróleo

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DE PETRÓLEO
DESPACHO DEL MINISTRO

Caracas, 3 abril de 2017          206.°, 158.° y 18.°

RESOLUCIÓN N° 038

De conformidad con lo establecido en el numeral 2 del Artículo 5 de la Ley del Estatuto de la Función Pública, se encarga a partir de la publicación de esta Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela, al ciudadano ALEXIS ANTONIO ARELLANO MELÉNDEZ, titular de la Cédula de Identidad N° 3.637.541, como Director General de la Oficina de Gestión Administrativa de este Ministerio, con las competencias inherentes al referido cargo, las cuales están establecidas en el Decreto sobre Organización General de la Administración Pública Nacional, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.865, de fecha 09 de marzo de 2016; así como

435.254     GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA     Miércoles 26 de abril de 2017

cualquier otra contemplada en el ordenamiento jurídico vigente. De conformidad con lo dispuesto en el Artículo 78, numerales 1, 19 y 26 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con el Artículo 1° del Reglamento de Delegación de Firma de los Ministros del Ejecutivo Nacional, se delega en el ciudadano **ALEXIS ANTONIO ARELLANO MELÉNDEZ**, la firma de los actos y documentos que a continuación se indican:

a) Las circulares, comunicaciones y avisos oficiales emanados de la Oficina de Gestión Administrativa.

b) Los oficios de respuesta a funcionarios subalternos, administrativos, judiciales o municipales de los Estados y del Distrito Capital relacionados con asuntos de la Oficina de Gestión Administrativa.

c) La correspondencia postal, telegráfica, radiotelegráfica o de cualquier otra naturaleza, en respuesta a solicitudes dirigidas a la Oficina de Gestión Administrativa.

d) Las órdenes de Pago dirigidas al Tesoro Nacional hasta por veinticinco mil (25.000) Unidades Tributarias.

e) Las órdenes de Pago dirigidas al Tesoro Nacional producto de la Ley Especial de Endeudamiento Anual, por el monto que indique dicha Ley.

g) La certificación de las copias de los documentos, oficios, memoranda y circulares emanados de la Oficina de Gestión Administrativa.

Comuníquese y publíquese.

Por el Ejecutivo Nacional,



**NELSON PABLO MARTÍNEZ**
Ministro del Poder Popular de Petróleo

# MINISTERIO DEL PODER POPULAR PARA LA CULTURA

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA LA CULTURA
INSTITUTO AUTÓNOMO BIBLIOTECA NACIONAL
Y DE SERVICIOS DE BIBLIOTECAS
DESPACHO DEL DIRECTOR

Caracas, 06 de marzo de 2017

206°, 158° y 18°

### PROVIDENCIA ADMINISTRATIVA N°001-2017

**SADY ARTURO LOAIZA ESCALONA**, venezolano, soltero, mayor de edad, titular de la Cédula de Identidad N° **V-14.591.117**, de este domicilio, en su carácter de Director Ejecutivo del Instituto Autónomo Biblioteca Nacional y de Servicios de Bibliotecas, designado mediante Resolución N°071 de fecha 19 de noviembre de 2014, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N°**40.548** de fecha 25 de noviembre de ese mismo año; encontrándose suficientemente facultado para suscribir el presente acto, según Providencia Administrativa N°**003-2015** de fecha 06 de febrero de 2015, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N°**40.601** de fecha 12 de febrero de ese mismo año, emanada del **DIRECTORIO DEL INSTITUTO AUTÓNOMO BIBLIOTECA NACIONAL Y DE SERVICIOS DE BIBLIOTECAS**, de conformidad con lo dispuesto en los Artículos 1 y 14 de la Ley de Depósito Legal.

#### CONSIDERANDO

Que en pleno cumplimiento de las disposiciones rectorales que le concede la Ley de Depósito Legal vigente, al Instituto Autónomo Biblioteca Nacional y de Servicios de Bibliotecas se inicio un procedimiento administrativo sobre el sistema de asignación de códigos, en el que se logro detectar que el otorgamiento efectuado en fecha 23 de mayo del año 2002, al Concejo Municipal del municipio Vargas del estado Vargas, quebranta abiertamente la Ley de Publicaciones Oficiales, publicada en la Gaceta Oficial de los Estados Unidos de Venezuela N° 20.546 de fecha 22 de julio del año 1941.

#### CONSIDERANDO

Que luego de una pormenorizada investigación sumaria se logró determinar la necesidad de subsanar situaciones relacionadas con el otorgamiento del Número de Depósito Legal, siglas ppo199407VA69 y el Código International Standard Serial Number (ISSN) 1690-0715.

#### CONSIDERANDO

Que la imposibilidad de publicación de los Actos Administrativos emanados del Ejecutivo Local en la Gaceta Municipal trae como consecuencia directa la carencia de ejecutividad y ejecutoriedad de dichos actos, así como la vulneración del derecho a la información oportuna del pueblo varguense en relación con los lineamientos, resoluciones, ordenanzas e instrucciones dictados por la Primera Autoridad Política, Civil y Administrativa del municipio.

#### CONSIDERANDO

Que la Administración Pública puede revocar en cualquier momento, de forma parcial o total actos administrativos dictados por ella; de conformidad con lo dispuesto en el Artículo 82 de la Ley Orgánica de Procedimientos Administrativos.

#### CONSIDERANDO

Que la Administración Pública puede en cualquier momento de oficio o a solicitud de particular, reconocer la Nulidad Absoluta de los actos dictados por ella; de conformidad con lo dispuesto en el Artículo 83 de la Ley Orgánica de Procedimientos Administrativos.

#### CONSIDERANDO

Que es competencia directa del Poder Ejecutivo en cualquiera de sus niveles, la edición y publicación de documentos oficiales en Gaceta Oficial; así como también la impresión de los Decretos, Resoluciones y otros actos que por mandato legal o a juicio de aquel requieran publicidad, de conformidad con lo dispuesto en los Artículos 8, 9, 17 y 21 de la Ley de Publicaciones Oficiales.

#### CONSIDERANDO

Que la Constitución de la República Bolivariana de Venezuela en su artículo 143 preceptúa como derecho de los ciudadanos y ciudadanas a ser informados e informadas oportuna y verazmente por la Administración Pública sobre el estado de las actuaciones en que estén directamente interesados e interesadas y a conocer la resolución definitiva que se adopte sobre cualquier particular, en referencia a lo previsto en el 178 ejusdem que establece como competencia del Municipio el gobierno y administración de sus intereses y la gestión de las materias que le asigne la Constitución y las leyes nacionales, en cuanto concierna a la vida local.

#### DICTA

**PRIMERO:** DECLARAR LA NULIDAD ABSOLUTA de todos los actos administrativos, incluso el Oficio S/N de fecha 23 de mayo de 2002, a través de los cuales se otorgó al Concejo Municipal del municipio Vargas del estado Vargas, el Código de Depósito Legal identificado con las siglas ppo199407VA69 y el Código de International Standard Serial Number (ISSN) 1690-0717, en la que quedó identificada la Gaceta Municipal del municipio Vargas del estado Vargas.

**SEGUNDO:** Se Ordena a la División de Depósito Legal, unidad adscrita a la Dirección de Desarrollo de Colecciones, iniciar los trámites administrativos correspondientes para la asignación de un nuevo Código de Depósito Legal y número International Standard Serial Number (ISSN) directamente al Poder Ejecutivo del municipio Vargas del estado Vargas.

**TERCERO:** La presente Providencia Administrativa entrará en vigencia una vez publicada en la Gaceta Oficial de la República Bolivariana de Venezuela.

**CUARTO:** La División de Depósito Legal queda encargada de notificar a las partes involucradas acerca de las disposiciones contenidas en el presente Acto Administrativo.

Comuníquese y Cúmplase.

**SADY ARTURO LOAIZA ESCALONA**
Director Ejecutivo del Instituto Autónomo Biblioteca Nacional y de Servicios de Bibliotecas
por delegación del Directorio del Instituto Autónomo Biblioteca Nacional
Según Providencia N°003-2015 de fecha 06/02/2015, publicada en la
Gaceta Oficial de la República Bolivariana de Venezuela N°40.601 de fecha 12/02/2015

CONFIDENTIAL