# EXHIBIT K7



**CONFIDENTIAL**

**EP PETROECUADOR**
Gerencia de Comercialización

www.eppetroecuador.ec

CONTRATO -C- 2014020

## CONDICIONES PARTICULARES

Comparecen a la celebración del presente contrato, por una parte la Empresa Pública de Hidrocarburos del Ecuador, EP PETROECUADOR, representada por el Ingeniero Ricardo Merino Avendaño, en calidad de Gerente de Comercialización Nacional, Encargado, de conformidad con el Documento de Administración del Talento Humano, a quien en adelante se le denominará CONTRATANTE; y, por otra, PDVSA ECUADOR S.A., representada por el señor Alexis Arellano, en su calidad de Gerente General, a quien en adelante se le denominará CONTRATISTA. Las partes se obligan en virtud del presente contrato, al tenor de las siguientes cláusulas:

### Cláusula Primera.- ANTECEDENTES

**1.1.** El artículo 284 de la Constitución en su numeral 3 determina que es objetivo de la política económica asegurar la 'soberanía energética'. Este concepto amplio implica para el Ecuador, no sólo el aseguramiento del acceso a las fuentes de energía, sino también -en el caso de los hidrocarburos- la participación en las diversas fases de la actividad. Así, desde la exploración, prospección, explotación y transporte, hasta el tratamiento, refinación, distribución y consumo, son objetos de interés del Estado para la consecución del imperativo constitucional mencionado.

**1.2.** En la línea antes expuesta, la Carta Constitucional ha dispuesto que son objetivos estratégicos del Estado, la integración regional en especial lo referente al sector energético y al intercambio de conocimiento y tecnología (423 No. 2).

**1.3.** De conformidad con lo establecido en la Constitución ecuatoriana, el Presidente de la República en uso de sus atribuciones ha suscrito una serie de acuerdos de cooperación energética internacional, entre las que se encuentra el "ACUERDO SOBRE LA COOPERACIÓN EN EL SECTOR ENERGÉTICO ENTRE LA REPÚBLICA DEL ECUADOR Y LA REPÚBLICA BOLIVARIANA DE VENEZUELA", Art. 147 Nos. 3 y 10, de 16 de enero de 2007.

**1.4.** Mediante Decreto Ejecutivo No. 2373 publicado en el Suplemento del Registro Oficial No. 016 de febrero 6 de 2007, se expidió el Reglamento para el Control de la Elaboración y Comercialización de Grasas, Aceites y Lubricantes de uso de Automotores de Diesel y Gasolina.

**1.5.** Mediante Decreto Ejecutivo No. 1215 publicado en el Registro Oficial No. 265, de febrero 13 de 2009, se expidió el Reglamento Sustitutivo del Reglamento Ambiental para las Operaciones Hidrocarburíferas en el Ecuador, cuyo Capitulo X se refiere a la "Comercialización y venta de derivados del petróleo producidos en el país e importados".

**1.6.** Mediante Acuerdo Ministerial No. 0126 de diciembre 2 de 2009, el Ministro de Recursos Naturales No Renovables calificó y autorizó a la Filial PETROCOMERCIAL, actual Gerencia de Comercialización de EP PETROECUADOR, para comercializar Aceites, Lubricantes de marca propia de EP PETROECUADOR.



**1.7.** Mediante Decreto Ejecutivo No. 315 de abril 6 de 2010, se creó la Empresa Pública de Hidrocarburos del Ecuador, EP PETROECUADOR, como una persona de derecho público con personería jurídica, patrimonio propio, dotada de autonomía

1 de 13
RE-084-CCTR-2013

CONFIDENTIAL
Alpallana E8-86 y Av. 6 de Diciembre, Edificio "El Rocio"  Telf: 2994 200 - 2563 607; Casilla: 17-21-582 / 17-21-1926  Quito - Ecuador



**14.2.** Para efectos de comunicación o notificaciones, las partes señalan como su dirección, las siguientes:

**CONTRATANTE:**
**EP PETROECUADOR**
GERENCIA DE COMERCIALIZACIÓN NACIONAL
Jefatura de Ventas Lubricantes
Calle Alpallana y Av. 6 de Diciembre Edificio El Rocío
Teléfono: 2994-200
Quito

**El CONTRATISTA:**
**PDVSA ECUADOR S.A.**
Av. Orellana E9-195 y Av. 6 de Diciembre
Edificio Alisal de Orellana, Piso 11
Teléfono: 02-4000-300
Quito

**Cláusula Décimo Quinta.- ACEPTACIÓN DE LAS PARTES**

**15.1. Declaración.-** Las partes libre, voluntaria y expresamente declaran que conocen y aceptan el texto íntegro de las Condiciones Generales del Contrato, que forman parte integrante de las Condiciones Particulares del Contrato que lo están suscribiendo.

**15.2.** Libre y voluntariamente, las partes expresamente declaran su aceptación a todo lo convenido en el presente contrato, y se someten a sus estipulaciones.

Dado, en la ciudad de Quito DM, a  **1 6 ENE. 2014**

ING. RICARDO MERINO A.
GERENTE DE COMERCIALIZACIÓN NACIONAL, ENC.
EP PETROECUADOR

ALEXIS A. ARELLANO M.
GERENTE GENERAL
PDVSA ECUADOR S.A.

Preparado por:   Ing. L. Páez
Revisado por:    Ing. T. Jaramillo
                 Ing. K. Siguenza
                 Ing. D. Freire
                 Ing. D. López

2014-01-13

CONFIDENTIAL
Alpallana E8-86 y Av. 6 de Diciembre, Edificio "El Rocío"  Telf: 2994 200 - 2563 607; Casilla: 17-21-582 / 17-21-1926  Quito - Ecuador