# EXHIBIT K8



CONFIDENTIAL

Quito, 04 de marzo del 2014

## INFORME DEL GERENTE GENERAL A LA
## JUNTA GENERAL DE ACCIONISTAS DE PDVSA ECUADOR S. A.
## REFERENTE AL EJERCICIO ECONÓMICO 2011

De conformidad a lo establecido en el artículo Vigésimo Segundo del Estatuto Social de la compañía PDVSA ECUADOR S.A., contenido en la Escritura Pública celebrada ante el Notario Vigésimo Cuarto del cantón Quito, Dr. Sebastián Valdivieso Cueva, en fecha 31 de enero de 2008 y de acuerdo al nombramiento extendido e inscrito bajo el No. 2856 del Registro de Nombramientos Tomo No. 143, en el Registro Mercantil de Quito el 07 de marzo de 2012, comparezco ante la Junta General de Accionistas a fin de dar a conocer el presente informe de actividades:

1. Durante el ejercicio económico 2011, se continuó con los proyectos iniciados en años anteriores, entre ellos: i) el suministro de 3 torres de perforación de PDVSA a la República del Ecuador, ii) continuación de trabajos relacionados con la comunidad en la Isla Puná, derivados de la exploración a riesgo del Bloque 4 para determinar reservas hidrocarburíferas de crudo y gas existentes en la zona; iii) la optimización para el incremento de la producción del Campo Sacha conjuntamente con Petroecuador para lo cual se creó la empresa mixta "Operaciones Río Napo". Es importante anotar en este punto que en el mes de noviembre del año 2011 se firmó el contrato modificatorio de servicios específicos para la administración, incremento de producción, desarrollo, optimización, mejoramiento integral y explotación del Campo Sacha, en condiciones más favorables que el contrato inicial, estableciéndose una tarifa única por barril extraído de USD 17.06 y que entrará en vigencia a partir del mes de enero del año 2012; iv) la construcción de un Complejo Refinador y Petroquímico en la Provincia de Manabí a través de la Compañía de Economía Mixta Refinería del Pacífico y finalmente, v) el intercambio de crudo ecuatoriano por productos refinados venezolanos, todo lo cual ha dado como resultado que PDVSA adquiera estabilidad y se convierta en un actor clave del sector hidrocarburífero en el Ecuador. Por consiguiente, se han cumplido a cabalidad los objetivos de la compañía, esperando a futuro incrementar los proyectos y expandir la influencia de la compañía en territorio ecuatoriano.

2. En el segundo semestre del año 2011 arribo al Ecuador la torre de perforación PDV79 para que junto a los taladros CPV16 y CPV23 se pondrá al servicio de la

CONFIDENTIAL

empresa Mixta Operaciones Río Napo, para ser utilizados en el desarrollo de los planes operativos de esta empresa.

3. Se continúo con la ejecución de obras complementarias relacionadas con el Convenio de Exploración en el Bloque 4 de la Región Costa afuera del Golfo de Guayaquil en la Isla Puna con PETROPRODUCCIÓN. Como ya se indicó en el informe del año 2010, en diciembre del 2009, la Compañía notificó a PETROPRODUCCIÓN que las actividades exploratorias realizadas en el Pozo Puna 1 no permitieron generar ningún tipo de reservas en la estructura perforada, por lo cual no se cuenta con acumulaciones importantes de hidrocarburos hasta el momento. Debido a estos resultados negativos, la actividad de PDVSA en este Bloque están orientadas al cumplimiento de los compromisos asumidos inicialmente, con el fin de proceder a la entrega recepción definitiva del Bloque al ente regulador ecuatoriano.

4. Con fecha 20 de mayo del 2009, la Compañía celebró un "Acuerdo de Cooperación para el Desarrollo de la Gerencia de Ingeniería, Gestión de Contratación, Procura e Implementación del Proyecto Complejo Refinador y Petroquímico del Pacífico Ecuatoriano en la Provincia de Manabí con su Asociada Refinería del Pacífico RDP Compañía de Economía Mixta. Este acuerdo se celebra dentro del marco de la ejecución del Proyecto de la Refinería del Pacífico Eloy Alfaro, la cual estará ubicada en la Provincia de Manabí al sur de la Ciudad de Manta en el sector de El Aromo. Producto de este contrato, se facturaron ingresos brutos por un valor de USD 5.830.589 en el año 2011.

5. Se continuó con la operación de la planta de lubricantes en Guayaquil, la cual alcanzó una producción de 2.719.907 galones de lubricantes, correspondiendo el 53% a la marca PDV y el restante 47% a otros clientes (CEPSA, con la marca Castrol, a la Compañía Importadora Andina S.A. con la marca de lubricantes UBX y la empresa estatal ecuatoriana con la marca Petrocomercial). Todo esto significó un ingreso bruto por USD 5.546.449 en el año 2011.

6. La operación de los taladros CPV16 y CPV23 con la empresa mixta Operaciones Río Napo, en la cual PDVSA Ecuador mantiene una participación del 30% del capital social, representó en el presente año un monto bruto de USD 14.222.018. Adicionalmente, cabe destacar que a finales del año 2011 arribó al Ecuador una tercera torre de perforación totalmente nueva y de última tecnología signada

**CONFIDENTIAL**

PDV79, la cual llegó para perforar pozos petroleros en el Campo Sacha bajo la administración de Operaciones Río Napo y que iniciará sus operaciones en el año 2012.

7. En cuanto a las disposiciones de la Junta General de Accionistas, debo afirmar que dichas disposiciones fueron cumplidas a cabalidad y actuadas dentro de las competencias y procedimientos establecidos en el Estatuto Social de la compañía.

8. Con estos antecedentes, es necesario indicar que en el presente año no se han registrado ganancias o excedentes, al contrario, se ha invertido en bienes de capital, instalaciones, exploración de riesgo y en recursos humanos, a fin de conformar todo el staff y el equipo técnico para operar de manera eficiente. Esto ha dado como resultado que la pérdida el presente período se registre una pérdida por el valor de USD 12.021.343

9. Lo anotado anteriormente hace necesario y urgente la decisión de los accionistas para capitalizar parte de los aportes entregados para capital de operación e inversiones durante los años precedentes con el fin de evitar que la compañía entre en causal de disolución por pérdida de su patrimonio.

10. Finalmente quiero resaltar que las estrategias planteadas por la Junta General de Accionistas han sido de suma importancia para la consecución de los objetivos planteados, por lo cual es recomendable replantear y actualizar dichas estrategias para aplicarlas en el ejercicio económico siguiente y contribuir al crecimiento de la compañía.

Es todo cuanto puedo manifestar en relación al ejercicio económico correspondiente al año 2011.

Muy cordialmente,

**Alexis Antonio Arellano Meléndez**
Gerente General
PDVSA ECUADOR S.A.

**CONFIDENTIAL**