# EXHIBIT K9



**CONFIDENTIAL**

Quito, 18 de marzo del 2014

## INFORME DEL GERENTE GENERAL A LA
## JUNTA GENERAL DE ACCIONISTAS DE PDVSA ECUADOR S. A.
## REFERENTE AL EJERCICIO ECONÓMICO 2012

De conformidad a lo establecido en el artículo Vigésimo Segundo del Estatuto Social de la compañía PDVSA ECUADOR S.A., contenido en la Escritura Pública celebrada ante el Notario Vigésimo Cuarto del cantón Quito, Dr. Sebastián Valdivieso Cueva, en fecha 31 de enero de 2008 y de acuerdo al nombramiento extendido e inscrito bajo el No. 2856 del Registro de Nombramientos Tomo No. 143, en el Registro Mercantil de Quito el 07 de marzo de 2012, comparezco ante la Junta General de Accionistas a fin de dar a conocer el presente informe de actividades:

1. Durante el ejercicio económico 2012, se continuó con los proyectos iniciados en años anteriores, entre ellos: i) el suministro de 5 torres de perforación de PDVSA a la República del Ecuador, ii) continuación de trabajos relacionados con la comunidad en la Isla Puná, derivados de la exploración a riesgo del Bloque 4 para determinar reservas hidrocarburíferas de crudo y gas existentes en la zona; iii) la optimización para el incremento de la producción del Campo Sacha conjuntamente con Petroecuador para lo cual se creó la empresa mixta "Operaciones Río Napo"; iv) la construcción de un Complejo Refinador y Petroquímico en la Provincia de Manabí a través de la Compañía de Economía Mixta Refinería del Pacífico y finalmente, v) el intercambio de crudo ecuatoriano por productos refinados venezolanos, todo lo cual ha dado como resultado que PDVSA adquiera estabilidad y se convierta en un actor clave del sector hidrocarburífero en el Ecuador. Por consiguiente, se han cumplido a cabalidad los objetivos de la compañía, esperando a futuro incrementar los proyectos y expandir la influencia de la compañía en territorio ecuatoriano.

2. En el segundo semestre del año 2012 arribaron al Ecuador las torres de perforación PDV80 y PDV81 para ponerse al servicio de la empresa estatal EP Petroecuador, amparados en el convenio marco de cooperación energética firmado entre los presidentes de la República del Ecuador Rafael Correa y de la República Bolivariana de Venezuela Hugo Chávez Frías. Con la llegada de estas dos torres de perforación PDVSA Ecuador se convierte en un actor fundamental en el sector hidrocarburífero ecuatoriano al contar con 5 equipos de perforación

CONFIDENTIAL

totalmente equipados y sustentados con personal técnico y operativo, venezolano y ecuatoriano de primer nivel, trabajando con los más altos estándares de eficiencia, lo que ha permitido que este año sea el de la consolidación de las operaciones de PDVSA en el Ecuador.

3. Se continúo con la ejecución de obras complementarias relacionadas con el Convenio de Exploración en el Bloque 4 de la Región Costa afuera del Golfo de Guayaquil en la Isla Puna con PETROPRODUCCIÓN. Las actividades de PDVSA en este Bloque están orientadas al cumplimiento de los compromisos asumidos inicialmente, principalmente relacionadas con la culminación de obras para la comunidad, que una vez concluidas se procederá a la entrega recepción definitiva del Bloque a los organismos pertinentes.

4. Dentro del "Acuerdo de Cooperación para el Desarrollo de la Gerencia de Ingeniería, Gestión de Contratación, Procura e Implementación del Proyecto Complejo Refinador y Petroquímico del Pacífico Ecuatoriano en la Provincia de Manabí con su Asociada Refinería del Pacífico RDP Compañía de Economía Mixta, PDVSA Ecuador ha continuado su actividad tendiente a la construcción del complejo refinador que se ubicará en la zona conocida como El Aromo en la provincia de Manabí, producto de este contrato, se facturaron ingresos brutos por un valor de USD 3.469.039 en el presente año.

5. Se continuó con la operación de la planta de lubricantes en Guayaquil, la cual alcanzó una producción de 3.171.204 galones de lubricantes, correspondiendo el 44% a la marca PDV y el restante 56% a otros clientes (CEPSA, con la marca Castrol, a la Compañía Importadora Andina S.A. con la marca de lubricantes UBX, la empresa estatal ecuatoriana Petroecuador con la marca Petrocomercial, incorporándose además a partir de la segunda mitad del año 2012 la empresa Promesa con una marca local). Todo esto significó un ingreso bruto por USD 6.928.588 en el año 2012.

6. La operación de los 5 taladros con la empresa mixta Operaciones Río Napo (CPV16, CPV23 y PDV79) y EP Petroecaudor (PDV80 y PDV81), representaron en el presente año una facturación bruta de USD 36.714.782.

**CONFIDENTIAL**

7. En cuanto a las disposiciones de la Junta General de Accionistas, debo afirmar que dichas disposiciones fueron cumplidas a cabalidad y actuadas dentro de las competencias y procedimientos establecidos en el Estatuto Social de la compañía.

8. Un punto importante a resaltar lo constituye la firma del contrato modificatorio para la administración del Campo Sacha, firmado entre Operaciones Río Napo y Petroproducción a finales del año 2011, cuyos resultados se han visto plasmados a partir del mes de enero del 2012, y que junto a las actividades antes mencionadas han dado como resultado que el año 2012, sea el primer año en el que PDVSA Ecuador S.A. registra utilidades en sus estados financieros, las cuales alcanzaron el monto de USD 44.601.365, principalmente gracias a los resultados obtenidos por su asociada Operaciones Río Napo CEM en donde PDVSA Ecuador mantiene una participación del 30% del capital social.

9. Lo anotado anteriormente cambia la tendencia negativa que venía presentando el patrimonio de la empresa, sin embargo de lo cual todavía se hace necesario la decisión de los accionistas para capitalizar parte de los aportes entregados para capital de operación e inversiones durante los años precedentes con el fin de evitar que la compañía entre en causal de disolución por pérdida de su patrimonio.

10. Finalmente quiero resaltar que las estrategias planteadas por la Junta General de Accionistas han sido de suma importancia para la consecución de los objetivos planteados, por lo cual es recomendable replantear y actualizar dichas estrategias para aplicarlas en el ejercicio económico siguiente y contribuir al crecimiento de la compañía.

Es todo cuanto puedo manifestar en relación al ejercicio económico correspondiente al año 2012.

Muy cordialmente,

**Alexis Antonio Arellano Meléndez**
Gerente General
PDVSA ECUADOR S.A.

**CONFIDENTIAL**