# EXHIBIT K10





MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

Fecha de Emisión: 2018-07-12

208° y 159°



La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

**Número Planilla:** 02400090203
**Número de Trámite:** 24.2018.3.624

**Tipo de Acto:** Declaración Jurada

**Nombre y Apellido del Solicitante:** Reinaldo Enrique Muñoz Pedroza

**CI/RIF/Pasaporte del solicitante:** V-10869426

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**



N° 42   TOMO 176

**Número Control:** 202-1013-4764 (U)

| Forma de Pago: | Tasa SAREN | 520800 |
|---|---|---|
| Deposito | Tasa Municipal/Estadal | 648 |
| Punto de Venta | | |
| Pago por Internet | MONTO TOTAL BsF | 521448 |

**MONTO EN LETRAS:** QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS

**Sello de la Oficina**            **Bancos Recaudadores**            **Sello y Firma del Banco**

0633-41-45, 0633-47-38

0003 - Banco Industrial de Venezuela      0175 - Banco Bicentenario
0102 - Banco de Venezuela                 0108 - Banco Provincial
0163 - Banco del Tesoro

---



MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
REPÚBLICA BOLIVARIANA DE VENEZUELA.
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

Fecha de Emisión: 2018-07-12

208° y 159°

SAREN

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada; una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto correspondiente.

## PLANILLA ÚNICA BANCARIA

**Número Planilla:** 02400090203
**Número de Trámite:** 24.2018.3.624

**Tipo de Acto:** Declaración Jurada

**Nombre y Apellido del Solicitante:** Reinaldo Enrique Muñoz Pedroza

**CI/RIF/Pasaporte del solicitante:** V-10869426

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**

**Número Control:** 202-1013-4764 (U)

| Forma de Pago: | Tasa SAREN | 520800 |
|---|---|---|
| Deposito | Tasa Municipal/Estadal | 648 |
| Punto de Venta | | |
| Pago por Internet | MONTO TOTAL BsF | 521448 |

**MONTO EN LETRAS:** QUINIENTOS VEINTIUN MIL CUATROCIENTOS CUARENTA Y OCHO BOLÍVARES CON CERO CÉNTIMOS

**Sello de la Oficina**            **Bancos Recaudadores**            **Sello y Firma del Banco**

0633-41-45, 0633-47-38





SERV AUTON DE REGIST Y NOTAR
LAS ACACIAS
RIF: G-20008375
TERMINAL: 2002
AFILIADO
58994 1xxxxxx2965      LOTE: 56
FECHA: 12/07/2018   HORA:
APROB: 560284  REF: 06995 TRACE
AID: A0000000043060
AC: 7D45CEAD23F340F2  NA: D2
TVR: 8000048800  TSI: 6800

MONTO A PAGAR      Bs.

NO SE REQUIERE FIR

BANCO DE VENEZ
G-20008976
RECIBO DE COMPRA
MAESTRO


Procuraduría General de la República


Thayrin Díaz
I.P.S.A. 131.787

## RECONOCIMIENTO

República Bolivariana )
de Venezuela ) ss.
Distrito Capital )

El día 12 de julio del año 2018, ante mí, el abajo firmante, Reinaldo Muñoz Pedroza, compareció personalmente, probando con base en pruebas satisfactorias que es la persona cuyo nombre aparece a continuación y en el presente instrumento, el PDVSA U.S. Acuerdo de Fideicomiso de Litigios *(PDVSA U.S. Litigation Trust Agreement)* de fecha 27 de julio de 2017, reconociendo ante mi que celebró el mismo en su calidad de Procurador General de la República Bolivariana de Venezuela (E), y que con su firma en el señalado instrumento, el citado ciudadano perfeccionó el instrumento.

_____
Reinaldo Muñoz Pedroza

Jurado ante mí el 12 de julio de 2018

Dr. Birmani A. Contreras M.
C.I. V-13.202.088
Notario Público Décimo Séptimo
del Municipio Libertador

Procuraduría General de la República
Procurador General (E)

Procuraduría General de la República

Thayrin Díaz
I.P.S.A. 131.787

## ACKNOWLEDGEMENT

Bolivarian Republic   )
of Venezuela          ) ss.
Capital District      )

On the 12 day of July in the year 2018, before me the undersigned, personally appeared Reinaldo Muñoz Pedroza, proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed below and to the within instrument, the PDVSA U.S. Litigation Trust Agreement dated July 27, 2017, and acknowledged to me that he executed the same in his capacity as Procurador General of the Bolivarian Republic of Venezuela (E), and that by his signature on the instrument, the individual executed the instrument.

Reinaldo Muñoz Pedroza

Sworn to before me this 12 day of July, 2018

Dr. Birmani A. Contreras M.
C.I. V-13.202.088
Notario Público Décimo Séptimo
del Municipio Libertador

Procuraduría General de la República
Procurador General (E)



**REPÚBLICA BOLIVARIANA DE VENEZUELA**
*** MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ ***

NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS          Jueves, 12 de Julio de 2018
MUNICIPIO LIBERTADOR                               208 ° y 159 °

### NOTA DE AUTENTICACIÓN

El Anterior Documento redactado por el abogado: **Thayrin Patricia Diaz Diaz**, inscrito en el Inpreabogado bajo el **No. 131.787**, fue presentado para su **autenticación y devolución** segun trámite de número **24.2018.3.624**. Presente su otorgante dijo llamarse: **Reinaldo Enrique Muñoz Pedroza** de nacionalidad **venezolana**, mayor de edad, domiciliado en **Libertador**, **Distrito Capital**, estado civil **soltero**, titular del Documento de Identidad  **cédula: V-10.869.426**.Leido el documento y confrontado con sus fotocopias, firmado en estas y el presente original, en presencia del Notario, su otorgante expuso: **SU CONTENIDO ES CIERTO Y MÍA LA FIRMA QUE APARECE AL PIE DE ESTE DOCUMENTO**. El Notario hace constar que informó a las partes del contenido, naturaleza y trascendencias legales del acto otorgado en conformidad con lo establecido en el Ordinal 2° del Artículo 78 de la Ley de Registros y del Notariado. En tal virtud lo declara Autenticado en presencia de los testigos: **Leonardo Jose Medina Cobos** y **Pedro Jose Llovera Lopez**, titulares de los documentos de identidad:  **cédula: V-15.613.073** y  **cédula: V-9.822.636**, respectivamente. El Notario Público que suscribe hace constar  que tuvo a su vista Documento Elaborado por Interprete Publico N° **39.499 RICHARD JESUS RAMIREZ ISTURIZ**, Titular de la Cedula de Identidad N° **V-6.449.544.**

Por Servicio Autónomo de Registros y Notarias se canceló la cantidad de  **Bs. 521.448.00**, según **Planilla N° 02400090203**, de fecha **12/07/2018**.

**NOTARÍA PÚBLICA DECIMA SEPTIMA DE CARACAS MUNICIPIO LIBERTADOR**, Número: **42**, Tomo: **176**, Folios 169 hasta **172**.

Notario.
BIRMANI ALVARO CONTRERAS MARIN

Dr. Birmani A. Contreras M.
C.I. V-13.202.088
Notario Público Décimo Séptimo
del Municipio Libertador

Los Testigos:                                      Los Otorgantes:

LEONARDO JOSE MEDINA COBOS                         REINALDO ENRIQUE MUñOZ PEDROZA


PEDRO JOSE LLOVERA LOPEZ