# EXHIBIT K11

**PLAINTIFF'S EXHIBIT 38B**



Quito, 14 de marzo del 2013

**PDV-GAF-FIN-OFC-13-0021**

**Señores**
**SUPERINTENDENCIA DE COMPAÑÍAS**
**Presente.-**

**Referencia:** Autorización para realizar trámite de actualización de datos

Por medio de la presente autorizamos al Sr. Galo Rodolfo Larco Chacón con C.I. 1711245959 para que realice los trámites necesarios para la actualización de datos ante la Superintendencia de Compañías, de la empresa PDVSA Ecuador S.A. con expediente No. 159851 y RUC 1792133505001.

Atentamente,

**Alexis Arellano**
**Gerente General**
**PDVSA Ecuador S.A.**



Av. Orellana E9-195 y Av. 6 de Diciembre  -  Edificio Alisal de Orellana
Telf: +593 2 3819944    Fax: +593 2 3819946
Quito - Ecuador



**DR. JORGE MACHADO CEVALLOS**





2013 – 17 – 01 – NOTARIA 01 – D02311

**NOTARIA PRIMERA DE QUITO: RECONOCIMIENTO DE FIRMAS: DILIGENCIA NÚMERO D02311.-** En la ciudad de Quito, Distrito Metropolitano, Capital de la República del Ecuador; hoy día martes diecinueve de marzo del dos mil trece, a las diez horas cincuenta y ocho minutos, ante mi doctor **DAVID MALDONADO VITERI,** NOTARIO PRIMERO SUPLENTE DEL CANTÓN QUITO, por licencia concedida a su titular doctor Jorge Machado Cevallos, mediante acción de personal número 831-DP-DPP, de fecha quince de marzo del dos mil trece, del Consejo Nacional de la Judicatura; comparece el señor **ALEXIS ANTONIO ARELLANO MELENDEZ,** portador del pasaporte venezolano número **031312705,** por sus propios derechos.- El compareciente es de nacionalidad venezolana, mayor de edad, y con juramento declara que reconoce como suyas propias la firma y rúbrica puestas en el documento que contiene **LA AUTORIZACIÓN,** que antecede; donde se ve "Ilegible", declarando que son las únicas que utiliza en todos sus actos públicos como privados. Extiendo la presente diligencia al amparo del Artículo dieciocho de la Ley Notarial. Leída que le fue la presente diligencia al compareciente, se ratifica y firma conmigo en unidad de acto, de todo lo cual doy fe, se archiva una fotocopia en el Libro de Diligencias de esta Notaría. PA/ TC123949



PsPTE: 3637541



DR. DAVID MALDONADO
Notario Primero Suplente del Cantón Quito

