# EXHIBIT K12



516946

Quito, Marzo 15 de 2010

Señor
Alexis Antonio Arellano Meléndez
Ciudad.-

De mi consideración:

Me es grato comunicarle que la Junta Universal de Accionistas de PDVSA ECUADOR S.A. reunida el día de hoy, resolvió por unanimidad designarle Gerente General por el período estatutario de dos años, debiendo permanecer en su cargo hasta ser legalmente reemplazado.

De acuerdo al Artículo Vigésimo Segundo del Estatuto Social, usted deberá asumir la representación legal, judicial y extrajudicial de la compañía.

PDVSA ECUADOR S.A. fue constituida mediante escritura pública celebrada ante el Notario Vigésimo Cuarto del Cantón Quito, Doctor Sebastián Valdivieso Cueva, el treinta y uno de enero del dos mil ocho, habiendo sido inscrita en el Registro Mercantil de este Cantón el catorce de marzo de dos mil ocho.

Le ruego suscribir al pie de la presente en señal de aceptación.

Atentamente,

María Belén Orti
Secretaria

Quito, fecha ut supra, acepto el cargo de Gerente General

Alexis Antonio Arellano Meléndez
Pasaporte Venezolano No. 031312705

NOTARIA PRIMERA DE QUITO
EN APLICACIÓN A LA LEY DE MODERNIZACIÓN Y A LA LEY NOTARIAL
DOY FE que la fotocopia que ANTECEDE está conforme con el original que me fue presentado
22 ABR. 2010
Dr. Jorge Machado Cevallos
Notario Primero del Cantón Quito

Con esta fecha queda inscrito el presente documento bajo el No. 3377 del Registro de Nombramientos Tomo No. 141
Quito, a 25 MAR 2010
REGISTRO MERCANTIL

Dr. Raúl Gaybor Secaira
REGISTRADOR MERCANTIL
DEL CANTÓN QUITO