# EXHIBIT K14

**PLAINTIFF'S EXHIBIT**

**38E**

tabbies

 **PDVSA**
ECUADOR

**INFORME DEL GERENTE GENERAL A LA**
**JUNTA GENERAL DE ACCIONISTAS DE PDVSA ECUADOR S.A.**
**REFERENTE AL EJERCICIO ECONOMICO 2010**

De conformidad a lo establecido en el artículo Vigésimo Segundo del Estatuto Social de la compañía PDVSA ECUADOR S.A., contenido en la Escritura Pública celebrada ante el Notario Vigésimo Cuarto del cantón Quito, Dr. Sebastián Valdivieso Cueva, en fecha 31 de enero de 2008 y de acuerdo al nombramiento extendido e inscrito bajo el No.3334 del Registro de Nombramientos Tomo No.139, en el Registro Mercantil de Quito el 1 de abril de 2008, comparezco ante la Junta General de Accionistas a fin de dar a conocer el presente informe de actividades:

1. Durante el ejercicio económico 2010, se continuó con los proyectos iniciados en el año 2008, entre ellos: I) el suministro de dos torres de perforación de PDVSA a la República del Ecuador; II) la exploración a riesgo del Bloque 4 para determinar reservas hidrocarburíferas de crudo y gas existentes en la zona; III) la optimización para el incremento de la producción del Campo Sacha conjuntamente con Petroecuador para lo cual se creó la empresa mixta "Operaciones Río Napo"; IV) la construcción de un Complejo Refinador y Petroquímico en la Provincia de Manabí a través de la Compañía de Economía Mixta Refinería del Pacífico y finalmente; V) el intercambio de crudo ecuatoriano por productos refinados venezolanos, todo lo cual ha dado como resultado que PDVSA adquiera estabilidad y se convierta en un actor clave del sector hidrocarburífero en el Ecuador. Por consiguiente, se ha cumplido a cabalidad los objetivos de la compañía, esperando a futuro incrementar los proyectos y expandir la influencia de la compañía en territorio ecuatoriano.

2. Hasta diciembre del 2010 se ejecutó el Convenio de Cooperación para la utilización de dos taladros de propiedad de PDVSA Venezuela y que fueron utilizados en el desarrollo de los planes operativos de la empresa mixta Río Napo.

3. La Operación del Campo Sacha y de la empresa mixta Rio Napo presentó una producción incremental que no se vio reflejada como tal, debido al establecimiento de la declinación irreal (4.1%). El cambio con el punto de partida de la producción base del Campo de 49.7 a 51.6 impactó la producción acumulada en el primer año en más de 822MBPP, volumen que pierde Río Napo y PDVSA.

4. Convenio de Exploración en el Bloque 4 de la Región Costa afuera del Golfo de Guayaquil en la Isla Puna con Petroproducción. PDVSA no recibió toda la información que Petroecuador poseía sobre la sísmica del Bloque 4, a pesar de que PDVSA ofreció procesar sin costo las cintas de los registros. Al finalizar y entregar el estudio del pozo Puna IX que reflejó la poca prospectividad del área, se concluyó que dicha información habría ahorrado 55 millones a PDVSA.

5. La ejecución del Proyecto de la Refinería del Pacífico Eloy Alfaro. En encuentro de presidentes del 5 y 6 julio del 2010 se acordó que PDVSA Ingeniería y Construcción no continuará gerenciando la ejecución del proyecto de la Refinería y que en su lugar se contraría una empresa internacional (PMC). Lo propio se acordó para la Gerencia General de RDP. El proceso de búsqueda de financiamiento se encuentra en manos de Petroecuador, unilateralmente contrataron un asesor financiero (Mizuho-Japón) dejando de lado el equipo de la empresa mixta conformada para tal fin. Petroecuador está al día con los aportes, no así PDVSA que mantiene un déficit de 49 MM$.

6. El Convenio de intercambio de crudo por productos presenta, hasta septiembre 2010, 81 millones de barriles de crudo entregado por Petroecuador y 55 millones de barriles de productos entregados por PDVSA. Sin embargo el volumen de intercambio se ha visto disminuido desde 100.000 BPD en el primer trimestre, a 40.000 bpd, esto debido a una "nueva estrategia comercial" y de nuevas especificaciones de productos exigidos por Petroecuador a PDVSA para cumplir con la nueva norma INEN (no establecidas en el contrato vigente).

1



**PDVSA**
ECUADOR

.../... INFORME DEL GERENTE GENERAL EJERCICIO ECONOMICO 2010

7.  Se continúa con la producción y comercialización de lubricantes marca PDV. Cumpliendo el contrato suscrito entre Petroecuador y PDVSA se elaboró 584.503 galones de lubricantes con la marca Petrocomercial y se continúan actividades de proyección al siguiente período

8.  El posicionamiento de la imagen de PDVSA a través de su carca PDV en algunas ciudades principales del Ecuador, inició la operación de dos nuevas EESS, con las que en total se cuentan 13 estaciones de servicio operando.

9.  En cuanto a las disposiciones de la Junta General de Accionistas, debo afirmar que dichas disposiciones fueron cumplidas a cabalidad y ejecutadas dentro de las competencias y procedimientos establecidos en el Estatuto Social de la compañía.

10. El año 2010 no registra ganancias o excedentes, al contrario, se ha invertido en bienes de capital, instalaciones y exploración de riesgo como en el caso del Bloque 4 y en recursos humanos, a fin de conformar todo el staff y el equipo técnico para operar de manera eficiente. Esto da como resultado que la pérdida del peído ascienda a 31.758.023 MM$.

11. Finalmente, quiero resaltar  que las estrategias  planteadas por la Junta General     de Accionistas han sido de suma importancia  para la consecución de los objetivos planteados, por lo cual es recomendable replantear y actualizar dichas estrategias para aplicarlas en el ejercicio económico siguiente y contribuir al crecimiento de la compañía.

Es todo cuanto puedo manifestar en relación al ejercicio económico correspondiente al año 2010.

Atentamente,

Alexis Arellano
**Gerente General**

2