# EXHIBIT K15

**PLAINTIFF'S EXHIBIT 38F**

 

**2 1 0 2 0**

Quito, Mayo 25 de 2010

Señor Doctor
Pedro Solines
Superintendente de Compañías
En su Despacho.-

[Sello: Superintendencia de Compañías — 3 1 MAYO 2010 — Registro de Sociedades]

[Sello: Superintendencia de Compañías — 3 1 MAY 2010 — CAU]

Ref.: PDVSA ECUADOR/ Mayo 25, 2010/ 36

De mi consideración:

PDVSA ECUADOR S.A., en cumplimiento de lo dispuesto en la Resolución No. SC.SG.DRS.G.09 02 *"Instructivo sobre la información que deben remitir las compañías mercantiles sujetas al control y vigilancia de la Superintendencia de Compañías que cuenten con sociedades extranjeras en calidad de socios o accionistas"* adjunta la siguiente información:

1.- Copia notarizada del Formulario denominado "NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA" de la compañía PDV ANDINA S.A., accionista de PDVSA ECUADOR S.A., debidamente apostilado. Cabe indicar que dicho formulario incluye la información general e información específica detallada en el mencionado Instructivo.

2.- Copia notarizada del Formulario denominado "NÓMINA DE SOCIOS O ACCIONISTAS DE UNA COMPAÑÍA EXTRANJERA QUE A SU VEZ ES SOCIA O ACCIONISTA DE COMPAÑÍA ECUATORIANA" de la compañía PDVSA AMÉRICA S.A., accionista de PDVSA ECUADOR S.A., debidamente apostilado. Cabe indicar que dicho formulario incluye la información general e información específica detallada en el mencionado Instructivo.

3.- Copia notarizada del documento constitutivo de PDV ANDINA S.A. emitido por el Registro Mercantil I de la Circunscripción Judicial del Distrito Capital y Estado Miranda debidamente apostillado.

4.- Copia notarizada del documento constitutivo de PDVSA AMÉRICA S.A. emitido por el Registro Mercantil I de la Circunscripción Judicial del Distrito Capital y Estado Miranda debidamente apostillado.

5.- Copia notarizada del poder general otorgado por la Compañía PDVSA AMÉRICA S.A. a favor del Sr. Nelson Pablo Martínez debidamente apostillado.

6.- Copia notarizada del poder general otorgado por la Compañía PDV ANDINA S.A. a favor del Sr. Nelson Pablo Martínez debidamente apostillado.

Cordialmente,

Alexis Arellano Meléndez
Gerente General
PDVSA ECUADOR S.A.

[Anotaciones manuscritas: "Información perteneciente al año 2010", "Datos registrados por el año 2010", "1718437187", "2010.06.01"]

PDVSA ECUADOR S.A.
Orellana E9-195 y Av. 6 de Diciembre - Edificio Alisal de Orellana
Telf: +593 2 4000 300   Fax: +593 2 3819945
Quito - Ecuador