# EXHIBIT K16

**PLAINTIFF'S EXHIBIT 38G**



Oficio No. GER-006-PDVSA-EC-2012

4692

Quito, 26 de enero del 2011

**Señora Abogada**
**Suad Manssur**
**SUPERINTENDENTA DE COMPAÑÍAS**
**En su despacho.-**

Reciba un cordial saludo en la oportunidad de enviarle, adjunto a la presente, los documentos para dar cumplimiento a las disposiciones de la Ley de Compañías y a la Resolución No. SC.SG.DRS.G.0902 sobre la "Información y documentos que deben remitir las Compañías Mercantiles sujetas al Control y vigilancia de la Superintendencia de Compañías que cuenten con Sociedades Extranjeras en calidad de Socios o Accionistas":

a) Copias certificadas de los poderes, otorgados por PDV ANDINA S.A. y PDVSA AMERICA S.A., sociedades de nacionalidad venezolana, accionistas de la Compañía PDVSA ECUADOR S.A., a favor del Sr. Nelson Pablo Martínez, poderes que se encuentran debidamente apostillados.

b) Copias certificadas del formulario de información de sociedades extranjeras así como la declaración juramentada de nómina de accionistas de PDV ANDINA y PDVSA AMÉRICA debidamente legalizados y apostillados.

c) Copias certificadas del documento que prueba la existencia legal de las compañías PDV ANDINA y PDVSA AMÉRICA, debidamente legalizados y apostillados.

Cabe señalar que no ha habido ninguna modificación en los accionistas de PDVSA ECUADOR ni en los accionistas de PDV ANDINA o PDVSA AMÉRICA. Esta información está actualizada y corresponde al año 2012.

Particulares que pongo en su conocimiento para los fines pertinentes.

Atentamente,

**Alexis Arellano**
**Gerente General**

BO/jgc.