# EXHIBIT K17

PLAINTIFF'S EXHIBIT 38H





Quito, 14 de marzo de 2011

**GER-041-PDVSA-EC-2011**

Señora Abogada
**Suad Manssur**
SUPERINTENDENTA DE COMPAÑÍAS
En su despacho.-

De mi consideración:

Con el fin de dar cumplimiento a las disposiciones de la Ley de Compañías y a la Resolución No. SC.SG.DRS.G.0902 sobre la "Información y documentos que deben remitir las Compañías Mercantiles sujetas al Control y vigilancia de la Superintendencia de Compañías que cuenten con Sociedades Extranjeras en calidad de Socios o Accionistas", adjunto a la presente sírvase encontrar los siguientes documentos: (2010)

a) Copias certificadas de los poderes, otorgados por PDV ANDINA S.A. y PDVSA AMERICA S.A., sociedades de nacionalidad venezolana, accionistas de la Compañía PDVSA ECUADOR S.A., a favor del Sr. Nelson Pablo Martínez, poderes que como se puede apreciar se encuentran debidamente apostillados.

b) Copias certificadas del formulario de información de sociedades extranjeras así como la declaración juramentada de nómina de accionistas de PDV ANDINA y PDVSA AMÉRICA debidamente legalizados y apostillados.

c) Copias certificadas del documento que prueba la existencia legal de las compañías PDV ANDINA y PDVSA AMÉRICA.

Cabe señalar que no ha habido ninguna modificación en los accionistas de PDVSA ECUADOR ni en los accionistas de PDV ANDINA o PDVSA AMÉRICA.

Particulares que pongo en su conocimiento para los fines pertinentes.

Cordialmente,

**Alexis Arellano Meléndez**
GERENTE GENERAL
PDVSA ECUADOR S.A.

_INGRESADO AL SISTEMA_
17.03.2011

**PDVSA ECUADOR S.A.**
Orellana E9-195 y Av. 6 de Diciembre. Ed. Alisal de Orellana Piso 11.
Quito – Ecuador
Telf.: (593-2) 4000 300 Fax: (593-2) 3819945

SE-Q-00001091 Y 1092