# EXHIBIT K18

**PLAINTIFF'S EXHIBIT 38I**


**SUPERINTENDENCIA DE COMPAÑÍAS**

## SOLICITUD DE ACCESO Y DECLARACIÓN DE RESPONSABILIDAD

Guayaquil jueves 14 marzo 2013

ARELLANO MELENDEZ ALEXIS ANTONIO, en mi calidad de Representante Legal de la compañía PDVSA ECUADOR S.A., con Expediente Número 159851 y RUC 1792133505001 solicito se me otorgue la clave de acceso para ingresar al portal web de la Superintendencia de Compañías (www.supercias.gob.ec) y presentar periódicamente la información financiera y societaria de mi representada mediante el sistema y los procesos que se han dispuesto para el efecto, de acuerdo a las siguientes condiciones:

a) La compañía se compromete a cumplir las disposiciones establecidas en el Reglamento para la actualización de la información general, y el registro y obtención de claves de acceso en línea al portal web institucional, de las sociedades sujetas al control y vigilancia de la Superintendencia de Compañías, expedido mediante Resolución No. SC.SG.DRS.G.12.014 del 25 de septiembre del 2012.

b) La compañía debe utilizar los mecanismos electrónicos habilitados en el portal web de la Superintendencia de Compañía para la trasmisión de su información financiera y societaria.

c) La compañía asume la responsabilidad total sobre la veracidad, exactitud, consistencia e integridad de la información financiera y societaria que trasmita a través del sistema informático provisto por la Superintendencia de Compañías para este fin.

d) El representante legal de la compañía es el responsable del uso de la clave de acceso otorgada y como tal asume todas las responsabilidades legales que de su uso se deriven.

e) La compañía se compromete a conservar los soportes físicos de la información presentada, así como el comprobante de presentación de información generado por el sistema de la Superintendencia de Compañías.

f) La Superintendencia de Compañías se reserva el derecho a negar, restringir o condicionar el acceso al portal web institucional y los programas informáticos que en este se incluya, de forma total o parcial, a su entera discreción, así como a modificar los servicios y contenidos del mismo, en cualquier momento y sin necesidad de previo aviso.

Autorizo a la Superintendencia de Compañías a efectuar las averiguaciones pertinentes para comprobar la autenticidad de la información que se presente a través del sistema y mediante el acceso otorgado; y, acepto que en caso de que la información transmitida no cumpla con los requisitos exigidos, la Superintendencia de Compañías aplique las sanciones previstas en la ley.

Atentamente,

FIRMA DEL REPRESENTANTE LEGAL
Nombre: ARELLANO MELENDEZ ALEXIS ANTONIO
Identificación 031312705

*[Sello:] SUPERINTENDENCIA DE COMPAÑÍAS — 11 ABR. 2013 — OPERADOR 2 QUITO*

NOTA  El presente formulario no se aceptará con enmendaduras o tachones

AP-03.3.1.3-F3 Solicitud de Acceso y Declaración de Responsabilidad