# EXHIBIT K19

**PLAINTIFF'S EXHIBIT 38J**



FECHA DE EMISIÓN 14/03/2013  CÓDIGO 0000053077

## FORMULARIO DE ACTUALIZACIÓN DE DATOS

### INFORMACIÓN DE LA COMPAÑÍA

| RAZÓN O DENOMINACIÓN SOCIAL | RUC | EXPEDIENTE |
|---|---|---|
| PDVSA ECUADOR S.A. | 1792133505001 | 159851 |

| NOMBRE COMERCIAL | PROVINCIA | CANTON | PARROQUIA |
|---|---|---|---|
| PDVSA ECUADOR | PICHINCHA | QUITO | MARISCAL SUCRE |

| CIUDADELA | BARRIO | CALLE | NÚMERO |
|---|---|---|---|
| LA MARISCAL | | AV. ORELLANA | E9-195 |

| INTERSECCIÓN/MANZANA | AV. 6 DE DICIEMBRE | CONJUNTO | |
| EDIFICIO/C.C. | ALISAL DE ORELLANA | BLOQUE | |
| NÚMERO DE OFICINA | 11 | KM | |
| REFERENCIA UBICACIÓN | Diagonal Transelectric | CAMINO | |
| CASILLERO POSTAL | | TELEFONO 1 | 024000300 |
| CORREO ELECTRÓNICO 1 | rguama@pdvsaecuador.com.ec | TELEFONO 2 | |
| CORREO ELECTRÓNICO 2 | rguama@yahoo.com | CELULAR | 0996222309 |
| SITIO WEB | | FAX | 023819945 |

### IDENTIFICACIÓN DEL DOMICILIO LEGAL

| PROVINCIA | PICHINCHA | CANTON | QUITO |
|---|---|---|---|

### INFORMACIÓN Y DOMICILIO DEL REPRESENTANTE LEGAL O OPODERADO

| TIPO DE PERSONA | PERSONA NATURAL | | |
|---|---|---|---|
| NOMBRES Y APELLIDOS | ARELLANO MELENDEZ ALEXIS ANTONIO | | |
| TIPO DE IDENTIFICACIÓN | PASAPORTE | No. DE IDENTIFICACIÓN | 031312705 |
| TIPO DE REPRESENTACIÓN LEGAL | INDIVIDUAL | NACIONALIDAD | VENEZUELA |
| CARGO QUE DESEMPEÑA | GERENTE GENERAL | PROVINCIA | PICHINCHA |
| FECHA DE INSCRIPCIÓN DEL NOMBRAMIENTO EN EL REGISTRO MERCANTIL | 07/03/12 12:00 AM | CANTON | QUITO |
| | | PARROQUIA | BELISARIO QUEVEDO |

| CIUDADELA | LA FLORESTA | BARRIO | |
|---|---|---|---|
| CALLE | AV. 12 DE OCTUBRE | NÚMERO | 1820 |
| INTERSECCIÓN/MANZANA | CORDERO | CONJUNTO | TORRES LARGA ESTADIA SWISSOTEL |
| BLOQUE | | EDIFICIO/C.C. | |
| NÚMERO DE OFICINA | | KM | |
| CAMINO | | REFERENCIA UBICACIÓN | JUNTO A SWISSOTEL |
| CORREO ELECTRÓNICO | arellanoa@pdvsaecuador.com.ec | TELEFONO | 024000300 |
| | | CELULAR | 0983501372 |



Declaro bajo juramento la veracidad de la información proporcionada en este formulario y Autorizo a la Superintendencia de Compañías a efectuar las averiguaciones pertinentes para comprobar la autenticidad de esta información y; acepto que en caso de que el contenido presente no corresponda a la verdad, esta Institución aplique las sanciones de ley.

Página 1 de 3



**SUPERINTENDENCIA DE COMPAÑÍAS**

FECHA DE EMISIÓN 14/03/2013        CÓDIGO 0000053077

## FORMULARIO DE ACTUALIZACIÓN DE DATOS

### INFORMACIÓN ADICIONAL DE LA COMPAÑÍA

| | SI | | NO | |
|---|---|---|---|---|
| ES PROVEEDORA DE BIENES O SERVICIOS DEL ESTADO | SI | X | NO | |
| OFRECE VENTAS CON CRÉDITO DIRECTO A SUS CLIENTES Y COBRA INTERESES | SI | | NO | X |
| OFRECE SERVICIOS DE PAGO DE REMESAS | SI | | NO | X |

FIRMA DEL REPRESENTANTE LEGAL

**Nombre:** ARELLANO MELENDEZ ALEXIS ANTONIO
**Identificación** 031312705

FECHA DE PRESENTACIÓN FÍSICA

[Sello: SUPERINTENDENCIA DE COMPAÑÍAS — 11 ABR. 2013 — OPERADOR 2 QUITO]

NOTA El presente formulario no se aceptará con enmendaduras o tachones

Fecha máxima de presentación:    28/12/2012

En caso de no presentarse en la fecha indicada, deberá realizar nuevamente el procedimiento.

AP-03.3.1.3-F2 Actualización de Datos Representante

## REQUISITOS PARA LA PRESENTACIÓN DE ESTE FORMULARIO

### Si el representante legal es una persona natural

- Copia simple del nombramiento del representante legal o del poder en caso de apoderado.
- Copia legible a color de la cédula o pasaporte del representante legal o apoderado, según el caso.
- Copia legible a color del certificado de votación del representante legal o apoderado, según el caso.
- Copia simple de una planilla de servicios básicos (agua, luz o teléfono) del domicilio de la compañía, que puede estar a nombre de la compañía, su representante legal/apoderado o socio/accionista. Debe corresponder a cualquiera de los dos meses anteriores a la fecha de presentación. En el caso de que la planilla esté a nombre de un tercero, es necesario una carta de cesión de espacio con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial) o un contrato de arrendamiento inscrito en el Juzgado de Inquilinato o con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial).
- Copia simple del Registro Único de Contribuyente vigente de la compañía.
- Para el caso de que un tercero sea la persona que presente la documentación, se deberá incluir la carta de autorización con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial), adjuntando copia legible a color de cédula o pasaporte y certificado de votación de la persona autorizada.

### Si el representante legal es una persona jurídica

- Copia simple del nombramiento del representante legal (persona jurídica).
- Copia simple del RUC de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
- Copia simple del nombramiento del representante legal (persona natural) de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
- Copia legible a color de la cédula o pasaporte del representante legal (persona natural) de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
- Copia legible a color del certificado de votación del representante legal de la persona jurídica que ejerce la representación legal de la compañía objeto de la actualización.
- Copia simple de una planilla de servicios básicos (agua, luz o teléfono) del domicilio de la compañía, que puede estar a nombre de la compañía, su representante legal/apoderado o socio/accionista. Debe corresponder a cualquiera de los dos meses anteriores a la fecha de presentación. En el caso de que la planilla esté a nombre de un tercero, es necesario una carta de cesión de espacio con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial) o un contrato de arrendamiento inscrito en el Juzgado de Inquilinato o con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial).
- Copia simple del Registro Único de Contribuyente vigente de la compañía objeto de la actualización.
- Para el caso de que un tercero sea la persona que presente la documentación, se deberá incluir la carta de autorización con autenticación/reconocimiento de firma ante Notario (Art. 18 de la Ley Notarial), adjuntando copia legible a color de cédula o pasaporte y certificado de votación de la persona autorizada.



SUPERINTENDENCIA DE COMPAÑIAS
11 ABR. 2013
OPERADOR 2
QUITO

Página 3 de 3