# GACETA OFICIAL

## DE LA REPUBLICA BOLIVARIANA DE VENEZUELA

AÑO CXXXIII — MES X     Caracas, viernes 4 de agosto de 2006     Número 38.493

## SUMARIO

**Asamblea Nacional**
Ley de reforma parcial del Decreto N° 1.510 con Fuerza de Ley Orgánica de Hidrocarburos.- ( Se reimprime por error material del ente emisor).

**Presidencia de la República**
Decreto N° 4.705, mediante la cual se nombra Ministro del Despacho de la Presidencia al ciudadano Adán Chávez Frías.

**Vicepresidencia de la República**
Resolución por la cual se designa para integrar el Area Técnica de la Comisión de Licitaciones permanente de esta Vicepresidencia al ciudadano René Arreaza.

**Ministerio de Relaciones Exteriores**
Resolución por la cual se designa a la ciudadana María Jacqueline Mendoza Ortega, como Embajadora Extraordinaria y Plenipotenciaria, Representante Permanente de la República Bolivariana de Venezuela ante el Programa de las Naciones Unidas para los asentamientos Humanos (UN-HABITAT).

Resolución mediante la cual se designa a la Vicecónsul Mireya de Francesco Mur, como Jefe Interino en el Consulado General de la República Bolivariana de Venezuela en Barcelona, Reino de España, del 10 de julio al 14 de agosto de 2006.

Resolución mediante la cual se designa al Ministro Consejero Félix Plasencia, como Encargado de Negocios Ad Interim en la Embajada de la República Bolivariana de Venezuela ante el Reino Unido de Gran Bretaña e Irlanda del Norte, del 27 de mayo al 13 de junio de 2006.

Resoluciones mediante las cuales se confiere la Condecoración «Orden Francisco de Miranda» en su Primera Clase, a los ciudadanos que en ellas se señalan.

**Ministerio de la Defensa**
Resoluciones por las cuales se nombra a los ciudadanos que en ellas se mencionan en los cargos que en ellas se indican.

**Ministerio de Salud**
Resolución por la cual se delega en el ciudadano José Rafael Mendoza Garces, Viceministro de Salud la firma de los actos o documentos que en ella se especifican.

Resolución por la cual se designa para integrar la Comisión de Licitación para la Adquisición de Medicamentos Antirretrovirales a los ciudadanos que en ella se mencionan.

Resolución por la cual se designa a la ciudadana Keren Happuch Contreras Montes, Adjunto al Director de la Dirección General de Salud Ambiental y Contraloría Sanitaria.

Resolución mediante la cual se delega en el ciudadano Jesús Querales Castillo, la firma del Memorando que en ella se especifica.

**Ministerio del Ambiente y de los Recursos Naturales**
Resolución por la cual se designa a la ciudadana Solymar González, Coordinadora General del Despacho de la Ministra de este Organismo.

Resolucion mediante la cual se designa a la ciudadana Adriana Domínguez, como Consultora Jurídica Encargada de este Organismo.

Resolución por la cual se designa en el ciudadano Fidel Francisco Ferrer Hajos, como Director de la Dirección Estadal Ambiental Mérida, de este Organismo.

**Ministerio de Planificación y Desarrollo**
Instituto Nacional de Estadística
Providencia por la cual se designa al ciudadano Leonardo Cerrada, como Gerente en la Gerencia Estadal de Apure, de este Instituto.

Providencia por la cual se designa a la ciudadana Ana Cañizález, Gerente en la Gerencia del Sistema de Información Geográfica y Estadística, de este Instituto.

**Ministerio para la Vivienda y el Hábitat**
(INAVI)
Resolución mediante la cual se delega en el Presidente Encargado de la Junta Liquidadora del Instituto Nacional de la Vivienda (INAVI), ciudadano Teniente Coronel (Ej) Jorge Isaac Pérez Prado, la firma de los actos y documentos que en ella se mencionan.

**Consejo Nacional Electoral**
Resolución mediante la cual se delega en la ciudadana, Socióloga Kathiuska Veitía, la firma de los Contratos de Trabajo que en ella se señalan.

## ASAMBLEA NACIONAL

LA ASAMBLEA NACIONAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

En uso de sus atribuciones, y en concordancia con lo establecido en el artículo 4° de la Ley de Publicaciones Oficiales, reimprímase por error material en la *Gaceta Oficial de la República Bolivariana de Venezuela* la LEY DE REFORMA PARCIAL DEL DECRETO N° 1.510 CON FUERZA DE LEY ORGÁNICA DE HIDROCARBUROS, sancionada en sesión del día 16 de mayo de 2006 y publicada en la *Gaceta Oficial de la República Bolivariana de Venezuela* N° 38.443 de fecha 24 de mayo de 2006, por incurrirse en el siguiente error:

**DONDE DICE:**

ARTÍCULO 5. Se modifica el artículo 48, en la forma siguiente:

Artículo 48. (omissis ...)

> 3. Impuesto de Consumo General. Por cada litro de producto derivado de los hidrocarburos vendido en el mercado interno entre el treinta y cincuenta por ciento (30% y 50%) del precio pagado por el consumidor final, cuya alícuota entre ambos límites será fijada anualmente en la Ley de Presupuesto. Este impuesto a ser pagado por el consumidor final será retenido en la fuente de suministro para ser enterado anualmente al Fisco Nacional.

**DEBE DECIR:**

ARTÍCULO 5. Se modifica el artículo 48, en la forma siguiente:

Artículo 48. (omissis ...)

> 3. Impuesto de Consumo General. Por cada litro de producto derivado de los hidrocarburos vendido en el mercado interno entre el treinta y cincuenta por ciento (30% y 50%) del precio pagado por el consumidor final, cuya alícuota entre ambos límites será fijada anualmente en la Ley de Presupuesto. Este impuesto a ser pagado por el consumidor final será retenido en la fuente de suministro para ser enterado mensualmente al Fisco Nacional.

Acto legislativo realizado en el Palacio Federal Legislativo, sede de la Asamblea Nacional, en Caracas, a los tres días del mes de agosto de dos mil seis. Año 196° de la Independencia y 147° de la Federación.

NICOLÁS MADURO MOROS
Presidente de la Asamblea Nacional

DESIRÉE SANTOS AMARAL    ROBERTO HERNÁNDEZ WOHNSIEDLER
Primera Vicepresidenta               Segundo Vicepresidente

IVÁN ZERPA GUERRERO        JOSÉ GREGORIO VIANA
Secretario                            Subsecretario

Δπ EXHIBIT 11
Deponent Perez
Date 7/14/18  Rptr KL
WWW.DEPOBOOK.COM

PLAINTIFF'S EXHIBIT 44

Refrendado
La Ministra de Industrias Ligeras y Comercio
(L.S.)
MARIA CRISTINA IGLESIAS

Refrendado
El Ministro de Industrias Básicas y Minería
(L.S.)
VICTOR ALVAREZ

Refrendado
El Ministro del Turismo
(L.S.)
WILMAR CASTRO SOTELDO

Refrendado
El Ministro de Agricultura y Tierras
(L.S.)
ELIAS JAUA MILANO

Refrendado
El Ministro de Educación Superior
(L.S.)
SAMUEL MONCADA ACOSTA

Refrendado
El Ministro de Educación y Deportes
(L.S.)
ARISTOBULO ISTURIZ ALMEIDA

Refrendado
El Ministro de Salud
(L.S.)
FRANCISCO ARMADA

Refrendado
El Ministro del Trabajo
(L.S.)
RICARDO DORADO CANO-MANUEL

Refrendado
El Ministro de Infraestructura
(L.S.)
RAMON ALONZO CARRIZALEZ RENGIFO

Refrendado
El Ministro de Energía y Petróleo
(L.S.)
RAFAEL DARIO RAMIREZ CARREÑO

Refrendado
La Ministra del Ambiente
Y de los Recursos Naturales
(L.S.)
JACQUELINE COROMOTO FARIA PINEDA

Refrendado
El Ministro de Planificación y Desarrollo
(L.S.)
JORGE GIORDANI

Refrendado
La Ministra de Ciencia y tecnología
(L.S.)
MARLENE YADIRA CORDOVA

Refrendado
El Ministro de Comunicación
e Información
(L.S.)
WILLIAN RAFAEL LARA

Refrendado
La Ministra para la Economía Popular
(L.S.)
OLY MILLAN CAMPOS

Refrendado
La Ministra para la Alimentación
(L.S.)
ERIKA DEL VALLE FARIAS PEÑA

Refrendado
El Ministro de la Cultura
(L.S.)
FRANCISCO DE ASIS SESTO NOVAS

Refrendado
El Ministro para
la Vivienda y Hábitat
(L.S.)
LUIS CARLOS FIGUEROA ALCALA

Refrendado
El Ministro de Participación
Popular y Desarrollo Social
(L.S.)
JORGE LUIS GARCIA CARNEIRO

Refrendado
La Ministra del Despacho de la Presidencia
(L.S.)
DELCY RODRIGUEZ GOMEZ

Refrendado
El Ministro de Estado
para la Integración y
el Comercio Exterior
(L.S.)
GUSTAVO ADOLFO MARQUEZ MARIN

**LA ASAMBLEA NACIONAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
DECRETA**

la siguiente,

**LEY ORGÁNICA DE HIDROCARBUROS**

## CAPÍTULO I
## DISPOSICIONES FUNDAMENTALES

### Sección primera: Del ámbito de la Ley

**Artículo 1.** Todo lo relativo a la exploración, explotación, refinación, industrialización, transporte, almacenamiento, comercialización, conservación de los hidrocarburos, así como lo referente a los productos refinados y a las obras que la realización de estas actividades requiera, se rige por esta Ley.

**Artículo 2.** Las actividades relativas a los hidrocarburos gaseosos se rigen por la Ley Orgánica de Hidrocarburos Gaseosos, salvo la extracción de hidrocarburos gaseosos asociados con el petróleo que se regirán por la presente Ley.

### Sección segunda: De la propiedad de los yacimientos

**Artículo 3.** Los yacimientos de hidrocarburos existentes en el territorio nacional, cualquiera que sea su naturaleza, incluidos aquéllos que se encuentren bajo el lecho del mar territorial, en la plataforma continental, en la zona económica exclusiva y dentro de las fronteras nacionales, pertenecen a la República y son bienes del dominio público, por lo tanto inalienables e imprescriptibles.

## CAPÍTULO II
## DE LAS ACTIVIDADES RELATIVAS A LOS HIDROCARBUROS

### Sección primera: Disposiciones Generales

**Artículo 4.** Las actividades a las cuales se refiere esta Ley, así como las obras que su realización requiera, se declaran de utilidad pública y de interés social.

**Artículo 5.** Las actividades reguladas por esta Ley estarán dirigidas a fomentar el desarrollo integral, orgánico y sostenido del país, atendiendo al uso racional del recurso y a la preservación del ambiente. A tal fin se promoverá el fortalecimiento del sector productivo nacional y la transformación en el país de materias primas provenientes de los hidrocarburos, así como la incorporación de tecnologías avanzadas.

Los ingresos que en razón de los hidrocarburos reciba la Nación propenderán a financiar la salud, la educación, la formación de fondos de estabilización macroeconómica y la inversión productiva, de manera que se logre una apropiada vinculación del petróleo con la economía nacional, todo ello en función del bienestar del pueblo.

**Artículo 6.** Las decisiones que adopte la República con motivo de los acuerdos o tratados internacionales en materia de hidrocarburos por ella celebrados, se aplicarán a quienes realicen las actividades a las cuales se refiere esta Ley.

**Artículo 7.** Las actividades señaladas en esta Ley están sujetas tanto a las disposiciones de la misma, como a las contenidas en otras leyes, decretos o resoluciones, dictadas o que se dictaren, en todo cuanto les fuere aplicable.

### Sección segunda: De la competencia

**Artículo 8.** Corresponde al Ministerio de Energía y Petróleo la formulación, regulación y seguimiento de las políticas y la planificación, realización y fiscalización de las actividades en materia de hidrocarburos, lo cual comprende lo relativo al desarrollo, conservación, aprovechamiento y control de dichos recursos; así como al estudio de mercados, al análisis y fijación de precios de los hidrocarburos y de sus productos. En tal sentido, el Ministerio de Energía y Petróleo es el órgano nacional competente en todo lo relacionado con la administración de los hidrocarburos y en consecuencia tiene la facultad de inspeccionar los trabajos y actividades inherentes a los mismos, así como las de fiscalizar las operaciones que causen los impuestos, tasas o contribuciones establecidos en esta Ley y revisar las contabilidades respectivas.

El Ministerio de Energía y Petróleo realizará la función de planificación a que se refiere este artículo, en concordancia con el Plan Nacional de Desarrollo. A los fines del cumplimiento de estas funciones, el Ejecutivo Nacional proveerá los recursos necesarios conforme a las normas legales pertinentes.

Los funcionarios y particulares prestarán a los empleados nacionales que realicen las anteriores funciones, las más amplias facilidades para el cabal desempeño de las mismas.

### Sección tercera: De las actividades primarias

**Artículo 9.** Las actividades relativas a la exploración en busca de yacimientos de los hidrocarburos comprendidos en esta Ley, a la extracción de ellos en estado natural, a su recolección, transporte y almacenamiento iniciales, se denominan actividades primarias a los efectos de esta Ley.

# HYDROCARBONS ORGANIC LAW

## Chapter I Basic Provisions

**Section Two**
**Ownership of Deposits**

**Article 3** The existing hydrocarbon deposits within the national territory, irrespective of its nature and including those located underneath the jurisdictional seabed, the continental shelf, the exclusive economic zone and within the national borders, belong to the Republic and are part of the public domain, therefore, are not subject to transfer or to prescription.

## Chapter II
## Hydrocarbon-related Activities

**Section Two**
**Competition**

**Article 8** It is the responsibility of the Ministry of Oil and Energy the devise, regulation and follow up of policies and the planning, carrying out and oversee of hydrocarbon-related activities, which encompass everything pertaining the development, conservation and control of said resources, as well as the market research, the analysis and the price setting of hydrocarbons and their products. In this respect, the Ministry of Oil and Energy is the competent national entity to act upon everything pertaining to the management of hydrocarbons and it has, therefore, the authority to inspect the works and activities inherent to the said activities, as well as to control the operations giving rise to the taxes, fees and contributions set forth under this Law and to review the relevant accounts. The Ministry of Oil and Energy shall carry out the planning function this article refers to, in keeping with the National Development Plan. For the purposes of observing these functions, the National Executive shall provide the necessary resources, in accordance with the relevant legal policies. Officials and individuals shall provide the national employees in charge of carrying out the aforementioned functions with the broadest facilities for the best possible performance of their duties.

**Final Provision**

**Sole**
This Law shall enter into force within five (5) consecutive days of its publication, with the exception of what regards to the Registry of Exportation Tax, that shall come into force within the sixty (60) consecutive days from said publication. Passed, signed and stamped at the Federal Legislative Palace, head office of the National Assembly, in Caracas, on May 16th of 2006. 196th year of Independence and 147th of Federation. NICOLÁS MADURO MOROS National Assembly President DESIRÉE SANTOS AMARAL First Vice President ROBERTO HERNÁNDEZ WOHNSIEDLER Second Vice President IVÁN ZERPA GUERRERO Secretary Passed in Caracas, on May 24th of 2006. 196th year of Independence and 147th of Federation. To be executed, (Seal Placement)



450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

**County of New York**
**State of New York**

Date: April 3, 2018

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the documents received by this office.

The documents in O-42679 are designated as:
  CONSTITUCIÓN DE LA REPUBLICA BOLIVARIANA DE VENEZUELA_EN.docx
  Estatutos de PDVSA_EN.pdf
  LEY ORGÁNICA DE HIDROCARBUROS_EN.docx
  LEY ORGANICA DE LA ADMINISTRACION FINANCIERA DEL SECTOR PUBLICO_EN.docx
  LEY ORGÁNICA DE LA ADMINISTRACIÓN PUBLICA_EN.docx
  LEY ORGÁNICA DE LA CONTRALORÍA GENERAL DE LA REPÚBLICA Y DEL SISTEMA
    NACIONAL DE CONTROL FISCAL_EN.docx
  LEY ORGANICA DE LA PROCURADURIA DE LA REPUBLICA_EN.docx
  LEY ORGÁNICA DE PROCEDIMIENTOS ADMINISTRATIVOS_EN.docx
  CODIGO DE COMERCIO_EN.docx

Molly Capriotti, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

*[Signature]*

Signature of Molly Capriotti

**Global Solutions. Local Expertise.**