

Caracas, 13 de abril de 2018.

Sr. Johan Droz
Fiscal General Ministerio Público
Case postale 3565
1211 Geneva 3
Suiza

Me dirijo nuevamente a usted en mi carácter de Representante Judicial de la empresa estatal venezolana Petróleos de Venezuela S.A., PDVSA, ejerciendo tal facultad de conformidad con la Cláusula Trigésima Sexta (36ª) del Acta Constitutiva-Estatutos de dicha empresa, de fecha 30 de enero de 2017, registrada el 09 de marzo de 2017, acreditación que ya ha sido suficientemente expuesta ante su Despacho en anterior fecha.

En esta oportunidad me permito referirme específicamente a algunos asuntos ventilados en el trámite de la denuncia penal presentada por PDVSA ante la Fiscalía General de Justicia de Ginebra el 13 de febrero de 2018, con la finalidad de ofrecer las aclaratorias pertinentes, necesarias para la óptima marcha de ese proceso:

1. *Después del 13 de febrero del año en curso, fecha en la que se presentó la mencionada denuncia penal, PDVSA no ha firmado nuevos contratos con Helsinge. El último contrato a término entre PDVSA y Helsinge finalizó el 31DIC2017 (6 meses de duración). Helsinge solicitó la renovación de dicho contrato por igual periodo, pero PDVSA rechazó la firma de un nuevo contrato a término.*

   *Sin embargo, como puede usted notar en la denuncia penal interpuesta, PDVSA sí mantuvo en el pasado una relación comercial con Helsinge, la cual, sobre la base del esquema de conspiración sometido a su conocimiento, generó para PDVSA una situación particular de dependencia relacionada con el acceso y disponibilidad de nafta pesada, diluente necesario para la producción de crudo extra pesado en la Faja Petrolífera del Orinoco. Dicha dependencia restringió el acceso de PDVSA a otros proveedores.*

   *De tal manera, PDVSA se vio obligada a realizar compras limitadas a situaciones de extrema necesidad para garantizar la continuidad del proceso productivo mediante spot de nafta pesada, evitando así pérdidas para la empresa o la paralización de la principal industria del país. Siendo las últimas compras realizadas en febrero, entregadas en el mes de marzo, consistentes en 2 cargamentos de nafta pesada y un cargamento de gasolina (adjudicado en una licitación general Tender).*

   *En tal sentido, es pertinente aclarar que PDVSA actualmente no tiene relaciones comerciales con la empresa Helsinge Inc., la terminación de las relaciones comerciales fueron notificadas a Helsinge, a través del Vicepresidente de Comercio y Suministro de PDVSA mediante correo de fecha 22MAR18 (anexo a esta carta, marcado "A") y ratificado por el Presidente de PDVSA, Mayor General Manuel Quevedo, mediante oficio de fecha 11 de abril de 2018 (anexo marcado "B" de esta carta). Ratificación que fue necesario efectuar a través del Presidente de la empresa vista la insistencia de Helsinge Inc., de simular, frente al fiscal suizo, la continuidad de una relación comercial con PDVSA que no existe.*



CONFIDENTIAL

PDVSATRUST-0000047

2. No hay, a la fecha, otros contratos celebrados con Helsinge Inc. que se encuentren en ejecución, por lo que PDVSA aclara que no hay otros contratos por cumplir, celebrados entre PDVSA y Helsinge Inc. antes de la interposición de la denuncia penal. Tal es la situación, que PDVSA ha suspendido indefinidamente a Helsinge, del Registro de Clientes Calificados para Ventas de Exportación (R.U.C.C.V.E), por lo cual, conforme a las regulaciones de PDVSA, no pueden realizarse nuevos contratos ni negocios con Helsinge.

3. PDVSA no tiene ninguna intención, ni interés alguno en celebrar contratos con Helsinge en el futuro, no existen contratos vigentes y las últimas compras fueron realizadas durante el mes de febrero para atender la programación de marzo, como se ha explicado. Ello se desprende de lo expuesto en los numerales precedentes y de la notificación vía correo electrónico efectuada a la empresa, ratificada por el Presidente de PDVSA, anexas a esta carta, como se ha indicado.

4. PDVSA, a través de su Vicepresidencia de Comercio y Suministro, no tiene conocimiento alguno de una supuesta deuda entre Helsinge y Vitol por concepto de la factura N° S1810814, presuntamente correspondiente a 500,000 barriles de nafta pesada a través del buque cisterna ARAMO, pues PDVSA actualmente no mantiene relación comercial con Vitol. Por lo que PDVSA no puede certificar la legitimidad de dicho pago, ni avalar que el mismo esté referido a productos despachados a PDVSA. (Se anexa a esta carta documento relacionado, marcado "C"). En tal sentido, esta representación judicial se opone a que los fondos de Helsinge actualmente congelados sean total o parcialmente liberados para realizar dicho pago.

5. PDVSA, a través de su Vicepresidencia de Comercio y Suministro, no tiene conocimiento alguno de una supuesta deuda entre Helsinge y Vitol por concepto de la factura N° S1811006, presuntamente correspondiente a 500,000 barriles de nafta pesada a través del buque cisterna CAPE TELLIN pues, como se indicó precedentemente, PDVSA actualmente no mantiene relación comercial con Vitol. (Tal circunstancia se explica igualmente en documento anexo a esta carta, antes mencionado, marcado "C"). En tal sentido, esta representación judicial se opone a que dichos fondos sean liberados a favor de Helsinge. En tal sentido, esta representación judicial se opone a que los fondos de Helsinge actualmente congelados sean total o parcialmente liberados para realizar dicho pago.

Sin otro particular al cual referirme, ruego tome nota de las consideraciones que anteceden, a los fines de coadyuvar al proceso penal en curso.

HILDA CABEZA
Consultor Jurídico de PDVSA

**CONFIDENTIAL**

PDVSATRUST-0000048