Caracas, April 13, 2018.

Mr. Johan Droz
Attorney General of the Department of Justice
Case postale 3565
1211 Geneva 3
Switzerland

I write to you again in my capacity as Legal Representative of the Venezuelan state-owned company Petróleos de Venezuela SA, PDVSA, exercising this power in accordance with clause thirty-six (36) of the Articles of Incorporation - Statutes of said company, dated January 30 of 2017, registered on March 9, 2017, which was already sufficiently certified before your office on a previous date.

On this occasion, I would like to refer specifically to some of the matters addressed in the criminal complaint filed by PDVSA before the Attorney General's Office of the Department of Justice on February 13, 2018, in order to provide the necessary clarifications that are necessary to carry out this process in an optimal manner:

1. After February 13 of the current year, the date in which the aforementioned criminal complaint was filed, PDVSA has not signed new contracts with Helsinge. The last contract between PDVSA and Helsinge ended on Dec. 31, 2017 (with a duration of 6 months). Helsinge requested the renewal of the said contract for the same period, but PDVSA rejected the signing of a new contract term.

   However, as you can see in the criminal complaint filed, PDVSA did maintain a business relationship with Helsinge in the past, which, based on the conspiracy scheme submitted to your knowledge, generated for PDVSA a particular dependency situation related to the access and availability of heavy naphtha, a diluent necessary for the production of extra heavy crude in the Orinoco Oil Belt. This unit restricted the PDVSA's access to other providers.

   In this way, PDVSA was forced to make limited to purchase situations of a desperate need to ensure the continuity of the production process through spot heavy naphtha, avoiding losses for the company or the paralysis of the country's main industry. The last purchases made were in February, delivered in March, consisting of two shipments of heavy naphtha and a shipment of gasoline (awarded in a general tender).

   Therefore, it is pertinent to clarify that PDVSA does not currently have business relations with the company Helsinge Inc. The Vice President of Commerce and Supply of PDVSA notified Helsinge about the termination of the business relations through the mailed document dated March 22, 2018 (annexed to this letter, marked with "A"), and the President of PDVSA, Major General Manuel Quevedo, ratified this with the letter dated April 11, 2018 (annex marked with "B"). The ratification had to be made by the President of the company given Helsinge's insistence to simulate before the Swiss public attorney the continuity of a commercial relationship with PDVSA that does not exist.



**CONFIDENTIAL**                                                                                                    **PDVSATRUST-0000047**

PLAINTIFF'S EXHIBIT 51A

2. *To date, other contracts currently in execution and entered into with Helsinge Inc. do not exist. Therefore, PDVSA clarifies that before filing the criminal complaint, there are no other contracts entered into between PDVSA and Helsinge Inc. pending fulfillment. Such is the situation, that PDVSA has indefinitely suspended Helsinge from the Register for Qualified Customers for. Export Sales (RUCCVE). Therefore, in accordance with PDVSA regulations, no new contracts or business can be made with Helsinge.*

3. *PDVSA has no intention, nor any interest, in signing contracts with Helsinge in the future; there are no current contracts, and the last purchases were made during February to meet the March schedule, as explained. This follows the statements made in the preceding paragraphs and the notification via email made to the company, ratified by the President of PDVSA, which are attached to this letter, as indicated.*

4. *PDVSA, through its Vice President of Commerce and Supply, has no knowledge of an alleged debt between Helsinge and Vitol as a result of invoice number 51810814, which presumably corresponds to 500,000 barrels of heavy naphtha from the tanker ARAMO, given that PDVSA currently has no business relationship with Vitol. Therefore, PDVSA cannot certify the legitimacy of said payment, nor guarantee that it refers to products dispatched to PDVSA. (The related document is attached as "C"). Therefore, this judicial representation opposes the full or partial release of the currently frozen funds of Helsinge to make said payment.*

5. *PDVSA, through its Vice President of Commerce and Supply, has no knowledge of an alleged debt between Helsinge and Vitol as a result of invoice number 51811006, which presumably corresponds to 500,000 barrels of heavy naphtha from the tanker CAPE TELLIN, given that PDVSA currently has no business relationship with Vitol, as previously stated. (This circumstance is also explained in the document attached to this letter, mentioned above, marked "C"). In this sense, this judicial representation opposes that these funds be released in favor of Helsinge. Therefore, this judicial representation opposes the full or partial release of the currently frozen funds of Helsinge to make said payment.*

With no other specific issue to address, I ask that a note be made of the foregoing considerations in order to contribute to the ongoing criminal proceedings.

        [Seal:
BOLIVARIAN REPUBLIC OF VENEZUELA
PETRÓLEOS DE VENEZUELA, SA
JUDICIAL CONSULTING]
Hilda Cabeza Morillo
Legal Consultant of PDVSA



**CONFIDENTIAL PDVSATRUST-0000048**



Caracas, 13 de abril de 2018.

Sr. Johan Droz
Fiscal General Ministerio Público
Case postale 3565
1211 Geneva 3
Suiza

Me dirijo nuevamente a usted en mi carácter de Representante Judicial de la empresa estatal venezolana Petróleos de Venezuela S.A., PDVSA, ejerciendo tal facultad de conformidad con la Cláusula Trigésima Sexta (36ª) del Acta Constitutiva-Estatutos de dicha empresa, de fecha 30 de enero de 2017, registrada el 09 de marzo de 2017, acreditación que ya ha sido suficientemente expuesta ante su Despacho en anterior fecha.

En esta oportunidad me permito referirme específicamente a algunos asuntos ventilados en el trámite de la denuncia penal presentada por PDVSA ante la Fiscalía General de Justicia de Ginebra el 13 de febrero de 2018, con la finalidad de ofrecer las aclaratorias pertinentes, necesarias para la óptima marcha de ese proceso:

1. *Después del 13 de febrero del año en curso, fecha en la que se presentó la mencionada denuncia penal, PDVSA no ha firmado nuevos contratos con Helsinge. El último contrato a término entre PDVSA y Helsinge finalizó el 31DIC2017 (6 meses de duración). Helsinge solicitó la renovación de dicho contrato por igual periodo, pero PDVSA rechazó la firma de un nuevo contrato a término.*

   *Sin embargo, como puede usted notar en la denuncia penal interpuesta, PDVSA sí mantuvo en el pasado una relación comercial con Helsinge, la cual, sobre la base del esquema de conspiración sometido a su conocimiento, generó para PDVSA una situación particular de dependencia relacionada con el acceso y disponibilidad de nafta pesada, diluente necesario para la producción de crudo extra pesado en la Faja Petrolífera del Orinoco. Dicha dependencia restringió el acceso de PDVSA a otros proveedores.*

   *De tal manera, PDVSA se vio obligada a realizar compras limitadas a situaciones de extrema necesidad para garantizar la continuidad del proceso productivo mediante spot de nafta pesada, evitando así pérdidas para la empresa o la paralización de la principal industria del país. Siendo las últimas compras realizadas en febrero, entregadas en el mes de marzo, consistentes en 2 cargamentos de nafta pesada y un cargamento de gasolina (adjudicado en una licitación general Tender).*

   *En tal sentido, es pertinente aclarar que PDVSA actualmente no tiene relaciones comerciales con la empresa Helsinge Inc., la terminación de las relaciones comerciales fueron notificadas a Helsinge, a través del Vicepresidente de Comercio y Suministro de PDVSA mediante correo de fecha 22MAR18 (anexo a esta carta, marcado "A") y ratificado por el Presidente de PDVSA, Mayor General Manuel Quevedo, mediante oficio de fecha 11 de abril de 2018 (anexo marcado "B" de esta carta). Ratificación que fue necesario efectuar a través del Presidente de la empresa vista la insistencia de Helsinge Inc., de simular, frente al fiscal suizo, la continuidad de una relación comercial con PDVSA que no existe.*

**CONFIDENTIAL**

PDVSATRUST-0000047

2. No hay, a la fecha, otros contratos celebrados con Helsinge Inc. que se encuentren en ejecución, por lo que PDVSA aclara que no hay otros contratos por cumplir, celebrados entre PDVSA y Helsinge Inc. antes de la interposición de la denuncia penal. Tal es la situación, que PDVSA ha suspendido indefinidamente a Helsinge, del Registro de Clientes Calificados para Ventas de Exportación (R.U.C.C.V.E), por lo cual, conforme a las regulaciones de PDVSA, no pueden realizarse nuevos contratos ni negocios con Helsinge.

3. PDVSA no tiene ninguna intención, ni interés alguno en celebrar contratos con Helsinge en el futuro, no existen contratos vigentes y las últimas compras fueron realizadas durante el mes de febrero para atender la programación de marzo, como se ha explicado. Ello se desprende de lo expuesto en los numerales precedentes y de la notificación vía correo electrónico efectuada a la empresa, ratificada por el Presidente de PDVSA, anexas a esta carta, como se ha indicado.

4. PDVSA, a través de su Vicepresidencia de Comercio y Suministro, no tiene conocimiento alguno de una supuesta deuda entre Helsinge y Vitol por concepto de la factura N° S1810814, presuntamente correspondiente a 500,000 barriles de nafta pesada a través del buque cisterna ARAMO, pues PDVSA actualmente no mantiene relación comercial con Vitol. Por lo que PDVSA no puede certificar la legitimidad de dicho pago, ni avalar que el mismo esté referido a productos despachados a PDVSA. (Se anexa a esta carta documento relacionado, marcado "C"). En tal sentido, esta representación judicial se opone a que los fondos de Helsinge actualmente congelados sean total o parcialmente liberados para realizar dicho pago.

5. PDVSA, a través de su Vicepresidencia de Comercio y Suministro, no tiene conocimiento alguno de una supuesta deuda entre Helsinge y Vitol por concepto de la factura N° S1811006, presuntamente correspondiente a 500,000 barriles de nafta pesada a través del buque cisterna CAPE TELLIN pues, como se indicó precedentemente, PDVSA actualmente no mantiene relación comercial con Vitol. (Tal circunstancia se explica igualmente en documento anexo a esta carta, antes mencionado, marcado "C"). En tal sentido, esta representación judicial se opone a que dichos fondos sean liberados a favor de Helsinge. En tal sentido, esta representación judicial se opone a que los fondos de Helsinge actualmente congelados sean total o parcialmente liberados para realizar dicho pago.

Sin otro particular al cual referirme, ruego tome nota de las consideraciones que anteceden, a los fines de coadyuvar al proceso penal en curso.

HILDA CABEZA
Consultor Jurídico de PDVSA

CONFIDENTIAL

PDVSATRUST-0000048



715 SW 73RD Avenue | Miami | Florida 33144
Tel 305.373.7874 | Fax 305.381.7874
Toll Free 1.888.304.7874
eMail info@pretran.com

**Certificate of Accuracy**



State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.



**Vicente de la Vega**

The foregoing instrument was acknowledged, sworn to and subscribed before me Wednesday, June 27, 2018 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



Notary Public State of Florida at Large

**The utmost care has been taken to ensure the accuracy of all translations. Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**

BOISCH-SD_180731.02_2 of 5_TARGET_ENGLISH__PDVSATRUST-0000047 - PDVSATRUST-0000048_Packet.pdf