

ANEXO B

Caracas, 11 de abril de 2018

Señores
**HELSINGE INC.**
Presente.-

Me dirijo a ustedes a los fines de ratificar la decisión de dar por terminada la relación comercial con **HELSINGE INC.**, tal como fue notificado por la Vicepresidencia de Comercio y Suministro, mediante correo electrónico en fecha **22Mar18**, en virtud del cierre financiero determinado con **Petróleos de Venezuela, S.A. PDVSA,** notificación que se le realiza a los fines legales consiguientes.

Sin más a que hacer referencia, se despide.

Atentamente,



**MANUEL QUEVEDO FERNÁNDEZ**
Presidente
Petróleos de Venezuela, S.A.



PLAINTIFF'S EXHIBIT 52

PETROLEOS DE VENEZUELA, S.A.
Avenida Libertador, Urb. Las Delicias, Edificio Petróleos de Venezuela, Torre Sur. Caracas 1050, Venezuela.

CONFIDENTIAL

PDVSATRUST-0000051