ANNEX B

 PDVSA

Caracas, April 11, 2018

Messrs.:

**HELSINGE INC** .

Personally delivered.

    I write to affirm the decision to terminate the business relationship with **HELSINGE INC** ., as notified by the Vice Presidency of Trade and Supply, via email on **March 22, 2018**, under the financial closure with **Petróleos de Venezuela, SA PDVSA**, notification that is made for the consequent legal purposes.

    Without anything else to address, farewell.

  Sincerely,

[Seal:
BOLIVARIAN REPUBLIC OF VENEZUELA
PEOPLE'S MINISTRY OF PETROLEUM
PRESIDENCY
PETROLEOS DE VENEZUELA SA ]

[Signature]

MANUEL QUEVEDO FERNÁDEZ

President

Petróleos de Venezuela, SA



PLAINTIFF'S EXHIBIT –52A

PETRÓLEOS DE VENEZUELA, SA
Avenida Libertador, Urb. Las Delicias Edificio Petróleos de Venezuela, Torre Sur Caracas 1050, Venezuela

# ANEXO B



Caracas, 11 de abril de 2018

Señores
**HELSINGE INC.**
Presente.-

Me dirijo a ustedes a los fines de ratificar la decisión de dar por terminada la relación comercial con **HELSINGE INC.**, tal como fue notificado por la Vicepresidencia de Comercio y Suministro, mediante correo electrónico en fecha **22Mar18**, en virtud del cierre financiero determinado con **Petróleos de Venezuela, S.A. PDVSA,** notificación que se le realiza a los fines legales consiguientes.

Sin más a que hacer referencia, se despide.

Atentamente,



**MANUEL QUEVEDO FERNÁNDEZ**
Presidente
Petróleos de Venezuela, S.A.

PETROLEOS DE VENEZUELA, S.A.
Avenida Libertador, Urb. Las Delicias, Edificio Petróleos de Venezuela, Torre Sur. Caracas 1050, Venezuela.

CONFIDENTIAL

PDVSATRUST-0000051



715 SW 73RD Avenue | Miami | Florida 33144
Tel 305.373.7874 | Fax 305.381.7874
Toll Free 1.888.304.7874
eMail info@pretran.com

**Certificate of Accuracy**



State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.



**Vicente de la Vega**

The foregoing instrument was acknowledged, sworn to and subscribed before me Wednesday, June 27, 2018 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



_____
Notary Public State of Florida at Large

**The utmost care has been taken to ensure the accuracy of all translations.  Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**