

Caracas, 12 de abril de 2018

Sr. Johan Droz
Fiscal General Ministerio Público.
Case postale 3565
1211 Geneva 3
Suiza

Sr. Fiscal General,

Escribo esta carta de acuerdo a mis atribuciones como Representante Judicial de Petróleos de Venezuela S.A. (PDVSA), poder que me confiere la Cláusula Trigésima Sexta (36ª) del Acta Constitutiva-Estatutos de Petróleos de Venezuela, S.A., de fecha 30 de enero de 2017, registrada el 9 de marzo de 2017, y como Gerente Legal de dicha Compañía.

Por la presente confirmo, apruebo y, de ser necesario, ratifico:

1. La denuncia penal presentada por PDVSA ante la Fiscalía General de Justicia de Ginebra el 13 de febrero de 2018, firmada por el señor Reinaldo Muñoz Pedroza, en su carácter de Procurador General de la República (E);

2. La notificación dada en la página 26 de la denuncia penal de PDVSA para adherirse al procedimiento penal como Demandante;

3. El mandato otorgado por PDVSA al señor Guerric Canonica mediante poder del 12 de febrero de 2018, firmado por el señor Reinaldo Muñoz Pedroza, en nombre, y ejerciendo la representación judicial, de PDVSA.

4. En cualquier caso, confirmo la participación de PDVSA en el proceso penal n° P/3072/2018 pendiente ante la Fiscalía General de Ginebra como Demandante.



CONFIDENTIAL

PDVSATRUST-0000045

Asimismo, otorgo el poder al señor Guerric Canonica para representar a PDVSA en el proceso penal n° P / 3072/2018 pendiente ante la Fiscalía General de Justicia de Ginebra.

Finalmente, de acuerdo con la Cláusula Trigésima sexta (36ª) del Acta Constitutiva-Estatutos de Petróleos de Venezuela, S.A., hago de su conocimiento que el Consejo de Administración de PDVSA será oportunamente informado del poder otorgado al Sr. Guerric Canonica, mediante comunicación cursada a la Junta Directiva de la empresa.

A los fines del mejor desarrollo del proceso penal y de la más eficiente defensa de los intereses de PDVSA, transmito a usted que quedo a su disposición de acudir personalmente a su Despacho en la ciudad de Ginebra, Suiza, para confirmar personalmente la información expuesta en este oficio.

Atentamente,

Hilda Cabeza Morillo
Consultor Jurídico de PDVSA

Encl.

**CONFIDENTIAL**

PDVSATRUST-0000046