# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLII — MES II    Caracas, lunes 17 de noviembre de 2014    N° 6.147 Extraordinario

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto N° 1.393, mediante el cual se dicta el Decreto con Rango, Valor y Fuerza de Ley de Reforma Parcial del Decreto con Rango, Valor y Fuerza de Ley de Alimentación para los Trabajadores y las Trabajadoras.

Decreto N° 1.424, mediante el cual se dicta el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública.

## PRESIDENCIA DE LA REPÚBLICA

Decreto N° 1.393      13 de noviembre de 2014

**NICOLÁS MADURO MOROS**
Presidente e la República

Con el supremo compromiso y voluntad de lograr la mayor eficacia, política y calidad revolucionaria en la construcción del Socialismo, y en el engrandecimiento del país, basado en los principios humanistas, y en condiciones morales y éticas bolivarianas, por mandato del pueblo, y en ejercicio de la atribución que me confiere el numeral 8 del artículo 236 de la Constitución de la República Bolivariana de Venezuela, y de conformidad con lo establecido el numeral 2, literal "a" del artículo 1, de la Ley que Autoriza al Presidente de la República para dictar Decretos con Rango, Valor y Fuerza de Ley en las materias que se delegan, en Consejo de Ministros,

**DICTO**

El siguiente,

**DECRETO CON RANGO, VALOR Y FUERZA DE LEY DE REFORMA PARCIAL DEL DECRETO CON RANGO, VALOR Y FUERZA DE LEY DE ALIMENTACIÓN PARA LOS TRABAJADORES Y LAS TRABAJADORAS**

**Artículo 1°.** Se modifica el artículo 5, el cual queda redacto de la forma siguiente:

*Artículo 5°. El beneficio contemplado en este Decreto con Rango, Valor y Fuerza de Ley no será considerado como salario, de conformidad con lo establecido en la Ley Orgánica del Trabajo los Trabajadores y las Trabajadoras, salvo que en las convenciones colectivas, acuerdos colectivos o contratos individuales de trabajo se estipule lo contrario.*

*Parágrafo Primero: En caso que la entidad de trabajo otorgue el beneficio previsto en este Decreto con Rango, Valor y Fuerza de Ley, a través de la entrega de cupones, tickets o tarjetas electrónicas de alimentación, suministrará un (1) cupón o ticket, o una (1) carga a la tarjeta electrónica, por cada jornada de trabajo, cuyo valor no podrá ser inferior a cero coma cincuenta unidades tributarias (0,50 U.T.) ni superior a cero coma setenta y cinco unidades tributarias (0,75 U.T.) De igual manera, cuando el beneficio de alimentación sea entregado en dinero en efectivo o su equivalente, no podrá ser inferior a cero coma cincuenta unidades tributarias (0,50 U.T.) ni superior a cero coma setenta y cinco unidades tributarias (0,75 U.T.).*

*Parágrafo Segundo: Las facturas, constancias, estados de cuenta o informes que expidan empresas emisoras de tarjetas electrónicas de alimentación, así como los contratos que éstas celebren con la entidad de trabajo, constituirán prueba del cumplimiento de las obligaciones de las entidades de trabajo bajo este Decreto con Rango, Valor y Fuerza de Ley.*

*Parágrafo Tercero: Cuando el beneficio previsto en este Decreto con Rango, Valor y Fuerza de Ley, se otorgue a través del suministro de cupones, tickets o tarjetas electrónicas de alimentación, o en dinero en efectivo o su equivalente, la provisión mensual de estos suministros no deberá exceder el cuarenta por ciento (40%) del monto que resulte de sumar al salario mensual del respectivo trabajador o trabajadora el valor de los cupones, tickets o tarjetas electrónicas de alimentación, o el dinero en efectivo o su equivalente, recibidos por éste o ésta en el respectivo período mensual. Quedan a salvo las situaciones especiales que puedan preverse en las convenciones colectivas de trabajo o acuerdos colectivos.*

*Parágrafo Cuarto: En los casos de aquellos trabajadores y trabajadoras para los cuales el beneficio establecido en este Decreto con Rango, Valor y Fuerza de Ley, exceda del límite fijado en este artículo, conservarán dicho beneficio, y la entidad de trabajo deberá tomar las previsiones para que gradualmente, en los sucesivos ajustes del salario y del beneficio, se apliquen los correctivos necesarios para respetar el límite del cuarenta por ciento (40%) antes referido.*

*Parágrafo Quinto: Cuando en las convenciones colectivas, acuerdos colectivos o contratos individuales de trabajo vigentes existiesen beneficios sociales con carácter similar a los establecidos en este Decreto con Rango, Valor y Fuerza de Ley, las entidades de trabajo sólo estarán obligadas a ajustarlos a las previsiones de este Decreto con Rango, Valor y Fuerza de Ley, si aquéllos fuesen menos favorables.*

**Artículo 2°.** Se modifica el artículo 7°, el cual queda redactado en los términos siguientes:

PLAINTIFF'S EXHIBIT 58



PLAINTIFF'S EXHIBIT 4  7-18-18

4. Prestar la cooperación y asistencia activa que pudieren serles requeridas en el ámbito de sus competencias.

### Principio de la competencia

**Artículo 26.** Toda competencia atribuida a los órganos y entes de la Administración Pública será de obligatorio cumplimiento y ejercida bajo las condiciones, límites y procedimientos establecidos; será irrenunciable, indelegable, improrrogable y no podrá ser relajada por convención alguna, salvo los casos expresamente previstos en las leyes y demás actos normativos.

Toda actividad realizada por un órgano o ente manifiestamente incompetente, o usurpada por quien carece de autoridad pública, es nula y sus efectos se tendrán por inexistentes. Quienes dicten dichos actos, serán responsables conforme a la ley, sin que les sirva de excusa órdenes superiores.

### Asignación de competencias a la administración sin determinación orgánica

**Artículo 27.** En el caso que una disposición legal o administrativa otorgue una competencia a la Administración Pública, sin especificar el órgano o ente que debe ejercerla, se entenderá que corresponde al órgano o ente con competencia en razón de la materia.

En el caso que una disposición legal o administrativa otorgue una competencia a un órgano o ente de la Administración Pública sin determinar la unidad administrativa competente, se entenderá que su ejercicio corresponde a la unidad administrativa con competencia por razón de la materia y el territorio.

### Principio de jerarquía

**Artículo 28.** Los órganos y entes de la Administración Pública estarán internamente ordenados de manera jerárquica y relacionados de conformidad con la distribución vertical de atribuciones en niveles organizativos. Los órganos de inferior jerarquía estarán sometidos a la dirección, supervisión, evaluación y control de los órganos superiores de la Administración Pública con competencia en la materia respectiva.

El incumplimiento por parte de un órgano inferior de las órdenes e instrucciones de su superior jerárquico inmediato obliga a la intervención de éste y acarrea la responsabilidad de las funcionarias o funcionarios a quienes sea imputable dicho incumplimiento, salvo lo dispuesto en el artículo 8° del presente Decreto con Rango, Valor y Fuerza de Ley Orgánica.

### Principio de descentralización funcional

**Artículo 29.** Los titulares de la potestad organizativa podrán crear entes descentralizados funcionalmente cuando el mejor cumplimiento de los fines del Estado así lo requiera, en los términos y condiciones previstos en la Constitución de la República Bolivariana de Venezuela, el presente Decreto con Rango, Valor y Fuerza de Ley Orgánica y demás normativa aplicable. Los entes descentralizados funcionalmente serán de dos tipos:

1. Entes descentralizados funcionalmente con forma de derecho privado: estarán conformados por las personas jurídicas constituidas de acuerdo a las normas del derecho privado y podrán adoptar o no la forma empresarial de acuerdo a los fines y objetivos para los cuales fueron creados y en atención a si la fuente fundamental de sus recursos proviene de su propia actividad o de los aportes públicos, respectivamente.

2. Entes descentralizados funcionalmente con forma de derecho público: estarán conformados por aquellas personas jurídicas creadas y regidas por normas de derecho público y que podrán tener atribuido el ejercicio de potestades públicas.

La descentralización funcional sólo podrá revertirse por medio de la modificación del acto que le dio origen.

### Principio de descentralización territorial

**Artículo 30.** La Administración Pública Nacional, con el propósito de incrementar la eficiencia y eficacia de su gestión, podrá descentralizar competencias y servicios públicos en los estados, distritos metropolitanos y municipios, de conformidad con la Constitución de la República Bolivariana de Venezuela y la ley.

Así mismo, los estados podrán descentralizar competencias y servicios públicos, en los distritos metropolitanos y los municipios.

### Principio de desconcentración funcional y territorial

**Artículo 31.** La Administración Pública, con el objetivo de acercarse a las personas y mejorar el servicio prestado, podrá adaptar su organización a determinadas condiciones de especialidad funcional y de particularidad territorial, transfiriendo atribuciones de sus órganos superiores a sus órganos inferiores, mediante acto administrativo dictado de conformidad con el presente Decreto con Rango, Valor y Fuerza de Ley Orgánica.

La desconcentración de atribuciones sólo podrá revertirse mediante la modificación o derogación del instrumento jurídico que le dio origen.

### Consecuencia de la descentralización y desconcentración funcional y territorial

**Artículo 32.** La descentralización funcional o territorial transfiere la titularidad de la competencia y, en consecuencia, transfiere cualquier responsabilidad que se produzca por el ejercicio de la competencia o de la gestión del servicio público correspondiente, en la persona jurídica y en las funcionarias o funcionarios del ente descentralizado.

La desconcentración, funcional o territorial, transfiere únicamente la atribución. La persona jurídica en cuyo nombre actúe el órgano desconcentrado será responsable patrimonialmente por el ejercicio de la atribución o el funcionamiento del servicio público correspondiente, manteniendo la responsabilidad que corresponda a las funcionarias y funcionarios que integren el órgano desconcentrado y se encuentren encargados de la ejecución de la competencia o de la gestión del servicio público correspondiente.

Los instrumentos de creación de los órganos y servicios desconcentrados, así como los que crean entes descentralizados de la Administración Pública, podrán atribuir a los titulares de los órganos superiores, o a las máximas autoridades de dichos órganos y entes, la facultad para distribuir las competencias y atribuciones otorgadas a éstos, regulando su organización y funcionamiento en coordinación con los lineamientos de la planificación centralizada.

### La delegación intersubjetiva

**Artículo 33.** La Administración Pública, podrá delegar las competencias que le estén otorgadas por ley a sus respectivos entes descentralizados funcionalmente, de conformidad con los

integrados por autoridades públicas y personas de las comunidades organizadas, para la consulta de las políticas públicas sectoriales que determine el Decreto de creación.

El Decreto de creación respectivo determinará la integración de la representación de los sectores organizados, económicos, laborales, sociales y culturales y de cualquier otra índole, en cada uno de estos consejos nacionales.

### Los comisionados y comisiones presidenciales e interministeriales

**Artículo 73.** La Presidenta o Presidente de la República podrá designar comisionados y crear comisiones presidenciales o interministeriales, permanentes o temporales, integradas por funcionarias o funcionarios públicos y personas especializadas, para el examen y consideración en la materia que se determine en el Decreto de creación.

Las comisiones presidenciales o interministeriales también podrán tener por objeto la coordinación de criterios y el examen conjunto de materias asignadas a diversos ministerios. El Decreto de creación determinará quien habrá de presidir las comisiones presidenciales. Sus conclusiones y recomendaciones serán adoptadas por mayoría absoluta de votos.

### Sección Quinta
### De las autoridades únicas de área

**Autoridades únicas de área**

**Artículo 74.** La Presidenta o Presidente de la República podrá designar Autoridades Únicas de Área para el desarrollo del territorio o programas regionales, con las atribuciones que determinen las disposiciones legales sobre la materia y los Decretos que las crearen.

### Sección Sexta
### De los sistemas de apoyo de la Administración Pública

**Sistemas de apoyo de la Administración Pública**

**Artículo 75.** Los sistemas de apoyo técnico y logístico de la Administración Pública están conformados por la agrupación de procesos funcionales, procedimientos administrativos y redes de órganos y entes coordinados, cuyo propósito es ofrecer asesoría estratégica y suministro de insumos institucionales a los órganos sustantivos, garantizando las condiciones organizacionales necesarias para su adecuado funcionamiento y para el logro de las metas y objetivos esperados por la Administración Pública.

### Los órganos o entes rectores de los sistemas de apoyo

**Artículo 76.** Los órganos o entes rectores de los sistemas de apoyo fiscalizarán y supervisarán las actividades de los órganos que integran los respectivos sistemas de apoyo institucional de la Administración Pública, para lo cual estos órganos permitirán el acceso a documentos, expedientes, archivos, procedimientos y trámites administrativos, y suministrarán cualquier información que les sea requerida.

Los órganos o entes rectores de los sistemas de apoyo institucional evaluarán la información obtenida y ordenarán a los órganos de apoyo la corrección de las diferencias detectadas. Los órganos de apoyo deberán efectuar las correcciones señaladas y, en caso de incumplimiento, el respectivo órgano o ente rector formulará la queja correspondiente ante el ministro o ministra o máximo órgano jerárquico correspondiente, con copia a la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo.

### Las oficinas nacionales

**Artículo 77.** La Presidenta o Presidente de la República podrá crear oficinas nacionales para que auxilien a los órganos y entes de la Administración Pública en la formulación y aprobación de las políticas institucionales respectivas, las cuales serán rectoras de los sistemas que les están asignados y que comprenden los correspondientes órganos de apoyo técnico y logístico institucional de la Administración Pública.

### Capítulo VI
### De las competencias comunes de las ministras o ministros del Poder Popular y viceministras o viceministros

**Competencias comunes de las ministras o ministros con despacho**

**Artículo 78.** Son competencias comunes de las ministras o ministros con despacho:

1. Dirigir la formulación, el seguimiento y la evaluación de las políticas sectoriales que les corresponda, de conformidad con el Decreto presidencial que determine el número y la competencia de los ministerios y con el Reglamento Orgánico respectivo.

2. Orientar, dirigir, coordinar, supervisar y controlar las actividades del ministerio, sin perjuicio de las atribuciones que, sobre control externo, la Constitución de la República Bolivariana de Venezuela y la ley confieren a los órganos de la función contralora.

3. Representar política y administrativamente al ministerio.

4. Cumplir y hacer cumplir las órdenes que les comunique la Presidenta o Presidente de la República, la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo, la vicepresidenta o vicepresidente sectorial correspondiente, así como los lineamientos estratégicos y políticas dictadas conforme a la planificación centralizada.

5. Formular y aprobar los planes y proyectos en atención a los lineamientos y políticas dictados conforme a la planificación centralizada.

6. Informar a la Presidenta o Presidente de la República y a la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo, la vicepresidenta o vicepresidente sectorial correspondiente, sobre el funcionamiento de sus ministerios; y garantizar el suministro de información sobre la ejecución y resultados de las políticas públicas y los proyectos a los correspondientes sistemas de información.

7. Asistir a las reuniones del Consejo de Ministros, del Consejo Federal de Gobierno y de las juntas sectoriales que integren.

8. Convocar y reunir periódicamente las juntas ministeriales.

9. Refrendar los actos de la Presidenta o Presidente de la República o de la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo, que sean de su competencia y cuidar de su ejecución, así como de la promulgación y ejecución de los Decretos o resoluciones que dicten.

10. Presentar a la Asamblea Nacional la memoria y cuenta de su ministerio, señalando las políticas, estrategias, objetivos, metas, resultados, impactos y obstáculos a su gestión.

11. Presentar, o conforme a la ley, el anteproyecto de presupuesto del ministerio y remitirlo, para su estudio y

tramitación, al órgano rector del sistema de apoyo presupuestario.

12. Ejercer la superior administración, dirección, inspección y resguardo de los servicios, bienes y ramos de renta del ministerio.

13. Ejercer la rectoría de las políticas públicas que deben desarrollar los entes descentralizados funcionalmente adscritos a sus despachos, así como las funciones de coordinación y control que le correspondan conforme al presente Decreto con Rango, Valor y Fuerza de Ley Orgánica, y a los demás instrumentos jurídicos respectivos.

14. Ejercer la representación de las acciones pertenecientes a la República en las empresas del Estado que se les asigne, así como el correspondiente control accionario.

15. Comprometer y ordenar los gastos del ministerio e intervenir en la tramitación de créditos adicionales y demás modificaciones de su presupuesto, de conformidad con la ley.

16. Suscribir, previo cumplimiento de las formalidades de ley, los contratos relacionados con asuntos propios del ministerio.

17. Instruir a la Procuradora o Procurador General de la República sobre los asuntos en que debe intervenir en las materias de la competencia del ministerio, conforme a lo establecido en la Constitución de la República Bolivariana de Venezuela y la ley.

18. Cumplir oportunamente las obligaciones legales respecto a la Contraloría General de la República.

19. Suscribir los actos y correspondencias del despacho a su cargo.

20. Conocer y decidir los recursos administrativos que les correspondan de conformidad con la ley.

21. Presentar a conocimiento y resolución de la vicepresidenta o vicepresidente sectorial correspondiente, los asuntos o solicitudes que requieran su intervención, salvo aquellos asuntos que sean requeridos por la Presidenta o Presidente de la República o al Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo.

22. Legalizar la firma de las funcionarias y funcionarios al servicio del ministerio.

23. Resolver los conflictos de competencia entre funcionarias o funcionarios del ministerio y ejercer la potestad disciplinaria, con arreglo a las disposiciones legales o reglamentarias.

24. Contratar para el ministerio los servicios de profesionales y técnicos por tiempo determinado o para obra determinada, de conformidad con lo establecido en la normativa aplicable.

25. Someter a la decisión de la vicepresidenta o vicepresidente sectorial correspondiente, los asuntos de su competencia en cuyas resultas tenga interés personal, o la tenga su cónyuge o algún pariente por consanguinidad en cualquier grado en la línea recta o en la colateral hasta el cuarto grado inclusive, o por afinidad hasta el tercer grado, salvo que sea requerido por la Presidenta o el Presidente de la República o la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo.

26. Delegar sus atribuciones, gestiones y la firma de documentos de conformidad con las previsiones del presente Decreto con Rango, Valor y Fuerza de Ley Orgánica y su Reglamento.

27. Las demás que le señalen las leyes y los reglamentos.

### Contenido de las memorias y cuentas de las ministras o ministros

**Artículo 79.** Las memorias y cuentas que las ministras o ministros deban presentar a la Asamblea Nacional, conforme a lo dispuesto en la Constitución de la República Bolivariana de Venezuela, contendrán la exposición razonada y suficiente de las políticas, estrategias, planes generales, objetivos, metas, resultados, impactos y obstáculos en la gestión de cada ministerio en el año inmediatamente anterior, así como los lineamientos de sus planes para el año siguiente. Si posteriormente se evidenciaren actos o hechos desconocidos por la ministra o ministro, que por su importancia merecieren ser del conocimiento de la Asamblea Nacional, estos serán dados a conocer.

Las ministras o ministros en la memoria y cuenta de su gestión informarán anualmente a la Asamblea Nacional acerca de las actividades de control que ejerzan, en los términos previstos en el presente Decreto con rango, Valor y Fuerza de Ley Orgánica, sobre los entes que le estén adscritos o se encuentren bajo su tutela.

En las memorias y cuentas se insertarán aquellos documentos que la ministra o ministro considere indispensables, teniendo en cuenta su naturaleza y trascendencia.

La Presidenta o Presidente de la República podrá autorizar la presentación de la memoria y cuenta de las ministras o ministros del Poder Popular a la vicepresidenta o vicepresidente sectorial bajo cuya coordinación se encuentra, a fin de que dicha vicepresidenta o vicepresidente Sectorial presente una cuenta consolidada del sector a la Presidenta o Presidente de la República, o a la Vicepresidenta Ejecutiva o Vicepresidente Ejecutivo, según el caso, la cual incluirá las memorias y cuentas de las ministras o ministros del Poder Popular que integran la respectiva Vicepresidencia Sectorial. La memoria y cuenta así autorizada podrá ser presentada a la Asamblea Nacional de la misma forma.

### Aprobación de las memorias

**Artículo 80.** La aprobación de las memorias no comprende la de las convenciones y actos contenidos en ellas que requieren especial aprobación legislativa.

### Presentación de la cuenta

**Artículo 81.** Acompañada de la memoria, cada Vicepresidencia o cada ministerio presentará una cuenta que contendrá una exposición de motivos y los estados financieros conforme a la ley.

### Vinculación de la cuenta a la memoria

**Artículo 82.** La cuenta deberá estar vinculada a la memoria, al plan estratégico y operativo respectivo y a sus resultados, de manera que constituya una exposición integrada de la gestión de la ministra o ministro y permita su evaluación conjunta.

### Cuenta del ministerio encargado de las finanzas

**Artículo 83.** La cuenta del ministerio a cargo de las finanzas públicas comprenderá, además, la Cuenta General de Rentas y Gastos Públicos, la cual centralizará el movimiento general de todos los ramos de renta y de gastos y la Cuenta de Bienes

**Principle of competence**

**Article 26.** All competencies attributed to Government bodies and entities shall mandatorily comply with and be exercised under established conditions, limits and procedures. They will be inalienable, non-delegable and non-extendable and cannot be relaxed by any convention whatsoever, except in those cases expressly envisaged in laws and other regulatory acts.

All activities performed by a body or entity that is manifestly incompetent, or that are usurped by someone lacking public authority, are invalid and their effects will be non-existent. Those who issue said acts will be liable pursuant to the law, without superior orders serving as an excuse.

**Common competencies of ministers with an office**

**Article 78.** The following are common competencies of ministers with an office:

1. To direct the formulation, follow-up and evaluation of the sectoral policies that correspond to them, pursuant to the presidential Decree that determines the number and competence of ministries and pursuant to the respective Organic Regulation.

2. To guide, direct, supervise and control the activities of the ministry, notwithstanding the attributes that, regarding external control, the Constitution of the Bolivarian Republic of Venezuela and the law confer upon controlling bodies.

3. To politically and administratively represent the ministry.

4. To comply with, and cause to be complied with, the orders communicated by the President of the Republic, the Executive Vice-President or the corresponding sectoral vice-president, as well as the strategic and political guidelines issued pursuant to the centralized plan.

5. To formulate and approve plans and projects in conformance with the guidelines and policies issued pursuant to the centralized plan.

6. To inform the President or President of the Republic and the Executive Vice-President or corresponding sectoral vice-president regarding the function of their ministries; and to guarantee information is supplied regarding the execution and results of public policies and projects to the corresponding information systems.

7. To attend meetings of the Cabinet and the Federal Government Council and the sectoral meetings in which they are involved.

8. To periodically convene and hold ministerial meetings.

9. To endorse the acts of the President of the Republic or the Executive Vice-President that are within their competence and ensure they are executed, in addition to the promulgation and execution of the Decrees or resolutions they issue.

10. To present to the National Assembly the reports and accounts of their ministry, indicating the policies, strategies, objectives, goals, results, impacts and obstacles they are managing.

11. To present, pursuant to the law, the ministry's budget draft and send it, for it to be studied and processed, to the governing body of the budgetary support system.

12. To execute the upper administration, management, inspection and safeguarding of the ministry's services, goods and sources of income.

13. To exercise stewardship over the public policies that the decentralized entities that are functionally affiliated to their offices must develop, in addition to the coordination and control functions that correspond to them pursuant to this Decree with Scope, Effect and Force of Organic Law, and other respective legal instruments.

14. To exercise representation of the shares pertaining to the Republic in the State companies assigned to them, in addition to the corresponding shareholder control.

15. To engage and organize the ministry's expenses and be involved in processing additional loans and other budget modifications, pursuant to the law.

16. To sign, upon prior compliance with legal formalities, contracts related to matters of the ministry.

17. To inform the Procurator or Procurator General of the Republic regarding subjects in which they need to be involved with regard to the matters within the ministry's competence, pursuant to that established in the Constitution of the Bolivarian Republic of Venezuela and the law.

18. To comply, in a timely manner, with their legal obligations with respect to the Comptroller General of the Republic.

19. To sign the acts and correspondences of the office over which they preside.

20. To understand and make decisions regarding the administrative resources that correspond to them pursuant to the law.

21. To submit to the knowledge and ruling of the vice-president or corresponding sectoral vice-president those subjects or requests that require their intervention, except for those subjects required by the President of the Republic or the Executive Vice-President.

22. To authenticate the signatures of the officials of their ministry.

23. To resolve conflicts of competence between the ministry's officials and to exercise disciplinary authority, in accordance with legal or regulatory provisions.

24. To contract professional and technical services for the ministry for a certain time or for certain work, pursuant with that established in applicable regulations.

25. To submit to the decisions of the vice-president or corresponding sectoral vice-president regarding subjects within their competence, the results of which are of personal interest to them, their spouse or any direct relative of any degree or collateral relative up to the forth degree, inclusive, or by kinship up to the third degree, unless otherwise required by the President of the Republic or the Executive Vice-President.

26. To delegate their powers, management and the signing of documents pursuant to the provisions of this Decree with Scope, Effect and Force of Organic Law and its Regulations.

27. Others indicated by laws and regulations.

City of New York, State of New York, County of New York

I, Jennifer R. Mosby, hereby certify that I am competent to translate from Spanish to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following documents from Spanish to English:

Organic Law of the Public Administration, Article 26 and 78

*Jennifer R. Mosby*
Jennifer R. Mosby

Sworn to before me this
5/29/18

*[signature]*
Signature, Notary Public

CASSIE SAMMONS
Notary Public-Notary Seal
State of Missouri, Mc Donald County
Commission # 15141645
My Commission Expires Feb 9, 2019

Stamp, Notary Public