**Absolute and temporary faults.**

**Article 49.** The faults of the Attorney General of the Republic may be absolute or temporary. The following are the causes of such faults:

1. In the case of absolute faults

      1.1 Death
      1.2 Resignation
      1.3 Destitution
      1.4 Termination of service for any reason whatsoever.

2. in the case of temporary faults

      2.1 Separation from office by virtue of leave of absence.
      2.2 The use of vacation entitlement.
      2.3 Suspension ruled in criminal proceedings.
      2.4 Temporary separation, for any reason, from the performance of his duties.

The temporary faults of the Attorney General of the Republic, and the interim one in case of absolute faults, will be replaced by the Deputy Attorney General of the Republic, until the vacancy is filled.

If the Deputy Attorney General of the Republic is temporarily absent, while the Attorney General of the Republic is absent, he may appoint an officer of his confidence with the prior authorization of the President of the Republic to make up for such absence, for a maximum period of fifteen (15) days.



PLAINTIFF'S
EXHIBIT

tabbies

_____ 61A _____



**Faltas absolutas y temporales**

**Artículo 49.** Las faltas del Procurador o Procuradora General de la República podrán ser absolutas o temporales. Serán causales de dichas faltas las siguientes:

1. En caso de faltas absolutas:

>   1.1. La Muerte.
>   1.2. La renuncia al cargo.
>   1.3. La destitución.
>   1.4. El cese definitivo, por cualquier causa, del ejercicio de sus funciones.

2. En caso de faltas temporales:

>   2.1. La separación del ejercicio del cargo en virtud de licencia.
>   2.2. El uso del derecho a las vacaciones.
>   2.3. La suspensión pronunciada en juicio penal.
>   2.4. La separación temporal, por cualquier causa, del ejercicio de sus funciones.

Las faltas temporales del Procurador o Procuradora General de la República, y la interinaria en caso de falta absoluta, serán suplidas por el Viceprocurador o la Viceprocuradora General de la República, hasta tanto se provea la vacante.

Si se ausentare temporalmente el Viceprocurador o Viceprocuradora General de la República, mientras suple la falta del Procurador o la Procuradora General de la República, podrá designar a funcionario de su confianza previa autorización del Presidente o Presidenta de la República para suplir tal falta, por un plazo máximo de hasta quince (15) días.



715 SW 73RD Avenue | Miami | Florida 33144
**Tel** 305.373.7874 | **Fax** 305.381.7874
**Toll Free** 1.888.304.7874
**eMail** info@pretran.com

**Certificate of Accuracy**



State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation  is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.



—————————————————————————
**Vicente de la Vega**

The foregoing instrument was acknowledged, sworn to and subscribed before me Wednesday, August 1, 2018 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



ALICIA A. MUINA
MY COMMISSION # FF 191408
EXPIRES: May 18, 2019
Bonded Thru Notary Public Underwriters

—————————————————————————
Notary Public State of Florida at Large

**The utmost care has been taken to ensure the accuracy of all translations.  Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**