**Public faith**
**Article 52.** The actions subscribed by the Attorney General of the Republic, in the exercise of their attributions, deserve public faith.





**Fe pública**

**Artículo 52.** Las actuaciones suscritas por el Procurador o Procuradora General de la República, en el ejercicio de sus atribuciones, merecen fe pública.



715 SW 73RD Avenue | Miami | Florida 33144
Tel 305.373.7874 | Fax 305.381.7874
Toll Free 1.888.304.7874
eMail info@pretran.com

**Certificate of Accuracy**



State of Florida)
County of Miami-Dade)

**Vicente de la Vega**, certified by the Administrative Office of the United States Court and by the Court Interpreters Certification Board of the State of Florida, swears, deposes and states that the attached certified translation is accurate and has been performed by a translator fully qualified to translate in the **SPANISH** and **ENGLISH** languages, as engaged to this effect by and on behalf of Precision Translating Services, Inc.



**Vicente de la Vega**

The foregoing instrument was acknowledged, sworn to and subscribed before me Wednesday, June 27, 2018 by **Vicente de la Vega**, who is personally known to me or who has produced a Florida Driver's License as identification.

My commission expires:



Notary Public State of Florida at Large

**The utmost care has been taken to ensure the accuracy of all translations.  Precision Translating Services, Inc. and its employees shall not be liable for any damages due to its own negligence or errors in typing or translation, nor shall it be liable for the negligence of third parties.**

BOISCH-SD_180731.02_5 of 5_TARGET_ENGLISH__image001_Packet.pdf