


**RECONOCIMIENTO**

República Bolivariana )
de Venezuela           ) ss.
Distrito Capital       )



Yo, Nelson Pablo Martínez, mayor de edad, venezolano, titular de la cédula de identidad N° V-3.817.768, declaro bajo fe de juramento que soy la persona cuyo nombre y firma aparece en el documento PDVSA U.S. Acuerdo de Fideicomiso de Litigios *(PDVSA U.S. Litigation Trust Agreement)* de fecha 27 de julio de 2017, y reconozco que celebré el mismo en calidad de Ministro del Poder Popular de Petróleo de la República Bolivariana de Venezuela, y que con mi firma en el señalado instrumento, ejecute y/o perfeccioné el mismo.



Nelson Pablo Martínez

**PLAINTIFF'S EXHIBIT 64**

I, Anaceli Gimenez C., Certified Public Translator of the Bolivarian Republic of Venezuela, as per Title duly published in the Official Gazette N° 32,586, dated October 22, 1982. Said Title was duly registered in the Principal Public Office of the Federal District on September 9, 1982 under N° 555, page 317, Volume 3 of the Sole Main Register and in the First Civil Court of First Instance of the Judicial Circuit of the Federal District and Miranda State on September 24, 1982, under N°. 59, page 41, letter "G", CERTIFY that the document attached hereto, written in Spanish, has been submitted for translation into English, and textually reads as follows:

## ACKNOWLEDGEMENT

Bolivarian Republic)  
of Venezuela         ) ss.  
Capital District     )

I, Nelson Pablo Martinez, of legal age, Venezuelan, holder of Identity Card N°. V-3,817,768, declare under oath that I am the person whose name and signature appear on the PDVSA US Litigation Trust Agreement, dated July 27, 2017, and acknowledge that I subscribed the same in my capacity as Minister of People's Power for Petroleum of the Bolivarian Republic of Venezuela. IN TESTIMONY WHEREOF, I have hereunto set my hand on this instrument in order to execute the same.

(Signed illegible).

_____
Nelson Martinez

This is a true translation of the document attached hereto. In witness whereof I hereunto set my hand and affixed my official seal in Caracas, on this 01ST day of month of August, 2018.

Anaceli Gimenez C.  
Certified Public Translator  
of the Bolivarian Republic of Venezuela  
Telephone: +58 212 2635136  
+58 416 2012065 (Whatsapp)



**REPÚBLICA BOLIVARIANA DE VENEZUELA**
*** MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ ***

NOTARÍA PÚBLICA VIGÉSIMATERCERA DE CARACAS   Jueves, 02 de Agosto de 2018
MUNICIPIO LIBERTADOR                          208 ° y 159 °

## NOTA DE AUTENTICACIÓN

El Anterior Documento redactado por el abogado: **Carolina Pilar Laucho Contreras**, inscrito en el Inpreabogado bajo el **No. 78035**, fue presentado para su **autenticación y devolución** segun trámite de número **30.2018.3.550**. Presente su otorgante dijo llamarse: **Nelson Pablo Martinez** de nacionalidad **venezolana**, mayor de edad, domiciliado en **Libertador, Distrito Capital**, estado civil **casado**, titular del Documento de Identidad **cédula: V-3817768**. Leido el documento y confrontado con sus fotocopias, firmado en estas y el presente original, en presencia del Notario, su otorgante expuso: **SU CONTENIDO ES CIERTO Y MÍA LA FIRMA QUE APARECE AL PIE DE ESTE DOCUMENTO**. El Notario hace constar que informó a las partes del contenido, naturaleza y trascendencias legales del acto otorgado en conformidad con lo establecido en el Ordinal 2° del Artículo 78 de la Ley de Registros y del Notariado. En tal virtud lo declara Autenticado en presencia de los testigos: **Francisco Javier Araujo Duarte** y **Henry Joel Alfonzo Cardenas**, titulares de los documentos de identidad: **cédula: V-12617700** y **cédula: V-11163206**, respectivamente. El Notario hace constar que para este acto la Notaría se trasladó y constituyó en la siguiente dirección: **Sede Principal del Dgcim Call vargas Edificio del Dgcim Boleita**. Para este acto el Notario autorizó al funcionario **Francisco Javier Araujo Duarte**, , titular de la cédula de identidad N° **12617700**, Adscrito al servicio de esta Notaría, de conformidad con el artículo 88 de la Ley de Registro Público y del Notariado. El otorgante manifestó la urgencia del caso en conformidad con el artículo 29 de la Ley de Registro Público y del Notariado. Igualmente la Notaria hace constar que tuvo a la vista: 1) Cédula de Identidad Laminada y Vigente del Otorgante antes identificado. 2) Tuvo a su vista documento de Interprete Publico según Gaceta oficial No.32.586, de fecha 09 de Septiembre de 1982, segun titulo debidamente protocolizado por ante el Registro Principal del Distrito Federal en fecha 24 de Septiembre 1982, bajo el No. 59, Tomo 41, de los libros respectivos.dosde consta la faculta del interprete publico Por Servicio Autónomo de Registros y Notarias se canceló la cantidad de **Bs. 490224.00**, según **Planilla N° 03000083318**, de fecha **01/08/2018**.

**NOTARÍA PÚBLICA VIGÉSIMATERCERA DE CARACAS MUNICIPIO LIBERTADOR**, Número: 3, Tomo: **54**, Folios **9** hasta **11**.

Notario.
MARIA TERESA UZCATEGUI CASTILLO
Notario Encargada
Notaria Vigesima Tercera de Caracas
Libertador - Distrito Capital

Los Testigos:

FRANCISCO JAVIER ARAUJO DUARTE

HENRY JOEL ALFONZO CARDENAS

Los Otorgantes:

NELSON PABLO MARTINEZ







