AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PDVSA US LITIGATION TRUST

vs.

**PLAINTIFF'S EXHIBIT LIST**

LUKOIL PAN AMERICAS LLC, ET AL.

Case Number: 18-cv-20818-DPG/AOR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Alicia Otazo-Reyes | David Boies<br>Boies Schiller Flexner LLP | |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| August 2-3, 2018 | Patricia Diaz | |

| PLF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | EXPECT VS MAY | DEFS' OBJECT. |
|---|---|---|---|---|---|---|
| PX 1 | 8/3/2018 | X | RESERVED SUBJECT TO COURT RULING | PDVSA U.S. Litigation Trust Agreement dated July 27, 2017 (PDVSATRUST-0000001-17) | | |
| PX 1A | 8/3/2018 | X | PRE-ADMITTED | Acknowledgement of Trustee Edward P. Swyer dated April 2, 2018 and of Vincent Andrews dated April 2, 2018 to the PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000018-19) | | |
| PX 1B | 8/3/2018 | X | RESERVED SUBJECT TO COURT RULING | Acknowledgment and Apostille of Reinaldo Munoz Pedroza Procurador General de la Republica Bolivariana de Venezuela, dated July 12, 2018 (and English translation) (PDVSATRUST-0001030-33) | | |
| PX 2 | 8/3/2018 | X | PRE-ADMITTED | Amendment Number One to PDVSA U.S. Litigation Trust Agreement dated April 10, 2018 (PDVSATRUST-0000020-23) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 2A | 8/3/2018 | X | PRE-ADMITTED | Acknowledgment of Trustee Edward P. Swyer, dated April 10, 2018 and Trustee Vincent Andrews, dated April 10, 2018, to Amendment Number One to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000021-22) | | |
| PX 3 | 8/3/2018 | X | PRE-ADMITTED | June 30, 2017 Draft PDVSA U.S. Litigation Trust Agreement   (PDVSATRUST-0000290-309) | | |
| PX 4 | 8/3/2018 | X | PRE-ADMITTED | July 1, 2017 Draft PDVSA U.S. Litigation Trust Agreement   (PDVSATRUST-0000310-28) | | |
| PX 5 | 8/3/2018 | X | PRE-ADMITTED | July 4, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000329-47) | | |
| PX 6 | 8/3/2018 | X | PRE-ADMITTED | July 4, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000348-66) | | |
| PX 7 | 8/3/2018 | X | PRE-ADMITTED | July 5, 2017 Draft PDVSA U.S. Litigation Trust Agreement   (PDVSATRUST-0000367-85) | | |
| PX 8 | 8/3/2018 | X | PRE-ADMITTED | July 6, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000386-404) | | |
| PX 9 | 8/3/2018 | X | PRE-ADMITTED | July 6, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000405-23) | | |
| PX 10 | 8/3/2018 | X | PRE-ADMITTED | July 17, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000424-42) | | |
| PX 11 | 8/3/2018 | X | PRE-ADMITTED | July 17, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000443-61) | | |
| PX 12 | 8/3/2018 | X | PRE-ADMITTED | July 19, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000462-80) | | |
| PX 13 | 8/3/2018 | X | PRE-ADMITTED | July 19, 2017(version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000481-99) | | |
| PX 14 | 8/3/2018 | X | PRE-ADMITTED | July 20, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000500-518) | | |

| | | | | | |
|---|---|---|---|---|---|
| PX 15 | 8/3/2018 | X | PRE-ADMITTED | July 27, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000519-37) | |
| PX 16 | 8/3/2018 | X | PRE-ADMITTED | July 27, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000538-56) | |
| PX 17 | 8/3/2018 | X | PRE-ADMITTED | July 27, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000573-90) | |
| PX 18 | 8/3/2018 | X | PRE-ADMITTED | July 28, 2017 Draft PDVSA U.S. Litigation Trust Agreement   (PDVSATRUST-0000557-72) | |
| PX 19 | 8/3/2018 | X | PRE-ADMITTED | July 30, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000591-606) | |
| PX 20 | 8/3/2018 | X | PRE-ADMITTED | July 30, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000607-22) | |
| PX 21 | 8/3/2018 | X | PRE-ADMITTED | July 30, 2017 Email from C. Spinelli to H. Facchinetti attaching July 30, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000815-47) | |
| PX 22 | 8/3/2018 | X | PRE-ADMITTED | July 31, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000623-38) | |
| PX 23 | 8/3/2018 | X | PRE-ADMITTED | July 31, 2017 (version 2) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000639-54) | |
| PX 24 | 8/3/2018 | X | PRE-ADMITTED | July 31, 2017 Email from G. Carpinello to C. Spinelli, W. Duker, N. Gravante, J. Brennan, A. Pencu, C. Major, A. Boies, H. Facchinetti attaching July 31, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000848-64) | |
| PX 25 | 8/3/2018 | X | PRE-ADMITTED | August 2, 2017 (version 1) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000655-70) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 26 | 8/3/2018 | X | PRE-ADMITTED | August 2, 2017 Email from C. Spinelli to H. Facchinetti attaching August 2, 2017 (versions 1 and 2) Draft PDVSA U.S. Litigation Trust Agreements (PDVSATRUST-0000867-99) | | |
| PX 27 | 8/3/2018 | X | PRE-ADMITTED | August 2, 2017 (version 3) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000671-86) | | |
| PX 28 | 8/3/2018 | X | PRE-ADMITTED | August 2, 2017 (version 4) Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000687-702) | | |
| PX 29 | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | August 4, 2017 Email from H. Facchinetti to G. Carpinello with signatures of Nelson Martinez and Reinaldo Munoz Pedroza attaching August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000900-16) | | |
| PX 29A | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | Attachment to PX29 | | |
| PX 30 | 8/3/2018 | X | PRE-ADMITTED | August 4, 2017 Draft PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000719-34) | | |
| PX 31 | 8/3/2018 | X | PRE-ADMITTED | August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000735-36) | | |
| PX 32 | 8/3/2018 | X | PRE-ADMITTED | August 4, 2017 Email from G. Carpinello to H. Facchinetti attaching August 4, 2017 Draft Amendment to PDVSA U.S. Litigation Trust Agreement (PDVSATRUST-0000935-37) | | |
| PX 33 | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | August 8, 2017, Email From H. Fachinetti to G. Carpinello attaching August 8, 2017 Draft PDVSA U.S. Litigation Trust Agreement with signatures of Nelson Martinez, Reinaldo Munoz Pedroza and Alexis Arellano (PDVSATRUST-0000938-54) | | |
| PX33A | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | Attachment to exhibit 33 | | |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 34 | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | August 8, 2017 Email from C. Spinelli to H. Facchinetti attaching August 8, 2017 PDVSA U.S. Litigation Trust Agreement with the signatures of Nelson Martinez, Reinaldo Munoz Pedroza and Alexis Arrellano, Edward P. Swyer and Vincent Andrews (PDVSATRUST-0001012-29) | | |
| PX 34A | 8/3/2018 | X | SUBJECT TO PROFFER OF G. CARPINELLO TESTIMONY | Attachment to PX34 | | |
| PX 35 | 8/3/2018 | X | Offered 8-3-2018; considered under R.44.1 | Expert Report of Rogelio Perez Perdomo, dated April 9, 2018 | | |
| PX 35A | 8/3/2018 | X | PRE-ADMITTED | Curriculum Vitae - Exhibit A to Report of Rogelio Perez Perdomo | | |
| PX 36 | 8/3/2018 | X | Offered 8-3-2018; considered under R.44.1 | Revised Supplemental Expert Report of Rogelio Perez Perdomo, dated July 10, 2018 | | |
| PX 37 | | | Excluded as hearsay | Expert Report of Ruth Brayer, dated July 10, 2018 | | |
| PX 37A | 8/2/2018 | X | Admitted as demon-strative to Expert Testimony | Charts 1-3 - Exhibit A to Report of Ruth Brayer, dated July 10, 2018 | | |
| PX 37B | 8/2/2018 | X | PRE-ADMITTED | Curriculum Vitae of Ruth Brayer, Court Experience Exhibit B to Report of Ruth Brayer, dated 7/10/18 | | |
| PX 37C | | | Excluded as not correlated to testimony | Signature page of Trust Agreement - Exhibit Q1 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0000932) | | |
| PX 37D | | | Excluded as not correlated to testimony | Signature page of Trust Agreement - Exhibit Q2 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0001027) | | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 37E | | | Excluded as not correlated to testimony | Signature page of Trust Agreement - Exhibit Q3 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0001028) | | |
| PX 37F | | | Excluded as not correlated to testimony | Engagement Letter - Exhibit Q4 to Report of Ruth Brayer, dated July 10, 2018 (PDVSA-TRUST-0000285-89) | | |
| PX 37G | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Gaceta Oficial No. 41.196 (p. 2) with known signatures by Reinaldo Munoz Pedroza, dated July 19, 2017 - Exhibit K1 to Report of Ruth Brayer, dated July 10, 2018 (https://www.cpzulia.org/ARCHIVOS/Gaceta_Oficial_19_07_17_num_41196.pdf) | | |
| PX 37H | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Gaceta Oficial No. 41.277 (p. 4) with known signatures by Reinaldo Munoz Pedroza, dated November 13, 2017 - Exhibit K2 to Report of Ruth Brayer, dated July 10, 2018 (http://www.cpzulia.org/ARCHIVOS/Gaceta_Oficial_13_11_17_num_41277.pdf) | | |
| PX 37I | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Gaceta Oficial No. 41.131 (p. 7-8) with known signatures by Nelson Martinez, dated April 7, 2017 - Exhibit K3/K4 to Report of Ruth Brayer, dated July 10, 2018 (http://www.ghm.com.ve/wp-content/uploads/2017/04/41131.pdf) | | |
| PX 37J | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Gaceta Oficial No. 41.138 (p. 10-11) with known signatures by Nelson Martinez, dated April 26, 2017 - Exhibit K5/K6 to Report of Ruth Brayer, dated July 10, 2018 (http://cavidea.org/wp-content/uploads/2017/09/41138.pdf) | | |
| PX 37K | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | EP Petroecuador (State Petroleum Company of Ecuador, page 13) with known signature by Alexis Arellano, dated January 16, 2011 - Exhibit K7 to Report of Ruth Brayer, dated July 10, 2018 (http://www4.eppetroecuador.ec/lotaip/pdfs/CONTRATOS/GER/CTR/CONTRATO%20C-2014020.pdf) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 37L | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Informe Del Gerente General with known signature by Alexis Arellano, dated March 4, 2014 - Exhibit K8 to Report of Ruth Brayer, dated July 10, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.5%20%20&fecha=2011-12-31%2000:00:00.0) | | |
| PX 37M | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Informe Del Gerente General with known signature by Alexis Arellano, dated March 18, 2014 - Exhibit K9 to Report of Ruth Brayer, dated July 10, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.5%20%20&fecha=2012-12-31%2000:00:00.0) | | |
| PX 38 | | | EXCLUDED AS HEARSAY | Supplemental Expert Report of Ruth Brayer, dated July 13, 2018 | | |
| PX 38A | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Acknowledgment of Reinaldo Muñoz Pedroza with Apostille - Exhibit K10 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 | | |
| PX 38B | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Notarized authorization letter (p. 1) with known signature by Alexis Arellano - Exhibit K11 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=3A&idDocumento=1.8.3&fecha=2013-04-11%2015:22:19.0&secuencial=1) | | |
| PX 38C | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Letter appointing Mr. Arellano as Gerente General (p. 1) with known signature by Alexis Arellano - Exhibit K12 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=35&idDocumento=1.3.1&fecha=2010-03-25%2000:00:00.0&secuencial=1) | | |

| | | | | | |
|---|---|---|---|---|---|
| PX 38D | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | 2011 Financial Statements of PDVSA Ecuador (p. 6) with known signature by Alexis Arellano - Exhibit K13 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.2%20%20&fecha=2011-12-31%2000:00:00.0) | |
| PX 38E | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | 2010 Report from the General Manager to the General Meeting of Shareholders of PDVSA Ecuador (p. 2) with known signature by Alexis Arellano - Exhibit K14 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=economica&expediente=159851&idDocumento=3.1.5%20%20&fecha=2010-12-31%2000:00:00.0) | |
| PX 38F | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano - Exhibit K15 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=70&idDocumento=1.6.1&fecha=2010-06-01%2014:29:32.79&secuencial=1) | |
| PX 38G | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano - Exhibit K16 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=70&idDocumento=1.6.1&fecha=2012-02-01%2011:17:28.233&secuencial=1) | |
| PX 38H | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Letter to the Superintendencia (p. 1) with known signature by Alexis Arellano - Exhibit K17 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=70&idDocumento=1.6.1&fecha=2011-03-17%2016:28:48.143&secuencial=1) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 38I | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Letter requesting access to the Superintendencia Portal (p. 1) with known signature by Alexis Arellano - Exhibit K18 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=3A&idDocumento=1.8.2&fecha=2013-04-11%2015:22:19.0&secuencial=1) | | |
| PX 38J | 8/3/2018 | X | ADMITTED; SIGNATURE SUBJECT TO COURT RULING | Superintendecia Information Form (p. 2) with known signature by Alexis Arellano - Exhibit K19 to Supp. Expert Report of Ruth Brayer, dated July 13, 2018 (http://appscvs.supercias.gob.ec/consultaImagen/VisualizaDocumetos.zul?tipoDocumento=general&expediente=159851&tipoCambio=3A&idDocumento=1.8.1&fecha=2013-04-11%2015:22:19.0&secuencial=1) | | |
| PX 39 | 8/3/2018 | X | PRE-ADMITTED | Excerpts from the Deposition Testimony of William Duker, July 5, 2018 | | |
| PX 40 | 8/3/2018 | X | RESERVED RULING; not offered for the truth | Opinion Letter from Mirabal, Salinas & Asociados, Ltd, dated January 22, 2018 (Ex. 7 to D. Boies deposition). (PDVSA Trust - 0000258-268) | | |
| PX 40A | 8/3/2018 | X | RESERVED RULING; not offered for the truth | CERTIFIED TRANSLATION OF Opinion Letter from Mirabal, Salinas & Asociados, Ltd, dated January 22, 2018 (Ex. 7 to D. Boies deposition). (PDVSA Trust - 0000258-268) | | |
| PX 41 | | | WITHDRAWN | Declaration of José Ignacio Hernandez, dated August 14, 2017 in Crystallex Intern'l Corp. v. Bolivarian Republic of Venezuela, No. 1:17-mc-00151-LPS (D. Del.) | | |
| PX 42 | | | WITHDRAWN | Declaration of José Ignacio Hernandez, dated May 22, 2017 in Crystallex Intern'l Corp. v. Bolivarian Republic of Venezuela, No. 1:17-mc-00151-LPS (D. Del.) | | |
| PX 43 | | | WITHDRAWN | "Seizing Order" of the Attorney General of the State and Canton of Geneva, dated June 21, 2018 | | |
| PX 44 | 8/3/2018 | X | PRE-ADMITTED | Excerpts of Gaceta Oficial No. 38.493 - Exhibit 11 to the deposition of Rogelio Perez Perdomo, dated July 16, 2017 | | |
| PX 45 | | | WITHDRAWN | Constitution of the Bolivarian Republic of Venezuela, dated 1999 | | |

| PX 46 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 40.567, dated December 22, 2014 | | |
|---|---|---|---|---|---|---|
| PX 47 | 8/3/2018 | X | PRE-ADMITTED | Valasquez Decision, dated September 5, 2000 | | |
| PX 48 | 8/3/2018 | X | PRE-ADMITTED | Letter from Hilda Cabeza Morillo, General Counsel of PDVSA, to Guerric Canonica, dated April 2, 2018 (PDVSATRUST-0000044) | | |
| PX 49 | | | WITHDRAWN | NY Spons. Memo., 2010 A.B. 11316 | | |
| PX 50 | 8/3/2018 | X | PRE-ADMITTED | Excerpts from the Deposition of David Boies, dated May 25, 2018 | | |
| PX 51 | 8/3/2018 | X | PRE-ADMITTED | Letter from Hilda Cabeza, General Counsel of PDVSA, to Johan Droz, dated April 13, 2018 (PDVSATRUST-0000047-48) | | |
| PX 51 A | 8/3/2018 | X | PRE-ADMITTED | Certified translation of PX 51 | | |
| PX 52 | 8/3/2018 | X | PRE-ADMITTED | Notice to Helsinge, Inc. from Manuel Quevedo Fernandez, Presidente of PDVSA, dated April 11, 2018 (PDVSATRUST-0000051) | | |
| PX 52 A | 8/3/2018 | X | PRE-ADMITTED | Certified translation of PX 52 | | |
| PX 53 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 6.220 Extraordinario, dated March 15, 2016 - with certified translation - Perez Deposition Exhibit 6 | | |
| PX 54 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 38.493, dated August 4, 2006 - Badell Deposition Exhibit 6 | | |
| PX 55 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 6.147, dated November 17, 2014 – Badell Deposition Exhibit 7 | | |
| PX 56 | 8/3/2018 | X | PRE-ADMITTED | Letter from Hilda Cabeza Morillo, General Counsel of PDVSA to Johan Droz, dated April 12, 2018 (PDVSATRUST-0000045-46) | | |
| PX56 A | 8/3/2018 | X | PRE-ADMITTED | Certified Translation of PX 56 | | |
| PX 57 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 38.493, dated August 4, 2006 - Hernandez Deposition Exhibit 3 | | |
| PX 58 | 8/3/2018 | X | PRE-ADMITTED | Gaceta Oficial No. 6.147, dated November 17, 2014 – Hernandez Deposition Exhibit 4 | | |
| PX 59 | 8/3/2018 | X | PRE-ADMITTED | PDVSA's Bylaws, dated March 9, 2018 - Perez Deposition Exhibit 8 | | |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| PX 60 | | | WITHDRAWN | Testimony of expert witness Rogelio Perez Perdomo, dated April 16, 2018 (PDVSATRUST-0000036-43) | | |
| PX 61 | 8/3/2018 | X | PRE-ADMITTED | Article 49 of procurator general organic law of March 15, 2016 | | |
| PX 61 A | 8/3/2018 | X | PRE-ADMITTED | Certified Translation of PX 61 | | |
| PX 62 | 8/3/2018 | X | PRE-ADMITTED | Article 52 of procurator general organic law of March 15, 2016 | | |
| PX 62 A | 8/3/2018 | X | PRE-ADMITTED | Certified Translation of PX 62 | | |
| PX 63 | 8/3/2018 | | SUBJECT TO PROFFER | Notice of Appointment of Successor Trustee | | |
| PX 64 | 8/3/2018 | | SUBJECT TO PROFFER | Acknowledgement of Nelson Martinez. | | |