UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff PDVSA U.S. Litigation Trust's ("Plaintiff") Notice of Unresolved Dispute Regarding Motion to Seal (hereafter, "Plaintiff's Notice") [D.E. 592]; and Defendants Lukoil Pan Americas LLC, Trafigura Trading, LLC, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, and Maximiliano Poveda's (collectively "Defendants") Notice of Issues Regarding Confidentiality Designations (hereafter, "Defendants' Notice") [D.E. 594]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Darrin P. Gayles, United States District Judge [D.E. 220]. The parties informed the undersigned that they have resolved all of their disputes regarding the confidentiality of the exhibits admitted during the August 2-3, 2018 hearing on Plaintiff's standing, except for the Engagement Letter, which was admitted as Plaintiff's Exhibit 37F and Defendant's Exhibit 88. Upon a review of the record, the undersigned finds that the Engagement Letter is not entitled to filing under seal. Therefore, it is

ORDERED AND ADJUDGED that the parties are directed to refile Plaintiff's Exhibit 37F and Defendant's Exhibit 88 in the open record, except that the bank account numbers of

Boies Schiller & Flexner LLP shall be redacted pursuant to Federal Rule of Civil Procedure 5.2(a). It is further

ORDERED AND ADJUDGED that the parties shall also refile in the open record the items as to which they have reached agreement not to file under seal and shall file without redaction any items that include or refer to the contents of the Engagement Letter.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August, 2018.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Darrin P. Gayles
Counsel of Record