UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:18-CIV-20818-GAYLES/OTAZO-REYES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING DEFENDANTS' EXHIBIT NO. 88**

    Defendants Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, and Luis Liendo (collectively "Defendants"), in accordance with the Court's Order [ECF No. 605], requiring Defendants to file Defendants' Exhibit No. 88—the Engagement Letter—in the open record with the bank account numbers of Boies Schiller & Flexner LLP redacted, hereby file a redacted copy of Defendants' Exhibit No. 88 (Letter from Boies Schiller to Nelson Martinez, dated July 12, 2017 (PDVSATRUST-0000285-289) introduced at the evidentiary hearing held on August 2 and 3, 2018.

    Respectfully submitted,

| | |
|---|---|
| *By: /s/Israel J. Encinosa* | *By: /s/ Kimberly Ann Pathman* |
| Alex M. Gonzalez | Kimberly A. Pathman |
| Florida Bar No. 991200 | Florida Bar No. 118844 |
| alex.gonzalez@hklaw.com | kpathman@akingump.com |
| Israel J. Encinosa | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Florida Bar No. 0046083 | 1333 New Hampshire Avenue NW |
| israel.encinosa@hklaw.com | Washington, DC 20036 |
| Brian A. Briz | Tel: (202) 887-4000 |
| Florida Bar No. 657557 | Fax: (202) 887-4288 |
| brian.briz@hklaw.com | |
| Dayme Sanchez | and |
| Florida Bar No. 119599 | |
| dayme.sanchez@hklaw.com | Mark J. MacDougall (admitted *pro hac vice*) |

1

| | |
|---|---|
| **HOLLAND & KNIGHT LLP**<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Tel: (305) 374-8500<br>Fax: (305) 789-7799<br>David Kully (admitted *pro hac vice*)<br>david.kully@hklaw.com<br><br>*Attorneys for Defendants HELSINGE, INC., HELSINGE LTD., HELSINGE HOLDINGS, LLC, DANIEL LUTZ, LUIS LIENDO AND MARIA FERNANDA RODRIGUEZ* | mmacdougall@akingump.com<br>Thomas P. McLish (admitted *pro hac vice*)<br>tmclish@akingump.com<br>Stacey H. Mitchell (admitted *pro hac vice*)<br>shmitchell@akingump.com<br>Connor Mullin (admitted *pro hac vice*)<br>cmullin@akingump.com<br><br>*Attorneys for Defendants FRANCISCO MORILLO AND LEONARDO BAQUERO* |

## CERTIFICATE OF SERVICE

I certify that on August 31, 2018, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

                                                        *s/Dayme Sanchez*