**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO. 18-20818-CIV-GAYLES/OTAZO-REYES**

PDVSA US Litigation Trust,

    Plaintiff,

vs.

LUKOIL PAN AMERICAS, LLC; LUKOIL PETROLEUM, LTD; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING, LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIQUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD.; SAINT-HELIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG, INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDINGS INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEJA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.; and JOHN DOE,

    Defendants.

_____/

**NOTICE OF FILING DEFENDANTS' RESPONSE IN SUPPORT
OF THEIR MOTION TO DISMISS FOR LACK OF STANDING**

COME NOW, Defendants[1] by and through the undersigned counsel and give notice of filing Defendants' Response in Support of Their Motion to Dismiss for Lack of Standing ("Defendants' Response"), attached hereto as Exhibit 1, pursuant to the Court's August 31, 2018 Order. ECF No. 605. Defendants' Response was initially filed with redactions on July 30, 2018 at ECF No. 532. The attached Exhibit 1 is the unredacted version of Defendants' Response.

---

[1] Collectively, Lukoil Pan Americas LLC, Colonial Oil Industries, Inc., Colonial Group, Inc., Paul Rosado, Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, Vitol Inc., Vitol Energy (Bermuda) Ltd., Antonio Maarraoui, Trafigura Trading, LLC, BAC Florida Bank, Francisco Morillo, Leonardo Baquero, Helsinge Holdings, LLC, Helsinge, Inc., Helsinge Ltd., Daniel Lutz, Luis Liendo, John Ryan, Luis Alvarez, and Maximiliano Poveda.

Dated:  September 4, 2018

Respectfully Submitted,

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@gsgpa.com
MIKAYLA ESPINOSA
Florida Bar No. 1008227
mikaylaespinosa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
Facsimile: (305) 728-0951
E-service: efilings@gsgpa.com

and

NEAL S. MANNE (*pro hac vice)*
nmanne@susmangodfrey.com
ALEXANDER L. KAPLAN (*pro hac vice*)
akaplan@susmangodfrey.com
WESTON O'BLACK (*pro hac vice*)
woblack@susmangodfrey.com
MICHAEL GERVAIS (*pro hac vice*)
mgervais@susmangodfrey.com
MICHAEL KELSO (*pro hac vice*)
mkelso@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002-5096
Telephone: 713-651-9366
Facsimile: 713-654-6666

*Counsel for Defendants Vitol, Inc., Vitol Energy (Bermuda) Ltd, and Antonio Maarraoui*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of September 2018 a true and correct copy of the foregoing is being electronically filed with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties listed below, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Steven W. Davis
sdavis@bsfllp.com
BOIES SCHILLER & FLEXNER, LLP
Bank of America Tower
100 SE 2nd Street - Suite 2800
Miami, FL 33131
Tele: 305-539-8400
Fax: 305-539-1307

David A. Barrettt
dbarrett@bsfllp.com
David Boies
dboies@bsfllp.com
Nicholas Gravante
ngravante@bsfllp.com
Randall Jackson
rjackson@bsfllp.com
BOIES SCHILLER & FLEXNER, LLP
575 Lexington Avenue – 7th Floor
New York, NY 10022
Tele: 212-446-2300
Fax: 212-749-8300

*Counsel for Plaintiff PDVSA US Litigation Trust*

Etan Mark
etan@markmigdal.com
Donald J. Hayden
don@markmigdal.com
George T. Breur
george@markmigdal.com
MARK MIGDAL & HAYDEN
80 SW 8th Street – Suite 1999
Miami, FL 33131
Tele: 305-374-0440

*Counsel for Defendant John Ryan*

Lara O'Donnell
lara@markmigdal.com
JORDEN BURT, LLP
777 Brickell Avenue – Suite 500
Miami, FL 33131

*Counsel for Defendant John Ryan*

George Carpinello
gcarpinello@bsfllp.com
Adam R. Shaw
ashaw@bsfllp.com
BOIES SCHILLER & FLEXNER, LLP
30 South Pearl Street – 11th FL
Albany, NY 12207
Tele: 518-434-0600


Helen M. Maher
hmaher@bsfllp.com
BOIES SCHILLER & FLEXNER, LLP
333 Main Street
Armonk, NY 10504
Tele: 914-749-8200
Fax: 914-749-8300

*Counsel for Plaintiff PDVSA US Litigation Trust*

David Kully
david.kully@hklaw.com
HOLLAND & KNIGHT LLP
800 17th Street N.W. – Suite 1100
Washington, DC 20006
Tele: 202-955-3000

Israel J. Encinosa
israel.encinosa@hklaw.com
HOLLAND & KNIGHT LLP
701 Brickell Avenue – Suite 3000
Miami, FL 33131

*Counsel for Daniel Lutz, Helsinge, Inc., Helsinge Ltd. and Saint-Helier*

Jennifer G. Altman
Jennifer.altman@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN
600 Brickell Avenue – Suite 3100
Miami, FL 33131
Tele: 786-913-4900
Fax: 786-913-4901

*Counsel for Defendant John Doe, Material Witness*


Connor Mullin
cmullin@akingump.com
Stacey H. Mitchell
shmitchell@akingump.com
Mark J. MacDougall
mmacdougall@akingump.com
Thomas P. McLish
tmclish@akingump.com
Kimberly A. Pathman
kpathman@akingump.com
Jason E. Gangwer
jgangwer@akingump.com
Catherine A. O'Connor
coconnor@akingump.com
AKIN GUMP STRAUSS HAUER
& FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tele: (202) 887-4000

*Counsel for Defendants Francisco Morillo and Leonardo Baquero*

Robert C. Josefsberg
rjosefsberg@podhurst.com
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tel.: 305-358-2800
Fax: 305-358-2382

*Counsel for Defendants Glencore Ltd, Glencore Energy UK Ltd, Gustavo Gabaldon, Sergio De La Vega and Luis Alvarez*

Adam B. Schwartz
aschwartz@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
2001 K Street, NW
Washington, DC 20006-1047
Tele: (202) 223-7341

*Counsel for Defendants Glencore Ltd, Glencore Energy UK Ltd, Gustavo Gabaldon, Sergio De La Vega and Luis Alvarez*

Brad S. Karp
bkarp@paulweiss.com
Bruce Birenboim
bbirenboim@paulweiss.com
Jessica S. Carey
jcarey@paulweiss.com
Maxwell Kosman
mkosman@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON
1285 Avenue of the Americas
New York, NY 10019
Tele: (212) 373-3000

*Counsel for Defendants Glencore Ltd, Glencore Energy UK Ltd, Gustavo Gabaldon, Sergio De La Vega and Luis Alvarez*

Benjamine Reid
breid@carltonfields.com
Clifton R. Gruhn
cgruhn@carltonfields.com
CARLTON FIELDS JORDEN BURT
100 SE 2nd Street – Suite 4200
Miami, FL 33131
Tele: 305-530-0050

*Counsel for Defendants Colonial Oil Industries, Inc., Colonial Group, Inc., and Paul Rosado*

Alice K. Sum
asum@fowler-white.com
Stephanie M. Chaissan
schaissan@fowler-white.com
Lindsay M. Massillon
lmassillon@fowler-white.com
FOWLER WHITE BURNETT, P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Tele: 305-789-9200
Fax: 305-789-9201

*Counsel for Defendant BAC Florida Bank*

David M. Burkoff
dburkoff@huntermaclean.com
Allan C. Galis
agalis@huntermaclean.com
HUNTER, MACLEAN, EXLEY &
DUNN, P.C.
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412
Tele: 912-236-0261
Fax: 912-236-4936

*Counsel for Defendants Colonial Oil Industries, Inc., Colonial Group, Inc., and Paul Rosado*

Ethan Glass
ethanglass@quinnemanuel.com
William A. Burck
williamburck@quinnemanuel.com
Stephen Hauss
stephenhauss@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C.
Tele: (202) 538-8000

*Counsel for Defendant, Trafigura Trading, LLC*


Adam B. Wolfson
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street
Los Angeles, CA 90017
Tele: (213) 443-3000

*Counsel for Defendant, Trafigura Trading, LLC*

Stephen H. Lee
slee@porterhedges.com
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Tele: 713-226-6686

*Counsel for Defendant, Maximiliano Poveda*

Jorge D. Guttman
jguttman@gunster.com
Jonathan H. Kaskel
jkaskel@gunster.com
GUNSTER
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Tel: (305) 376-6054
Fax: (305) 376-6010

*Counsel for Defendant Lukoil Pan Americas LLC*

Adam L. Hudes
ahudes@mayerbrown.com
Stephen M. Medlock
smedlock@mayerbrown.com
Mark W. Ryan
mryan@mayerbrown.com
jmccutchen@mayerbrown.com
wdc-dept-docket@mayerbrown.com
MAYER BROWN LLP
1999 K Street N.W.
Washington, DC  20006-1101
Tele: 202-263-3298

*Counsel for Defendant Lukoil Pan Americas LLC*

Michael P. Lennon, Jr.
mlennon@mayerbrown.com
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, TX  77002-2730
Tele: 713-238-2667

*Counsel for Defendant Lukoil Pan Americas LLC*

        Spencer H. Silverglate
ssilverglate@cspalaw.com
mpedraza@cspalaw.com
Francisco Ramos, Jr.
framos@cspalaw.com
socd@cspalaw.com
cdeleon@cspalaw.com
CLARK SILVERGLATE, P.A.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Tele: 305-377-0700
Facsimile: 305-377-3001

*/s/Gerald E. Greenberg*
GERALD E. GREENBERG