## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>          Plaintiff,<br><br>      v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>          Defendants | Case No. 1:18-CV-20818 (DPG) |

## PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiff PDVSA US Litigation Trust requests leave to file a 35 page Brief, 15 pages in

excess of the 20 page limit set in forth Local Rule 7.1(c)(2) in support of its Objections to the

Report and Recommendations issued by Magistrate Judge Otazo-Reyes on November 6, 2018 (the "R&R").

The R&R was 36 pages long. The R&R addressed twelve issues and sub issues. Plaintiff needs more than 20 pages to be able to address each of these issues and arguments to set forth the Plaintiff's position why the rulings should not be accepted by this Court. This case presents unique issues involving the numerous legal arguments as well as many factual and evidentiary rulings for which Plaintiff will submit Objections to this Court.

This Court has the authority under Rule 7.1(c) (2) to provide Plaintiff the opportunity to file a brief of this length and Plaintiff requests that it be allowed sufficient opportunity to set forth its position.

Further, Plaintiff will not oppose a request by Defendants to submit a 35-page brief in response to Plaintiff's Objections.

## CERTIFICATE OF GOOD FAITH

In accordance with Local Rule 7.1(a)(3)(A), the undersigned certifies that Plaintiff's counsel has conferred with all counsel of record in a good-faith effort to resolve the issues raised in this motion and defense counsel does not oppose this request.

Accordingly, Plaintiff requests that the Court enter an Order granting this Motion permitting Plaintiff to file a brief of up to 35 pages in support of its Objections to the R&R.

Dated:  November 13, 2018.

> **BOIES SCHILLER FLEXNER LLP**
> By: */s/ Steven W. Davis*
> Steven W. Davis (Bar No.: 347442)
> Miami Tower
> 100 Southeast 2nd St., Suite 2800
> Miami, FL 33131
> Tel: (305) 539-8400
> Fax: (305) 539-1307

David Boies
333 Main Street
Armonk, NY 10504
Tel: (914) 749-8200
Fax: (914) 749-8300

Nicholas A. Gravante, Jr.
575 Lexington Avenue, 7th Floor
New York, New York 10022
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel: (518) 434-0600
Fax: (518) 434-0665

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing document was filed on November 13, 2018 with the Clerk of the Court via CM/ECF. I further certify that the foregoing document is being served this date on all counsel of record to all parties via transmission of Notices of Electronic Filing.


By: */s/ Steven W. Davis*