# EXHIBIT 1

## Michael Kelso

| | |
|---|---|
| **From:** | Michael Kelso |
| **Sent:** | Monday, November 26, 2018 9:55 AM |
| **To:** | 'George Carpinello'; Schwartz, Adam B; Ethan Glass; Adam Hudes; Adam Michael Schachter; Adam Wolfson; Alex M. Gonzalez; Alexander L. Kaplan; Alice K. Sum; Allan C. Galis; Andrés Rivero; Benjamine Reid; Karp, Brad S; Brian A. Briz; Birenboim, Bruce; Carlos Rodriguez; Catherine A. O'Connor; Christina Olivos; Clifton R. Gruhn; Connor Mullin; David Kully; David M. Burkoff; Donald J. Hayden; Edward (Ed) Mullins; Etan Mark; Francisco Ramos, Jr.; George T. Breur; Gerald Edward Greenberg; Israel J. Encinosa; Jason E. Gangwer; Carey, Jessica; Jonathan H. Kaskel; Jorge D. Guttman; Kimberly A. Pathman; Lara O'Donnell Grillo; Mark J. MacDougall; Mark W. Ryan; Kosman, Maxwell; Michael Gervais; Michael P. Lennon, Jr; Neal S. Manne; Robert C. Josefsberg; Spencer H. Silverglate; Stacey H. Mitchell; Stephen Frederick Rosenthal; Stephen H. Lee; Stephen Hauss; Stephen M. Medlock; Thomas P. McLish; Weston O'Black; William Burck |
| **Cc:** | David Boies; Adam Shaw |
| **Subject:** | PDVSA US Litigation Trust v Lukoil Pan Americas LLC et al |

George:

You asked if the defendants would agree to the Trust filing a reply brief in support of its objections.  We cannot agree to that request.

The Local Magistrate Judge Rules do not allow for reply briefs in support of objections to a report and recommendation, and we do not consent to the Trust's filing a reply brief not allowed under the rules, especially after we already agreed to give the Trust nearly twice the number of pages allowed under the rules for its objections.

Best Regards,
Michael

**Michael C. Kelso**
SUSMAN GODFREY LLP
mkelso@susmangodfrey.com
Office  713 653 7887
Cell  925 872 2345