**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| PDVSA US LITIGATION TRUST<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL, A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.;　TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.<br><br>　　　　　Defendants. | Case No. 1:18-cv-20818 (DPG) |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF
THEIR RESPONSE IN OPPOSITION TO THE TRUST'S OBJECTIONS TO
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The defendants respectfully submit this notice to advise the court of recent actions by the President of the United States that further support dismissal of this case for lack of standing.

Last Wednesday, in an official statement of the Executive Branch, President Trump "officially recogniz[ed] the President of the Venezuelan National Assembly, Juan Guaido, as the Interim President of Venezuela." Ex.1. President Trump based his recognition of the National Assembly President as the Interim President of Venezuela on the fact that, "[i]n its role as the only legitimate branch of government duly elected by the Venezuelan people, the National Assembly invoked the country's constitution to declare Nicolas Maduro illegitimate, and the office of the presidency therefore vacant." *Id.*

The President's withdrawal of recognition of Maduro and recognition of the National Assembly President as Interim President of Venezuela are dispositive and require dismissal of this case under the political question doctrine. "[I]t is for the President alone to make the specific decision of what foreign power he will recognize as legitimate," *Zivotofsky ex rel. Zivotofsky v. Kerry*, 135 S. Ct. 2076, 2090 (2015); *Rep. of Panama v. Citizens & S. Int'l Bank*, 682 F. Supp. 1544, 1545 (S.D. Fla. 1988) (recognizing "[t]he Executive branch's exclusive power to recognize and legitimize a foreign government"), as the Trust conceded in its objections. ECF 646 at 28–29 n.17 ("Indeed, the authority cited by Defendants actually *requires* the Court to follow the position of the U.S. Executive Branch *on the issue of who is recognized as the government of a foreign state*.") (emphasis in original).

The President of the United States has made that decision in favor of the Venezuelan National Assembly and its President. And the officially-recognized National Assembly has denounced the Trust Agreement at issue in this case as "unconstitutional" and Reinaldo Munoz as a "usurpe[r]" of the office of *Procurador General*. ECF 570-7 (DX-6); ECF 626-1. The political

1

question doctrine therefore prohibits the Court from giving legal effect to the purported acts of officials of the "illegitimate" Maduro regime. To do so would undermine the Executive Branch's recognition of the new Interim President by directly contravening the official resolution of the National Assembly declaring those very acts "unconstitutional." *See* ECF 652 at 31–32.

The President's withdrawal of recognition from Maduro is also fatal to the Trust's attempt to invoke the act of state doctrine. Beyond the reasons set out in the defendants' response to the Trust's objections, ECF 625 at 31-35, the act of state doctrine does not apply to alleged acts of a government no longer recognized by the United States when the successor government has repudiated the acts of the prior regime at issue, as the National Assembly has here in its official resolutions. *See Bigio v. Coca-Cola Co.*, 239 F.3d 440, 453 (2d Cir. 2000) (declining to apply the act of state doctrine where "the current government" had "apparently repudiated the acts in question"); *Republic of Philippines v. Marcos*, 806 F.2d 344, 359 (2d Cir. 1986) (stating that the fact that "the Marcos government is no longer in power" "may limit the applicability of the doctrine even to Marcos's public acts").

Indeed, to the extent the act of state doctrine applies in this case, the doctrine requires the Court to give conclusive legal effect to the National Assembly's resolution, not to the alleged acts of the Maduro regime officials who allegedly executed the Trust Agreement. *See United States v. Pink*, 315 U.S. 203, 233 (1942) ("[R]ecognition is retroactive in effect and validates all the actions and conduct of the government so recognized from the commencement of its existence."); *Oetjen v. Central Leather Co.*, 246 U.S. 297, 301, 303 (1918) (applying the act of state doctrine to acts of a revolutionary movement later recognized by the United States).

The Trust's objections to the Magistrate Judge's Report and Recommendation should be overruled, and the Court should dismiss this case for lack of standing.

Respectfully submitted,

| **GELBER SCHACHTER & GREENBERG, P.A.** | **SUSMAN GODFREY L.L.P.** |
|---|---|
| */s/ Gerald E. Greenberg* <br> Gerald E. Greenberg <br> Florida Bar No. 440094 <br> ggreenberg@gsgpa.com <br> Adam M. Schachter <br> Florida Bar No. 647101 <br> aschachter@gsgpa.com <br> Mikayla Espinosa <br> Florida Bar No. 1008227 <br> mikaylaespinosa@gsgpa.com <br> 1221 Brickell Avenue, Suite 2010 <br> Miami, Florida 33131 <br> Telephone: (305) 728-0950 <br> Facsimile: (305) 728-0951 <br> E-service: efilings@gsgpa.com <br><br> *Counsel for Vitol Inc., Vitol Energy (Bermuda) Ltd., and Antonio Maarraoui* | */s/ Michael C. Kelso* <br> Neal S. Manne <br> *Admitted Pro Hac Vice* <br> nmanne@susmangodfrey.com <br> Alexander L. Kaplan <br> *Admitted Pro Hac Vice* <br> akaplan@susmangodfrey.com <br> Weston O'Black <br> *Admitted Pro Hac Vice* <br> woblack@susmangodfrey.com <br> Michael C. Kelso <br> *Admitted Pro Hac Vice* <br> mkelso@susmangodfrey.com <br> 1000 Louisiana Street, Suite 5100 <br> Houston, Texas 77002 <br> Telephone: (713) 651-9366 <br> Facsimile: (713) 654-6666 <br><br> Michael Gervais <br> *Admitted Pro Hac Vice* <br> mgervais@susmangodfrey.com <br> 1900 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 789-3100 <br><br> *Counsel for Vitol Inc., Vitol Energy (Bermuda) Ltd., and Antonio Maarraoui* |

| | |
|---|---|
| **REED SMITH LLP** | **PODHURST ORSECK, P.A.** |
| */s/ Edward M. Mullins* | */s/Stephen F. Rosenthal* |
| Edward Mullins, Esq. | Stephen F. Rosenthal, Esq. |
| Florida Bar No. 863920 | Florida Bar No. 0131458 |
| emullins@reedsmith.com | srosenthal@podhurst.com |
| 1001 Brickell Bay Drive, Suite 900 | Robert C. Josefsberg, Esq. |
| Miami, FL 33131 | Florida Bar No. 040856 |
| Telephone: (786) 747-0200 | rjosefsberg@podhurst.com |
| Facsimile: (786) 747-0299 | One S.E. 3rd Ave., Suite 2300 |
| | Miami, FL 33131 |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | Telephone: (305) 358-2800 |
| | Facsimile: (305) 358-2382 |
| */s/ William A. Burck* | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP** |
| William A. Burck, Esq. | |
| *Admitted Pro Hac Vice* | */s/ Bruce Birenboim* |
| williamburck@quinnemanuel.com | Bruce Birenboim, Esq. |
| Ethan Glass, Esq. | *Admitted Pro Hac Vice* |
| *Admitted Pro Hac Vice* | bbirenboim@paulweiss.com |
| ethanglass@quinnemanuel.com | Brad S. Karp, Esq. |
| Adam B. Wolfson, Esq. | *Admitted Pro Hac Vice* |
| *Admitted Pro Hac Vice* | bkarp@paulweiss.com |
| adamwolfson@quinnemanuel.com | Jessica S. Carey, Esq. |
| 1300 I Street NW, Suite 900 | *Admitted Pro Hac Vice* |
| Washington, DC 20005 | jcarey@paulweiss.com |
| Telephone: (202) 538-8000 | 1285 Avenue of the Americas |
| Facsimile: (202) 538-8100 | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| *Attorneys for Defendant Trafigura Trading, LLC, and Jose Larocca* | Facsimile: (212) 757-3990 |
| | |
| | Adam B. Schwartz, Esq. |
| | *Admitted Pro Hac Vice* |
| | aschwartz@paulweiss.com |
| | 2001 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| | Facsimile: (202) 223-7420 |
| | |
| | *Attorneys for Defendants Glencore Ltd., Glencore Energy UK Ltd., Gustavo Gabaldon, Sergio de la Vega, and Luis Alvarez* |

**GUNSTER**

*/s/ Jorge Guttman*
Jorge D. Guttman, Esq.
Florida Bar No. 015319
jguttman@gunster.com
Jonathan H. Kaskel, Esq.
Florida Bar No. 52718
jkaskel@gunster.com
600 Brickell Avenue Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

**MAYER BROWN LLP**

*/s/ Mark W. Ryan*
Mark W. Ryan, Esq.
*Admitted Pro Hac Vice*
mryan@mayerbrown.com
Adam L. Hudes, Esq.
*Admitted Pro Hac Vice*
ahudes@mayerbrown.com
Stephen M. Medlock, Esq.
*Admitted Pro Hac Vice*
smedlock@mayerbrown.com
1999 K Street NW
Washington, D.C. 20006-1101
Telephone: (202) 263-3312
Facsimile: (202) 263-5312

Michael P. Lennon, Jr.
*Admitted Pro Hac Vice*
mlennon@mayerbrown.com
700 Louisiana Street, Suite 3400
Houston, TX 77002-2730
Telephone: (713) 238-2667
Facsimile: (713) 238-4613

*Attorneys for Defendant
Lukoil Pan Americas LLC*

**CARLTON FIELDS JORDEN BURT, P.A.**

*/s/ Benjamine Reid*
Benjamine Reid, Esq.
Florida Bar No. 183522
breid@carltonfields.com
Clifton R. Gruhn, Esq.
Florida Bar No. 72542
cgruhn@carltonfields.com
Miami Tower
100 S.E. Second St., Ste. 4200
Miami, Florida 33131-2113
Telephone: (305) 539-7228
Facsimile: (305) 530-0055

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/ David M. Burkoff*
David M. Burkoff, Esq.
*Admitted Pro Hac Vice*
dburkoff@huntermaclean.com
Allan C. Galis, Esq.
*Admitted Pro Hac Vice*
agalis@huntermaclean.com
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412-0048
Telephone: (912) 236-0261
Facsimile: (912) 236-4936

*Attorneys for Defendants Colonial Group, Inc., Colonial Oil Industries, Inc., and Paul Rosado*

5

**HOLLAND & KNIGHT LLP**

*/s/ Israel J. Encinosa*
Alex M. Gonzalez
Florida Bar No. 991200
alex.gonzalez@hklaw.com
Israel J. Encinosa
Florida Bar No. 0046083
israel.encinosa@hklaw.com
Brian A. Briz
Florida Bar No. 657557
brian.briz@hklaw.com
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799

David Kully
*Admitted Pro Hac Vice*
david.kully@hklaw.com
800 17th Street N.W.
Suite 1100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564

*Attorneys for Defendants Helsinge, Inc., Helsinge Ltd., Helsinge Holdings, LLC, Daniel Lutz, and Luis Liendo*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

*/s/ Kimberly Ann Pathman*
Kimberly A. Pathman
Florida Bar No. 118844
kpathman@akingump.com
Mark J. MacDougall
*Admitted Pro Hac Vice*
mmacdougall@akingump.com
Thomas P. McLish
*Admitted Pro Hac Vice*
tmclish@akingump.com
Stacey H. Mitchell
*Admitted Pro Hac Vice*
shmitchell@akingump.com
Connor Mullin
*Admitted Pro Hac Vice*
cmullin@akingump.com
1333 New Hampshire Avenue NW
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Attorneys for Defendants Francisco Morillo and Leonardo Baquero*

**MARK MIGDAL & HAYDEN**

*/s/ Etan Mark*
Etan Mark, Esq.
Florida Bar No. 720852
etan@markmigdal.com
Donald J. Hayden, Esq.
Florida Bar No. 097136
don@markmigdal.com
Lara O'Donnell Grillo, Esq.
Florida Bar No. 37735
lara@markmigdal.com
eservice@markmigdal.com
80 SW 8th Street
Suite 1999
Miami, FL 33130
Telephone: 305-374-0440

*Attorneys for Defendant John Ryan*

6

**CLARKE SILVERGLATE, P.A.**

*/s/ Spencer Silverglate*
Spencer H. Silverglate
Florida Bar No. 769223
ssilverglate@cspalaw.com
mpedraza@cspalaw.com
Francisco Ramos, Jr.
Florida Bar No. 114766
framos@cspalaw.com
socd@cspalaw.com
cdeleon@cspalaw.com
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Telephone: (305) 377-0700
Facsimile: (305) 377-3001

**PORTER HEDGES LLP**

*/s/ Stephen H. Lee*
Stephen H. Lee, Esq.
*Admitted Pro Hac Vice*
slee@porterhedges.com
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: 713-226-6686

*Attorneys for Defendant Maximiliano Poveda*

**FOWLER WHITE BURNETT, P.A.**

*/s/ Alice K. Sum*
Alice K. Sum
Florida Bar No. 354510
asum@fowler-white.com
Lindsay M. Massillon
Florida Bar No. 92098
lmassillon@fowler-white.com
Brickell Arch, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305 789-9201

*Attorneys for Defendant BAC Florida Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Florida, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

> */s/Gerald E. Greenberg*
> GERALD E. GREENBERG