UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20818-CIV-GAYLES

PDVSA US LITIGATION TRUST,

    Plaintiff,

v.

LUKOIL PAN AMERICAS LLC, *et al.*,

    Defendants.

_____/

## MOTION TO WITHDRAW COUNSEL

Pursuant to Local Rules 11.1(d) and 7.1(a)(1), FRANCISCO MORILLO and LEONARDO BAQUERO ("Defendants"), through this limited appearance of undersigned counsel, respectfully file this Motion to Withdraw Counsel.

Effective March 20, 2019, Connor Mullin will be leaving the firm of Akin Gump Strauss Hauer & Feld LLP, and therefore is withdrawing as counsel of record for Defendants. Kimberly Ann Pathman, Mark J. MacDougall, Thomas P. McLish, Stacey H. Mitchell and Jason Gangwer will remain as counsel for Defendants.

Dated:  March 19, 2019        Respectfully submitted,

                              *s/ Kimberly Ann Pathman*
                              Kimberly A. Pathman
                              Florida Bar No. 118844
                              kpathman@akingump.com
                              Akin Gump Strauss Hauer & Feld LLP
                              1333 New Hampshire Avenue NW
                              Washington, DC 20036
                              Tel: (202) 887-4000
                              Fax: (202) 887-4288

                              and

1

Mark J. MacDougall (admitted *pro hac vice*)
mmacdougall@akingump.com
Thomas P. McLish (admitted *pro hac vice*)
tmclish@akingump.com
Stacey H. Mitchell (admitted *pro hac vice*)
shmitchell@akingump.com
Connor Mullin (admitted *pro hac vice*)
cmullin@akingump.com
Jason Gangwer (admitted *pro hac vice*)
jgangwer@akingump.com

*Attorneys for Defendants*
*Francisco Morillo and*
*Leonardo Baquero*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2019, I filed this document with the Clerk of Court using CM/ECF, which will serve this document on all counsel of record.

s/ Kimberly Ann Pathman