**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

| | |
|---|---|
| PDVSA U.S. LITIGATION TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,<br><br>    Defendants. | Case No. 1:18-CV-20818 (DPG) |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiff PDVSA U.S. Litigation Trust hereby appeals to the United States Court of Appeals for the Eleventh Circuit from each and every part of the Amended Order entered in this action on the 19th day of March, 2019 which granted Defendants' motion to dismiss (Dkt. No. 684) and from each and every part of the Order entered in this action on the 19th day of March, 2019 which granted Defendants' motion, by order to show cause, for sanctions against Plaintiff and other relief (Dkt. No 685) and from all prior orders and decisions.

Dated:  March 22, 2019                                             **BOIES SCHILLER FLEXNER LLP**

By:  /s/ Steven W. Davis
Steven W. Davis (Bar No. 347442)
Stephen N. Zack (Bar No. 145215)
Bank of America Tower
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305) 539-8400
Fax:  (305) 539-1307

David Boies
Helen M. Maher
333 Main Street
Armonk, New York 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300

Nicholas A. Gravante, Jr.
David A. Barrett
Marilyn Kunstler
Ellen Brockman
Alexander Boies
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

George F. Carpinello
Teresa A. Monroe
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665