UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20818-GAYLES

**PDVSA U.S. LITIGATION TRUST**,

        Plaintiff,

v.

**LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.**,

        Defendants.

## ORDER

**THIS CAUSE** comes before this Court upon Plaintiff PDVSA U.S. LITIGATION TRUST's ("PDVSA") Motion for Indicative Ruling (the "Motion"), [ECF No. 724]. Having reviewed the Motion, heard argument of counsel, and after careful consideration, it is hereby

**ORDERED AND ADJUDGED** as follows:

    1.    The Motion for Indicative Ruling is **GRANTED**.

2. If the Court of Appeals remanded for this purpose, the Court is prepared to enter an order stating that no parties are entitled to monetary sanctions for the conduct set forth in this Court's Order of March 19, 2019, [ECF No. 685], other than those parties that submitted a request for fees and costs within sixty (60) days of said Order as provided therein and that received an award of sanctions by Order dated March 2, 2020, [ECF No. 715].

**DONE AND ORDERED** in Chambers at Miami, Florida this 25th day of August, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies Furnished to All Counsel of Record