**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 01, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 20-11133-AA
Case Style: PDVSA US Litigation Trust v. Lukoil Pan Americas, LLC, et al
District Court Docket No: 1:18-cv-20818-DPG

LIMITED REMAND

Enclosed is a copy of an order remanding the referenced appeal for further proceedings. JURISDICTION OF THIS APPEAL IS BEING RETAINED BY THE ELEVENTH CIRCUIT.

This case will be held in abeyance and monitored in the Eleventh Circuit pending disposition of remand proceedings in your court.

Upon completion of remand proceedings, please promptly send a copy of the ORDER ON REMAND to this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA
Phone #: (404) 335-6180

CLK-3 DC Letter with Ltd Remand order

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-11133-AA

_____

PDVSA US LITIGATION TRUST,

                                                                                                                 Plaintiff - Appellant,

versus

LUKOIL PAN AMERICAS, LLC,
LUKOIL PETROLEUM, LTD.,
COLONIAL OIL INDUSTRIES, INC.,
COLONIAL GROUP, INC.,
GLENCORE, LTD., et al.,

                                                                                                                 Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: JILL PRYOR and BRASHER, Circuit Judges.

BY THE COURT:

      Before the Court are: (1) Appellant's "Motion to Remand for Limited Purpose" and (2) the "Motion for Extension of Time to File Brief of Appellees."

      Appellant's "Motion to Remand for Limited Purpose" is GRANTED.

      The "Motion for Extension of Time to File Brief of Appellees" is GRANTED to the extent that the response brief deadline is set for 30 days after the date that the district court issues its order on limited remand.