UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-20818-GAYLES

PDVSA U.S. LITIGATION TRUST,

                Plaintiff,

v.

LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM
LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL
GROUP, INC.; GLENCORE LTD.; GLENCORE
INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.;
MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA
TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL
ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.;
FRANCISCO MORILLO; LEONARDO BAQUERO;
DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA
FERNANDA RODRIGUEZ; HELSINGE HOLDINGS,
LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-
HÉLIER; WALTROP CONSULTANTS, C.A.;
GODELHEIM, INC.; HORNBERG INC.; SOCIETE
DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE
HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU
HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO
POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO
GABALDON; SERGIO DE LA VEGA; ANTONIO
MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO;
BAC FLORIDA BANK; EFG INTERNATIONAL A.G.;
BLUE BANK INTERNATIONAL N.V.,

                Defendants.

## ORDER

**THIS CAUSE** comes before this Court upon Plaintiff PDVSA U.S. Litigation Trust's

("PDVSA") Motion for Entry of Order in Accordance with Indicative Ruling (the "Motion"), [ECF

No. 748]. Having reviewed the Motion and after careful consideration, it is hereby

**ORDERED** and **ADJUDGED** as follows:

No parties are entitled to monetary sanctions for the conduct set forth in this Court's Order of March 19, 2019, [ECF No. 685], other than those parties that submitted a request for fees and costs within sixty (60) days of said Order as provided therein and that received an award of sanctions by Order dated March 2, 2020, [ECF No. 715].

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of November, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies Furnished to All Counsel of Record

2