**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| PDVSA U.S. LITIGATION TRUST,<br><br>        Plaintiff,<br><br>    v.<br><br>LUKOIL PAN AMERICAS LLC; LUKOIL PETROLEUM LTD.; COLONIAL OIL INDUSTRIES, INC.; COLONIAL GROUP, INC.; GLENCORE LTD.; GLENCORE INTERNATIONAL A.G.; GLENCORE ENERGY UK LTD.; MASEFIELD A.G.; TRAFIGURA A.G.; TRAFIGURA TRADING LLC; TRAFIGURA BEHEER B.V.; VITOL ENERGY (BERMUDA) LTD.; VITOL S.A.; VITOL, INC.; FRANCISCO MORILLO; LEONARDO BAQUERO; DANIEL LUTZ; LUIS LIENDO; JOHN RYAN; MARIA FERNANDA RODRIGUEZ; HELSINGE HOLDINGS, LLC; HELSINGE, INC.; HELSINGE LTD., SAINT-HÉLIER; WALTROP CONSULTANTS, C.A.; GODELHEIM, INC.; HORNBERG INC.; SOCIETE DOBERAN, S.A.; SOCIETE HEDISSON, S.A.; SOCIETE HELLIN, S.A.; GLENCORE DE VENEZUELA, C.A.; JEHU HOLDING INC.; ANDREW SUMMERS; MAXIMILIANO POVEDA; JOSE LAROCCA; LUIS ALVAREZ; GUSTAVO GABALDON; SERGIO DE LA VEGA; ANTONIO MAARRAOUI; CAMPO ELIAS PAEZ; PAUL ROSADO; BAC FLORIDA BANK; EFG INTERNATIONAL A.G.; BLUE BANK INTERNATIONAL N.V.,<br><br>        Defendants. | Case No. 1:18-CV-20818 (DPG) |

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Plaintiff PDVSA U.S. Litigation Trust and Movant, Petroleos de Venezuela, S.A. ("PDVSA") hereby appeal to the United States Court of Appeals for the Eleventh Circuit from each and every part of the order entered in this action on the 2nd day of February, 2022 which denied PDVSA's Motion to Intervene (Dkt. No. 755); and all prior orders and decisions.

Dated:  March 1, 2022                                                    **BOIES SCHILLER FLEXNER LLP**

By: */s/ Marshall Dore Louis*
Marshall Dore Louis
100 Southeast 2nd St., Suite 2800
Miami, FL 33131
Tel:  (305)-539-8400
Fax:  (305) 539-1307

David Boies
333 Main Street
Armonk, New York 10504
Tel:  (914) 749-8200
Fax:  (914) 749-8300

George F. Carpinello
30 S. Pearl Street, 11th Floor
Albany, New York 12207
Tel:  (518) 434-0600
Fax:  (518) 434-0665

*Attorneys for Plaintiff PDVSA US Litigation Trust and PDVSA*